Tim J. Billick, WSBA 46690
TBILLICK LAW
600 1st Ave
Seattle, WA 98104
Ph. 206-494-0020
tim@tbillicklaw.com


Akiva M. Cohen, NY Bar No. 4328969
(*pro hac vice* pending)
Ph. (212) 400-4930
acohen@kusklaw.com
Dylan M. Schmeyer, CO Bar No. 50573
(*pro hac vice* pending)
Ph. (719) 930-5942
dschmeyer@kusklaw.com
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
1700 Broadway
New York, NY 10019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>JOHN DOES NO. 1-10,<br>     Defendants. | Case No. 2:22-cv-371<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant To Federal Rule of Procedure 7.1 and Local Civil Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications

RULE 7.1 CORPORATE DISCLOSURE – 1

or recusal, the undersigned counsel for Bungie, Inc. ("Bungie") (a private, non-governmental party) certifies that Bungie is a corporation, and that NetEase Corporation owns 10% or more interest in Bungie's stock. There is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).

Respectfully submitted on March 28, 2022

                        TBILLICK LAW<sup>PLLC</sup>

                        By _____

Tim J. Billick, WSBA No. 46690
E-mail:  tim@tbillicklaw.com
600 First Ave
Seattle, WA  98101
Telephone: (206) 494-0020

*/s/ Akiva M. Cohen*
Akiva M. Cohen, NY Bar No. 4328969
(*pro hac vice*)
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
1700 Broadway
New York, NY 10019
Ph: (212) 400-4930
Email: acohen@kusklaw.com

*/s/ Dylan M. Schmeyer*
Dylan M. Schmeyer, CO Bar No. 50573
(*pro hac vice*)
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
Ph: (719) 930-5942
Email: dschmeyer@kusklaw.com

*Attorneys for Plaintiff*

RULE 7.1 CORPORATE DISCLOSURE – 2



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com