Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES NO. 1-10,<br>Defendants. | Case No. 2:22-cv-371-MJP<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA ON GOOGLE, LLC PRIOR TO DISCOVERY CONFERENCE<br><br>NOTING DATE: APRIL 22, 2022 |

Plaintiff Bungie, Inc. ("Bungie") requested leave to serve a third-party subpoena on Google, LLC ("Google") in advance of holding a Rule 26(f) conference. Good cause being show, Bungie's motion is granted.

2:22-cv-371-MJP [PROPOSED] ORDER GRANTING BUNGIE'S MOTION FOR LEAVE (DKT. NO. 11) – 1

1  Ordered this \_\_\_\_ day of April, 2022

3  _____
4  Hon. Marsha J. Pechman
   UNITED STATES DISTRICT COURT JUDGE

26  2:22-cv-371-MJP   [PROPOSED]
27  ORDER GRANTING BUNGIE'S MOTION FOR LEAVE (DKT. NO. 11) - 2