Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

                Plaintiff,

    v.

NICHOLAS MINOR a/k/a "LORD NAZO",

                Defendant.

Case No. 2:22-cv-371-MJP

FIRST AMENDED COMPLAINT FOR (1) FRAUDULENT DMCA NOTICES UNDER 17 U.S.C. § 512(f); (2) FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. §§ 1125(a) and 1117(a); (3) COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501 *et seq.*; (4) BUSINESS DEFAMATION; (5) VIOLATION OF THE WASHINGTON CONSUMER PROTECTION ACT, RCW 19.86.020; and (6) BREACH OF CONTRACT

JURY DEMAND

Plaintiff Bungie, Inc. ("Bungie"), as and for its complaint against Defendant Nicholas Minor a/k/a Lord Nazo, respectfully alleges as follows:

**INTRODUCTION**

1.      Bungie is the creator, developer, and publisher of *Destiny* and *Destiny 2*, wildly successful massively multiplayer online first-person shooter games with a devoted fanbase. This case arises out of Nick Minor's malicious campaign to serve fraudulent takedown notices to some of the most prominent and passionate members of

FIRST AMENDED COMPLAINT – 1


TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1    that fanbase, purportedly on Bungie's behalf, in apparent retaliation for Bungie

2    enforcing its copyrights against material Minor uploaded to his own YouTube channel.

3         2.     In December 2021, Bungie's brand protection vendor, CSC Global

4    ("CSC"), issued a series of Digital Millennium Copyright Act ("DMCA") takedown

5    notices under Bungie's direction to a number of YouTube channels that had uploaded

6    content that infringed Bungie's copyrights and violated Bungie's published policy on

7    fan use of intellectual property.

8         3.     Among those receiving takedown notices was the YouTube channel of

9    Lord Nazo, who had posted music from Bungie's original soundtrack ("OST") for *The*

10    *Taken King*, a *Destiny* expansion released in 2015, in violation of Bungie's intellectual

11    property policy.

12         4.     In Bungie's experience, most YouTubers who receive DMCA takedown

13    notices voluntarily delete the infringing video and make an effort to avoid future

14    infringements.

15         5.     Minor chose a different path.

16         6.     After receiving the takedown notice, Minor left his infringing video up for

17    the maximum possible time – until late January 2022, when YouTube deleted it – and

18    instead created a new Gmail address, JeffreyWilandCSC@gmail.com, intended to mimic

19    the syntax of the email address CSC used for Bungie's legitimate takedowns.

20         7.     In February 2022, he purchased and uploaded multiple tracks from

21    another OST – this time, for Bungie's latest release, *The Witch Queen*. When Bungie had

22    CSC send DMCA takedowns for this second infringement and other infringing videos

23    on his channel, Minor acted. He registered a second fake "CSC" email address -

24    damianreynoldscsc@gmail.com – and began to send out a wave of fraudulent takedown

25    notices.

FIRST AMENDED COMPLAINT – 2


TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1    8.    *Ninety-six* separate times, Minor used his fake "CSC" Gmail addresses[1] to

2    exploit the hole in YouTube's DMCA-process security that allows anyone at all to claim

3    to be representing a rights holder for purposes of issuing a takedown, with no real

4    safeguards against fraud.

5    9.    Ninety-six times, Minor sent DMCA takedown notices purportedly on

6    behalf of Bungie, identifying himself as Bungie's "Brand Protection" vendor in order to

7    have YouTube instruct innocent creators to delete their *Destiny 2* videos or face

8    copyright strikes, disrupting Bungie's community of players, streamers, and fans. And

9    all the while, "Lord Nazo" was taking part in the community discussion of "Bungie's"

10    takedowns, spreading disinformation.

11    10.    This caused Bungie significant reputational and economic damage, for

12    obvious reasons. As discussed below, the *Destiny* community was bewildered and

13    upset, believing that Bungie had reneged on a promise to allow players to build their

14    own streaming communities and YouTube channels on *Destiny 2* content. *Destiny*

15    community members were also misled to believe that Bungie's brand protection agent

16    was also fraudulent, causing confusion among users as to the authenticity of legitimate

17    DMCA notices. Bungie had to devote significant internal resources to addressing it and

18    helping its players restore their videos and channels – an effort complicated by the fact

19    that while YouTube has a form that allows anyone to claim to represent a copyright

20    holder and issue copyright strikes, it has no dedicated mechanism for copyright holders

21    who are being impersonated to let YouTube know about the DMCA fraud. This meant

22    that Bungie had to work through several layers of YouTube contacts over a period of

23

24

25

---

[1] As discussed below, one of those 96 attempts was actually sent from Minor's JacobAverz@gmail.com account, apparently in error: the name and address information Minor manually typed into YouTube's DMCA form was for "Damian Reynolds", but the account from which Minor entered the form was the JacobAverz account.

<u>FIRST AMENDED</u> COMPLAINT – 3



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1   several days before it could adequately communicate and begin addressing the

2   problem.

3        11.    Minor no doubt relied on his presumed anonymity to protect him as he

4   embarked on his campaign. But, as detailed below, he left more than enough traces for

5   Bungie to conclusively identify him once Google produced its data on the fraudulent

6   email addresses.

7        12.    Bungie thus brings this action to recover for Minor's tortious and illegal

8   conduct, and, frankly, to demonstrate that serious consequences await anyone else

9   foolish enough to volunteer as a Defendant by targeting Bungie's community for attack.

10   **PARTIES**

11        13.    Plaintiff Bungie is a Delaware corporation with its primary place of

12   business at 550 106th Avenue NE, Suite 207, Bellevue, Washington 98004.

13        14.    Minor is an individual residing at 6520 Ibis Ct., Rocklin, CA 95765.

14   **JURISDICTION AND VENUE**

15        15.    The Court has subject matter jurisdiction over this action pursuant to 28

16   U.S.C. § 1331, in that Plaintiff asserts claims under federal law, including for violations

17   of Section 512(f) of the Digital Millennium Copyright Act and infringement of Bungie's

18   copyrights, and supplemental jurisdiction over Bungie's state law claims under 28

19   U.S.C. § 1367(a).

20        16.    This court has personal jurisdiction over Minor because Minor is a *Destiny*

21   and *Destiny 2* player who consented to jurisdiction in the state and federal courts in

22   King County, Washington by accepting the terms of Bungie's Limited Software License

23   Agreement (the "LSLA"), which provides that the licensee "agree[s] to submit to the

24   personal jurisdiction of any federal or state court in King County, Washington."

25



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

17.     Additionally, this court has personal jurisdiction over Defendant pursuant to RCW 26.50.240, the Washington Long-Arm Statute, because the Defendant committed tortious acts that caused Bungie injury in the State of Washington.

