# EXHIBIT A

# Ticket T7-80182295

Conversation with **jacobaverz@gmail.com** · YouTube Copyright Complaint Submission

---

| jacobaverz@gmail.com | Mar 17, 2022, 8:59 PM |
|---|---|

To:
Subject: Copyright Complaint Submission

Video IDs: CDng8XCUNBE

---

| video-rights | Mar 17, 2022, 8:59 PM |
|---|---|

To: jacobaverz@gmail.com
Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jacob Averz
Email Address: jacobaverz@gmail.com
Phone: 302 636 5400

CONFIDENTIAL   GOOG-BUNGIE-00000255

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 2:00
  It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Damian Reynolds

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                                                                                           GOOG-BUNGIE-00000256

**video-rights**                                            Mar 18, 2022, 12:20 AM

To: jacobaverz@gmail.com

Subject: YouTube Copyright Complaint Submission



Hi Jacob Averz,

Thank you for your notification. It appears you have made a claim on behalf of a company, but your account is not associated with a corporate email address. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, some of which involve impersonating the company that holds copyright to the material in question. In order to prevent this, we need to ask you for more information.

Please help us verify that you are affiliated with the corporate entity listed as the copyright owner in your notice. There are several ways you can do this:

1. Forward this message to your corporate email, if you have one, and then reply to this email address from that account.
2. If your company doesn't have a corporate email address, please provide a website or other publicly available listing where we can verify your company's existence and your affiliation with it.
3. If neither of these options is applicable to you, please provide an explanation.
4. If you do not actually represent a company, please let us know.

Please understand that We won't be able to process your request until we have received this verification.

- The YouTube Team

Here is the information you filled in:

CONFIDENTIAL                                                                                                             GOOG-BUNGIE-00000257

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jacob Averz
Email Address: jacobaverz@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 2:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Damian Reynolds

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL    GOOG-BUNGIE-00000258

CONFIDENTIAL    GOOG-BUNGIE-00000259