# EXHIBIT B

# Ticket T7-80182932

**Conversation with damianreynoldscsc@gmail.com** · Re: YouTube Copyright Complaint Submission

---

**damianreynoldscsc@gmail.com**                                       Mar 17, 2022, 9:13 PM
To:
Subject: Copyright Complaint Submission

Video IDs: CDng8XCUNBE

---

**video-rights**                                                     Mar 17, 2022, 9:13 PM
To: damianreynoldscsc@gmail.com
Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid
and includes all required elements. We will reply to this email when
we've taken action on your request. You can also check on the status
of your takedown request in the 'Removal requests' tab which is found
in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                              GOOG-BUNGIE-00000237

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or
client's original song

- ○ Title of original song: The Deserving
- ○ Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Damian Reynolds

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                          GOOG-BUNGIE-00000238

---

**video-rights**                                                                    Mar 17, 2022, 11:40 PM

To: damianreynoldscsc@gmail.com

Subject: YouTube Copyright Complaint Submission

---

 YouTube

Hi Damian Reynolds,

Thank you for your notification. It appears you have made a claim on
behalf of a company, but your account is not associated with a
corporate email address. Please understand that YouTube receives a
large number of fraudulent copyright takedown requests, some of
which involve impersonating the company that holds copyright to the
material in question. In order to prevent this, we need to ask you for
more information.

Please help us verify that you are affiliated with the corporate entity
listed as the copyright owner in your notice. There are several ways
you can do this:

1. Forward this message to your corporate email, if you have one, and
   then reply to this email address from that account.
2. If your company doesn't have a corporate email address, please
   provide a website or other publicly available listing where we can
   verify your company's existence and your affiliation with it.
3. If neither of these options is applicable to you, please provide an
   explanation.
4. If you do not actually represent a company, please let us know.

Please understand that We won't be able to process your request until
we have received this verification.

- The YouTube Team

Here is the information you filled in:

CONFIDENTIAL                                                            GOOG-BUNGIE-00000239

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Damian Reynolds

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                      GOOG-BUNGIE-00000240

**damianreynoldscsc@gmail.com**                                      Mar 18, 2022, 12:10 AM

To: youtube-disputes+02kxh4m2gicjn07@google.com

Subject: Re: YouTube Copyright Complaint Submission

I am part of CSC Brand Protection. https://www.cscdbs.com/

On Thu, Mar 17, 2022 at 11:40 PM YouTube Copyright <youtube-disputes+02kxh4m2gicjn07@google.com> wrote:



Hi Damian Reynolds,

Thank you for your notification. It appears you have made a claim on behalf of a company, but your account is not associated with a corporate email address. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, some of which involve impersonating the company that holds copyright to the material in question. In order to prevent this, we need to ask you for more information.

Please help us verify that you are affiliated with the corporate entity listed as the copyright owner in your notice. There are several ways you can do this:

1. Forward this message to your corporate email, if you have one, and then reply to this email address from that account.
2. If your company doesn't have a corporate email address, please provide a website or other publicly available listing where we can verify your company's existence and your affiliation with it.
3. If neither of these options is applicable to you, please provide an explanation.
4. If you do not actually represent a company, please let us know.

Please understand that We won't be able to process your request until we have received this verification.

- The YouTube Team

CONFIDENTIAL                                                         GOOG-BUNGIE-00000241

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Damian Reynolds

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                          GOOG-BUNGIE-00000242

**video-rights**

To: damianreynoldscsc@gmail.com

Subject: YouTube Copyright Complaint Submission

Mar 18, 2022, 9:42 PM



Hi Damian Reynolds,

We are concerned that some of the information in your takedown request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*).

We remind you that in your allegation of copyright infringement, you stated that:

1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and acknowledge that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
2. You understand that abuse of this form will result in termination of your YouTube account.

For each video in question, please explain how you're authorized to make this claim, including supporting documentation or other evidence wherever possible.

If we don't receive a detailed explanation from you within 7 days, **your YouTube account may be terminated**. You may be able to avoid termination if you retract your takedown request. If you wish to do so, please reply to this email with "I hereby retract my claim of copyright infringement."

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000243

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Damian Reynolds

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000244

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**damianreynoldscsc@gmail.com**                                         Mar 19, 2022, 12:24 AM

To: youtube-disputes+02kxh4m2gicjn07@google.com

Subject: Re: YouTube Copyright Complaint Submission

---

I hereby retract my claim of copyright infringement.

On Fri, Mar 18, 2022 at 9:42 PM YouTube Copyright <youtube-disputes+02kxh4m2gicjn07@google.com> wrote:



> Hi Damian Reynolds,
>
> We are concerned that some of the information in your takedown request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*).
>
> We remind you that in your allegation of copyright infringement, you stated that:
>
> 1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and acknowledge that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
> 2. You understand that abuse of this form will result in termination of your YouTube account.
>
> For each video in question, please explain how you're authorized to make this claim, including supporting documentation or other evidence wherever possible.

CONFIDENTIAL                                                                     GOOG-BUNGIE-00000245

If we don't receive a detailed explanation from you within 7 days, **your YouTube account may be terminated**. You may be able to avoid termination if you retract your takedown request. If you wish to do so, please reply to this email with "I hereby retract my claim of copyright infringement."

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Deserving
- Where does the content appear?
The content appears in the targeted video from 0 to 1:00
It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.

CONFIDENTIAL                                                                        GOOG-BUNGIE-00000246

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Damian Reynolds

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**mohamadrafiq@google.com**                                      Mar 19, 2022, 6:56 PM

To: damianreynoldscsc@gmail.com

Subject: Re: YouTube Copyright Complaint Submission

Hello,

Thank you for your response. Your takedown request will not be processed. If we believe that further takedown requests represent a pattern of fraudulent submissions, we may terminate your YouTube account with no further warnings.

Sincerely,
The YouTube Team

On March 19, 2022 damianreynoldscsc@gmail.com wrote:

I hereby retract my claim of copyright infringement.

On Fri, Mar 18, 2022 at 9:42 PM YouTube Copyright <youtube-disputes+02kxh4m2gicjn07@google.com> wrote:



Hi Damian Reynolds,

CONFIDENTIAL                                                                      GOOG-BUNGIE-00000247

We are concerned that some of the information in your takedown request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*).

We remind you that in your allegation of copyright infringement, you stated that:

1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and acknowledge that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
2. You understand that abuse of this form will result in termination of your YouTube account.

For each video in question, please explain how you're authorized to make this claim, including supporting documentation or other evidence wherever possible.

If we don't receive a detailed explanation from you within 7 days, **your YouTube account may be terminated**. You may be able to avoid termination if you retract your takedown request. If you wish to do so, please reply to this email with "I hereby retract my claim of copyright infringement."

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                                                      GOOG-BUNGIE-00000248

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Damian Reynolds

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                               GOOG-BUNGIE-00000249