United States District Court
Western District of Washington

Bungie, Inc.

        Plaintiff

VS

Nicholas Minor

        Defendant

**AFFIDAVIT OF SERVICE**

File/Index No.: 22 CV 00371
Issued On: 6/22/2022
Alt File/Index No.:
Calendar No.:

**SERVICE UPON:** Nicholas Minor a/k/a Lord Nazo

STATE OF California, COUNTY OF Placer: ss

Jakob Duran being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of California.

On 6/22/2022 at 3:54 AM at 6520 Ibis Court, Rocklin, CA 95765, I effected service of process of the following documents: Summons; First Amended Complaint with Exhibits upon Nicholas Minor a/k/a Lord Nazo, a/the defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with Nicholas Minor a/k/a Lord Nazo personally.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: white Age: 20-28 Height: 5'8" Eyes: Weight: 180 Hair: long brown

Subscribed and sworn before me on

Please see attached jurat form pursuant to CA Government Code Section 8202

Jakob Duran #18-020
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #: R87940

Personal Service by Personal Delivery

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Placer

Subscribed and sworn to (or affirmed) before me on this __23__ day of __June__, 2022 by __Jakob Javier Duran__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Alleya L. Galvez_
Signature of Notary Public

(Notary Seal)

ALLEYA L. GALVEZ
COMM. #2300018
NOTARY PUBLIC • CALIFORNIA
PLACER COUNTY
Commission Expires August 3, 2023

**Alleya L Galvez, NOTARY PUBLIC**      EXP: Aug 3, 2023

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_Affidavit of Service_

Title or description of attached document

CAPACITY CLAIMED BY THE SIGNER

✓ Individual(s)   ___ Corporate Officer   ___ Trustee(s)   ___ Other _____