UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., | CASE NO. 22-371 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NICHOLAS MINOR aka "LORD NAZO", | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court previously suspended Rule 26-related deadlines to allow Plaintiff to find and serve Defendant. (Dkt. No. 15.) Plaintiff served a summons and the Complaint on Defendant on June 23, 2022. (Dkt. No. 22.) The Court now sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

Deadline for FRCP 26(f) Conference:         9/2/2022

Initial Disclosures Pursuant to FRCP 26(a)(1):    9/9/2022

MINUTE ORDER - 1

| | |
|---|---|
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 9/16/2022 |

The deadlines above may be extended only by the Court. Any request for an extension should be made by telephone to Grant Cogswell, Courtroom Deputy, at (206) 370-8515. If Defendants have appeared, the parties are directed to meet and to confer before contacting the Court to request an extension.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 5, 2022.

Ravi Subramanian
Clerk of Court

s/Grant Cogswell
Deputy Clerk