Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES NO. 1-10, <br><br> Defendants. | Case No. 2:22-cv-371-MJP <br><br> RULE 7.1 UPDATED CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule Western District of Washington LCR 7.1, plaintiff Bungie, Inc. ("Bungie") states that it is a corporation, and that Sony Interactive Entertainment, Inc. now owns 10% or more interest in Bungie's stock. No other publicly held corporation owns 10% or more interest in Bungie's stock.

RULE 7.1 UPDATED CORPORATE DISCLOSURE – 1
Case No. 2:22-cv-371-MJP



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1  Respectfully submitted on August 5, 2022,

TBILLICK LAW<sup>PLLC</sup>

By _____

Tim J. Billick, WSBA No. 46690
E-mail: tim@tbillicklaw.com
600 First Ave
Seattle, WA 98101
Telephone: (206) 494-0020

/s/ *Akiva M. Cohen*
Akiva M. Cohen, NY Bar No. 4328969
(*pro hac vice*)
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
1700 Broadway
New York, NY 10019
Ph: (212) 400-4930
Email: acohen@kusklaw.com

/s/ *Dylan M. Schmeyer*
Dylan M. Schmeyer, CO Bar No. 50573
(*pro hac vice*)
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
Ph: (719) 930-5942
Email: dschmeyer@kusklaw.com

*Attorneys for Plaintiff*

RULE 7.1 UPDATED CORPORATE DISCLOSURE – 2
Case No. 2:22-cv-371-MJP



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com