UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE INC., | CASE NO. 22-371 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DOES 1-10, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge: On August 5, 2022, the Court entered a Minute Order setting the dates for initial disclosures and the Joint Status Report. (Dkt. No. 23.) The Court ordered the Parties to submit the status report by September 16, 2022. (Id.) The Parties have failed to file their updated status report in conformity with that order, therefore,

IT IS ORDERED that the Parties must show cause, by no later than **October 5, 2022**, why this matter should not be dismissed for failure to comply with the order of this Court.

//

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed September 21, 2022.

3

4 |         Ravi Subramanian
        Clerk of Court

5 |         s/Serge Bodnarchuk
        Deputy Clerk

MINUTE ORDER - 2