Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN DOES NO. 1-10,<br><br>    Defendants. | Case No. 2:22-cv-371-MJP<br><br>NOTICE RE: COURT ORDER |

Plaintiff Bungie, Inc. ("Bungie") apologizes for not keeping this court apprised of conversations with opposing counsel, and for not adhering to one of the court's deadlines. Defendant Nicholas Minor has recently retained counsel, but his counsel is not licensed to practice in the state of Washington. Because Defendant Minor's counsel is not licensed in Washington, Bungie has not yet been able to hold a Rule 26 conference pursuant to this court's scheduling order. As a professional courtesy, Bungie permitted Defendant Minor additional time to seek local counsel, extending Defendant's time to

Notice Re: Court Order– 1
Case No. 2:22-cv-371-MJP

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

answer through September 29. *See* Exhibit A attached hereto. We apologize again for allowing the Court's deadline to slip, respectfully request that the Court extend its deadlines, *nunc pro tunc*, as it deems appropriate based on the anticipated date of Defendant's appearance in this action, and fully anticipate that the parties will be able to adhere to all deadlines moving forward.

Respectfully submitted on September 22, 2022,

        TBILLICK LAW<sup>PLLC</sup>

        By _____

        Tim J. Billick, WSBA No. 46690
        E-mail: tim@tbillicklaw.com
        600 First Ave
        Seattle, WA 98101
        Telephone: (206) 494-0020

        */s/ Akiva M. Cohen*
        Akiva M. Cohen, NY Bar No. 4328969
        (*pro hac vice*)
        KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
        1700 Broadway
        New York, NY 10019
        Ph: (212) 400-4930
        Email: acohen@kusklaw.com

        */s/ Dylan M. Schmeyer*
        Dylan M. Schmeyer, CO Bar No. 50573
        (*pro hac vice*)
        KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
        Ph: (719) 930-5942
        Email: dschmeyer@kusklaw.com

        *Attorneys for Plaintiff*

Notice Re: Court Order– 2
Case No. 2:22-cv-371-MJP



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com