# EXHIBIT A

**From:** Petra Reinecke
**Sent:** Tuesday, September 13, 2022 6:40 PM
**To:** Akiva Cohen
**Cc:** tim@tbillicklaw.com; Brian Getz; Kathryn Tewson; Dylan Schmeyer; Mike Dunford
**Subject:** Re: Bungie v. Nicholas Minor, W.D. Wash Case No. 2:22-cv-371-MJP

Thanks. Hopefully that will be sufficient time.

Petra M. Reinecke
**LAW OFFICES OF PETRA M. REINECKE**
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
(415) 591-1102 direct
(415) 269-6956 cell
Email: pmrlawoffices@gmail.com

This message contains confidential information intended only for the use of the intended recipient(s) and may contain information that is privileged.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.

If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter.  Thank you.

On Tue, Sep 13, 2022 at 3:37 PM Akiva Cohen <acohen@kusklaw.com> wrote:

> Petra,
>
> I can't do a 30 day extension, but I can give you another two weeks. In my experience, that should be enough to let you find local counsel – and for whatever it's worth, Tim (who knows the area) concurs.
>
> All the best,
>
> Akiva M. Cohen
>
> Kamerman Uncyk
>
> 1700 Broadway
>
> New York, NY 10019
>
> 212-400-4930

**From:** Petra Reinecke
**Sent:** Tuesday, September 13, 2022 5:59 PM
**To:** Akiva Cohen
**Cc:** tim@tbillicklaw.com; Brian Getz; Kathryn Tewson; Dylan Schmeyer; Mike Dunford
**Subject:** Re: Bungie v. Nicholas Minor, W.D. Wash Case No. 2:22-cv-371-MJP

Akiva,

Our response date is currently September 15, but we have not been able to secure local counsel as necessary to get admitted pro hac vice. Could we please have one more 30 day extension?

Thanks,

Petra

Petra M. Reinecke
**LAW OFFICES OF PETRA M. REINECKE**
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
(415) 591-1102 direct
(415) 269-6956 cell
Email: pmrlawoffices@gmail.com

This message contains confidential information intended only for the use of the intended recipient(s) and may contain information that is privileged.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distr buting or copying this message is strictly prohibited.

If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter.  Thank you.

On Fri, Aug 19, 2022 at 11:03 AM Petra Reinecke <pmrlawoffices@gmail.com> wrote:

Akiva,

Thanks for your response. Is there a time next week when you are available to discuss this further? I am available on Tuesday after noon, Wednesday except for 1-2 pm, or any time Thursday, all times Pacific.

Thanks,

Petra

Petra M. Reinecke
**LAW OFFICES OF PETRA M. REINECKE**
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
(415) 591-1102 direct
(415) 269-6956 cell
Email: pmrlawoffices@gmail.com

This message contains confidential information intended only for the use of the intended recipient(s) and may contain information that is privileged.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.

If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter.  Thank you.

On Sat, Aug 13, 2022 at 8:16 PM Akiva Cohen <acohen@kusklaw.com> wrote:

> Petra,
>
> REDACTED
>
> Please talk to your client and come back to us with [REDACTED] offer,

Case 2:22-cv-00371-MJP    Document 26-1    Filed 09/22/22    Page 5 of 9

Best,

Akiva M. Cohen

Kamerman Uncyk

1700 Broadway

New York, NY 10019

212-400-4930

**From:** Petra Reinecke
**Sent:** Thursday, August 4, 2022 4:29 PM
**To:** Akiva Cohen
**Cc:** tim@tbillicklaw.com; Brian Getz
**Subject:** Re: Bungie v. Nicholas Minor, W.D. Wash Case No. 2:22-cv-371-MJP

Akiva,

Thank you for the extension.

We will discuss whether ████████████████████████████████████ And I welcome a discussion regarding your client's settlement expectations, ████████████████████████████████████

Please let me know when you are ready to discuss further.

Thanks,

Petra

Petra M. Reinecke
**LAW OFFICES OF PETRA M. REINECKE**
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
(415) 591-1102 direct
(415) 269-6956 cell
Email: pmrlawoffices@gmail.com

This message contains confidential information intended only for the use of the intended recipient(s) and may contain information that is privileged.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.

If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter.  Thank you.

On Thu, Aug 4, 2022 at 1:13 PM Akiva Cohen <acohen@kusklaw.com> wrote:

Hi, Petra, welcome back. Right now they are circling up internally to figure out ██████████
██████████████████████████ settlement ██████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████



Did you have anything specific you could offer?

Yes, we can extend to 9/15

Akiva M. Cohen

Kamerman Uncyk

1700 Broadway

New York, NY 10019

212-400-4930

**From:** Petra Reinecke
**Sent:** Thursday, August 4, 2022 3:59 PM
**To:** Akiva Cohen
**Cc:** tim@tbillicklaw.com; Brian Getz
**Subject:** Re: Bungie v. Nicholas Minor, W.D. Wash Case No. 2:22-cv-371-MJP

Hi Akiva,

I am back from vacation and checking in with you regarding this case. My recollection from our conversation was that you were going to talk to your client and then respond or talk to me further about ███████████████████████████████████████████████████████
███████████

In the meantime, as our deadline to respond is again fast approaching, could we extend the deadline to September 15?

I look forward to hearing from you.

Best regards,

Petra


Petra M. Reinecke
**LAW OFFICES OF PETRA M. REINECKE**
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
(415) 591-1102 direct
(415) 269-6956 cell
Email: pmrlawoffices@gmail.com

This message contains confidential information intended only for the use of the intended recipient(s) and may contain information that is privileged.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.

If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter.  Thank you.

On Mon, Jul 11, 2022 at 3:11 PM Petra Reinecke <pmrlawoffices@gmail.com> wrote:

Akiva,

Thank you for discussing this case with me this afternoon. This will confirm that you have graciously extended the time to respond to the First Amended Complaint up to and including August 15, 2022.

My contact details are below, and I have cc'd my co-counsel, Brian Getz.

As we discussed, I will be out of the country from July 24 to August 3. I look forward to hearing from you to discuss the direction of this case, either before or after that time, after you have had a chance to talk further with your client.

Thank you for your courtesy, and I look forward to working with you on this matter.

Petra

Petra M. Reinecke
**LAW OFFICES OF PETRA M. REINECKE**
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
(415) 956-2600 main
(415) 591-1102 direct
(415) 269-6956 cell
Email: pmrlawoffices@gmail.com

This message contains confidential information intended only for the use of the intended recipient(s) and may contain information that is privileged.  If you are not the intended recipient, or the person responsible for delivering it to the intended

recipient, you are hereby notified that reading, disseminating, distributing or copying this message is strictly proh bited.

If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter.  Thank you.