Nicholas Ranallo, Attorney at Law (WSBA 51439)
5058 57th Ave. S.
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Nicholas Minor

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, Inc.<br><br>    Plaintiff<br><br>v.<br><br>NICHOLAS MINOR<br><br>    Defendant | Case No. 2:22-cv-371-MJP<br><br>**Notice of Appearance of Counsel** |

TO: THE CLERK OF THE COURT;

AND TO: COUNSEL OF RECORD

     Please take notice that Nicholas Ranallo (WSBA #51439), 5058 57th Ave. South, Seattle, WA 98118 hereby enters an appearance on behalf of Defendant Nicholas Minor in the above-captioned matter.

Dated: September 27, 2022

   /s/Nicholas Ranallo
Nicholas Ranallo, Attorney at Law
5058 57th Ave. S.
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Nicholas Minor