NICHOLAS RANALLO (WASB No.: 51439)
RANALLO LAW OFFICE
5058 57th Avenue S
Seattle, WA 98118
Telephone: (831) 607-9229
Email: nick@ranallolawoffice.com

BRIAN H GETZ (CA Bar No.: 85593)
LAW OFFICES OF BRIAN H GETZ
*PRO HAC VICE*
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 912-5886
Email: brian@briangetzlaw.com

PETRA M. REINECKE (CA Bar No. 154482)
LAW OFFICES OF PETRA M. REINECKE
*PRO HAC VICE*
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 591-1102
Email: pmrlawoffices@gmail.com

Attorneys for Defendant NICHOLAS MINOR

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS MINOR a/k/a "LORD NAZO",<br><br>Defendant. | Case No.: 2:22-cv-371-MJP<br><br>**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT** |

    Defendant Nicholas Minor hereby answers the First Amended Complaint ("Complaint") filed by Plaintiff and admits, denies and avers as follows:

//

## INTRODUCTION

1. Defendant denies the allegations of this paragraph concerning his conduct and intent.

2. This paragraph contains no allegations against Defendant and no response thereto is necessary. To the extent that a response could be deemed necessary, Defendant responds that he lacks sufficient knowledge to admit or deny the allegations of this paragraph.

3. Based on information and belief, Defendant admits the allegations of this paragraph.

4. This paragraph contains no allegations against Defendant and no response thereto is necessary. To the extent that a response could be deemed necessary, Defendant responds that he lacks sufficient knowledge to admit or deny the allegations of this paragraph.

5-11. Defendant denies the allegations of these paragraphs.

12. This paragraph contains no allegations against Defendant and no response thereto is necessary. To the extent that a response could be deemed necessary, Defendant responds that he lacks sufficient knowledge to admit or deny the allegations of this paragraph.

## PARTIES

13. This paragraph contains no allegations against Defendant and no response thereto is necessary. To the extent that a response could be deemed necessary, Defendant responds that he lacks sufficient knowledge to admit or deny the allegations of this paragraph.

14. Defendant admits the allegations of this paragraph.

## JURISDICTION AND VENUE

15-18. Defendant lacks sufficient knowledge to respond to the allegations of these paragraphs and, on that basis, denies each and every allegation therein.

## BACKGROUND

19-40. These paragraphs contain no allegations against Defendant and no response thereto is necessary. To the extent that a response could be deemed necessary, Defendant responds that he lacks sufficient knowledge to admit or deny the allegations of these paragraphs.

41. Defendant lacks sufficient knowledge to respond to the allegations of this paragraph and, on that basis, denies each and every allegation therein.

42. Based on information and belief, Defendant admits the allegations of this paragraph.

43-45. Defendant denies the allegations of these paragraphs.

46-47. Based on information and belief, Defendant admits the allegations of these paragraphs.

48. This paragraph contains no allegations against Defendant and no response thereto is necessary. To the extent that a response could be deemed necessary, Defendant responds that he lacks sufficient knowledge to admit or deny the allegations of this paragraph and, on that basis, denies the allegations thereof.

49. Defendant lacks sufficient knowledge to respond to the allegations of this paragraph and, on that basis, denies each and every allegation therein.

50. Based on information and belief, Defendant admits the allegations of this paragraph.

51. Defendant lacks sufficient knowledge to respond to the allegations of this paragraph and, on that basis, denies each and every allegation therein.

52. Based on information and belief, Defendant admits the allegations of this paragraph.

53. Defendant lacks sufficient knowledge to respond to the allegations of this paragraph and, on that basis, denies each and every allegation therein.

54-55. Based on information and belief, Defendant admits the allegations of these paragraphs.

56. Defendant lacks sufficient knowledge to respond to the allegations of this paragraph and, on that basis, denies each and every allegation therein.

57-74. Defendant denies the allegations of these paragraphs.

75. Based on information and belief, Defendant admits the allegations of this paragraph.

76-82. These paragraphs contain no allegations against Defendant and no response thereto is necessary. To the extent that a response could be deemed necessary, Defendant responds that he lacks sufficient knowledge to admit or deny the allegations of these paragraphs and, on that basis, denies the allegations thereof.

83-84. Defendant denies the allegations of these paragraphs.

85-86. Based on information and belief, Defendant admits the allegations of these paragraphs.

87. Defendant denies the allegations of this paragraph.

88. Based on information and belief, Defendant admits the allegations of this paragraph.

89. Defendant denies the allegations of this paragraph.

90. Based on information and belief, Defendant admits the allegations of this paragraph.

91. Defendant denies the allegations of this paragraph.

92. Based on information and belief, Defendant admits the allegations of this paragraph.

93. Defendant denies the allegations of this paragraph.

94-105. These paragraphs contain no allegations against Defendant and no response thereto is necessary. To the extent that a response could be deemed necessary, Defendant responds that he lacks sufficient knowledge to admit or deny the allegations of these paragraphs and, on that basis, denies the allegations thereof.

106-108. Defendant denies the allegations of these paragraphs.

109-111. These paragraphs contain no allegations against Defendant and no response thereto is necessary. To the extent that a response could be deemed necessary, Defendant responds that he lacks sufficient knowledge to admit or deny the allegations of these paragraphs and, on that basis, denies the allegations thereof. Defendant specifically denies the allegations as to his intent or motive.

