HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                                    Plaintiff,

        v.

NICHOLAS MINOR a/k/a "LORD
NAZO,"

                                    Defendant.

No. 2:22-cv-371-MJP

**STIPULATED MOTION TO EXTEND
DEADLINE TO FILE DISPOSITIVE
MOTIONS**

**NOTING DATE:** DECEMBER 11, 2023

    Plaintiff, Bungie, Inc. ("Bungie") by and through its counsel, Tim J. Billick, and

Defendant, Nicholas Minor, ("Minor"), by and through his counsel, Petra M. Reinecke,

respectfully request this Court to issue an order pursuant to Local Civil Rule ("LCR") 7

to extend the deadline to file dispositive motions. The current deadline for filing

STIPULATED MOTION TO EXTEND
DEADLINE TO FILE DISPOSITIVE MOTIONS

2:22-cv-371-MJP – 1

TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

dispositive motions is Thursday, December 18, 2023. Bungie and Minor together seek a one-month extension, until January 17, 2024, to file dispositive motions.

Good cause exists to extend this deadline. Counsel for the parties conferred and have agreed to the requested extension. Bungie is involved in a trial for the matter *Bungie, Inc. v. Aimjunkies.com et al.*, Case No. 2:21-cv-00811 (W.D. Wash.) with a number of pretrial and trial deadlines intermixed throughout December. Bungie has moved diligently as well, for it sought agreement with Minor as soon as it realized it needed to allocate staff and resources to the aforementioned *Aimjunkies* matter.

Respectfully submitted,


Dated: December 11, 2023




/s/Tim J. Billick_____

Tim J. Billick, WSBA No. 46690
TBillick Law PLLC
600 First Ave
Seattle, WA  98101
Ph. (206) 494-0020
E-mail:  tim@tbillicklaw.com

*Attorney for Plaintiff*

/s/ Petra M. Reinecke_____

Petra M. Reinecke, CSBA # 15448
LAW OFFICES OF PETRA M. REINECKE
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
(415) 591-1102 direct
Email: pmrlawoffices@gmail.com

*Attorney for Defendant Nick Minor*

STIPULATED MOTION TO EXTEND
DEADLINE TO FILE DISPOSITIVE MOTIONS

2:22-cv-371-MJP – 2



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1

2

### CERTIFICATE OF SERVICE

3        I, Tim Billick, attest that I am over the age of 18 and not a party to the action.  I

4    hereby certify that on December 11, 2023, I caused the above document to be served on

5    the following parties by electronic transmission to the addresses listed below:

6        Petra M. Reinecke, pmrlawoffices@gmail.com

7        Brian H Getz, brian@briangetzlaw.com

8        Nicholas R. Ranallo, nick@ranallolawoffice.com

9    I declare under penalty of perjury that the above is true and correct.  Executed on

10   12/11/23 in Seattle, Washington.

11                                                    /s/ *Tim Billick*

12                                                        Tim Billick

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO EXTEND
DEADLINE TO FILE DISPOSITIVE MOTIONS

2:22-cv-371-MJP – 3



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com