Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS MINOR a/k/a "LORD NAZO," <br><br> Defendant. | No. 2:22-cv-371-MJP <br><br> **[PROPOSED] ORDER RE: STIPULATED MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** <br><br> **NOTING DATE:** DECEMBER 11, 2023 |

On November 29, 2022, the Court ordered the deadline to file dispositive motions to be December 18, 2023. (Dkt. 35). Good cause and diligence being shown by the parties, the Court now hereby orders the deadline to file dispositive motions to be January 17, 2023.

[PROPOSED] ORDER RE: STIPULATED MOTION
TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS

2:22-cv-371-MJP – 1

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

Upon review of the stipulated motion filed by the parties to extend the deadline to file dispositive motions, the Court grants the extension of the deadline to file dispositive motions to January 17, 2024. All other case deadlines remain the same.

IT IS SO ORDERED

Dated:_____

s/_____
Honorable Marsha J. Pechman
United States District Judge

[PROPOSED] ORDER RE: STIPULATED MOTION
TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS

2:22-cv-371-MJP – 2

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com