UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>NICHOLAS MINOR, a/k/a "LORD NAZO",<br><br>                Defendant. | CASE NO. 22-371 MJP<br><br>ORDER DENYING MOTION TO EXTEND DISPOSITIVE DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion to Extend Deadline to File Dispositive Motions. (Dkt. No. 36.) Having reviewed the Motion, the docket, and all relevant material, the Court DENIES the Motion.

The parties seek a one-month extension from December 18, 2023, to January 17, 2023 to file dispositive motions. The parties claim good cause exists because Bungie is involved in another trial for the matter and has a number of trial deadlines throughout December. The Court does not find another trial to be good cause. The parties are responsible for managing their cases and knowing when they will be in trial. Additionally, the other case involving Bungie – Bungie,

Inc. v. Aimjunkies.com et al, No. 2:21-cv-00811 (W.D. Wash.) has been stayed. (See Dec. 1, 2023 Order Striking Jury Trial). If the Court were to grant a one month extension it would not provide sufficient time for the Court to deal with the dispositive motions before the parties' trial date in April. The Court therefore DENIES the parties' request, but will provide a brief extension for the parties to draft any motions. The Court EXTENDS the dispositive motion deadline from December 18, 2023 to December 22, 2023.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 12, 2023.

Marsha J. Pechman
United States Senior District Judge