Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS MINOR a/k/a "LORD NAZO,"<br><br>　　　　　　　　　Defendant. | No. 2:22-cv-371-MJP<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF BUNGIE, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTING DATE:** DECEMBER 29, 2023 |

　　Upon review of Plaintiff Bungie, Inc.'s ("Bungie") motion for summary judgment, the Court hereby grants Bungie's motion and holds Minor liable under Section 512(f).

[PROPOSED] ORDER FOR PLAINTIFF BUNGIE, INC.'S
MOTION FOR SUMMARY JUDGMENT

2:22-cv-371-MJP – 1

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

Dated: December 22, 2023

s/_____
Honorable Marsha J. Pechman
United States District Judge

[PROPOSED] ORDER FOR PLAINTIFF BUNGIE, INC.'S MOTION FOR SUMMARY JUDGMENT

2:22-cv-371-MJP – 2



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com