HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>NICHOLAS MINOR a/k/a "LORD NAZO,"<br><br>           Defendant. | CASE NO. 2:22-CV-371-MJP<br><br>**DECLARATION OF KATHRYN TEWSON** |

    1.    I am a paralegal and investigator for Kamerman, Uncyk, Soniker, and Klein. I am over 18 years old and make this declaration in support of the motion of Plaintiff Bungie, Inc. ("Bungie") for summary judgment, based on my personal knowledge of the facts relayed herein, and could and would testify competently to the facts set forth herein if called to do so.

**I. My Background and Experience**

    2.    I have been employed as an investigator and paralegal at KUSK since January 2021. I have a background in technology, including hardware, software, and networking, which often informs my investigative work. Attached hereto as **Exhibit 1** is my resume.



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

3. As an investigator, I specialize in Open Source Intelligence ("OSINT") – the identification, authentication, corroboration, and analysis of data that is publicly available and legally accessible. My work involves finding relevant data from a multitude of diverse sources, establishing that the data is both accurate and reliable, and analyzing it in context with facts obtained from various other sources, such as from clients, additional investigative work, or formal discovery, in order to establish information and conclusions that are material to the cases I work on. I conduct comprehensive digital investigations to locate and identify threat actors, potential defendants and witnesses, and relevant history and information, both in my work for KUSK and for my own clients outside the firm, and I am responsible for documenting the process and results of these investigations so as to ensure the admissibility and effectiveness of my investigative findings in court. The attorneys in my firm, and the firm's clients, regularly rely on my findings and conclusions. I have also presented on OSINT to corporate security and Trust and Safety organizations, including to the New York Times Trust and Safety team.

4. I have had the honor of working closely with Unit221B, an elite cyber investigation firm, and of having my work audited by their specialists to assess its compliance with the ethical standards and best practices of this field. Attached hereto as **Exhibits 2** and **3** are the affidavits of Allison Nixon, Head of Research at Unit221B, and Steven Guris, Director of Threat Investigation at Unit221B, submitted in a previous court case, attesting to my skill and their own conclusions that I am a fully qualified and reliable expert in OSINT investigative work. Ms. Nixon and Mr. Guris have themselves been qualified as experts in the investigation, and their expert testimony was admitted – and relied on by courts (or arbitrators) - in multiple proceedings.

5. My work often involves the examination of electronic metadata and other non-visible information contained in documents and communications to establish their

Declaration of Kathryn Tewson

2:22-cv-371-MJP – 2



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

authenticity, history, or the timing of their creation or modification.

## II. Bungie's Identification of Minor

6. In March 2022, I was assigned to investigate the identity of the individual who issued the Fraudulent Takedowns purportedly on behalf of Bungie as part of my regular work duties for the firm.

7. When the investigation began, we knew that the Fraudulent Takedowns had been issued from two gmail addresses: (the "Reynolds Account") and (the "Wiland Account") between March 16, 2022 and March 22, 2022. We also knew that Bungie's brand protection service had issued several takedowns in the beginning of March 2022, with Bungie's approval.

8. At Bungie's request, I reviewed documents and information produced in response to a subpoena issued to Google, Inc. in this action (the "Google Records"). I also reviewed documents and information provided to me by Bungie from their own databases (the "Bungie Records") as well as documents and information provided to me by Bungie's brand protection vendor (the "CSC Records"). Attached hereto as **Exhibit 4** is the Certificate of Authenticity provided by the Custodian of Records for Google. Based on these records, I was able to conclusively identify Nicholas Minor as the individual who issued the Fraudulent Takedowns.

### A. The IP Address Information Establishes that the Wiland and Reynolds Accounts were Under Common Control

9. The IP login information contained in the Google Records establishes that damianreynoldscsc@gmail.com (the "Reynolds Account") and jeremywilandcsc@gmail.com (the "Wiland Account") were under common control and that the activity associated with both accounts originated at the same residence.

