# EXHIBIT 1

# Kathryn Tewson

ktewson@kusklaw.com
206.940.3701

## Work Experience

**Kamerman, Uncyk, Soniker & Klein, P.C.**  New York, NY
*Investigator and Paralegal*  January 2021 – present

- Support complex commercial litigation team with all aspects of document and case management.
- Conduct comprehensive digital investigations to identify and track threat actors and persons of interest and create reports on same for internal and external distribution.
- Examine and analyze document productions including documents, source code, and native files as well as evidence acquired through independent investigation.
- Draft discovery requests and deposition outlines.
- Coordinate with clients and experts to identify important facts and develop, execute, and manage the results of complex investigations.
- Draft, revise, format, and file briefs and other legal documents, including creation of tables of contents and authorities as required.
- Collaborate with in-house software engineer to analyze the firm's needs, plan, design, and coordinate the integration of custom internal tools and processes for investigation and litigation management.
- Perform legal research to identify key issues, develop strategy, and provide citations for briefs and other documents.
- Interview clients and witnesses, both friendly and adverse.
- Collect, review, index, and summarize testimony and documentary evidence; create demonstratives as required.
- Process and analyze financial discovery for revenue, fraud, and damages analysis.
- Create, maintain, and present exhibit lists for hearings and trial.

**Computer Software and Hardware Technician**  Seattle, WA
*Contract Software Test Engineer at Microsoft*  1995-1999

- Designed, wrote, and executed test suites to test functionality and robustness of Windows hardware drivers, Internet browsers, and enterprise database software
- Wrote internal tools to streamline test practices and processes
- Audited and verified code with partner developer

*Software Test Engineer, Appliant.com*  1999-2000

- Managed stress test suite for enterprise internet analytics software offering
- Wrote documentation to ensure consistent team-wide practices and standards
- Worked with sales and developer teams to ensure on-time delivery of customer feature requests

*Field Hardware Technician, Banctec*  2000-2004

- On-site field engineer for next business day hardware replacement for desktop, server, laptop, and specialty computer hardware

*Wireless Network Engineer, ACJ Networking*                                                     2004-2005

- Designed, implemented, and installed custom wireless networking solutions for business and residential customers
- Configured and managed server-based applications for monitoring and analytics

## Education

**Edmonds College**                                                              Edmonds, WA
*Associate of Technical Arts, Paralegal*                                      December 2021

## Other Experience

**Classical Singer**                                                                  2004-present

Perform symphonic and chamber choral works with elite choral ensembles, including the Seattle Symphony Chorale and the award-winning chamber ensemble Opus 7, for live audiences; record choral elements for video game and movie trailer soundtracks

## Additional Skills

- OSINT investigation
- Legal research
- Relativity and e-discovery management
- Litigation and trial graphics

## Affiliations

Phi Theta Kappa, Member # 21443850

## Certifications

NSLT Certified

Procertas Certified
- Expert (Word, PDF)
- Qualified (Excel, Word Brief, Word Memo)