# EXHIBIT 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X

In the Matter of the Application of Kathryn Tewson,

                             Petitioner,

For an Order to Preserve Evidence and for
Pre-Action Disclosure Pursuant to CPLR § 3102(c),
and for a Temporary Restraining Order Pursuant
to CPLR § 6313(a),

          - against –

DoNotPay, Inc. and Joshua Browder,

                            Respondents.
-------------------------------------------------------------------X

Motion Seq. 001

Index No. 151427/2023

**AFFIDAVIT OF STEVEN GURIS**

STATE OF NEW JERSEY      )
                                      )ss:
COUNTY OF BERGEN        )

1. I am a professional digital investigator, specializing in open-source intelligence (OSINT), cybersecurity for the video game industry, and anti-harassment and abuse. I am over 18 years of age. This Declaration is based upon personal knowledge and, if called as a witness, I could and would testify competently to the information provided herein. Attached hereto as Exhibit 1 is a true and correct copy of my resume.

2. As a result of my position, I have had the opportunity to work directly with Ms. Kathryn Tewson on multiple occasions. Through these interactions, I have been continually impressed by Ms. Tewson's natural talent for digital investigations

and forensics, as well her strong command of the tactics and methodologies of the field.

3. In my opinion, Ms. Tewson is a formidable investigator. She has exhibited to me a strong command of the commonly used tools of the field, particularly in discovering and interpreting OSINT data. In our work together, Ms. Tewson has consistently displayed an evidence-driven methodology that, correctly, seeks to collect all possible information and form a factual conclusion directly based on this evidence gathered by herself or other members of the investigative team.

4. Ms. Tewson's collection and interpretation of factual evidence follows standards, practices, and methodologies common to the field of digital investigations. She has always exhibited a strong spirit of collaboration and desire for supported evidence, leading to peer review of materials to ensure accurate conclusions. When presented with technical findings beyond the immediate scope of her expertise, Ms. Tewson conducts her own research and asks intelligent questions of experts in the field to ensure she understands and properly contextualizes findings.

5. As a result, in my experience the conclusions formed by Ms. Tewson in our work together are typically not just valid but well-supported by the technical facts cited throughout them. I have relied upon Kathryn's conclusions based on technical evidence in my own work and would not hesitate to do so in the future.

6. I declare under penalty of perjury that the record to which this declaration is attached is the same record on which Keith S Kaplan performed a notarial act and before whom I appeared by means of communication technology on March 21st, 2023.

Dated: March 21, 2023

*Steven Guris*
Steven Guris

Duly sworn to before me on
the 21st day of March, 2023

I, Keith S Kaplan witnessed, by means of communication technology, Steven Guris sign the attached record and declaration on March 21st, 2023.

Keith Kaplan, Notary Public
State of New Jersey
Commission #2383070
Expires March 4, 2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of Kathryn Tewson,

            Petitioner,

For an Order to Preserve Evidence and for Pre-Action Discovery Pursuant to CPLR § 3102(c), and for a Temporary Restraining Order Pursuant to CPLR § 6313(a),

            -against-

DoNotPay, Inc., and Joshua Browder,

            Respondents.

**Affidavit / Certificate of Conformity Pursuant to NYS CPLR § 2903(c)**

**Index. No. 151427/2023**

STATE OF NEW JERSEY, COUNTY OF BERGEN:

    I, Daniel Levy, do hereby affirm that I am am admitted to practice before the Appellate Division, First Department and reside in the State of New Jersey.

    I make this certification for the purposes of compliance with New York State Civil Practice Law & Rules Section 2903(c) with regard to the Affidavit of Steven Guris, a copy of which is annexed hereto, to be filed with the Clerk of the Court of the Supreme Court of New York County, State of New York.

    Said Affidavit, acknowledged and sworn by Steven Guris before a Notary Public in and for the State of New Jersey, and said Affidavit being therein sworn in the State of New Jersey, is and appears to be, based upon my review of said document and notarization thereof, in conformity with the laws of the State of New Jersey for the making of an affidavit and the notarization thereof.

Dated: Teaneck, New Jersey
       March, 21, 2023

*Daniel A. Levy*