# EXHIBIT 4

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

June 10, 2022

**Via Email Only**

Akiva Cohen
*acohen@kusklaw.com*

Tim Billick
*tim@tbillicklaw.com*

Kamerman Uncyk Soniker & Klein Pc
1700 Broadway
16th Floor
New York, NY 10019

Tim Billick
TBillick Law PLLC
600 1 st Ave
Seattle, Washington 98101

**Re: *Bungie, Inc v. John Does No.1-10*, United States District Court for the Western District of Washington, 2:22-cv-371 (Internal Ref. No. 19163117)**

Counsel:

    Pursuant to the subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Without waiving, and subject to its objections, Google hereby produces the attached documents. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

    We understand that you have requested customer information regarding the user account(s) specified in the subpoena, which includes the following information: (1) DMCA takedown requests purporting to be Bungie, Inc.'s authorized representative(s), (2) subscriber information for the Google accounts DAMIANREYNOLDSCSC@GMAIL.COM and JEREMYWILANDCSC@GMAIL.COM, and (3) email header information for the Google accounts DAMIANREYNOLDSCSC@GMAIL.COM and JEREMYWILANDCSC@GMAIL.COM.

    Accompanying this letter is responsive information to the extent reasonably accessible from our system, a list of hash values corresponding to each file, and a signed Certificate of Authenticity. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.

    Included in the accompanying information are files ending in .mbox. Although we are unable to recommend any specific program, the provided files may be opened by any text editing or word processing program (i.e., Notepad for Windows and TextEdit for Mac OS X).

    Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (19163117) on your check. The federal tax ID number for Google is 77-0493581.

Very truly yours,

Neha Reddy
Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

**Hash Values for Production Files (Internal Ref. No. 19163117)**

damianreynoldscsc@gmail.com.95638456972.GoogleAccount.SubscriberInfo_001.001.zip:

MD5- 4f50f31356c44b50de78b8dc23ce3c78
SHA512- ffecd17e15c2656b435d49d40615a3e11ed42580dffe7c28d3257a2f61fa841c74ce7d53539dcf5fab7429dc9df7e3e9bbf28df45da18c6ac81b707a4be8e625

damianreynoldscsc@gmail.com.95638456972.Mail.MessageContent_001.zip:

MD5- bae93907b6fb85043dd4de78cfb3e3df
SHA512- 828fb0ea58d719375bb17c3a778d278a152606b6f38cb2792920b64bd8b90a944ccce78e8dde9d44a45493cc7e7028d1aa3ece4d32ea82df541045c6ce3fd7b8

jeremywilandcsc@gmail.com.907860558043.GoogleAccount.SubscriberInfo_001.001.zip:

MD5- 67f5f4adff2e3612d9a130b9f7bc3552
SHA512- faf541f2da7d2f7de74bd9d99fb632523a6082f92306d4edd5312c3213338d97e5093d4dc170c13df1a0c7a9e8824ce2fc811d8274db880821b601e38f57a6eb

jeremywilandcsc@gmail.com.907860558043.Mail.MessageContent_001.zip:

MD5- d17b0800778394105a6c039aa965cbc6
SHA512- 781ec1f7cf664ba5cc62fb894d57849152e776ee772a4a4711d5fda7efd234b8be5784870c705b5277ad6099196f8a5c92188956fd2c9471aec7d844b71880c8



Google LLC  
1600 Amphitheatre Parkway  
Mountain View, California 94043

google-legal-support@google.com  
www.google.com

## CERTIFICATE OF AUTHENTICITY

I, Neha Reddy, certify:

1. I am a Custodian of Records for Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this Certificate of Authenticity on behalf of Google in response to a subpoena dated March 29, 2022 (Google LLC Internal Reference No. 19163117) in the matter of *Bungie, Inc v. John Does No.1-10*. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. The accompanying 28 files Bates labeled GOOG-BUNGIE-00000001 to GOOG-BUNGIE-00000259 contain true and correct copies of records pertaining to the email addresses DAMIANREYNOLDSCSC@GMAIL.COM, JEREMYWILANDCSC@GMAIL.COM, JACOBAVERZ@GMAIL.COM, and HOCISERN@GMAIL.COM ("Document").

3. The documents attached hereto reflect records made and retained by Google. The records were made at or near the time the data was acquired, entered, or transmitted to or from Google; the records were kept in the course of a regularly conducted activity of Google; and the making of the records were a regular practice of that activity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 27, 2022

*Neha Reddy*

Neha Reddy, Custodian of Records for Google LLC