# EXHIBIT 5

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 907860558043
Name: Jeremy Wiland
Given Name: Jeremy
Family Name: Wiland
e-Mail: jeremywilandcsc@gmail.com
Alternate e-Mails:

Created on: 2022-01-25 05:32:58 Z
Terms of Service IP: 156.146.54.73
Terms of Service Language: en
Provider for Consumer Services: Google LLC
Birthday (Month Day, Year): April 8, 1980

Services: Gmail, Google Hangouts, Android
Unregistered Services: Is Ams Half Created, Web & App Activity, YouTube

Deletion Date: 2022-03-31 03:58:12 Z
Deletion IP: 93.115.200.62

End of Service Date: 2022-03-31 03:58:12 Z

Status: Deleted
Last Updated Date: 2022-03-31 03:58:12 Z
Last Logins: 2022-03-29 00:32:58 Z


**ACCOUNT RECOVERY**

Contact e-Mail: jeremywilandcsc@gmail.com
Recovery e-Mail:
Recovery SMS:

**PHONE NUMBERS**

User Phone Numbers:
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

**DEVICE INFORMATION**

No Devices

# IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|

| Date | IP | Action | | | User Agent |
|---|---|---|---|---|---|
| 2022-03-29 00:35:36 Z | 212.102.46.50 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-29 00:35:29 Z | 212.102.46.40 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 22:16:40 Z | 156.146.54.70 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 20:25:22 Z | 93.115.200.57 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 20:24:49 Z | 93.115.200.57 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 20:24:43 Z | 93.115.200.57 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 20:24:30 Z | 93.115.200.57 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 06:26:20 Z | 135.26.144.206 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 06:23:39 Z | 135.26.144.206 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-25 20:45:01 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-24 16:48:52 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-03-23 06:07:28 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-22 23:11:42 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.74 Safari/537.36,gzip(gfe) |
| 2022-03-22 23:11:10 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.74 Safari/537.36,gzip(gfe) |
| 2022-03-19 01:56:05 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.74 Safari/537.36,gzip(gfe) |
| 2022-03-17 02:19:39 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:98.0) Gecko/20100101 Firefox/98.0,gzip(gfe) |
| 2022-02-05 20:08:52 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-25 05:33:00 Z | 156.146.54.73 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.71 Safari/537.36,gzip(gfe) |

# MADISON INFORMATION

### MADISON ADMIN INFORMATION

### OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############### * Google Confidential and Proprietary * ###############