# EXHIBIT 6

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 95638456972
Name: Damian Reynolds
Given Name: Damian
Family Name: Reynolds
e-Mail: damianreynoldscsc@gmail.com
Alternate e-Mails:

Created on: 2022-03-18 02:58:24 Z
Terms of Service IP: 135.26.144.241
Terms of Service Language: en
Provider for Consumer Services: Google LLC
Birthday (Month Day, Year): June 23, 1989

Services: Gmail, Web & App Activity, Google Hangouts, YouTube, Android
Unregistered Services: Is Ams Half Created

Deletion Date: 2022-03-28 22:07:06 Z
Deletion IP: 104.200.131.248

End of Service Date: 2022-03-28 22:07:06 Z

Status: Deleted
Last Updated Date: 2022-03-28 22:07:06 Z
Last Logins: 2022-03-28 22:06:13 Z, 2022-03-28 07:01:50 Z, 2022-03-24 16:41:31 Z


**ACCOUNT RECOVERY**

Contact e-Mail: damianreynoldscsc@gmail.com
Recovery e-Mail:
Recovery SMS:

**PHONE NUMBERS**

User Phone Numbers:
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

**DEVICE INFORMATION**

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 2022-03-28 22:07:06 Z | 104.200.131.248 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 22:07:01 Z | 104.200.131.248 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 07:04:08 Z | 135.26.144.206 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 07:02:43 Z | 135.26.144.206 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-28 07:02:32 Z | 135.26.144.206 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-24 16:48:02 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-24 16:41:31 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-23 06:07:28 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-23 06:07:28 Z | 135.26.144.241 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-03-22 23:09:17 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.74 Safari/537.36,gzip(gfe) |
| 2022-03-19 07:22:05 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.74 Safari/537.36,gzip(gfe) |
| 2022-03-18 03:57:35 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:98.0) Gecko/20100101 Firefox/98.0,gzip(gfe) |
| 2022-03-18 02:58:26 Z | 135.26.144.241 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.51 Safari/537.36,gzip(gfe) |

## MADISON INFORMATION

### MADISON ADMIN INFORMATION

### OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############### * Google Confidential and Proprietary * ###############