# EXHIBIT 7

**IP Information for Reynolds And Wiland Accounts**

| Row # | User | Date/Time (UDT) | IP | Activity |
|---|---|---|---|---|
| 1 | Wilands | 2022-01-25 05:33:00 | 156.146.54.73 | Login |
| 2 | Wilands | 2022-02-05 20:08:52 | 135.26.144.241 | Login |
| 3 | Wilands | 2022-03-17 02:19:39 | 135.26.144.241 | Login |
| 4 | Reynolds | 2022-03-18 02:58:26 | 135.26.144.241 | Login |
| 5 | Reynolds | 2022-03-18 03:57:35 | 135.26.144.241 | Login |
| 6 | Wilands | 2022-03-19 01:56:05 | 135.26.144.241 | Login |
| 7 | Reynolds | 2022-03-19 07:22:05 | 135.26.144.241 | Login |
| 8 | Reynolds | 2022-03-22 23:09:17 | 135.26.144.241 | Login |
| 9 | Wilands | 2022-03-22 23:11:10 | 135.26.144.241 | Login |
| 10 | Wilands | 2022-03-22 23:11:42 | 135.26.144.241 | Login |
| 11 | Reynolds | 2022-03-23 06:07:28 | 135.26.144.241 | Login |
| 12 | Reynolds | 2022-03-23 06:07:28 | 135.26.144.241 | Logout |
| 13 | Wilands | 2022-03-23 06:07:28 | 135.26.144.241 | Login |
| 14 | Reynolds | 2022-03-24 16:41:31 | 135.26.144.241 | Login |
| 15 | Reynolds | 2022-03-24 16:48:02 | 135.26.144.241 | Login |
| 16 | Wilands | 2022-03-24 16:48:52 | 135.26.144.241 | Login |
| 17 | Wilands | 2022-03-25 20:45:01 | 135.26.144.241 | Login |
| 18 | Wilands | 2022-03-28 06:23:39 | 135.26.144.206 | Login |
| 19 | Wilands | 2022-03-28 06:26:20 | 135.26.144.206 | Login |
| 20 | Reynolds | 2022-03-28 07:02:32 | 135.26.144.206 | Login |
| 21 | Reynolds | 2022-03-28 07:02:43 | 135.26.144.206 | Login |
| 22 | Reynolds | 2022-03-28 07:04:08 | 135.26.144.206 | Login |
| 23 | Wilands | 2022-03-28 20:24:30 | 93.115.200.57 | Login |
| 24 | Wilands | 2022-03-28 20:24:43 | 93.115.200.57 | Login |
| 25 | Wilands | 2022-03-28 20:24:49 | 93.115.200.57 | Login |
| 26 | Wilands | 2022-03-28 20:25:22 | 93.115.200.57 | Login |
| 27 | Reynolds | 2022-03-28 22:07:01 | 104.200.131.248 | Login |
| 28 | Reynolds | 2022-03-28 22:07:06 | 104.200.131.248 | Logout |
| 29 | Wilands | 2022-03-28 22:16:40 | 156.146.54.70 | Login |
| 30 | Wilands | 2022-03-29 00:35:29 | 212.102.46.40 | Login |
| 31 | Wilands | 2022-03-29 00:35:36 | 212.102.46.50 | Logout |