# EXHIBIT 8

# Live IP Address Lookups

Perform a lookup on any **IP Address** to gain insight into IP Reputation, risk analysis, geo location data, and recent suspicious behavior.

**Quick Tip On Scoring Settings** - The scoring options below have been set to match the front end IP Address Lookup (/free-ip-lookup-proxy-vpn-test/) tool. These default settings score IP addresses as lightly as possible, suppressing scores for mixed quality IP addresses. You may notice better results by increasing the **strictness** level or disabling some of the checked settings below.

> **Get Access To Exclusive Blacklists & Enhanced Scoring**
> Instantly activate **better detection rates** for botnets, residential proxies, and compromised IP addresses.
> - Premium Blacklists and Better Filters for Greater Accuracy
> - Improved Residential Botnet & Proxy Detection
> - Cancel anytime, no yearly contracts!
>
> Upgrade To Instantly Activate These Features » (/user/plans)

**IP Address**

    135.26.144.241

**Strictness Level**

    Medium (1 Week Reputation Lookback Period — Level 1)            ⌄

| **Allow Public Access Points (less strict)**
        Allow IP addresses from corporate, university, and other public ranges while still detecting the worst offenders within these IP address blocks.

| **Score this IP address as a mobile device (less strict)**
        This feature adjusts the checks we perform to provider better accuracy for mobile IP addresses.

| **Lighter Penalties for Mixed Quality IP Addresses (less strict)**

This feature lowers detection and elevated Fraud Scores for IP addresses shared by good and bad users.

Lookup IP

A query credit will be used for each live lookup.

## IP Address Reputation & Risk Details:

| | |
|---|---|
| Country: | US 🇺🇸 |
| City: | **Roseville** |
| Region: | **California** |
| Hostname: | **135.26.144.241** |
| ISP | **Consolidated Communications** |
| Organization | **Consolidated Communications** |
| ASN | **14051** |
| Proxy Status: | **false** |
| VPN Status: | **false** |
| TOR Status: | **false** |
| Fraud Score | **0**<br>75+ = suspicious \| 85+ = risky \| 90+ = high risk<br><br>Scoring is based on the <u>basic blacklists</u> included in your free account. <u>Upgrade your plan (/user/plans)</u> to view the true fraud score and **access more advanced data sets** including residential proxy blacklists, botnets, and private VPNs. |
| Abuse Velocity: | **Premium required.** |
| Recent Abuse: | **false** |
| Bot Activity: | **false** |
| Connection Type: | **Premium required.** |
| Time Zone | **America/Los_Angeles** |
| Request ID | **JYIoCCIAbp** |

## How Do Free Lookups Compare to Upgraded Lookups?

Free accounts have access to basic blacklists, however these lists often exclude sophisticated fraud and stealthier proxies. All of the IPQS **plan upgrades (/user/plans)** have access to better blacklists that significantly expand reputation checks and detection rates for high risk IPs. Gain access to additional data sets like **Fraud Fusion™**, a community blacklist with confirmed fraud reported by Fortune 500s and the internet's top websites & apps.

Don't let fraudulent IP addresses slip by undetected. **Upgrade your account (/user/plans)** for better accuracy and premium features.