# EXHIBIT 9

From 1728022244417476306@xxx Tue Mar 22 17:33:52 +0000 2022
X-GM-THRID: 1728022236613743273
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 10:33:52 -0700
Message-ID: <CACjV9aH652qHfNzibqCex4Pv_d5n2yobVqaPw6dmqGO=BE3Z9w@mail.gmail.com>
From: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000003dd43705dad204b4"

X-Originating-IP: ::135.26.144.241

From 1728044306408456672@xxx Tue Mar 22 23:24:32 +0000 2022
X-GM-THRID: 1728026863866300138
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 16:24:32 -0700
Message-ID: <CACjV9aFty6mBD=B=mGWnu8_MtR5Fb4sBO-N9LxoJ0=WKaiYkoQ@mail.gmail.com>
From: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000519ee905dad6ea7c"

X-Originating-IP: ::135.26.144.241

From 1727868020622232124@xxx Mon Mar 21 00:42:33 +0000 2022
X-GM-THRID: 1727867734259257439
MIME-Version: 1.0
Date: Sun, 20 Mar 2022 17:42:33 -0700
References: <CACjV9aH+h2Kqt5zzVF8Pv6SMWc1m4MRmxx+GokbU96HdaDjXOQ@mail.gmail.com>
In-Reply-To: <CACjV9aH+h2Kqt5zzVF8Pv6SMWc1m4MRmxx+GokbU96HdaDjXOQ@mail.gmail.com>
Message-ID: <CACjV9aFTAemQTnRwpcc9T9oMO2JwkyJUhTWVDKLEhHTUP3VDxg@mail.gmail.com>
From: damianreynoldscsc@gmail.com
To: davidthomsoncsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000a5fbc405daafc50a"

X-Originating-IP: ::135.26.144.241

From 1727867929030113248@xxx Mon Mar 21 00:41:06 +0000 2022
X-GM-THRID: 1727867734259257439
MIME-Version: 1.0
Date: Sun, 20 Mar 2022 17:41:05 -0700
Message-ID: <CACjV9aH+h2Kqt5zzVF8Pv6SMWc1m4MRmxx+GokbU96HdaDjXOQ@mail.gmail.com>
From: damianreynoldscsc@gmail.com
To: davidthomsoncsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000006eb57605daafc0c9"

X-Originating-IP: ::135.26.144.241

From 1728198077026337988@xxx Thu Mar 24 16:08:39 +0000 2022
X-GM-THRID: 1728198077026337988
Delivered-To: damianreynoldscsc@gmail.com
Received: by 2002:a02:a702:0:0:0:0:0 with SMTP id k2csp4845747jam;          Thu, 24 Mar 2022 09:08:39 -0700 (PDT)
X-Received: by 2002:a05:6214:518f:b0:441:4d40:f8bc with SMTP id kl15-20020a056214518f00b004414d40f8bcmr4812521qvb.24.1648138119722;          Thu, 24 Mar 2022 09:08:39 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648138119; cv=none;          d=google.com; s=arc-20160816;
b=oWuDzPIIu/sVEdGnB75vAIIiez1FBcVgmWJ9TsnI7ty FWqoKuNuuKDXIIiAbyVNvIIc/V
YN1p05/0dar1+A0TaH5eY40AmlGyCRvkVJP3RQMLgKLdh2qxKNMj75GhEmshDjSHQ61A
fqU7C0cub7haHMAL7Uuz3523Y2KSZrC4CXQzZ5fNHbB2H11XUaZaZqFQk33kEYt7YJDS
JnnCJZIMBm9UFMPm1Kwis4l4uhZsrTUcX4Qerwf4lWgA3Qqdxxg90x1IrW6CgMCUfdMo
9wPHjeXzv5XaFFl2ProYfTOjXLr6RUCZdC9AThJTryam0Ox86UqdzBW7yxUL2tCP749v          rfcQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:reply-to:date:mime-version          :dkim-signature;
bh=J9nSn18n+eYwJooD+nMvBKPgBH86YU2hoWMBZFHJAnk=;
b=Q2oEuKOwCLpGAFVPR/cDL5tkT/5P15D3mUHtNvrWOyJr3eMqlW8QgGRhtnHdNBxnvb
bV1RU979vPPMhlnK9bgcdzTWhC7u++4GRNwZciS3MezACvZwXOJOox7qKtQ4qhFcgqG5
f31ZzzRTxx38wIbJxTBbIpSsQ3OOusKdxW8uyv7xcypnwlvQbdBmx2tXb20DnAhR+V0C
Ehed4f+O/Bh6IKmKQQxBoCEAycEMvCg5EGHSa58rLj26Ko5pMMxZEZWVhgyzohdJGoik
ArTu1lbk4isYJtafkHsOL5je+CvZJexAOItLJ2keYXrSih0+Af92WSLsEFH757Hwucx1          FrUQ==
ARC-Authentication-Results: i=1; mx.google.com;          dkim=pass header.i=@youtube.com header.s=20210112 header.b=yAKj0L5a;          spf=pass (google.com: domain of 3h5c8ygglecatu-
xkvr44u0z0hk.iusjgsogtxk4turjyiyimsgor.ius@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3h5c8YggLEcAtu-
xkvr44u0z0hk.iusjgsogtxk4turjyiyimsgor.ius@scoutcamp.bounces.google.com;          dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=youtube.com
Return-Path: <3h5c8YggLEcAtu-xkvr44u0z0hk.iusjgsogtxk4turjyiyimsgor.ius@scoutcamp.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])          by mx.google.com with SMTPS id w8-20020a05621404a800b00432ed0fdf55sor17682699qvz.0.2022.03.24.09.08.39          for <damianreynoldscsc@gmail.com>          (Google Transport Security);          Thu, 24 Mar 2022 09:08:39 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3h5c8ygglecatu-
xkvr44u0z0hk.iusjgsogtxk4turjyiyimsgor.ius@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;          dkim=pass header.i=@youtube.com header.s=20210112 header.b=yAKj0L5a;          spf=pass (google.com: domain of 3h5c8ygglecatu-
xkvr44u0z0hk.iusjgsogtxk4turjyiyimsgor.ius@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3h5c8YggLEcAtu-
xkvr44u0z0hk.iusjgsogtxk4turjyiyimsgor.ius@scoutcamp.bounces.google.com;          dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=youtube.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;          d=1e100.net; s=20210112;          h=x-gm-message-state:mime-version:date:reply-to:feedback-id          :message-id:subject:from:to;
bh=J9nSn18n+eYwJooD+nMvBKPgBH86YU2hoWMBZFHJAnk=;
b=R2s678k/u0D1Pq/eeTxaaFsuvaa8bX3wEkbLH1/PVyrYmeU3rSwOOgjRoh585D9+/W
gPSmInCFoBFG/7yzt7YGkrdey89hDwhD09dW7W1J8qBpipJuunJcyghsn3YsCTaViig/
Aw0/K5DuDAjONRdd6xgGQUTV+WncREXXjVYmelrSFmcrqHnN5iYbcU5GlnWg1VGLf4rf
+Nw7bg3fT4LFxCbm4fKtRxxAyVdqdOe1kytuk1Ek4TjSzws1EGga7SjuiYZ8ikzsuZd7
RJzZXeQlpJA/jqc6+AD7VsrgTULa1IKtD2JRkYKWPaMZR+PH73UWLHRwYJCTmtLPH9O9          HWQQ==
X-Gm-Message-State: AOAM530sC3GHCzDMoIBwdhNr0tFiAaYKca5eFiqceraaW/q8/FFt1WQ2
BvsVN0qxebyuF3o=
X-Google-Smtp-Source:
ABdhPJyAVkjFL5hm/VOActJllhpUAWjKtjGYH0NBBZ9DjklAS+jY1/JbKc27gWRfJVzGJKxD8SdWq7M=
MIME-Version: 1.0

X-Received: by 2002:a05:6214:e67:b0:441:6ecc:51ae with SMTP id jz7-
20020a0562140e6700b004416ecc51aemr3026443qvb.22.1648138119295; Thu, 24 Mar 2022 09:08:39 -0700 (PDT)
Date: Thu, 24 Mar 2022 09:08:39 -0700
Reply-To: no-reply@youtube.com
X-Google-Id: gstanding
Feedback-ID: P-535829360-0:C20158449:M110436618-en:gamma
X-No-Auto-Attachment: 1
X-Feedback-Id: :::YouTube
X-Notifications: GAMMA:<08ea2a476f646c947440d9bd0cb656763fcc8546-20158449-110949343@google.com>
X-Notifications-Bounce-Info: AXvZQxfNGBmW4oPARkSMJZCsZhoRcx-
ZuBV4L8z2wG2L2U3c59udk2AkMpDliSz-Rl1LzIB0PxD3qiNVb3BkCLWLjYB3fm-rFh3XvST2sZkEdh5_gDH-
XYs4e4jVb2s4WzwkO_FYEsQGi7fMdwWsnH3pQ2TTGVC5HMD_Vr-J_I9ZLz38zZleotSUdH1HfW6Bn5VR-
sVPm6e_DfSoSi22GFXuvDP_tfiNHbCcb9h2uw-SWlZgS4SuaH0otsGJsryeLUoOLcJl1Hvab_t0-
gLLKZKONjAwNjA0MDQxNTM1NTk2OTMzMg
Message-ID: <08ea2a476f646c947440d9bd0cb656763fcc8546-20158449-110949343@google.com>
From: no-reply@youtube.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000024340005daf90f18"