18.     Venue is proper under 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claims occurred in this judicial district and Defendant harmed Bungie in this judicial district.

BACKGROUND

I.     THE *DESTINY* COMMUNITY

19.     *Destiny* 2 is a shared-world online first-person shooter available across multiple platforms, including PlayStation 4 and 5, PC, Stadia, and the Xbox One and Series X consoles.

20.     *Destiny 2* boasts a community of tens of millions of players worldwide.

21.     But members of the *Destiny 2* community do more than just play the game – content creators build fan followings of their own for their gameplay or commentary, which is often streamed to followers and subscribers and/or uploaded to YouTube for asynchronous viewing.

22.     For instance, YouTubers like My Name is Byf and Datto have roughly a million or more subscribers who watch their videos about *Destiny 2*, its lore and gameplay.

23.     And this isn't just gratifying for Bungie, though seeing the community's love for its game is certainly that. *Destiny*'s base game is free to play, as is character levelling – gamers can play *Destiny 2* without purchasing anything at all unless they want to.

24.     Instead, Bungie's income stream from the *Destiny 2* game is entirely based on additional content gamers choose to buy: downloadable content including

FIRST AMENDED COMPLAINT – 5


TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

expansions (additional campaigns and storylines), in-game currency ("Silver," which players can purchase for real money and use in the *Destiny 2* world to "purchase" cosmetic items for their characters), seasonal content, and other in-game features and additions.

25.     Thus, unlike a more typical model in which companies earn income by retailing individual copies or downloads of games, Bungie generates revenue from *Destiny 2* if and only if its players find the game experience so compelling and enjoyable that they want to buy additional content.

26.     As a result, the level of connection and community that Bungie's players share directly affects Bungie's bottom line.

## II.    BUNGIE'S INTELLECTUAL PROPERTY POLICY AND ENFORCEMENT

27.     Bungie is the owner of more than 200 registered copyrights and trademarks.

28.     Bungie's registered copyrights cover, among other things, its game software, its game as an audio-visual work, and various elements of its games, including music and art used in the games.

29.     Because those elements are integral to the gaming experience, and because Bungie wants its community to be able to share and discuss *Destiny* gameplay and elements, but also wishes to protect its intellectual property, Bungie has adopted a comprehensive policy governing the use, display, and performance of Bungie's copyrighted works.

30.     As noted in its intellectual property policy, "Bungie strongly supports the efforts of our community to produce non-commercial content using video images, footage, music, sounds, dialogue, or other assets from our games, subject to a few

FIRST AMENDED COMPLAINT – 6



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1    conditions" and "generally approves streaming or commentary through approved

2    platforms like Twitch, YouTube, or Facebook."

3         31.    Bungie reserves the right to enforce its intellectual property rights against

4    infringers who violate the guidelines in its intellectual property policy, community

5    standards, or code of conduct.

6         32.    Bungie permits players to create videos using *Destiny* gameplay.

7         33.    Bungie permits players to upload gameplay videos to third-party video

8    sharing services such as YouTube, including to video-on-demand services that enable

9    players to monetize content, provided the videos contain substantial "player created

10   content."

11        34.    Bungie specifically notes that the sharing of videos that are primarily

12   Bungie-created content, e.g. trailers or cutscenes, is not allowed.

13        35.    Similarly, simply uploading songs from Bungie soundtracks or ripped

14   from the game files of *Destiny 2* does not comply with Bungie's intellectual property

15   policy.

16        36.    Bungie uses CSC as its vendor to handle DMCA takedown notices for

17   infringing content that does not comply with Bungie's intellectual property policy,

18   including content uploaded to YouTube.

19        37.    YouTube's DMCA reporting form requires the reporting party to use a

20   Google account if the reporting party processes DMCA requests via a YouTube content

21   management product (Creator Studio or Content Manager).

22        38.    For that reason, CSC created and uses the davidthomsoncsc@gmail.com

23   account for its DMCA work relating to YouTube videos.

24        39.    At no point does CSC issue takedown notices on YouTube uploads related

25   to *Destiny* without specific approval from Bungie's legal department.

FIRST AMENDED COMPLAINT – 7



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

40.     CSC maintains a record of the DMCA takedowns it executes on Bungie's behalf.

**III.     THE TAKEDOWNS FOR VIDEOS ON MINOR'S "LORD NAZO" YOUTUBE CHANNEL**

41.     On or about December 20, 2021, with Bungie's approval and direction, CSC issued a DMCA takedown for Minor's upload of *The Last Stand* – a track from the *Taken King* OST – to his Lord Nazo YouTube channel**.**

42.     Minor neither voluntarily deleted the infringing video nor provided YouTube with a counternotice claiming his use was non-infringing; instead, he simply left the video up until YouTube deleted it on or about January 25, 2022.

43.     On January 25, 2022, Minor created the JeremyWilandCSC@gmail.com account.

44.     On January 26, Minor tweeted his recognition that the DMCA takedown for *The Last Stand* was a legitimate takedown submitted by CSC as Bungie's brand protection vendor, responding to another user who had lost a video to a copyright strike and saying:

> Except it's not actually Bungie who is going after them. It's a 3rd-party "brand protection service", which is typically more of a nuisance than a benefit, especially to developers like Bungie who are open to community content.

45.     Upon information and belief, on February 5, 2022, Minor used his JeremyWilandCSC@gmail.com account to submit a false DMCA takedown purportedly on Bungie's behalf.

46.     On February 25, 2022, Minor purchased a physical copy of the *Witch Queen* OST from Bungie's online store.

47.     That album was shipped to Minor's home address.

FIRST AMENDED COMPLAINT – 8



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

48.   The *Witch Queen* OST purchase came with a digital perk: a downloadable emblem – a virtual badge that can be applied to a player's *Destiny* account.

49.   Bungie delivered the emblem via a clickable link in an email to the PerfectNazo1@gmail.com email address Minor supplied at the time of the purchase.

50.   After purchasing the *Witch Queen* OST, Minor began uploading tracks from the OST to his Lord Nazo YouTube channel.

51.   On or about March 2, 2022, at Bungie's direction, CSC initiated a series of DMCA takedowns – 41 in total – relating to infringing content that had been uploaded to YouTube (the "Early March Takedowns"). All 41 Early March Takedowns related to music from *Destiny 2* OSTs.

52.   Among those were 23 Early March Takedowns of videos on Minor's Lord Nazo YouTube channel.

53.   Because Minor was a repeat offender, YouTube disabled the Lord Nazo channel on March 3, 2022.

54.   Minor instantly took to Twitter to complain to Bungie about the deletion:

> @Bungie @A_dmg04 @Cozmo23 Please help me! I can't access anything on my Google account because it has been disabled due to copyright takedowns. Please retract the takedowns and I will delete everything that infringes on your copyright.