112-121. Defendant lacks sufficient knowledge to respond to the allegations of these paragraphs and, on that basis, denies each and every allegation therein.

122-123. Based on information and belief, Defendant admits the allegations of these paragraphs.

124-133. Defendant lacks sufficient knowledge to respond to the allegations of these paragraphs and, on that basis, denies each and every allegation therein.

134. Based on information and belief, Defendant admits the allegations of this paragraph.

135-142. Defendant lacks sufficient knowledge to respond to the allegations of these paragraphs and, on that basis, denies each and every allegation therein.

**FIRST CAUSE OF ACTION**

143. Defendant restates and incorporates each and every response to the allegations of all

prior paragraphs.

144-146.   Defendant lacks sufficient knowledge to respond to the allegations of these paragraphs and, on that basis, denies each and every allegation therein.

147.   Defendant denies the allegations of this paragraph.

148.   Defendant lacks sufficient knowledge to respond to the allegations of this paragraph and, on that basis, denies each and every allegation therein.

149-153.   Defendant denies the allegations of these paragraphs.

## SECOND CAUSE OF ACTION

154.   Defendant restates and incorporates each and every response to the allegations of all prior paragraphs.

155-158.   Defendant lacks sufficient knowledge to respond to the allegations of these paragraphs and, on that basis, denies each and every allegation therein.

159-164.   Defendant denies the allegations of these paragraphs.

## THIRD CAUSE OF ACTION

165.   Defendant restates and incorporates each and every response to the allegations of all prior paragraphs.

166-168.   Defendant lacks sufficient knowledge to respond to the allegations of these paragraphs and, on that basis, denies each and every allegation therein.

169-176.   Defendant denies the allegations of these paragraphs.

## FOURTH CAUSE OF ACTION

177.   Defendant restates and incorporates each and every response to the allegations of all prior paragraphs.

178-184.   Defendant denies the allegations of these paragraphs.

## FIFTH CAUSE OF ACTION

185.   Defendant restates and incorporates each and every response to the allegations of all prior paragraphs.

186-190.   Defendant denies the allegations of these paragraphs.

191.   This paragraph contains no allegations against Defendant and no response thereto is

necessary. To the extent that a response could be deemed necessary, Defendant responds that he lacks sufficient knowledge to admit or deny the allegations of this paragraph and, on that basis, denies the allegations thereof.

192-193.   Defendant denies the allegations of these paragraphs.

## SIXTH CAUSE OF ACTION

194.   Defendant restates and incorporates each and every response to the allegations of all prior paragraphs.

195-201.   Defendant lacks sufficient knowledge to respond to the allegations of these paragraphs and, on that basis, denies each and every allegation therein.

202.   Defendant denies the allegations of this paragraph.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Defendant demands a trial by jury as to all issues triable to a jury.

## RELIEF REQUESTED

Defendant denies generally and specifically that Plaintiff is entitled to the relief requested by the First Amended Complaint.

## AFFIRMATIVE DEFENSES

As affirmative defenses to the First Amended Complaint, Defendant asserts:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's First Amended Complaint fails to state any claim for relief against Defendant.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims for relief are barred by the applicable statutes of limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has no standing to bring its claims.

## FOURTH AFFIRMATIVE DEFENSE

Defendant was not the proximate cause of the damages sustained by Plaintiff, if any.

## FIFTH AFFIRMATIVE DEFENSE

Defendant did not have any duty to Plaintiff.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant at all times acted without any intent to injure Plaintiff, and without any reasonable expectation that his actions would impact Plaintiff.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to the relief sought.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's damages, if any, are speculative.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff did not sustain any actual damages as a result of Defendant's conduct.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to join indispensable parties.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's damages, if any, were caused by persons other than Defendant.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate its damages, if any.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiff had no contractual relationship with Defendant.

**FOURTEENTH AFFIRMATIVE DEFENSE**

All actions taken by Defendant were justified and taken without wrongful, unlawful, malicious or fraudulent intent.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by res judicata and collateral estoppel.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to injunctive relief.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by its Complaint;
2. That the Complaint against Defendant be dismissed;
3. For attorneys' fees and costs of suit; and

4. For such other and further relief as the Court may deem proper.

Dated: September 28, 2022                Respectfully submitted,

        /s/  Nicholas Ranallo
Nicholas Ranallo (WASB No. 51439)
Ranallo Law Office
5058 57th Avenue S
Seattle, WA 98118
Telephone: (831) 607-9229
Email: nick@ranallolawoffice.com

      /s/  Brian H Getz
*Pro hac vice*
Brian H Getz (CA Bar No. 85593)
Law Office of Brian H Getz
90 New Montgomery Street, Suite 1250
San Francisco, CA  94105
Telephone: (415) 912-5886
Email: brian@briangetzlaw.com

     /s/  Petra M. Reinecke
*Pro hac vice*
Petra M. Reinecke (CA Bar No. 154482)
Law Offices of Petra M. Reinecke
90 New Montgomery Street, Suite 1250
San Francisco, CA  94105
Telephone: (415) 591-1102
Email: pmrlawoffices@gmail.com

Attorneys for Defendant NICHOLAS MINOR