10. Attached hereto as **Exhibits 5** and **6** are true and correct copies of the IP login information for the Wiland and Reynolds accounts from the Google Records. I



have prepared a table combining and summarizing the IP login information provided in Exhibits 1 and 2 in chronological order, attached hereto as **Exhibit 7**.

11. Between February 5, 2022, and March 25, 2022, both the Wiland Account and the Reynolds Account consistently logged in from IP address 135.26.144.241 (the ".241 Address"). See **Ex. 7**, rows **2-18**. I performed a lookup for the .241 Address using IPQualityScore.com and the results indicated that the .241 Address is part of the 135.26.144.x subnet, and is registered to the Roseville, CA location of Consolidated Communications, a residential Internet service provider ("ISP). Attached hereto as **Exhibit 8** is a true and correct copy of the IPQualityScore.com lookup results. Because residential ISPs like Consolidated assign IP addresses to residential customers as part of their home Internet packages, this IP address is associated with one and only one physical address – the residence of the Consolidated Communications customer to whom that IP address is assigned. Any Internet activity that originates from the .241 Address originates from that residence. Since the Wiland Account and the Reynolds Account both logged in from the .241 address, I concluded that both accounts were operated from the same residence.

12. In addition, the timing of the logins from both accounts indicates that they were under common control. The Reynolds account and the Wiland account often logged in within very close temporal proximity, often less than an hour – or even just a few minutes – apart. In fact, on March 23, 2022, the Reynolds account logged out from the .241 Address and the Wiland account logged in from the .241 Address *within the same second* (at 6:07:28 a.m.). See **Ex. 7**, highlighted rows **11-13.** Such close timing between the logout of one account and the login of the other indicates a virtual certainty that both accounts were operated by the same user.

Declaration of Kathryn Tewson

2:22-cv-371-MJP – 4



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

**B. Minor's *Destiny*-Related Activity During This Period Also Originates from the .241 Address, Connecting Him to the Reynolds and Wiland Logins**

13. The Bungie Records contain information about Minor's *Destiny* gameplay activity, as well as his customer information and purchase records from Bungie's merchandise store.

14. Minor regularly logged into his *Destiny* account from the .241 address during the relevant time period, indicating that he was frequently present in the residence.

15. Minor also ordered a physical music CD, the Original Soundtrack for the "Witch Queen" expansion, from the Bungie store and had it delivered to his residence in Rocklin, CA. Rocklin is located approximately twelve miles from Roseville, CA, close enough to be within the service range of the Roseville Consolidated Communications location that served the .241 Address. The purchase included a digital asset (the "Witch Queen Emblem"), which Minor redeemed by clicking on a link embedded in an email Bungie sent to the email address Minor provided. That email address was PerfectNazo1@gmail.com. When Minor clicked on the link embedded in the email Bungie sent to the PerfectNazo1 Address to download the Witch Queen Emblem, Bungie's systems recorded the originating IP address of the download request as the .241 Address. Because the .241 address is known to be associated with a residence in the Roseville, CA area, it is virtually certain that the *Destiny* account logins, the Wiland account logins, and the Reynolds account logins were not only all originating from the same residence but that the residence in question was Minor's Rocklin, CA address.

**C. The .241 Address Connects Minor to the Fraudulent Takedowns**

16. The Google Records included information specific to individual email messages, including the sender, the recipient, and the time the email was sent, as well as a globally unique ID number specific to that individual email message known as the Message-ID (collectively, the "Envelope Information"), for each of the emails available in both the Reynolds Account and the Wiland Account. The

Declaration of Kathryn Tewson

2:22-cv-371-MJP – 5



Envelope Information also supplies the originating IP address for all emails sent from the target accounts. Envelope Information is also part of an email's SMTP header, which is not ordinarily displayed to the user but which can be readily accessed as part of the message if actively looked for. The Envelope Information for the Reynolds and Wiland accounts that Google provided are attached hereto as **Exhibits 9** and **10**. The Google Records also included PDF printouts of the correspondence, including the Fraudulent Takedowns themselves, between the Reynolds and Wilands accounts and YouTube (the "PDF Correspondence"), which includes the display name of the sender, the email address of the recipient, the date and time the email was sent, and the contents of the email. A true and correct copy of the PDF Correspondence is attached hereto as **Exhibit 11.**