From 1727605247158827445@xxx Fri Mar 18 03:05:53 +0000 2022
X-GM-THRID: 1727605247158827445
Delivered-To: damianreynoldscsc@gmail.com
Received: by 2002:a05:7010:540e:b0:236:3f71:cf0d with SMTP id j14csp1930793mde;      Thu, 17 Mar 2022 20:05:53
-0700 (PDT)
X-Received: by 2002:a05:6638:1f9:b0:317:c549:d12b with SMTP id t25-
20020a05663801f900b00317c549d12bmr3437635jaq.29.1647572753254;      Thu, 17 Mar 2022 20:05:53 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647572753; cv=none;      d=google.com; s=arc-20160816;
b=OwBA2⏐xRTOmuWns0l1ITAcLCfWo09gGGSxD5GlFy0iNqEDQyRKBemnOfbKla7z/u7/
iXiiwCgpMQ2/bnfLxUX21o9NFRF0sVgL6YQ2iGI2CUW+jW8uq/7M+6aMWhYJ5c8feGdf
CfdZfec0MHQ2opaOjz/yExQ2dwUBx8s1zso7IJyp/59gsgbrI4XgZ529DCW4ZciA+t+4
WG7V7fzYBPBcdvw24Dr0DzBljfsh5PODsUKEWL/Ur0U7xNEYwuiShNbx1Vweq77YD9Rm
VSB+f5UOnJduU45CymtyOxYdlSAYnauQ0IgulhE7+NQMZcbOLDATzRGS3XBsb89wp1G4      2lcQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:reply-to:date:mime-version      :dkim-signature;
bh=vzqgLYOX8uZ5oFtEuobZw3opArFJMIxeuJwhcq3LlKU=;
b=KIivgny64qnkztUSlMWlfx83pf1mK31WSVfroi1f8j3OVgZEg7qD0E353sfsYUsZez
C0feh5M2eAIWFvvxuX0/VfoChh95fzLFonE2JfF/3gk6f1hFIf93AnfNKufkSofLPLFg
JXlq9nyrs4jQxxQPVNgKJGMFuiEBzXerH5q6BHdgwY5GIbwOo87p3AspbX4skb1o2W/a
cFYYKvSawjpRSIQfmJ3qKgBGKWgz54c9R5oXqi8ZJ3kOII9G5x+vNEZYdmoxL3b2Qfej
Luj8mpVVB6srGr2cTBp4L1OIMSRY7ydPjvVDH2YvHnqGKaDFt0jQQWuvlWK7tlPUIzEW      zlWw==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=VajlZPag;      spf=pass (google.com: domain of 3u_uzyhskacyiqqingeqoowpkvavgco-
pqtgrnaiqqing.eqo@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted sender)
smtp.mailfrom=3U_UzYhsKACYIQQINGEQOOWPKVaVGCO-
PQTGRNaIQQING.EQO@scoutcamp.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE)
header.from=google.com
Return-Path: <3U_UzYhsKACYIQQINGEQOOWPKVaVGCO-
PQTGRNaIQQING.EQO@scoutcamp.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id m7-20020a6bea07000000b0064097b4fcb3sor1439713ioc.0.2022.03.17.20.05.53      for
<damianreynoldscsc@gmail.com>      (Google Transport Security);   Thu, 17 Mar 2022 20:05:53 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3u_uzyhskacyiqqingeqoowpkvavgco-
pqtgrnaiqqing.eqo@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted sender) client-

ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=VajlZPag;       spf=pass (google.com: domain of 3u_uzyhskacyiqqingeqoowpkvavgco-
pqtgrnaiqqing.eqo@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted sender)
smtp.mailfrom=3U_UzYhsKACYIQQINGEQOOWPKVaVGCO-
PQTGRNaIQQING.EQO@scoutcamp.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE)
header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:feedback-id       :message-id:subject:from:to;
bh=vzqgLYOX8uZ5oFtEuobZw3opArFJMIxeuJwhcq3LlKU=;
b=yGN9tSEz62d7frMIa6YCuk63WJVgSKL1ivCryi944QbuUz0BE90U4TTsr88Q7tZpbt
XJ9aAVTcHZvubo2HYKm4u/2Q40fTkydD+TeipEuUr4As+nBfgh+Gkl8A3srKoFktWkAH
WZFLz9Tl1QITbxWRpwkHQlJfEkgpg96secA5xR3QoB6og7+rPDH/WZFr0V0kyKdlnp7j
xzJDN4IUimN9z27omtIwrduMHs+3v6V9Mek+mgR0ee1nXw5kUeWE5dFgz6mSbHuMRs59
bLiAIEDiLDo682PK1Sp2FmkyMHI35GVwWkXwT2U6iFC3VAGkOnwlp6b7muWQjQ4ZMgM6       2BRw==
X-Gm-Message-State: AOAM533MTRXFCD73W+8cG4diLjmQyyFbn7Dm4u2rnoga13SN0Zxkx2gD
wLJqqmCHFTowDQloEYUi77y9
X-Google-Smtp-Source:
ABdhPJyDee3RS1/TesTDv4c4CQ1rLcaXAgN/c35NawUe2mFUm+YK1JMRB4pSsmgkEFpJq/QdFcUkW0s=
MIME-Version: 1.0
X-Received: by 2002:a05:6602:2cc2:b0:648:cadb:b26b with SMTP id j2-
20020a0566022cc200b00648cadbb26bmr3859610iow.201.1647572307376; Thu, 17 Mar 2022 19:58:27 -0700 (PDT)
Date: Thu, 17 Mar 2022 19:58:27 -0700
Reply-To: googlecommunityteam-noreply@google.com
Feedback-ID: P-232-0:C20113407:M110516093-en:gamma
X-Notifications: 38a934d09e300000
X-Notifications-Bounce-Info:
AXvZQxe3Az1J4PAsoWUp5_Wd0KBF_Avb2_HIwntOBZiAAvJFxTWUnvuFAp_2oNrmtvgapUXk7AQ9r9JajfdBShl
q_BMrnk6nQ7PuKnUS9fbp39XbKC_EDbXAAzycwhR7ch4dJ7b4yVoP5lH-
58BL4vtmOHUUGjdQHM889ZINHPyZHAineS9SrUq9NjAwNjA0MDQxNTM1NTk2OTTMzMg
Message-ID: <3a9d19271608d865301ad9d7b01cbb2147f26e2a-20113407-110703338@google.com>
From: googlecommunityteam-noreply@google.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000001f7c8605da755295"


From 1728023099485215000@xxx Tue Mar 22 17:47:28 +0000 2022
X-GM-THRID: 1728023094361711374
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 10:47:27 -0700
Message-ID: <CACjV9aFhbh_8eNFn4NaqYuWB6bOycaC0+a1j7bTawxKV04TZuw@mail.gmail.com>
From: damianreynoldscsc@gmail.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000da5d1b05dad23482"