55.   He also posted to his YouTube channel's "Community" tab, informing his subscribers that he was "taking steps to prevent any further copyright strikes."

56.   Upon information and belief, YouTube's actions in response to the Early March Takedowns were complete on or about March 16, 2022.



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**IV.    MINOR'S RETALIATORY ATTACK ON THE *DESTINY* COMMUNITY**

57.    On March 16, Minor tweeted his dissatisfaction with Bungie's copyright enforcement: "This is getting out of hand. Bungie needs to rectify these copyright takedowns and lock down their brand management …"

58.    Beginning on or about March 17, 2022, Minor began submitting a wave of unauthorized DMCA takedown notices ("Fraudulent Takedown Notices") to YouTube for videos that allegedly infringed Bungie's copyrights.

59.    Upon information and belief, Minor created the two fake [name]csc@gmail.com Google accounts specifically in order to submit Fraudulent Takedown Notices.

60.    On March 17, 2022, Minor sent out 38 Fraudulent Takedown Notices: 36 from the "Jeremy Wiland" account, 1 from jacobaverz@gmail.com in which he identified himself as "Damian Reynolds", and a duplicate of that "Jacob Averz" takedown from the "Damian Reynolds" account.

61.    Upon information and belief, Minor accidentally switched from his Jeremy Wiland account to his Jacob Averz account before submitting the Jacob Averz takedown, while believing he had switched to his "Damian Reynolds" account, and therefore entered the information "Damian Reynolds" into the form. A copy of the Jacob Averz Fraudulent Takedown Notice (and the subsequent correspondence between Minor and YouTube) is annexed hereto as Exhibit A.

62.    Upon information and belief, upon realizing that he had used the wrong email address, Minor switched to the Damian Reynolds account and submitted an identical takedown targeting the same video. A copy of the Damian Reynolds Fraudulent Takedown Notice is annexed hereto as Exhibit B.

FIRST AMENDED COMPLAINT – 10



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

63.     As reflected in Exhibits A and B, and perhaps because of the duplication and the use of an email account without the [name]CSC@gmail.com naming convention, on March 18, 2022 YouTube flagged both notices as fraudulent and asked Minor to provide documentation of his authority to represent Bungie as the copyright holder.

64.     Both times that YouTube requested such documentation, Minor responded the same way: "I hereby retract my claim of copyright infringement."

65.     Minor was fully aware at all times that he had no authority to submit **any** of the Fraudulent Takedown Notices.

66.     Nevertheless, Minor identified himself as Bungie's authorized agent when submitting the Fraudulent Takedown Notices, providing a corporate web address, phone number, and address of an authentic CSC office in Delaware to do so, and claiming, "I am part of CSC Brand Protection." *See* Exhibit A.

67.     On March 18, 2022, Minor sent another five Fraudulent Takedown Notices from the Jeremy Wiland account.

68.     On March 19, 2022 – the same day he withdrew the Jacob Averz and Damian Reynolds Fraudulent Takedown Notices – Minor submitted another 53 Fraudulent Takedown Notices.

69.     Over those three days in March, Minor submitted 96 Fraudulent Takedown Notices targeting 95 videos posted by many members of the *Destiny* community, including but not limited to:

a.     My Name is Byf, a *Destiny* YouTuber with 966,000 subscribers;

b.     Aztecross, a *Destiny* YouTuber with 594,000 subscribers;

c.     The Phoenix, a *Destiny* YouTuber with 54,000 subscribers;

<u>FIRST AMENDED</u> COMPLAINT – 11



TBILLICK
LAW
600 1ˢᵗ Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1        d.      Promethean, Archival Mind, a *Destiny* YouTuber with 17,800 subscribers;

2 and

3        e.      Azrod_FR, a French YouTuber with 984 subscribers.

4       70.     Indeed, Bungie's own official *Destiny* YouTube channel got hit with a

5 Fraudulent Takedown Notice.

6       71.     Having taken advantage of YouTube's reporting system by impersonating

7 CSC, the attack was a success, and videos were removed on the basis of the Fraudulent

8 Takedown Notices.

9       72.     Upon information and belief, Minor filed a fraudulent DMCA notice

10 targeting his own YouTube channel, purportedly on behalf of Bungie, using the

11 fraudulent alias "jeremywilandcsc@gmail.com."

12       73.     Using the confusion engendered by his own false DMCA notices, Minor

13 also sent a counternotification to YouTube, *specifically* challenging Bungie's

14 identification of his videos as infringing based on the idea that the notifications may

15 have been part of his own wave of fraudulent takedowns:

16               Takedowns were issued on these videos, supposedly on behalf
17               of Bungie Inc., on the basis that using content from Bungie's
                games violated their trademark. However, Bungie's guidelines
18               from their own website regarding use of their intellectual
                property state otherwise: "Bungie strongly supports the efforts
19               of our community to produce non-commercial content using
                video images, footage, music, sounds, dialogue, or other assets
20               from our games..." (Source:
                https://www.bungie.net/7/en/Legal/IntellectualPropertyTra
21               demarks) The music in these videos are from the game Destiny
                2, which is permitted under their guidelines. Seeing as Bungie
22               has been, and still is, supportive of community-made content, it
                would seem that these copyright takedowns go against their
23               wishes.

24               Furthermore, as per Bungie's tweet it seems like the claimant,
                David, has been issuing false copyright takedowns as well:

25



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

"We're aware of a series of copyright takedowns on YouTube and we're actively investigating. This includes content on our own Bungie channels.

These actions are NOT being taken at the request of Bungie or our partners. Please standby for future updates.

http://bung.ie/3CZAYta" - Source: https://twitter.com/Bungie/status/1505630845993844736

**As stated from Bungie's tweet, these takedowns were NOT made at their request**. Plus, I have uploaded these videos for years without any request from Bungie to take them down, and it is even confirmed by Bungie that they did not issue or ask for these takedowns.

I believe these videos were flagged by mistake due to parts of them bearing resemblance to the original music they were derived from. The videos contain self-modified audio track sequences that are used to create custom extended alterations of the original music, which falls under the transformative case of fair use. I'm also not making money off of these videos, they are non-commercial. These videos also don't detract from Bungie making a profit, but rather help gather more interest in their games as I always reference what was used. In addition, I supplemented the videos with my own graphics and followed Bungie's aforementioned guidelines.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

(emphasis added).