17. Because the data produced in the Envelope Information is not coextensive with the data produced in the PDF Correspondence, I have prepared a table interleaving the data pertaining to the Fraudulent Takedown Notices from each source in chronological order, attached hereto as **Exhibit 12**. The rows identified by Bates number represent emails from the PDF Correspondence, while the rows identified by Message-ID represent emails from the Envelope Information. While not every email in the Envelope Information is contained within the PDF Correspondence, there is substantial overlap between the two data sets. While the recipients and send times for the emails in each data set display identically, the sender appears different because YouTube uses "plus addressing" to streamline the management of content disputes. With plus addressing, users can add custom strings to their email addresses just before the "@" sign and separated from their main username by a "+" sign; the resulting address variation will be delivered to the default mailbox, but the custom string allows for extra filtering and sorting after the email is delivered. YouTube utilizes plus addressing by adding a unique 15-digit alphanumeric tag to the default youtube-disputes@google.com address for each individual content



dispute, allowing its employees to manage disputes individually without creating a new email address for each dispute. The PDF Correspondence, however, shows only the display name for the default email address, which is "video-rights," although exceptions apply when an employee has been assigned to a dispute specifically.

18.  When arranged chronologically, each email from the PDF Correspondence corresponds to an email from the Envelope Information in send time and recipient. I have highlighted each pair in different colors to make the pairing clear. Although most of the emails in the PDF Correspondence are sent from YouTube **to** the Reynolds Account or the Wiland Account, there are two that originated **from** the Reynolds Account, **Ex. 12** at rows **59-60** and rows **78-79** and one that originated from the Wiland Account, *id.* at rows **132-133**. Because these emails originated from the target accounts, the originating IP address – the .241 address – was captured by the Envelope Information, establishing that the infringement specifically originated from the residence already connected to Minor by his *Destiny*-related activity.

**D. Minor's Counternotice Confirms His Residence and His Connection to the Issue**

19.  Moreover, Minor also sent a DMCA counternotice to YouTube in response to the Bungie-authorized DMCA takedown notices against his channel (the "PerfectNazo1 Counternotice"). A true and correct copy of this counternotice is attached hereto as **Exhibit 13**. In this counternotice, Minor identified his full name, his Rocklin, CA address, and the Lord Nazo YouTube account as associated with the PerfectNazo1@gmail.com email.

**E. Conclusion**

20.  The evidence I reviewed in the course of my investigation for Bungie is self-reinforcing and strongly conclusive:

- The PerfectNazo1 Counternotice establishes that Minor lives in Rocklin, CA, that he operates the Lord Nazo YouTube Channel, that he



was aware of the Fraudulent Counternotice, and that he controls the PerfectNazo1 Address;

- the Bungie Records establish that Minor's "Overlord Nazo" *Destiny* account was associated with the PerfectNazo1 Address, which is connected to the *Destiny* servers from the .241 address, and that merchandise purchased by Minor was shipped to his Rocklin, CA address and accessed from the .241 Address;
- the IP Address Information establishes that both the Reynolds Account and the Wiland Account were under common control and were regularly accessed from the .241 Address; and
- the Google Records further establish that the infringing conduct originated from the same .241 Address.

Based on the number and strength of the connections between Minor, the .241 Address, and the Fraudulent Takedowns, I was able to identify Minor as the individual behind the Fraudulent Takedowns with virtual certainty.

Executed on December 22, 2023,

*/s/ Kathryn Tewson*
Kathryn Tewson

Declaration of Kathryn Tewson

2:22-cv-371-MJP – 8



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com