X-Originating-IP: ::135.26.144.241

From 1728526063135817019@xxx Mon Mar 28 07:01:51 +0000 2022
X-GM-THRID: 1728526063135817019
Delivered-To: damianreynoldscsc@gmail.com
Received: by 2002:a02:3f56:0:0:0:0:0 with SMTP id c22csp3551108jaf;       Mon, 28 Mar 2022 00:01:51 -0700 (PDT)
X-Received: by 2002:a05:6214:29ee:b0:441:230a:e424 with SMTP id jv14-
20020a05621429ee00b00441230ae424mr19177293qvb.2.1648450911492;       Mon, 28 Mar 2022 00:01:51 -0700
(PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1648450911; cv=none;      d=google.com; s=arc-20160816;
b=ECN9raEP5TaD9ffjCxYLgGLJhA43OncI1vVq8+61tf8LoM22MJJfzvEUnxHiMuXnP0
PwlPp0F23Dvz8WbKXIvZIH02X1yk0UWOy7POfOJ3b1ZjoUV1/pd27WLd1TUdBY7AI6aC
4VVUWba5Fvjc+WoFZxpZWzurOS8T0lgtxCPIG22Xt3Tz2V65NJsfTv3/MrbjslF+2VP0
zxoYUF11W8Enm5/WDR8ew2NGAdhXulcu+nJ6rm+W60HMrBLmBZgY4OP+jzgwTjncddQS
08YerO7UNNJ8WWRmzcM6sOXK3pmqyNkyANzFUw+7siVheEWPoq7YGc20SqFXYF1IfViF           weew==
ARC-Message-Signature: i=1; a=rsa-sha256; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:date:mime-version        :dkim-signature;
bh=tTAuxGhbER45UykfrNFvW+TWWX/8qaBP/32V+B/WTlc=;
b=0IDmD3KFEIIth2ZdRRJDdcH0kqUGu07fOFVf+IJZWTK1l3ocVdsVjXVwz7Tn45DtHb
NH4zrnSPNYtAWTa/ETI4tRapKs/ZkifdaiysAgb/tpaTWzEEARyZvnEVmOAykWPBzb9P
DzrIUypcgE9TNAQH+GAvyTw0i2dzjjuJHpk9lZqijOJXtCSYwp99ikJbOsIh+wVq5MLE
U45BDSCnsCpdLCrDFijO3020NF+jZkKGvxHrSGKIbnX3Ay1Cu+0pPIQM8ca9Q4ntqAW3
z17+wIYWgZYEQVeIEqd12AeN2siNcuTPZNt16G5dszyCyy5Lnl8OE425HUDYg3+FanJT         /VEg==
ARC-Authentication-Results: i=1; mx.google.com;     dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=mSMBuQaR;      spf=pass (google.com: domain of 3x11byggtadghi-
lyjfsuwwiohnm.aiiafy.wig@gaia.bounces.google.com designates 209.85.220.73 as permitted sender)
smtp.mailfrom=3X11BYggTADghi-lYjfsUWWiohnm.aiiafY.Wig@gaia.bounces.google.com;      dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
Return-Path: <3X11BYggTADghi-lYjfsUWWiohnm.aiiafY.Wig@gaia.bounces.google.com>
Received: from mail-sor-f73.google.com (mail-sor-f73.google.com. [209.85.220.73])      by mx.google.com with
SMTPS id s14-20020a0cf64e000000b00432944a7383sor6587834qvm.31.2022.03.28.00.01.51       for
<damianreynoldscsc@gmail.com>        (Google Transport Security);        Mon, 28 Mar 2022 00:01:51 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3x11byggtadghi-lyjfsuwwiohnm.aiiafy.wig@gaia.bounces.google.com
designates 209.85.220.73 as permitted sender) client-ip=209.85.220.73;
Authentication-Results: mx.google.com;      dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=mSMBuQaR;       spf=pass (google.com: domain of 3x11byggtadghi-
lyjfsuwwiohnm.aiiafy.wig@gaia.bounces.google.com designates 209.85.220.73 as permitted sender)
smtp.mailfrom=3X11BYggTADghi-lYjfsUWWiohnm.aiiafY.Wig@gaia.bounces.google.com;      dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:feedback-id:message-id:subject       :from:to;
bh=tTAuxGhbER45UykfrNFvW+TWWX/8qaBP/32V+B/WTlc=;
b=yGtSImvwG/gqdVJmPzrvrGimN24mN2C6SYCAGqzJvPMpKn8iZu4nGVDwymSc7UFeBY
fg2/jfP+9nHZdjeZF2jrrogTFO+z9F7xx09AD0EclL7zCfE0Dxts1RjnqjT6yO4jPOnB
UofUZX5JclqmdhQm0YhrzvhKj4hsV8kX8w3lf6MnYzl6gxT4GRyV9KWzGgJ/OxC9tYZZ
P3uQfku9G1xk19X7AfbL5v8ttiADDsJ3vYzQqaf4Rs+jNSupnm8yGSoCFXDerwHb2M7Q
zi//mKAOiLTGQxOC4rdhOwQt7ynah6T8+0FURznYqiNyEtJAlMhDSLngkp/LKfATbQNQ         kEhg==
X-Gm-Message-State: AOAM532j8CsRKXqflgWOIYvTYQSnHoFC5ikXB+wpRFDvzvrb+C9wQDWy
EC4xOL2/JK7bhz3aMXCOekHD25CjjbrSpM4mn7r+gg==
X-Google-Smtp-Source:
ABdhPJyn6ftKNwXNn1nSheL1mkOWqGAnVJDFuhZWq5GNCg1j6Kp/jOvI8E7yH6gQAyedIgXeB8BG6aCThS1Ze
6JwnsAFIQ==
MIME-Version: 1.0
X-Received: by 2002:a05:6214:248c:b0:441:2a61:659d with SMTP id gi12-
20020a056214248c00b004412a61659dmr19424626qvb.59.1648450911042; Mon, 28 Mar 2022 00:01:51 -0700 (PDT)
Date: Mon, 28 Mar 2022 07:01:50 GMT
X-Account-Notification-Type: 264-anexp#nret-fa
Feedback-ID: 264-anexp#nret-fa:account-notifier
X-Notifications: a4759f5dac300000
X-Notifications-Bounce-Info: AXvZQxesCM--
zky1xa0SAKKIYdhY5TiG7ROxwJxhGfTheExYUTeE4HvIFQumAF2szhScWixF_6J-dNsI657kF1uLzukf-
F4WEeoEf2JoKz4w2_uYGZXD5HWag2oH6Pq_kP8UAgp-
ylFY4fBcC2uxMGgMOu1QA8Bf5_zm71x2wYWjcfYo0fk4gS3DP8yAoANjAwNjA0MDQxNTM1NTk2OTMzMg

Message-ID: <g1eIuNLHFV_pEenjaCNRYw@notifications.google.com>
From: no-reply@accounts.google.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000fb7d0705db41e2a3"


From 1728582961838718546/xxx Mon Mar 28 22:06:14 +0000 2022
X-GM-THRID: 1728582961838718546
Delivered-To: damianreynoldscsc@gmail.com
Received: by 2002:a02:3f56:0:0:0:0:0 with SMTP id c22csp4502210jaf;        Mon, 28 Mar 2022 15:06:14 -0700 (PDT)
X-Received: by 2002:a37:ad0f:0:b0:5f1:70cc:362 with SMTP id f15-20020a37ad0f000000b005f170cc0362mr18042598qkm.187.1648505174283;        Mon, 28 Mar 2022 15:06:14 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648505174; cv=none;        d=google.com; s=arc-20160816;
b=Rw48YwkRAujQtmgAaHIUV8kcn/n/xH3vftIxvQWqy13lqFE9O/seYmYtpKXH0clB85
cs0Tuwv0ssk5TTpwwvqHVtBqGN1qyD+x2CQZ+MfIEPP0rOFb1Spjis//Abr6PyHjM/xN
77xO2uCp7Pn70Lj21J2aYzSc4i1BgzHYgVbvV+nGUzDR014oR5JYsftrxVfGTlV12a9J
acI0+AEANkYYa8LwrUxmothJGszxWOk9XcUn+YaSD8vEmxyMCxrOqwfVjkxZn5U4kMzU
QCI76x+YGcobnxsrWiSdyOXW4rv34gBkuVd0/zN87dOne4madeMmLMA/8FH3WLRVXbHA        Ayfg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:date:mime-version        :dkim-signature;
bh=CzYZbF1/MXUXeMmALG7TYQuauSQ0PbfDYwJ+gSKDW8c=;
b=T/MHlDAAL6vEf/k0cb6YqbVm0P2LozvZ7aftQo1QZ+5dAfcUWFxczTmzLh5By6b33M
sMk8Op+ny156S7DHNcMg+7mWMs6VVgI67HvEl7mRkTNdGYv3OPciYKpmI8KxaFUM7M6+
mYxlRmU4IjZ8e635rdtuSEsX9q9NFWFQq782kFGaJzynUxrGQ0RDh6sSEJ6DCZUU/1FP
MYfMSMBuQA4otzHq3YWmc8KNOC6oTZIYXEmQ5J+Q8Agzugf1KAAaSx3dJRenXUloH3+8
BTdWC8uPRYQHAk02dR+E72A0V1bHPoqD6oex8XeEP8Tte86FzkxXPTZFp2IR6b1zOkSd        GCCw==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@accounts.google.com header.s=20210112 hcadcr.b=ul87uduu;       spf=pass (googlc.com: domain of 3vtfcyggtanghi-
l8jfs466iohnm.aiiaf8.6ig@gaia.bounces.google.com designates 209.85.220.73 as permitted sender)
smtp.mailfrom=3VTFCYggTANgHI-L8JFS466IOHNM.AIIAF8.6IG@gaia.bounces.google.com;        dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
Return-Path: <3VTFCYggTANgHI-L8JFS466IOHNM.AIIAF8.6IG@gaia.bounces.google.com>
Received: from mail-sor-f73.google.com (mail-sor-f73.google.com. [209.85.220.73])        by mx.google.com with
SMTPS id a16-20020a05620a439000b00680d0305e69sor1587723qkp.16.2022.03.28.15.06.14        for
<damianreynoldscsc@gmail.com>        (Google Transport Security);        Mon, 28 Mar 2022 15:06:14 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3vtfcyggtanghi-l8jfs466iohnm.aiiaf8.6ig@gaia.bounces.google.com
designates 209.85.220.73 as permitted sender) client-ip=209.85.220.73;
Authentication-Results: mx.google.com;        dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=ul87uduu;        spf=pass (google.com: domain of 3vtfcyggtanghi-
l8jfs466iohnm.aiiaf8.6ig@gaia.bounces.google.com designates 209.85.220.73 as permitted sender)
smtp.mailfrom=3VTFCYggTANgHI-L8JFS466IOHNM.AIIAF8.6IG@gaia.bounces.google.com;        dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:feedback-id:message-id:subject        :from:to;
bh=CzYZbF1/MXUXeMmALG7TYQuauSQ0PbfDYwJ+gSKDW8c=;
b=wVyiXrNwLIdM+oyFQSkA1yBqgAcyOUs4w0T3z8JT7X6RU1zZlJFqarFGOgUKTwEiUb
TRXPT//TM36ujy7KTeR8vmUkF/M/5Nes9G0R9Zdc661R2vPnm98Yr045E46Hm/hO1zbX
HYUrnuyIla9LK/YF/aECHkHzRHK/T12QyFDVVvcJV6+T9sfvPffzdkq67G8Nv8ZFovPo
xqDdTcAaRTQdxAY9OtVmL772lKX3DkW9+0CatWTBxGGTgdoGTFEZczx8AAN8gVppobmA
CvgbNxy3Qa2YNpH+ZlyunoiH0VzABWrEDpdn33p5kT0Vg61t45Kg9IKgKpcBhRErt4YF        Vv/g==
X-Gm-Message-State: AOAM5314ST/q7xsDSefqSb3fY4QoITCZSbNcpwTchzc8zXUmCNFl8DKE
nuQQ9h+J79E1B+e5AY0XKWF9tgC9B4K62lSc9zEoAg==
X-Google-Smtp-Source:

ABdhPJyGNmM6ZEouHQzZbJqwkedZj3aTJIArhqcKyT/8ZyEgMBT9/pwAdyrf+3tNG/VLFxr74Lgz0EV6efUSZtC4
MCYY3g==
MIME-Version: 1.0
X-Received: by 2002:a05:620a:4556:b0:67e:b485:7b1f with SMTP id u22-
20020a05620a455600b0067eb4857b1fmr18293060qkp.200.1648505173770; Mon, 28 Mar 2022 15:06:13 -0700 (PDT)
Date: Mon, 28 Mar 2022 22:06:13 GMT
X-Account-Notification-Type: 264-anexp#nret-fa
Feedback-ID: 264-anexp#nret-fa:account-notifier
X-Notifications: e9f6e5cb5c300000
X-Notifications-Bounce-Info: AXvZQxfTX3ygIW-QFu-
6X54CnDWduBXHtDbu4UUwY3OYuYX9Fqhs2p111NtuVJF2IVlbF-szrYJK8-
GGXeB7s2cKrnEhmTCxNoW7elJrrGkqMsgE9kX_4Dglgntu-
3JMYivswsLXsVC601lAaB_r4E907qBJ5f4qknHVzpI_pW7pleQIqlej8ygNjAwNjA0MDQxNTM1NTk2OTMzMg
Message-ID: <uI7RkizAycc6si2WnsL4ew@notifications.google.com>
From: no-reply@accounts.google.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000004b021105db4e8535"


From 1728023238720878386@xxx Tue Mar 22 17:49:40 +0000 2022
X-GM-THRID: 1728023238927475875
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 10:49:40 -0700
Message-ID: <CACjV9aEN92MRC0RrH-Yo+FbTPXWnmfS0qSNFWGQuFiHAYtHvqw@mail.gmail.com>
From: damianreynoldscsc@gmail.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000c3916905dad23ceb"


X-Originating-IP: ::135.26.144.241

From 1728200262148263250@xxx Thu Mar 24 16:43:23 +0000 2022
X-GM-THRID: 1728200133030846760
Delivered-To: damianreynoldscsc@gmail.com
Received: by 2002:a02:a702:0:0:0:0:0 with SMTP id k2csp4877307jam;          Thu, 24 Mar 2022 09:43:23 -0700 (PDT)
X-Received: by 2002:a05:6e02:188f:b0:2c8:1f9:9533 with SMTP id o15-
20020a056e02188f00b002c801f99533mr3313493ilu.212.1648140203649;          Thu, 24 Mar 2022 09:43:23 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648140203; cv=none;        d=google.com; s=arc-20160816;
b=ZS4wyzy/5npzKnLLFPgGD4ZBRjft53itDo7b56EflKg0Fsy8CioJFKy13tG6v24QNg
5XZPlHHXu07BieKfWZa1+ece8iZF1xl3uG6wnqJO/svrRwUWiiQOQsD/spypNmSCnYqc
UK3N8RrftrtcjSor8GYfs2YTsEvQMvnVTcF/6rCqtXy+WIcyu1mGTDctUXbjfu7tlRmU
mgBldw5UA8+OvcIlXnYjtnTXEbbnExw/hi3IFxMPf8evNIUE0yech2b2CHyiokaU7QH8
/wuD0X/xUdDrWnclyf1TnH3n438uCcZSofELftq1UaPKK9Nx5heO9yiLX1jRWyQFsjwQ        B3Ew==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:date:message-id:mime-version:dkim-signature;
bh=M+fcfRS+HGbbimBfppdpUqQcdYQ0Cclmqw1NH5qj/b8=;
b=s8T+qb5b5tcLQVtdLW1sunFDM4G+y4AdMN+xgTGbLUQjB2z4lesD12xcJJ8CZww7zz
7RJQdvLgLnxpXS2ddMWUn/y2dqmfaFhh2a28iYA/4ymayeuQ6H9YlJ3K58Fe4ZhrjiwM
LimtYtBWI/CZwOSgGwgSnIjmebUM3sqP7lKKfNaN7buma1vFTxNKb7RB95KWBH7k6YeV
QDXOX9T5wSNmy5Oap3N4GMGJUxb1qCrHtaIWod+fV84TDTd1FNQqNDQL8CnIFAmoFBE9
qffdrS/VOEJ1U2O31pgrtKuHxsNepYJyK9w7gatQa8g4dh/rrseIN86u0v9aMmulOxz6        +X9g==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=kLIameAU;        spf=pass (google.com: domain of
3q588ygckefqjknalhuckkcha.ykizwiewjnaujkhzoyoyciweh.yki@takeout.bounces.google.com designates 209.85.220.69

as permitted sender)
smtp.mailfrom=3q588YgcKEfQjknalhuckkcha.YkizZWieWjnaujkhZoYoYciWeh.Yki@takeout.bounces.google.com;
dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3q588YgcKEfQjknalhuckkcha.YkizZWieWjnaujkhZoYoYciWeh.Yki@takeout.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id z14-20020a056e0217ce00b002c7ac692a13sor6971236ilu.146.2022.03.24.09.43.23        for
<damianreynoldscsc@gmail.com>        (Google Transport Security);        Thu, 24 Mar 2022 09:43:23 -0700 (PDT)
Received-SPF: pass (google.com: domain of
3q588ygckefqjknalhuckkcha.ykizwiewjnaujkhzoyoyciweh.yki@takeout.bounces.google.com designates 209.85.220.69
as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=kLIameAU;        spf=pass (google.com: domain of
3q588ygckefqjknalhuckkcha.ykizwiewjnaujkhzoyoyciweh.yki@takeout.bounces.google.com designates 209.85.220.69
as permitted sender)
smtp.mailfrom=3q588YgcKEfQjknalhuckkcha.YkizZWieWjnaujkhZoYoYciWeh.Yki@takeout.bounces.google.com;
dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:message-id:date:subject:from:to;
bh=M+fcfRS+HGbbimBfppdpUqQcdYQ0Cclmqw1NH5qj/b8=;
b=nBi53uPFrh4NfbQfBOZU9Eqj6XOi1q5UoV0baB/dkrYM/1EOBq4pV76F4akthxv7Yz
/LjR+fhYSinJeMmXzQIVcCzTzP0L8E7Ov1WDNxGb9mh5X9bcp4slpEs4oT6JzS35Q+rN
CoOA9k6MUzoDceyiR3EmJifVS153ugDV+16BOddCl75u6ilN4hqQDEHFbk1NehS4sCQD
wVo9GDQNfLKUYPk5awpLaZB4Q6bBW5DbVHOGb7cZqyuhJX5Sq2mfxaf+6S5pShjZZG1z
E954nrVNdv8d0k6cqN2JYDgwbiSxa6a0yFkW3otqjMj+GF9UO+KC7XWN9ikQoYj9syH4        LtDg==
X-Gm-Message-State: AOAM531G81dXSIUocjUjL7Q5yrBvogLgqS0GqEK/v+n5q5sffiu/UbeS
M30e+7lf11CNkfvTEr7Ns2FYmv+GfMYHuZ1RiObzzX5ynfCM+JvvA9K5OVzv6eSLhGV6hXHt0s+
LV6DsryW/t/AIU6WUnSNNpXn/UvAiVM6GmX2/373MXw==
X-Google-Smtp-Source:
ABdhPJxi5wICRooW2ynVx2d1Y6Vu46Yrk0MOwdyf5lDR1Azw4Ki6lNuvMc3fFLgNSUmMopCMrMhxqZPVFCD0
XNbAd8UZR+nszXPL52Y=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:1c05:b0:2c8:2010:f1ce with SMTP id l5-
20020a056e021c0500b002c82010f1cemr3110164ilh.104.1648140203463; Thu, 24 Mar 2022 09:43:23 -0700 (PDT)
Message-ID: <0000000000005e781405daf98b25@google.com>
Date: Thu, 24 Mar 2022 16:43:23 +0000
From: noreply@google.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000005e780805daf98b22"