74.    Minor obviously knew that the "copyright takedowns on YouTube" that Bungie was referencing in its tweet were the Fraudulent Takedown Notices he had issued from his Jeremy Wiland, Damian Reynolds, and Jacob Averz accounts.

75.    The counternotice identified "Lord Nazo" as Nick Minor, his email as perfectnazo1@gmail.com, and his address as listed above.

V.    THE COMMUNITY IMPACT OF MINOR'S ATTACK, AND BUNGIE'S RESPONSE

76.    Minor's attack sent shockwaves through the *Destiny* community.



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

77.     Community members described the loss of the falsely-struck content as "heartbreaking,"[2] "horrible,"[3] and "[l]egitimately a tragedy."[4]

78.     Content creators described the chilling effect the false takedowns had on their own work, saying "I'm scared to make new Destiny videos let alone keep the ones I've already made up"[5] and "I'm just worried that my channel is gone forever because of this."[6]

79.     As one community member explained, "Some of the people running these channels used their 'main' accounts for this, couldn't take the risk. Just unlisting videos doesn't protect them from strikes at all. It was self-delete or get permanently blacklisted by Google."[7]

80.     The community's sorrow quickly turned to anger. Many fans reacted with disbelief and frustration, saying "Bungie has always been a company that isn't a shitty soulless corp with this stuff and I'd super appreciate it if y'all can send this up to flagpole to whoever can look into this"[8] and "[t]his is the type of thing that alienates a dev company from their fans... it's damaging the community and I don't understand it tbh."[9]

---

[2] https://web.archive.org/web/20220317143736/https://www.reddit.com/r/DestinyTheGame/comments/tg01q1/its_time_to_say_goodbye_to_all_the_sunset_tracks/i10uapk/
[3] https://www.youtube.com/post/Ugkx78XtbobU_RBv4cVHNFAtuTCk-4Nhm15a
[4] https://web.archive.org/web/20220317085347/https://twitter.com/Quantum__/status/1504380178646147073
[5] https://web.archive.org/web/20220317143736/https://www.reddit.com/r/DestinyTheGame/comments/tg01q1/its_time_to_say_goodbye_to_all_the_sunset_tracks/i10uapk/
[6] https://web.archive.org/web/20220321145312/https://twitter.com/theman34005852/status/1505920305096765443
[7] https://web.archive.org/web/20220317091011/https://www.reddit.com/r/DestinyTheGame/comments/tg01q1/its_time_to_say_goodbye_to_all_the_sunset_tracks/i0zx0f6/
[8] https://web.archive.org/web/20220317082420/https://www.reddit.com/r/DestinyTheGame/comments/tg01q1/its_time_to_say_goodbye_to_all_the_sunset_tracks/i0ztvlg/
[9] https://web.archive.org/web/20220320131945/https://www.reddit.com/r/destiny2/comments/tiacmp/bungie_and_their_partner_csc_are_now_extending/i1eextw/

FIRST AMENDED COMPLAINT – 14



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

81.    Community members felt disregarded and betrayed, saying "[i]t feels like they don't care or are complicit."[10]

82.    Because the false takedown emails used the same "CSC" identification style as the authorized agent, many members believed that these were authorized takedowns, saying "Bungie hired a 3rd party to enforce copyright. This is 100% on Bungie."[11]

83.    Minor also disseminated misinformation in various ways, helping to exacerbate the community reaction to the Fraudulent Takedown Notices and, upon information and belief, hoping to obscure his role as their source.

84.    Posting from his "Lord Nazo" Twitter account on March 18, Minor sought to leverage his fraud, tagging Bungie's @DestinytheGame twitter account and multiple Bungie employees while tweeting "It seems like it's not just the music community getting hit. 2 non-music channels cannot be a mistake. Either someone is making fake copyright claims on behalf of @Bungie or their CSC is out of control."

85.    On March 20, responding to a Bungie tweet explaining that they were not behind the Fraudulent Takedown Notices, Minor tweeted "I just knew it wasn't you guys. I just couldn't believe that you'd do this to us after 8 years. I'm so glad I was right."

86.    On March 22, Minor tweeted "The problem with this is YouTube pretty much ignores everyone who doesn't have 500k+ subscribers and the same with Bungie. It took Bungie almost 2 months to respond to this, and the only reason they now responded was because they and other larger channels got hit."

---

[10]https://web.archive.org/web/20220320143557/https://twitter.com/Searcy306/status/1505553615439630336
[11]https://web.archive.org/web/20220320173445/https://www.reddit.com/r/DestinyTheGame/comments/tinzu4/cozmo_on_twitter_regarding_youtube_videos_being_i1fcuwc/

FIRST AMENDED COMPLAINT – 15



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

87.     On or about March 22, as detailed below, Minor sent out a "Manifesto" designed to sow confusion about the legitimacy of CSC's valid and authorized DMCA takedowns issued on behalf of Bungie.

88.     On March 23, Minor tweeted "@TeamYouTube People with *Destiny 2* content on their channels have been getting hit with fake takedowns and even Bungie confirms the takedowns aren't legit. My channel even got terminated because of all these fake takedowns. Is there anything you can do about this?"

89.     Also on March 23, Minor took to Reddit to rile up anger at Bungie.

90.     In one Reddit post, Minor wrote:

> My channel started getting fake takedowns as early as January and no one batted an eye. Even after Promethean's channel started getting affected, Bungie still didn't make a public announcement. It wasn't until after their own channels got hit that they made the announcement. I agree that these fake strikes would have continued after having been ignored for so long. Plus, Bungie has made it clear that unless a larger channel gets affected, then those of us with smaller channels are screwed.

91.     In another Reddit post, Minor defended the Fraudulent Takedown Notices as a necessary and probably beneficial response to *Bungie*'s supposed misconduct in allowing the videos he had uploaded to be taken down:

> I don't agree this was a great way to get Bungie's attention either, but Bungie did ignore the situation for about 2-3 months while it was still happening to smaller channels. My channel even got terminated because it amassed all these takedowns. I had been uploading Destiny videos to my channel for 8 years. I'm not happy about the current circumstances, but at least now I have a chance at getting my channel restored and so do others.

92.     On March 24, Minor tweeted at Bungie and its employees again: "You're still looking into the fake copyright takedowns, right? None of my videos have been restored yet."



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

93.     On March 26, Minor attempted to defraud YouTube into restoring his videos, tweeting at them to claim that his videos were subject to a "fraudulent takedown" and pointing them to his "counter notification that keeps getting rejected even though I explicitly mention the tweet from the copyright holder about the takedowns not being issued at their request."

94.     Nor was the reaction to Minor's Fraudulent Takedown Notices confined to the *Destiny* community.

95.     The Fraudulent Takedown Notices, and their aftermath, also garnered significant media attention, being reported on at GamesIndustry.biz[12], GameSpot.com[13], PC Gamer[14] [15], Forbes[16], and even German web portal WinFuture[17].