From 1728200133030846760@xxx Thu Mar 24 16:41:20 +0000 2022
X-GM-THRID: 1728200133030846760
Delivered-To: damianreynoldscsc@gmail.com
Received: by 2002:a02:a702:0:0:0:0:0 with SMTP id k2csp4875594jam;        Thu, 24 Mar 2022 09:41:20 -0700 (PDT)
X-Received: by 2002:a37:9dd4:0:b0:67b:1899:4b08 with SMTP id g203-
20020a379dd4000000b0067b18994b08mr3989494qke.57.1648140080482;        Thu, 24 Mar 2022 09:41:20 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648140080; cv=none;        d=google.com; s=arc-20160816;
b=d5q8h8eP2LcpC1ugSXRi4ZigVQ0S1DvfeK4JobSzJjNdgUU8+1ybrt30xjiHa6tkzn
5pI1xYpfZXXg0B3RmzkbnSx2xGRaZMPBM3Lo1W9x2g3xhOskXz83uVTdxmFdrTAR85n3
nNNQJGfKRWJj/q4MyXFI5L8QtTH3tkLnYS0TxWQSBcxOi7h5Xgmb6enmHfpOL349BnyE
RRrBHgM3QkWa8dDNciS6S87libh7ijtY5CwV6jw+rVDf/BNpkwU+mc3kQFtq6vDhlu89
QfuldmTCUmiJL60LdPJpaCRxHFKul5FTl76eRRuJG7WrJTeGXyqP8dBf33Xqpf4BKTTD        RUxg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;

h=to:from:subject:date:message-id:mime-version:dkim-signature;
bh=/RAdrqC21kIWQm9TP88Qmi0ZE2b+oS0E5PxWI2JPFGc=;
b=JZlhg1UncYu8XRF38HTA7r+2cJlQAxqrGRvSgiz4aYghW3LdE4zufpbT0r9FgOvekO
WWYbGrYcNMlOK542t7pyTtJ5zwoOiv/0/PvOcikm7IVljsAXFEQXI6upHDvpiXObtYFr
dsLTfsZRABQPla7yWivbJ+i7CCO5wdzrUtAbr1tY45mbXMHX+XTFhDwmUZjBvMx4Eys/
V66Bbkeapp2guGb7l/7VdL8QM82tBFF6BDfWQd9bhyp5ggOQsecPSgg4EMXP/YM40UG1
tMbFM0frySTa4m+ad+5z+y8huMjFoUzXARF22dF9K2On4U99DNZwPb86dQjTo1SE20hZ        unmg==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=fH6VeVMS;        spf=pass (google.com: domain of
3l588ygckexgjknalhuckkcha.ykizwiewjnaujkhzoyoyciweh.yki@takeout.bounces.google.com designates 209.85.220.69
as permitted sender)
smtp.mailfrom=3L588YgcKEXgjknalhuckkcha.YkiZWieWjnaujkhZoYoYciWeh.Yki@takeout.bounces.google.com;
dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3L588YgcKEXgjknalhuckkcha.YkiZWieWjnaujkhZoYoYciWeh.Yki@takeout.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id o19-20020ac87c53000000b002e2029de5d4sor3729867qtv.0.2022.03.24.09.41.20        for
<damianreynoldscsc@gmail.com>        (Google Transport Security);        Thu, 24 Mar 2022 09:41:20 -0700 (PDT)
Received-SPF: pass (google.com: domain of
3l588ygckexgjknalhuckkcha.ykizwiewjnaujkhzoyoyciweh.yki@takeout.bounces.google.com designates 209.85.220.69
as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=fH6VeVMS;        spf=pass (google.com: domain of
3l588ygckexgjknalhuckkcha.ykizwiewjnaujkhzoyoyciweh.yki@takeout.bounces.google.com designates 209.85.220.69
as permitted sender)
smtp.mailfrom=3L588YgcKEXgjknalhuckkcha.YkiZWieWjnaujkhZoYoYciWeh.Yki@takeout.bounces.google.com;
dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:message-id:date:subject:from:to;
bh=/RAdrqC21kIWQm9TP88Qmi0ZE2b۱oS0E5PxWI2JPFGc=;
b=UW3Gkpde2/K9yMIhV75d52DxNLpDUo4vz8iaR4WdWFbSKl9kVNfZOGVbyeULuW5h6x
zpEgpDWD0z4/HBv3BvB7nFaIaCUmBi3XmuIMIwLhOJY6ekKzsMVMmOpNh+DRBCunyWhd
wBrIXgO/evpL6VzLbWOZhb/sHNJGhE/fh4bQ98DGsPzHpv5Kw2gPUw1IGSb1PHlbiIFR
JormNVw0h973H4H2nVrsmzObTrgsZ7V+oc3uH2oSBy8Hip745rvDDJs/rWUSkRRu9yUM
1LSJxGQPn/x/t3GU+GTqYGm8n6RxGVtqY2OR4A14cAU9+JcusOtiNO3HM+fDsqqljFzc        1wow==
X-Gm-Message-State: AOAM531h1OzE1cKRQNNWMIYHTnTsxgErS8penGQGZFZFSuQ9Bzq5Hnxs
WlFpY4LbHFMCd5F0yXwXBkETppO/cmlylidFjlsKKX1CQN5GiHWTVnTxzJ6nrA7gts2Uo7X1G7R
SNLjclpWGvyP8iAvhYrQ7dxOqC7NwPBcZe76pVtXRFQ==
X-Google-Smtp-Source:
ABdhPJzRWeC5BPg1dklXxZrqy54BrwDpXbCYDh7Rg/LFLH2IuU5gSkhZWHghTCAiXvgrt/ZVDe2LVXod+f33dzC
a2g9fRXMHh7UW12Y=
MIME-Version: 1.0
X-Received: by 2002:a05:622a:594:b0:2e1:d59e:68ed with SMTP id c20-
20020a05622a059400b002e1d59e68edmr5540195qtb.204.1648140079937; Thu, 24 Mar 2022 09:41:19 -0700 (PDT)
Message-ID: <00000000000001940605daf98419@google.com>
Date: Thu, 24 Mar 2022 16:41:19 +0000
From: noreply@google.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000000193fd05daf98416"


From 1728027708338182500@xxx Tue Mar 22 19:00:43 +0000 2022
X-GM-THRID: 1727859717423870370
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 12:00:43 -0700

References: <CACjV9aFhJZWnzN9CF0c+xJUsgL3QbS=Cva1zTTWbVrU28prJEQ@mail.gmail.com>
<CACjV9aG_Bn0E7xEmPAG9yRJHcA0aSDgp+iQbjjvHQG_XSdG7ew@mail.gmail.com>
In-Reply-To: <CACjV9aG_Bn0E7xEmPAG9yRJHcA0aSDgp+iQbjjvHQG_XSdG7ew@mail.gmail.com>
Message-ID: <CACjV9aGmbqL3oO1KvdOyAbajHge2UDHKsdsU5dmKb-CwgSk+oA@mail.gmail.com>
From: damianreynoldscsc@gmail.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000d5083f05dad33a97"


X-Originating-IP: ::135.26.144.241


From 1728027019754040395@xxx Tue Mar 22 18:49:46 +0000 2022
X-GM-THRID: 1727859717423870370
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 11:49:46 -0700
References: <CACjV9aFhJZWnzN9CF0c+xJUsgL3QbS=Cva1zTTWbVrU28prJEQ@mail.gmail.com>
<CACjV9aG_Bn0E7xEmPAG9yRJHcA0aSDgp+iQbjjvHQG_XSdG7ew@mail.gmail.com>
In-Reply-To: <CACjV9aG_Bn0E7xEmPAG9yRJHcA0aSDgp+iQbjjvHQG_XSdG7ew@mail.gmail.com>
Message-ID: <CACjV9aG9A1kLOyVpbz9CYpi0L6YMLoFAaJUG2K-H4JCEOTZfyw@mail.gmail.com>
From: damianreynoldscsc@gmail.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000b4f36d05dad31334"