96.     And at Bungie, the Fraudulent Takedown Notices consumed significant time and resources.

97.     On March 18, 2022, when the first complaints about the takedown notices began coming to Bungie's attention, Bungie's Deputy General Counsel, James Barker, reached out to Bungie's brand protection team at CSC to inquire about a suspicious takedown targeting Aztecross that was described via social media, noting that he did not see the Aztecross takedown in the CSC-provided list of completed takedowns, or any requests targeting Aztecross, and asking CSC to confirm if there was a takedown.

---

[12]https://web.archive.org/web/20220321222220/https://www.gamesindustry.biz/articles/2022-03-21-bungie-reports-destiny-youtube-video-copyright-takedowns

[13] https://web.archive.org/web/20220321135521/https://www.gamespot.com/articles/destiny-2-copyright-strikes-hit-high-profile-creators-and-bungie/1100-6501726/

[14] https://web.archive.org/web/20220324230146/https://www.pcgamer.com/bungie-says-last-weeks-destiny-2-video-takedowns-were-fraudulent/

[15] https://web.archive.org/web/20220325054014/https://www.pcgamer.com/no-one-is-safe-from-destiny-copyright-strikes-not-even-bungie/

[16] https://www.forbes.com/sites/paultassi/2022/03/21/someone-is-weaponizing-the-dmca-against-destiny-2-creators-and-bungie-itself/?sh=2cf8201b17b1

[17] https://web.archive.org/web/20220325072105/https://winfuture.de/news,128688.html

<u>FIRST AMENDED</u> COMPLAINT – 17


TBILLICK
LAW
600 1ˢᵗ Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1    98.    By email roughly half an hour later, CSC responded that it had no such

2    record either, nor any secondary records that would suggest any such takedown had

3    occurred by mistake, and asked for more information so that it could confirm with

4    certainty that it was not the source.

5    99.    After being provided details on the timing of the copyright complaint

6    filed against Aztecross, CSC confirmed that they had no record and the complaint likely

7    did not come from them.

8    100.    Mr. Barker then forwarded the image of the takedown from the user,

9    noting the oddity of the fact that the notice indicated that content was "removed by

10   Bungie, Inc." when any removals handled by CSC would not have used that language,

11   and Bungie had not authorized anyone else to issue takedowns.



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

101.    Based on those issues, Mr. Barker asked if CSC believed it could be a spoof, and CSC responded that it believed so but would need until Monday, March 21 to confirm fully.

102.    In response, Mr. Barker directed CSC to do what it could to get the video reinstated, as it did not violate Bungie's guidelines.

103.    CSC issued a retraction notice requesting reinstatement of the video, but on Monday, March 21 it reported that YouTube had denied the retraction request because the retraction notice was not sent from the same email that had issued the initial Fraudulent Takedown Notice.

104.    In the interim, the nature of Minor's impersonation of Bungie had become clear, and Bungie had reached out to YouTube to try to address the issue.

105.    Over a period of four days – from March 19 through March 22 – Bungie engaged in repeated, urgent, and escalating communications with Google, leveraging all of the company's contacts and attempting to get YouTube to stop the attack, prevent future attacks, restore videos that had been wrongfully taken down, and provide information on the fraudulent accounts so that Bungie could identify the then-unknown person or persons – Minor – behind the attack.

106.    While Bungie's legal department, management, and executives were attempting to negotiate the byzantine procedural labyrinth Google required before it would address the fraud Minor was committing, let alone identify him to Bungie, Minor was gloating, confessing, and threatening.

107.    Over that weekend, Minor's "Damian Reynolds" account began sending threatening emails to CSC, with the subject line "You're in for it now" and telling CSC "Better start running. The clock is ticking."

<u>FIRST AMENDED</u> COMPLAINT – 19



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

108.    At 12:41 a.m. on Monday the 21st, Minor used his "Damian Reynolds" account to email davidthomsoncsc@gmail.com the following:

> Hope striking everyone's content was worth it, asshat. You've now got Bungie's full attention. You really oughta grow up and get a life instead of tormenting people from behind a screen like a fucking coward. If I were you, I'd delete my Google account right now because Bungie (and probably even Google) are gonna come after you hard.

109.    Meanwhile, members of the *Destiny* 2 community forwarded Bungie's community team an email Minor had sent using his "Jeremy Wiland" account, which took credit for the fraud (the "Manifesto").

110.    The Manifesto reads like a hackneyed "look what you made me do" letter from the serial killer in a bad novel:

> Greetings. I'm one of the people who filed false takedowns on videos uploaded by you and others in the *Destiny* community. The other person filing takedowns is "davidthomsoncsc@gmail.com", whom I will refer to as "David Thomson". I'm not aware of any other email addresses that are being used to issue fraudulent takedowns. I am also keeping some parts of this email confidential for obvious reasons.
>
> With that said, there's more to this that you should know.
>
> 1. As is obvious, I'm not employed by CSC and I have no affiliation with Bungie. The same applies to "David Thomson".
>
> 2. YouTube's copyright takedown system is incredibly flawed. Their verification system for takedown requests is so gullible that people, such as I and "David Thomson", are able to file takedowns without any legitimacy to our names. If you're looking to place blame, place it on YouTube for its sloppy copyright takedown system and Bungie for ignoring this issue for so long
>
> I could tell you how I got YouTube to think I was a legitimate representative for Bungie. All it took was a single sentence. <u>No documents, no license, no private information.</u>
>
> **Also, I did not issue takedowns on Bungie's own channels.** Whoever did that is further proof that YouTube doesn't verify the identities of takedown claimants.

FIRST AMENDED COMPLAINT – 20



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1

2

3

      3.    I was directly affected by false takedowns from "David Thomson" several months ago, and many others were issued false takedowns by this person over the past several years. I believed with enough attention, Bungie might have been prompted to step in. The first few channels that were hit by takedowns didn't seem to grab anyone's attention, so I had to escalate the matter.

4

5

           If I hadn't escalated the issue, many people would not have had their takedowns removed.

6

7

8

9

You may choose not to believe me, but at least I responded to some of the people whose videos I took down. The other frauds like "David Thomson" never reply because they're spiteful cowards who want their victims to feel helpless and afraid. **"David Thomson" has also been issuing false takedowns for years** with no repercussions. Although, unlike me, they have been playing it safe up until now by only issuing takedowns on a few videos to avoid Bungie's radar. I intended to get caught so that Bungie would take heed of the corruption that has been ensuing in the center of their YouTube community.