X-Originating-IP: ::135.26.144.241


From 1728026999586325387@xxx Tue Mar 22 18:49:27 +0000 2022
X-GM-THRID: 1727859717423870370
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 11:49:27 -0700
References: <CACjV9aFhJZWnzN9CF0c+xJUsgL3QbS=Cva1zTTWbVrU28prJEQ@mail.gmail.com>
In-Reply-To: <CACjV9aFhJZWnzN9CF0c+xJUsgL3QbS=Cva1zTTWbVrU28prJEQ@mail.gmail.com>
Message-ID: <CACjV9aG_Bn0E7xEmPAG9yRJHcA0aSDgp+iQbjjvHQG_XSdG7ew@mail.gmail.com>
From: damianreynoldscsc@gmail.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000008aea4005dad312b3"


X-Originating-IP: ::135.26.144.241


From 1728026839725052771@xxx Tue Mar 22 18:46:55 +0000 2022
X-GM-THRID: 1727859717423870370
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 11:46:54 -0700
Message-ID: <CACjV9aFhJZWnzN9CF0c+xJUsgL3QbS=Cva1zTTWbVrU28prJEQ@mail.gmail.com>
From: damianreynoldscsc@gmail.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000006e43b605dad30922"


X-Originating-IP: ::135.26.144.241


From 1727782088189680433@xxx Sun Mar 20 01:56:41 +0000 2022
X-GM-THRID: 1727609530877485396
Delivered-To: damianreynoldscsc@gmail.com
Received: by 2002:a02:a702:0:0:0:0:0 with SMTP id k2csp761373jam;        Sat, 19 Mar 2022 18:56:41 -0700 (PDT)
X-Received: by 2002:a17:902:b948:b0:153:9994:b587 with SMTP id h8-20020a170902b94800b001539994b587mr6571935pls.68.1647741401731;        Sat, 19 Mar 2022 18:56:41 -0700 (PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1647741401; cv=none;      d=google.com; s=arc-20160816;
b=AkOllGUXc3LZfhoYpga+vKX/xz40PqXJQVaR8GM7b2D7f15OJHxRdraNjB2Hvb2XBm
MOR5aKtJHQjg/Z8OAiZAAsWhbVhqQI09kGhNoMjWH3O8X50I1oS9Dk27xZjUr+dp/OKL
kzofHzH4EtRCfCfQ/y5Ux3CCMJIxZP16lfLFztlHTQGpNJDcvTHIWupZFHjmGUSybratZr
zmMc+VzWsQfUYlPwjL1cIOT3iqqoAyayU+5Dj032aMYWl3brwdIQ4PQzW3p8/wfgOd0v
MhCT9btyMg1ZsZ3Nc0RITmlzXOi4Hc5s5+odn4lUeUQNf+BMgaZTcGE1CJWJ4tuDT7+k      TqzA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date      :mime-version:dkim-signature;
bh=Qo/szxh2rjOXKqN3xUwrYeSN9ZXVeZk174zdTOFMIJ4=;
b=gfCjdUI3xWS+XDLofdZ1rmjOpWft2xWUkoZwM/+Cee6uhBH9cCQQ7RvbQy9z4D3URj
Lx1F+XYA1fT2ALqa1Z0fEriZE46jf9fj+L65S8ZS0FXRBQfElcobTW55PJMRnOTu4gif
Id81LKuf2AADdduLu2nwhyKsZ1GaAdLXLZb5fzZg504SQLBZLgd62R8p5YMi0R0xqOCT
ykRJLOg3GAtuHsGkzV+C2MBnYiunAwGyHPGAkVaKtfYFZlAL5I4njGR8LSBf0GbxGPwg
6iKAEg66K2oYH/02qD2Zre481ict3mWnfqaJqxjtGtn+jwO7L7s8QbD60p7aMi3Qq983      em/A==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=T4pNHwTN;      spf=pass (google.com: domain of 32yk2yiakan4youtube-
disputes+ackxhemcgicjnahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=32Yk2YiAKAN4YOUTUBE-DISPUTES+acKXHeMcGICJNahGOOGLE.COM@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <32Yk2YiAKAN4YOUTUBE-DISPUTES+acKXHeMcGICJNahGOOGLE.COM@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id pf5-20020a17090b1d8500b001c62a7c7f04sor6998769pjb.40.2022.03.19.18.56.41      for
<damianreynoldscsc@gmail.com>      (Google Transport Security);      Sat, 19 Mar 2022 18:56:41 -0700 (PDT)
Received-SPF: pass (google.com: domain of 32yk2yiakan4youtube-disputes+ackxhemcgicjnahgoogle.com@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=T4pNHwTN;      spf=pass (google.com: domain of 32yk2yiakan4youtube-
disputes|ackxhemcgicjnahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=32Yk2YiAKAN4YOUTUBE-DISPUTES+acKXHeMcGICJNahGOOGLE.COM@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to      :references:message-id:subject:from:to;
bh=Qo/szxh2rjOXKqN3xUwrYeSN9ZXVeZk174zdTOFMIJ4=;
b=nJ6VuH8qzAvCiZ2FDS4cytyACPm94S/315pLmOH12HNgpz4rxivS8/zbSZOEoF+k/p
H4D8yeivABWAKLDQ5+CEJ2fssKxeJPADSXKyI6BZ/kBJyir6dIIUou27NG8Qbw4WxO3S
zXKocfHuPwbLCvfYak15QSo7jTWU2Tt+WxDhMahmW/J/kCYOO/wWN89A7afgqYPF4t0u
pw/9/pr/4m2T1wQvPUSY/Xz9B8zJ7hcb23bAqZkr+Q586NJAZ5aASh+94J+LPBF3nUzc
eskcdBux8TrO5SwYDCTI7iZVMTpEcq30fGHzemh9S1ltCmpo84AHSkKuvsNuQPR2E4MC      0MqA==
X-Gm-Message-State: AOAM532QTE21OAwACPBJ8xsowlVdfsq3BhoYu3YRTZbV3nLly2/tMm2C
1u+YwG08oKl9dYMSPYyOV653BdIr8bcxmow0Z1Fba0sfiPr5TuNHZHn66kFiWwCp36dkACQm/sd
6Wck3klqaukRBpEha0+mIvYrUxH1eCA==
X-Google-Smtp-Source:
ABdhPJx5fWygPi8DxnJtvZ84QWvk5vAecu2/BRa2Zxw5l0bHwpHheDQgQooeT0BdqjwLwz77KNSc6u+W6SkawgL
0+ts=
MIME-Version: 1.0
X-Received: by 2002:a17:90a:c782:b0:1bc:dac0:88e with SMTP id gn2-
20020a17090ac78200b001bcdac0088emr29571693pjb.172.1647741401197; Sat, 19 Mar 2022 18:56:41 -0700 (PDT)
Date: Sat, 19 Mar 2022 18:56:41 -0700
Reply-To: youtube-disputes+02kxh4m2gicjn07@google.com
In-Reply-To: <CACjV9aGu2ZcX8KduTFqddhEt+j_6Cahv9pUWyZP38TW4zz4xAw@mail.gmail.com>
References: <CACjV9aGu2ZcX8KduTFqddhEt+j_6Cahv9pUWyZP38TW4zz4xAw@mail.gmail.com>
Message-ID: <00000000000003d43b05da9c9f4c@google.com>
From: youtube-disputes+02kxh4m2gicjn07@google.com

To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000e6cf0205da9cb04a"


From 1727712093276407943@xxx Sat Mar 19 07:24:09 +0000 2022
X-GM-THRID: 1727609530877485396
MIME-Version: 1.0
Date: Sat, 19 Mar 2022 00:24:08 -0700
References: <CACjV9aEdB5ftN5-7_5zjX34673VET-Khp-FD+4xemBXXmvZzRQ@mail.gmail.com>
<0000000000001585ad05da8ae3d3@google.com>
In-Reply-To: <0000000000001585ad05da8ae3d3@google.com>
Message-ID: <CACjV9aGu2ZcX8KduTFqddhEt+j_6Cahv9pUWyZP38TW4zz4xAw@mail.gmail.com>
From: damianreynoldscsc@gmail.com
To: youtube-disputes+02kxh4m2gicjn07@google.com
Content-Type: multipart/alternative; boundary="0000000000002a670505da8d269d"