10

11

I fully intended to retract my takedowns and stop issuing them after Bungie had acknowledged the issue and begun restoring people's videos/channels or otherwise.

12

13

14

If "David Thomson" went after more videos I wouldn't be able to remove the takedowns, since takedowns can only be retracted from the original claimant's email address. Otherwise, I would have undone all of their actions and prevented this altogether.

15

16

17

None of this was about copyright infringement, nor did it have anything to do with the Sony acquisition. In the future, you should expect the claimant's email address in the "**contact info**" field of a copyright takedown notice made on behalf of a large studio like Bungie to originate from a domain other than Gmail when determining its legitimacy.

18

19

Finally, I know this hardly means anything, but I apologize to you and everyone else who was affected by my selfish actions. You have every right to be furious with me. My goal was to get Bungie to see the fake takedowns and stop them. That's all.

20

(emphasis in original).

21

      111.    The Manifesto caused confusion among recipients of legitimate DMCA

22

notifications and upon information and belief was calculated to cause the recipients of

23

legitimate takedown notices to file inappropriate copyright counter notifications with

24

YouTube, as Minor himself had done or would soon do.

25

FIRST AMENDED COMPLAINT – 21



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

112.     At 3:18 p.m. on March 22, Google finally confirmed that the accounts that submitted the fraudulent requests had been terminated and all fraudulent submissions would be reversed, but Google would not share any information identifying the fraudulent user without a law enforcement request or civil process.

## VI.    BUNGIE IDENTIFIES MINOR

113.     Fortunately for the people whose videos were targeted by the Fraudulent Takedown Notices, Bungie had the financial resources to begin that civil process in order to meet Google's requirements.

114.     On June 10, 2022, Google responded to a subpoena served by Bungie in this action, providing Bungie with significant information on the accounts that had sent the Fraudulent Takedown Notices.

115.     That information included, among other things:

a.     The dates on which the "Jeremy Wiland" and "Damian Reynolds" accounts were created: January 26, 2022 and March 17, 2022, respectively;

b.     Every takedown notice Minor sent from each of those accounts, and any communications between Minor and Google relating thereto; and

c.     A log of each IP address used by Minor in connection with the two accounts.

116.     Taken together, and combined with the information already in Bungie's possession, the Google data allowed Bungie to conclusively identify Minor as the attacker.

117.     First, Minor's IP address information makes crystal clear that he is both Damian Reynolds and Jeremy Wiland.

FIRST AMENDED COMPLAINT – 22



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1    118.    Between February 5, 2022 and March 25, 2022, "Wiland" and "Reynolds"

2    consistently logged into their accounts from the following IP address: 135.26.144.241

3    (the ".241 Address").

4    119.    The .241 Address is part of the 135.26.144.x subnet, which is registered to

5    Consolidated Communications, a residential ISP that serves Rocklin, CA.

6    120.    Confirming that the Wiland and Reynolds accounts were operated by the

7    same person, on March 22, 2022, the Damien Reynold account logged out from the .241

8    Address and the Wiland account logged in from the .241 Address *within the same second*

9    (at 11:07:28 p.m.).

10    121.    Minor also logged into both his "Lord Nazo" *Destiny 2* account and his

11    "Overlord Nazo" *Destiny* account from the .241 Address.

12    122.    Minor purchased the *Witch Queen* OST for delivery to his Rocklin, CA

13    address.

14    123.    A download link for the emblem that came with the *Witch Queen* OST

15    purchase was sent to Minor's PerfectNazo1@gmail.com email address.

16    124.    Minor clicked the emblem link to download that emblem from a using the

17    .241 Address.

18    125.    The abusive emails "Damian Reynolds" sent to David Thomson were sent

19    from the .241 Address.

20    126.    The emails that "Damian Reynolds" and "Jeremy Wiland" sent in the

21    process of issuing the Fraudulent Takedown Notices were sent from the .241 Address.

22    127.    The Manifesto was sent from the .241 Address.

23    128.    As noted above, Minor's perjurious counternotification identified Minor,

24    his address, and the Lord Nazo YouTube account as associated with the

25    PerfectNazo1@gmail.com email.

FIRST AMENDED COMPLAINT – 23



TBILLICK
LAW
600 1ˢᵗ Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

129.     On either March 26, 2022 or March 27, 2022, the IP Address assigned to the Minor household changed to 135.26.144.206 (the ".206 Address").

130.     That only the final three numbers in the IP Address changed confirms that these two addresses were on the same subnet, which had been assigned to the Roseville, California branch of Consolidated Communications.

131.     From March 27, 2022 until Minor finally began to use a VPN provider for his Wiland and Reynolds logins in the wake of media reports of this lawsuit, all of Wiland and Reynolds' activity was associated with the .206 Address.

132.     Throughout May 2022, Minor repeatedly logged into his Overlord Nazo *Destiny* account from the .206 Address.

133.     Moreover, the duplicate Fraudulent Takedown Notice confirms that "Jacob Averz" and "Damian Reynolds" are the same person.

134.     The Gmail address Minor used to register his *Destiny* account was JacobA10000000@gmail.com.

135.     The data revealed in the 2016 data breach from the hacking and cheating site nulled.io included accounts registered to the following email addresses: PerfectNazo1@gmail.com, JacobAverz@gmail.com, and JacobA10000000@gmail.com.

136.     All three accounts logged in from the same IP addresses: 174.34.220.179 (the ".179 Address") and 137.164.229.164 (the ".164 Address").

137.      Sometimes, one of Minor's account would log out and another would log in within the same minute.

138.     Both the .179 Address and the .164 Address were also assigned by Consolidated Communications.

139.     The Steam profile linked to Minor's *Destiny* account itself links to the Lord Nazo YouTube account.



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

140.    The YouTube account description links to the @Lord_Nazo Twitter account from which Minor tweeted about the takedowns he had received.

141.    The Reddit user /u/LordNazo has claimed to be the person behind both the LordNazo YouTube account and the LordNazo Twitter account.

142.    Given all this overlap, Minor's identity as the fraudster behind the Damian Reynolds and Jeremy Wiland email addresses is a certainty.

## FIRST CAUSE OF ACTION
### (DMCA 512(f) – FRAUDULENT NOTICE)

143.    Bungie repeats and realleges the allegations of Paragraphs 1-142 of this Complaint as though fully set forth herein.

144.    The Fraudulent Takedown Notices targeted the following copyrighted content: 21 songs from the *Destiny* OST; 1 song from the *Destiny: Rise of Iron* OST; 2 songs from the *Destiny 2* OST; 1 song from the *Destiny 2: Forsaken* OST; 13 songs from the *Destiny 2: Shadowkeep* OST; 3 songs from the *Destiny 2: Beyond Light* OST; 12 songs from the *Witch Queen* OST; the *Grasp of Avarice* music Bungie released as a standalone track in December 2021; *Destiny 2: The Witch Queen;* and (in 31 separate notices apparently directed at standard gameplay videos) the *Destiny 2* game itself.