X-Originating-IP: ::135.26.144.241


From 1727701906679550619@xxx Sat Mar 19 04:42:14 +0000 2022
X-GM-THRID: 1727609530877485396
Delivered-To: damianreynoldscsc@gmail.com
Received: by 2002:a02:a702:0:0:0:0:0 with SMTP id k2csp101717jam;       Fri, 18 Mar 2022 21:42:14 -0700 (PDT)
X-Received: by 2002:a05:6122:88a:b0:332:6860:7b1f with SMTP id 10-20020a056122088a00b0033268607b1fmr4781948vkf.25.1647664934420;       Fri, 18 Mar 2022 21:42:14 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647664934; cv=none;       d=google.com; s=arc-20160816;
b=gAjIm/2+mQVzeJvdA/wiEwgb9RU8VHmYnFNGJ6bcrxm+TYXeRj6/xjK9tloP23xm9G
9cktwfLOf7KKV0YsSctPpG8Jh6ZeJflfpQgy6G5Ho47w2N7fMC8EqU+YCN6nxsnKgYC1
f06T0UNbPFn0njLq74pevAVv97G4qwhJv+F+K5pxfnoYQ0aOE44+AcDqqXTrRar5Huk1
8UC6cHXLh7HtgoDNToMflfUjCaQWi4WISRdiUYD/V/wpOOkxbnlQ1hENHj2gSdWLpBna
KSQ/2J9LPSR55dxrXMu0f1XZ4l4k/oOcc4zi++gLVO4mv+9CC5XyvDwBcMwTEUQwBSxq        k0oQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date       :mime-version:dkim-signature;
bh=TnWEt0yQ0T5OlZqSUXY5NFZbqQUe8uFvGwaFZzWq+WQ=;
b=IPp/X5AYj49VKc7cqJvb5HLdM5SVBHqpnr13UrOVMPD0iFTFZ/Gon8TG8BQCa3mn9c
H3rDDtYlhcpk7zHrXi8XPBEZohJP6cNRsv0rQjWJVDhE8BCAnCN9iiflZck1PakxEE9gY
N2CtJXHVVV7P0fy25CXzWtqSbQ6ySRZu2Lp5EJPWQ42/N7TTGUxeiu6agCSSeO6kf1ij
L103G9aFTBoiPAUgzqyXA11B4LChSBrkGfqbE+SUSXkQhGpgmzRhAKrs+mqcwWzAUnrk
vvt+XdS2FGLvMMVZZhqXSS43NmHBkP/fPm+/f3l2wGbbc+6Inrr6r6cKLdwChO6VCZ9d        oByA==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=ADyAX13G;       spf=pass (google.com: domain of 3jv81yiakanakagfgx0-
z4ebgf0e+mo6j3q8o24y59mt2aa270.ya8@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3JV81YiAKANAKAGFGx0-z4EBGF0E+MO6J3Q8O24y59MT2AA270.yA8@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3JV81YiAKANAKAGFGx0-z4EBGF0E+MO6J3Q8O24y59MT2AA270.yA8@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id i124-20020a672282000000b003224734f18fsor2239897vsi.123.2022.03.18.21.42.14       for
<damianreynoldscsc@gmail.com>       (Google Transport Security);       Fri, 18 Mar 2022 21:42:14 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3jv81yiakanakagfgx0-z4ebgf0e+mo6j3q8o24y59mt2aa270.ya8@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=ADyAX13G;       spf=pass (google.com: domain of 3jv81yiakanakagfgx0-
z4ebgf0e+mo6j3q8o24y59mt2aa270.ya8@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3JV81YiAKANAKAGFGx0-z4EBGF0E+MO6J3Q8O24y59MT2AA270.yA8@youtube-

disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=TnWEt0yQ0T5OlZqSUXY5NFZbqQUe8uFvGwaFZzWq+WQ=;
b=dj8NFtzATm+6t03zVFesqBGz7I5dWsQ720taVM6pFWfG47S9BPfB67HKvaYoc80jhM
y0xFq0/6+kq7xoLOdK2GfzPGlNbB4kJ147hq7IoFDqM1KNER3XH0JUU8RZHvszWZ2Pin
NAyZeZ9J9PdsmqBB1hYGnoUZcGUEEE/t/2vmXt+nj1foX4Jgi6Ue/BU8Gd2A8NkBdJ1t
bTjVZ1gLsBKKkQYvnJ7/CARO7yi8P+eKTRRpoBTjNAS6bzOSn/cvAeF/ej8uPMARKdm0
Y3tW+/D5pK2ueCraWQdIstWGtaPLaoWIaWknc4KP4+qTcUqpoqT4uyBwSrB+ZK8PdqWe        XaNA==
X-Gm-Message-State: AOAM530IWxqiI+WhcjRZkNg54y5itbDHifcrSt7VxQh+obhhy6/0zy76
xHLHN5Ha/tDEmNEm90a3WC1sAH468XwEz4sVzqambHm1loCv5ljyu6tDE/g3nJUkyZ9xnA+6ca9
hOWr9F1ecNR9ObhVgqVOP4d/EdC/uDQ==
X-Google-Smtp-Source:
ABdhPJx2wxFmpElIb9DjUgL/LRG+yF7k98SI77cxvWNMEiLlStbI4uDrR8chlzfhJIHS03ZRv4a7PL5wtDkar/mIaYQ=
MIME-Version: 1.0
X-Received: by 2002:a05:6102:83c:b0:324:e435:eb01 with SMTP id k28-
20020a056102083c00b00324e435eb01mr1709890vsb.13.1647664933926; Fri, 18 Mar 2022 21:42:13 -0700 (PDT)
Date: Fri, 18 Mar 2022 21:42:13 -0700
Reply-To: youtube-disputes+02kxh4m2gicjn07@google.com
In-Reply-To: <CACjV9aEdB5ftN5-7_5zjX34673VET-Khp-FD+4xemBXXmvZzRQ@mail.gmail.com>
References: <CACjV9aEdB5ftN5-7_5zjX34673VET-Khp-FD+4xemBXXmvZzRQ@mail.gmail.com>
Message-ID: <0000000000001585ad05da8ae3d3@google.com>
From: youtube-disputes+02kxh4m2gicjn07@google.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000018c47d05da8ae349"


From 1727620625065628242@xxx Fri Mar 18 07:10:18 +0000 2022
X-GM-TIIRID: 1727609530877485396
MIME-Version: 1.0
Date: Fri, 18 Mar 2022 00:10:17 -0700
References: <000000000000245cb505da76600c@google.com> <000000000000e200a405da786cff@google.com>
In-Reply-To: <000000000000e200a405da786cff@google.com>
Message-ID: <CACjV9aEdB5ftN5-7_5zjX34673VET-Khp-FD+4xemBXXmvZzRQ@mail.gmail.com>
From: damianreynoldscsc@gmail.com
To: youtube-disputes+02kxh4m2gicjn07@google.com
Content-Type: multipart/alternative; boundary="000000000000cd29ae05da78d69d"


X-Originating-IP: ::135.26.144.241

From 1727618761934848420@xxx Fri Mar 18 06:40:41 +0000 2022
X-GM-THRID: 1727609530877485396
Delivered-To: damianreynoldscsc@gmail.com
Received: by 2002:a05:7010:540e:b0:236:3f71:cf0d with SMTP id j14csp2036323mde;        Thu, 17 Mar 2022 23:40:42
-0700 (PDT)
X-Received: by 2002:a17:90a:8595:b0:1bb:fbfd:bfbf with SMTP id m21-
20020a17090a859500b001bbfbfdbfbfmr19954916pjn.125.1647585641967;        Thu, 17 Mar 2022 23:40:41 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647585641; cv=none;        d=google.com; s=arc-20160816;
b=Jae0LrT71vk/CNZ8Hddj+OccVeW0buTvbtgOW4sXtLwTW3xvnkcqsLGH7ybsSoey3W
6Nk2mmGH8xCBacFqTikEXUIRZH1Q5RccGFweOpg7+UQ3Glr8MlaV2Q/4Ii3oOcvkNj77
hLteQk7J5e0Iaj3ZZyvuLGEgt+Hi7NCAOmhLHc6Xx6u0Kll7wIJWkYJDM66JURB/9aFm
u3f58L7TQ9AFzrPrs8HXK5QlpDPdz3u+PhtQLNtc/UyO6cwigz8o/rt2Zu5i3oEBm7Qe
YWXZjcZXHFHapQ0lSQ8Pq1RLB/PjD0m3z61SYyEmmKowsW/YNVNx+lUib4YfQ69+U6PQ        l68g==