145.    Bungie holds the copyrights to each of the allegedly infringed works, including Registration No. PA 2-282-670 (for the *Destiny 2* game), Registration No. TX-9-130-251 (for the *Destiny 2: The Witch Queen* game), Registration No. SR-891-773 (for the *Destiny* OST), Registration No. SR-875-932 (for the song from the *Destiny: Rise of Iron* OST) Registrations No. SR-881-881 and SR-875-890 (for the songs from the *Destiny 2* OST), Registration No. SR-888-261 (for the song from the *Destiny 2: Forsaken* OST); Registration No. SR-894-199 (for 8 of the songs on the *Destiny 2: Shadowkeep* OST), Registrations No. SRu-1-441-990 and SRu-1-441-972 (for the songs from the *Destiny 2: Beyond Light* OST),

FIRST AMENDED COMPLAINT – 25



and Registrations No. SR-924-470 and SR-924-472 (for the *Destiny 2: The Witch Queen* OST).

146.   Bungie did not authorize Minor to submit DMCA notices on its behalf.

147.   Minor had no right to submit the Fraudulent Takedown Notices.

148.   At least some of the content that was the subject of the Fraudulent Takedown Notices was not infringing, because, upon information and belief, it complied with Bungie's intellectual property policy and therefore the YouTubers who posted it did so under license from Bungie.

149.   Upon information and belief, Minor knew he had no right to submit the Fraudulent Takedown Notices.

150.   The Fraudulent Takedown Notices were based on knowing and material misrepresentations, in violation of 17 U.S.C. § 512(f).

151.   Moreover, Minor relied on the confusion caused by his fraudulent activity to file knowingly false counternotices challenging the legitimacy of the valid DMCA notices addressed to Minor's own infringing content, in violation of 17 U.S.C. § 512(f).

152.   As a result of Defendant's acts alleged herein, Bungie incurred costs and expenses, including attorneys' fees, and has suffered, is suffering, and will continue to suffer substantial damage to its business in the form of lost profits and injury to its goodwill and reputation.

153.   Bungie is thus entitled to damages in an amount to be proven at trial, and preliminary and permanent injunctive relief.

## SECOND CAUSE OF ACTION
### (FALSE DESIGNATION OF ORIGIN, 15 U.S.C. § 1125(a))

154.   Bungie repeats and realleges the allegations of Paragraphs 1-153 of this Complaint as though fully set forth herein.



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

155. Bungie is the owner of U.S. Trademark Registration Number 2038273, for "BUNGIE" (the "BUNGIE Mark").

156. YouTube is a service as that term is used in the Lanham Act.

157. YouTube's DMCA reporting system is a service as that term is used in the Lanham Act.

158. Submission of a DMCA takedown notice to YouTube is an act that impacts interstate commerce and, therefore, is "commercial activity" under the Lanham Act.

159. By submitting the Fraudulent Takedown Notices to YouTube under the name "Bungie, Inc.," Minor used the BUNGIE Mark in connection with a service.

160. Minor's use of the BUNGIE Mark was likely to and in fact did cause confusion and mistake, and was likely to and did in fact deceive, as to the association of Minor with Bungie and as to Bungie's sponsorship or approval of the submission of the Fraudulent Takedown Notices, in violation of 15 U.S.C. § 1125(a).

161. Under 15 U.S.C. § 1117(a), Plaintiff is entitled to relief including, but not limited to Bungie's damages to be proven at trial, and the costs of this action.

162. In addition, Minor has admitted that he was aware of the fraudulent nature of his conduct and acted willfully.

163. As such, Bungie is entitled to an award of treble damages and attorneys' fees.

164. In addition, Bungie is entitled to preliminary and permanent injunctive relief.

**THIRD CAUSE OF ACTION**
**(COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501 *et seq*)**

165. Bungie repeats and realleges the allegations of Paragraphs 1-164 of this Complaint as though fully set forth herein.

<u>FIRST AMENDED</u> COMPLAINT – 27



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1   166.   Bungie holds the copyrights to each of the allegedly infringed works,

2   including Registration No. PA 2-282-670 (for the *Destiny 2* game), Registration No.

3   TX-9-130-251 (for the *Destiny 2: The Witch Queen* game), Registration No. SR-891-773 (for

4   the *Destiny* OST), Registration No. SR-875-932 (for the song from the *Destiny: Rise of Iron*

5   OST) Registrations No. SR-881-881 and SR-875-890 (for the songs from the *Destiny 2*

6   OST), Registration No. SR-888-261 (for the *Destiny 2: Forsaken* OST); Registration No.

7   SR-894-199 (for 8 of the songs on the *Destiny 2: Shadowkeep* OST), Registrations No.

8   SRu-1-441-990 and SRu-1-441-972 (for the songs from the *Destiny 2: Beyond Light* OST),

9   and Registrations No. SR-924-470 and SR-924-472 (for the *Destiny 2: The Witch Queen*

10  OST).

11  167.   Bungie also holds the copyrights to the works Minor infringed on his Lord

12  Nazo YouTube channel, including, in addition to those listed above, Registration No.

13  SR-876-013 (for *The Last Stand*), Registration No. SR-875-996 (for *Remembrance*), and

14  Registration No. SRu-1-441-986 (for *Reflection, Enlightened, New Beginnings, Obsession,*

15  and *Control*).

16  168.   Each alleged infringement identified in the Fraudulent Takedown Notices

17  was an alleged infringement of content for which Bungie has the copyright.

18  169.   By submitting the Fraudulent Takedown Notices, Doe Defendants

19  infringed Bungie's right under 17 U.S.C. § 106 to authorize the public display and

20  performance of its copyrighted works.

21  170.   That infringement was willful, as evidenced by the Manifesto.

22  171.   As such, Bungie is entitled to damages and injunctive relief, including

23  enhanced statutory damages of $150,000 for each of the works implicated in the

24  Fraudulent Takedown Notice that willfully infringed Bungie's registered copyrights,

25  totaling $7,650,000.

<u>FIRST AMENDED</u> COMPLAINT – 28



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

172.    In addition, Minor's YouTube uploads of the 24 videos for which he received DMCA takedowns (the "Nazo Uploaded Works") infringed Bungie's registered copyrights in those works.