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date       :mime-version:dkim-signature;
bh=5o81Vu0nQ+/vrlfo9F8bTOpRz0k/z+vkaVYtxWbS1W4=;
b=FISpWN44eM7Ew+5CL0qU4BduKXhOPeRacvmS+kEu0/gchmeIrlxgN1oykFZYvPWYl1
frYMDksMS9aS86hWXC4G0h0ykdu2w0OoLLnyeXt4a01UbK4FebSNgzt2sqkwhy6O9L+T
a62zVlrcQIcJ9eu8kdIHeE2R8mWbGOFjup+1WQA4Uy0mubgzQocMpCNdvbD1tKFq/KvX
fNosTmpzG8PFQYlrEOEp69v1CsnHMEGOpCzfwJ6XdaZVDtFBRMX3pVxGc+bvpwtKdrco
FHunx+tFX4CaMXn392pr+cgbUfT/QEyskiPlbWCV/UfbZUqcjX50MVJE9ItZDVJJDGGO      XHZA==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=KdGnLhzg;       spf=pass (google.com: domain of 3ask0yiakakqcsyxyfi-
hmwtyxiw+egobliqgkmgnrelksskpi.gsq@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3aSk0YiAKAKQcSYXYFI-HMWTYXIW+egObLiQgKMGNRelKSSKPI.GSQ@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3aSk0YiAKAKQcSYXYFI-HMWTYXIW+egObLiQgKMGNRelKSSKPI.GSQ@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id o189-20020a62cdc6000000b004f6b51ee3b3sor2609535pfg.72.2022.03.17.23.40.41      for
<damianreynoldscsc@gmail.com>      (Google Transport Security);     Thu, 17 Mar 2022 23:40:41 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3ask0yiakakqcsyxyfi-hmwtyxiw+egobliqgkmgnrelksskpi.gsq@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=KdGnLhzg;       spf=pass (google.com: domain of 3ask0yiakakqcsyxyfi-
hmwtyxiw+egobliqgkmgnrelksskpi.gsq@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3aSk0YiAKAKQcSYXYFI-HMWTYXIW+egObLiQgKMGNRelKSSKPI.GSQ@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to :references:message-id:subject:from:to;
bh=5o81Vu0nQ+/vrlfo9F8bTOpRz0k/z+vkaVYtxWbS1W4=;
b=aFSwOI2wcZZQ54qfdhMAxRgT1oEWxDjvPQ21P6WXERK/OzvkiIBQDxhkca+fP4ET/P
VguQl36jMIT4wEDj3Y9gcoEkrnhbB90Ag1QTkTveEc6QFzkzlNCAETZxt4K0/30m4lBg
Kjwc4/oOMZmTRqmbGsASOt2HrAfFvSuTQ9aHX8grjeN1D44OchPvPJze68iOLKBs+EBu
7jvvp2V5arlue1nkRWGbV63Qfd8sVzOJDoAvffa+nOe+zOnj4awcomtbraLYJnjp0n3s
gUqHVigNVl9LbCIwJJY4qXxFkRorWNSBQCX9Ctk9nyDrPhd3BP7xUOhw89fE9rxBIZdd      uUWQ==
X-Gm-Message-State: AOAM533GgeGWRmZLQrYQw9RC5fqqBpkWhcYwfR4t6oyDkO1Ydh/dHBOo
Etlvwt9Z0t35s6baP3xRL/f0ZjiZaSlbi3lHD1UbGWYM3YTLa8ex4VcCb/X7XVG5+d9v977Adkc
UUuoqUPouS+CKhLq4fyEuRvyiBRBhfDg==
X-Google-Smtp-Source:
ABdhPJzuG7Iu5fkeOI+LWBNRfIDWerN3qZF1iGC/hXx9ecJsd3CrQgFVMOY0iZYFqHNqDCiQwjsQHdQpP2KhnV
shaLI=
MIME-Version: 1.0
X-Received: by 2002:a05:6a00:140a:b0:4e0:54d5:d01 with SMTP id l10-
20020a056a00140a00b004e054d50d01mr8186421pfu.20.1647585641507; Thu, 17 Mar 2022 23:40:41 -0700 (PDT)
Date: Thu, 17 Mar 2022 23:40:41 -0700
Reply-To: youtube-disputes+02kxh4m2gicjn07@google.com
In-Reply-To: <000000000000245cb505da76600c@google.com>
References: <000000000000245cb505da76600c@google.com>
Message-ID: <000000000000e200a405da786cff@google.com>
From: youtube-disputes+02kxh4m2gicjn07@google.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000e69dcc05da786c8f"


From 1727609530877485396@xxx Fri Mar 18 04:13:58 +0000 2022
X-GM-THRID: 1727609530877485396

Delivered-To: damianreynoldscsc@gmail.com
Received: by 2002:a05:7010:540e:b0:236:3f71:cf0d with SMTP id j14csp1964845mde;     Thu, 17 Mar 2022 21:13:58
-0700 (PDT)
X-Received: by 2002:a05:600c:198f:b0:389:cf66:6d77 with SMTP id t15-
20020a05600c198f00b00389cf666d77mr14121590wmq.0.1647576838335;     Thu, 17 Mar 2022 21:13:58 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647576838; cv=none;       d=google.com; s=arc-20160816;
b=I/7Vf86bV1KLmtskApyofi8hvpRoZvdNLLLeLEzmiT2or50pPProJmcjQsr4M5d9o4
1+DIIa+hTLx6Rj8CPkd2gK+wjIykJBHXiuF3DeAbi6ZNnreFW7c0VBTCNtsVRZe6UvuU
s3SW5Z1cJrp5w2Y6eU05sA7Ihf4JCmoM7QdBy2x0QMx5H5IX0gxpvovd8LJuVM9vFMEC
1SbWrcgvt0H5oZBf05Js8yiOr1gMyspfuLq1Z8bDeJF9MiS5u6M8xkUpP+hssrrL3T1p
/u+B48zItFej5erG8oKuQ1OOhi7Bc3A0BybIOXYTizz4eWhZW0RE6hJxa3G0ygzokpuz       eruQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version       :dkim-signature;
bh=UKh/T6cCjigNUlpY2447SwwVfnTZIJWwbHmCa0KYBHw=;
b=aTX88KryMlEZ7t03AD/mLDqqV2QC6the5Ys0lvj5r+g/axRpGE2S7VvAtFYlAvnTOO
kcVEURfLyn7vKt4aZ6i7ITh3u2Pw4QyhXjv+kk2SHm3euF7t5KtdTUO70zIm+XuYqrOI
MEGa6j5jFxScqGoGNz9CwC4vpRW+eChoWynknOXtbzxUppHNtreRqkHmFr76Bee4lGxm
46br+gtF9YGUQE5DF/u92pcvd7DKoXkW6s9tkmGid2ifv4cPUGcjVi0xneFDbZCzgtjV
L/JAxLfK+AM/FIIt5+2pfmqhEuzQE8rNmkEJ3YY0/dvQoriW4tnhxQ7iY6WKVYnOek9B       OfJQ==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=XW1wFG85;       spf=pass (google.com: domain of 3bqc0yiakapo0qwvwdg-
fkurwvgu+24mzj6o4ikelp29iqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3BQc0YiAKAPo0qwvwdg-fkurwvgu+24mzj6o4ikelp29iqqing.eqo@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3BQc0YiAKAPo0qwvwdg-fkurwvgu+24mzj6o4ikelp29iqqing.eqo@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id y10-20020a5d614a000000b001f1dd018e8dsor2766136wrt.30.2022.03.17.21.13.58       for
<damianreynoldscsc@gmail.com>       (Google Transport Security);       Thu, 17 Mar 2022 21:13:58 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3bqc0yiakapo0qwvwdg-fkurwvgu+24mzj6o4ikelp29iqqing.eqo@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=XW1wFG85;       spf=pass (google.com: domain of 3bqc0yiakapo0qwvwdg-
fkurwvgu+24mzj6o4ikelp29iqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3BQc0YiAKAPo0qwvwdg-fkurwvgu+24mzj6o4ikelp29iqqing.eqo@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject       :from:to;
bh=UKh/T6cCjigNUlpY2447SwwVfnTZIJWwbHmCa0KYBHw=;
b=CSs4t/sZkkykXBSntyIP9S3pr/+2VdD1ea67/wS3ocs1RSWML8Up/w5kiK8z4BjfDq
Tj9F5bo9VBFnnwW0SsQRhrneT2/EoTT03bqPg5gz0LtCybz97sRFzWaYpbCyv/h+hlmC
gCv23cuhPXZONymYzbYkt17G6PUitVyXHsNO0Pf1b3bjoBVKCkf9jrGyiDuXH4QGU1Gz
7G/bAdQ3rG/rOXb/JN2F+mKO7aOeTUIa86d+ISz+f83dgMrVz8q3+wQzAuldd6/LvPIu
m7pFIVZZX4MH7zddkeyyZrb8SSW3/eC0w7fxSTvQuOiHoF5Uvx+PW+0cKJSD9c+iPU9I       K9VQ==
X-Gm-Message-State: AOAM5323J+TP4lr7iAgwQ4bvQW0I8hpIHD30ntrUbEym8yPfPV8J5uMa
Zrm8BjM9cgkHJfy0sjud2uwF7gARoqGbDraA4C8bqtTW5MIKZH0BjkCCXKLiwy+3rLdbmIBxncD
9tJ37AYfIYP5+V+QT5N2UtSk7liU/lg==
X-Google-Smtp-Source:
ABdhPJwQpXBYzqpiROHVF4qQjLPYVmgQxgyZJOVCLo48MYzJrd5iCox+RKYP1/LrC0v659/+XdH/ZkSabDSd1c
g51b8=
MIME-Version: 1.0
X-Received: by 2002:adf:f201:0:b0:1ed:c254:c1a2 with SMTP id p1-
20020adff201000000b001edc254c1a2mr6449752wro.106.1647576837929; Thu, 17 Mar 2022 21:13:57 -0700 (PDT)

Date: Thu, 17 Mar 2022 21:13:57 -0700
Reply-To: youtube-disputes+02kxh4m2gicjn07@google.com
Message-ID: <000000000000245cb505da76600c@google.com>
From: youtube-disputes+02kxh4m2gicjn07@google.com
To: damianreynoldscsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000002a9a7305da766080"