173.    Those works were: The Last Stand and Remembrance (from the Taken King OST), The Witch Queen (from the Witch Queen OST), Enlightened, Deep Stone Lullaby, Athanasia, Stay Down, Desolation, New Beginnings, Obsession, Reservations, Look Within, Frigid Tomb, Control, Security Breach, Whiteout, Acceptance, Beyond Light, Lament, Reflection, Disquiet, Unveiled, and Reckless (from the Beyond Light OST), and The Sanctified Mind (from the Shadowkeep OST).

174.    While as a general policy and in the absence of factors beyond simply an infringing upload Bungie does not typically sue infringers whose uploads were the subject of a DMCA notice, Minor's malicious conduct in filing the Fraudulent Takedown Notices, and the willfulness of his purchase and upload of the *Witch Queen* OST immediately after receiving notice that his upload of the *Taken King* OST was infringing, are more than enough, in Bungie's judgment, to qualify as an "additional factors" warranting an infringement suit for any infringement that was the subject of a legitimate DMCA notice.

175.    Moreover, Minor has announced his intention to continue infringing, posting to the Community tab of his YouTube channel in late April or early May 2022: "I just want everyone to know: this won't be the end. I'm not sure if I'm going to continue uploading Destiny content on this channel, but I might offload my deleted videos to a different channel."

176.    Bungie thus seeks – and is entitled to – actual or statutory damages for Minor's infringement of its copyrights in the 24 Nazo Uploaded Works, as well as preliminary and permanent injunctive relief, costs, and attorneys' fees.

FIRST AMENDED COMPLAINT – 29


TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1

2

## FOURTH CAUSE OF ACTION
### (BUSINESS DEFAMATION)

3       177.     Bungie repeats and realleges the allegations of Paragraphs 1-176 of this

4   Complaint as though fully set forth herein.

5       178.     Minor's Fraudulent Takedown Notices included the false claim that the

6   Fraudulent Takedown Notices were submitted either by or on behalf and with the

7   authorization of Bungie.

8       179.     Minor made that false claim with actual knowledge of its falsity.

9       180.     Minor made that false claim with actual knowledge that, in implementing

10  a DMCA takedown, YouTube would pass along that false assertion to the targeted

11  YouTubers.

12      181.     Upon information and belief, Minor made that false claim with the intent

13  that the targeted YouTubers would report to their subscribers, followers, and friends

14  that Bungie had taken down their videos and/or channels.

15      182.     Upon information and belief, Minor's intent was to cause anger and

16  consternation at Bungie within the *Destiny* community, so as to "get Bungie's attention"

17  and/or to stop Bungie from sending future, legitimate takedown notices against

18  Minor's own illegally-uploaded content.

19      183.     This intentional and malicious conduct resulted in harm to Bungie's

20  reputation.

21      184.     As a direct result of Minor's defamatory statements, Bungie has incurred,

22  and continues to incur, damages in an amount to be proven at trial.

23

24

25

FIRST AMENDED COMPLAINT – 30



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

**FIFTH CAUSE OF ACTION**
**(VIOLATION OF THE WASHINGTON**
**CONSUMER PROTECTION ACT, RCW 19.86.020)**

185.   Bungie repeats and realleges the allegations of Paragraphs 1-184 of this Complaint as though fully set forth herein.

186.   Minor has engaged in unfair and deceptive acts by fraudulently impersonating Bungie to issue false takedown notices.

187.   Minor's practices occurred in trade or commerce.

188.   As alleged in the Counts of this Complaint, Minor's actions were unlawful.

189.   Moreover, Minor's Manifesto, in effect, was calculated to discredit the authenticity of takedown notices legitimately issued by Bungie's authorized brand protection personnel by claiming, falsely, that DMCA notices issued by the authorized vendor were also fraudulent.

190.   Minor's Manifesto resulted in confusion among the creator community, causing at least one recipient of a legitimate copyright notice to file a copyright counter notice on the improper basis that the authorized brand protection agent was not in fact authorized.

191.   Moreover, there is a strong public interest in protecting creators and businesses from bad actors impersonating and misrepresenting them in the marketplace in order to fraudulently exploit their intellectual property rights to the detriment of the true rightsholders and other parties.

192.   Minor's unfair and deceptive acts have directly and proximately caused Bungie to incur, and to continue incurring, damages.


TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

193.    As a result of the foregoing, Bungie is entitled to an award of damages in an amount to be proven at trial, and treble damages and attorneys' fees as allowed under the statute.

## SIXTH CAUSE OF ACTION
### (BREACH OF CONTRACT)

194.    Bungie repeats and realleges the allegations of Paragraphs 1-193 of this Complaint as though fully set forth herein.

195.    The LSLA is a valid, binding contract between Bungie and each individual player of *Destiny 2*.

196.    *Destiny 2* cannot be played unless the user agrees to Bungie's LSLA.

197.    The LSLA is displayed in full for the user in the game client prior to the user's first play.

198.    The LSLA is also made easily and readily available on Bungie's website.

199.    Minor agreed to the LSLA.

200.    The LSLA prohibits users from "copy[ing], reproduce[ing], distribut[ing], display[ing] or us[ing] any part of [*Destiny 2*] except as expressly authorized by Bungie."

201.    Minor's upload of the Nazo Uploaded Works was not expressly authorized by Bungie.

202.    Minor thus breached the LSLA, and Bungie is entitled to damages in an amount to be proven at trial.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury as to all issues so triable in this action.

FIRST AMENDED COMPLAINT – 32



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Bungie, Inc., prays for the following relief:

    A. Damages in an amount to be proven at trial;

    B. Preliminary and permanent injunctive relief barring Defendants, and anyone acting in concert with them, from impersonating Bungie or further infringing Bungie's copyrights or trademarks;

    C. Costs, attorneys' fees, interest, and punitive damages as allowed by law; and

    D. Such other relief as the Court deems just and proper.

DATED this 22nd day of June, 2022

By _____

Tim J. Billick, WSBA No. 46690
TBILLICK LAW PLLC
600 First Ave
Seattle, WA 98101
Ph. (206) 494-0020
E-mail: tim@tbillicklaw.com

/s/ Akiva M. Cohen
pro hac vice
Akiva M. Cohen, NY Bar No. 4328969
KAMERMAN, UNCYK, SONIKER &
KLEIN P.C.
1700 Broadway
New York, NY 10019
Ph: (212) 400-4930
Email: acohen@kusklaw.com

/s/ Dylan M. Schmeyer
pro hac vice
Dylan M. Schmeyer, CO Bar No. 50573
KAMERMAN, UNCYK, SONIKER &
KLEIN P.C.
Ph: (719) 930-5942
Email: dschmeyer@kusklaw.com

*Attorneys for Plaintiff*

FIRST AMENDED COMPLAINT – 33



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com