# EXHIBIT 10

From 1728592194349411697@xxx Tue Mar 29 00:32:59 +0000 2022
X-GM-THRID: 1728592194349411697
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp6578101ejz;       Mon, 28 Mar 2022 17:32:59 -0700 (PDT)
X-Received: by 2002:ac8:5f53:0:b0:2e1:d4fd:c965 with SMTP id y19-20020ac85f53000000b002e1d4fdc965mr24776141qta.590.1648513979353;       Mon, 28 Mar 2022 17:32:59 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648513979; cv=none;       d=google.com; s=arc-20160816;
b=pPPXBSW3TB/6PpcCR76ZakuYGgJmJ8fP04/bDAslubZp+hVWvbFi/69cCV9rKX1GPG
BQ8L2e8pcSPpW9yD7RBpcUrmuu6n7HE3hzb4SaPjSCtL8X8hlNx0OVqXywuNxM2E9bOS
jSAFtUWdSdKXowRBbRCMcZfk8ps554mmHBBsK7eY6GkfMACdpxQ+M4IN1vyPhwXprE43
DWzfvUrHB+HZqhBl4FGjG44anjrZwrFz7LYvh8Ae1dV9HnnMsd3Flm1MrlYoIK5695fL
juKCpqBnPIgxW0K9rPMezoAjTaqnrV3UOgFvZsPheV12qz4heZoXnYrPGYc7iMbK8ZRc       I6kg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:date:mime-version       :dkim-signature;
bh=m5Cqa/L38jO54t2pqAzbvEvix1vq76C5RC30M8QfqxU=;
b=0DD0IsUwc4HcvSwcUn3iONcNEiWBIrpJirr5ryEDjEIwj0TrbvwNcosarODh48OHoa
yWLoAa8Uv1tZqEPQ9mDwfuPQSd7TpKhPUaMYop4hiihS4Namk4YqyQz7fOyaK3j5D7zf
LiUcN9Und2xNOd+bV3asjtLMfon3ZfYmZusqcmFhwQ35lyxccAD+UUa8CH4vN3uy3Eu7
ADjc8umiDWWwkGmzm4oDG/+twZGMVs/wsB997R967qN6agbWrOl//3ezQhD6S7P+ll5D
OtiyRbxrgUYZiqjkdQjSeBXuJQxSWFapVDZeoWlqcIo19tJV1R/38FZMFO4JvYaKmlKo       4EBQ==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@accounts.google.com header.s=20210112 header.b=fBlKvc1z;       spf=pass (google.com: domain of 3ulncyggtd4muv-ylws5hjjv1u0z.nvvnsl.jvtqlylt53pshukjzjnthps.jvt@gaia.bounces.google.com designates 209.85.220.73 as permitted sender) smtp.mailfrom=3ulNCYggTD4Muv-ylws5hjjv1u0z.nvvnsl.jvtqlylt53pshukjzjnthps.jvt@gaia.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
Return-Path: <3ulNCYggTD4Muv-ylws5hjjv1u0z.nvvnsl.jvtqlylt53pshukjzjnthps.jvt@gaia.bounces.google.com>
Received: from mail-sor-f73.google.com (mail-sor-f73.google.com. [209.85.220.73])       by mx.google.com with SMTPS id 21-20020ac85915000000b002e20330df6dsor9134076qty.21.2022.03.28.17.32.58       for <jeremywilandcsc@gmail.com>       (Google Transport Security);       Mon, 28 Mar 2022 17:32:59 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3ulncyggtd4muv-ylws5hjjv1u0z.nvvnsl.jvtqlylt53pshukjzjnthps.jvt@gaia.bounces.google.com designates 209.85.220.73 as permitted sender) client-ip=209.85.220.73;
Authentication-Results: mx.google.com;       dkim=pass header.i=@accounts.google.com header.s=20210112 header.b=fBlKvc1z;       spf=pass (google.com: domain of 3ulncyggtd4muv-ylws5hjjv1u0z.nvvnsl.jvtqlylt53pshukjzjnthps.jvt@gaia.bounces.google.com designates 209.85.220.73 as permitted sender) smtp.mailfrom=3ulNCYggTD4Muv-ylws5hjjv1u0z.nvvnsl.jvtqlylt53pshukjzjnthps.jvt@gaia.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-message-state:mime-version:date:feedback-id:message-id:subject       :from:to;
bh=m5Cqa/L38jO54t2pqAzbvEvix1vq76C5RC30M8QfqxU=;
b=kN5i67+bqmIwV88xYliG6T8x+bG9yWYe4vOWjZ4e4l+jaiMmyhZxN+owXD7c4W0nTt
MznBvCdHfslSGWC4+UpY2KAR6ZlfyKw+zlY5FoYFQMRB4m/9i9nkL9TDXVpBeaGBwAj2
YBL/62M2DknlZBmXulX834jEH0gp+b+a86TKdulgEUPyIXq0J3+pfOEl+Wj/nsYaJj0R
0wPBKbSE8sRtq2DiA3mud+dpQMWjVvhDqZKwmXAZVaZHdPmZaLUFXEu2BBk496SIIWcP
FGevQechuj1VSZ4ToxUiaca8JpmWrbChUgTM6+729IvYsFwVWXRRP8EqeVAH3vjI4gbd       jN2g==
X-Gm-Message-State: AOAM533+EHI9PtOP4dFnRMnL5oaVOmpeVA/a0McA4L4KxXpta0uEJe7M
l3aIYtfZSFpBApzzchnPOZHV3l0qzCXnK00WFFRSKg==
X-Google-Smtp-Source:
ABdhPJxPoBvWUPos95N2q+0jM/tQbuL54R5yEZAYJgYvOQRRuq5Ibu32M/dGq0loqD21Ygb8U/k3f6gjnaLa0UmO

4MwZEQ==
MIME-Version: 1.0
X-Received: by 2002:ac8:5982:0:b0:2e0:68f4:87ef with SMTP id e2-
20020ac85982000000b002e068f487efmr25484258qte.253.1648513978744; Mon, 28 Mar 2022 17:32:58 -0700 (PDT)
Date: Tue, 29 Mar 2022 00:32:58 GMT
X-Account-Notification-Type: 264-anexp#nret-fa
Feedback-ID: 264-anexp#nret-fa:account-notifier
X-Notifications: 8d72eb24dc300000
X-Notifications-Bounce-Info: AXvZQxd8g8uxMa4UzGIBmOO6-
pIB6u_kCJgUemo5MuaEn_lCGpw44hsmZCb8k6XMEAtmb602MhnQNqaDp5Up6JaZaGxTPIS-
jJXT6fJHT7SMSJRp_V1miqYXR3TbM3Kl3AYExOeUrtEMUkZdH9b4-Qtmm9thgvMRbfekzE-0SuzA7-
ZpkorOGRgNjAwNjA0MDQxNTM1NTk2OTMzMg
Message-ID: <uBKbcXwrYdBKhm_Vlxx34A@notifications.google.com>
From: no-reply@accounts.google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000001c3f3c05db5092a3"


From 1728592351930593807@xxx Tue Mar 29 00:35:29 +0000 2022
X-GM-THRID: 1728592351930593807
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp6579640ejz;        Mon, 28 Mar 2022 17:35:29 -0700
(PDT)
X-Received: by 2002:a05:6e02:190a:b0:2c8:e23:27ad with SMTP id w10-
20020a056e02190a00b002c80e2327admr7304009ilu.142.1648514129785;        Mon, 28 Mar 2022 17:35:29 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648514129; cv=none;        d=google.com; s=arc-20160816;
b=zGuFHH59kuI1tH4v2TxZnuv1t1lNfzdOqCMLFHGeiDIsL5gr+CqC+DcMH6A/jvmrNL
JCoEqXJvYhtIlBIIV27Sco7Ct9RqRCEhX4Zjg2e4Pi8f09svDxuvmGl3∣n9oyod/V5IIa
xxnGKswYJgzbit17QmZ4N0i03grpQTB7I2p4GExe41vXpT44cBg9NwKu4EKtaFbM0la4
tCL0HiVUlMMmJrCUBiQVTfRVDgQwVYInP/+HSIhqcx6Y0VEBu+01HMFJqqVgF9VeU4sL
UsSPqpisTtGe2DLJ6ubL5JnkPtpi0twHM1LvL+tn+eOlX/zggp08ArMmj05MdYPxQ3Dc        EOPw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:date:mime-version        :dkim-signature;
bh=AIXjVb94YKYEO+Jhhp08oHS5D49Gg+BcqRbNYOvSTWs=;
b=fqmYwk9y+MNPA0beunCosdIuqwcKi6pTUxSNR4115IlRiEHLPFCnZ+ezAcmFnobJt/
vFj1jt816oyCdnioouApKx+9Jl4xt3b3VJd9KTpEfBTpPqeKVAG4tX5oMRaFkGcdVMEy
cyR3ppK0m3vM9natT5iCKliWA9arbyR5MARDrx2nVFjwHRoaj1K/L6hmI9xSplCHzGXh
+exjoFH4VbRJ8/qK9aQ6DquNtQAsDk9uu98hPyGtsqNz+LczqYzjqqVYTILhhHp1S44d
0mEYXJg4YhwQ+hUfkW72g/UKUGwd2aIm4C/pfvoW/g0iHAmjm7tmOjMy9tHrtSFE4P5b        bfCg==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=TcTz46AF;        spf=pass (google.com: domain of 3uvrcyggtdxwfg-
j6hdq244gmflk.8gg8d6.4geb6j6eqoad2f54k48e2ad.4ge@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) smtp.mailfrom=3UVRCYggTDxwFG-
J6HDQ244GMFLK.8GG8D6.4GEB6J6EQOAD2F54K48E2AD.4GE@gaia.bounces.google.com;        dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
Return-Path: <3UVRCYggTDxwFG-
J6HDQ244GMFLK.8GG8D6.4GEB6J6EQOAD2F54K48E2AD.4GE@gaia.bounces.google.com>
Received: from mail-sor-f73.google.com (mail-sor-f73.google.com. [209.85.220.73])        by mx.google.com with
SMTPS id f18-20020a022412000000b003213592fa4asor285062jaa.0.2022.03.28.17.35.29        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Mon, 28 Mar 2022 17:35:29 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3uvrcyggtdxwfg-
j6hdq244gmflk.8gg8d6.4geb6j6eqoad2f54k48e2ad.4ge@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) client-ip=209.85.220.73;

Authentication-Results: mx.google.com;        dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=TcTz46AF;       spf=pass (google.com: domain of 3uvrcyggtdxwfg-
j6hdq244gmflk.8gg8d6.4geb6j6eqoad2f54k48e2ad.4ge@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) smtp.mailfrom=3UVRCYggTDxwFG-
J6HDQ244GMFLK.8GG8D6.4GEB6J6EQOAD2F54K48E2AD.4GE@gaia.bounces.google.com;        dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:feedback-id:message-id:subject        :from:to;
bh=AIXjVb94YKYEO+Jhhp08oHS5D49Gg+BcqRbNYOvSTWs=;
b=kjfTBSrzWC2crETernbGz12CTo8sfCtC5iDmFdRdq9N7qLSYxHNiQyUSdB8bFkmT1h
iT4i8KUq3uxO+jTjSs0nBmxQXX7oNaTDjlvkhYLOG7p9qyIECvVeaF5rREsdNkXD1EEJ
+ToIUQ6bI5ULsClqiVSTSFwJR1MrYziPmICmidIoOyX7VGR9yFFYmfyVKZvXWXrkrTlQ
5u4ffG591Wj756JTiDiM7+3JaLYLImmPQF6ZrwB9vBpHBqQdxkTqmfujB7Dex2cjnxto
ju4UGCpCRzNF6y8sdn1qII3fGKflehh1zhRia/vIS9LDHHAU+cT/WcGMgmlbou3+BB3d        W9lQ==
X-Gm-Message-State: AOAM5308c0HXnyoUZ2P5C//JNmyfhD5TrXOD3HUlDs34Wp6/T3dR27s9
3dvvySvpnLZgILaMkJJ9HjLuSwCVPBiX18VfTpyaag==
X-Google-Smtp-Source:
ABdhPJzRsvKyaBVtuZJaLpJe7r3poflBtfJ+y9MzuiJKt9smPl0/Yw31JTZzmoqAm844OhGHOlODHX+XCsR4d0t3nJE
+tw==
MIME-Version: 1.0
X-Received: by 2002:a02:2a0d:0:b0:321:35ab:9fe6 with SMTP id w13-
20020a022a0d000000b0032135ab9fe6mr14533872jaw.173.1648514129524; Mon, 28 Mar 2022 17:35:29 -0700 (PDT)
Date: Tue, 29 Mar 2022 00:35:28 GMT
X-Account-Notification-Type: 325-anexp#nret-fa
Feedback-ID: 325-anexp#nret-fa:account-notifier
X-Notifications: 3e7d83144d500000
X-Notifications-Bounce-Info: AXvZQxfM2li7Agk8JOyfIWelcQDjtSU-
jTewKEwffglXffq7fRjrq1PdpZKy61V5knX6tIhAJFViqt-
2yyt48x4b2sZkKzxhuMcz09LPwXTgcKj3RI4K8am_DY4dNYEWQlS5AfYDfh7scggvOG0yZHaxAvANjAwNjA0M
DQxNTM1NTk2OTMzMg
Message-ID: <mViiesD0SK9cnMmVPSix_Q@notifications.google.com>
From: no-reply@accounts.google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000018f65605db509be6"


From 1728576171162718712@xxx Mon Mar 28 20:18:18 +0000 2022
X-GM-THRID: 1728576056755986839
MIME-Version: 1.0
Date: Mon, 28 Mar 2022 13:18:18 -0700
Message-ID: <CAGF==x9Tu6Az1=YUoLXgfSRXcGJThL12LgiX43oXXFn_Tt40kQ@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="00000000000056d6ca05db4d03d4"


X-Originating-IP: ::93.115.200.49


From 1728045687061626645@xxx Tue Mar 22 23:46:29 +0000 2022
X-GM-THRID: 1728045538763698460
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 16:46:28 -0700
Message-ID: <CAGF==x8059c35+JXu984UCn1A8kZU5EH4uyYug8Gwkj7M0yWPg@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: c8iannacone@gmail.com, hexenkingtv@gmx.net

Content-Type: multipart/alternative; boundary="000000000000cd4dc005dad73881"

X-Originating-IP: ::135.26.144.241

From 1728576192441414461@xxx Mon Mar 28 20:18:38 +0000 2022
X-GM-THRID: 1728576183818534452
MIME-Version: 1.0
Date: Mon, 28 Mar 2022 13:18:38 -0700
Message-ID: <CAGF==x9MNoQY3m7BKX0eLxoc8nr40T=6N+ZmLM+6ApTrW_OqTw@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="000000000000899d4e05db4d0474"

X-Originating-IP: ::93.115.200.49

From 1728576244191832070@xxx Mon Mar 28 20:19:28 +0000 2022
X-GM-THRID: 1728576235240667652
MIME-Version: 1.0
Date: Mon, 28 Mar 2022 13:19:27 -0700
Message-ID: <CAGF==x9urkffvUCO5KgO98BZJM5i9FRFUrwJZmRQk73GiyzveA@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="0000000000007c536e05db4d07ea"

X-Originating-IP: ::185.124.240.164

From 1728576503212590404@xxx Mon Mar 28 20:23:35 +0000 2022
X-GM-THRID: 1728576262648395322
MIME-Version: 1.0
Date: Mon, 28 Mar 2022 13:23:34 -0700
Message-ID: <CAGF==x94N6WCFA8dHrQRXX4Cs_Eyck9ygFffej-cbqHZM_jVxw@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="0000000000003393f705db4d1619"

X-Originating-IP: ::185.124.240.164

From 1728576220265908470@xxx Mon Mar 28 20:19:05 +0000 2022
X-GM-THRID: 1728576205289297280
MIME-Version: 1.0
Date: Mon, 28 Mar 2022 13:19:04 -0700
Message-ID: <CAGF==x8PzL4EOKLjp+ZuAefKgRTAQ7W8R1Bwf1a2NF+j-QWzmA@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="0000000000001ebd8605db4d0658"

X-Originating-IP: ::185.124.240.164

From 1728045360953270535@xxx Tue Mar 22 23:41:18 +0000 2022
X-GM-THRID: 1728044366950357224
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 16:41:17 -0700
Message-ID: <CAGF==x_0ndG=L4HXGGuEu76yu4oVwGNVDXPYVQB5PchAnBoKfw@mail.gmail.com>
From: jeremywilandcsc@gmail.com

To: chaptersdontturn@gmail.com, esoterickk1@gmail.com
Content-Type: multipart/alternative; boundary="000000000000437e0005dad72615"

X-Originating-IP: ::135.26.144.241

From 1727725104510165675@xxx Sat Mar 19 10:50:57 +0000 2022
X-GM-THRID: 1727725104510165675
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp236150ejz;        Sat, 19 Mar 2022 03:50:58 -0700 (PDT)
X-Received: by 2002:a5d:6782:0:b0:203:d6af:5869 with SMTP id v2-20020a5d6782000000b00203d6af5869mr11222099wru.213.1647687058022;        Sat, 19 Mar 2022 03:50:58 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647687058; cv=none;        d=google.com; s=arc-20160816; b=EQjxUzj1vGx2NzYcTI⁞zDIIPlJ5GR4ZNb4WTVDN6/okqSy89fYp996b4lOOTQ4ctQo8 0VIUiAFjt5dUiEwa2B3IYHNje6hThhr1HEEzW4f/ERus5sg1WHlHgjhU2rLogmQrBPgH n2CKeuVTuFykRYRlb7SbjH+IQyT3FmZbDNGdvr5MR+yTvK1r+34z2Z51q3Y+0E7wLO4T Z8yFbozzpgOGQH3WI6sBfhLsvvrxS2zl611uzvb1smp7sPk6RHuAwqXb0g3zoCPpm+9l tG0LwRmUaX9pZZGkchi+fEa991s1p8sC+I6r99BO4CWudrkJ5kSWhMTE+84MikVhA+47        UxXQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;        h=mime-version:content-language:accept-language:message-id:date        :thread-index:thread-topic:subject:to:from:dkim-signature;        bh=QBcjeufDhcI7fNVNXKidj3qFFnPbcDlm+frd68ktpHY=; b=VDpd4x4jo8v9ZUh1qXXuGvS+KLG6ykPkPoGJEosXMvWbZ2A0Ha4x6cNJC84Zx6jmYM zZLGXVbPjOPiQSRhkUs4C7dhksIopfVntOhP9gsCSn0+cJD3DZsv/IDDPoJq3r33zyhN edS5t8oeLjb7PgPUPXx9CKfDJOvJ1yLrUqW7MdNTb9F8DJnYXGoLlwri4ZVvkllGH2k4 FwWh//Dvx3RjJFjVRNwXNnv6/8FxJhhdm+Uq0DJHaLa4cu2Q/S3hUV6PkrSMNVPxWccD 4mo5YMcZEpdO44ufhotiNRcsQGYO3WFu5uhCRHxSEI5KZp58878l2tD8nehoT2LaMci6        rrTQ==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112 header.b=JCdLAeXv;        spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as permitted sender) smtp.mailfrom=type105x@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
Return-Path: <type105x@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])        by mx.google.com with SMTPS id x7-20020a5d6b47000000b001f0001bc4b1sor4489218wrw.21.2022.03.19.03.50.57        for <jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 03:50:58 -0700 (PDT)
Received-SPF: pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as permitted sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112 header.b=JCdLAeXv;        spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as permitted sender) smtp.mailfrom=type105x@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:from:to:subject:thread-topic:thread-index:date        :message-id:accept-language:content-language:mime-version;        bh=QBcjeufDhcI7fNVNXKidj3qFFnPbcDlm+frd68ktpHY=; b=0a7XNbGgMPfUEsOLqtJIZ5vArGKHuMEQ5cZ3vsHiD+aL8UQLMmkr7OsqtqXW7eb/1E VXlk72oF8zXObCwT7puGR5VFIZQ9tHis4oHNAGSrgMSYcvBAca4GHcOFKSvWEc/be54d 00DlKJpYF5xm8r2xO3rYJ+e5UbK4HBL5QESeyQpnz3ygq2yM7PnCXRlkeeJFAYTlapPp VaYgV6sxwA1nA4PdHxDvOp289VjhXO/8qjx7DhjLqIKglMo+X2Cr3FHbe23EygmU58L3 I+zYEJB3/q5+Sn7Q5jVgcqr45XgCZtJUb7EWJIvX/eMmnXqQgLlD62Hz4IHRU97eEYb3        9AVQ==
X-Gm-Message-State: AOAM532vlrl9Ga21DqRSQ0Jd5HwXK3Nbh0e1c+m+f2lILRQOckBE5pb4 ogfr21gjAhB6kasrp1wE0W0QECguQg0=
X-Google-Smtp-Source: ABdhPJy3t1R7fmBpH6ShjwWohO3WXbQ/fsX+KZuC7O7oOXGEmUuTTYZ4706yRyunBJfFXOhDW24X9g==
X-Received: by 2002:adf:d4c2:0:b0:203:da50:12c5 with SMTP id w2-20020adfd4c2000000b00203da5012c5mr11593104wrk.100.1647687057554;        Sat, 19 Mar 2022 03:50:57 -0700 (PDT)
Return-Path: <type105x@gmail.com>
Received: from LO0P123MB6686.GBRP123.PROD.OUTLOOK.COM ([40.99.152.205])        by smtp.gmail.com with ESMTPSA id o11-20020adf9d4b000000b001f0077ea337sm8332439wre.22.2022.03.19.03.50.56        for

&lt;jeremywilandcsc@gmail.com&gt;        (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);        Sat, 19 Mar 2022 03:50:56 -0700 (PDT)
From: type105x@gmail.com
To: jeremywilandcsc@gmail.com
Thread-Index: AQHYO34LgjaR5fnIokCMILNGm+3hDQ==
X-MS-Exchange-MessageSentRepresentingType: 1
Date: Sat, 19 Mar 2022 10:50:55 +0000
Message-ID:
&lt;LO0P123MB6686FB47D9E4460D89E317F8A5149@LO0P123MB6686.GBRP123.PROD.OUTLOOK.COM&gt;
Accept-Language: en-GB, en-US
Content-Language: en-GB
X-MS-Has-Attach:
X-MS-Exchange-Organization-SCL: -1
X-MS-TNEF-Correlator:
X-MS-Exchange-Organization-RecordReviewCfmType: 0
Content-Type: multipart/alternative;
boundary="_000_LO0P123MB6686FB47D9E4460D89E317F8A5149LO0P123MB6686GBRP_"
MIME-Version: 1.0


From 1728210389365607754@xxx Thu Mar 24 19:24:21 +0000 2022
X-GM-THRID: 1728210389365607754
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp3692746ejz;        Thu, 24 Mar 2022 12:24:21 -0700 (PDT)
X-Received: by 2002:ab0:ae:0:b0:351:4e9a:c3fd with SMTP id 43-
20020ab000ae000000b003514e9ac3fdmr3221230uaj.119.1648149861513;        Thu, 24 Mar 2022 12:24:21 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648149861; cv=none;        d=google.com; s=arc-20160816;
b=Qt17ARwbB1KJu3DNnyGJrWWE/Cq/IQwFt7GXYP9VAMJsi54963OoWzu5oJvTt2ScUc
PVl1W+ZZxCaJ6hbQGHzY+0lll3zoAYRvr76E9ZPuA30Ei2mPSsOggetINAIJKSf9Yn5K
asPyab1X29PwKDHzWbHArFXam8OEC6hwetROdv8LcFNliim5NldXENFQM+LOQjVL0pcy
F3TzX4SoKBuQTB8sFeCIa1TBXfUAeJINKr2uHzVbgJmSLkhaEh04AYHUivl8pDtZip+s
/JTbMXwm+4WZ4KmD5pqxVHRF36TaeJb5aTFjDT7NHLwGWrBId1XGuTB1A+qsk/tH6+Us        +vCQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=yZlyVd3WsWIRyxYw5pYTRSWCZiNuK2SXdN8Vvwb/Qck=;
b=iycEV50dWIMnFIbWTMoyg+T3uyCpiafm5zcPF9PuX/s/yESJJDNQEfQKuRtIgu40LT
aP2ggfjcOBHQ1EMrdZ1e71la495FF5pru5dvm67lh1CfX+x1pT10jek6QXJ6DjMirvk+
8nnop5/OmZl5T5QKchHymoqap2Il2+Dmx8fvSxKQTCNya5IKxh+M/tC2l6vaaazUHwFl
KTBNR0m+5vxrqhRqZBxbMnzlmJn1Kge6gQ6kvZCgwkShksKRRWiED/IjApTT6lff6byb
+nPgTkneQaxMU87e+KVSu5bYPp3i5EUP+YW6gLlCSMC6+oexVVPU2EIofOZDhf/NTh6n        Jy4w==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=QsRqXiZV;        spf=pass (google.com: domain of 3zcu8yiakapo0qwvwdg-
fkurwvgu+2nnvrjrvh4svm5jiqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ZcU8YiAKAPo0qwvwdg-fkurwvgu+2nnvrjrvh4svm5jiqqing.eqo@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: &lt;3ZcU8YiAKAPo0qwvwdg-fkurwvgu+2nnvrjrvh4svm5jiqqing.eqo@youtube-
disputes.bounces.google.com&gt;
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id t2-20020ab02142000000b003523994e55asor60660ual.55.2022.03.24.12.24.21        for
&lt;jeremywilandcsc@gmail.com&gt;        (Google Transport Security);        Thu, 24 Mar 2022 12:24:21 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3zcu8yiakapo0qwvwdg-fkurwvgu+2nnvrjrvh4svm2jiqqing.eqo@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112

header.b=QsRqXiZV;    spf=pass (google.com: domain of 3zcu8yiakapo0qwvwdg-
fkurwvgu+2nnvrjrvh4svm2jiqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ZcU8YiAKAPo0qwvwdg-fkurwvgu+2nnvrjrvh4svm2jiqqing.eqo@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;    d=1e100.net; s=20210112;    h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject    :from:to;
bh=yZlyVd3WsWIRyxYw5pYTRSWCZiNuK2SXdN8Vvwb/Qck=;
b=MVTAr95FHOp7ebSbKvIKwck2U7gdGZfLVEJ+aw/nL19A5nEY/Ln4eCMGxKK7r2IWKF
1mZ+6gJtnj+qMiscU++V5SiraToeX0I0iWJdmJn4n6hVE+3ie3DaJeaY5dAtkUOs8IWM
rhvmEsES9vq/VsRoMXK2sKA5R36PsTwnXGkPNM0AK0nXIzdcLkkfUhFsETJ3dynHKrRC
Sbx5J6lA/YF1K7F7Xp1ST6vGdpWSaW6pjKvImm3VVP5gfdP1OElP8LG0Oep/Vf/6NFA3
ZnkKKmhuse/Z+ksrgAMF+Yt8eWrrccir7Vi1qATxWxFebVzW+6LXNhSlen2uQAI0LP+B    IsvA==
X-Gm-Message-State: AOAM5302s5xccqS+BRAbPuzIcheLOvWseYSwcF12kHTiXLd1ki70Q0OG
jnqAh71GRDhIAn+QcaOh/w7zKRv8onAUl8kEWrzxnkHX3ahxBprIDZDd1W6TOvM7Y5l3HsiHoZf
sG6xXs6BKYW5ezCgNRj4L9Fo36Sw=
X-Google-Smtp-Source:
ABdhPJyDf1QOdMRNzqXCNKy7Tig8iN4eSjBof7liw2hifbNvQs30FxtSS7P9qBI0+tm15hAK+XcRFW3wsCIbltzh85
4=
MIME-Version: 1.0
X-Received: by 2002:a05:6130:81:b0:350:2c3f:35aa with SMTP id x1-
20020a056130008100b003502c3f35aamr3447496uaf.16.1648149861053; Thu, 24 Mar 2022 12:24:21 -0700 (PDT)
Date: Thu, 24 Mar 2022 12:24:21 -0700
Reply-To: youtube-disputes+0lltphptf2qtk0h@google.com
Message-ID: <000000000000fddf8a05dafbca00@google.com>
From: youtube-disputes+0lltphptf2qtk0h@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000001724005dafbcbd0"


From 1728477661614551401@xxx Sun Mar 27 18:12:32 +0000 2022
X-GM-THRID: 1728477661614551401
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp5503433ejz;    Sun, 27 Mar 2022 11:12:32 -0700 (PDT)
X-Received: by 2002:a05:6122:1314:b0:343:715:824c with SMTP id e20-
20020a056122131400b003430715824cmr1907149vkp.0.1648404752176;    Sun, 27 Mar 2022 11:12:32 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648404752; cv=none;    d=google.com; s=arc-20160816;
b=ELZ6MiM9clapbgu+vHP1y4EtYv29NT+vXQYaltuIpxD1tNGcw1pt6I71sA4rlYaQ9P
ygKANJ+TXiCP3VMRxKYSBBoW3Y1KkcEpJhZ1Rk9jZGMtfkgq7MlAkUeolNpdHoDGK0Pb
sgGsT9qbAqR5TjouNHj8pfUgTc70z/y1rcBA2jK8N2gfs96jZ0ViqWItvBtDw/nBtQbP
RdZ/NjkkeDItdF+WHDFL1PrbDoO7BW+p/R6HZNdAFaLcZPObNjtaE9/5EmTDLP+XsDHz
ZQad9o3KYeK/4PfW5g8qTBb/pharQi0MxgcLDQaUY5VFdr5i5Q3kkivqKXdk9dCRmnA    bsfw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version    :dkim-signature;
bh=xLXxb0lx09/cu6XtXCn3VnXNFO0KKuRS1VHoWaUvHtE=;
b=TPKJn3YFqLYRgR65Ik86WunH6s2iYmeEX0eOLyq7vBBKT48abpHG5CBY29wBx6TM83
bSBayoU7LfDUWuF7awu9xPA2zQZFC1+ASEv07xi5EiXnInksevr+rpufl2/Rgdu0WDEm
Lrs+pGNe34KhLomGY6WQlFitgxsFt9W0M7Qsbtq7j4jOfO2jaxTm5gWQL5/QQo9aw4Ni
QxKwwZqoiEb4xxodiJykDJG7eZZi9QlNq6fLG57qw34b/51EUlDDOGtNjzMJixv3JQ0N
kNBL7cUCPm04xZZWZTcxDeMUSVLVuOEYOLIaDOb25+2Q6y8GEY0r9avRp/uYElb+EgBn    K0pQ==
ARC-Authentication-Results: i=1; mx.google.com;    dkim=pass header.i=@google.com header.s=20210112
header.b=KbKXE3hd;    spf=pass (google.com: domain of 3d6layiakahw3tzyzgj-
inxuzyjx+5pqbivoiedc3l5mlttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3D6lAYiAKAHw3tzyzgj-inxuzyjx+5pqBivoiEDC3l5mlttlqj.htr@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com

Return-Path: <3D6lAYiAKAHw3tzyzgj-inxuzyjx+5pqBivoiEDC3l5mlttlqj.htr@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])   by mx.google.com with SMTPS id b21-20020a67cb15000000b0032590a81e73sor813119vsl.62.2022.03.27.11.12.32   for <jeremywiland csc@gmail.com>   (Google Transport Security);   Sun, 27 Mar 2022 11:12:32 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3d6layiakahw3tzyzgj-inxuzyjx+5pqbivoiedc3l5mlttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;   dkim=pass header.i=@google.com header.s=20210112 header.b=KbKXE3hd;   spf=pass (google.com: domain of 3d6layiakahw3tzyzgj-inxuzyjx+5pqbivoiedc3l5mlttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3D6lAYiAKAHw3tzyzgj-inxuzyjx+5pqBivoiEDC3l5mlttlqj.htr@youtube-disputes.bounces.google.com;   dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;   d=1e100.net; s=20210112;   h=x-gm-message-state:mime-version:date:reply-to:message-id:subject   :from:to;
bh=xLXxb0lx09/cu6XtXCn3VnXNFO0KKuRS1VHoWaUvHtE=;
b=aSvGmIQBKN4gZsmwcobRrfWHjyJzRQExA8uu5s5vy9oUJsW5fwgUl30jDor8jWMIkH
JgJMr4qEE1iu3qPnmJaMadwENJ3B3oUt1OhHxYh38bXOnDo2EvWyHDELRt6m/Mcb4qhM
GLc7e0VGBbmea2F7rcYpW1+7fbEuIk1uQD5hoZkdmrPICZ41Zy0hcaIGH2HoFID/HpkX
YG0aGGrPStjLrgn0fLSmot0pHIdMAAxm7UNl/BR8V5z6py+Ew0dwrrCt0eP8blJ6XvgO
nSXLpZXiPJab4Pw/U9rSzs1K+PHMLv/5l/Dvbqx763fPKOZzKmcG4AHDS63nQmVrMENE   FZ4Q==
X-Gm-Message-State: AOAM533IMYEl2ZL5NOfiTCEfNSdI0CrkCUMEyN307H4HeJWWv475Gk8n
vgPGpcJ9Lw/8D84HmJiUg5XFi8DmhTDvq+x0HanHWUIBaSh/G6L5OoZdEA1rd51C5C08ZbXVhJ0
B0DMrTDOwGgU+xIk2/lwTNmwqxcQ=
X-Google-Smtp-Source:
ABdhPJyw4NG3V44Oqq4Gke/rxvYFtEEKcfJTWMVG4XkSt3P4CzYGJ2hYK2ABbDJzarjDDxPnPoHIW1OtI2JDbiK
GGDY=
MIME-Version: 1.0
X-Received: by 2002:a05:6102:3235:b0:325:aabc:38de with SMTP id x21-20020a056102323500b00325aabc38demr123495vsf.29.1648404751776; Sun, 27 Mar 2022 11:12:31 -0700 (PDT)
Date: Sun, 27 Mar 2022 11:12:31 -0700
Reply-To: youtube-disputes+0kl6dqjd987yg0h@google.com
Message-ID: <000000000000a8cd2905db3723aa@google.com>
From: youtube-disputes+0kl6dqjd987yg0h@google.com
To: jeremywiland csc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000ad541405db3723a9"


From 1728078077586033512@xxx Wed Mar 23 08:21:19 +0000 2022
X-GM-THRID: 1728078077586033512
Delivered-To: jeremywiland csc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2682120ejz;   Wed, 23 Mar 2022 01:21:19 -0700 (PDT)
X-Received: by 2002:a05:6102:390d:b0:325:26d5:7f73 with SMTP id e13-20020a056102390d00b0032526d57f73mr4964241vsu.29.1648023679023;   Wed, 23 Mar 2022 01:21:19 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648023679; cv=none;   d=google.com; s=arc-20160816;
b=ygoCpro8wyhkY1z6YzE6XEvfkicM2YoFjUrmB5ZR3i0TBoTGL0imrnmWZ9msvOVjdi
jxy0Y3CtcPslxVLHeb6MsSYUMJ4y7gxQg7Qrk9JVUlWEbmKjXOF6kjpKq5bfUbTQc+r0
wgFv0BznALdHxTc8qmRZu4UqfEgVCu1rWLsKV1vvoNlFIPWvrvS1Eap+Ov94RT7yNDvp
MiYkNiZORtVlrhaIy0kAfnzjxVwdNfuBmXFdU09heWdnY+EnDSAMJuQ29Ab0Jan39ZOt
tTMOd+AS3LwV4AYy61lmPrncJNbe/QDJZQawfkR3wHGEgd5jHD9J1HAPNtNOAugGJgd+   b+GQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version   :dkim-signature;
bh=mWSPnCnFD3vtqP2IwPiOYL9HNxIxg1mvQ3YEIpPkkHY=;

b=TbFaJ6lCirbG8qcerFmBrfVCZpGU1Pxp30/7qzkq1rAwFHiiNlD5F92+2P9FvnpsQ9
r8x4lh12s4iNQ3nwD63PcKyZBAewNUKdUKrIguXV3ejndwpOiV2XLhJiLFtt3oSKxvvY
Y0K8kD1CRvWiAL67snVRWgNsAT32VqWiNGqg2VE7WE1j6GCI5SOI7qitvfrNIgPcQpf2
1HW4m4Z0slXtxj9RLDbZDC1VmYZlPQoV4AaoPLZhb8Hq4BHoNU/wqFHnEFHVhtfetnxR
3RuJvA3U1cj1iQC7XeFUSFo4xUQPXhix2igCQPe0/EHy50qFHb9eGkRFwbhvI4vdkOY6      uGVw==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=r863x6zo;      spf=pass (google.com: domain of 3ftg6yiakadmndjijqt-
sxhejith+rszbtutwyukrxpwvddvat.rdb@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ftg6YiAKADMndjijQT-SXhejiTh+rszbtUTwYukrxpWVddVaT.Rdb@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3ftg6YiAKADMndjijQT-SXhejiTh+rszbtUTwYukrxpWVddVaT.Rdb@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id m19-20020a0561020ed300b00324ed4652e4sor3588303vst.79.2022.03.23.01.21.18      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Wed, 23 Mar 2022 01:21:19 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3ftg6yiakadmndjijqt-sxhejith+rszbtutwyukrxpwvddvat.rdb@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=r863x6zo;      spf=pass (google.com: domain of 3ftg6yiakadmndjijqt-
sxhejith+rszbtutwyukrxpwvddvat.rdb@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ftg6YiAKADMndjijQT-SXhejiTh+rszbtUTwYukrxpWVddVaT.Rdb@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject      :from:to;
bh=mWSPnCnFD3vtqP2IwPiOYL9HNxIxg1mvQ3YEIpPkkHY=;
b=ahfGQhRRJvK4vzwga7ZRvMNZRLp3QKh5I1OXM+nzetdJYl06EWvAm1B7TbA9z78NKV
+mVfNRXmXDdc1B7oxj5eUhf0Vfl2jHBtzaFmJht/SZXgzyqOPeET00eBGoh72LopdSDm
Qb3y7fJF7569v13npVKJC4IerJrxl6dfPbsMbmsxrg3WEXdgbQ/CsHUYviFsJobHxMeI
HWqz/QRrWPUy9Tw4lm6CH9V9R0gfOawx55DcrGEQkx6X/GAyOV2rhicnyph0vgEZrpYc
MyQyu6BJs2G9ONm9kIdyVUbQed9LeHaV6XRuv6BizkBMCoF6XOK0Lar1lM3TXdGuHH56      ngaQ==
X-Gm-Message-State: AOAM531cBsKVc6f78DWZSF+85TvOceZNFQoS4urM6COqGzRcrSwl3zEg
9uRw0Zs7M5Tu68JTkP45G4d/Mykspev2jCUoQbf9qELb6a6Oq8HuhySlHA8OEfXigKoAmj4NhIq
Gh3KWacO6JpKkgpE5xROZF6nPbMA=
X-Google-Smtp-Source:
ABdhPJxPGqFo0UTi+c9TUGra0XUFND1osg6BneGql6f53T3Td+6qDack+MO6PHoHcp1XhVB0SbTovCH6p/bIA8/T
NyI=
MIME-Version: 1.0
X-Received: by 2002:a05:6102:2e5:b0:325:30d7:c452 with SMTP id j5-
20020a05610202e500b0032530d7c452mr4502666vsj.67.1648023678641; Wed, 23 Mar 2022 01:21:18 -0700 (PDT)
Date: Wed, 23 Mar 2022 01:21:18 -0700
Reply-To: youtube-disputes+23km4fe7j5v280h@google.com
Message-ID: <000000000000ee9f8005dade6922@google.com>
From: youtube-disputes+23km4fe7j5v280h@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000f2d01a05dade69d2"


From 1728026027228243296@xxx Tue Mar 22 18:34:00 +0000 2022
X-GM-THRID: 1728026027228243296
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2351511ejz;      Tue, 22 Mar 2022 11:34:00 -0700 (PDT)
X-Received: by 2002:a05:6402:b63:b0:419:2d75:de88 with SMTP id cb3-
20020a0564020b6300b004192d75de88mr15653414edb.389.1647974040267;      Tue, 22 Mar 2022 11:34:00 -0700
(PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1647974040; cv=none;    d=google.com; s=arc-20160816;
b=VUaGQMCMyuCtN2pxAJwrJxmsBvvrX82n+p2Uws7XCdWckl15Cka5kRwREH0cf0BN/O
iN6VIv6yN/nia6w1fJTgBIagFoBLC4Y6B2KolAvsbA641PVin2xe/B5wGVkEax0QKj3M
1TXaf6tR0KOFykJ8mhBGQNDCYFFX2QZC7tsJshw/uyRH5f1hbyp6JmPfFnvHZaJ+p8tR
iJZNGJxcTfkmh9yei/BdrQ7g9W7lG1SXNDv+FYxPAQAKU2vb/WeaCRG6rAw+FnlXy5kH
8pWCfzyhe7/md1IjBsZqWO8XSEuOP9ADykKhOIuMBfe0GghNQvEo8yowHtoPdk71rKUn    M1Mw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:mime-version:dkim-signature;
bh=rLskVHNAIQg5uoyxOHRx+eEEUX45l2R+tPx1Iz7ShjM=;
b=qoDT8HGA29CwuCgNqdvu5ZpFERF8naQM4TlwZwM00ofxUG5epxn9hDbWFHOSZlQPxu
Bv6PcqH8B4obuJ5MeYZPMfoAsIi+yVhb0s95UJEjkk7eb7ypeF/FLkW/uST+vaCxKnkH
VS8ELDaKACENh+eCzeGaHoMXsGNZaETxk3lqurZIGpQ9m0N1wcA1rbGsHaNCLGT79wWN
Jc1sDvXxZeLaub/3AZkCi4po7mV2BV2qxTvB3pawZUWeSUAZcf3/mPuLyJGeeUs6gY3G
COhDltNeW0Uva0z1c5PnpnC+z1M5SImijpS1j2FB50QTvo+5oQF2pZzpW59ZVwkSUzx6    5IpA==
ARC-Authentication-Results: i=1; mx.google.com;    dkim=pass header.i=@gmail.com header.s=20210112
header.b=V56y442r;    spf=pass (google.com: domain of gadzooks297@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=gadzooks297@gmail.com;    dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <gadzooks297@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])    by mx.google.com with
SMTPS id a24-20020aa7d758000000b00415a155d92dsor10649097eds.4.2022.03.22.11.34.00    for
<jeremywilandcsc@gmail.com>    (Google Transport Security);    Tue, 22 Mar 2022 11:34:00 -0700 (PDT)
Received-SPF: pass (google.com: domain of gadzooks297@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;    dkim=pass header.i=@gmail.com header.s=20210112 header.b=V56y442r;
spf=pass (google.com: domain of gadzooks297@gmail.com designates 209.85.220.41 as permitted sender)
smtp.mailfrom=gadzooks297@gmail.com;    dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;    d=1e100.net; s=20210112;    h=x-gm-
message-state:mime-version:from:date:message-id:subject:to;
bh=rLskVHNAIQg5uoyxOHRx+eEEUX45l2R+tPx1Iz7ShjM=;
b=TI8GNchU5YcKRrss7DE5rY3h9XAGo3Mc4cGOgsx0YPRqnFQ4X95YFGpIc5k2KoT4w4
bNAd6NrfdcYORpJ9b2ez9Il1spMVA6aPhKBTS+cZwdTqndedY/ZJkcnMbQQZGQf1hp79
n5srOy9sOOLMRcma5ZFqV/e2imr7rDT+DTJVw/k118fCUdFZbpejaQGUmQQ+RXVl5n82
J2MZe0xEALhR67TGrVSpIpPhdvpkpFSF6Co4pLIGlNJW1GrqaRiSh4AgVh3ZRxrykxOn
CYIGJs1B3X+qLgUHw+0UXAd3kgGrw7EYngJCwb8XjfI4yNruYAWJ3RjiFStgpRC74rcu    oi0w==
X-Gm-Message-State: AOAM5308y0xj52ZdzOF+v1lpwllEE39PLa5wO3NcH6fhuA1nkyQb0Ihz
jWpMxbfOTdyEns22bV2HA02E4Jgof4pPtKy85keqlKTuov0=
X-Google-Smtp-Source:
ABdhPJxu8fup1eLK0fJXbguPNrBE07aymrGtedbc4s1BpthC25ANWU2Ly+0MBbGl/qrVqvgt7ZX9AbyfOviWTTfiYP
Y=
X-Received: by 2002:aa7:d98f:0:b0:419:1200:91e0 with SMTP id u15-
20020aa7d98f000000b00419120091e0mr22957748eds.145.1647974039553; Tue, 22 Mar 2022 11:33:59 -0700 (PDT)
MIME-Version: 1.0
From: gadzooks297@gmail.com
Date: Tue, 22 Mar 2022 14:33:28 -0400
Message-ID: <CAM-S03xa2EvbEAszUegr+XzfnrDfpai7aYSfcmfNdbO-TjxuBg@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000003a08bc05dad2db7b"


From 1728037009106151384@xxx Tue Mar 22 21:28:33 +0000 2022
X-GM-THRID: 1728037009106151384
Delivered-To: jeremywilandcsc@gmail.com

Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2444839ejz;       Tue, 22 Mar 2022 14:28:33 -0700 (PDT)
X-Received: by 2002:ac8:5996:0:b0:2e1:fe79:d668 with SMTP id e22-
20020ac85996000000b002e1fe79d668mr18690927qte.513.1647984513302;       Tue, 22 Mar 2022 14:28:33 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647984513; cv=none;       d=google.com; s=arc-20160816;
b=J14qtz05Vo3Q/PfWSwmf6U5BbhJBmGwIFRdm8gHTg7S9Ua05uIhp2KeiNL8VEICQ8J
pky7FvoPqNbQxh6ed2MddXHWRrcaI3/AmVswgWNJAg7VzKmXLCKR0OVaXCYGdTZxk8Pg
09Xn1mDpDTE7lZQIZL2buuEjGikXWjmavGZC4Tfi+QXSCKEKRD4OP+ZYIwnR5tRQ4kmp
BbjfdfqQig/sPeJV/8doG7tS2dJZO/s4qqlU2RqcHdYnRpgH5c2GuoRROEtSeIhaCt4l
PV2nYzph5lz6bcHpZv9dwReaYosi1An6IQ8qzDN5vduH6KPcLuC4rRWP2SzrDELasJPg       OA0Q==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:reply-to:date:mime-version       :dkim-signature;
bh=DZqZekFGmY4v7j1xFQmIaNwbv9vj3tPQIvbdsgKWnkM=;
b=KxQ2h+SUV/hNZal3WTKhO1yrrYv0U2aVIvz5DmkrJIMELWLHr8vKhwOPeG3S8v2ExM
xSaSLTGcGYfwIFzc78IYw+rASlhiX/L+iotkMmpfyGecZ9GP4e9SAZl9o/a1Sk6/ByyD
ba0CzD7PvywDe8RHz86xjET9IchibyStBj+W3IbEBTc2+HSzlgkZTia9S/H5wS9s0kcS
K0u50UnzwC/4HOEkDqT0a2gT7XatOsN7seDYuCO0fQwhT71Jmfs8U8VZ6vrJP0NFdf8r
wU97JNceADjGBcotYxPD/HSlXAtoRjuRWfuG7GPWI/yhCuAWWQ5u7d9rzbCwUkTx5UxD       gSfg==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@youtube.com header.s=20210112
header.b=1jlMu5vT;       spf=pass (google.com: domain of 3gd86yggldweop-
sfqmzzpvuvcf.dpnkfsfnzxjmboedtdhnbjm.dpn@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3gD86YggLDwEop-
sfqmzzpvuvcf.dpnkfsfnzxjmboedtdhnbjm.dpn@scoutcamp.bounces.google.com;       dmarc=pass (p=REJECT
sp=REJECT dis=NONE) header.from=youtube.com
Return-Path: <3gD86YggLDwEop-sfqmzzpvuvcf.dpnkfsfnzxjmboedtdhnbjm.dpn@scoutcamp.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id z21-20020ac84555000000b002e0592bcc1asor13221167qtn.18.2022.03.22.14.28.33       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Tue, 22 Mar 2022 14:28:33 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3gd86yggldwcop-
sfqmzzpvuvcf.dpnkfsfnzxjmboedtdhnbjm.dpn@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted
sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@youtube.com header.s=20210112
header.b=1jlMu5vT;       spf=pass (google.com: domain of 3gd86yggldweop-
sfqmzzpvuvcf.dpnkfsfnzxjmboedtdhnbjm.dpn@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3gD86YggLDwEop-
sfqmzzpvuvcf.dpnkfsfnzxjmboedtdhnbjm.dpn@scoutcamp.bounces.google.com;       dmarc=pass (p=REJECT
sp=REJECT dis=NONE) header.from=youtube.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:feedback-id       :message-id:subject:from:to;
bh=DZqZekFGmY4v7j1xFQmIaNwbv9vj3tPQIvbdsgKWnkM=;
b=kwRhtpF3yGitTQUhh0cWlXdON10wtGk9Gh//W32NatS1xQnDDxyITe5xDuEVNZdns5
U0ObddrAkRGMpYQJnZASiejMskIlOUq50lM0q14FBYpMtvxfz1Z86EcKjrbwAZ1v4h9F
ZrgwbXsX8YmZ4qJe8vIdwVdvfD2Ixkcv8XeiKqrlJUmvpWdtD3x7C6k7C15eLmLN5ium
XombUl1fTO7gOujrfdFEe+3dtrSdt8aqRO3y/mtEKfd1L/Ccw2g2ZGTB4KH3aNRgK4t+
AnGM40HhC4kTY1Yv0LeY2Ap63KHlzgoVS1kuTgm3halgw8+vSTBnnxLjBVCccH6GSf2G       S43Q==
X-Gm-Message-State: AOAM533Yavh9NFDK8j7Kg30JcrPDDdNZdYNx5hECHcBmRiSw+0r61ZfO
BUIFk3YoeRmXCp0=
X-Google-Smtp-Source:
ABdhPJxcdMjVAqycmjWMjBAT2CFXK2Bt//wpw3wZa03dpn+Op7ZnM8zdo4NoCyGpC0im7xIX9LUZioc=
MIME-Version: 1.0
X-Received: by 2002:ac8:5744:0:b0:2e1:e8a8:fecd with SMTP id 4-
20020ac85744000000b002e1e8a8fecdmr21505339qtx.627.1647984512965; Tue, 22 Mar 2022 14:28:32 -0700 (PDT)
Date: Tue, 22 Mar 2022 14:28:32 -0700
Reply-To: no-reply@youtube.com

X-Google-Id: gstanding
Feedback-ID: P-535829360-0:C20158449:M110436618-en:gamma
X-No-Auto-Attachment: 1
X-Feedback-Id: :::YouTube
X-Notifications: GAMMA:<eef5adb37118aab8f6865ce6ca58e542e2c593e8-20158449-110949343@google.com>
X-Notifications-Bounce-Info: AXvZQxeh6u1qBtv7-
3wB_HtOGarAo_FjQv6Dm_OupPg3UOD_okI1h4Z1BtVnT_mlQG-
5QMPVZT0Kuf3SkeD8OMgX6eWZhMkAzF5utdlytD9FFq8sGUtCTSJmFReOqbSieS8XJNMMJAvVsTkEiG_wGXy
ugkXGPeRvTYgPFyOF6VjNXPYGZOQ8Xn42l4u5-
2sZBHVa0ffNBsvmj6HGerXofFpQQiJpoV5ApZXizy3_fe8spbjoRnAfZO5Os_FJzfRoV36VV2OZ2NncujDKx8WWY
IUpNjAwNjA0MDQxNTM1NTk2OTMzMg
Message-ID: <eef5adb37118aab8f6865ce6ca58e542e2c593e8-20158449-110949343@google.com>
From: no-reply@youtube.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000007d9b0105dad54b62"


From 1727925772445606086@xxx Mon Mar 21 16:00:29 +0000 2022
X-GM-THRID: 1727925772445606086
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1482556ejz;       Mon, 21 Mar 2022 09:00:29 -0700
(PDT)
X-Received: by 2002:a05:600c:49a9:b0:38c:987d:d692 with SMTP id h41-
20020a05600c49a900b0038c987dd692mr10056908wmp.166.1647878429735;       Mon, 21 Mar 2022 09:00:29 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647878429; cv=none;       d=google.com; s=arc-20160816;
b=cUJB5MpXbW2U1GxvFI9VFZylNselwS0uV+MQC2wPE2/keu9OqqPSItCLtw/JwodE3d
pfTBCz8ioGN1M+HtK1oyUqatsvzuswPP9mosgY/2UIxqCKKmJcNgboXWWQeEvHxWQ5/l
AOcss6VFGwoeXxiCQmgAWqYIX4iKraVvxvBbYZbqfvYYI9N1ᐩ0a7yChBRDQyyfIUKUug
tlWORbjzKfWAY0Ccj62ETXLV4wtrUmiiqM+30y1bR5YD7e9qbXRgZSVjIOcAXBZZdeaz
xbNM9rOB73T4PhBZdbtcr4qWDFcTIklu0xSzLT87WDkC6kXSTGIgO0CLNpLDw6qLDuxi       NsMg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;       h=content-
transfer-encoding:to:references:message-id:in-reply-to       :thread-topic:subject:from:date:mime-version:dkim-
signature;       bh=/tUzZkmo0L1cE50h0RITwgL9sFedgvPecUc5qXOYBM8=;
b=yY3UrKiH2xzcp3bsfGCox7j6ywVcoFBxMiSv83dnv147W683TcvZ9MO8uCQrx6c61D
fsXIEKLHOWksG3KRKmOwIXEVFY+xIVZmFZdZlEjrO9bAKf3ry46aPIKF9FD2HKWT9HSg
IrfiwgmXpEeHwca0GjiXjh3icp8fXt2f8QqXmfr3sZWfYDItWzIUUCLTr0kBuVdyoxbx
VmFPJsCzdNExxjeUmkXsS/SymkKw71jD3YABcNlyXBOUWp8zlRuLRGETXXWTHhoqFKpZ
b7Ghm6sYhUcdw9/tLZNpSQyxlvhq3p4jZWDt/pdYP1HGDcvfKXF1o0ZQZizVMHEZsTyv       lGHQ==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b="RU9dfu/7";       spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
Return-Path: <type105x@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])       by mx.google.com with
SMTPS id v14-20020a5d43ce000000b001f021397df3sor6992537wrr.41.2022.03.21.09.00.29       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Mon, 21 Mar 2022 09:00:29 -0700 (PDT)
Received-SPF: pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b="RU9dfu/7";       spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-

message-state:mime-version:date:from:subject:thread-topic       :in-reply-to:message-id:references:to:content-transfer-
encoding;        bh=/tUzZkmo0L1cE50h0RITwgL9sFedgvPecUc5qXOYBM8=;
b=fuUnWFkCJJc47j3iqX4GkR2+GwhBRtYPjebIY4kXHU+mh4lFaYCKygjz5F1RHZ8e8T
5+Hp2opnmDWTPiyTMdUNre+ZoBxt2Vs4t5GVKfMyjdiKTD2U5J/vmmFTzCc9FyWca5kV
8N8kcOwgbii3NKt7CmX8RdW0qiskjGx7d/qhhym8pbhisJ7i4dTQLxzTAjs0OC7pl1V1
N01y1ucDpFfwQH7AVoPKFdf1dFFzChX6j3Wu+iYXOHC/3HhE2ZY9PbMCrz5NLUZG3Lyd
TuBo4nqMG7MV5TCC7Iabu1zgcT7Is4JyaSPFNkCZnikotBf67eKUOsgTeqwGg+bEdl9Y        1MiQ==
X-Gm-Message-State: AOAM5311A2vG1YGdPbWErmsbTqIfm/hRDBCEhwOTWAkMeTmEKWQ7XtZ6
G6jWdiG0gWojQhsufCBX+w0MfnYNGOZCrA==
X-Google-Smtp-Source:
ABdhPJwEN53RJRJkBU3v8gXFbuc8nkdFQyLZInLEuG+Vl26h1ra73bKX0oITU9dxMZAqgld0adbiXw==
X-Received: by 2002:adf:e483:0:b0:203:f946:396 with SMTP id i3-
20020adfe483000000b00203f9460396mr12449203wrm.548.1647878429329;        Mon, 21 Mar 2022 09:00:29 -0700
(PDT)
Return-Path: <type105x@gmail.com>
Received: from AMD ([90.242.233.95])        by smtp.gmail.com with ESMTPSA id az26-
20020adfe19a000000b00204154a1d1fsm2588544wrb.88.2022.03.21.09.00.28        for <jeremywilandcsc@gmail.com>
(version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256 bits=128/128);        Mon, 21 Mar 2022 09:00:28
-0700 (PDT)
MIME-Version: 1.0
Date: Mon, 21 Mar 2022 16:00:26 +0000
From: type105x@gmail.com
In-Reply-To: <CAGF==x_OhzW49wKizmjWJ97XERt14ZYUYB3B8U0RL9mDDb2yUw@mail.gmail.com>
Message-ID: <65E45B75-E4C0-4501-BB60-8121415AC466@hxcore.ol>
References: <FBDF3735-ABB2-4EE7-A321-25A32DDE1943@hxcore.ol>,
<CAGF==x_OhzW49wKizmjWJ97XERt14ZYUYB3B8U0RL9mDDb2yUw@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html; charset="utf-8"


From 1728290403772700840@xxx Fri Mar 25 16:36:09 +0000 2022
X-GM-THRID: 1728290403772700840
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp4280827ejz;        Fri, 25 Mar 2022 09:36:10 -0700 (PDT)
X-Received: by 2002:a05:6e02:1aa7:b0:2c7:ef79:b8fb with SMTP id l7-
20020a056e021aa700b002c7ef79b8fbmr6126886ilv.115.1648226169819;        Fri, 25 Mar 2022 09:36:09 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648226169; cv=none;        d=google.com; s=arc-20160816;
b=QtnO2EbEL2VD15rweIyJ/KTeNDugh3R4nkmUJ22SQzfiBbk1OkgCUfWj92zAP3Wv+w
OzsZVNPgkc1Aqgm2Gor17TJ4FWfu2vLEceUX4stQ9EPCK1mrcTWNGrvkWwaxGB/CBvtv
je4m7bZtbB2Qe1YqHUYoX8m6aYsGlmHH8+e+EMe6o/RSSCg6eBOUtOMuYoImHMDogxaQ
K+/qwKMIpUD99pWOjwoZts2ufz5QG6Ro8C5+xk6UU08ORksPzaCQeJm4Igv7AlgkZbf6
fXUZ2mcrv1opr7+tGpJkwsyjEXnnXANYZPETnvp83Jpi0lwOA45K/x5wfvasGwIHJEAW        SQqA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=jIY3qHHN434F2eZN4X5n0i33yKacFlkCvcegvAkXtzg=;
b=RrX/QeF4xQ9TiDOHVziuAvs7W7nk2OY5zZOw1C9g+PbhVW3ijr0NRC5JwQMmc07Gl4
rEIH90A8PMWQOxQrgwe4TrNxfKNHL7jErn5z2Ec1mv1nfztfjWwUWVRGzjlR7aRA9u1V
yMsS41nTVMfVWKv+Lz5TIG/eGDjHv/rtEsd/Y9mx1j61OgbAKBv9Yad5uBxrZaKk6EtR
lMTDzawZX1/JABkySyN7p5t5OzdBrdbUq29HaNfBJc83LTh98kmKsFidbk46QxSCdCbj
uGh/ztk6PFE0vKTfgXsh0yWgLztqXnUf1tKH/52Nya6t05F+sjvkWG6VuRuzG15wznz/        9Qvg==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b="Mw/JlOtG";        spf=pass (google.com: domain of 3eo89yiakagcdtzyzgj-
inxuzyjx+gfwdhffnogvdefmltttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted

sender) smtp.mailfrom=3eO89YiAKAGcdTZYZGJ-INXUZYJX+gFWdHFFnOgVdefMLTTLQJ.HTR@youtube-disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3eO89YiAKAGcdTZYZGJ-INXUZYJX+gFWdHFFnOgVdefMLTTLQJ.HTR@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])     by mx.google.com with
SMTPS id m5-20020a0566380dc500b0031a7ef63691sor1029591jaj.41.2022.03.25.09.36.09     for
<jeremywilandcsc@gmail.com>     (Google Transport Security);     Fri, 25 Mar 2022 09:36:09 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3eo89yiakagcdtzyzgj-inxuzyjx+gfwdhffnogvdefmlttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;     dkim=pass header.i=@google.com header.s=20210112
header.b="Mw/JlOtG";     spf=pass (google.com: domain of 3eo89yiakagcdtzyzgj-
inxuzyjx+gfwdhffnogvdefmlttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3eO89YiAKAGcdTZYZGJ-INXUZYJX+gFWdHFFnOgVdefMLTTLQJ.HTR@youtube-disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;     d=1e100.net; s=20210112;     h=x-gm-message-state:mime-version:date:reply-to:message-id:subject     :from:to;
bh=jIY3qHHN434F2eZN4X5n0i33yKacFlkCvcegvAkXtzg=;
b=xAU9b3JTDDHgQdzYmLFitiOZi4TMJaZa5AymM2RvH4D/j5n0N7/cd2GwbltScEQK6RV
STa9/tHfpriQKTub9E0mpiE3bRTpRjaK6KjgmkutEGJ6EWpVmQYKkNB2S8ZTYOyDnyVB
q+dZ6weyADS5y+vtleGRYdZ/5555SSxbUVRpFEKGfVpk2x+/hy1BnQ5+ZBTr90ZCwJYL
5B0N/a+aQXCR4L8qUg+RkhOZfBNhkadARDQJHcRuMpkzdU6nAV2zXN5ePlhIL2pg/p5t
8KQ8J9eijEbIT+5EQ+ViSdHjoQ+HHjKw8TFy+ToxtYHRbhevmbjGbKpd41HLXkLt46Zh     kDqg==
X-Gm-Message-State: AOAM5333btEZstb4V/ODeSgfoRzp8agayaDwMwilRsEltOCB9Vl02BvY
YAc21KHzKdst7od8efmOmChepWXkQykdPejiyFJsb3y8Y5PftKMTAX7t1sRsbdYCAQi29C27NtV
jFFqdC2vQpM6Ba1TsmSjiJZssoYg=
X-Google-Smtp-Source:
ABdhPJwokOL3rXjfnxcR5oOzGac/K3hK0gf3JwNfSLGtnFccadsKjSaAVmpNEHPha0h4fV2xUjcPT7UsTPAgidpJ4Y
c=
MIME-Version: 1.0
X-Received: by 2002:a05:6638:4197:b0:321:4854:b5e2 with SMTP id az23-
20020a056638419700b003214854b5e2mr6540514jab.272.1648226168970; Fri, 25 Mar 2022 09:36:08 -0700 (PDT)
Date: Fri, 25 Mar 2022 09:36:08 -0700
Reply-To: youtube-disputes+1arycaa8j1qyz0h@google.com
Message-ID: <0000000000004c035d05db0d8ff5@google.com>
From: youtube-disputes+1arycaa8j1qyz0h@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000500f2705db0d8f50"


From 1728260446965343952@xxx Fri Mar 25 08:40:00 +0000 2022
X-GM-THRID: 1728260446965343952
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp4004228ejz;     Fri, 25 Mar 2022 01:40:00 -0700 (PDT)
X-Received: by 2002:a05:6102:3025:b0:325:40ae:4a3 with SMTP id v5-
20020a056102302500b0032540ae04a3mr4473957vsa.65.1648197600719;     Fri, 25 Mar 2022 01:40:00 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648197600; cv=none;     d=google.com; s=arc-20160816;
b=jYRD9M51+HRr2jlQqBZRTH5Je4Z/I0q/izapqSualutbUikLZ88+eUKdj1yMH8vZZN
emYZRmIAMqcEMglKc87n5srQYYelamCwDSbjGS4SOtx9FYOO9oi5qiYRkeGxcNnUHi/P
3OJtUxPkbyjiorfovKgOrrxGJ24SwMpnbcf910FsESmaf8hwJJQHQZWR8onugZHbbJdF
yjJWce2033Chbz7RWP+ZQ90rtlTEIoazoSv4/vB++zSLFjTcP6D+jD4y6r+0AVoF8HqBI
/OboOTuACc62zzFWKLhVLtqsaSeqz5+UGmPPgSDk8l+ScQWqWXZRlOmDFinb8x4AeSg+     WhzQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version     :dkim-signature;
bh=/3B6Zz03R6JqlN21p/CNrNiuQsSJRknuTYPEDW1J8XM=;

b=GOlBONxfKMo3iNuERw/yFmRpMuECBAuX0lsdVQYv5OtJ+OrPEiQxXXwq+cf3RSbZ+O
ui7SK4GocHxKXHK7VajTZDPlquXMreGFlUkjd2xaJvDK/Ngs+BFXs6cDnKVFUe3OpnsH
eyi0iqPVxdC4FNpWtWnGTNirtqfSBI4dn4wBH/jx3JSeo4ftVBxRSe7oYg1ewp7oSyXv
9r7P5v1UJ+K7aZnfI72ZBD41cwaqlh1xt/UciNzsCvegPGJEMjdZrtijLG4BdHQvUagv
tr6n87Dpl9dF8PaasB1pu+Hw3FY14vX+rS007oEr78m5bWSYOvVmRzd+ZerwzbQPK3+a        aTSQ==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=FJP8ig1Z;       spf=pass (google.com: domain of 33389yiakaowmcihips-
rwgdihsg+ordtrxqnqjqvqovuccuzs.qca@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=33389YiAKAOwmcihiPS-RWgdihSg+ordTRXQnQjqVQoVUccUZS.Qca@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <33389YiAKAOwmcihiPS-RWgdihSg+ordTRXQnQjqVQoVUccUZS.Qca@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id t6-20020ac5c906000000b003368a48adddsor582115vkl.34.2022.03.25.01.40.00       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Fri, 25 Mar 2022 01:40:00 -0700 (PDT)
Received-SPF: pass (google.com: domain of 33389yiakaowmcihips-rwgdihsg+ordtrxqnqjqvqovuccuzs.qca@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=FJP8ig1Z;       spf=pass (google.com: domain of 33389yiakaowmcihips-
rwgdihsg+ordtrxqnqjqvqovuccuzs.qca@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=33389YiAKAOwmcihiPS-RWgdihSg+ordTRXQnQjqVQoVUccUZS.Qca@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject       :from:to;
bh=/3B6Zz03R6JqlN21p/CNrNiuQsSJRknuTYPEDW1J8XM=;
b=zuMwJ69/SKHQz23tXliO8HYeJJykWjJX+DcFSA4zO5meSsUAvl+M5YtMVOvMptfeuF
vBbsx3xoF12Z4AboD+XCwLITZ4gMW2XMEwhH3u9HgVCBOvidOHR1FVOxrzlo4QMt2ewh
WCnfV7dm9NzpA5PahVXD+vjl41v7Vv9pX+8d/P9i/yw6YEa33r8TTZRNTD5G5ttljsea
XD4DRo5NVPYFD91kqiOCB8Xa2rgLSF9zyfkhARBRrVpwtcDpVVQDP8caP8UyHBQBxPJX
bKh0Zmoex+qHVTDB43EJWOqpaX0Dym84rov98ZS+g0Hrf2PTQdi7n+o1rBY1UeGTyCws        NLIA==
X-Gm-Message-State: AOAM533Yhwru0qBRiWIeR8GAgobg/e4KrGVbD4qRmjGoDxaqA3t9GTkQ
ermhx0WqOuHw929glBlqHb7sQC/2GsX80JEvud7IzNr+awChSkwxc2uAXzqIrKPthcPkNWiGtXk
H7KzuOokAXTmTxGrFWdebmS96Vvc=
X-Google-Smtp-Source:
ABdhPJwGcuZyelNjrxECjslwQ/quGJ5PIyMtkse/GLVkiwk3RSa1ouKbPeHMpyjKxNN3nhtc1SX4xWDqWV1PQb41s
FI=
MIME-Version: 1.0
X-Received: by 2002:a05:6122:a25:b0:33f:bc19:309a with SMTP id 37-
20020a0561220a2500b0033fbc19309amr3820305vkn.3.1648197599777; Fri, 25 Mar 2022 01:39:59 -0700 (PDT)
Date: Fri, 25 Mar 2022 01:39:59 -0700
Reply-To: youtube-disputes+03pfdjczcv2hc0h@google.com
Message-ID: <00000000000071b14c05db06e88e@google.com>
From: youtube-disputes+03pfdjczcv2hc0h@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000074950b05db06e836"


From 1728172754762615285@xxx Thu Mar 24 09:26:10 +0000 2022
X-GM-THRID: 1728172754762615285
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a05:3010:0:0:0:0 with SMTP id 16csp3361728ejz;       Thu, 24 Mar 2022 02:26:10 -0700 (PDT)
X-Received: by 2002:a1f:a982:0:b0:33e:2d80:4493 with SMTP id s124-
20020a1fa982000000b0033e2d804493mr2232692vke.37.1648113970689;       Thu, 24 Mar 2022 02:26:10 -0700
(PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1648113970; cv=none;      d=google.com; s=arc-20160816;
b=kKxAB/udMNEob3enOAxlXKolPx2cXj7/wEHIjLu+fiC2lyoCfd1MI3Fcei2RJEXyyc
c6rQyDgwuVrUV9UmkUGSijhoAq0ncL3bA84DLKY3UwhL08crQblFn35rtcdUFFibcIsn
RSLLfRB27h2IWVxHv+cX4hI5TP3O3LH8ocBhUtJEn5oxik9uq/H2VqBFFVkO4IXKd1d7
8jQe2nd3jc0jMl6B1EPVAhcR0dyga2Gv2zBf4GB0qTACsqhxTL5SSubiWy8QG2wjkFW1
90vXtBV939VHbYWS01JpmQvljYjTF1XQjAdyhA4bF+L8c6TT8Jbhfgu2pZ3hUfI4hLKo      7VFw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date      :mime-version:dkim-signature;
bh=XmLsJqH9j3Qyc+5tNAVFcMRgo6l/9+z2+0r2D77LLXc=;
b=YppHVTXVlnMvM5awM1zwLzXrXqRZDYbu2h6OwP3qp7NK9/TVWiVhzEMPM8LkLrScrA
SnWgXaPQPtB0IpgkmWXgNU0agHplTq1ouyXrTjUkWuMqPoL8zCF9ClpekLY1/J7HSxZ4
N05j+znayOjmoD2xJ4bcEDDXgMHnh3Qjj3LnSJmz4qXHSDwECEIBHI3o5X2KHlsYFLEA
29vWtp6gpUcr9UbpFJv3Kf9l8YIm1+1iTKZq7or+CWVACmzAgCL4dMrKRdZkEeXHMIEo
0Pn7QLri2c99SsfsFj7l2FT6N2E9eQq1/rVQrDAZYPzZFL9P+R2z3Iv7V3WwMwAoVNaq      RILw==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=cMrp0ZLr;      spf=pass (google.com: domain of 3mjk8yiakak0lbhghor-
qvfchgrf+pqxzrsruwsipvnutbbtyr.pbz@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3Mjk8YiAKAK0lbhghOR-QVfchgRf+pqXZrSRuWsipvnUTbbTYR.PbZ@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3Mjk8YiAKAK0lbhghOR-QVfchgRf+pqXZrSRuWsipvnUTbbTYR.PbZ@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id b19-20020a0561023a1300b0032538728801sor2438481vsu.112.2022.03.24.02.26.10      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Thu, 24 Mar 2022 02:26:10 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3mjk8yiakak0lbhghor-qvfchgrf+pqxzrsruwsipvnutbbtyr.pbz@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=cMrp0ZLr;      spf=pass (google.com: domain of 3mjk8yiakak0lbhghor-
qvfchgrf׀pqxzrsruwsipvnutbbtyr.pbz@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3Mjk8YiAKAK0lbhghOR-QVfchgRf+pqXZrSRuWsipvnUTbbTYR.PbZ@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to      :references:message-id:subject:from:to;
bh=XmLsJqH9j3Qyc+5tNAVFcMRgo6l/9+z2+0r2D77LLXc=;
b=m1h/phFK+Zk6HIsGog0h9tsGkEbGnBYBnj5XI7hpnt5Y6fNQ8ImyCtb99JLyxkniBn
EhyrXaj0caXH6v9QDNrZOcKaKZPVM2Xnev6R6DhABsUmDSinobtCK/eilq3rSbY0KH+H
/BUt0p8WOlYAKf3OThjHdK1EYREilG1vgbZuf05ShJg3qbne1jrrAU27cpK82fOrzrNq
uBY+x8J168nEZAKpdBXkfaWgizaWWFN34hZaEcjsHsV5smcJ0PWCoFFCB9zIntYuZ8Ju
e+ySBJI24Iax4ZEsF0IsyuLI1kROQJK3AYpnT0wmQ8ZFAouUM1iFeFztOilVexXGpYE+      y26Q==
X-Gm-Message-State: AOAM533OqAjbTfM2kOg+vFxcfyFTjEcdKoAsnMvWVKXhpUE62dCnO2gI
B0dTTCiIw4C2Q3K7COJLWiV0SKLI1IQoPdMBlNiq21IHNPbI0e1FLPUzVpvzWELheTFnNDPx9lA
grAB/i9rQw5GMh2jT7eCPtaApQ8A=
X-Google-Smtp-Source:
ABdhPJz5f/DczbOsrtN3qoty202rbFt5cja57Db5oSonnQ6QFkxea/Cn9EzK7ql9YbJbUMMv5EHKj7KhfvPdqfuyz/o=
MIME-Version: 1.0
X-Received: by 2002:a67:f958:0:b0:325:5698:52c1 with SMTP id u24-
20020a67f958000000b00325569852c1mr2115873vsq.67.1648113970269; Thu, 24 Mar 2022 02:26:10 -0700 (PDT)
Date: Thu, 24 Mar 2022 02:26:10 -0700
Reply-To: youtube-disputes+23km4fe7j5v280h@google.com
In-Reply-To: <000000000000ee9f8005dade6922@google.com>
References: <000000000000ee9f8005dade6922@google.com>
Message-ID: <000000000000bba58505daf36fe5@google.com>
From: youtube-disputes+23km4fe7j5v280h@google.com
To: jeremywilandcsc@gmail.com

Content-Type: multipart/alternative; boundary="000000000000bf999e05daf36fbc"


From 1728477439568832293@xxx Sun Mar 27 18:09:00 +0000 2022
X-GM-THRID: 1728477439568832293
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp5501931ejz;        Sun, 27 Mar 2022 11:09:00 -0700 (PDT)
X-Received: by 2002:a9f:35f0:0:b0:34c:2205:fe50 with SMTP id u45-20020a9f35f0000000b0034c2205fe50mr8667784uad.2.1648405540538;        Sun, 27 Mar 2022 11:09:00 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648404540; cv=none;        d=google.com; s=arc-20160816;
b=MmOg7dpK0OlTZxwOZWF6x038AnOlAve9pbNRDRL7yLJYj5sODlEBpMwb1Rjhy25dqz
8MPu4GsrK6r+3uiUYQU+95UaaXOR/mWaZhm+fpISZ4byKkbD4364pm1rkB4DU0LBPFVn
x1Y4n5gJWIuWaxaUBX9z+FM6AxhivrK/OphcNlkUCll7zAmdUNAWrOeXy4cpIkzTNNKG
56MIaPSdoku609QzHCnkzrJvUTH4aaqdq3Nont4NNFvkpyHpt7d0xFiCYzPHtp03BLt8
dm+CYIcB5UIhL+PRltrYKLzErZ2Jq0fyOvJBABORczzde7M28WfAt0xPMxMDpHGZ84lO        kv/A==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=gHFF/jWeG1iYaCdydar5DRwHGlcvOoS6H7wQbAhzFe0=;
b=oCx87XoR7kXFS6YPpSszHDoUGFOp5eQl33D29FbNJVtX9FgbWMBvhkBIhP82ffQcv2
1X0a3MIumATf2IvC6BC7njbqDCJxXWd/9bMt6gTY2jb92UfN8sGVyIk+nZWfL7a++92O
WnHk2GdKw8in9hD+3INePNRJJYY6DxiVbM77f+/X0x1+Nx1aBLxahk4kq7xqCEw+FStj
0k8eo7WMD7uSk1VcDMaolS0J6IGmLCYXzXceS4JDi81xUU2Bbuze068Bcq6tSvcT7bHJ
7mS98F6+tbtmDvbo0D4XR0dsfVZibRzEx22t4mzLsWZOPvG09FnNqodTJztyi05LHeUh        tSVQ==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b="Jm85/Elu";       spf=pass (google.com: domain of 3pkhayiakakcfvbabil-
kpzwbalz+kclconscbwgawhonvvnsl.jvt@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3PKhAYiAKAKcfVbabIL-KPZWbaLZ+kcLconScbWgaWhONVVNSL.JVT@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3PKhAYiAKAKcfVbabIL-KPZWbaLZ+kcLconScbWgaWhONVVNSL.JVT@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id m13-20020a0561023e8d00b0031e4ea486dbsor2408907vsv.109.2022.03.27.11.09.00        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Sun, 27 Mar 2022 11:09:00 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3pkhayiakakcfvbabil-kpzwbalz+kclconscbwgawhonvvnsl.jvt@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b="Jm85/Elu";       spf=pass (google.com: domain of 3pkhayiakakcfvbabil-
kpzwbalz+kclconscbwgawhonvvnsl.jvt@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3PKhAYiAKAKcfVbabIL-KPZWbaLZ+kcLconScbWgaWhONVVNSL.JVT@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=gHFF/jWeG1iYaCdydar5DRwHGlcvOoS6H7wQbAhzFe0=;
b=sXG15lSi2MjX54XzstXXCaZRLWDJ592sXNWtmaLpX22ntg2tCFTmZlPJ1ZXpcN50O/
vw50lXnSs/gHt7NpCsaET0GLPyfWpHfcSFA3PkUh7HXmETLFH0G6BEzVWs7nLq23cL8I
tZ5C06A3wFBqaUb28iaiaWvSdOesifwB1uqb0A8zEaxzXBck+8XZhtPc46GnBpHg9FAg
ZUE1joIKqTrGNpkD7ud68zue+nA9W2an8yMYR4qVOZ7lBC6enXQkAPAVD+utFIsUqGnK
VFmQJ2EG3kIR1i4/NpfLpXLon+LtsRgW9ZdjS1YavTC6R/2KCLkNlwTj6kp4I/WlDP/L        VyTg==
X-Gm-Message-State: AOAM53104gntNcP+/MOc4YQwPEV3r1I2FCUaZwe0H7W8RLnt/gK+Im4e
llLPkdUr5qbNBIeWwdUUtx4Z9/VLCoEdVe8hE7zj8TYZBuvflkRuxImTS/ujb5Hu+35VcEeqbBx
HnBV4ThWHVa0u1NURAQR/JNSRSBA=
X-Google-Smtp-Source:
ABdhPJzEscsQylwcZ4E05TeIch50gBW2Hhd9rFUTcwOUDlMwRvHF+z2Zgcbb2Z3lemJCoI4H4V+iryEQi+62Qx72lt
U=

MIME-Version: 1.0
X-Received: by 2002:a05:6102:4426:b0:325:777e:eeeb with SMTP id df38-
20020a056102442600b00325777eeeebmr4402540vsb.2.1648404540217; Sun, 27 Mar 2022 11:09:00 -0700 (PDT)
Date: Sun, 27 Mar 2022 11:09:00 -0700
Reply-To: youtube-disputes+3vev76lvupztp0h@google.com
Message-ID: <0000000000000dd7c805db37178c@google.com>
From: youtube-disputes+3vev76lvupztp0h@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000001125a205db3717c4"


From 1728523653593872892@xxx Mon Mar 28 06:23:33 +0000 2022
X-GM-THRID: 1728523653593872892
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp5848478ejz;      Sun, 27 Mar 2022 23:23:33 -0700 (PDT)
X-Received: by 2002:a92:ca08:0:b0:2c7:f1c6:3377 with SMTP id j8-
20020a92ca08000000b002c7f1c63377mr4960835ils.28.1648448613469;       Sun, 27 Mar 2022 23:23:33 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648448613; cv=none;      d=google.com; s=arc-20160816;
b=taRDyvgIC3x3XDqVwBVE6Ma8qppwKAZMFjErIsELGDAmcSYAup94FtI6ItVdda3Cgm
Er95wUwJ9L5+t65q2wCAqIRptAAXkv11x33Kh/+d+PR7T5nemC6gq2UPAgRxCeMUD5Ql
diVtrHmB4ALvXYQENuVobaUDaC/84293xyxr6lhuD8EztUfkbONIYtVfWTw+jhgdpvrg
UtWx0V8ipQzYmbJ2N/SVEBvDTMTZoKr1ht/wbGLktfPFLJj9aWfC26fOvds3e7Zr0qDG
ic32MSmmNYAggnao+9HRw6ULQWpxCXwEv7iMtwjNXBxkzgE2ZQegART+bfwVtC0Gx3qH       WaGA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:date:message-id:mime-version:dkim-signature;
bh=Xp4SwTJE12Hidro4LhlfMaFDAMO53WQtDst5ADRw8X8=;
b=ltI5VUMQgWIJq3NiW5D0+hOGpdOyBROdkPOxQPzmUPPzCP/qg88DeoPmmXH55lnYml
g19JS4nNcogTstYhQhwPwcT8TPkAHSjlufCiY5RjkP1VZ6GLB1cwb5h059ZKtN95hj9v
qvYi8P⊦cx3i1ggUrAM28A3XRx82QxZyPdq⊦htVSX3pQN0/2IRDD0tSLfolsRB9DVTckI
sl2WbYnJH40Mzr0xwwBqqH+A1Cq03jI2NxTnHFeOw1zVMI3scsUvAN00Tmy4zKUPquxK
cyeId/vaViZQ86kduPCtBKyJgs13HXKOt3wsiDB/8XkUSpZwYP9KpXugf/LCbtE1dnP3      Fc7g==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b="Ny/oiQrx";    spf=pass (google.com: domain of
3zfrbygckdysuvylwsfnvvnsl.jvtqlyltfdpshukjzjnthps.jvt@takeout.bounces.google.com designates 209.85.220.69 as
permitted sender)
smtp.mailfrom=3ZFRBYgcKDysUVYLWSfNVVNSL.JVTQLYLTfdPSHUKJZJNTHPS.JVT@takeout.bounces.googl
e.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path:
<3ZFRBYgcKDysUVYLWSfNVVNSL.JVTQLYLTfdPSHUKJZJNTHPS.JVT@takeout.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id o12-20020a056638268c00b003199a5f8f72sor2942858jat.80.2022.03.27.23.23.32       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Sun, 27 Mar 2022 23:23:33 -0700 (PDT)
Received-SPF: pass (google.com: domain of
3zfrbygckdysuvylwsfnvvnsl.jvtqlyltfdpshukjzjnthps.jvt@takeout.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b="Ny/oiQrx";    spf=pass (google.com: domain of
3zfrbygckdysuvylwsfnvvnsl.jvtqlyltfdpshukjzjnthps.jvt@takeout.bounces.google.com designates 209.85.220.69 as
permitted sender)
smtp.mailfrom=3ZFRBYgcKDysUVYLWSfNVVNSL.JVTQLYLTfdPSHUKJZJNTHPS.JVT@takeout.bounces.googl
e.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:message-id:date:subject:from:to;
bh=Xp4SwTJE12Hidro4LhlfMaFDAMO53WQtDst5ADRw8X8=;

b=s5857Fz+1zfXunEwtbGAYhT2u1JyNNH/VKtj6KJbHO0l1sqMyUstABVQ7/dxxIWQoz
qZri+YLmFg6WElMthD4mxln/JoFA2A6U5fynGMhLUHFGG6MSyq68JvsOkwdawHEiZk/e
3rGLJfrSSH7YK3jMn7WnYcerXIqyThpsIp1qYqdJ9rvbaIYxUsJm5XNJVbBYj/T2fYEg
BijFeoyIzgWlYRNYzxPtbDHYoM+xZZ3qwOXe6QD8JpGdKg7xWC02G6p/PLRjHFFi9H5O
lTacv6iwbuPJcqOwDPlB3TaQ46yOTjjoTdj8vqcto26mv/sqgEdNHeSQ8snbZI8zU8sy      QiFQ==
X-Gm-Message-State: AOAM530T233ZHWG2+ndMW5Rj64QD563YIvH3cp3TIDNAaaXlB3vVMTnQ
6gTuuM6Yvk9ZPBzVKwVws5HHcYUXkJilEVFJa1aitLar3xxC6W0bhqF7oReKiCUjiBCDGGj94sw
YjA8U85fEjR/vh8yqZXZUn8I0tD9XVWLxSFIbxzs=
X-Google-Smtp-Source:
ABdhPJzcTjQJU16yECoG7tCxL0I8TwgKIWlJT1DSxFVajyod9GlCoJkLoWDzllDFRFMb+VSP5x6nJEN5I6NBMEtR
koqd/pk6VR1INP0=
MIME-Version: 1.0
X-Received: by 2002:a05:6638:3285:b0:31a:25de:93dd with SMTP id f5-
20020a056638328500b0031a25de93ddmr12024294jav.248.1648448612584; Sun, 27 Mar 2022 23:23:32 -0700 (PDT)
Message-ID: <000000000000fc42d805db415934@google.com>
Date: Mon, 28 Mar 2022 06:23:32 +0000
From: noreply@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000fc42cc05db415931"


From 1728516890283114367@xxx Mon Mar 28 04:36:03 +0000 2022
X-GM-THRID: 1728516871969650018
MIME-Version: 1.0
Date: Sun, 27 Mar 2022 21:36:03 -0700
Message-ID: <CAGF==x8i3YFxSOJpRsNcZPR5S0ddFPifHvxy2T7uG5fX7UR0vQ@mail.gmail.com>
From: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000009d035905db3fd987"


X-Originating-IP: ::135.26.144.206


From 1728476555925293831@xxx Sun Mar 27 17:54:57 +0000 2022
X-GM-THRID: 1728476555925293831
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp5495299ejz;      Sun, 27 Mar 2022 10:54:58 -0700 (PDT)
X-Received: by 2002:a05:600c:19ca:b0:38c:b84f:421a with SMTP id u10-
20020a05600c19ca00b0038cb84f421amr29455979wmq.118.1648403698124;      Sun, 27 Mar 2022 10:54:58 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648403698; cv=none;      d=google.com; s=arc-20160816;
b=Hi3qYQNXWaQsgvw8qke7GNZLNaaUuTmkdPFSK6pPQp7nsHHf8fZeV6CZRFR9dtMuVc
p05IIFpo49ireSGEYcQ3ldHnKAkWc/6ejX2Qb/76DKI87AiGtCsSFisusUJj6OSQz4R5
ADw0yhG0VSqNlmQGBLZCcFqyba9uQyJDo1y8v9wwf7jFn/JA669PRIDXpTwh4HHn4pgf
9TThO+Y70uksUilNCP90I1Qa6/U/sIYuWGgupJLkec5WbRNlr1vrW1VcAyaYMEJoN9p1
kJvvE18Zl0WnFjY2XHHcmf/dAvmgZgaG1bLLJfzXdXhxMHQ35TxsJjjeuOupDnaofolz      ZqlA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version      :dkim-signature;
bh=QReUcexH7+l6Y8qHi9LbZRyYzlsRJ7aaXyI2AqKvq/w==;
b=QVU/r818+tAXbBajLicafzvNmdTr8uP4G0icVqO41ivhDaZf16eaYmxymhRjkjCoVP
xLe6fNAVDsCP4EsekFKAPJbNn28RUwHClV/w5BW+mkX1x3g0lYTATS7gTwlIrEsLTgnO
npEpIpUHVpRZhd+pwBmvMw2lJkbnktuI1BQHQPSUZH1XeXaFYdasJMcXK+YfORi9I0xY
+yuAFgq1HuCwPcsFjM04Sn3Msh8i8R0JACyCNKs35YMrgCroLbt+daEvuc5Na5yUclOm
yoLCItyIOk1PomZsNVFuPpMvc4OV7kPcxf0pY31j7ol5c6nFV0c3XnG+GomWy57SpeFL      Qv6g==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=lM+S+YGF;      spf=pass (google.com: domain of 38arayiakafymcihiz2-

16gdih2g+om416oq2drtqpo54cc492.0ca@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=38aRAYiAKAFYMCIHIz2-16GDIH2G+OM416OQ2DRTQPO54CC492.0CA@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <38aRAYiAKAFYMCIHIz2-16GDIH2G+OM416OQ2DRTQPO54CC492.0CA@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with SMTPS id t12-20020adfdc0c000000b001ede4df6f17sor4107535wri.43.2022.03.27.10.54.57      for <jeremywilandcsc@gmail.com>      (Google Transport Security);      Sun, 27 Mar 2022 10:54:58 -0700 (PDT)
Received-SPF: pass (google.com: domain of 38arayiakafymcihiz2-16gdih2g+om416oq2drtqpo54cc492.0ca@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112 header.b=lM+S+YGF;      spf=pass (google.com: domain of 38arayiakafymcihiz2-16gdih2g+om416oq2drtqpo54cc492.0ca@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=38aRAYiAKAFYMCIHIz2-16GDIH2G+OM416OQ2DRTQPO54CC492.0CA@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-message-state:mime-version:date:reply-to:message-id:subject      :from:to;
 bh=QReUcexH7+l6Y8qHi9LbZRyYzlsRJ7aaXyI2AqKvq/w=;
 b=jLZC0TnQlrgFlLAumfWqtdAA7+Aa14kiA8c3nfhxyukQ3RpHa8m+HJ+Oci++VTBNyg
 7oehy7e1Rs4qdUWY2LZKqZJvPrajuJDNkHJsoMz8K+lFqWCCpoksFvNa+tfVTIlpKD8K
 /P0Y6PfOGJ8iYSUrcC3YCXC2SbypdbJROLfqt6V9e1yLMvf/c/AMyRKb7LCFCLfP5jMV
 V5+ddPQu6ZvorIBZ/ODaNxT7lK3NTyasoYwBnkkaKxNJ8wkRUsNsRLwiqnpQPXd2HP6i
 5XDtrMCBB7TVYO1sNanC5D7nem2izNgBrzf+agFKjbWPU0hcP3qwKKe0dhG93ytuRScN      B1Nw==
X-Gm-Message-State: AOAM530bRL5ZdcVT9HP8G4ADBJvITWeWZ5fp0q1TBLUleKlouo4l2pLB VgAxkGeLSUJ9LKjDdzUybqiXQz/lZjJRdYzZGAaY5J1yoPM7qJkTV0nOwViZ09KQZBlw5CWDOIr rMRlE1Z9D0Gorii1KoLzfVX4POEA=
X-Google-Smtp-Source: ABdhPJywh8C7OBUA6110SUmmZoGQQ+LTKWdQJtjaoqtnUIrK6c0GHbkRumFydngFh11UWRJ+7eQYyNbTQfiz ZxvcdBA=
MIME-Version: 1.0
X-Received: by 2002:a5d:5986:0:b0:205:87ae:9b08 with SMTP id n6-20020a5d5986000000b0020587ae9b08mr18373875wri.652.1648403697422; Sun, 27 Mar 2022 10:54:57 -0700 (PDT)
Date: Sun, 27 Mar 2022 10:54:57 -0700
Reply-To: youtube-disputes+0ygdi02ep35210h@google.com
Message-ID: <000000000000cf992a05db36e40c@google.com>
From: youtube-disputes+0ygdi02ep35210h@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000d5320b05db36e472"


From 1728477446762843009@xxx Sun Mar 27 18:09:07 +0000 2022
X-GM-THRID: 1728477446762843009
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp5501991ejz;      Sun, 27 Mar 2022 11:09:07 -0700 (PDT)
X-Received: by 2002:a05:600c:3016:b0:38c:8786:d3b6 with SMTP id j22-20020a05600c301600b0038c8786d3b6mr20815797wmh.135.1648404547128;      Sun, 27 Mar 2022 11:09:07 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648404547; cv=none;      d=google.com; s=arc-20160816; b=MrfQfGI0pK0D7H+QSMB4JtuuyCP6jvk2q7am8iehDmeBbkHzZmNmQ8QIqgkhxX5ZgT URzt55NUBLizJeccSWLkInEK6M80h/rXTPJru0aoEZYXcTDCi40HFWDYCFGtlZhQe7V1 BCuLbZeqY+rMrl97jevxk2Lxoy4lGFtEGwKHeelpRb5mjKCS0vCp8pT3wjlQjIpHzKIz mRc+7chQg3BHjyBEbHgNr/0mEyIebxlg1quFF9tDmO65wuMVuP11SwHuzrnTzy7yhCOY jiCiBAH1gpvHRyqVtLiSAl6bDF56nUThAX+i55juo3y4FCpCS1BU8h9zfQOL4IgcVZKC      Adkg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;

h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=y+0ABN4d4QwOTkE/hzyNxS347rlI0iTkywbcULwtM4c=;
b=ItY4jGZtSJwTWcvb08sGOH0aLOQEagFpifbH/VhTO2RdDmbKMMO0W+Rx9Y+4+ms
K5OZBQxDw47vk0Kxy3DLzxC3XuwpncsKwbc0I+aDnt9j6bdXxcnbfX7OsWW9U9mIzXpS
+gqJ1PRzdIYfW+CD/ymgKL0u2jIjrbVfYEK7vZGc+OA9JTMJnFInioWF9LKZ9Cp3WWad
mJ5WhuGleDeCuFtQRY2G2TuXH92+bQW3wbDCC/KwKvxJdl1AcTxRHE9JysuSgRrmlXcM
EYOsx8uX2xQxjIVPqNO0gmZH8A2pnq2RRpc6A5AXAuuz7qGCfRiyz2eUhxxOn39gxu9I        cXCQ==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=QfYVXd9j;     spf=pass (google.com: domain of 3qqhayiakak0lbhghor-
qvfchgrf+pctswyivsgkiynutbbtyr.pbz@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3QqhAYiAKAK0lbhghOR-QVfchgRf+pctsWYiVSgkiYnUTbbTYR.PbZ@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3QqhAYiAKAK0lbhghOR-QVfchgRf+pctsWYiVSgkiYnUTbbTYR.PbZ@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])     by mx.google.com with
SMTPS id l18-20020adff492000000b001ede4df6f0bsor4269926wro.31.2022.03.27.11.09.07      for
<jeremywilandcsc@gmail.com>     (Google Transport Security);      Sun, 27 Mar 2022 11:09:07 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3qqhayiakak0lbhghor-qvfchgrf+pctswyivsgkiynutbbtyr.pbz@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=QfYVXd9j;     spf=pass (google.com: domain of 3qqhayiakak0lbhghor-
qvfchgrf+pctswyivsgkiynutbbtyr.pbz@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3QqhAYiAKAK0lbhghOR-QVfchgRf+pctsWYiVSgkiYnUTbbTYR.PbZ@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=y+0ABN4d4QwOTkE/hzyNxS347rlI0iTkywbcULwtM4c=;
b=eWfhXQ/te0vWUzvYDmE9BGrMBCCVgZRPsYQSzAqFfBtpZnueJC4B+lvXaiqQwYRdv9
YIRvuuc4O4ogowPCth/Atr6IZAFRUcYDfSb8kMFNAMzH8ECvixhH3n81uW6ctFUqO4+7
kvEiAjwfrnki8ln06VfrTFfMT4fToYjd5JTfvhX0QWchLGMHAXlo/BEJbNPPd6coXE1A
Xt9YEtd75mmW55ivSTwJ3dsUqP63uj54UdU7uFuLNVPzM6+IhYnT3+NOjP9ktGHItntU
yPKv9AGPPNvwb/TNMOfAiIwcwP8mzFxQj9T36dWQmk4OSSw0hcZr/ZWRSNmRu3JMkHJj        5sCQ==
X-Gm-Message-State: AOAM531GmiACbRtVrgmDT4hI379rMYmVKmdHiwzMLSfdvpHVrGTUXkOi
59dcx6LUtNjy092fQ1Q5eLWrnVjrRc75lDSYgE3dUD2BNQdjcLKAgYBGxsuNtry9CWWwC2iECM6
UcqbuAljWlg12/+DEgcBsQHEU1k4=
X-Google-Smtp-Source:
ABdhPJwn+97c4ZIrOHoQgKkwpAtkooeetgfH1BfIauQVDjUornuDnkzumupBR7AAKv7XG532LnPCFfOF5Kp/9yv/T
Yw=
MIME-Version: 1.0
X-Received: by 2002:a05:6000:1883:b0:205:c0cb:33c6 with SMTP id a3-
20020a056000188300b00205c0cb33c6mr2341846wri.39.1648404546922; Sun, 27 Mar 2022 11:09:06 -0700 (PDT)
Date: Sun, 27 Mar 2022 11:09:06 -0700
Reply-To: youtube-disputes+2p65jlviftxvl0h@google.com
Message-ID: <0000000000006eb5be05db37177d@google.com>
From: youtube-disputes+2p65jlviftxvl0h@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000077689205db371760"


From 1727669942367877499@xxx Fri Mar 18 20:14:11 +0000 2022
X-GM-THRID: 1727669942367877499
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1973587ejz;      Fri, 18 Mar 2022 13:14:11 -0700 (PDT)
X-Received: by 2002:a05:600c:210e:b0:385:d649:b4ca with SMTP id u14-

20020a05600c210e00b00385d649b4camr9494367wml.114.1647634451400;      Fri, 18 Mar 2022 13:14:11 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647634451; cv=none;      d=google.com; s=arc-20160816;
b=N0OtcPzpEu/eH/gflPE53l1Qa1yZBDF8iOqHudcRlMvKEG1cBPIlRRWGo4d4F2sTqE
iY7Urlv76HOlyyk1/6I4ly9s/WCqHNvY63GpkR7dDydOz84CJaMc6l7iErcL4N9PAhNS
JEY2i4gSELpN67sXQlQVkuk3w5328nlowOCveGa1EFbMIS0Hf1chRNx5skoUt5sriZi7
0a6f1JVcCYOQ22R8XSrTWQwCg/QQ8d1ERGgNyHpLQU3NAHRuoYXZegcuQc5z47CjNrMc
RpQ5BWGf4N+pwIjzEZ91/CWZna1aOJrzLCBaevrsU2LTli1oWJVAAClFg4v7KokEdaPv      w4XA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;      h=mime-
version:content-language:accept-language:message-id:date      :thread-index:thread-topic:subject:to:from:dkim-
signature;      bh=JBpZp07visSJ3P1+vtJ01IAEZE6DBa8UyjjzyaValTI=;
b=a623lxlIGU6rnSAaHDsNtxq6zwO7SYmYNN4rw3r/OVTvBxpylsfcxAgz8I2qdAMpoG
dY1nSNXdxzfx/HGSH0laehNqwMKyo6t/7a/mWpTydqsUtad1PZ6CqZR1HQIOk3Kp1kDm
NBKiA2NNf20q5ddVWsmwBOrdtU5tMcCXovSf4zY+GKNMuepcplmNS71C4zjQG0nFWzXr
+InG/pXGqNKcOL8svSMDqJ4aQgGpiQQ+jo0ASzNr2snQx8Sr5jL68jzGQv/S9XEYPbu3
0PxY5bnrxSvm9QuCcogeTl7tYCqKt82h0AIWE/2GgrU2dJHYzUqRjB6YJsnD3Xgooxra      JAhQ==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@gmail.com header.s=20210112
header.b=n4TD7wdP;      spf=pass (google.com: domain of paulsgaminglive@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=paulsgaminglive@gmail.com;      dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <paulsgaminglive@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])      by mx.google.com with
SMTPS id s2-20020adfdb02000000b001ede4df6f2esor3720766wri.66.2022.03.18.13.14.11      for
<jeremywilandcsc@gmail.com>      (Google Transport Security)      Fri, 18 Mar 2022 13:14:11 -0700 (PDT)
Received-SPF: pass (google.com: domain of paulsgaminglive@gmail.com designates 209.85.220.41 as permitted
sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;      dkim=pass header.i=@gmail.com header.s=20210112
header.b=n4TD7wdP;      spf=pass (google.com: domain of paulsgaminglive@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=paulsgaminglive@gmail.com;      dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:from:to:subject:thread-topic:thread-index:date      :message-id:accept-language:content-language:mime-
version;      bh=JBpZp07visSJ3P1+vtJ01IAEZE6DBa8UyjjzyaValTI=;
b=7iRnsASbIE2/4IjdiWkWXvoqrsQwnpp3SxRXBWuPm69LPgNTW8PJ4DFASG525g/CYW
dvYLqEGqTD5UKY4Ta7Bvv/dxICo7HCy16DikWASD/w1EP+UDmz20NjcYD7Xyz4S/+lqN
EuhCSJBiQxv7smGlGnS0+Or3GbYCHklT5zV7vbT18DmW5787CAXtRbYajbmw9KAQsbtc
UiQobdsHeaP/FTf3BZJOiUWpbr6J+metZY9DR5otwJMbazfOJeqiMktg5gAyHxTFm9ki
t/JW4RyIJWJDn33Z7RUDTiDpZ4Ii6eTPN+cQstg5kXTobQreEPehsMlramAsf94vNhq4      PIzg==
X-Gm-Message-State: AOAM533DNiktmqTNW8wJll6XPC9ziUg+oBCWXPLAN7ptbbUC3owfhFlc
9KDZCKWxalHV5kKuOY6TY+sCQIrZuWw=
X-Google-Smtp-Source:
ABdhPJylEYtVrVaEVqgUYhbwJ1eXXJl2Z1mWc8KsloFnShu37AJYKWFU8mKcOuOgFrf99ZgYFWN2Kg==
X-Received: by 2002:adf:f609:0:b0:203:f716:948 with SMTP id t9-
20020adff609000000b00203f7160948mr3810991wrp.77.1647634451107;      Fri, 18 Mar 2022 13:14:11 -0700 (PDT)
Return-Path: <paulsgaminglive@gmail.com>
Received: from CWXP123MB5657.GBRP123.PROD.OUTLOOK.COM ([52.98.173.69])      by smtp.gmail.com with
ESMTPSA id t4-20020a05600001c400b00203fb5dcf29sm1280527wrx.40.2022.03.18.13.14.10      for
<jeremywilandcsc@gmail.com>      (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);      Fri, 18 Mar 2022 13:14:10 -0700 (PDT)
From: paulsgaminglive@gmail.com
To: jeremywilandcsc@gmail.com
Thread-Index: AQHYOwP99KV2EaJL0kKreOV5bAh7+g==
X-MS-Exchange-MessageSentRepresentingType: 1
Date: Fri, 18 Mar 2022 20:14:09 +0000

Message-ID:
<CWXP123MB565706974CC34F88C1F798F0FC139@CWXP123MB5657.GBRP123.PROD.OUTLOOK.COM>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-Exchange-Organization-SCL: -1
X-MS-TNEF-Correlator:
X-MS-Exchange-Organization-RecordReviewCfmType: 0
Content-Type: multipart/alternative;
boundary="_000_CWXP123MB565706974CC34F88C1F798F0FC139CWXP123MB5657GBRP_"
MIME-Version: 1.0


From 1728043506990833985@xxx Tue Mar 22 23:11:50 +0000 2022
X-GM-THRID: 1728043506990833985
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2491342ejz;      Tue, 22 Mar 2022 16:11:50 -0700 (PDT)
X-Received: by 2002:a05:6638:41a:b0:317:b934:681b with SMTP id q26-
20020a056638041a00b00317b934681bmr14427049jap.317.1647990710026;      Tue, 22 Mar 2022 16:11:50 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647990710; cv=none;      d=google.com; s=arc-20160816;
b=sroGmyFbeWEw1kmbTZ2jd6kj+JEL+rREBLnJYWzq7Laz0eEFtez4z0d8wzm5TK/m42
T4dzO4x52kB4DkDeXCdoOq4lr+DrBReeEsfWAlib94Ovt4Fv39zfV7Kbodif/sJKuB2Y
xMl1VeA2Z42LnJanx7979yyO62KJQABQzlWKS4puC+hBFr46LgsruvmPQM4thv1z1nDA
3109g4hXfRdX62RSaDYxNd+KSaQstwii0DJb6ujuu4yDVjp0Zviogfdi8bv3uOuI3n4f
Oo0ZMOhxUMlDdnyjiKMfrboMzC5u13XZAN4AWqe9tmQy+Ou/pbFYja5YS3oYxFPCiliE      sLqQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:date:mime-version      :dkim-signature;
bh=as1QTIIBb6lExQF01qAUNQF98IUsq8PRodQ/SJx0xZ0=;
b=IGuFaZL2X5SYb9U178hEJX61xklNQrVmlMQlM7NJitDCbZrrnkm/qI4TTzp8eZ8fyX
RmxLfvh7OnUMPYq0o2/WJLCr9yMMLuMc3YB4wL3WZM4v2UiC2FuOAJlNFm8yVFBhDumi
rNmgJIhSJfF8eyGR3aivCZeYaRhJLLr8ZTuBjLHYyrQbS8Ap6N2zgNiImnVrYiPeU4+x
ne3DZHtZTzf2YXfMhhbplxL+8GGgJasGmiP8y2Bx/cfwVTWHD9e3QJpCAm252SEp8q7f
kT59H6uhQqx5HgAfxXrI4TaBdNPR6ortfbifrPUt8pSpgbL4cxzgRuOGbclNoORq8pDe      9YQQ==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=EUsFAYZ9;      spf=pass (google.com: domain of 3tvc6yggtd2yrs-
vitpceggsyrxw.ksskpi.gsqniviqcamperhgwgkqemp.gsq@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) smtp.mailfrom=3tVc6YggTD2YRS-
VITPcEGGSYRXW.KSSKPI.GSQNIVIQcaMPERHGWGKQEMP.GSQ@gaia.bounces.google.com;      dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
Return-Path: <3tVc6YggTD2YRS-
VITPcEGGSYRXW.KSSKPI.GSQNIVIQcaMPERHGWGKQEMP.GSQ@gaia.bounces.google.com>
Received: from mail-sor-f73.google.com (mail-sor-f73.google.com. [209.85.220.73])      by mx.google.com with
SMTPS id g4-20020a056e021e0400b002c2c7ef9e45sor3707478ila.34.2022.03.22.16.11.49      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Tue, 22 Mar 2022 16:11:50 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3tvc6yggtd2yrs-
vitpceggsyrxw.ksskpi.gsqniviqcamperhgwgkqemp.gsq@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) client-ip=209.85.220.73;
Authentication-Results: mx.google.com;      dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=EUsFAYZ9;      spf=pass (google.com: domain of 3tvc6yggtd2yrs-
vitpceggsyrxw.ksskpi.gsqniviqcamperhgwgkqemp.gsq@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) smtp.mailfrom=3tVc6YggTD2YRS-
VITPcEGGSYRXW.KSSKPI.GSQNIVIQcaMPERHGWGKQEMP.GSQ@gaia.bounces.google.com;      dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:date:feedback-id:message-id:subject        :from:to;
bh=as1QTIIBb6lExQF01qAUNQF98IUsq8PRodQ/SJx0xZ0=;
b=qy5yS/tXctTc7SD0dLrXF09IRNPUAYf1Ve19kEBQtvQB6z9grTvzoy1IhWgebbbpF5
8/kfGToyXF2qYOzOtQlcaziD4H1qe/OWLs5j3lVdC77uqiDhx9HM+pj2g8V9BnFXgaLm
u/GyOBkz5x9GIVztwBXP9qg4YZHPgH0KUecRC32bqKWE9C6rgSND6QSYpfp2n3Vm3WIB
dKJRqhDSRDt+YTVsm7Jar8sG/4v3hHctTZ1GCjk2/nx59zhq81nqm1lOfJwiV7QLbEMi
ZEamzWuUlYGxwPgnpTe2Y0UueCAa52gZ5lAu2/x90gmNaCuh5faVfF+qv/C6Qcdc4tfQ        DiAQ==
X-Gm-Message-State: AOAM530zjs43XlKJQA02jAdhSGJr1f1k4t4EgCL+OLKXiI6UWsyu32uP
mV0XyKQemEcNoiee+Tl+ARSgvZfw1S7u1ZReGft59w==
X-Google-Smtp-Source:
ABdhPJxykls8mOPxr/iO8eytkjkK57/S4tm7kZXbBkfUD2Z20Weo8pBwjeOx+xHtGmu00/d0jClMYDPX/qp6NwVSvS
vh/g==
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:b25:b0:2c7:d0d5:759b with SMTP id e5-
20020a056e020b2500b002c7d0d5759bmr13860122ilu.322.1647990709754; Tue, 22 Mar 2022 16:11:49 -0700 (PDT)
Date: Tue, 22 Mar 2022 23:11:46 GMT
X-Account-Notification-Type: 4-anexp#nret-fa
Feedback-ID: 4-anexp#nret-fa:account-notifier
X-Notifications: 60a22b25c8300000
X-Notifications-Bounce-Info:
AXvZQxcJy8TbWcx6cKVRXKIfbUvyehpC7sk13nbJxDdVj2slji2UfIGFg8sQdFkkY78Py8qi0k5jJu7mIyDL2SYZG4u
5hJdbeMd7PPOAvhekZQ8XldHSEUYNsmAOw43JUE1KD64BG81i-
JG6p0wz8Rlfh32MYzQNjAwNjA0MDQxNTM1NTk2OTMzMg
Message-ID: <ggx3-t6F5NqBpcHT3cEEXw@notifications.google.com>
From: no-reply@accounts.google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000d91c5b05dad6bc1f"


From 1728078507708831813@xxx Wed Mar 23 08:28:09 +0000 2022
X-GM-THRID: 1728078507708831813
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2684593ejz;        Wed, 23 Mar 2022 01:28:09 -0700
(PDT)
X-Received: by 2002:a05:6102:3211:b0:325:3e2c:130b with SMTP id r17-
20020a056102321100b003253e2c130bmr2754939vsf.45.1648024089491;        Wed, 23 Mar 2022 01:28:09 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648024089; cv=none;        d=google.com; s=arc-20160816;
b=VKzpWdz/vag7dvZyVFcptVcUfB6blqlqqxBgRECTobODsaFVT009nbCSGX9JOVJ2Nw
/VffBPU5ILrURA6oeNIcB4PxpCg3kkcR0vSf3Chs8Eo2zZ5cQ87IRBTJVO1aArH5+LCt
l9jZzito1Wn/1BrDT6XTj4vhXgXvXifdyqQvu6h1gIGwXG5slFFwYm4XpwiH5mQxHmpx
mbWsYGU/WpJCdV49KfyLsZwjEfhRYlc1iiN+ndnz1YZlF2Opk/mWklqKp/vrVFhzcjtQXh5
J6QpLGepFsiku0QJXnwQvv+nSLJ1rpLfeylnNak7LGUxFLjZV/nDojIccseuAD3bCK1Q        Fyzg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=iib/KgHGaoUO+wIv+M+iETGoYHJ6bj7k9dDd2t5n36g=;
b=MD0Ce3Z+u27bPyKtJRJ3pDioSL1pCHBzw75E6D/Kq9W2socETqtHFDHhZO6Ou9oFZ/
Pg1JO8cRw7GzLPaF9n8yQMqe70jFORbL+zHj96DfkL9t7j7f1F+ZgkNzMGsaZKdCYxWW
3KwfNZglStjMezEExIJdcIO8pqwU2yXZUVdubI2HEveFjQWRPdRJBcbiLhcx6/aztqa0
3xn0ryIWPMKWmUMIwamnYF2wRKNGL6uSAj7W1FzOpkXZoxaJMCBtW0sxKygV+oM8L/IK
RiLN0j3TxzZZeH/cgsr6F9yPvP46FHUDVN+CiHVHeBCMHReaYGpe81zYxQYCDnojfCbv        2S7g==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=g6CQtvix;        spf=pass (google.com: domain of 3gdo6yiakanakagfgx0-

z4ebgf0e+nhnrp7br9rvozm32aa270.ya8@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3Gdo6YiAKANAKAGFGx0-z4EBGF0E+NHNRP7BR9RVOzM32AA270.yA8@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3Gdo6YiAKANAKAGFGx0-z4EBGF0E+NHNRP7BR9RVOzM32AA270.yA8@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with SMTPS id t77-20020a1f2d50000000b00336ead00f96sor4711254vkt.70.2022.03.23.01.28.09        for <jeremywilandcsc@gmail.com>        (Google Transport Security);        Wed, 23 Mar 2022 01:28:09 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3gdo6yiakanakagfgx0-z4ebgf0e+nhnrp7br9rvozm32aa270.ya8@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112 header.b=g6CQtvix;       spf=pass (google.com: domain of 3gdo6yiakanakagfgx0-z4ebgf0e+nhnrp7br9rvozm32aa270.ya8@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3Gdo6YiAKANAKAGFGx0-z4EBGF0E+NHNRP7BR9RVOzM32AA270.yA8@youtube-disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-message-state:mime-version:date:reply-to:message-id:subject       :from:to;
 bh=iib/KgHGaoUO+wIv+M+iETGoYHJ6bj7k9dDd2t5n36g=;
 b=ZmZFIoLqn/Lj6DANmt9aOKYb+SPY9nmLUYJuW2oR3tCpvz3hbGhb3vYsvmD9n1L4L4
 qk+6cXmdweWeNXCUIG+VfvZDrJ+33dQfimIjtBOA2U3/ddvyhbeaeuk7gv2egp582gY5
 4Tc+pUn2lkITthzlsbdGzwSrwvDv5TnZqGmNkOXlS8lGMy2SaF5v79dxPbjt50N63rDJ
 1WFd5WmFD5Ctzy2QdbbiOKvy8s18dZK3PoYgTYdq5HCIIr5sqXzvYordO0YlOyOMjUUw
 PRfDxJO9zDwKtE0+0Z/EFwArmjAj0js/cRw5PORO+9q/WEbam8DxRUaBKJVr7gRtmLda       24lA==
X-Gm-Message-State: AOAM530BLQnuh7LNOl9BOL7m5y9sfnG5RLPd1MY+YAel0+TQ3JPpfDQH
 5j01nyxhti/QCTyqNdnCsMexr0SeKZXWP++m3F0uJ8pVJCDJcmfBtKf0vWe6I0164TVeIf2u1li
 gdx6U99AMll5nuMwhiKPReRfw/gs=
X-Google-Smtp-Source:
 ABdhPJy96qCz13OISZ9smLIOkNYVcDBl0oxJAcZ6IQNFq+tFc7ZlQMvMFSc5upoe9Rlbb3HfJI/tLNDovdND2JWwe
 0U=
MIME-Version: 1.0
X-Received: by 2002:a05:6122:e28:b0:337:c3f8:b091 with SMTP id bk40-20020a0561220e2800b00337c3f8b091mr12087154vkb.25.1648024089056; Wed, 23 Mar 2022 01:28:09 -0700 (PDT)
Date: Wed, 23 Mar 2022 01:28:09 -0700
Reply-To: youtube-disputes+1v153lp5n592d0h@google.com
Message-ID: <000000000000641cec05dade824e@google.com>
From: youtube-disputes+1v153lp5n592d0h@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000006922bc05dade8208"


From 1728005253634390351@xxx Tue Mar 22 13:03:49 +0000 2022
X-GM-THRID: 1728005253634390351
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2126493ejz;        Tue, 22 Mar 2022 06:03:49 -0700 (PDT)
X-Received: by 2002:a5d:4245:0:b0:203:dc49:2604 with SMTP id s5-20020a5d4245000000b00203dc492604mr23300107wrr.32.1647954229230;        Tue, 22 Mar 2022 06:03:49 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647954229; cv=none;        d=google.com; s=arc-20160816;
 b=j7NotseJNr5GJYoFlnPCZUvZ6ddpHZlT4IJZDzO0EcLBeH50789NJqcYXUrbXHoKwp
 rduZE7Vu6GDt1VUK/EgGBj7c49TFsjN4xc4dRDqptylVQu3NCbMNCUiBioRotQcW7KEu
 GKy3P0Q1VDhnFx0ujP+kqwTV6s1dgBPkrE2lVuE/ojZngoIDFhZM3Cd397WMTZriUVtH
 55aSAhJG/g12tg8tmmjpIRmrXkVtsC4jEXx3Vc3MlGpidziedo6wI021Ehg/ISgd7QJ5
 VFTm7j7BC8hyBKGgI4ZIw9ARTE/0Zrl62UbAGS5FWMPkSfEHbeS1oRUYvmjRYgdO5yrk       zfAA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;

h=to:subject:message-id:date:from:mime-version:dkim-signature;
bh=e6O69MYGX+/cKrGlAU97NxSnXhaS15dRnL9nAt27MY8=;
b=dlDYFkjWvpgNxhu0NYB9zU4pl4DaFYju43OGYV+LGnkk/qW6HozwIGvIhUBBVLxhgV
eLD1z9eOABrinCISVKpklz9jkTDvkeamJo4Po2rBefaW3nPMc91VAUV/OIAaL2g/rQyr
pd3Knyi8QqG0zVjdfYEEqhqu2KhsdypiRqC6hgdOYqWzZhXy0aezBCJtwDsOtaHppb/u
Uwe+sK/xBH7DTkRHNt25s/MFeqevi3zjGATcumRcL54AymMrf5onMoynJGdC5YkbiZOB
xW6Rqb04pz95kotDzlupNiaIH00KHs4rQAmY62sDNjGKCB1udAj5pUd2wgAY99VQvTdT      6Sfg==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b=Sxv03uo0;        spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <chaptersdontturn@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])      by mx.google.com with
SMTPS id 90-20020adf82e3000000b001ede4df6f2fsor8399109wrc.67.2022.03.22.06.03.48        for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Tue, 22 Mar 2022 06:03:49 -0700 (PDT)
Received-SPF: pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted
sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112 header.b=Sxv03uo0;
spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted sender)
smtp.mailfrom=chaptersdontturn@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:from:date:message-id:subject:to;
bh=e6O69MYGX+/cKrGlAU97NxSnXhaS15dRnL9nAt27MY8=;
b=5KoT9aZki/35AVoMT2F7RlbQ8C0dpCvp7FeLmF7LSbjshuRr6n0ppJqwKYVQulEM/B
Hz2hHQ8wJ/DEQh9oDjUG2iJBGwFSWLZZVtxkSWE8hDEBwnU04aV30tBBUWX4S4j0cbxz
vWinMcAJVR8h1gIA2/XonapVsLGCjyQYHtL8LZECFetczO3JxMACFmh556Op5SqoR4un
E8XAXRcvJcYVP37NL2EKlxY9eLTTw/ao5r+CZgDjvTu+KkG70D9YxLgz5eqTTztbjVUg
SKJ3hjXuOrEKVfkAxN8uLwVIInBZu4zX39oWICx6KIWtJgoKyCrt7gujiwjM4f64uXCtg      BbxA==
X-Gm-Message-State: AOAM5337VMae19D8JJQfMZDKjLq3zvajk/jF1buOnCYZjcEsj5BHJMEO
e45jsC9wXdMJJ65+HnBHBs4XOfnPvr4PVYBqQY4u46RiCL7T0w==
X-Google-Smtp-Source:
ABdhPJw3oRGfb9Fb+A6XekB5Vd6P74sreKO6+vOIhjCG6vUPikgD4xl/FHUkBAElnVZFZeoTGiooZnWfGRGJssD
HNG0=
X-Received: by 2002:a05:6000:15c1:b0:204:7e75:1eb1 with SMTP id y1-
20020a05600015c100b002047e751eb1mr2980609wry.482.1647954227973; Tue, 22 Mar 2022 06:03:47 -0700 (PDT)
MIME-Version: 1.0
From: chaptersdontturn@gmail.com
Date: Tue, 22 Mar 2022 23:03:36 +1000
Message-ID: <CADTZqfJ=Z_Drz+V+_VjeV_qzdeSPFaKq92+Q=X_HfE_SvuvOMQ@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Type: multipart/mixed; boundary="0000000000005da08c05dace3eb3"


From 1727759239159667548@xxx Sat Mar 19 19:53:31 +0000 2022
X-GM-THRID: 1727751638884693619
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp477010ejz;        Sat, 19 Mar 2022 12:53:31 -0700 (PDT)
X-Received: by 2002:adf:fe10:0:b0:203:d794:93e6 with SMTP id n16-
20020adffe10000000b00203d79493e6mr12726530wrr.588.1647719610993;        Sat, 19 Mar 2022 12:53:30 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647719610; cv=none;        d=google.com; s=arc-20160816;
b=k4z/+yM2yLSYD62gBzEgpDXeN36mUaRe2yvaR6x9Wpn0QP6WMA8jl4rCtKR+zSEvr3
mVb7llc++tuJWiPKTl09o0gG7EJdmdfNFpJ89/H5xo8PreZaBOu0mn10WnxXIbuRDsKl

ybsBhf0z1hswEt/pTcXdGHNqFsry/X2pMd2wQgnoIZ9R3p/fyy1PNZ89Zg/DlgRcbCLI
VSaYCtGjnB+TBN/RCTs+fRmOS6m7+FyausXXYdFEYqa7hCC1GsSKA4jrwDCcxj38DL5o
YaU0wHGCBoY1wL26mX/x9jH0V6KmVusOG5L6jelj/JxDXaorKnFCqvnSu5z1N3nI9rLF        tEtg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=+3BDyRAUYxb3MN4Xp4BGXAbP0OFfS1Ayz1KvjF/a140=;
b=Fira7T+dodJUdkY4NLVvOPm+sWfwWmf63S0+kFeQjyYdZwMTqQxAOsx4/YktTBZWacc
5WFhEEM8dAmEDY4yZAtPStEw17BvwHoXDbaRKeGktfZV/AWYw27b/nbEEbfOotYlLuHa
DjXiymIw8xTDWHjnHDmO6O91wjnFrUzfsQb4yXP1cHxYk06qT9O92L9OQcYiCJAfNO5V
HqqrmJQT1LKIH/2NL2qtOpXyuuVcKJNhJcnX4kHkpagMDsNqXHr1tp5Z6vtZMfzmOIOy
8Eq+R/lWbQnOCKdO5b2+k4x826YJhYmHg+l2wAYINoWytikzJ3wiIAB9Wl2VWehdaF6G        0r+A==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=KmQYBHNj;        spf=pass (google.com: domain of 3ujq2yiakabuj9fefwz-
y3dafezd+o5paablk9ue7yls19916z.x97@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ujQ2YiAKABUJ9FEFwz-y3DAFEzD+O5PAABLK9UE7yLS19916z.x97@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3ujQ2YiAKABUJ9FEFwz-y3DAFEzD+O5PAABLK9UE7yLS19916z.x97@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id v7-20020a056000162700b001f01233b078sor4808857wrb.16.2022.03.19.12.53.30        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 12:53:30 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3ujq2yiakabuj9fefwz-y3dafezd+o5paablk9ue7yls19916z.x97@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=KmQYBHNj;        spf=pass (google.com: domain of 3ujq2yiakabuj9fefwz-
y3dafezd+o5paablk9ue7yls19916z.x97@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ujQ2YiAKABUJ9FEFwz-y3DAFEzD+O5PAABLK9UE7yLS19916z.x97@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=+3BDyRAUYxb3MN4Xp4BGXAbP0OFfS1Ayz1KvjF/a140=;
b=Tu8+E0EAwp5Kl7OsRp9bW6yz3/uwhHcJyJOEelaa/o2RO/uupDqgflAzUIUbBS1xeg
iGjyQnKHWJnuJVLc2cnvTsCmw/O4OYr2MqYN0MZX/9Wy30S1PJILF4WRAYGp0uEJZLd1
NP98jwVoBiWA5BiFD9ggrqxBbaczn/gQg/4ALWabu2bbXBEYjGyaWMC5nChRWIgC71JH
fYFnmnlbuzrwL1+gVBqYFbUueG0aFDzN2jtw1C/LMHnxW5dVxcnFPXvbKvNfcgDt9JQe
2zDdRPf5l1pcQX2KhR6Z3WnZmtUxkEb7YOvTgXcYT6TIzeFleWwi6ywxOTFD+IjFXPxC        arqQ==
X-Gm-Message-State: AOAM533dEMnAGVRx+8uoCuw96EN6cDz8ee1EFgkpQm/oAid1kGwOBwJZ
df2F0hVF2s62xEWpTGne9XcepNO+L47xJ9F9gof2Xyk2VquNZOBi/19ToJ5PgUm3wCuqj/Iu3J7
R5Rp0qfWLtzliZCMKvRu+Q58siIo=
X-Google-Smtp-Source:
ABdhPJw4ar57ZBiYXHfTY3E1f59KQq19tjaovuGT9Vttiw+j/u7S8kIrYgpcfAcauRnGIshORuv50ftBZB8bJIAdepc=
MIME-Version: 1.0
X-Received: by 2002:adf:f604:0:b0:203:d9ca:bccf with SMTP id t4-
20020adff604000000b00203d9cabccfmr12712447wrp.331.1647719610740; Sat, 19 Mar 2022 12:53:30 -0700 (PDT)
Date: Sat, 19 Mar 2022 12:53:30 -0700
Reply-To: youtube-disputes+3k4ppq0zo9tmd07@google.com
In-Reply-To: <00000000000010278205da95ee66@google.com>
References: <00000000000010278205da95ee66@google.com>
Message-ID: <00000000000011beab05da979ef1@google.com>
From: youtube-disputes+3k4ppq0zo9tmd07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000016e1f905da979ec4"

From 1727751638884693619@xxx Sat Mar 19 17:52:43 +0000 2022
X-GM-THRID: 1727751638884693619
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp436724ejz;          Sat, 19 Mar 2022 10:52:43 -0700 (PDT)
X-Received: by 2002:a05:6638:4919:b0:319:df0d:d512 with SMTP id cx25-
20020a056638491900b00319df0dd512mr7117375jab.280.1647712363392;          Sat, 19 Mar 2022 10:52:43 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647712363; cv=none;          d=google.com; s=arc-20160816;
b=uklpXqo8VXZ17CXXA9JmN1kUcYucnZjeLlpJhbPuk5F4uG8YbER1eyoo/OLjB8dr9f
N8aaPSNs44d4BvN7IgtlraJVAYput4bExw75YJTOheQRvZ+WKIWxQve9w/ywu4ZK+LLV
FY+cdpLbihjBiu+JTarRrluDcxJvj/yxvC7OrhP97gVkAfmwkhs92h/UEDbtxvsKcYAv
MC52JC/p3vRAz21J14MrurK2Q9vPfnjG4fx1FMYG5AMWZJQpyeyF5dt7BiLd6sGeHpLC
ewSkJJqyAE/n6UDyg2cY4jqQ1F9EHfTTQGKeKj/74L381keRErBzVTIEX3OCQGTLgSp6          jH7Q==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version          :dkim-signature;
bh=gugjl1tGOhfFMZYpCImoKDKvJ5S7NlgQC2zZXPLV0Ag=;
b=yGule2FIx9ZFrHEB4UhS4FOgkfvUHo2bDhLqHmolaCktTlrSeolnY5pWHVb/W7x+cD
D755SV5hNjKBQcIVgfG7/EHu8Nk/LmYyw2ctnxU9RW5AcVXvxxFN4g9h7BYv73VMbv3Z
6bwHWADTDDYb9AcA9sPqrw964obTqjntcvWfxXRyIKI1lQv9wvnjY3FEPifQDfqnZf2P0
WcqwAdt32YuuF8Xq+ELeaa6dhySI2bYfdA6CpRA8xDPCCRyRcxsQep1JT8yo3L6tP3LW
QAQ9SLlTFLb4umVh4RG2QC9db8Y5R9SbyadLBAQ9ENwYlgM6QBHEFAGHTtMxl5wwPpvS          uJ7w==
ARC-Authentication-Results: i=1; mx.google.com;          dkim=pass header.i=@google.com header.s=20210112
header.b=g2JBNCYO;          spf=pass (google.com: domain of 3axg2yiakaiwe4a9aru-
ty85a9u8+j0k556gf4p92tgnw44w1u.s42@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3axg2YiAKAIwE4A9Aru-ty85A9u8+J0K556GF4P92tGNw44w1u.s42@youtube-
disputes.bounces.google.com;          dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3axg2YiAKAIwE4A9Aru-ty85A9u8+J0K556GF4P92tGNw44w1u.s42@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])          by mx.google.com with
SMTPS id s15-20020a056e0218cf00b002c26c86c8d2sor2907316ilu.109.2022.03.19.10.52.43          for
<jeremywilandcsc@gmail.com>          (Google Transport Security);          Sat, 19 Mar 2022 10:52:43 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3axg2yiakaiwe4a9aru-ty85a9u8+j0k556gf4p92tgnw44w1u.s42@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;          dkim=pass header.i=@google.com header.s=20210112
header.b=g2JBNCYO;          spf=pass (google.com: domain of 3axg2yiakaiwe4a9aru-
ty85a9u8+j0k556gf4p92tgnw44w1u.s42@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3axg2YiAKAIwE4A9Aru-ty85A9u8+J0K556GF4P92tGNw44w1u.s42@youtube-
disputes.bounces.google.com;          dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;          d=1e100.net; s=20210112;          h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject          :from:to;
bh=gugjl1tGOhfFMZYpCImoKDKvJ5S7NlgQC2zZXPLV0Ag=;
b=w5WVY0RUtZgj3SOM9IaSD2DBKmcn3/jsQIKykPjyXpRf4tzalBVNPYDkFOmrx+uNrO
YZ8vKofjG09DDKstBItgdnSzp7NizglQnmzjaNl7d/MN1vxeAG7FG3EjiTr/7lmOzQ1+
rKN0ty12qQ1NNbtJXLWLtYU8WIZ0k3dyo4wf24twcg9xRq8wIv99u5DPmvQfTRmdu36t
iglOILBIyxzOCaOcZTDWu/dYmg36dGDBrt6vdGAZ5uu2g0MXhIEHOMGJ8zk4+WKxiZTz
GzKhBnbMIrbehdSrz6JSthkLRBp6WXmb/8p4PGtCzGPPAfKjuJBrPYLWHFM5pKkdbkzH          eGsg==
X-Gm-Message-State: AOAM531dmiJiT9yHAT8oO4uj2nnAivc9/YyHirMAn1zpulqsLIeuUw9h
esglgqp3GXBwOokwWzcWfqmfp/RKlDAuMR6bF2O/SFg1sayfGsB6kb8WDog5zFxEQTonSl8lrjZ
wpl3rojUyVhY1FdGjZDOKWeTBS+4=
X-Google-Smtp-Source:
ABdhPJxQu+pGWRBwqyDTwLs5qMN5ou33kneVScFx01pV3dNvpAZPciV+Ylqe63Fif4M5fZL6TBo0o909Wm9Xv
43Ak1M=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:218f:b0:2c6:ba5f:54c4 with SMTP id j15-

20020a056e02218f00b002c6ba5f54c4mr6810173ila.184.1647712363085; Sat, 19 Mar 2022 10:52:43 -0700 (PDT)
Date: Sat, 19 Mar 2022 10:52:43 -0700
Reply-To: youtube-disputes+3k4ppq0zo9tmd07@google.com
Message-ID: <00000000000010278205da95ee66@google.com>
From: youtube-disputes+3k4ppq0zo9tmd07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000018479f05da95eeb8"


From 1727784285756030647@xxx Sun Mar 20 02:31:37 +0000 2022
X-GM-THRID: 1727784285756030647
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp598090ejz;       Sat, 19 Mar 2022 19:31:37 -0700 (PDT)
X-Received: by 2002:a5d:6849:0:b0:204:975:acf1 with SMTP id o9-20020a5d6849000000b002040975acf1mr1252633wrw.557.1647743497378;       Sat, 19 Mar 2022 19:31:37 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647743497; cv=none;       d=google.com; s=arc-20160816;
b=na0quVi96ydUecHq1S9uKqsjs4FHxm7FCbYAV1QsCwFLLO3MJmCA1yB2+3DLhuBf+w
fboo1tSM4VJI1xllQxVZp2EgXiWAu0n9+tHLj3iJNxOpoUvnJ2DKLjDNAaFtk8obA+9p
HudFHDtQkVQr4VOfhT+0Q0aSDoss8/u6FsvcBTZFkJ87rXyaLW45oTyMuI7CJOeDf3V+
ThDGJNi7JanllnYn4ckiW/0jXkz1DL7g8Zd4FghT32mjppZ+tz3ugjTVE+x9pN8vI29J
IQpOVOig2gd7F6ZNJQ4Ta2WamGQP8E7kcflaMrNCb6nT0Saad2mmAbQrU+0ISM/TaHuY       ZjdA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:mime-version:dkim-signature;
bh=5NL7mGWhKil521qofpfbCJ7GOm2hFL6S7FfCeT9SgRk=;
b=AaYH/xj2YZs2gbNQAIHTzxvvoWYSQdRTC+8vtd8nL98nFJJmc3meQxzwy9pHJuCJHF
PEkGwtWJ+cLwbD+koSt1N2SnWhD8M3MZ9SnzuCbrgekVqW5mt4UUPf2IRONyja1WyGVN
HNMGOAS2a5Sr786ccBLFbW76m0qG7dbIZpkLuHDyWKaBuVbJGvLsJvP19Nxg9QIpsWGS
cT5iM0RjThWAV0QFQZ+gU3c0mEBH0QjENcacYRc6cGdqoCjAbKvjD81ssWaKjzIsg8aB
5DYWTO/I0i0ian+DuaFwvc31enJlcnKavJLiddDNbDJpMvrQQXdAkerjMKYXgVrxJnZz       u8MQ==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b=JSy0RKlk;       spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <chaptersdontturn@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])       by mx.google.com with
SMTPS id 90-20020adf82e3000000b001ede4df6f2fsor4920272wrc.67.2022.03.19.19.31.37       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Sat, 19 Mar 2022 19:31:37 -0700 (PDT)
Received-SPF: pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted
sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112 header.b=JSy0RKlk;
spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted sender)
smtp.mailfrom=chaptersdontturn@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:from:date:message-id:subject:to;
bh=5NL7mGWhKil521qofpfbCJ7GOm2hFL6S7FfCeT9SgRk=;
b=sgu+ccMFT9IFb3GFYsbwxQODusn+SY9cfXWFmn9Ch7oPMCjAz6cSb3EJ2nfUcX4P5V
nV4C4R+j8+HhVluEGAgzK4uSaSeJwyR7oNEsR8D93fFL2xCYjY4zL59rJz1E3cmiu62/
0C//NBZw26wl4sh82oHrUtokPQHkAukD9+pdKDJ8RyWSc6UXRg15b5g/KoAIqygz9+8L
cQWwS0cDdpilN56ACmLoFBEqq1b6wvzv16b1ucHXIiTvfCvAlLVK3TgX5cNhFNlK6a3A
k+ThWFLYKNRtcYO20LwvqMO16a4mBr2FM9GPMZNL0nk3yTUXgMZRA1swSVSg7xDqgr/P       6eQA==
X-Gm-Message-State: AOAM533w6UtT5ubvLvsq4/J26BSjXsgM4l5Lop+TNppNQnpHtsgzD6S6
x9sxedaBz0pVDQqu78ZF/AnbPlX9ql72qLV9v1IzWILYlnJBJA==

X-Google-Smtp-Source:
ABdhPJyMCbF2VmxxkVWFrtS1NVulnp0vZ/PnS8olAy+l4rugVPLMLbO83pQV7BQ/qPuaSkQGcl1Ytsgwd5oFn/l4B
Yc=
X-Received: by 2002:a5d:62c2:0:b0:203:e2dc:60de with SMTP id o2-
20020a5d62c2000000b00203e2dc60demr13304652wrv.482.1647743496447; Sat, 19 Mar 2022 19:31:36 -0700 (PDT)
MIME-Version: 1.0
From: chaptersdontturn@gmail.com
Date: Sun, 20 Mar 2022 12:31:23 +1000
Message-ID: <CADTZqfL3UukKm=J61+g30HQeLSsqLsPsTDk=e=_8TEzpj7OdBw@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Type: multipart/mixed; boundary="000000000000c98e7705da9d2d74"


From 1727775835699271366@xxx Sun Mar 20 00:17:19 +0000 2022
X-GM-THRID: 1727750640596798642
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp559569ejz;      Sat, 19 Mar 2022 17:17:19 -0700 (PDT)
X-Received: by 2002:a5d:9daa:0:b0:648:bc12:da04 with SMTP id ay42-
20020a5d9daa000000b00648bc12da04mr6956265iob.116.1647735438881;      Sat, 19 Mar 2022 17:17:18 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647735438; cv=none;    d=google.com; s=arc-20160816;
b=rupqp4OtUD0+GXJxfsuzVnwd70mT4e8gPb/NM0ku9alrbfFu8Ifz8gZKjI uoUSs4/R
T48cPLxxAQr6JPkQ4asVKrteXFgGZiInfhsMvomiUU1KGcSMpm6zpvipVLCWzE4Nk4/F
VpOVx07Y1HukLMHc71oE+4Nd8xFZB/x8KwOu0aon64KFkylzV96xFPhEy59+K4RGHH9b
J7jYWQRY6VgYLAeC7VrOX0kNDs7CtzmHsn03WDItD1I38B1fCRbOwnq+ayV1tf0JObyO
MzCAQO4w9Nu68FTZeztfxq8DKPtXzRduNTQ38cOdD4UplZAlvBry7zNd+cyISns/Qqs/       NBZA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date       :mime-version:dkim-signature;
bh=Q0kEfcf/F5kXENU35xp7hCrVh2T2kdJeDjA4zQp7UaU=;
b=tCAh7EcOw0M0IdndKE0WF3V8bnHAUj7WFWf+Syhu4NCLAVFMsR2q1e0lth+ErPtBlA
q9spHV2AkVmnVlp41y8DJat+aElHdrbXS9hvrdCQaqVDP9CJkYBhF6Zm3xfJM3CXZhgj
gQmTToSr8Wakn0Xj4Qomo6EUld2Pg6J7nUFmFFcln/2A+4Ey/Dn5Ufke/W7V48L6PyQ+
ChT/YJLDCPr78x+FMZlZqhDEDceuX5ZHRhbRqRuBMBnKL3Te+2GO7vJB136WjWdHrl0M
LFiUii5Nlzqu26wVOBCiDi30dK/me0tittWXPxTWzKXetSkD1KGUWMJPZEvKST/6NFxv       wUyw==
ARC-Authentication-Results: i=1; mx.google.com;    dkim=pass header.i=@google.com header.s=20210112
header.b=EslMUcYs;    spf=pass (google.com: domain of 3jni2yiakagubrxwxeh-
glvsxwhv+fajskrvpqfmcfdkjrrjoh.frp@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3jnI2YiAKAGUbRXWXEH-GLVSXWHV+faJSKRVPQfMcFdkJRRJOH.FRP@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3jnI2YiAKAGUbRXWXEH-GLVSXWHV+faJSKRVPQfMcFdkJRRJOH.FRP@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id 11-20020a056e021aab00b002c7de0ab0b4sor3018460ilv.141.2022.03.19.17.17.18      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Sat, 19 Mar 2022 17:17:18 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3jni2yiakagubrxwxeh-glvsxwhv+fajskrvpqfmcfdkjrrjoh.frp@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;    dkim=pass header.i=@google.com header.s=20210112
header.b=EslMUcYs;    spf=pass (google.com: domain of 3jni2yiakagubrxwxeh-
glvsxwhv+fajskrvpqfmcfdkjrrjoh.frp@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3jnI2YiAKAGUbRXWXEH-GLVSXWHV+faJSKRVPQfMcFdkJRRJOH.FRP@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;    d=1e100.net; s=20210112;    h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=Q0kEfcf/F5kXENU35xp7hCrVh2T2kdJeDjA4zQp7UaU=;

b=aCCjbvel6hy/QquOkcxer0SjFuGNSbtupB8M1eturhWrH14P2aEFgsel4f04Bm2GL7
RtwLSecxVeYWe6NcM2nUxRXtpN43mqiIt3LLhf9G/8PsMDlT+N+VtODSvHpP+ri8iozf
tRnKFDKLMKGcCw0lR2l/phbJaYfKsU7jALiX/ax2I5+NOu7iqWZeVMJNUpxk4TTAub+S
9Gc2EKRNAUpVHWfVxJJ7F7HH0nS0XAi+DkageFu6rudFTuwWt5c87PSHvgIWGDf01hhk
o89WHvKba5vbSf1RAIZKasf9lK2+WwTSd06Hzik+x8gDwPnW3lP2V2o8fFcSsJl/vebd          iYXw==
X-Gm-Message-State: AOAM532fQkw3Q9qa/CG5KNGN4VJH2SEtJj8CACIQ3+D8YgrBnL4nvOx2
//vlFdB2GrLJNQP5caeskTY/DAdh9bHsJHb+y03mfQLh9TEdvWNJJWCv/i9XaS0+REcHtKltvX7
2/UavgZDmUIa9EGGmcPOzHknzGug=
X-Google-Smtp-Source:
ABdhPJwRcG5McSVZBZvXxcKgs8wyYsm2E52lMXPhHWr5XyNwGd13fLPQ+3A2oVYrdMtZ2Cp/RXNkoSxQ4Ur
2i9dALjE=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:20c5:b0:2c6:14c9:35dd with SMTP id 5-
20020a056e0220c500b002c614c935ddmr7238166ilq.129.1647735438515; Sat, 19 Mar 2022 17:17:18 -0700 (PDT)
Date: Sat, 19 Mar 2022 17:17:18 -0700
Reply-To: youtube-disputes+2xgphosmn2jzc07@google.com
In-Reply-To: <0000000000004fd50505da95b580@google.com>
References: <0000000000004fd50505da95b580@google.com>
Message-ID: <0000000000007bd13a05da9b4d2b@google.com>
From: youtube-disputes+2xgphosmn2jzc07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000007f74ec05da9b4d7f"


From 1727750640596798642@xxx Sat Mar 19 17:36:51 +0000 2022
X-GM-THRID: 1727750640596798642
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp430887ejz;        Sat, 19 Mar 2022 10:36:51 -0700 (PDT)
X-Received: by 2002:a05:6102:3049:b0:320:b4d8:d40f with SMTP id w9-
20020a056102304900b00320b4d8d40fmr5304499vsa.41.1647711411187;        Sat, 19 Mar 2022 10:36:51 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647711411; cv=none;  d=google.com; s=arc-20160816;
b=00segk54gF+S0ZFJIrWnGSJIGF2i7Z+aaPPP7WE4VvoL4btnjKwLjtI+CyoJMgkTe3
4kE7r4hySSAaSwj8C8GOUW4x/o8Z1lw8Ous7rJA40m0tkPK5WbqOkRhcDrI5aJzQDDdQ
EwjwzCnXY90bJBjKtJRYDyjfTQsiJORMRFrOsR1+1F+sv7mpshGY1y4Hq0Us72JcgS/T
1yB/hoBHLz/Mo8cj828EbL/6577JMHvLf3/1rjbOatgw0wWaHecE2NRU2gMztrq65fLx
Vl3LnxB5Row5MyDFv9glsgGnd/uUwOxU3JnFQzIipyd4OWtZZxc4OoWvWz46nyxn5KKg          1VRg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version          :dkim-signature;
bh=FrniJYQxV3D9u0NU/XUrnxuW3fB5fT8haF6Hy4Iy2w4=;
b=moyFlcvommRJaSHVcwC4L5Y7oAqJ1ljKyvU0D6GbZkRalE5UwMHpckE0BrrCNasAF7
Eegn0i+Ree8vY3tTAHLXKxuySSeZfNKg4RiWDKiirv254Zovbx9Nu85jPNqsIWslRATK
PdLMUZJ/6f3ReYnYHbUPfoi/KhFsOSwIuXeW+2hxeoB4ei2v3mEWWoWRcdfWAAG0mhFO
DzsuTsiHupbFQg+7RUWsJHbzUF6bZxzMzN1tZ9g31DfBMo2XPH6adw6jcOMI5n+vFamT
RDEDFIfBnb9u5upR+qH+HcajQdaOfDP6Y5WTycidhg26CfLP6Jp+HsAWwEnxROH+W1sX          l7mg==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=Q2GTq0yf;        spf=pass (google.com: domain of 3shq2yiakamsf5babsv-
uz96bav9+jex6y5934j0gthox55x2v.t53@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3shQ2YiAKAMsF5BABsv-uz96BAv9+JEx6y5934J0GtHOx55x2v.t53@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3shQ2YiAKAMsF5BABsv-uz96BAv9+JEx6y5934J0GtHOx55x2v.t53@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69]])  by mx.google.com with
SMTPS id t8-20020ab02148000000b003528dd1a532sor1654423ual.53.2022.03.19.10.36.51        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 10:36:51 -0700 (PDT)

Received-SPF: pass (google.com: domain of 3shq2yiakamsf5babsv-uz96bav9+jex6y5934j0gthox55x2v.t53@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=Q2GTq0yf;     spf=pass (google.com: domain of 3shq2yiakamsf5babsv-uz96bav9+jex6y5934j0gthox55x2v.t53@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3shQ2YiAKAMsF5BABsv-uz96BAv9+JEx6y5934J0GtHOx55x2v.t53@youtube-disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;     d=1e100.net; s=20210112;     h=x-gm-message-state:mime-version:date:reply-to:message-id:subject     :from:to;
bh=FrniJYQxV3D9u0NU/XUrnxuW3fB5fT8haF6Hy4Iy2w4=;
b=2CZW0yknGLh2tH8CBXkv9+y3wlhC0LtygdzAtP3WZAIBpQfOMhB2/Oj8HaaG7ro/Pe
3GIHONz+AdZgs6Svh8BZ3i0y7hYEOWfE7TVskflW3QvLHxWqRvkhRrLzN9VDAcdalwBQ
ijSZ9QC1lpPwlwpsxAdDI5azMn3nvFnPRdqHcZukiKgcye8Nije4nedGopiKFHROuTzO
v+SEX7K1U6igYWYYF8C0F78uSWOCXJJ/UukHugyI0UBaDG+dLuo9vNbiDdL0nImZcpPI
jJetkAA3FBW2P+gvzfTarfbvZyhSXoMkm8vKaWy+ETb+3uWrnLINBID6E1v673EDcrzm      F2ww==
X-Gm-Message-State: AOAM532uvttsCLHjTMo7Y78wswDtLK5wWJljAupBhSJq9ejZB/Yd9rad
VFdOsr+CBbxmKmkGdrBqMNh3gY/WY6HZMowpb/E9sp/yTDtgGu65ulFY8+MOZa6+NyDKFTvcBu/
TzZNl57p6blmuXhZCmXD88jQ7Eew=
X-Google-Smtp-Source:
ABdhPJwwgMJK+OO+F0jM/HSsD6frXG+sauSlvjIqpUWyOOCkFKgqZCa2Jpw0v01sWw2twaYbV2WR0YIHn3Co4
v6kbbY=
MIME-Version: 1.0
X-Received: by 2002:ab0:5bc7:0:b0:351:aa7c:95d5 with SMTP id z7-
20020ab05bc7000000b00351aa7c95d5mr4630913uae.42.1647711410804; Sat, 19 Mar 2022 10:36:50 -0700 (PDT)
Date: Sat, 19 Mar 2022 10:36:50 -0700
Reply-To: youtube-disputes+2xgphosmn2jzc07@google.com
Message-ID: <0000000000004fd50505da95b580@google.com>
From: youtube-disputes+2xgphosmn2jzc07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000055b49205da95b55b"


From 1727757683790697362@xxx Sat Mar 19 19:28:48 +0000 2022
X-GM-THRID: 1727747454305678963
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp469569ejz;       Sat, 19 Mar 2022 12:28:48 -0700 (PDT)
X-Received: by 2002:a6b:5a0e:0:b0:648:b6aa:3256 with SMTP id o14-
20020a6b5a0e000000b00648b6aa3256mr7284044iob.43.1647718127872;       Sat, 19 Mar 2022 12:28:47 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647718127; cv=none;     d=google.com; s=arc-20160816;
b=EX8Nej3a6KtfS4dPLiMZxYFIqKywvix8/L6OWqEruZ+IUIDYWYdNht6ebtz0qnvT4t
WL2Ma/0Yyv6z5jjEXMjjooG9iWW+UbuyFKkVMoj/5ZpN4jj94hGhvsRQoV0qfB4dbKWi
GJLctHxEl40EVWb3LZc9qm2Z4lAGdGUedlNozxPOsaoLn7L+l0jPUxNaEQaDJjGR2RTE
uS5Lofl1G0OafJjpiETSlnkQj0XU9XqEq0ZvDblb2IehorcOpdQlSiYX5hCkq4VZ36PK
R1fs4AYAF8NIexmNdoN6sO540230lgrwLaw6mm/gG33AERPxwNP6v4kNdWK85UgXLXZe      FHVA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date     :mime-version:dkim-signature;
bh=7XXP1P+hJh9qaiVOG8CwOoDS4IYk0c7jaMLC4j2+zTs=;
b=mHlgQ/iCAZLlzPCEC1grgKDMCdPdG+kJswQp3De0rBhMgXAoNsZ2w8boQXB4PEDtXc
cY+7yunllPuXgNYRWBZTXvtocyJV/SBKMdwSzggUvbQIgADASr79MTLimS4+xULb4qt5
PyjeovEr4EC7XKVu+dR1aCn3/nBq7lhoKxuyPTv2UCrxiHErbR32bB++O7aub1OtCWEH
mZwgzMB0dTrAfB7KqKmQF3Yq08IqhKyBIXRr14+Mc1xTp8D7yf+ng6vvaCi07WV5IWHA
k+ipGfV5TW7wBJHvmnWmCdWO0fQD7RI7y/xl0f+CSkAFM0XsYhs0ztIQV+Nl36MqMssu      SA/A==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=TEiPuGDG;     spf=pass (google.com: domain of 37y42yiakad43tzyzgj-

inxuzyjx+6dcztm0qzk0le5clttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=37y42YiAKAD43tzyzgj-inxuzyjx+6DCztm0qzk0lE5Clttlqj.htr@youtube-disputes.bounces.google.com; dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <37y42YiAKAD43tzyzgj-inxuzyjx+6DCztm0qzk0lE5Clttlqj.htr@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with SMTPS id 9-20020a920d09000000b002c26c86c8c1sor2828755iln.92.2022.03.19.12.28.47       for <jeremywilandcsc@gmail.com>       (Google Transport Security);       Sat, 19 Mar 2022 12:28:47 -0700 (PDT)
Received-SPF: pass (google.com: domain of 37y42yiakad43tzyzgj-inxuzyjx+6dcztm0qzk0le5clttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112 header.b=TEiPuGDG;       spf=pass (google.com: domain of 37y42yiakad43tzyzgj-inxuzyjx+6dcztm0qzk0le5clttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=37y42YiAKAD43tzyzgj-inxuzyjx+6DCztm0qzk0lE5Clttlqj.htr@youtube-disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;       bh=7XXP1P+hJh9qaiVOG8CwOoDS4IYk0c7jaMLC4j2+zTs=;       b=SJfADS5FXAKuLnXB9zVd0DpQwMig5hIJVE8JaSeRFehKSkd+bYOm7FGRta5bO5AiS5       UViVEGiqxMPZDs3SxNAlAp2PwZ3uzZypCbSjQBiHppFTplNiXcY8MsKExtdCUpyLpG4P       PS2Wxc9qBfR667rWSmNAk13dGIUahCL3kJ8MmmL5UmDdjoAmITSR44YOdJ582Rq2otMR       e9/l9oLB+78VOku1U8+arSG4frYPfVUzsmo+rl6qbnPMCI5jqtfPJv8UtMu7DPrQNqbi       LW0PCEqCKSR6gFHsqyZi2Na8molF+82rQCNSSHeHLgH8JrJxafKfL6npmn9/pW/ZqBLc       vVLA==
X-Gm-Message-State: AOAM533TryAqKlZnzeSN4ikACRuD309NLpvvO3CvfazwVDbD3B3anIDD       fK72AnLgvVKyKVhBpDkETRF1/we1ruOhh1jpdv8TAc3SrjoXvZVZvaESdz/a/oI3s62VhhX9K3E       1QeLOGIr3Zk9OM42Mgl1T9EuDlU4=
X-Google-Smtp-Source: ABdhPJxZXyM8zv6DfRv84dveAHhspDksGY4qeXVRDRZzDLwIHq9uMB4zakkR6nIEsdpNyBP85ybgFG+sTqqCS7HYztY=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:1887:b0:2c8:6f8:1862 with SMTP id o7-20020a056e02188700b002c806f81862mr2850475ilu.146.1647718127578; Sat, 19 Mar 2022 12:28:47 -0700 (PDT)
Date: Sat, 19 Mar 2022 12:28:47 -0700
Reply-To: youtube-disputes+187uohvlufvg907@google.com
In-Reply-To: <00000000000029f8d305da9500a2@google.com>
References: <00000000000029f8d305da9500a2@google.com>
Message-ID: <000000000000abad0205da974593@google.com>
From: youtube-disputes+187uohvlufvg907@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000af706505da97458e"


From 1727747454305678963@xxx Sat Mar 19 16:46:12 +0000 2022
X-GM-THRID: 1727747454305678963
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp411039ejz;       Sat, 19 Mar 2022 09:46:12 -0700 (PDT)
X-Received: by 2002:a5d:47cb:0:b0:203:fa18:3657 with SMTP id o11-20020a5d47cb000000b00203fa183657mr5649972wrc.490.1647708372227;       Sat, 19 Mar 2022 09:46:12 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647708372; cv=none;       d=google.com; s=arc-20160816;       b=V0NXooC4pMJNg6RCvp0V+US1t4VoaWLrSIGfEuhO08TOmgzrB+AJoIA9LDyomMNrhA       ukEQHsmB3j5DGOGSAsQHLrj0O2vREgEm1X5CpNRXM2JQeYiksL/HgVhbceN3FiP11Zot       vsu21YsnnTw7SMK+laIdYPyKAHiPqxjaZIgCiRIwPh+IiI+emP64wk3qomnO98o03132       BWdZbXemO4SlQqzbuRks+p9j0nwRvJ8WLZ+2HzZ0plN6AjryYSYJ1U950FIi2MoCgm5F       7uQPVU5/t2Eiv5QMJQJBtXmvZOjfeLUUXUXis0zV58TOA3urPEetGu7MX2YXqHhZqgJp       +n0w==

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version          :dkim-signature;
bh=f3u5kBitjwINDnQxqT+F9mjoX0uP0SVwYF8SuaGdCU8=;
b=Sxl0sRH/FkFNkSsWa+M/99ZzEC46tC0BLYnAgB/q3/a3I61SnBO6NKYKQCEbkbSI2a
ClO31i8Snbg6AQUgZkT/gPqlZveQJQrSsfccp7smyxScvf0s1jeWNfxNjy9r8DLNKWGJ
+PYP4cUnqtrp9mL3fI84JyG3m+kXMhoKBw6T7fzh7QrpEBsgSlQATj+D8kehlJNdjt1X
vfQQK+vuBvWhThd2IljluP5MhP/nu9Qa5vSMvVcd0+oXKpymzqPoGzjuHaICjDbD6Q1G
iyO8ogWtU2iS83KgaBG9cMGItHwxNXL6A1F5+WMcDNUN211E7XQYwMsoeKETA/4UjG3Z       Ykbw==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=GFSB5wsv;      spf=pass (google.com: domain of 30wg2yiakanqoekjk14-
38ifkj4i+ryxke7lbk5l6zqx6ee6b4.2ec@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=30wg2YiAKANQOEKJK14-38IFKJ4I+RYXKE7LBK5L6ZQX6EE6B4.2EC@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <30wg2YiAKANQOEKJK14-38IFKJ4I+RYXKE7LBK5L6ZQX6EE6B4.2EC@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id f13-20020a05600c154d00b0038113e140efsor144765wmg.22.2022.03.19.09.46.12         for
<jeremywilandcsc@gmail.com>        (Google Transport Security);       Sat, 19 Mar 2022 09:46:12 -0700 (PDT)
Received-SPF: pass (google.com: domain of 30wg2yiakanqoekjk14-38ifkj4i+ryxke7lbk5l6zqx6ee6b4.2ec@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=GFSB5wsv;      spf=pass (google.com: domain of 30wg2yiakanqoekjk14-
38ifkj4i+ryxke7lbk5l6zqx6ee6b4.2ec@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=30wg2YiAKANQOEKJK14-38IFKJ4I+RYXKE7LBK5L6ZQX6EE6B4.2EC@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject      :from:to;
bh=f3u5kBitjwINDnQxqT+F9mjoX0uP0SVwYF8SuaGdCU8=;
b=II1gOQS04e2GSchQyUXOWOVJI69fxfoO6akh¦AWSIaIIJvVL9YsY0stc0CJK4W7oQzz1
LY1R5c8TMr91P1iCL9o/T2uYS3B/7+Q7E11hE3WB/aOtdxoDBoZ//pVNl8WkwfPoSZNY
IVSuJ3Dwq94/Qy7NmXdLOkW07C3txwPmHne06+W27ZIVTULVBghFxQvG55Rba4fBinBo
Dnej5Nu4J79YbehItBvmg1AnpwtUjanMjHUwtPZp2zaJuzhKvAqXDLj6YJJ8WQPmZhm3
TSbb2q2R3zeVwXOyPRYWBwmmXcL1tzCtgGKaO9DWvi9zm+qDFAO8S/Gf2OaeTxL+ZwML       0a1Q==
X-Gm-Message-State: AOAM531YSNkHg4CSd76wqmUwg7FEfXvnjz/8/LW57gxDUDU1csY0DmDl
8bGKhG2yXsGZXeELstPGox0LaGIvTQAkUsQ4Mu9lkPY1f8fREhiA3yZnjbWlrlPVSYTJqpdeqMe
nA5HrIrasWaPGwYn0fkYhHNmc3ys=
X-Google-Smtp-Source:
ABdhPJxmjl17nw5tT41vB+y86Uggz9WdP/ZeRmtpNWtj74pEKRDnif9Yr83eaknllbCyUMNR+h/ozhPdkh+trTpSh80=
MIME-Version: 1.0
X-Received: by 2002:a05:600c:3785:b0:38c:9b55:a477 with SMTP id o5-
20020a05600c378500b0038c9b55a477mr1176066wmr.164.1647708371916; Sat, 19 Mar 2022 09:46:11 -0700 (PDT)
Date: Sat, 19 Mar 2022 09:46:11 -0700
Reply-To: youtube-disputes+187uohvlufvg907@google.com
Message-ID: <00000000000029f8d305da9500a2@google.com>
From: youtube-disputes+187uohvlufvg907@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000033f30605da950070"


From 1727821192873836838@xxx Sun Mar 20 12:18:14 +0000 2022
X-GM-THRID: 1727752300735791625
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp785706ejz;       Sun, 20 Mar 2022 05:18:15 -0700 (PDT)
X-Received: by 2002:a02:c50c:0:b0:317:c29c:5443 with SMTP id s12-

20020a02c50c000000b00317c29c5443mr8396641jam.98.1647778694912;      Sun, 20 Mar 2022 05:18:14 -0700 (PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1647778694; cv=none;      d=google.com; s=arc-20160816;
b=VQtPGgL+LkN7YGjMJFx1HWiGnpDN/jDmkiE1H6DuRblhbRaMljLp/6YjRHhqk2091A
2kyWQJja9edNVoXM/T7zUgOdhxCu0dp3aZm2j/QIl7beauxJd5oxZMOIs0r3IwG8DJEq
gpNOW/qKOwt7gCNNy/asNz0ahtRiXOW1hgMVicVTlZD4zBNKNJ8otXZdm3vGKT4iH6UL
IW3yeNh/VFf9bcKlxcerLF2VaU7FwxcgZfX7nWnNWs/mVP9Npk9w5G2j8Byc3flXZP0N
oJjVI7RiLmRHxKV8HaZs4SlrqcSWgAz/VtGo+5sSAmKU2engqChV/1wiKN/DjU0uyCtk      Hazw==

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date      :mime-version:dkim-signature;
bh=fXJWq5LBPUCc3/utc5NPnOozF9S79O11ehv8mFfpDOs=;
b=rUXTdIKwki+elWrb/AyUm3thgfRN8wJ4EOHAWWTbxWAX3YarjmVQ+l/lu53BEDnIwB
cdJSIKfNRjO6r9v9PuelGGvWwCBXGhRhx0hXXHYhzuSaAy3dnLoNe6uovwlW8rGEboPz
lqDFsP83t85T0udIQOcNtLW8u2E4nlRA8EwaCLmDosfM6RKCzps5GNxDKHbF/VK1Ym+a
c0QNWuHxuNhFSKCo8g/hPRIdEg3dkuogN8cNZkgJYBy/Z5hNeKNSbvA7mqWCd+H1kA03
CYCsDM00JOBovmetMAYLwg1bbgiqP/LYgXsgoT+Lxxuf7DKXsP6ESjXEJLG/FqR4YoTm      afNA==

ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=eCizq62N;      spf=pass (google.com: domain of 3hhs3yiakalepflklsv-
uzjglkvj+rlvmwdrmex0xsryxffxcv.tfd@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3hhs3YiAKALEpflklSV-UZjglkVj+rlvmWdRmex0XSryXffXcV.Tfd@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com

Return-Path: <3hhs3YiAKALEpflklSV-UZjglkVj+rlvmWdRmex0XSryXffXcV.Tfd@youtube-
disputes.bounces.google.com>

Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id n15-20020a02818f000000b0031a549e7af2sor3880821jag.71.2022.03.20.05.18.14      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Sun, 20 Mar 2022 05:18:14 -0700 (PDT)

Received-SPF: pass (google.com: domain of 3hhs3yiakalepflklsv-uzjglkvj+rlvmwdrmex0xsryxffxcv.tfd@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;

Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=eCizq62N;      spf=pass (google.com: domain of 3hhs3yiakalepflklsv-
uzjglkvj+rlvmwdrmex0xsryxffxcv.tfd@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3hhs3YiAKALEpflklSV-UZjglkVj+rlvmWdRmex0XSryXffXcV.Tfd@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to      :references:message-id:subject:from:to;
bh=fXJWq5LBPUCc3/utc5NPnOozF9S79O11ehv8mFfpDOs=;
b=Feb9Sv4mheSjp3jH+SHME4v37R/loTsr5EBKg8Mi6JcRD8qWjte1ZxT8YA3uW5Wllq
nxNohzrftdAjhNUbhrzj8jMgeGA8FwOVuiGfh62OhZ46T5wxoGG+UsM6Vk+jgshN7CX3
PqTnNH3lTLQrQ67cOp/hyLiGjwxBqDgm9pBdE+kL8FRRYtT7lkz1tgTDZthEkYHW+Xht
/n4FUhdz73g16TpSyIGewGBHgORyiCHydZqQC5wH8RKHYov2Yw277FXE1qEfjdDFUf20
YzoTB1aFwhYE05U10xwgz2ArGTAlX6rlVsX222J6KftJM+m4mr6Ko9ec3mjQ5MeJQVrS      /s7w==

X-Gm-Message-State: AOAM531QBlPy2ArjJ8pS4a7BNHYgcjbC4WUakRSrfdFS4b4h8+jJ9KV4
xGWhWqcmTVlzHO5ArXCimetiXmzS30k2ysA5putVX29liyEmqhag/FJAf9Twq7pvAWWOFEcdxdZ
UMVZ1QKms/eX2m5klBHHgHFJOs1A=

X-Google-Smtp-Source:
ABdhPJwePDRyjZDeb0tEoSVb0mUfsWtusDpNxW1OTReDXSY0kMjHe7052JLE8R85ooW5I5v915KbSyMp9vkac7
kelCo=

MIME-Version: 1.0

X-Received: by 2002:a02:cbb8:0:b0:31a:2840:e83d with SMTP id v24-
20020a02cbb8000000b0031a2840e83dmr8532501jap.76.1647778694501; Sun, 20 Mar 2022 05:18:14 -0700 (PDT)

Date: Sun, 20 Mar 2022 05:18:14 -0700

Reply-To: youtube-disputes+0u4vfmavn69gb07@google.com

In-Reply-To: <000000000000afbf1005da961379@google.com>

References: <000000000000afbf1005da961379@google.com>

Message-ID: <000000000000bda5d405daa55f6c@google.com>
From: youtube-disputes+0u4vfmavn69gb07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000c1666f05daa55f23"


From 1727752300735791625@xxx Sat Mar 19 18:03:14 +0000 2022
X-GM-THRID: 1727752300735791625
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp440454ejz;        Sat, 19 Mar 2022 11:03:14 -0700 (PDT)
X-Received: by 2002:a05:6e02:218a:b0:2c8:1bf8:e15e with SMTP id j10-
20020a056e02218a00b002c81bf8e15emr746290ila.55.1647712994400;        Sat, 19 Mar 2022 11:03:14 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647712994; cv=none;        d=google.com; s=arc-20160816;
b=P067/nB3spehsl+Hll6HQ0x1ghte15auOe/vD7Y8RV6rSxGo3CiLiEirwDkHfx2Cwl
ZHlt8i94XjyFtJV9TJXSQwgWVZ8AFTGUNByTPAccWD3Ij/Dy+RBusKjNXikdiz+VUwEN
xwv74BwJ4+FMqNz4+tX66fi9qBi48tZjFkWTPnTZtRruNc2XSV22m82XWLjyd83Hlx+1
IaLd0vhMsmcclTXEzup9POLs+K5avr1rPyu6Vy0gbigS/AdUaniwD3SsOH+UMY7ch+Sc
OxGhP7YNNMHvCNOhwIQwfIf2sktZHBHUxL/m66LbW9o/WRL1JplQ5wJMqyWrzOVbmLg4        aQIg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=OnVfkIZV2zediUkMLBP/h1qPhmod//e8h2HnlLzsfTc=;
b=WYh8qN6X9/oQH4k7erWaaLbehjv1vVGtjt/3Srk5FOr40MnlstgMjC1MJKV5EjR8mQ
GahpSNXw3y5A1+k7KXeF9MamGQ7ijP3EDqrJvQqOhdupNZqN8fHmE5QkZpLA1WoCB8zl
i0Fvs0/vRJRsbsHZVROKegewZSZ9xHmXAkDCJb7POGI18KSfVKWoOhut5clElFYkh3dA
BsIsXRHYocEKchu9NJ86wAQnPkSK/376TT5B9yWL1UV7HZHOJg+501Y9oOCxtW3vwjKq
cUovLcnCtMBvtddjIEOX4dMqPxgjE563C+tElf1KuvmNPaq+tgEevFkrqDGqIIk36Qog        CR2g==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=UBzqQjWC;        spf=pass (google.com: domain of 34ho2yiakaak7x323kn-
mr1y32n1+93d4ovj4wfipk9gpxxpun.lxv@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=34ho2YiAKAAk7x323kn-mr1y32n1+93D4ovj4wFIpk9Gpxxpun.lxv@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <34ho2YiAKAAk7x323kn-mr1y32n1+93D4ovj4wFIpk9Gpxxpun.lxv@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id v17-20020a056638009100b00317c96e9a05sor788643jao.12.2022.03.19.11.03.14        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 11:03:14 -0700 (PDT)
Received-SPF: pass (google.com: domain of 34ho2yiakaak7x323kn-
mr1y32n1+93d4ovj4wfipk9gpxxpun.lxv@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=UBzqQjWC;        spf=pass (google.com: domain of 34ho2yiakaak7x323kn-
mr1y32n1+93d4ovj4wfipk9gpxxpun.lxv@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=34ho2YiAKAAk7x323kn-mr1y32n1+93D4ovj4wFIpk9Gpxxpun.lxv@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=OnVfkIZV2zediUkMLBP/h1qPhmod//e8h2HnlLzsfTc=;
b=sOL0Rv1EVl/a4eprgWi2ZFp8sKT/0qf6Q2iv4YQ2UJlG3zHI/cG9/vd4VtjNsSfWE8
omy3+SH3eE2veWyI3ryP/pvr63yoEsGnX4910kk6DlwCWQFPFSeDDWqQxo58RLwCUhI6
gE5AfVFujH3qM7cOGzaCqVhDm0zbvuN6+piJO6PPdgVtc4HvQLKQB5il9iVN5iGyWyBM
pDCkezfMYGoEvzxP9OFLpLrl+FPOdsgAEcrbPJLI9ZkXDzqmiyosLcewdfEzvRv5RvJW
VxQDTUr1Yhr3wohKgvoup5ih5LC+UynGd3wPpz1SYgtDndDaYFhYlvt+hM8EGMlyQoOH        /YFQ==
X-Gm-Message-State: AOAM533xsLSvR2QPo2qIlygQBgLYe9pIvke5wHYF1m+8H2LKaMQK7QVH
A0t7JkvPdk0OZPE4wYtsxzmVl3L2tzxin/s255so4b+N9Tr8HACEmXZv8XmRi2fq5RdP6iD/Nd1

nUylPvwqp0o6Fai6Pc9QrP2XFBx4=
X-Google-Smtp-Source:
ABdhPJwcOwsFomiBrCbSt0O78Dcc9FK6JIbdQAv18vyMSBWQacCvkW5SXNMZOvFxYk8dTA9Og2Q3q5liIkymu
NV7ZAY=
MIME-Version: 1.0
X-Received: by 2002:a02:666b:0:b0:31a:104a:c484 with SMTP id l43-
20020a02666b6000000b0031a104ac484mr6859274jaf.172.1647712994031; Sat, 19 Mar 2022 11:03:14 -0700 (PDT)
Date: Sat, 19 Mar 2022 11:03:14 -0700
Reply-To: youtube-disputes+0u4vfmavn69gb07@google.com
Message-ID: <000000000000afbf1005da961379@google.com>
From: youtube-disputes+0u4vfmavn69gb07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000b3dfcd05da9613a8"


From 1727511743069674095@xxx Thu Mar 17 02:19:40 +0000 2022
X-GM-THRID: 1727511743069674095
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp670659ejz;          Wed, 16 Mar 2022 19:19:40 -0700 (PDT)
X-Received: by 2002:ae9:e607:0:b0:67b:1209:afbb with SMTP id z7-
20020ae9e607000000b0067b1209afbbmr1623913qkf.584.1647483580726;          Wed, 16 Mar 2022 19:19:40 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647483580; cv=none;          d=google.com; s=arc-20160816;
b=Mx1k6t3Hb6UBityOwQBqHHR+BY11DxxZiF/YwNuD5aiwE+nkePy7AYidJGupz+OruX
y453JFK5BM6ACJvxCqQ4Ft+Vxv1RN2NBepiGG9HRE6u25PSvb/jrMX4AgnBGiZj8Wzgy
gK90EeO6vW0Q6Rny3ey/fW63DB1bzYYNcECJZqz7jNxOlQQF66XJGWUnsMBREx7Zv3qD
GQE7zs2tv1sY0TKjlMLQM5y8K7QkHKPapfk45feJR0x4Gr8t+1XT1jUtUrc3quqVh7Nz
ONKMzDfEu6D45t3lCqogECkynPXv37fFtatOVU0ip0w3aPMsbxa8BZxD9IR5TjWW40iE          hTiQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:date:mime-version          :dkim-signature;
bh=4Yqz86iYOghQ2oft/SYnPb3L5mNEP6IM6WJrFp9vya4=;
b=zWM3Mpxs3s+HZO8D0n1pjtGWsPTlKzVZLimxr1TlgI1HnzJkk9vfxt0r9NK4H9cp7L
9VjCgn7M0kVOUV8M0HZa+KnaFQurius5nz6ztlXgNdyndwQHgkClI10ISCKf2igQuOZ/
ZClgtv2DhtLJbH8KwSbxEMF1XXJdsCZV2SIo2llZBT6HeWK1NempV2LPYlBNLvTyOw5n
hkakT6TOzZV6kUUFvwJhViGNGosJsRJFS3qoHh3oUXOt1Lt4YaT4RemCEnkQ9KgKb2jz
p6uCs5sH8VLdiBs8+za+utm1OVMtwqDUucyTEfFjLAJHon6RzaNClfNY7LEJpPILmXeu          SHIg==
ARC-Authentication-Results: i=1; mx.google.com;          dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=qz7YfKKM;          spf=pass (google.com: domain of 3vjoyyggtd9mcd-
g3eanz11djcih.5dd5a3.1db83g3bnl7azc21h15bz7a.1db@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) smtp.mailfrom=3vJoyYggTD9MCD-
G3EANz11DJCIH.5DD5A3.1DB83G3BNL7AzC21H15Bz7A.1DB@gaia.bounces.google.com;          dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
Return-Path: <3vJoyYggTD9MCD-
G3EANz11DJCIH.5DD5A3.1DB83G3BNL7AzC21H15Bz7A.1DB@gaia.bounces.google.com>
Received: from mail-sor-f73.google.com (mail-sor-f73.google.com. [209.85.220.73])          by mx.google.com with
SMTPS id m16-20020ac85b10000000b002e1e828cb0fsor887041qtw.69.2022.03.16.19.19.40          for
<jeremywilandcsc@gmail.com>          (Google Transport Security);          Wed, 16 Mar 2022 19:19:40 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3vjoyyggtd9mcd-
g3eanz11djcih.5dd5a3.1db83g3bnl7azc21h15bz7a.1db@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) client-ip=209.85.220.73;
Authentication-Results: mx.google.com;          dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=qz7YfKKM;          spf=pass (google.com: domain of 3vjoyyggtd9mcd-
g3eanz11djcih.5dd5a3.1db83g3bnl7azc21h15bz7a.1db@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) smtp.mailfrom=3vJoyYggTD9MCD-

G3EANz11DJCIH.5DD5A3.1DB83G3BNL7AzC21H15Bz7A.1DB@gaia.bounces.google.com;   dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:feedback-id:message-id:subject      :from:to;
bh=4Yqz86iYOghQ2oft/SYnPb3L5mNEP6IM6WJrFp9vya4=;
b=TdtyOTJ7ZvgZGAGa7bGTKZ+r2Uce72/MWxtI597DMX0uEiCgRiBnmrfN/jQ/nXZW6T
XyiBNKwzBa8NWgRJBdkSOng/toL03hd3PB+dEvAoofuiOJ2ZxIAiEHMuFgdfIQ3B5lA/
0HwhKzd/DQRC09lT7bnr/xh6H+KgFVScWG56U3UC1S7FZte3uhTBKNctZf8MfmMcNEu8
gYzXjLZt1wtDRVlK7F4j0i/ZgvAY4HGxtFEaMTYXQpsJrIghlyzJ+ibryZQI1Y2NxC8h
3UHyNLTD/Takpk7BXQCJC7VECkw/ekMBKGYtYubcRDMVDlGEKD8OFPI73+njOgpKBBIE      irwA==
X-Gm-Message-State: AOAM5301fzudkb/gJL5vzTUgxF1L28fHmtzQtL72v9aSY/sylwcChet6
6MH69umGAJ3mEXhalQqCiAHOqj/1EvB3x4qFxDAzKw==
X-Google-Smtp-Source:
ABdhPJx2QjV1+fpld1I4B0aVCqDosdZpqZNlLsfW2wJH706QRZa4GWRXul4AoEuakdgi6nA/IfU09UsjXOmzS9KVv
AhODA==
MIME-Version: 1.0
X-Received: by 2002:a05:622a:1b8d:b0:2d1:38ca:6b1 with SMTP id bp13-
20020a05622a1b8d00b002d138ca06b1mr2123532qtb.688.1647483580474; Wed, 16 Mar 2022 19:19:40 -0700 (PDT)
Date: Thu, 17 Mar 2022 02:19:39 GMT
X-Account-Notification-Type: 325-anexp#nret-fa
Feedback-ID: 325-anexp#nret-fa:account-notifier
X-Notifications: 1faafb3da7d00000
X-Notifications-Bounce-Info: AXvZQxeVib5cM99q0gKPE8Kz-gzMHDKGvapbeKEG8KyAJ-
oSIuisgGAAzpuKYpEk7VLg1-
hZspDpK_O9aaiCpe47k5HyTY8k7EbkuSNYmEaQHZO4XzyaD4YeW3KGL6fcZVEtg0OnIm7_qW7tSYi1yPJoyVcN
jAwNjA0MDQxNTM1NTk2OTMzMg
Message-ID: <SECst_2e9iLqSpyFcobvqw@notifications.google.com>
From: no-reply@accounts.google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000096639b05da60a998"


From 1727731833684290371@xxx Sat Mar 19 12:37:55 +0000 2022
X-GM-THRID: 1727618270188539444
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp299757ejz;      Sat, 19 Mar 2022 05:37:55 -0700 (PDT)
X-Received: by 2002:a05:6602:3ca:b0:63d:dfc8:fa66 with SMTP id g10-
20020a05660203ca00b0063ddfc8fa66mr6320486iov.128.1647693475495;      Sat, 19 Mar 2022 05:37:55 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647693475; cv=none;      d=google.com; s=arc-20160816;
b=w7+ZQ6CYRWepwlU2mnaTul5AXqNQni8TJkOtTg1IYJ8k8uqNYP7LEnHqU/4hriZcdh
jIjKSaOI.BsEbHjkDr60nsKwy0IJDpE5BRHg7ZDfBzdIyMDIjfKfceHSyrigUZCnamp6u
OldIFBed7t+KvuT03hnKRgncx6HL3fm4JfXZAqVr6tF/HpSdVjpPW+469uSt6soII6ts
pJIzgwtwl0w8eTB6xU8RdB2eem3e2mArlwe6UohBo5Y6F1EfpbMtEmLMQHBd3yyv8jbv
A6PQSC+9YFblYmRgu8Q9Jbwj4oHEEXLr+dbPHdwpmauRP9enh8Ms6Edpgjo07D1C6biW      77uA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date      :mime-version:dkim-signature;
bh=KA47zDZFH3SdVsu/AMRNmaiwp5L8kTCPxAefEPI7PtQ=;
b=bGDCXxiCNyUx7FsJWr076s638uwU3npc/ECQ1ekjRnNjvd4dMz6e9x0cSAPedn6YMZ
N9konB7/OL1pGxD6rAqsbXqbBixf8e6tPKZNmGTJ2S+BaOj/xVT0aQGvgJ3GS1aPh5K2
gH7E9t1Bsb2jQD8xECueeq2+OCIWNTUXzlYrOZcwzUQ9anCKY+6tB6PzrnDIG7NPyvM+
JWYQI4jkO1SYLxgLQpprn8+ZCLtrtiZGjbZ7huM1bvbR5QHWVDx5awRZZz4zBa/Vb5aI
jiaCx4b+m/P1L5Qu7EzKF375ZWqM9N2gEuFMx9J639CfD2c/PGfpLqylSHU1MARf7qCd      W3VQ==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=BPKb2Rzm;      spf=pass (google.com: domain of 3o841yiakadakagfgnq-

puebgfqe+mokiocsogjqkomcsaasxq.oay@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3o841YiAKADAkagfgNQ-PUebgfQe+mOkiOcsogjqkOmcSaaSXQ.OaY@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com

Return-Path: <3o841YiAKADAkagfgNQ-PUebgfQe+mOkiOcsogjqkOmcSaaSXQ.OaY@youtube-disputes.bounces.google.com>

Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with SMTPS id x10-20020a5e830a000000b006495967ca1fsor1861480iom.30.2022.03.19.05.37.55      for <jeremywilandcsc@gmail.com>      (Google Transport Security);      Sat, 19 Mar 2022 05:37:55 -0700 (PDT)

Received-SPF: pass (google.com: domain of 3o841yiakadakagfgnq-puebgfqe+mokiocsogjqkomcsaasxq.oay@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;

Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112 header.b=BPKb2Rzm;      spf=pass (google.com: domain of 3o841yiakadakagfgnq-puebgfqe+mokiocsogjqkomcsaasxq.oay@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3o841YiAKADAkagfgNQ-PUebgfQe+mOkiOcsogjqkOmcSaaSXQ.OaY@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-message-state:mime-version:date:reply-to:in-reply-to      :references:message-id:subject:from:to;      bh=KA47zDZFH3SdVsu/AMRNmaiwp5L8kTCPxAefEPI7PtQ=;      b=qpdAlrvircNSpmu56uET80wIy/QnweEs+S6/o2KptEOOJBIoODeMqY+bOFimNOnW8o      Zm0Cf6qfbapVF3nJgdMHyOQ7NDvu7rOlWrHlap4uk58ockJc5sVSm2JM/yyRrSUVzJ/A      q2KVoS80pQff/jLxXry2KXLKxV+uMNrU2SuiacctZ2XhNbiAaHkqn+Qa0KrOKNWdL+tD      CSTaSp84cB3r484IW6/5GFgNnPYOCcreYLbjHlw3LQLs78iCWQWTH0TOQFYfVOS+kNZj      nrb4kviLnM/KvW1dnkRLlID0dAB/hQYVYWrW13TdoySQLwJQx1+Dtj8bhW76cyMaIDx9      YTIg==

X-Gm-Message-State: AOAM533MPoL1g9WSSkvl3Iwfkh0p/2b7h93CLofezWGustIVKIXNLiLr iwN32ZGrrqx3ZOQ59j8IQu2pWlB0+ewCJSRRzyFJLd2upp8GY7LQn2gTMNrijPAk1R6CV4t2/au Ad35oJRRJHlwb6//hH2OFVPxeNHE=

X-Google-Smtp-Source: ABdhPJw8ZlsDZl/2b9jiW+GEFPNW5bl5u6QqcuT+dY2NSyoQgzSQ67995e442R9zJbZoCkT1GLEt7h7VjQbufjVff8Q=

MIME-Version: 1.0

X-Received: by 2002:a6b:e20a:0:b0:648:b6aa:6615 with SMTP id z10-20020a6be20a000000b00648b6aa6615mr6312946ioc.209.1647693475116; Sat, 19 Mar 2022 05:37:55 -0700 (PDT)

Date: Sat, 19 Mar 2022 05:37:55 -0700

Reply-To: youtube-disputes+0cywcq62ux4yc0q@google.com

In-Reply-To: <CAGF==x_mpKb-1B5a-M+uQV6jTd7derQWmOS9qGxv9S7uiGp9eQ@mail.gmail.com>

References: <CAGF==x_mpKb-1B5a-M+uQV6jTd7derQWmOS9qGxv9S7uiGp9eQ@mail.gmail.com>

Message-ID: <0000000000006e85a805da917625@google.com>

From: youtube-disputes+0cywcq62ux4yc0q@google.com

To: jeremywilandcsc@gmail.com

Content-Type: multipart/alternative; boundary="00000000000048d86205da91889e"


From 1727618395997716924@xxx Fri Mar 18 06:34:52 +0000 2022

X-GM-THRID: 1727618270188539444

MIME-Version: 1.0

Date: Thu, 17 Mar 2022 23:34:52 -0700

Message-ID: <CAGF==x_mpKb-1B5a-M+uQV6jTd7derQWmOS9qGxv9S7uiGp9eQ@mail.gmail.com>

From: jeremywilandcsc@gmail.com

To: copyright@youtube.com

Content-Type: multipart/alternative; boundary="0000000000001f9eb305da78586e"


X-Originating-IP: ::135.26.144.241


From 1727511808078032184@xxx Thu Mar 17 02:20:42 +0000 2022

X-GM-THRID: 1727511808078032184
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp670970ejz;         Wed, 16 Mar 2022 19:20:42 -0700 (PDT)
X-Received: by 2002:a05:6214:301c:b0:440:e857:89ac with SMTP id ke28-
20020a056214301c00b00440e85789acmr632199qvb.122.1647483642631;         Wed, 16 Mar 2022 19:20:42 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647483642; cv=none;         d=google.com; s=arc-20160816;
b=A5SRSuk2eJTF3LEsdc/fiU6zZ0hfku5aQDpK0N29+vuqzaq9EkmzsQwWzBR9+tOO6V
KBnsLt0JTFIVDmilkQ7l7W/tLlPx6pApIhMYdeg3p7icNMYzmIlAVNkRXSOkXc2KOJ/+
9tmnfHuIUTRN5wiATpUr4KUMnxQM/5xk4m++71hboOn8h4t43ovV8An2ruVnx3fzXBnf
oY2NeD2CDgKYJyEesapjIf+pdj840spLm4q5nhghHwnKF4JJATYGWYe+09tO24DXBhy6
+HwX3niiaHns/Zezs44zJIWDC2lyynvxKzk2jyio+pf3qf4lgwoeKx5JFeNOGp+p6bIn         QFCw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:list-id:feedback-id:list-unsubscribe         :precedence:reply-to:date:mime-version:dkim-
signature;         bh=OkbHc6E8TbaNX8FMa4lg/fsA7+iuGQz2zd4jGomzGk0=;
b=IheCOUMZCrqM9EKV4WSKk/Ll4OL8RFugLhcNCrQWZMeTlgdTbDikY0ebSDqXQtJmn2
IfU5z0ZaAjA+t8SGHvEA30FTwHlbPeJiW3lBEcHVokxV+U+ezN6S/aG5Kk+h6SF9fquh
v/q/AHfv71ulpaPLl2YvKpNhLkPRZDk7c4A6lMV1y6t6opvSgal3lhNXJLVtdeIbb0h2
OTT5nnyda9EuNDaXFqYv42d9k2d8HFkoZtc5pkH13AEKJiYTVuWHES5P7t95L6jc+G1O
x6JXOooFvt+OCPVeDuzbzulxk1/Jb3fG83esYn1+/pt9nCeIewls536ZMH9uR2cxPZ9z         Q3Wg==
ARC-Authentication-Results: i=1; mx.google.com;         dkim=pass header.i=@google.com header.s=20210112
header.b=XERC1hau;         spf=pass (google.com: domain of 3-poyyg4kdxmz77z4x-
67ax84hz77z4x.v752xax5hf14t6wvbvz5t14.v75@scoutcamp.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3-poyYg4KDxMz77z4x-
67Ax84Hz77z4x.v752xAx5HF14t6wvBvz5t14.v75@scoutcamp.bounces.google.com;         dmarc=pass (p=REJECT
sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3-poyYg4KDxMz77z4x-
67Ax84Hz77z4x.v752xAx5HF14t6wvBvz5t14.v75@scoutcamp.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])         by mx.google.com with
SMTPS id c127-20020a37b385000000b006627631ab3asor368357qkf.30.2022.03.16.19.20.42         for
<jeremywilandcsc@gmail.com>         (Google Transport Security);         Wed, 16 Mar 2022 19:20:42 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3-poyyg4kdxmz77z4x-
67ax84hz77z4x.v752xax5hf14t6wvbvz5t14.v75@scoutcamp.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;         dkim=pass header.i=@google.com header.s=20210112
header.b=XERC1hau;         spf=pass (google.com: domain of 3-poyyg4kdxmz77z4x-
67ax84hz77z4x.v752xax5hf14t6wvbvz5t14.v75@scoutcamp.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3-poyYg4KDxMz77z4x-
67Ax84Hz77z4x.v752xAx5HF14t6wvBvz5t14.v75@scoutcamp.bounces.google.com;         dmarc=pass (p=REJECT
sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;         d=1e100.net; s=20210112;         h=x-gm-
message-state:mime-version:date:reply-to:precedence         :list-unsubscribe:feedback-id:list-id:message-
id:subject:from:to;         bh=OkbHc6E8TbaNX8FMa4lg/fsA7+iuGQz2zd4jGomzGk0=;
b=wwL4uUqw4ufMR1J1ng1Ku6Ptr0J+t8g2C1LhZK+NLYuhaHYCR19W6cz25reUfMfb12
gmdQtZYQjj2631kydyPX1/mg0S5qP9kr/pLZirrdnkaiOAFWg6a2/3/dvJ4bD7ruc+Gm
GNWxAttyAzR7j0Vu2OSFaucI+9l4jn9msd33xp7F4EX0jZ/cStQESpwijARDMpB/paAK
GFQo76cfgcJHLjdWV+/21ytqP8TeGxE0GNFxZDY/GFvpSnwIh9dJWYo1jCd5SDcpTTVu
7+QhS/jCIGmp2EcHnX3/2xw58Sj/cm7YFJfEQ+BW9S0Ag1GRndbK+wf2UXBisdwOr1iV         IFOA==
X-Gm-Message-State: AOAM5308YVaZX6qhs21BMC4kMK293TqkiyDkFSGPDNaCpPPT+BNwKeTK
0SfEOeYWZW4kC1Fw9WglEamN
X-Google-Smtp-Source:
ABdhPJztgyyGlDCJnaCKdyAue6YXPmyiy5MaT1ull5ht/HEv6W9tLbrqphjRz3OHDHNWN8gFi97xh9E=
MIME-Version: 1.0
X-Received: by 2002:a05:620a:11bb:b0:67b:1373:2e71 with SMTP id c27-

20020a05620a11bb00b0067b13732e71mr1636598qkk.720.1647483642272; Wed, 16 Mar 2022 19:20:42 -0700 (PDT)
Date: Wed, 16 Mar 2022 19:20:42 -0700
Reply-To: google-noreply@google.com
X-Google-Id: 4016771
Precedence: bulk
Feedback-ID: P-232--1013180605:C20079894:M110428757-en:gamma
X-Notifications: d97cce1cc7d00000
X-Notifications-Bounce-Info:
AXvZQxek7CZvnlu1aAWytmZXwYdeNXiG2crnrWbFdoPXsWnazu9AM2MlTwfKwcsrpvGrWuPMvtJhQMZALXK
KpqxsbFGfC6ZlPEmdQe-C-
2w1WbIUZ_7DazzW94Vh4PRfvRh0Bv1HCQCqltgyqYr84s4D0SUzNMK5hcK4RLUvFqpTobhknP0yQGg9NjAwNj
A0MDQxNTM1NTk2OTMzMg
Message-ID: <9fcf27748cd08b4bd58e30e90ce9f0de452eca9d-20079894-110943201@google.com>
From: google-noreply@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000455a7e05da60ad7f"


From 1728477435253578821@xxx Sun Mar 27 18:08:56 +0000 2022
X-GM-THRID: 1728477435253578821
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp5501903ejz;       Sun, 27 Mar 2022 11:08:56 -0700 (PDT)
X-Received: by 2002:a63:e52:0:b0:382:6927:a63c with SMTP id 18-
20020a630e52000000b003826927a63cmr7402543pgo.437.1648404536420;       Sun, 27 Mar 2022 11:08:56 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648404536; cv=none;       d=google.com; s=arc-20160816;
b=1IxX2DliszGEU6eTY0nSOlPIRjRJmY3J8cyo8Z2I45RJosmN7QDn96sJG+w2j+jmRy
RozE/h7PGemed9Sp48pe9Ckkqx+Hc07UDeFB8lX5EnOCFyeB/L+najrL4yDagu6aKHT9
kKSy3NpaB0I3l/nXDSNRQUFUoivyV/QjBsDMtFhcGasYTiGx01n9P6P5Vb/49gigLMrQ
EiALGCUsJnzuooJezzC4dqzy2s6RMkHI333s3soliP0R8ZbCQf7fImgvEFT35Kfc/fP/
C2vavTgc51xa22i5TO54aXsLk2seCxPm2ZB1EhlkKpOkIKtH6eKl3zgrli2L3KXyxyNl       BOWw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version       :dkim-signature;
bh=FPVDA+R2vXETyKWUclYv7KTA0M9/ke1Idpidq L/+hCs=;
b=tvwKpXKHZDe32a1HF064v+8173OaMHwkPIJ4AqAilnA3/H/Ebczg5sk++wLaZrOB6B
qlYNUYJbHtq/74mE8XJ1hUUIBBxzbzG38ngK3ychTyg6Tb0GNP1y76Tcd5IOg3+qNzV9
7OywG3FbIq40dLxt6gv+yQcUOQWMVuU/Y0KWm/Wo5LPM46Yq5YcPQROUMR+BJg8+FE9U
+u36rWnTuGbcHgGMMaj0gMOSoJCq3boeOBIVB6CCfOSbPWOVubdrZ61oUCfsg4MO7vw2
lolw6CzukO+e0u9Eo9Vs1UqyszsGeSE7Ih5Nxna/1SOQOQYIRkBGLF6L+Q+tuIgpmf9t       0bsQ==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=cya6zM36;       spf=pass (google.com: domain of 3n6hayiakakiaqwvwdg-
fkurwvgu+dwxezxajnvzhycjiqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3N6hAYiAKAKIaQWVWDG-FKURWVGU+dWXeZXajNVZHYcJIQQING.EQO@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3N6hAYiAKAKIaQWVWDG-FKURWVGU+dWXeZXajNVZHYcJIQQING.EQO@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id r20-20020a170902c7d400b0015181cd02f7sor3087575pla.189.2022.03.27.11.08.55       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Sun, 27 Mar 2022 11:08:56 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3n6hayiakakiaqwvwdg-fkurwvgu+dwxezxajnvzhycjiqqing.eqo@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=cya6zM36;       spf=pass (google.com: domain of 3n6hayiakakiaqwvwdg-
fkurwvgu+dwxezxajnvzhycjiqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted

sender) smtp.mailfrom=3N6hAYiAKAKIaQWVWDG-FKURWVGU+dWXeZXajNVZHYcJIQQING.EQO@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;    d=1e100.net; s=20210112;    h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject    :from:to;
bh=FPVDA+R2vXETyKWUclYv7KTA0M9/ke1Idpidq L/+hCs=;
b=dHYg2Tpurxqg17tJgvCHR4QP+6SFE6OGQyxGpTYHIPiCWrbFF7qANBqCvgcG0VElr7
MgPM3CZXWm+8kiTHsltpHY9q0hrPRkDoXAcEVRmVCjVXXaVdhnurhWGyLs6oJ5rm3M//
g+gJVXPmTXunkFfl/C2ub9trXinNJ5Dr6yqvOH7DwM+5oei1wra0BvYlGk20AsSjPvyK
HN2/f2NA/pKNHrTV1/RKYCBRDzKbatc+WotVFBXOnoTA9bz/BXHT4AV8+FS/0pxy6JSD
/MpQfa/c2yzFoT7MKPviZZd7gglDVKhKy/d/bluX5IesTh684eukCbPmuAke3MQ1iQaD    5WsA==
X-Gm-Message-State: AOAM533pe+DKimjC824tFcfgaI9vPYpLw1lvR3hIBGE4CmLjIggjB1PD
hiTowaNvyF1RsSbhRgpDIKLdOgQczqKGoXuc4DpfZueFlNTJIjNVWSktXIafo79rEZDVySxk0j4
sIk4QHuaZvjYjyny59RFwINu74Lk=
X-Google-Smtp-Source:
ABdhPJwZzH3o320Q93K9EfR/Z2gKZEUWFSCO2mBImcfsa7wnq6MVLMriM2A2ffsCbFEfDhWqFJR7wHQhip3Cd
2e74zI=
MIME-Version: 1.0
X-Received: by 2002:a17:902:d508:b0:154:2f99:a52e with SMTP id b8-
20020a170902d50800b001542f99a52emr22281690plg.102.1648404535717; Sun, 27 Mar 2022 11:08:55 -0700 (PDT)
Date: Sun, 27 Mar 2022 11:08:55 -0700
Reply-To: youtube-disputes+1uv2xvy7ltxfw0h@google.com
Message-ID: <000000000000c71ba005db371679@google.com>
From: youtube-disputes+1uv2xvy7ltxfw0h@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000cc7a0405db37162e"


From 1727725951120932654@xxx Sat Mar 19 11:04:25 +0000 2022
X-GM-THIRID: 1727603799931520787
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp243526ejz;    Sat, 19 Mar 2022 04:04:25 -0700 (PDT)
X-Received: by 2002:a63:1620:0:b0:375:948e:65bf with SMTP id w32-
20020a631620000000b00375948e65bfmr11341237pgl.49.1647687865562;    Sat, 19 Mar 2022 04:04:25 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647687865; cv=none;    d=google.com; s=arc-20160816;
b=czLhlz9pA0Y2PRzSlVZquvYIJ9mCIAcwkSpPlCM4x7ulVt+hHV7EwYgeH9tZ7iZ71O
21jGUOLF5LV4i2EPcjmwWwEK3r+dcoFQjisGhlm3RVv5x7Qm5q7wtr6ewz1R86JHs+6o
eKQFtnHQZxW3vDc9zEVo0phBdfe8bph6TjLkvrJEJ6QncFOud4RDfprBd5+EU9P3e+Qt
pj6UUW+3at5cljKjLGajw8L/qvus8iGN6b5tTO0vzkiU/I7xgpCvPBMc3nEQXSqasgeE
q68DZH2x6agfL0/pHxj/CbliHNHYPif/EabpdHUI1BrMgYKvSBgHfcz29rhPnBw2nrzB    9kAA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date    :mime-version:dkim-signature;
bh=OHjAplSHzuRh0hkCRoQ1z+P3+w96TNecSU3plMCn8OU=;
b=Di1+gPynkxsW0PppQEznuQNhwGKBktuzB4QTAY2kmEpmO7mWEdeCF6mPqaos/aXQv0
4V3rj4T5Gc71916pdNhRjOPO7b0WJSCByam52YBzq//aQKeeKgPCKksmtpAMXV0aswMY
hdWJpXm5Znp1x+C5Nld8o63mCNT5MaXXugg5mBNltJw75zzEG+cBF5u09DfIVecyEWy/
ujnWYiy7KFvz0k1xDwy6fqe2654Oez61vsgksUXntJtDoUjWw/r/LGC6dyMnmaHTW1yU
WjvXRCzSND20+o2fiIwnAhajOaLU/1lBDHJmS5T1Mprc9Z+AsvgRWiFFjxAfszOieGjf    psmQ==
ARC-Authentication-Results: i=1; mx.google.com;    dkim=pass header.i=@google.com header.s=20210112
header.b=EiF3KYC9;    spf=pass (google.com: domain of 3ubg1yiakabooekjk14-
38ifkj4i+r4agua4gwkznnqx6ee6b4.2ec@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ubg1YiAKABoOEKJK14-38IFKJ4I+R4AGUA4GWKZNNQX6EE6B4.2EC@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3ubg1YiAKABoOEKJK14-38IFKJ4I+R4AGUA4GWKZNNQX6EE6B4.2EC@youtube-

disputes.bounces.google.com>

Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id u8-20020a170902e5c800b0014fe9289994sor3656979plf.68.2022.03.19.04.04.25        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 04:04:25 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3ubg1yiakabooekjk14-38ifkj4i+r4agua4gwkznnqx6ee6b4.2ec@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=EiF3KYC9;        spf=pass (google.com: domain of 3ubg1yiakabooekjk14-
38ifkj4i+r4agua4gwkznnqx6ee6b4.2ec@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ubg1YiAKABoOEKJK14-38IFKJ4I+R4AGUA4GWKZNNQX6EE6B4.2EC@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=OHjAplSHzuRh0hkCRoQ1z+P3+w96TNecSU3plMCn8OU=;
b=2SvH/vn7n9G0MWRuhZJ9CvzAAjICBuVRxh4tU4hIXI6O+R6V9Pvyo/uuvPClCO8j7h
Tq59iqVHUuEH00LfJh+/dQfQgnrAyyuieaQDJ87nsR6ZjrCQfkIN1iBy2nHZn3Fdo/t/
apKXs/iEGx0qX8x60jv69TO4KvsY9HNCUnkuaDLi952+emysIZSrl3zHFKQ32p9eeDxw
AI1TkQgYtyBw9MtmXshHJ1kxvnsUI9RG26dtyowEEymgscB/I7y6wOMR6aIrf2QgBuyb
T7Oz5SWRe9roFObMZ2tdOkJmjwmJ51WO6HTfM9GFZKzeVdYZMfF/KSLqB3dPJDf3WI5a        rYqQ==
X-Gm-Message-State: AOAM533F+AsS36Dgvgowlgi3J9mteZY3r42Onksbvc3FOyIYdczJN/h2
2gyg8NAPouYfXK6Tz26Z7jNoxsDyGPP7G3m/E5j+m8TqvVLMlz3R+5rlC7UzuE8PGDj8p0Y31lq
mm3iktc+ruCQy22APdqFdSnOKjMc=
X-Google-Smtp-Source:
ABdhPJyaWbeh5XPUBJF4v5YnxmDjXGxL+8EWLkZvyaPu0isjJ8bLvLZEMcaJb6tE/TvSpyDwMw1qN1tixoqj6tWZ
2Ns=
MIME-Version: 1.0
X-Received: by 2002:a17:902:e9d3:b0:151:c6ae:4a93 with SMTP id 19-
20020a170902e9d300b00151c6ae4a93mr3909940plk.116.1647687865182; Sat, 19 Mar 2022 04:04:25 -0700 (PDT)
Date: Sat, 19 Mar 2022 04:04:25 -0700
Reply-To: youtube-disputes+1ekq4keq6u9xx07@google.com
In-Reply-To: <0000000000004917fe05da751ab3@google.com>
References: <0000000000004917fe05da751ab3@google.com>
Message-ID: <000000000000e2f4e605da90391f@google.com>
From: youtube-disputes+1ekq4keq6u9xx07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000e7fcc105da9039d5"


From 1727603799931520787@xxx Fri Mar 18 02:42:52 +0000 2022
X-GM-THRID: 1727603799931520787
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1428951ejz;        Thu, 17 Mar 2022 19:42:53 -0700 (PDT)
X-Received: by 2002:a05:6102:242f:b0:324:d988:c84d with SMTP id l15-
20020a056102242f00b00324d988c84dmr1247544vsi.4.1647571372942;        Thu, 17 Mar 2022 19:42:52 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647571372; cv=none;        d=google.com; s=arc-20160816;
b=npnVEskqFjiXfOCldhyzSkZQYgiw1+7QOMBkDF4AtP9rfqZuSFGCw0S6rapVfcU3Cv
Vb79lZ2bCV7LGbEjAg3cQIMm0fFumYLG1HLaQiZKW6mELyOsWMoP9dUI7/r9mkmdEcUH
MKI/EOaUGi4XjreEjyykERuRyLmoKFJf7U4+kRNsTqdPJuzLwfuesUTadlik9IXmgWm7
JxQEL2hZKzUr2zRmrWTkQ3IblKzpl0g+1BxWctCZzuaWTG4ZOhpmzBTkuOKUsVTeZanl
edJz1Ycq8DJREvR9ypA1+yMP2JOtvnapqnGGtJMcbM94Vd/PFKRZcfNMVKlBBnN833WI        ic9w==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=DgI12q0RTtHIoS9QrK2ObMclgYkpRqA3jZQzgbxQEw0=;
b=HI1ZfHdxQB4chu5wi50J2o/7K7YrFp8CYKBx9nwP3Z48cyW6+rENQQnXPtnzKcp0fn

TAejIDKUJnIhJ5BIjpeKA3jtH2Af9RZxCJVTxuvy4lQOixAfH7sh92WSZmg0HuMtEEKJ
okqUHdGdV006z6crl0/FU5YBRVaKr4Hnw3zE6XotYKHaZ1IqcqbcG7gthOkuthDnKIDx
u3Ac0ujep2ssI6Ml/8A1NSLaMJ/IySlST0cy4Eg1G13bT2tmD+Xw+kvmjA36Rx96/myf
Ipkl5o5+8c9IEhm422CTEwxYmHWdrGsZ8bK3avVpQf/drA9gyNlqlfKZrlkQyur5shUC        yhZg==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=qyA5eLRi;        spf=pass (google.com: domain of 3q_ezyiakahysionovy-
xcmjonym+vyekyeyk0o3rru1aiiafy.wig@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3q_EzYiAKAHYsionoVY-XcmjonYm+vYekyeYk0o3rru1aiiafY.Wig@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google-com
Return-Path: <3q_EzYiAKAHYsionoVY-XcmjonYm+vYekyeYk0o3rru1aiiafY.Wig@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id c76-20020a1f1c4f000000b00336ecad3f73sor1180258vkc.36.2022.03.17.19.42.52        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 19:42:52 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3q_ezyiakahysionovy-xcmjonym+vyekyeyk0o3rru1aiiafy.wig@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=qyA5eLRi;        spf=pass (google.com: domain of 3q_ezyiakahysionovy-
xcmjonym+vyekyeyk0o3rru1aiiafy.wig@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3q_EzYiAKAHYsionoVY-XcmjonYm+vYekyeYk0o3rru1aiiafY.Wig@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google-com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=DgI12q0RTtHIoS9QrK2ObMclgYkpRqA3jZQzgbxQEw0=;
b=xTJDBCwLZkiRj4BLGxb0jrtVs6/P0BUJEOwoDO4FcoitM7yaxH3ZsR3TVxdo2GND5o
Ufj7K/RhRSVAWIzKuDNe+/bftRGi/BwPQKFjfdipWXVef0/3sOaVSd77PCZXKxWGtvGU
V9cXftPva19Y2l8USncv49FrSWEDbqP7lq24Kgk1i/eKJwE2Iz7L9pbVVOYuMj7UxGgg
RRt462YKXh3F1VUa6jbkl6jrxWT5BAaZ+PCq1LkGOfnJ5LIPA/OGrwx7LF2FiXCxTPYT
OBEiMx1ESzmVkhUW9YSSFiQtk11In/z†EkGtZ0NLhes5Jd9Z/gqZZ9xIIYG4XgsvDNSLSz        NwWA==
X-Gm-Message-State: AOAM5302twxvqzqeaES0MKAq9H4h/gKz8Nd7+r5FHo/m/MD6u4ojkyue
RmHter3DIEqGlLE1C4UL/xRah9AORf9rnAa02xaunrbZDL7jMHMlXZV1YHh8f4X3ygjIrAYGZGM
oTSPGostmfxlP7r+IoHmxlYQX69M=
X-Google-Smtp-Source:
ABdhPJwoYOZYevacCZvIOxNy1zxKXiv5DIJ5Gzr2OFy4lrITzfb9CpBhdIPY9W0ruNieV2RCSOp1V1kuxgpMaxsy+
LM=
MIME-Version: 1.0
X-Received: by 2002:a05:6122:d08:b0:337:5438:616a with SMTP id az8-
20020a0561220d0800b003375438616amr3034759vkb.15.1647571371065; Thu, 17 Mar 2022 19:42:51 -0700 (PDT)
Date: Thu, 17 Mar 2022 19:42:51 -0700
Reply-To: youtube-disputes+1ekq4keq6u9xx07@google.com
Message-ID: <0000000000004917fe05da751ab3@google.com>
From: youtube-disputes+1ekq4keq6u9xx07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000050f1be05da751a61"


From 1727598355963068031@xxx Fri Mar 18 01:16:21 +0000 2022
X-GM-THRID: 1727598355963068031
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1396382ejz;        Thu, 17 Mar 2022 18:16:21 -0700 (PDT)
X-Received: by 2002:a1c:f30b:0:b0:380:e444:86b9 with SMTP id q11-
20020a1cf30b000000b00380e44486b9mr6294277wmq.81.1647566181027;        Thu, 17 Mar 2022 18:16:21 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647566181; cv=none;        d=google.com; s=arc-20160816;

b=dHY6OUGbJrsMH1RtW7j996eZXu7FW/iywcQYsFYh02z36I3saUNAIp+AB19jUuWDmc
j6zN2dPzMpFh16ZXY/zcp4YIfva7Pdsg8swDXCoX3hJxvCpw7jcG/4Pd31rmiQMWOqwZ
+03gkphiADP8BG3uEXLXwsbwdtG0k9Pfoajbx2ZVfhdYU3BmgPzbhco76BS6AzcutqxL
A0puqtyUfBR06dQnZVu85dw/r96CPdqgG2VLvyvhrnIrSZqD/BlcoGmobwgVSZ9faF7i
Emf4erRME8NwtOORWjwh0s3yGL/LLD1wjpuD7oVurjYoQnXALTjt/DDfPg+6ExqI0609        kptA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;   h=content-
transfer-encoding:to:message-id:thread-topic:subject:from        :date:mime-version:dkim-signature;
bh=sWuZk3FbttKUk/w00dkSmUCdrWipklT68LWLR4bC2ZM=;
b=lIxCTgtkS4dakjokk072dy6gOHwLbmh/mbCl8uy6U43IZdfU8QQjPN4WFZwc3ev2B0
aS5FUYRPTMXpxZp5QFS4v2tacFdO8ODXHxyTSx4jlltYmk+dufnQsFts3EFcKY+F1NkA
34oitzDTBvAoaYV54Y/akXhf6sNjSujTIUPBMSGw7Yc7HY3dAw7Cxe2XiDDoqaygWT6
vkeNuhGXyvlmbaOelG5a8OK0ryuwAm/j6Kb+lHJgjXKIIwnKyjgkWeVGEIPJGpZflYZG
COoUvozEYh2h+nlspDMdJxORksOgyHuW3TN+KWTrQE69zp5U/k8of3ZykURCbCTBM5zE        kwAg==
ARC-Authentication-Results: i=1; mx.google.com;   dkim=pass header.i=@gmail.com header.s=20210112
header.b=QXtsTcsW;   spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;   dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
Return-Path: <type105x@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])   by mx.google.com with
SMTPS id x1-20020adfec01000000b001ede4df6f06sor2483615wrn.26.2022.03.17.18.16.20        for
<jeremywilandcsc@gmail.com>     (Google Transport Security);        Thu, 17 Mar 2022 18:16:21 -0700 (PDT)
Received-SPF: pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;   dkim=pass header.i=@gmail.com header.s=20210112
header.b=QXtsTcsW;   spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;   dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;   d=1e100.net; s=20210112;   h=x-gm-
message-state:mime-version:date:from:subject:thread-topic        :message-id:to:content-transfer-encoding;
bh=sWuZk3FbttKUk/w00dkSmUCdrWipklT68LWLR4bC2ZM=;
b=zM6un22BJM/nIR3TgmmHZfJz2Xu9t8kOthcb8TggMd2wS27HZI2upOMJ0GE55BHaYL
26onU62VLx8rgjC+Lgd5Vye+kt/Y/yJIZJEfY9DlOpSy6oEO/p8EHRm/MwrRBjbOjsYJ
osxgqnjWy7bX4Y5wpwn6DDFftV8NfBBFGVyx5z4PlBtL7wSipf8O0yS9EFSkZYZroMoD
+4PwkZSdvt1gh8tsQoTjtWlQfeUy1hSZnhoS9+rN/i0A8f5e5b8WEDYnQl9zXynrOwXg
JyYSRtDHryUuO/+EoWJ3OJWaFZ/iVzsyaRHWAFOJ9/sw/W//Or/jgTgitMQor54Z7MZ7        y4vw==
X-Gm-Message-State: AOAM533f9950MPifuK/NFSkZlDeE5U6L6myTIFrXuJJxBxN8RrCeyJYx
dfbo4M0Ar2HMyjbsJDVyNlOBTVGaVWF+ew==
X-Google-Smtp-Source:
ABdhPJyzayBeGT/u+wEgFRw0nfZ5Hcb4OZ10pHQg7Ksnzp9EccPalUs56yIIeL+QNQX7c33pKiGXHw==
X-Received: by 2002:a5d:6da5:0:b0:1f1:f968:1a62 with SMTP id u5-
20020a5d6da5000000b001f1f9681a62mr6363939wrs.227.1647566180350;        Thu, 17 Mar 2022 18:16:20 -0700
(PDT)
Return-Path: <type105x@gmail.com>
Received: from AMD ([90.242.233.95])      by smtp.gmail.com with ESMTPSA id b15-
20020adfc74f000000b001e888b871a0sm5196940wrh.87.2022.03.17.18.16.19        for <jeremywilandcsc@gmail.com>
(version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256 bits=128/128);        Thu, 17 Mar 2022 18:16:20
-0700 (PDT)
MIME-Version: 1.0
Date: Fri, 18 Mar 2022 01:16:20 +0000
From: type105x@gmail.com
Message-ID: <2B1336E1-43D6-46E0-95D6-9231C5D63CAB@hxcore.ol>
To: jeremywilandcsc@gmail.com
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html; charset="utf-8"

From 1727696054247576889@xxx Sat Mar 19 03:09:13 +0000 2022
X-GM-THRID: 1727582860194794656
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp82191ejz;        Fri, 18 Mar 2022 20:09:13 -0700 (PDT)
X-Received: by 2002:a5d:6487:0:b0:203:8c98:a9e9 with SMTP id o7-
20020a5d6487000000b002038c98a9e9mr10043781wri.631.1647659353508;        Fri, 18 Mar 2022 20:09:13 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647659353; cv=none;        d=google.com; s=arc-20160816;
b=SX/93xjFVQpBLp+u60kXhZS8MxGBoBCJTln0ppAAGFBxqLHusnF2mxfVO+upoZ2ogm
rUy3BAA1VdQnjO9r70skWL11WwOHh1PA7d1PUwGiqlUGmzb+2unrgZNyxiThFTJNw8k
SFSZ0YwdjmUAQdQL4r7S2xfjnS7Xy6HDAP2ePbxLwoVDRtml/YjopUu1ql2+B6rQqccf
VyWBIJ8QHJsNTR4AAggoP6/IR58T37Gq8+Sp1HY1I++WmUlJmMOtPm0UPdjXUK3KyoB0
H275ol1Ipqdf/VryciEgPbJy40J65/5LhKVR//aFykooC9QgfWpuVzn9IB5EHZ5oQkpT        mx7w==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=A8aflbenrDsuqhPYFQp7BDYxFkt2EEBa/+VMfA5Xl0c=;
b=f8wo1UjbWORUphkxgsZ4Jy64WpJU8XWHkZDdUcgPL9/7cTkjF8eK+cDc+kxzX+6ble
szBBWFXHJZyw/ixcBzrh4OmFv3wlsppFqSa8b3jXeXjFk5PhQjFE5HntcqXnGDuYcIq1
EAZ/x+nlOTlr77uj1OS0qw923rbhEaDlb48WWZzb2AQ4Ky9oKqB0Drz8Zjh0rRR+QgDb
KR4itfz0a+uBvizOjzSWZR0DFkJj10UfOvyUlCQZwaSAez+FVxt11xFbKuESwf/mykDB
fk9LLDESlmLWrL+0AtXpQ2WFl/BZ5If+pX2khYvVk5WDVF4vdKGDgJTxnyKkyoIXUKjX        DhqQ==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=UIl9a8t9;        spf=pass (google.com: domain of 3wuk1yiakangsiono58-
7cmjon8m+vrc7ztvc9dfkyubaiiaf8.6ig@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3WUk1YiAKANgSIONO58-7CMJON8M+VRc7ZTVC9DFKYUbAIIAF8.6IG@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3WUk1YiAKANgSIONO58-7CMJON8M+VRc7ZTVC9DFKYUbAIIAF8.6IG@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id e36-20020a05600c4ba400b00389f5a1b50dsor2052489wmp.27.2022.03.18.20.09.13        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Fri, 18 Mar 2022 20:09:13 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3wuk1yiakangsiono58-7cmjon8m+vrc7ztvc9dfkyubaiiaf8.6ig@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112 header.b=UIl9a8t9;
spf=pass (google.com: domain of 3wuk1yiakangsiono58-7cmjon8m+vrc7ztvc9dfkyubaiiaf8.6ig@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender)
smtp.mailfrom=3WUk1YiAKANgSIONO58-7CMJON8M+VRc7ZTVC9DFKYUbAIIAF8.6IG@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=A8aflbenrDsuqhPYFQp7BDYxFkt2EEBa/+VMfA5Xl0c=;
b=lcIiXsfFnIxhmA9XhfF4vEf8R8Gy8p42JQgkkk7JymGaXCWDTOMmfQtm1JIJwCmiPd
eiFFr/jKf+VhWtQIKo8buXgw/CbThUrY19cC0+p4ib1I7/A4ABMvuVUOG5S30RJk/L6u
KtnKUQNuSgdJmfubwmTqXmC9HxMZGRKUv97jss62StUvo/jUHHbYLh76zo7z+FQS6jPj
M/91xOErrn9dSs6qJwVnp0bc6Ikdkrblss x73y8vfRQ/HADJdU9+Nltw0xOK5QEg5QpN
/SdlCt0Qkg5sHRU5CacE7BLaZ2Aqh1uEv6JRqSHsaFEnDM6kgBvKdkcE4eHFOczASaxN        dqeQ==
X-Gm-Message-State: AOAM532VLS4Roi1653CBZUIEgZxkGIukhvgPAZSAjUOehGROE++2wDzn
TYV5y9U2wJtEPhe+7Q1t7AwDvz6+Gy6KD83QcUWv0nKMfNCySkehMHi+DkSFGUetfFzGv/a0ppc
WriXJRfXAamLby+32W6LQ4axtdoY=
X-Google-Smtp-Source:
ABdhPJxVxe6SJqX5AXIZWTWfVBCJimR9jnkHLBHMB2Tq7Z+GrvjEGphT6YFs/HcUh2/DEufkyfr6G7Q6CR53yJ
T9lUI=

MIME-Version: 1.0
X-Received: by 2002:a1c:7906:0:b0:38c:8cfa:cbb0 with SMTP id l6-
20020a1c7906000000b0038c8cfacbb0mr4190922wme.163.1647659353170; Fri, 18 Mar 2022 20:09:13 -0700 (PDT)
Date: Fri, 18 Mar 2022 20:09:13 -0700
Reply-To: youtube-disputes+1x8d5z1ifjlq407@google.com
In-Reply-To: <0000000000001001ff05da707477@google.com>
References: <0000000000001001ff05da707477@google.com>
Message-ID: <0000000000006dd2b505da899668@google.com>
From: youtube-disputes+1x8d5z1ifjlq407@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000754cb205da89969c"


From 1727582860194794656@xxx Thu Mar 17 21:10:03 +0000 2022
X-GM-THRID: 1727582860194794656
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1279218ejz;      Thu, 17 Mar 2022 14:10:03 -0700 (PDT)
X-Received: by 2002:a05:600c:3c9c:b0:389:cc3b:9462 with SMTP id bg28-
20020a05600c3c9c00b00389cc3b9462mr13380302wmb.105.1647551403179;      Thu, 17 Mar 2022 14:10:03 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647551403; cv=none;      d=google.com; s=arc-20160816;
b=sKBbxoQxjKqEcVPGXy1LLeLSIBz4+DlWUDkxxMmXq41OgwzG2DiSc3ychR3bqLxZqV
QJVeZFaeGiUxsc96TCddtuPfoHMOlv5t6lLS2UfpDp8ohq82XFRig06nwDNhH6kAljmcb
V+zJs48n87XYcWzuGd7hzeZNgBt8klgs3jcR8tN2UBeFAaPFbnUez5zyvGr2NzLIG6we
F7BVn71OtlOoiQdyW+hV+GRaYFBPVHZLj3MJF0EduRll5a+9c/m4Ig3HPBeTLoqg05TZ
g1oiVx+xq9jUxjeBq5nACyG9/TM/VuQtpsGrDTlukbWLCdH8tFiqC8VulvXzI1eDa7P9      Rn/A==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version      :dkim-signature;
bh=OddKKyI1quIIzEqv4Fq378qnUr/R7XVUm00rwcIIT+oemg=;
b=iMHXVH/iqfqhK8HDwDpmGJMRokd569Vx4jjtqthDH7kII9TTU9JL3crMyUaVYDEbas
KvAjpJciE6OpFCeM2p0Has/4mo99s049Ih0cCb4FLrlPhOA4MNh5ny6MSY1WL3yXYATX
jA/L7nTdLDOwrVwcHL2jmbr+9IdE4GiR+X8kN6fMNLYNs1ts4xhCwIH/X4UKY8LeoUdA
a9E29E+Nph2Mt27w0zEqpQ0kjOUQblGUf3AlwIMYVgMM4ThByQThIydh69viGI18v6MU
gb9HqjLSzgWqIwB8JICL5E3Ox/RoWjz1Lr17spSFWZpGJlrUwLFQhW7qP2zKGcleNv1c      iWbw==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=iRyP0dBJ;      spf=pass (google.com: domain of 3qqmzyiakancrhnmn47-
6blinm7l+uqb6ysub8cejxta9hh9e7.5hf@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3qqMzYiAKANcRHNMN47-6BLINM7L+UQb6YSUB8CEJXTa9HH9E7.5HF@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3qqMzYiAKANcRHNMN47-6BLINM7L+UQb6YSUB8CEJXTa9HH9E7.5HF@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id l1-20020a05600c4f0100b00389cf31f5d8sor3046594wmq.36.2022.03.17.14.10.03      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Thu, 17 Mar 2022 14:10:03 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3qqmzyiakancrhnmn47-6blinm7l+uqb6ysub8cejxta9hh9e7.5hf@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=iRyP0dBJ;      spf=pass (google.com: domain of 3qqmzyiakancrhnmn47-
6blinm7l+uqb6ysub8cejxta9hh9e7.5hf@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3qqMzYiAKANcRHNMN47-6BLINM7L+UQb6YSUB8CEJXTa9HH9E7.5HF@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject      :from:to;
bh=OddKKyHquHzEqv4Fq378qnUr/R7XVUm00rwcHT+oemg=;

b=CWGRoa2HipC8/rLag2ehhhgrDqBAN2jF7emQrgrX4cUzKICwNuzGUZECAyB3vdsCmk
tMp5A1IK8VRHqyYLw5YoiOiCSHlSvwVnOLTs/pyiiMfrCy9JLYAqwV38v6oP9lUd48dK
1nOBQPU+hbuJQSQwpZPRES5xVOgClsz8YMUapTbDl7S4nLJDOZhvOWrfevrudgNZzCGe
8dkxPUaSzQ0gXPZ7TWGlIrRm0oW+pMf0ZmxLZgvmkjsv1zOK8R04RDCaHy02xQmrAEHZ
PxY60g7yQ3bPoAbE0RYb7p8UiHwA5SHidaChW9BwZmT8kFjEGt9QoTstlSL0z57hQGqa      0mhw==
X-Gm-Message-State: AOAM53314IyAsSMY0X6TdH0BLdaIh/ndceHf9/erxolZsvGFddP1B6BE
yIxJMhb6oClasxlf/s3euKXXyhMEhoM/37TTID6a6zdcRCoKGMvDoEF/PlQ2e2LmY0T3ExWUR3P
Okpq4Oltgth/oiTF1so4gy1U72YM=
X-Google-Smtp-Source:
ABdhPJwc73OFD7v2PSE+RQM3oxwD/bkTZZpt9HoQoDy7i9r5ldrCFk4u5jkaljYe7UUTHfKrBx4KLR1ZlrNAHRF+
Leo=
MIME-Version: 1.0
X-Received: by 2002:a7b:c5d5:0:b0:37b:fda9:a5e2 with SMTP id n21-
20020a7bc5d5000000b0037bfda9a5e2mr5541958wmk.62.1647551402960; Thu, 17 Mar 2022 14:10:02 -0700 (PDT)
Date: Thu, 17 Mar 2022 14:10:02 -0700
Reply-To: youtube-disputes+1x8d5z1ifjlq407@google.com
Message-ID: <0000000000001001ff05da707477@google.com>
From: youtube-disputes+1x8d5z1ifjlq407@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000001fbd0505da707487"


From 1727696810459919588@xxx Sat Mar 19 03:21:14 +0000 2022
X-GM-THRID: 1727588853808643937
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp85999ejz;      Fri, 18 Mar 2022 20:21:14 -0700 (PDT)
X-Received: by 2002:a05:6638:3c2:b0:321:2ac0:7e7d with SMTP id r2-
20020a05663803c200b003212ac07e7dmr170937jaq.271.1647660074824;      Fri, 18 Mar 2022 20:21:14 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647660074; cv=none;      d=google.com; s=arc-20160816;
b=p7ZvAsTzLP8Ndu82FqzNXtgbWRi5XggfIqOBrk+saoMyBIQ8spiGRAtLX+ePkQKuwb
OZUSard6UXsXkcGfIbmUvspgKbYkIjn1iwUwBIknzOlDCm2TEH4KvmnAxnF+UJRJiLfN
xsmDqBm1cEB2Cs5AuH/+iFwCkGz6Lu0Zfxr+GSscV0BWZaGYPXFOXxHYRr8DeMHl1kUe
CzqD+POf3zOssZDV0dIHG8ZpljOjRZUlVDnjEIdWKgxPehtshsF1Moz6RHdREzPXTVvr
zq5DtgGoKSxboQzOA2fGQ5YivQcxkBzUH5bhpb+zny2iR8V+TLuE7YAsmkVjSB+aCf2L      bkiw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date      :mime-version:dkim-signature;
bh=6aSfv8loPCAHx8k2GUBzGgLc0BFDIAoeZoD2j5u7RQk=;
b=zaue2KXzTG9aIySAySA3A6qSmkeW0U90JhAWw0FGWkY3J+fj3KKgfSMmEyLqQTg6YO
dbP0goRuF4WXm0JzeLMgB2RwBtSr/nAARN1Szr1Ds02GPX5/LhF8XrRmqnOkM2ve1J
nrAtUW9HvWH9S0e9XM+1vPeL5HRhxYUAaz2PhVpeRGTcfOPF+I/x30y0XjiXCFtHuGcT
inqT+sfeOT7W4ujdZyndv7MxHEeGv9icxzmPfum8kQynKOgDzbzMMg+rPooKDfUZSWGX
WoJhnhD2DRkJ+YM7mpF44W9JuxWC5Brr2ToGOmW8YQJN7ZPxiiRO+7l8y5VZsMXHQoea      LPvQ==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=RNg6jYhD;      spf=pass (google.com: domain of 3kkw1yiakak8ndjijqt-
sxhejith+pautuvqkptpztpwvddvat.rdb@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3Kkw1YiAKAK8ndjijQT-SXhejiTh+pauTuvqkPTpZTpwVddVaT.Rdb@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com)
Return-Path: <3Kkw1YiAKAK8ndjijQT-SXhejiTh+pauTuvqkPTpZTpwVddVaT.Rdb@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id 9-20020a056e0216c900b002c76ffd7db3sor1981778ilx.9.2022.03.18.20.21.14      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Fri, 18 Mar 2022 20:21:14 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3kkw1yiakak8ndjijqt-sxhejith+pautuvqkptpztpwvddvat.rdb@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;

Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=RNg6jYhD;       spf=pass (google.com: domain of 3kkw1yiakak8ndjijqt-
sxhejith+pautuvqkptpztpwvddvat.rdb@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3Kkw1YiAKAK8ndjijQT-SXhejiTh+pauTuvqkPTpZTpwVddVaT.Rdb@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=6aSfv8loPCAHx8k2GUBzGgLc0BFDIAoeZoD2j5u7RQk=;
b=qap6KbSiQk/ern/rMjYiHx2xR5o6S1i0qudZafvMLBtAYI5SFYBHr/5/vQq1rz+Lsl
C7s9bvuDFdYYMZ2DC7GNh2d7SVs5KoXpqPoXEEQidEyHDC+BoVQn7TsTl4yNqmOfLacY
rWK1ok857/Nf9a2Pc0oziBsxJSsH9FdmDKp8jXQoV/ebgvgZpX9Dv+mGHYIcScRAmC12
ChuJjh6imL5pB6XZslTutC0azK4Nk71LuC9vmvfRwJbD8PIBawgJeArl2rQThcenSnR7
5GOEVrwQOoOQJCO4SwcVNOkfEq5+73w8zCszFZpsJmBQ4iUGIbe16ZekFkckSA1+bDSx       OMkw==
X-Gm-Message-State: AOAM532fIB7HZ84L5jM1qFrsO87Q9YE+4FxnMHDFRk3aI1LvY6TVFBtD
PN6uCdNCa5cz/cdcg91SO2s1j+TtU589LA8QF/d8KBUsOMEYwZPEbwtxwRDyiDtacXMqJXoyuas
SQCn/6a05UrMSr0w/OgrgSWQVpUA=
X-Google-Smtp-Source:
ABdhPJyfvI7qWW0ahCbwhh4oGWhl9I2kaeNN0ikYzztAbuHRT+x/42aEzwX2ksnlCZUrkPM/PMffqILjJildOUej7KQ
=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:12c9:b0:2c7:ce8a:edaf with SMTP id i9-
20020a056e0212c900b002c7ce8aedafmr5801404ilm.218.1647660074534; Fri, 18 Mar 2022 20:21:14 -0700 (PDT)
Date: Fri, 18 Mar 2022 20:21:14 -0700
Reply-To: youtube-disputes+0l5e561vae0ke07@google.com
In-Reply-To: <000000000000c5353905da71c8ce@google.com>
References: <000000000000c5353905da71c8ce@google.com>
Message-ID: <000000000006e77ed05da89c113@google.com>
From: youtube-disputes+0l5e561vae0ke07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000074504005da89c1b6"


From 1727588853808643937@xxx Thu Mar 17 22:45:19 +0000 2022
X-GM-THRID: 1727588853808643937
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1323149ejz;       Thu, 17 Mar 2022 15:45:19 -0700 (PDT)
X-Received: by 2002:a05:6638:2514:b0:31a:60f8:ef5c with SMTP id v20-
20020a056638251400b0031a60f8ef5cmr2534043jat.131.1647557119072;       Thu, 17 Mar 2022 15:45:19 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647557119; cv=none;       d=google.com; s=arc-20160816;
b=OMzs05vkUud9S4S+DWrnSZV1wrxv/GOnCqITTlnV80DdKrIxGnPUZP9LoQl/ZVkwjK
JhzKrb8yo0rIvBkKrp5gS0R98zSGuyjt6/Ahm666ovMl3ozkWEgoZngVI.0Z/kcRycohV
QNZkKJp1jcJ2qrcF0AhYLomdgdFvDaX1t08mY2dHekGk41LEWlB8EHu1g249l126O1Z5
CSjtRz7cEJX/CJd6j2o6+MJEzuhwF5c+zfnVez3GAXHsPPUqsbllroPHaFDkZcRuBFYH
albvuKgclmH1Zh0RPxLEE2wLJ2gXgD3LfffisVlGzocL3dKJePzoX+m4GXbRQBg8RqRr       zQ3Q==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version       :dkim-signature;
bh=tA3BLY0CIoVULNblmfcsLSsUEfdtWYu8LgT6voHhOF4=;
b=e+1SiSjqqTftaiuQegfRh67FbxcQGRv75GlBRmM7KrfR+BHV4O8ufpOSaUeXMjaXvd
j582DXpz1LbEGslotAoOGF2tFbU/V4wEVSy8wQ+oZOYZ/7/kx9BS1BYtwbvgRye+WKBG
wUYZnuOQ1gda7s9bQ43baBOAM4aH4y8WJ36NVThq/Gjha0UO775VG267pipH7CWfixOP
n3vKxJVDAspGBXsNlrwapkKYFfYPPplRwWxll27MaCEt+OCPpbNgg+NzUQceTOjYRYKJ
ozxt/QlKxZNVShX+TEQeSXYLkubzZwWFrbij6jnhUktBKU6YloWvkm/kaAdRTghPraj5       eaNQ==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=saqb4oSt;       spf=pass (google.com: domain of 3_rkzyiakafkpflkl25-

49jglk5j+rcw5wxsm15rb5ry7ff7c5.3fd@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3_rkzYiAKAFkPFLKL25-49JGLK5J+RCW5WXSM15RB5RY7FF7C5.3FD@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3_rkzYiAKAFkPFLKL25-49JGLK5J+RCW5WXSM15RB5RY7FF7C5.3FD@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with SMTPS id l2-20020a02cce2000000b00319e02c1fcasor1507189jaq.65.2022.03.17.15.45.18        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 15:45:19 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3_rkzyiakafkpflkl25-49jglk5j+rcw5wxsm15rb5ry7ff7c5.3fd@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112 header.b=saqb4oSt;        spf=pass (google.com: domain of 3_rkzyiakafkpflkl25-49jglk5j+rcw5wxsm15rb5ry7ff7c5.3fd@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3_rkzYiAKAFkPFLKL25-49JGLK5J+RCW5WXSM15RB5RY7FF7C5.3FD@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=tA3BLY0CIoVULNblmfcsLSsUEfdtWYu8LgT6voHhOF4=;
b=xYGaUMVcly7DkLMKghIOBXn/1lc5hKP+Yf1vqv8GU5Rnb+imJvL0c1TOe0SvWiVtZG
rRDXfiforN/99bimVhnHnfx958Jxga689Wrquf2qhelQaraUpLdmuNP8Ropw0tcJsUkW
X2wHTyGJ6osSpv6q3psdSr6yA8fTgthmpFtAs/0o1M3/dAqU00ZPGvOyqhH8I0YPyTy7
omoCAJkwnNXO0N4WlcNQo4xkoJwq9Jm19kbwL63sLt6VmTy0TOE5NGOR5wBOcsTRasQP
pIBgEWfe49FGxO0E5/h+Bh9K+bCs77ZN7jM5kVCtOQUmn+tpHyvcJqIhaguvJsrcfU0x        G3pw==
X-Gm-Message-State: AOAM5325WPLlvOL999FqoLBPrrTQ1mWkJRlUfu8O1dcuww0u7df+bPwM
SC7skXHAyO/5Q6VCLptLVP+PZ9Z7Sjb85YqzUoB8IiBHUYUPdfCfqVlbH6dQ5/PFZYWgzZikPSY
j53+cP0JQxAAop5Pd2yN0wpKnAxo=
X-Google-Smtp-Source:
ABdhPJwTwHGAb8CZqhM6hVTbqBpr3ji1nbG4k4suwrYAD6OW7dDKJ/WaBmX6zyKiNzB01/2n3amj2Fa871Uc9n
cGyho=
MIME-Version: 1.0
X-Received: by 2002:a05:6638:2b7:b0:319:c892:26a4 with SMTP id d23-20020a05663802b700b00319c89226a4mr3227350jaq.251.1647557118309; Thu, 17 Mar 2022 15:45:18 -0700 (PDT)
Date: Thu, 17 Mar 2022 15:45:18 -0700
Reply-To: youtube-disputes+0l5e561vae0ke07@google.com
Message-ID: <000000000000c5353905da71c8ce@google.com>
From: youtube-disputes+0l5e561vae0ke07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000c9054505da71c8ae"


From 1728170056853249741@xxx Thu Mar 24 08:43:17 +0000 2022
X-GM-THRID: 1728111965051230354
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp3345181ejz;        Thu, 24 Mar 2022 01:43:17 -0700 (PDT)
X-Received: by 2002:a05:6638:13cf:b0:319:e4eb:ac0 with SMTP id i15-20020a05663813cf00b00319e4eb0ac0mr2214078jaj.209.1648111397470;        Thu, 24 Mar 2022 01:43:17 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648111397; cv=none;        d=google.com; s=arc-20160816;
b=NdS+8+dlSzqqcIUoaEyKeK2cfF3+QxeUq3WAbSGjnu1lISIXclkuGO9Fi5vn07dGo+
rpZjc7n++f1SxF5ELtnA4f2vXxQ1pUewCGnM5FQ2B3K7A+kDxwbZw2m47OGJ9x+BeMpO
lzi9clazSi22tV19Q0JsCjJOO7Lg/amX+k+6Dp32piqLuBk6noqEcCaSdE2pd5cHols7
A1ahSoR33qYtCs8KwuxPKs+2HM1ox16/EJwAL31vewV/CKzE6AmxtyIJxNBinknyN6YX
QTa5HGRSoUYe0s/rF3AJ2zQg52W+4YVHqXSInSnncYiIs0oU4GIoLZzfuEqP7Bui6BUK        /6Jw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;

h=to:from:subject:message-id:references:in-reply-to:reply-to:date          :mime-version:dkim-signature;
bh=SV9OI1XGHv2PVz7wZp/pAS6VE1JYZMOwUZnkLI9N7IE=;
b=plegkTEL14v/5Rzcskj0wxSLuoFW1cS1Rwp3f4kEA79jBga/foCwJRgjYi8raAGUpN
TNLv2PJWJbvOiOJExV5MxbUSZgsRJy22dius9wJDSOTJG0g/qbgK7NCso/D/7qv06bx0
dbOKJbL5ksIcHJPbOl8iHwY87Hl2lCELws5FD7UomLu4IEwQ8NA3SqRGMiftufPaswOt
trzPOfkhPgyGdNzku+JLr4ylBNeMEYRehth0h/TlGmvY+OjiDChXfKPHBWktxr499Z0o
EoWSGyjsNvb5s/FnmElA+xEMrlI0ljldbzvFaG9lHX2kJJIyh5uQ+r2RGOxu9cCgUqou          EqPw==
ARC-Authentication-Results: i=1; mx.google.com;          dkim=pass header.i=@google.com header.s=20210112
header.b="nQ7ngod/";          spf=pass (google.com: domain of 3js88yiakaiwe4a9aru-
ty85a9u8+iod54pj0letskg6w44w1u.s42@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3JS88YiAKAIwE4A9Aru-ty85A9u8+IOD54PJ0LEtsKG6w44w1u.s42@youtube-
disputes.bounces.google.com;          dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3JS88YiAKAIwE4A9Aru-ty85A9u8+IOD54PJ0LEtsKG6w44w1u.s42@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])          by mx.google.com with
SMTPS id i18-20020a5d9352000000b00645d3f5cefsor6483414ioo.44.2022.03.24.01.43.17          for
<jeremywilandcsc@gmail.com>          (Google Transport Security);          Thu, 24 Mar 2022 01:43:17 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3js88yiakaiwe4a9aru-ty85a9u8+iod54pj0letskg6w44w1u.s42@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;          dkim=pass header.i=@google.com header.s=20210112
header.b="nQ7ngod/";          spf=pass (google.com: domain of 3js88yiakaiwe4a9aru-
ty85a9u8+iod54pj0letskg6w44w1u.s42@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3JS88YiAKAIwE4A9Aru-ty85A9u8+IOD54PJ0LEtsKG6w44w1u.s42@youtube-
disputes.bounces.google.com;          dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;          d=1e100.net; s=20210112;          h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to          :references:message-id:subject:from:to;
bh=SV9OI1XGHv2PVz7wZp/pAS6VE1JYZMOwUZnkLI9N7IE=;
b=lNQa+ePkyPer80EUOeN1r2eMq4Rn9nanzEUsv7DKcHr1ufyVpuexL+EipjASJqu/aQ
KZpDWonGG1loBSU4ILPIQ0osDyzXwlfuOUl9d25lc0+eIEsMi2Xg7lbpcp5xw9pnjI4t
izz6bgyFjW7KDITPn/iHDs0Mf6btwUauw/jE4NvlVpJzT9m2ZGeVHzAPyeKoPM46qPgW
4XKn0ZnqYPcdgLqdHgc4Rgeh0mb93QLoE6PgZeckmvEv4IJQ8ii/k6xOElZix5H0guZ+
fH83HApbnfj61AvMFU67GuXZMSluMGGHOksw9qnBfFctEZ0Shq/8cfmrbcY44CQsA53h          t6xg==
X-Gm-Message-State: AOAM530/Yk6rU2s6Pggth3a+IHfYg5FSxq77GY5fELpOLWuyD8emkGJ5
EM1L2Rp/ck+/1mswCDKZCKGsrzUNqxJFhJcXxqbV+rLTN6kMA3dveTkNqLaQWCB2JdzoS5JfpK6
1SR0HiGqRHSI4dQJ66a403jUE1pI=
X-Google-Smtp-Source:
ABdhPJx20RZHAK9QOuJYw+Y78Z8/Z3TIjWiSoE6nvw346A6mPe+S0QkKS4+FnGoiqv6C9i1QkBg6YAH267Bn5b
TVnXA=
MIME-Version: 1.0
X-Received: by 2002:a05:6602:2f09:b0:649:f296:c2a with SMTP id q9-
20020a0566022f0900b00649f2960c2amr902509iow.141.1648111397116; Thu, 24 Mar 2022 01:43:17 -0700 (PDT)
Date: Thu, 24 Mar 2022 01:43:17 -0700
Reply-To: youtube-disputes+28xpo93k5ydc40q@google.com
In-Reply-To: <CAGF==x8wdntpKxz2S3p2mg_d5mkCRPgizUA8NeY3DcUhcBzpTQ@mail.gmail.com>
References: <CAGF==x8wdntpKxz2S3p2mg_d5mkCRPgizUA8NeY3DcUhcBzpTQ@mail.gmail.com>
Message-ID: <00000000000089141b05daf2c4ce@google.com>
From: youtube-disputes+28xpo93k5ydc40q@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000060816905daf2d61f"


From 1728111988587874067@xxx Wed Mar 23 17:20:19 +0000 2022
X-GM-THRID: 1728111965051230354
MIME-Version: 1.0

Date: Wed, 23 Mar 2022 10:20:18 -0700
Message-ID: <CAGF==x8wdntpKxz2S3p2mg_d5mkCRPgizUA8NeY3DcUhcBzpTQ@mail.gmail.com>
From: copyright@youtube.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000096738c05dae5f156"

X-Originating-IP: ::135.26.144.241

From 1727694128531810135@xxx Sat Mar 19 02:38:36 +0000 2022
X-GM-THRID: 1727581719112907165
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp72081ejz;        Fri, 18 Mar 2022 19:38:37 -0700 (PDT)
X-Received: by 2002:a67:65c6:0:b0:324:e225:5fe6 with SMTP id z189-
20020a6765c6000000b00324e2255fe6mr1735669vsb.61.1647657517052;        Fri, 18 Mar 2022 19:38:37 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647657517; cv=none;        d=google.com; s=arc-20160816;
b=qqq8A7u6fTniGLWKcrriCI55fnaRzD5Dji9ctX02B8iOChsd0KLtAewTe5lYYhKV0I
qSsG7zQ88SUuU8ume8b1o3sGHXLzIzWi83dDUoIYvQkCBQxnRKFHMl62Skj+tLN08INJ
PtRjlAXF55rPtpmKJDbtWOv4TlIbuq6HnlJW1Z0ahWrJ0wWgfCPnC99VzXz2FFbdD5Hw
eRvkJtw5HWIa8cbUp8kHVfWUn0u7kxdv5iJB8HTBMB1gpc2twzQS0NZW7zZsVAuKSoWG
5niC5QYNkwhniUNJ0OQFmrnqFUmgrd8UZiOXlM+ZhRaJZIS/aDXsQUxJmJYIw524iYBQ        M7Cw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=Fsu2z4Wk3jsGoaapbOLQG/XHMOEEjWnp8fcg47WQkzk=;
b=luAo3musgDlEMeSpopuCHtqL8JIWLO378i+ebYkCuNMMKoB3KIT1+fOdfyKWAY1R1N
8wL89A58JtVTJg1/Vttwd/RN9WQlWGuL8GZHw54vHSZMfeRfbjg/EJQcUg2MfodvF4UZ
dS/FvET8pTHtcapWd4HuA3ic9+++PQXOubRR66v1CALfuRZxTQIcThd+tx18Y9ipSQZh
Tnn51epU0WtFIukb4wEiVZWkDvqW5on7FI/hvfeLkA0nZjGCeAuIEFZnIEZ3Gpcc8A0z
/mzpPLHN68TRUkfSK5oqmm8sc7ghRqBZw9btVn8xrvWpv5y2KWmsV9dzJCzSsJ7uLBtO        CR8g==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=VxSuEtB0;        spf=pass (google.com: domain of 3lei1yiakaj0vlrqr8b-
afpmrqbp+zgymn8zxqqvqcxedlldib.9lj@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3LEI1YiAKAJ0VLRQR8B-AFPMRQBP+ZGYMN8ZXQQVQcXeDLLDIB.9LJ@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3LEI1YiAKAJ0VLRQR8B-AFPMRQBP+ZGYMN8ZXQQVQcXeDLLDIB.9LJ@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id n5-20020a1f2705000000b00336b52643a1sor2009490vkn.0.2022.03.18.19.38.36        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Fri, 18 Mar 2022 19:38:37 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3lei1yiakaj0vlrqr8b-afpmrqbp+zgymn8zxqqvqcxedlldib.9lj@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=VxSuEtB0;        spf=pass (google.com: domain of 3lei1yiakaj0vlrqr8b-
afpmrqbp+zgymn8zxqqvqcxedlldib.9lj@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3LEI1YiAKAJ0VLRQR8B-AFPMRQBP+ZGYMN8ZXQQVQcXeDLLDIB.9LJ@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=Fsu2z4Wk3jsGoaapbOLQG/XHMOEEjWnp8fcg47WQkzk=;
b=jQdX9iBzkUrTYm4a4jh5UP/I+wI358h0h2czM9oaIUGBOHOiGLf0+6vq0UThSKo67q
ZPvCDWVRfL6bs6AMVJOOoeC0klmBltniDbz8Z01RkiAsX/TISb8q0kPvh+qNlYcJA2pF
8tBR97AoRSCDBfKt7/KCIAw3k/SnT0NwPCJP170HvOP9mJQ1imFXqGMUXaf98b+EJMza
nHRXOjjDMx4fQ9bx8XMGcxGqMkU2cT80lPt/Up5CyX2vBMYj60bAFnEiiWITjWfd8/vt
beljs+1aAlTkVdJhjyk26aCuUhBSg+e+TDEGVq8B5kLflfj53IDzX8m4tmTp/dWTWJyU        8OhQ==
X-Gm-Message-State: AOAM532ui0Zom6XdoWdGIFxyn9CSkWtPlqG69Q92LECxXhnVYTjkMblj

gF80gl/j8RgG3L94BGPCvyFFtMW9fW7c5MbMaoTOckyp/dN3U30U7wT67yxZiXxDA3VmdFjNjjD
IkIT6JIjgZ4q1v+91gL8SvL2aENI=
X-Google-Smtp-Source:
ABdhPJwUvmsnsfn5LeUrgweyC1UTxZuOCfoX5ERaeOd0v6HP7uucfmczQ4p1wBam0Ezg2N6KD51jPL3LrIWDpdn
goBU=
MIME-Version: 1.0
X-Received: by 2002:a1f:b48f:0:b0:336:84a6:71cc with SMTP id d137-
20020a1fb48f000000b0033684a671ccmr4506242vkf.15.1647657516664; Fri, 18 Mar 2022 19:38:36 -0700 (PDT)
Date: Fri, 18 Mar 2022 19:38:36 -0700
Reply-To: youtube-disputes+2j1pqb20ttyt507@google.com
In-Reply-To: <0000000000003fc0cf05da703366@google.com>
References: <0000000000003fc0cf05da703366@google.com>
Message-ID: <000000000000fae35605da8928e7@google.com>
From: youtube-disputes+2j1pqb20ttyt507@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000fe591705da8928ce"


From 1727581719112907165@xxx Thu Mar 17 20:51:55 +0000 2022
X-GM-THRID: 1727581719112907165
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1270032ejz;       Thu, 17 Mar 2022 13:51:55 -0700 (PDT)
X-Received: by 2002:a05:6602:45b:b0:645:bdc2:fe13 with SMTP id e27-
20020a056602045b00b00645bdc2fe13mr3142187iov.114.1647550315438;       Thu, 17 Mar 2022 13:51:55 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647550315; cv=none;       d=google.com; s=arc-20160816;
b=S3uAx2Fp6a6+2bqGeavBBbNi9R2Tn7WZ5uIHAk8DK0gk9oAg0tjCC3fWAXJ67YlvUD
2HFBfO4g0LinHppN4z+aHyAnw0w6zT5EoPZBH4UowYB9OPfiYzKYh6b5klrJjfIwuzNJ
I+FOtoV1h6Odx8QIy+914JVY+FPO+hc/7XXNr48pfUP4FCTOIItuBdLOBJXag4G54uXzZ
oTmGJUhW2TzoI9oDrUfna5XZSkFVA2sCZLBkg1NYPTrmrXCPl/iUJ5AvmQ/4OAVAYweg
bj1h4dj3/ynsPghPhEIP9lAOaAEjNvsQS1TAWeQU0CTV+KobDUV2V8YQ7KoIV8OlzDQ5       GQzg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version       :dkim-signature;
bh=cTIkZu8QjmQ4QpXr/A5OYUqyhsA91/wTPw/32cqnx7A=;
b=lR8fjJFFGRCm86sOk/eZ5eStODtQoqFdd8X6aBHdr2LMCAPbcQpHvvUP1Si45SbtEm
cVzllzc3Kcy60AhWgpHUFBIeFc6ZhMAgECsCyCaQ4FxLPJ7Vlcg/m5dQFJm0DaJO0dyi
VCaBaxpLY+SwXSJfIe3iLE9MD8ztkazKUzBmE0B/teoSW5/94hUoMOBxcW8Yy1H6IME+
A/LZU0sAyhpfPoIL2S64YhJKX8xLRsr0wIrGcTC9MBkDJedKqSvyya2YVQ9sSVFX4oJK
EQ00FZPx2Rz+lNdXGRPzPHCKOkO+07+jP6/PT0gHZsf1MjGkd8VjTj6eo9zSWiJonuYQ       s0PA==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=JwZ7Wbsw;       spf=pass (google.com: domain of 3ap8zyiakai8h7dcdux-
w1b8dcxb+l2k89uljcchcojqz77z4x.v75@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ap8zYiAKAI8H7DCDux-w1B8DCxB+L2K89uLJCCHCOJQz77z4x.v75@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3ap8zYiAKAI8H7DCDux-w1B8DCxB+L2K89uLJCCHCOJQz77z4x.v75@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id x14-20020a02ac8e000000b003151935661asor1298028jan.117.2022.03.17.13.51.55       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Thu, 17 Mar 2022 13:51:55 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3ap8zyiakai8h7dcdux-w1b8dcxb+l2k89uljcchcojqz77z4x.v75@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=JwZ7Wbsw;       spf=pass (google.com: domain of 3ap8zyiakai8h7dcdux-
w1b8dcxb+l2k89uljcchcojqz77z4x.v75@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted

sender) smtp.mailfrom=3ap8zYiAKAI8H7DCDux-w1B8DCxB+L2K89uLJCCHCOJQz77z4x.v75@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-message-state:mime-version:date:reply-to:message-id:subject      :from:to;
bh=cTlkZu8QjmQ4QpXr/A5OYUqyhsA91/wTPw/32cqnx7A=;
b=qI+ZdYuZJwYU27SyB1wEi/YYAWOFdN2jHDuwokkyzO+19oq+7ei1IAijIrljP94zCH
Z/k0nZA8vAT29QLcbwicTslBl7LVQONxHz2jf9oOxyZXSBXepp5MPMKvEY++iYrK9Rwp
sWvHaE5tC0tOfJN+lEvRFYkLO2KgzQM5GTstDMiELvi/DhThGPHE+WPPxXpClPUiklVH
FqW0fhoLuixBFyZ5e2a0c5aC3XgAAwgEDfNwmWIC0sQlIt3zdfbuccG09Qh4OffZKZAm
He+6rsatgCrQhkeUKa3SciB2MZsBIgSKaRqMLEdq9TsEbF22b0Uk4Ru+UF0TOygMiHru      MV0A==
X-Gm-Message-State: AOAM532DMa9OytkmXUFIBvSTyFvwTjv6JlhbTF2/hm3WAQYVKNYzsDlS
maoOSlHp7tkk5jd4YWwAULNvnx42QSdqNpITEWLH7SMUTXopEuIpC5LM+Bfuh3u+1RBVpo8qh1M
0fMmVTEq3vJ1PG4NEZ+qdMaWeZYE=
X-Google-Smtp-Source:
ABdhPJwaeILtVacDO4dIdhI8FmnKNe8iMRj/DpLRdRUhbWyGrkHzlgbHjIvs8BfW2NUOVrK2RkETnD1T7gh8yBjo
D74=
MIME-Version: 1.0
X-Received: by 2002:a05:6638:4811:b0:317:cef6:5aef with SMTP id cp17-20020a056638481100b00317cef65aefmr3176567jab.220.1647550314981; Thu, 17 Mar 2022 13:51:54 -0700 (PDT)
Date: Thu, 17 Mar 2022 13:51:54 -0700
Reply-To: youtube-disputes+2j1pqb20ttyt507@google.com
Message-ID: <0000000000003fc0cf05da703366@google.com>
From: youtube-disputes+2j1pqb20ttyt507@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000004687e605da703335"


From 1722903467367732693@xxx Tue Jan 25 05:33:06 +0000 2022
X-GM-THRID: 1722903467367732693
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a55:e88c:0:b0:142:82f5:28f6 with SMTP id d12csp638672egk;      Mon, 24 Jan 2022 21:33:07 -0800 (PST)
X-Received: by 2002:a05:6214:2385:: with SMTP id fw5mr17725211qvb.57.1643088786949;      Mon, 24 Jan 2022 21:33:06 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1643088786; cv=none;      d=google.com; s=arc-20160816;
b=mHqA1RAdR+9ncSFgsnt2PE+W99yxvgHfjLGckc1QXDRIiOgX73K6WyRNp5o2A+E+gN
dxaVFMiBRhKMKaYOr6vGcXtQ7mh3+P5QhtSZJ8k4PYmEkpdtjFZuqPxUJ3LeI52mR9lZ
kyxiM09hkZqk5dgLbLtLQQ3jLtNM0ayZsmavTUvvzXsLb3fUEIXi6BKX/GUJysRYvK1N
Rb1owRPUfF3iKMNZFNQ6WKFKu0/FrjntACEiwnITLzAWLBgGi0VODrL1JDE9f1DCVKDF
QPx6OEvCMTTv0gfaqtnCzT+7BJcfHA303viUFEg9p2ZsQnLSAwQ0kAVdk7dEnzue0QGY      ZElA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:reply-to:date:mime-version      :dkim-signature;
bh=MyjaHfAm9t7ls56vWg7pUrp9mGBYyuZCu5FGGvHn4vl=;
b=jGFzmgponKYhx05kjH8Gh19RAt9nNXjv1Eg5Qpsm4kak1UT4bsxndfd8hPBdIwSZ1g
kaGk5044B8mjHXjlQnA9Yrjlbree Bye8T1S1HPrUV9WyVKBh0h/LNzRH6W0QHk1gsbZt
ew8ckf6KS4O2GuHxC3GSGGgrzepPYG7ixX7+V5lx50KZ6mt54J0XPmzKVWlJh9zPRDC6
1wajuod1Lv5zQBLtNuYH/rmx08nwYz0O+7jSC4uMSMMElaiu9ldSy7PNcumISTYq52v1
+N8SfuoqRPgxa3ZmOFcCCmh1K4ztZLLTOIJiWO2pT0T39JyMVLsoGX4itZiAg6kw26Sz      ONeQ==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=DYigOvjs;      spf=pass (google.com: domain of 3jyvvyrskahgckkchaykiiqjepupawi-jknalhuckkcha.yki@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted sender)
smtp.mailfrom=3jYvvYRsKAHgckkchaYkiiqjepupaWi-jknalhuckkcha.Yki@scoutcamp.bounces.google.com;
dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3jYvvYRsKAHgckkchaYkiiqjepupaWi-jknalhuckkcha.Yki@scoutcamp.bounces.google.com>

Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with SMTPS id w3sor10566868qta.90.2022.01.24.21.33.01       for <jeremywilandcsc@gmail.com>       (Google Transport Security);       Mon, 24 Jan 2022 21:33:06 -0800 (PST)
Received-SPF: pass (google.com: domain of 3jyvvyrskahgckkchaykiiqjepupawi-jknalhuckkcha.yki@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112 header.b=DYigOvjs;       spf=pass (google.com: domain of 3jyvvyrskahgckkchaykiiqjepupawi-jknalhuckkcha.yki@scoutcamp.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3jYvvYRsKAHgckkchaYkiiqjepupaWi-jknalhuckkcha.Yki@scoutcamp.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-message-state:mime-version:date:reply-to:feedback-id       :message-id:subject:from:to;
bh=MyjaHfAm9t7ls56vWg7pUrp9mGBYyuZCu5FGGvHn4vI=;
b=E1dkpHzoWjoWDku4Phy65rRGhoF8XW02CGQwhc30rdeV2S0bnIicyWTa/YbV/jnAtD
T5jHUy6niBlTcZ5KdX5PvHpRlVzhdKJFSAyGePdKOk4M0iiHD1IUtMc9Ssy69WE8HlRx
zGJUnjtwEXjQW8NsqmItOKZ2+aI6vTmPF3mPhRwOFMn5GW3WCqSXdcdFLUJiPPlIBF1W
kR43EH6+cC7sqDvzoOW7XO79tLRuuOd1UFpEajUqUvPb5Mo9VPJp8RHeyRHbU4gvCTM/
MteKTr/p9aQwV65xJLihMQ0bmRtOSy7ulFWl8hvgcuN5CLSjeq0wbDkooW89u8CS9dsd       R8XA==
X-Gm-Message-State: AOAM532p8bCt9hI+6/oucz3VwZo8p3wyknOZusrEpkopV0lbIRO6Zr9X
lP2BbIBsRHnNkLZS1OVH78OW
X-Google-Smtp-Source:
ABdhPJxP30x9RUuFxsamshUIBf2wRqc7bGv3NQXA+esSyiqwUGA3DtxEgQANHejvq9AFaEXj0lRPLPU=
MIME-Version: 1.0
X-Received: by 2002:ac8:1102:: with SMTP id c2mr15263233qtj.451.1643088781162; Mon, 24 Jan 2022 21:33:01 -0800 (PST)
Date: Mon, 24 Jan 2022 21:33:01 -0800
Reply-To: googlecommunityteam-noreply@google.com
Feedback-ID: P-232-0:C20113407:M110429684-en:gamma
X-Notifications: 202870de51500000
X-Notifications-Bounce-Info: AXvZQxf4lX2AU-cyyRkxsPvlAvJbXiUUzou6TNbwbXSOiKhr-C8kA8xJbKfh0nzsiVkZY5eLwLPrX0Ue0-Ui1fafEtARLg1BNa-iWibWMl2pl8VwrSa5N6cM8AVc9TDbGfyd1fyP-qEg392of2OcSxr0BVgOxPUVlomV3lCDxd69fnFZNoKl0N_0NjAwNjA0MDQxNTM1NTk2k2OTMzMg
Message-ID: <9a2594f5d7ca4bf4c04fc485f1cf97227b645352-20113407-110703338@google.com>
From: googlecommunityteam-noreply@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000022b80205d6616b87"


From 1728079614030433104@xxx Wed Mar 23 08:45:44 +0000 2022
X-GM-THRID: 1728070925023808753
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2690950ejz;       Wed, 23 Mar 2022 01:45:44 -0700 (PDT)
X-Received: by 2002:a63:4463:0:b0:381:3c1e:7299 with SMTP id t35-20020a634463000000b003813c1e7299mr25636859pgk.490.1648025144532;       Wed, 23 Mar 2022 01:45:44 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648025144; cv=none;       d=google.com; s=arc-20160816;
b=t0bHrnnw6UBqYTqpl2HlO5vR96AHCEE+a0UDWJ47BjuR+nHStnxjTg62AH+iJxRHbz
PpngKXvXe0LEoi5gWt4fanzQ9tTN58aIh0JxM3iWxX26KsgJ79oQquIdcgukc3OjWcbD
QXpxXsfT/hUgVrxpgL2FoYl1O5f74Xz9AS98C05kg0zBH334YenyeACoOWykbXXE/WMF
n+MXkNlI6eqvu/M9E38mltNOfDb/3kBepQuEUjAcxOyuxhwkJWXeq3dKjDuJQxBB1VGQ
1Zmwrh+PFV0pxeQJ8cZBDV8B8FYy6vNQQG40SCRZuAj1Crl0RbsDVrHkb+eC5yDszXWH       /SCw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;

h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=1Kn1SeM8S4w/DGPJQXlGE4XjXi2eyb9ex5e4FSXxEkg=;
b=bndb4VRlAyMr+5N4+oTBtuYwKsvTe/vmr2bsNGVNOAteWVLOJMBhcFgpiMIMw34+s+
byd8eHkAT0s2Gm4CMxB3ibvp9TNBzzCt0Yd18pylOHKFtNJLjrrHXV2RD0xyNXSkw2S5
GW1zmCmFTPjb4L09KyXiWt+VQt9w7ToVBHJHmyvrsvPxnyvsQdbVm0mS3uGRouDP+zzq
ifdYcN1bkaUqrfcfj0l5/FAFYNwl8tndBhgaZrxOeY0xbreFPBooRU9WkNv7BdqNKcKL
4jfXLhzBTlvM9fsW/3h4q2+Ms8/JF8bDFH5nDWj6XYrrZXltilvZKDZkUS9CdJMMWH6v        OTWA==
ARC-Authentication-Results: i=1; mx.google.com;    dkim=pass header.i=@google.com header.s=20210112
header.b=mohec+3f;      spf=pass (google.com: domain of 3on46yiakapcxntstad-
chrotsdr+zyz12egz7ziskzpfnnfkd.bnl@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ON46YiAKAPcxntstad-chrotsdr+zyz12egZ7ziskzpfnnfkd.bnl@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3ON46YiAKAPcxntstad-chrotsdr+zyz12egZ7ziskzpfnnfkd.bnl@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])    by mx.google.com with
SMTPS id z9-20020aa78889000000b0047db3bc62a67fsor9774731pfe.46.2022.03.23.01.45.44        for
<jeremywilandcsc@gmail.com>       (Google Transport Security);      Wed, 23 Mar 2022 01:45:44 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3on46yiakapcxntstad-chrotsdr+zyz12egZ7ziskzpfnnfkd.bnl@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;     dkim=pass header.i=@google.com header.s=20210112
header.b=mohec+3f;      spf=pass (google.com: domain of 3on46yiakapcxntstad-
chrotsdr+zyz12egZ7ziskzpfnnfkd.bnl@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3ON46YiAKAPcxntstad-chrotsdr+zyz12egZ7ziskzpfnnfkd.bnl@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=1Kn1SeM8S4w/DGPJQXlGE4XjXi2eyb9ex5e4FSXxEkg=;
b=LTU0op0HEFmozyj/FE1vRexQaNx7+KLccwKpY7V70SYVgD0jqLdJxCWu/4zkbSE0ci
Vppr29l4n/4zI7jsHWyHDLbdj+uBjAVZIsVRsvBcTtRU9Vf/triQ79ixdxtugL7fo2rs
P1PcrXC0JNnxW7cGVij7pt97FSw27x02TQ7l5Fivas/WslwFwT5PET2scDq0mfEQ36RH
BwyH8QwfRtWN9VUP4nqWRL1OJCxrwSmqworjjYvT7oVYKWzHf0IEIGw/t3lrdqCY+Y+s
7uiCTsH3XzGim6+DWl3+Mld6Ydaa3wFQp3LeFQ6KG8XFjD3uSWOqMcJx5sfd1koZ0uAb        FJNg==
X-Gm-Message-State: AOAM5321HCTnR/nRXWUMNSwoooVZi+KjpA/a6rHHtBtbnDUYg6jCPDbZ
nFtfWN0E/FoAUS/ehKQ2Itgv7g48DbV0K1BE5QdEYQeaPeLo+TAUaVctwUcoX11fgzk7dd9Vsb/
u2NUguxcmqXeIjdnwm0jEhIuwdxI=
X-Google-Smtp-Source:
ABdhPJzqRaqIWAGZMmgjANSjyOIp2kavmDA5VCqHF2TwreajEiP2pTtEeT999DREq9WuWo0XVEl22DNqBUw1l
q/DrFk=
MIME-Version: 1.0
X-Received: by 2002:a63:3688:0:b0:382:8bf0:aad7 with SMTP id d130-
20020a633688000000b003828bf0aad7mr10234377pga.602.1648025144167; Wed, 23 Mar 2022 01:45:44 -0700 (PDT)
Date: Wed, 23 Mar 2022 01:45:44 -0700
Reply-To: youtube-disputes+0z023fha80jtl0q@google.com
In-Reply-To: <CAGF==x-1t=NjHOw6zy3kmJXyd5H8UkXFuY1vWKysUT6kyiJG_A@mail.gmail.com>
References: <CAGF==x-1t=NjHOw6zy3kmJXyd5H8UkXFuY1vWKysUT6kyiJG_A@mail.gmail.com>
Message-ID: <00000000000071c03f05dadeafa2@google.com>
From: youtube-disputes+0z023fha80jtl0q@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000004cf51e05dadec1d9"


From 1728070957741636182@xxx Wed Mar 23 06:28:09 +0000 2022
X-GM-THRID: 1728070925023808753
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 23:28:08 -0700

Message-ID: <CAGF==x-1t=NjHOw6zy3kmJXyd5H8UkXFuY1vWKysUT6kyiJG_A@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="0000000000003e4f2505dadcd5b6"


X-Originating-IP: ::135.26.144.241


From 1728045371387207523@xxx Tue Mar 22 23:41:28 +0000 2022
X-GM-THRID: 1727716416315033131
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 16:41:27 -0700
References: <CAPCUeX24N0EkipvRzw5ruNEGRjmw3bLNT-fxc-fHLSpvqfrnqA@mail.gmail.com>
In-Reply-To: <CAPCUeX24N0EkipvRzw5ruNEGRjmw3bLNT-fxc-fHLSpvqfrnqA@mail.gmail.com>
Message-ID: <CAGF==x8iZJ-ur6oRtFLiA2NQNAppUAMAC6sGjqpig=qFU_vDBA@mail.gmail.com>
From: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000dc5db805dad7263c"


X-Originating-IP: ::135.26.144.241


From 1727716416315033131@xxx Sat Mar 19 08:32:52 +0000 2022
X-GM-THRID: 1727716416315033131
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp187374ejz;     Sat, 19 Mar 2022 01:32:52 -0700 (PDT)
X-Received: by 2002:a17:906:9b93:b0:6da:6388:dc57 with SMTP id d19-
20020a1709069b9300b006da6388dc57mr12114779ejc.338.1647678772341;     Sat, 19 Mar 2022 01:32:52 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647678772; cv=none;     d=google.com; s=arc-20160816;
b=BBxOFmRyY+8HDE/oJcrzErj/5XYG9f8FHvsZg522X1kXZu9U78jsKonaqjl2ZDUNgs
ch/k1FgoWB¡P1BJkIIbwV5PTK4atkv2xaEUVVTV189PIIGAmpvRjjpTXmgTKCVlMo1KYl
B8Vnl/t2DuK+yZn6x0+mCbNqEbOmvTyGitHALJGunGRKd2vqSHhRdijtFkQstkghLSHj
pdN4ilntur+Eogau/wRTzIwtpU4fAjdSZPEdzJ/GFOPgnpf6d3xVH1Frcto+W4Hnxen0
bBVfVDum9uffApr/TLXX3DL8s1dx8afdh7D74MzoAwvEe2K4s5R+4MvRzZ+Zxj1x5Eby       qAkg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=cc:to:subject:message-id:date:from:mime-version:dkim-signature;
bh=AtsF27VZTKAmwjw8F8h3PUg46pKgkQLIerEvaTaHmag=;
b=hdGVPqiGPsqUoJ43g2C/PCaKzJ56v0gvFaRjjWw/OC4eO9kaK2qET9DrGbR2BtK20+
H9QvWEJ/b3vB2RGmPiLBR9sKOMyMF9r0fElhfrbarp0RK/6LGZccwt0aLDOjJo31PoOW
rX04tP/oMZzAo8tZnMzfxDPCvHkSFSfAKjlAbvLdA8FmV21L2HsRu5Gz1K5ji0X4oxEK
60LybzlY1EE7cpAfD4WszPtr49GILC/tzUeZ5THAjrkTcfnrx5Yt1zJN2ws6HJD5O6C6
IOfTS/tDkxlu2z5ifExA4jBDfbEPXMCpVw2fGrp8Cnb6wTGk9ZYm8CNwykmtZmwa7KPU       OP3w==
ARC-Authentication-Results: i=1; mx.google.com;     dkim=pass header.i=@gmail.com header.s=20210112
header.b="M3/0iLh0";     spf=pass (google.com: domain of esoterickk1@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=esoterickk1@gmail.com;     dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
Return-Path: <esoterickk1@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])     by mx.google.com with
SMTPS id y13-20020aa7d50d000000b00418d202d5easor4951472edq.10.2022.03.19.01.32.52     for
<jeremywilandcsc@gmail.com>     (Google Transport Security);     Sat, 19 Mar 2022 01:32:52 -0700 (PDT)
Received-SPF: pass (google.com: domain of esoterickk1@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;     dkim=pass header.i=@gmail.com header.s=20210112
header.b="M3/0iLh0";     spf=pass (google.com: domain of esoterickk1@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=esoterickk1@gmail.com;     dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-message-state:mime-version:from:date:message-id:subject:to:cc;
bh=AtsF27VZTKAmwjw8F8h3PUg46pKgkQLIerEvaTaHmag=;
b=fZZV+SVHDvlWl0TRQaFaKepwy5h8R29IPaGCc6GjRK0BhzliFemiwo1NSAfKtQL+28
tzaC3Wi1dlU3fbkq/aUTq522BLtP4yPzgxsBwzQ1pKdC2j/yGVb+e5uVdcL/Dxsz7Qii
fgSQ0v2UQv+Rl7mxKl06xszRV/swWpjWXMVehVNv5iTZjoJdajlBUoDjXlfMcDwkoM3h
sBGfneQV3MIpG0cSxflQSDjBuhp2aAPiakVHajwLp/zY2uTet+0hZTGwV/SUa0AqNsYm
xe4Xxz/nPlMGEjBDoXp74VkiZ3LThxhx4TjP8cQf6YTmKmnsecSpjAUofyVm0g3ua7Pc      RhGA==
X-Gm-Message-State: AOAM530OnGJvMZzwjafFlYixQpiTjn5+kfS+nK6K1imBLisg/N3aH3aa
7vp5voUMLOreOp87nu1gaPrFKOVVFq8cyFB7b8ODv2/GPxg=
X-Google-Smtp-Source:
ABdhPJxSzRyeW9zcqmCaKSJHKMw4UZrddtu+RC2bxDIBPO2tZ+/S18l+BnxVIH6KadOqAwrOUdPFj6BfAH/1CY
7Ekcs=
X-Received: by 2002:a05:6402:5244:b0:417:adbe:e9f6 with SMTP id t4-
20020a056402524400b00417adbee9f6mr13352340edd.282.1647678771681; Sat, 19 Mar 2022 01:32:51 -0700 (PDT)
MIME-Version: 1.0
From: esoterickk1@gmail.com
Date: Sat, 19 Mar 2022 08:32:35 +0000
Message-ID: <CAPCUeX24N0EkipvRzw5ruNEGRjmw3bLNT-fxc-fHLSpvqfrnqA@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Cc: Cozmo@bungie.com, dmg04@bungie.com
Content-Type: multipart/alternative; boundary="000000000000e3dbf405da8e1bf2"


From 1728073552328229764@xxx Wed Mar 23 07:09:23 +0000 2022
X-GM-THRID: 1728020799757611393
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2657790ejz;      Wed, 23 Mar 2022 00:09:23 -0700 (PDT)
X-Received: by 2002:a05:6e02:b27:b0:2c8:1809:ca48 with SMTP id e7-
20020a056e020b2700b002c81809ca48mr7964874ilu.200.1648019363673;      Wed, 23 Mar 2022 00:09:23 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648019363; cv=none;      d=google.com; s=arc-20160816;
b=y0b+mWrFhJbdiNGvR5pFNOgqOzm2pfCcPEXERrA2Ll3sJlxrDhaNEbgXSUEam7Nxpm
6/rzzvMSFPe+HQRyiunXeW2i7qDkMby3F4UVEUJEFWDdm+tuCByvf0Txu6Z2hVkr5OD0
dKkpCFuUEHCHm4oJtV3LZ+DS/68YRaF6eUoRg4olTk5AVwu/eM0Qv84dfPhRoRZj5Mc1
fDssSSLzRHGPkqbWJcU/yK7fLuVmP/j2K9gpztf2+8q/fLI6DXN/scM//KdU63pyRs4K
+U5hGo+7AyYiegXvQnYLp1nh5FVITqm/rEIdVTYZ2NvSArt0oQnSOtF21XHhO+6u1vmr      d9Xw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date      :mime-version:dkim-signature;
bh=6AW5c9GVZl9KSjW0IoESPlryo6C8Uvut8OKL/6oJaHc=;
b=EHbV9x9YwPKLgahXCGMCzxF9u+6hRj2bOKfS8SXsU5ADuyoIVkPu5Y1zmVzCrCFZsk
vtOLnnPrXJM+fw25SFktYjktTglhEJ/N44zWD3QuxAh29+6fqAv8uqkfritI5iDDJXuP
xnQd0cW5WkMRTl2ZbLUXCJgpB65ZFdjlk5NvoetYZ74TwT6/lUxp9Ezhd4wwFSR6bM3A
QF8+vZ1HVj6/Q9ickNz//2a5TWu9VJJRnz3Y+gGoUGd7zHwYxuYbfuuWCYX6LQ9sS6DU
uKk1k5kVh3AKAIxBchWb9C52fNgbdLHCSq67tI1JTKcmsz+oj4zzNlg3/7eeUDyq7ZMv      lx0Q==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=CfzIpQRy;      spf=pass (google.com: domain of 3o8c6yiakadyqgmlmtw-
vakhmlwk+uwyuefmvgwloksiyggydw.uge@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3o8c6YiAKADYqgmlmTW-
VakhmlWk+uWYuefmVgwloksiYggYdW.Uge@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT
sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3o8c6YiAKADYqgmlmTW-VakhmlWk+uWYuefmVgwloksiYggYdW.Uge@youtube-
disputes.bounces.google.com>

Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id k11-20020a6b400b000000b0064840c73090sor5645239ioa.2.2022.03.23.00.09.23       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Wed, 23 Mar 2022 00:09:23 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3o8c6yiakadyqgmlmtw-
vakhmlwk+uwyuefmvgwloksiyggydw.uge@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=CfzIpQRy;       spf=pass (google.com: domain of 3o8c6yiakadyqgmlmtw-
vakhmlwk+uwyuefmvgwloksiyggydw.uge@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3o8c6YiAKADYqgmlmTW-
VakhmlWk+uWYuefmVgwloksiYggYdW.Uge@youtube-disputes.bounces.google.com;       dmarc=pass (p=REJECT
sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=6AW5c9GVZl9KSjW0IoESPlryo6C8Uvut8OKL/6oJaHc=;
b=eg6Jd8KKG5rptFkWB8ekYyYvWpobJuzmz3AjYeZeERwyz2+5BuiySIcnfQ36HrEi4s
7SsMuBdUI10+xXOeOZzrBR8RUxafcuVsg7Wkfr6hXSALv1Pld70V4RzynA+TW10H5RXa
0u237d7bZ+exnzMn3yHka+kXiwXf6eGi4ES02Kw2skdw5K0BCh6+OJiFPRC1acmgqhoM
iPiz/xBCakpnJJv/ErGdRT5Lx5MLxI36CdmKmxtXBA8+zpQgDbBtX6Yc0olVQupyc/1E
VHGrJmRodVfElmQFmE7Q2pfQw5KOuEPkbkwnuKSfqejHi3PnBU/p4FqiieE6CDOhw8Ab       JS7Q==
X-Gm-Message-State: AOAM533tjHsM/H6yRB+YkC03oktqwwF8VGUGa21DbhXnEjSRqE1q5akr
zhx3UwnlNXaf2A6KUT2m3tIXT+jq6cW9//54MUETy4kJ5dVCTCnBSzly9wOUPDrqxYkjumGY+8L
FRxjiKAqIcS9KGV0BaMCxv+xjle4=
X-Google-Smtp-Source:
ABdhPJypzvUAy7HRLAk/NtJRUBVqN6c+dGOttIskAxZVklNAo1I0JmbTvpQ0i1VkmfmD3q0Nmr1pYPf+Qa14TYI
Ued0=
MIME-Version: 1.0
X-Received: by 2002:a05:6602:2c81:b0:649:8647:dede with SMTP id i1-
20020a0566022c8100b006498647dedemr8245235iow.108.1648019363116; Wed, 23 Mar 2022 00:09:23 -0700 (PDT)
Date: Wed, 23 Mar 2022 00:09:23 -0700
Reply-To: youtube-disputes+2eg2mnudo4tws0q@google.com
In-Reply-To: <CAGF==x_bc3U=p65f_9RPN-AQDD3ZXfBqm4_b9NAnjxUkxRLutw@mail.gmail.com>
References: <CAGF==x_bc3U=p65f_9RPN-AQDD3ZXfBqm4_b9NAnjxUkxRLutw@mail.gmail.com>
Message-ID: <000000000000db546d05dadd5641@google.com>
From: youtube-disputes+2eg2mnudo4tws0q@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000b8f17805dadd684a"


From 1728020828903442111@xxx Tue Mar 22 17:11:22 +0000 2022
X-GM-THRID: 1728020799757611393
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 10:11:22 -0700
Message-ID: <CAGF==x_bc3U=p65f_9RPN-AQDD3ZXfBqm4_b9NAnjxUkxRLutw@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="000000000000c8ae6c05dad1b32a"


X-Originating-IP: ::135.26.144.241


From 1727873807377215771@xxx Mon Mar 21 02:14:32 +0000 2022
X-GM-THRID: 1727873807377215771
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1084842ejz;       Sun, 20 Mar 2022 19:14:32 -0700 (PDT)

X-Received: by 2002:a05:622a:349:b0:2e1:b9e9:7598 with SMTP id r9-20020a05622a034900b002e1b9e97598mr14922098qtw.146.1647828871852;    Sun, 20 Mar 2022 19:14:31 -0700 (PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1647828871; cv=none;    d=google.com; s=arc-20160816; b=0f1scHBwvWBWIci60ER18cpK47E0Fn2seR2lMnVJ5KG+rOI54pVLfxeoVuI42BqhmT MmGdsLlpbMszUVz0yCDzUNvtnXRmUFf6NOrXxggT70DR/Jz9NTQyq268tMOxPTBZqPpl bNp8YNC0+pdO/w3onQsAjP+ZKrEgX22K5Qwi5+H52Q1xTzY1OG0kkTGXZi6ut7V6cGZB FG2N7pHy9M9AtDMIGgx/zpztWF3Ru3fVi0zoz1qP2wstdwIfW6iCM16BqqkepvVvphlp BA8hRFk3R8GivnKcMWv+Bc6EbqLErqxDM+Bpma2Lpi36JvduGCP4J/uld5tgaHR5EJbw    2Zvg==

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816; h=to:subject:message-id:date:from:mime-version:dkim-signature; bh=t1KXI1QOkrO46oLPLfgTk4dYiug62Ohbg9W0SKVrYPo=; b=w1/tRGwHeDmRSQRVv4IFUS2VP2JYphv97MezisLjKzDupmcHKZ+e2nP5OGi1nCOtHP qAtXYUqzB+IEJnok70jMVB7WR9mZ0eAVN6Z/KGZa5oqcmXgBsW33svDKih+iI5gPQQOS W8PQ0jv4iQmT7OLQRb5N/z8X26dDYPMVSGejpgioxGq3fZXBHQloToWN5Sr9QCKJICvr jNYqVN1v1cwPp1KSJCewDMudUtTcbtCiCAD4pJHWnNBUqDL4U32l6zzcmzhwlCByuxaw o9qB13ffyRzUXi6JrLm0u2a37Fu4KtbeunlFnG+oOeoe8p2BuAydj4HjOvlIEFpoN7ub    DhIA==

ARC-Authentication-Results: i=1; mx.google.com;    dkim=pass header.i=@gmail.com header.s=20210112 header.b=nCdQ3M2+;    spf=pass (google.com: domain of xmwskates12@gmail.com designates 209.85.220.41 as permitted sender) smtp.mailfrom=xmwskates12@gmail.com;    dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com

Return-Path: <xmwskates12@gmail.com>

Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])    by mx.google.com with SMTPS id s2-20020a05621412c200b0043550651a98sor8453216qvv.43.2022.03.20.19.14.31    for <jeremywilandcsc@gmail.com>    (Google Transport Security);    Sun, 20 Mar 2022 19:14:31 -0700 (PDT)

Received-SPF: pass (google.com: domain of xmwskates12@gmail.com designates 209.85.220.41 as permitted sender) client-ip=209.85.220.41;

Authentication-Results: mx.google.com;    dkim=pass header.i=@gmail.com header.s=20210112 hcadcr.b=nCdQ3M2+;    spf=pass (googlc.com: domain of xmwskatcs12@gmail.com dcsignatcs 209.85.220.41 as permitted sender) smtp.mailfrom=xmwskates12@gmail.com;    dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;    d=1e100.net; s=20210112;    h=x-gm-message-state:mime-version:from:date:message-id:subject:to; bh=t1KXI1QOkrO46oLPLfgTk4dYiug62Ohbg9W0SKVrYPo=; b=sDDdhuKatA+fdKQyhiUNLemwoOy+l9oUt6NMoY1i+vGtyJjN8z20hB0xd5rjLlGHc/ wcr+hVI4xKiAiECv+PU44CdC9ITRPNAypPGcrVGy4KMh33aLQIJx3pmW0zBgkBey4RLk 1Jq6q8h4akGaRgc4dCBHCd+6uhjSRgffVchlXMpGuqdWCM4C8OKScfmd0W2sMVVH8RgB aQaT1O8Jr39+OOSceuypboOyeJ74Eak4shTBLu5IoLdSg4VN/6n6genGRaqjOozc1Meo fXfTLwiHMAaXdG72av/59Hj0+lTzqu7RvuTs1sDjNXpcQA7fb4uFbM80KKDFtGKt9vn2    bj5A==

X-Gm-Message-State: AOAM530Ro6BXYNkfxCAbVzQBqGxpPYT2DTk74+vOxs08+ZMdaxvhcam1 TLFxgM/4vXj/mkDvRCgb/0l5Ym9uokaN1FuQAPE5F5nS

X-Google-Smtp-Source: ABdhPJw4r9XVsqOY6Z+MZWeKIjOgNHyy05kVjHdBl7HbvWCy04iT75d852zvk1r+OLSmgD7HbUOVwxtnSck/k/ FFY1s=

X-Received: by 2002:a05:6214:d42:b0:440:d56b:4233 with SMTP id 2-20020a0562140d4200b00440d56b4233mr14260289qvr.15.1647828871212; Sun, 20 Mar 2022 19:14:31 -0700 (PDT)

MIME-Version: 1.0

From: xmwskates12@gmail.com

Date: Sun, 20 Mar 2022 19:14:21 -0700

Message-ID: <CAGkE_mTz+2XRUOkANLJGsq=1-zJBzqOgYY_0fiPFoSXZOURnbQ@mail.gmail.com>

To: jeremywilandcsc@gmail.com

Content-Type: multipart/alternative; boundary="00000000000084f22e05dab10e0d"

From 172760428803417559@xxx Fri Mar 18 02:50:33 +0000 2022
X-GM-THRID: 1727601027277213023
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1431314ejz;       Thu, 17 Mar 2022 19:50:33 -0700 (PDT)
X-Received: by 2002:adf:ed46:0:b0:1f0:619a:f900 with SMTP id u6-
20020adfed46000000b001f0619af900mr6339186wro.311.1647571833396;       Thu, 17 Mar 2022 19:50:33 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647571833; cv=none;       d=google.com; s=arc-20160816;
b=mbO85J7gy10TerpV3YrOav7R/zJYENvNykAFv27ympLcxEbS0rzKtCq0lhYPJMIijC
8c66SAgl/XUT6ABDB/OdIokZtw8xIDPLYfcd2D3Arxg4vdSO6tj6noBwtZ8BgWUE97+j
oqe/Fvs1icAeDoxz8eEd+Zkw0jtaeaMbyW07rh1lWwD1r0gj0zyrnuUw+sL/koKdglg4
ADRjqDkqdoFNxmgbyc4UfwcAgmVbWTNm2ZRZDDwlitF+WTywKFe7Kz31tp3sttdi/anh
P3JmLn+vImJy0RS1H7/UoPsa5Qc5RI3IxUw4gbWC3zheKovoBaO9DxFPt9fJemL6kqHd       8eUw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date       :mime-version:dkim-signature;
bh=X/WRcCsTGEt4QtWTjiXges6zT6LxIvo+AVzAetjEQl8=;
b=ikL+8BR+fFPfQaZsQaY6cGjZuEEWlzCKg1wOSnOUJyaq/BS/GFtV4upiFwlIVv7mlA
7vbTst5Tr0D8xP9fth/FETEVjYiWneqgS/BGXxAACzn5Z1fD54ou3fw5siBuKVOgoPZ7
sp1EDpgmova7qzHxriRK1d7RSUhYVUnPrwh9jmTwf74BLGmuEs4/Odbqg1ig9G42RUz/
oYC9cgtGfCGg6DqaCT5tjRrkkPO0ajzhvjvXeRqQQvRxHZPUYdAmd7QdR76YVwaj4W+V
ipfuJZDq31OqSFs6fChi1kLsE/47wJhKYKw/dWdHIxUibyHyhRRAX3S7ceeDTddPky0H       OY1Q==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=pT1bzkpN;       spf=pass (google.com: domain of 3efmzyiakaeg8y434lo-
ns2z43o2+do1g1a9pt3h58ahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3efMzYiAKAEg8y434lo-ns2z43o2+Do1G1A9pt3H58AHqyyqvo.myw@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3efMzYiAKAEg8y434lo-ns2z43o2+Do1G1A9pt3H58AHqyyqvo.myw@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id j14-20020a5d618e000000b001ede4df6f10sor543820wru.36.2022.03.17.19.50.33       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Thu, 17 Mar 2022 19:50:33 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3efmzyiakaeg8y434lo-
ns2z43o2+do1g1a9pt3h58ahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=pT1bzkpN;       spf=pass (google.com: domain of 3efmzyiakaeg8y434lo-
ns2z43o2+do1g1a9pt3h58ahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3efMzYiAKAEg8y434lo-ns2z43o2+Do1G1A9pt3H58AHqyyqvo.myw@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=X/WRcCsTGEt4QtWTjiXges6zT6LxIvo+AVzAetjEQl8=;
b=RHRe3d4VFse8OjmqmTq6cA3cXoUlVH6Hs1j+ZYtMoew6RO+lDa6PAMtO1SdHn/wU62
Y8u+2gmJuHfj4YdhWhFyReIgimqFoTAOqz8ddXWTxp/19qx2b/i/J/PP4YPJfpBjtvmQ
AgtUy29kRfc2wU8zqx61bET2znF75ah1CJDUxo1T9FRlvLOEnKGQ7wJsgyuJmAFC9nhw
xVGf5GgdP1s1nVAXJl8WzP0xv6QxOaYari5dK1lC/mzd9E9HJqsJDjBVxjcYdyD74S4Z
7OrNRqI1C++Yz6jSkriQNeIGKFK1AopLFxLF6nJD9BVu7JVRtEcVgXIgCYG0LEIaRO5D       hVfQ==
X-Gm-Message-State: AOAM531GmN3UQ7RgWcGWKGqocBE5MTadh6qmcCINP2rr9eXOhcBpI7SJ
V6vsPabfJP9cLOTaimqOMIQbDFuea1ORJEwu8aG+lhEKo6SbW4rmxtlQLyG6wStjweCAkFQWJVw
tJUvP+a6U3SCW5HniNnFTKH3Czbg=
X-Google-Smtp-Source:
ABdhPJzVj23R7k+7z4T29pr5tAPdiz0tQCrmrsY9In22BCKsjrXgmQK0/IsWIdmvgOhEkJ+vcTlx5fYernhMBiMBfNs=
MIME-Version: 1.0
X-Received: by 2002:a5d:4609:0:b0:203:e792:3add with SMTP id t9-

20020a5d4609000000b00203e7923addmr5581936wrq.657.1647571833106; Thu, 17 Mar 2022 19:50:33 -0700 (PDT)
Date: Thu, 17 Mar 2022 19:50:33 -0700
Reply-To: youtube-disputes+3er6r0zfjt7vy07@google.com
In-Reply-To: <000000000000c7e01a05da747c53@google.com>
References: <000000000000c7e01a05da747c53@google.com>
Message-ID: <000000000000d5d4aa05da75356e@google.com>
From: youtube-disputes+3er6r0zfjt7vy07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000db0fae05da753577"


From 1727601027277213023@xxx Fri Mar 18 01:58:48 +0000 2022
X-GM-THRID: 1727601027277213023
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1413489ejz;        Thu, 17 Mar 2022 18:58:48 -0700 (PDT)
X-Received: by 2002:a67:2406:0:b0:320:a6d6:b3dd with SMTP id k6-20020a672406000000b00320a6d6b3ddmr3119627vsk.56.1647568728819;        Thu, 17 Mar 2022 18:58:48 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647568728; cv=none;        d=google.com; s=arc-20160816;
b=lF7ktER0v/YoaKUksDIYWvfm+ISlVxYf/GjrdNtOzlJqDxzm4htG02+BQRHxDFiXab
epEM24x8XXQxlUhMIVQbcZOQQWSZt5tJ4ei48e9a7HNefAmqBHTOJ8GFZ4Uj4SbLZOsA
dpZA/HPflLQxH2Z+PKInWvq6wK69hyZf8IhVVvNEny+xMUbBgV89u9aHkpjNbsz/w/WO
U0wGu65oncSt0NQZF8tkVtgi06nxVP/d/GqBoQUZfW6oVdPKqnv13L9Oy7kKLtc1GR9G
jM0MNsEWDDQeTC5IJdd60+S60jMb3kOzUihXwL05LfNXsXa3fTIM8tZtz/bOpg5mC9vB        odRw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=PX+DzHf5A8loIf+p7bG273e+OUxisjdmmEtSV6pIDO4=;
b=e8KZHSbjPdUD6NxstLQjggPRQXm2uurwQ23ae2XOaloi41UQLTGnAVVFKX2AluZuE+
A6pUtnPLru1HplCfwa0Dw1UBrwtOxllNcW/KOC8fU2v7iPcz8c2r2LLh7mm4RH0OJm8m
LZAKTzgFGRm87up0UB5qS958v/1OV/VgOOBic8e8IJ+eTN+g7VxjSdyxt/JpwIxgiGml
ke3YTVOvtpECHb47TYxdoy4tZqXR5J8RlVxl6eDskBrYju/gOPJUoA23+2wT5yCFIxk1
44RZ4uA6V8q/+oyZYvuMxe8vUevTtHcCkZz/j7BRZkAH0/jCB35HFs2gc+qFnDLpz3xY        sg6A==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=LfmUn9xj;       spf=pass (google.com: domain of 3woczyiakaa8d3989qt-
sx7498t7+it6l6feuy8madfmv33v0t.r31@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3WOczYiAKAA8D3989qt-sx7498t7+It6L6FEuy8MADFMv33v0t.r31@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3WOczYiAKAA8D3989qt-sx7498t7+It6L6FEuy8MADFMv33v0t.r31@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id v192-20020a672fc9000000b00324cf95d0d6sor941502vsv.117.2022.03.17.18.58.48        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 18:58:48 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3woczyiakaa8d3989qt-sx7498t7+it6l6feuy8madfmv33v0t.r31@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=LfmUn9xj;        spf=pass (google.com: domain of 3woczyiakaa8d3989qt-
sx7498t7+it6l6feuy8madfmv33v0t.r31@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3WOczYiAKAA8D3989qt-sx7498t7+It6L6FEuy8MADFMv33v0t.r31@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=PX+DzHf5A8loIf+p7bG273e+OUxisjdmmEtSV6pIDO4=;
b=09UVSsv8CbJKfwXvFa86dHc0HdI0Gy6w/7UklEgvrL9tAQVAcpU6vVL5z99XnIZdKK
atSPjfyVFbBccuvZtDhlHC97rVxjZKmEmDCOxBN+FE5ISr6fOt/k6AqUV1ub/Z2eMLc6

cRX8aOmqkeqbWzTfv6+GwA0DtrQnErx/deNgGTs0OuwdNDSncW2TVQxJo0OnsOf+HchP
P90G8O7fxquLKYKgfConiiIV4TgjUUEzg9afAoiNK11X9rREff4kuZHhOW23chzguS4K
zBcIl9UAwwzkMeCy+Oqpz2JieePAZqGKOidLX5maTok1xHrXKLTb25VNvhjoLtOqdUxV      Oh8w==
X-Gm-Message-State: AOAM530XCH7+GmMeu+XJqVvUyY/Ljf+pNJvOQybcJdlPMQl2ILgDLgMo
PPpqflIRt7LjY3cis+QKNn4CU+dl1sKyAuGQm05hb3h4zyGNxIMKTdUMKgnFj6nwKVqr9ReDVKE
ERFVWUv4W7XcaIZ0GlKv2VnGNgek=
X-Google-Smtp-Source:
ABdhPJwpDV5bldjz9ZbhgCR9maVqTb2fy5f+tb5FReKJGKPv3Z1+3aYJa9yNgEURMOJjmCqZobl4zjur2p0I+fPFrgg
=
MIME-Version: 1.0
X-Received: by 2002:a67:2f88:0:b0:31e:c163:ee53 with SMTP id v130-
20020a672f88000000b0031ec163ee53mr3047907vsv.78.1647568728289; Thu, 17 Mar 2022 18:58:48 -0700 (PDT)
Date: Thu, 17 Mar 2022 18:58:48 -0700
Reply-To: youtube-disputes+3er6r0zfjt7vy07@google.com
Message-ID: <000000000000c7e01a05da747c53@google.com>
From: youtube-disputes+3er6r0zfjt7vy07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000cb38ea05da747c9f"


From 1728173078807620744@xxx Thu Mar 24 09:31:19 +0000 2022
X-GM-THRID: 1728111942626406247
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp3364229ejz;      Thu, 24 Mar 2022 02:31:19 -0700 (PDT)
X-Received: by 2002:a17:902:cec2:b0:154:6df6:1e6a with SMTP id d2-
20020a170902cec200b001546df61e6amr4889170plg.58.1648114279564;      Thu, 24 Mar 2022 02:31:19 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648114279; cv=none;      d=google.com; s=arc-20160816;
b=JELtAE/Bc3sAYmkWRcUq/72ZfH67vDOwMg3TutkiVzVbKWE0qqwmgEQ2whNGnsuOBO
fe48EjnhmypzmJGz0+PzsvFL0uqKZwUJhyFpTkxhtBvmAMsVfyRXLl2bW7GEjvRRqooW
iwyfaXL2U+bFuPC/B+iujvCNKb99z0XYf+ZFnkr48pXsmLTvKTL6KW0j5Q0v1s2RQzw6
yyLqrtrooyaOBoiAnOUfN3npnoThQ+aY0jHTxYLutE3C/tlnh3gdetpf8K/4dUr77ME
LOU6Ptk45B0jmx+HKe3z6PdLtNlTyBCT7ZuSCJ3TsTFX/p8NqD/7Jlst03GpWEaGeM7F      ZCaA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date      :mime-version:dkim-signature;
bh=tp5GvUvxbUaRThpE/BMMN8MGhRvJpNpX+60b5lTrcgE=;
b=D3ceIQIzjADZNFz0JGuvotub31No51+6pesKX0JfwNqDSQGFvs3f6Urjc0qM5Y52yT
sTLUv0ImXwOhL4HB8IGQR/3vovp7GDiCksuK5ZhktXQGwtCXYnIhZ1dEdYOD8P2Mbr9i
NGGakdOMLCfbvd5A7nJqfdsKjmJfCwBRCNMO9GMfO/vWUVRvxHO+sUspT0G5DRA0MRo+
vQmSJS8CctMWSzg/nyMGO2+dbMwp543n3Rm9aMvJ7AhFJ5pXE72zk6lnTg3dIcgPgDqn
PSZbQVm3OQt5DfCMDFzpRSQKV/gnfTfTaMcXjfTwHdhE6I0q3qrXzp75ryaE7oEDCDJq      ONPg==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=XMyjDK4Q;      spf=pass (google.com: domain of 3zzo8yiakaoqeuazahk-
joyvazky+jjgkjgionlgoogwmuumrk.ius@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3Zzo8YiAKAOQeUaZaHK-JOYVaZKY+jJGKjgIonLgoOgWMUUMRK.IUS@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3Zzo8YiAKAOQeUaZaHK-JOYVaZKY+jJGKjgIonLgoOgWMUUMRK.IUS@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id j17-20020a170903029100b0015399afa1a4sor5997566plr.148.2022.03.24.02.31.19      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Thu, 24 Mar 2022 02:31:19 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3zzo8yiakaoqeuazahk-joyvazky+jjgkjgionlgoogwmuumrk.ius@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=XMyjDK4Q;      spf=pass (google.com: domain of 3zzo8yiakaoqeuazahk-

joyvazky+jjgkjgionlgoogwmuumrk.ius@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3Zzo8YiAKAOQeUaZaHK-JOYVaZKY+jJGKjgIonLgoOgWMUUMRK.IUS@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-message-state:mime-version:date:reply-to:in-reply-to      :references:message-id:subject:from:to;
 bh=tp5GvUvxbUaRThpE/BMMN8MGhRvJpNpX+60b5lTrcgE=;
 b=HwJKVuQgpPSMsOAvRLy0sxWFLowQj+N2C0M/zdBU3dNvW5a5dQ1VNZa8gSy672zYpv
 JOEy1napEJ4Qda1Mh+GTTqB+GcuvTs0QW548Z2GbwceU9l3MLBynqQMkoBPuGai9IyYb
 Sj6jaX4bpLuo2FP77Ei6XTS2Ox2ySRkQsj4WfLslws5YvrSjVsa9Zp9p3s7sqN5GZl0j
 57QwqIGZVCDKxEtc/3G9cmyTydMRszjkOS5Dz5btC9PeXNrBHf28sGYnBw2BT7YIPZy3
 iUzERH4jQWBpvpL7onjoMvBS7N0eAzn4sw9l6ntNwhKd//ZOuovymoTh/6KKU42PUeWH      jStw==
X-Gm-Message-State: AOAM5301ZUlf1nbodjSMLmQDU/9eUvQrapkyUDbCZJzNJXJcqb7D1upy
 WAiCwNaZ35FCc2INsfq7o6pLwQF22OpxanKYrMFkoOegfe8nnTAK2lrLINn7avooLEW9ykt+oM/
 ozmphAuH3X2VsUWYUgaCzpkJfrx0=
X-Google-Smtp-Source:
 ABdhPJzXsbQfBT7shXAKWhHGuUnRkzcmThR/KcGsuHUzQFeHSn31YCENGoKrm09EjGK3MeBZkX/mTgJLHaz
 x9ndyDv0=
MIME-Version: 1.0
X-Received: by 2002:a17:902:db0f:b0:154:665e:af75 with SMTP id m15-
 20020a170902db0f00b00154665eaf75mr4655116plx.147.1648114279170; Thu, 24 Mar 2022 02:31:19 -0700 (PDT)
Date: Thu, 24 Mar 2022 02:31:19 -0700
Reply-To: youtube-disputes+3dae30c87f08i0q@google.com
In-Reply-To: <CAGF==x81ArZZh8pH=SeRZD=-Oi5sp5nwR4eQw0Dd8sL1+HuEgw@mail.gmail.com>
References: <CAGF==x81ArZZh8pH=SeRZD=-Oi5sp5nwR4eQw0Dd8sL1+HuEgw@mail.gmail.com>
Message-ID: <00000000000049bdc805daf370e8@google.com>
From: youtube-disputes+3dae30c87f08i0q@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000291a9405daf382df"


From 1728111956004446113@xxx Wed Mar 23 17:19:48 +0000 2022
X-GM-THRID: 1728111942626406247
MIME-Version: 1.0
Date: Wed, 23 Mar 2022 10:19:47 -0700
Message-ID: <CAGF==x81ArZZh8pH=SeRZD=-Oi5sp5nwR4eQw0Dd8sL1+HuEgw@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="000000000000bfc41905dae5efab"


X-Originating-IP: ::135.26.144.241


From 1727732175941551183@xxx Sat Mar 19 12:43:21 +0000 2022
X-GM-THRID: 1727618416967672838
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp301868ejz;      Sat, 19 Mar 2022 05:43:21 -0700 (PDT)
X-Received: by 2002:a05:6a00:114e:b0:4c8:55f7:faad with SMTP id b14-
 20020a056a00114e00b004c855f7faadmr15183428pfm.86.1647693801544;      Sat, 19 Mar 2022 05:43:21 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647693801; cv=none;      d=google.com; s=arc-20160816;
 b=mHIih2G7p7VNUOySW9Gry1yCca5Sl41vDlnj6DryMNDuhrVcuD7ymkaGFe9u9Bn9Xt
 +h/MptQmHgnFac9UzMFk/HNojm0rAD0N2USrif5IXimWmMo8e3EKDbb/d2GdXyEidtqq
 6seXCFkoMR1tT90EGx5vZaj3eGoL+iIsGrSwN+Ot5Zw+oW05X2K+KSORQnPdcizcGHPt
 hf81Hh6WY7y8SDjoOSUvsoJ/6g4j8iKXaKik0EH9FgV8mOPeuPeuDyLfE0wxebD7yWjh
 ynlF1hYfTBCAo5a/FMprcpf6nqhvc3GqUER+RPOZvDIA7N0YOYQNcTUnK63+5XH4EZJF      J2tw==

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date       :mime-version:dkim-signature;
bh=GmBp/8nn/jWzaCQOk76mgT75RWsfA3yQ9lpifxal6Yw=;
b=C02NqE+Phs4yx8OtgfppGxGyhg0TJzajb7rVtjsK1UjwTnA3fjHNUNFA/a1FEeURQK
3TJ7D/aQrsKmCzOYg7b+pMEkI5mdgzNndAAwhfbDFMyOKbsxp1BwV3KI6+vOjc8as1Ek
1KSVlhE3JGGcrk2lqmT6z7EXk5W3q9+dk4p+AwdasSqD8dJcrSmQgf0o17aDmFS/ESxJ
VqusmxGWDC3IVUZ/1RXkD2IKp1YK6nCd7wgs8YNyvKoJ5Ea/RtImFMjmbCzbfkMPPc01
HHpGuNoOkhhhS3wNuDTmneP7mJKhwh6x86MaeJ74QTq3EOafRBLSgsLBBDlTCotPHJIs       QTDg==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=aFqdZeaq;       spf=pass (google.com: domain of 36c81yiakahgukqpqxa-
zeolqpao+xnaaif3c4xxo0wmckkcha.yki@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=36c81YiAKAHgukqpqXa-Zeolqpao+xnaaif3c4xXo0wmckkcha.Yki@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <36c81YiAKAHgukqpqXa-Zeolqpao+xnaaif3c4xXo0wmckkcha.Yki@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id z9-20020a170903018900b0014feccd4b76sor3741218plg.177.2022.03.19.05.43.21       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Sat, 19 Mar 2022 05:43:21 -0700 (PDT)
Received-SPF: pass (google.com: domain of 36c81yiakahgukqpqxa-zeolqpao+xnaaif3c4xxo0wmckkcha.yki@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=aFqdZeaq;       spf=pass (google.com: domain of 36c81yiakahgukqpqxa-
zeolqpao+xnaaif3c4xxo0wmckkcha.yki@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=36c81YiAKAHgukqpqXa-Zeolqpao+xnaaif3c4xXo0wmckkcha.Yki@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=GmBp/8nn/jWzaCQOk76mgT75RWsfA3yQ9lpifxal6Yw=;
b=Bd5Tq83k29Iz4uvMZNKmqE7o1AaTeoiog28FGtceIhqzlnqiJgwL/ZZRGlmEeDUYLZ
1E6xsojhnz6A9zonxqdxpbyAZZx8CgHeCfzt+VYDdZ2FwGb7bnXtlu+Svc6P7BzJ8eo4
yTeSsFQsaZ6iPyDYHIysbbYwws85/z17aLdepL3fbqw+TJP9HtZQcsjPYZB4bLSEpN/d
U9I1o5/XyTaKtizG8JwY7B8o5XaXudGI4+eJeEAO6JGJMLrOLcTq51KYnPx2jQbM4cDZ
PusOnh9ZpcuTVO7IhfyKG5I3mto22eRmHLm/zVYGM5u6xP2QkCV0TpseXXmUigK4yonG       zLTw==
X-Gm-Message-State: AOAM532Q938+sGGOUJzVPdywOsXvRL+EsfONQDj8TTGKupbgg7mbZz1/
h355eQm0xE+h/ljjx6Gkr1JYt7pqVSbyEvark+YbBpuSGGA3t0rV5umjtwfcZ2+Y3Q2mLfHyzbr
ENCThT+TKmQzh0ik/aMRrjRqzIIw=
X-Google-Smtp-Source:
ABdhPJyHXLxwcD00FQz176MZWlhJsE2kK+xFyQCUGe+avqVTkRnhn2HpPgFAoS4qaaFj0N1j/Hfa5Jc8iahYp4Vb
Ocs=
MIME-Version: 1.0
X-Received: by 2002:a17:902:7044:b0:154:197:69da with SMTP id h4-
20020a170902704400b00154019769damr4095432plt.37.1647693801168; Sat, 19 Mar 2022 05:43:21 -0700 (PDT)
Date: Sat, 19 Mar 2022 05:43:21 -0700
Reply-To: youtube-disputes+1reemj7g81bs40q@google.com
In-Reply-To: <CAGF==x9S_3HgFGdKF+16uWy1neTvjmC1VvPS9iSOoTe5VZRW0g@mail.gmail.com>
References: <CAGF==x9S_3HgFGdKF+16uWy1neTvjmC1VvPS9iSOoTe5VZRW0g@mail.gmail.com>
Message-ID: <000000000000eceafa05da91890b@google.com>
From: youtube-disputes+1reemj7g81bs40q@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000b819ca05da919b1c"


From 1727618420412448639@xxx Fri Mar 18 06:35:16 +0000 2022
X-GM-THRID: 1727618416967672838

MIME-Version: 1.0
Date: Thu, 17 Mar 2022 23:35:15 -0700
Message-ID: <CAGF==x9S_3HgFGdKF+16uWy1neTvjmC1VvPS9iSOoTe5VZRW0g@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="0000000000007db74105da7859ab"

X-Originating-IP: ::135.26.144.241

From 1727757540550567686@xxx Sat Mar 19 19:26:31 +0000 2022
X-GM-THRID: 1727746215721339978
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp468890ejz;        Sat, 19 Mar 2022 12:26:31 -0700 (PDT)
X-Received: by 2002:a05:6e02:148c:b0:2c8:ab:d2ec with SMTP id n12-20020a056e02148c00b002c800abd2ecmr3214960ilk.155.1647717991362;        Sat, 19 Mar 2022 12:26:31 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647717991; cv=none;        d=google.com; s=arc-20160816;
        b=JLNR8/q2IZIJjVcI8GXV/csXhXiPinUjngtOlUwevbKK4RN0mJ81oGMERu5jwQ8Z4p
        IH8OnrsEXAPg3XJskeS/Ab7yDKBkg/GKwMyqZWWVoLGZ1O1jwjk8aWK657t/D39LMtx9
        pC/gt5V63kzaeeB2f8etByJwWDdvblJPGXlGZyJ9qVmjuMcvseNEHD/wNu8bSRaEpbOf
        xi+K90ztpVuEwBiOSdzYKrdLaJhdED3wpDv8KaitbKUAVqLcLlb1vsJsc4zcWTOe9Iyz
        Lufp3sD11/GOwmCExbuOH93VmPxVGPxsmqq5Wd+/I5x5TgNWfepTCxkPPh5ymWUbmsDk        0naQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
        h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
        bh=vJjFKeMpFPy2g3ezmuhKumbv3eVN4WpTG9cvxbYjHa0=;
        b=SNZ03DSePF8SfNscGJs2RDel88Xgo92yGRK63HAF6lsWFniETFbkjYBeLfDeAvy5g/
        nmzzs/Uzoqma6t/yvfIh+iAhI7nalQnV1LJo5R47xSKFJazGshpBOr8kdlSEK7Yg2nHE
        YPSwRLO+wSc08+qF0ZWIPV/BVyWEwiBv9f8EGP24rLas4uWfNBcHeWxF9aYm+0wjhvmt
        LUIkPZ4xlAhuYo8C8LLrpcgkTrEUjz9cnoiJxid57/sbMs8g2ubFJpa51eQj6QNkkLDE
        s76LIJAYbuiyl7TEicWDWv/rLWPqanlO4xnq/BdkkFcHn6w/upfaCuVpT5Bcc7ixbzlV        s8vQ==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
        header.b=iHyAo7M5;        spf=pass (google.com: domain of 3zi42yiakalmrhnmnux-wblinmxl+wzxjrabnv2lxet0zhhzex.vhf@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3Zi42YiAKALMrhnmnUX-WblinmXl+wzxjrabnV2lxet0ZhhZeX.Vhf@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3Zi42YiAKALMrhnmnUX-WblinmXl+wzxjrabnV2lxet0ZhhZeX.Vhf@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with SMTPS id x6-20020a056638034600b00321367ca345sor201468jap.37.2022.03.19.12.26.31        for <jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 12:26:31 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3zi42yiakalmrhnmnux-wblinmxl+wzxjrabnv2lxet0zhhzex.vhf@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
        header.b=iHyAo7M5;        spf=pass (google.com: domain of 3zi42yiakalmrhnmnux-wblinmxl+wzxjrabnv2lxet0zhhzex.vhf@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3Zi42YiAKALMrhnmnUX-WblinmXl+wzxjrabnV2lxet0ZhhZeX.Vhf@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
        bh=vJjFKeMpFPy2g3ezmuhKumbv3eVN4WpTG9cvxbYjHa0=;
        b=XnZ7zaXyo04W/oXUxWrIhz3p+Dp6EW2OpivgBvZPTuFlJdszrP+N3DCxsSw9myJ2sY
        SJxHtRKjGGVE5WAjl8jDaHUlDhRizTBF87PMObCW0x7w55HP7Eq4rbl3nK/xCS10SrLi
        tPzqHdspil0ssbLAMoHgKeHeCGnM9E6pdggR8FNOXQaaVJKntj5PEaIjgeoa7ybWJ30I
        rNIuzjPat8OWTK5xxcPJRdB3Wq+R9jDlS3zCYqyTtsjrIo8/b1gLMr/37yBry3GjKZFP
        Zy453Svq9h3h94yi9hZVZcNVUrSPS8/v/h8/wYokj5KkBMku2yZ1MmVmKe+Fxdeo8Sdy        Dphw==

X-Gm-Message-State: AOAM531gHt82IQqjhVZoIPVDpldebguRGzME/KwrITunelarL0GM0z+r
7Tmu3Ls9eRvxyzqiW/jB8nSNJroz+SKO0vaGN/wEwkc79Jg2YCIBR9hGm/qPsS6zXBSQdzUc4gE
jJbM8GD2b9Ynio63JK4FIDFj/q3g=
X-Google-Smtp-Source:
ABdhPJz/ZoFizQLinFZfE06RqSuKRYhYggXioiArop/pb6gqtjFAE0CO1+P+sE2vujC056DSOJMQEyajJQ2cdhl8QHM
=
MIME-Version: 1.0
X-Received: by 2002:a05:6638:1492:b0:319:dd2c:bf96 with SMTP id j18-
20020a056638149200b00319dd2cbf96mr7013684jak.73.1647717990873; Sat, 19 Mar 2022 12:26:30 -0700 (PDT)
Date: Sat, 19 Mar 2022 12:26:30 -0700
Reply-To: youtube-disputes+364qyhiuc9s4l07@google.com
In-Reply-To: <000000000000c8db1b05da94b9fd@google.com>
References: <000000000000c8db1b05da94b9fd@google.com>
Message-ID: <0000000000000816d8f05da973d3d@google.com>
From: youtube-disputes+364qyhiuc9s4l07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000089759205da973d62"


From 1727746215721339978@xxx Sat Mar 19 16:26:31 +0000 2022
X-GM-THRID: 1727746215721339978
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp403351ejz;      Sat, 19 Mar 2022 09:26:31 -0700 (PDT)
X-Received: by 2002:a5d:5982:0:b0:203:7e01:49c3 with SMTP id n2-
20020a5d5982000000b002037e0149c3mr11802358wri.330.1647707191192;       Sat, 19 Mar 2022 09:26:31 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647707191; cv=none;    d=google.com; s=arc-20160816;
b=Y//8kEvKeS5xQjtcZNy4CD62K8RPHBly4SqxSkC4/9qe0vrlDgoU3DuKjiNWaM/QaE
Oypg0hvIijG ⊦ sA3yr9idGsf0T75DcBZbaYxjrmwmIIglKbVbt0IE089IIZ5NiXL ⊦ CjpUPF
JoPdykxBgjvayEQYeCIlvaZj+DWfisfcMcPlAnuBkXLNvOZ0xYw0dUhdHsauAAnB1W1C
aNE4c0VfUYafTAO2lS5ua2ZQdLSGE0hV1PH0W1sdYYWy36S4wuRgyzW3CdIbcopC9yx+
fe4XYXl0RUHS6XD2XT7NHU7rnLveLw79XAPo2hxJ1a18/3Ue63wcye6byDgyWuqWL/m6      Wb2g==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version      :dkim-signature;
bh=Rhi5mAQE+ERpiaonu0QyC1er34uEf+QncEwWUp42Skc=;
b=JwnnHKKIGKAvUsGS+uqm8xtpeH8Sdl+0lVboVS/wnGP2zQuZLsl/hcXHg9ku+K/tz9
RA/Tk0S2Rr1o+XzJ473YANkvSyXZb9RItyBemza3nwk99PXKX8/bx6kX6rTaTRSpFZn9
4CWen3JHosH3TiKuoOzV0YK45AKrp5J7ZzUy+B4KcMqyKLxUvvq2aNygpAOWJ/2pIHBH
uiAJHJDXpG4j/bpeXlctwT1SqoachibhGPm9gJ4LvPwjutLX5So1HZklm7SQwUYeMRTW
lzHCZ2OjLpv+ZJ6RzzGt3kea9Ayoozxx171D9IbLK7FI7LjPkWAjY5J9MkuK8AOEb/Dp      DIVA==
ARC-Authentication-Results: i=1; mx.google.com;     dkim=pass header.i=@google.com header.s=20210112
header.b=TiIIglBP;     spf=pass (google.com: domain of 3ngq2yiakac8jzfefmp-
otdafepd+orpbjstfnudpwlsrzzrwp.nzx@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3NgQ2YiAKAC8jZfefMP-OTdafePd+orpbjSTfNudpWlsRZZRWP.NZX@youtube-
disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3NgQ2YiAKAC8jZfefMP-OTdafePd+orpbjSTfNudpWlsRZZRWP.NZX@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])     by mx.google.com with
SMTPS id x21-20020a05600c421500b00389d1b0d918sor4378338wmh.5.2022.03.19.09.26.31       for
<jeremywilandcsc@gmail.com>     (Google Transport Security);      Sat, 19 Mar 2022 09:26:31 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3ngq2yiakac8jzfefmp-otdafepd+orpbjstfnudpwlsrzzrwp.nzx@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;     dkim=pass header.i=@google.com header.s=20210112 header.b=TiIIglBP;
spf=pass (google.com: domain of 3ngq2yiakac8jzfefmp-otdafepd+orpbjstfnudpwlsrzzrwp.nzx@youtube-

disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3NgQ2YiAKAC8jZfefMP-OTdafePd+orpbjSTfNudpWlsRZZRWP.NZX@youtube-disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;     d=1e100.net; s=20210112;     h=x-gm-message-state:mime-version:date:reply-to:message-id:subject      :from:to;

bh=Rhi5mAQE+ERpiaonu0QyC1er34uEf+QncEwWUp42Skc=;

b=xGjORHMzkcH1kvuJiixgHPr7LXYXym1ZX/lEl0xye2O5yJL4Qclk8zfE6H1c0cLKZa

JaaPv5bTfEk7t7T1dgTCx9vejIofNkzUsRiXx5NlBraPFigRE3OyQk1cTvv2XduD81uI

uT4R1xQ4j7STBBXd+DzIeDdnXRERp1DMkYvH6TFwMFwfQwSmoJhWXmRBezREP8ibSjWI

yZRjjqN/BuYD6UEzcbVYbCuysREFZxlrImpIOzXq3hVGSaU5ibembHgRVgGu4yrhdzE1

+LnbEiL26k6zdahSAWN/5VIaMLOR4pVQOGDhBIp6uOJd/3p3hS+fK0ahjvxLAl1C8EBF      GAVA==

X-Gm-Message-State: AOAM533pNI88WfkJNFCgy29mA1vIasfKnRDp3ntp5yjMZQz4I85S8hYO

0vzLO2ERBVC2IzchqMgZcK6in7c8KN4qv/gGYlynudtZc0kuYccZN6x5x1IBf1xjINbU4RZhqog

ew24qh9ViFm3kyHvOWZs1NkW6b50=

X-Google-Smtp-Source:

ABdhPJy43GRviOYw7Z4eNoiDZAEGxJk4oEAmS0GWcysRA6KmxtziLbWwW64PyZRFDnb/XDsow7KTXfeUwXI

Sk1zdU7g=

MIME-Version: 1.0

X-Received: by 2002:a05:600c:3595:b0:38b:42fd:fe2f with SMTP id p21-20020a05600c359500b0038b42fdfe2fmr12680296wmq.76.1647707190859; Sat, 19 Mar 2022 09:26:30 -0700 (PDT)

Date: Sat, 19 Mar 2022 09:26:30 -0700

Reply-To: youtube-disputes+364qyhiuc9s4l07@google.com

Message-ID: <000000000000de8db1b05da94b9fd@google.com>

From: youtube-disputes+364qyhiuc9s4l07@google.com

To: jeremywilandcsc@gmail.com

Content-Type: multipart/alternative; boundary="000000000000ce787105da94b9c8"


From 1728583551949079228@xxx Mon Mar 28 22:15:37 +0000 2022

X-GM-THRID: 1728576029068522630

Delivered-To: jeremywilandcsc@gmail.com

Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp6488974ejz;     Mon, 28 Mar 2022 15:15:37 -0700 (PDT)

X-Received: by 2002:a05:622a:100c:b0:2e1:b261:f66d with SMTP id d12-20020a05622a100c00b002e1b261f66dmr24805243qte.381.1648505737426;     Mon, 28 Mar 2022 15:15:37 -0700 (PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1648505737; cv=none;     d=google.com; s=arc-20160816;

b=DR5YpxlSP4VpVpJxrP4dYGd0RDKgvn4Za/a2wNn2A7K71m0Jh2ggOdkZdjPmot2qN6

BmCDPFudB7nsUY/Va5lgllm8l3Xs31DtYUgVKoZ82K2RgX6t3MyvNCn0XAkqCTDnqxeD

yLRtdDMknAqzdPwUbqKJfLXKCkqwVB9/MinTWEmf4EgjPyIqky7YQ9G+8ykONHnG8LiF

+44VzfEbCg+iMXaWj1z0KLvKpc+YOZf98v9F9tiDw8prTThRpRoSU9YxoOY/lcJ/UOyQ

yHPqe1UbMMRr53pnFmghwIZXop1TTvP+lXqVt2QGmjXhrwB2K87OmzVVwzz+P3Xul4Hj      d9gQ==

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;

h=to:from:subject:message-id:feedback-id:date:mime-version      :dkim-signature;

bh=zptPVOvo9X6kBIwyRKeynFGINiKzCLjzAollfrl7TL8=;

b=ZqGJO42oP40BVsGqHxMV4pR6i4WgwIkmWaO2G17rb7oboHH+Eoov6xmBpXYUhUHVmf

vbs2Lx1JTokbzv56/+qBNXOXYMEDf/oH0P5GNx86tafyr4MaHqhAJ0u8Wfv02/67HNJq

sdU6YwKMFZHDLyib6mQIdLrRItxUPDSy+kTHYZdhR17xra4vxJzQqMIFXaq58D+TcMsH

YW6CKha7Fz0RSP2CckMHI+snjpPIuiTUPVALizzZPsM1piBD2cpJjFs0fLZyh0VXbBM0w

bZJgy7RAIlW/L9NzJaRTkeMaccMH80Lp7FWbbirZki15MsxncR+wnhRr4l49V56/Ls2Z      Uc1g==

ARC-Authentication-Results: i=1; mx.google.com;     dkim=pass header.i=@accounts.google.com header.s=20210112 header.b=n5mR8Hmc;     spf=pass (google.com: domain of 3idncyggtdxe45-8v62frtt5b4a9.x55x2v.t530v8v3fdz2r4ut9tx3rz2.t53@gaia.bounces.google.com designates 209.85.220.73 as permitted sender) smtp.mailfrom=3iDNCYggTDxE45-

8v62Frtt5B4A9.x55x2v.t530v8v3FDz2r4ut9tx3rz2.t53@gaia.bounces.google.com;        dmarc=pass (p=REJECT
sp=REJECT dis=NONE) header.from=accounts.google.com
Return-Path: <3iDNCYggTDxE45-8v62Frtt5B4A9.x55x2v.t530v8v3FDz2r4ut9tx3rz2.t53@gaia.bounces.google.com>
Received: from mail-sor-f73.google.com (mail-sor-f73.google.com. [209.85.220.73])        by mx.google.com with
SMTPS id x6-20020a05622a000600b002de980041b1sor8886564qtw.8.2022.03.28.15.15.37        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Mon, 28 Mar 2022 15:15:37 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3idncyggtdxe45-
8v62frtt5b4a9.x55x2v.t530v8v3fdz2r4ut9tx3rz2.t53@gaia.bounces.google.com designates 209.85.220.73 as permitted
sender) client-ip=209.85.220.73;
Authentication-Results: mx.google.com;        dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=n5mR8Hmc;        spf=pass (google.com: domain of 3idncyggtdxe45-
8v62frtt5b4a9.x55x2v.t530v8v3fdz2r4ut9tx3rz2.t53@gaia.bounces.google.com designates 209.85.220.73 as permitted
sender) smtp.mailfrom=3iDNCYggTDxE45-
8v62Frtt5B4A9.x55x2v.t530v8v3FDz2r4ut9tx3rz2.t53@gaia.bounces.google.com;        dmarc=pass (p=REJECT
sp=REJECT dis=NONE) header.from=accounts.google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:feedback-id:message-id:subject        :from:to;
bh=zptPVOvo9X6kBIwyRKeynFGINiKzCLjzAollfrl7TL8=;
b=H6exNSqsdlVlXz5H4L4Sptm+DvhMwIj9ULjBU5IZPUQTIx7oIrzWKf7sxeiF/3HBdt
8uFqu4Mjgw5JG1qZIRuizGx3NeqR+A1HLO8iqHnIta8csusYUSRas6JEqNvbKqcIbOtd
7nWFeYeUA2g21PvTXLYe1/YJrO7Qk2o1i9ESWyibV5Qv00Jo39GZZHLjn4vIAA/rbrGt
zvIe32o+hbKsJ6Ug8dI684nzzV0gFeM31rg6d9aQ2tz/+uPhEYZ1bSD2L04y5BsA078s
xezc8FBC3BkW4mN8SIfXOu1Q5CyWbl1RDeQp8ctZO5l3AG7tILhaWal5YyHwAWVPi7cq        K/SQ==
X-Gm-Message-State: AOAM532hEJc+35s4pr02MRU50iY88cUfX1VMyzT8VWK61kvDKjrvPGjl
LRi36ownfV7NMetEZlG6DxLwcJe5ZeB6Xu5+PAMcQg==
X-Google-Smtp-Source:
ABdhPJzfi4Xk49WXwrjCypwF6KFAwV6nz1bmNaeE8hDmG5+wQDRhFhzfZSbDO4KxoPn/UZOBykRCUzfEy3PK
a1dtZTeRAA==
MIME-Version: 1.0
X-Received: by 2002:ac8:5c85:0:b0:2e2:3211:92e9 with SMTP id r5-
20020ac85c85000000b002e2321192e9mr24421322qta.386.1648505736958; Mon, 28 Mar 2022 15:15:36 -0700 (PDT)
Date: Mon, 28 Mar 2022 22:15:36 GMT
X-Account-Notification-Type: 264-anexp#nret-fa
Feedback-ID: 264-anexp#nret-fa:account-notifier
X-Notifications: 40c2199b5c300000
X-Notifications-Bounce-Info: AXvZQxd8_PhJ7Dc25bOob1fSiAsXp9SGS8FgWA41tkHMiZsG60M3zny_-
_7tIQmmS9iGCoeE-86jwNXFT6rv-CvAk34oDFGqYL4Ieq3-kEEew0dsrGSV93YgNJsyDbzAPrJGJd-ek0lt2MpqHI-
DPWfKv6Wql9S0BM0hgBc_0Slr-OrdFV9HzBcUrz6DBANjAwNjA0MDQxNTM1NTk2OTMzMg==
Message-ID: <iTgHWPjiSqpLmlSJy7SP_w@notifications.google.com>
From: no-reply@accounts.google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000dc93a905db4ea6a4"


From 1728576029068522630@xxx Mon Mar 28 20:16:02 +0000 2022
X-GM-THRID: 1728576029068522630
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp6398852ejz;        Mon, 28 Mar 2022 13:16:03 -0700
(PDT)
X-Received: by 2002:a05:622a:610:b0:2e2:694:38c6 with SMTP id z16-
20020a05622a061000b002e2069438c6mr23839054qta.458.1648498563036;        Mon, 28 Mar 2022 13:16:03 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648498563; cv=none;        d=google.com; s=arc-20160816;
b=l3XfCBCky/XwaLELo0jnYM2KmSCZvMSAoluCACiTuRBmZKk7MYHV9+p8wccdjlNWH1

Gp3RjtDnWXjD3Pcd4TnaxLOZTW0D3yUEvppp0dGr534J+0jGpUhZAgCuoHVJ3QlS8NNs
XvnSIUZamiKZFquQOLPILTa3sENiSF137gKDOz+euHox5U7SfYVv2ytvnixIB5a3Ad6O
CbOuDkSTU9YbNUEHK6j7LlxJEZiVxATygvolJvMnH6au6HnFMBUQR6400vcW5opc+0KB
9fNnwCIw491xwKMZVmZJjBtjyt2xyyZ8fUD7mGAs+5M4CBb7QyOwNRczgf/zkAYYy02e         gcvQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:feedback-id:date:mime-version         :dkim-signature;
bh=w6OwBQ8RLKnF0xOpfuzSfbwqZ/XgOOXkg/zMS6Y8iy4=;
b=xT/P6uhZBzk88xL5aQOZcSgl0BwtlFnwGArDnriHh+vgI9tHlpVPRK6g4zaBimSNRu
P87tiUCbBcCuLRos36ZDT0Ws6UpjRXmokTem5Ff3mDNZoaYOLsa7E93H00H4WQ6fflYG
EPSPiKayfOdnPF9lduGyFQloLlZqL8+c+VM/FPHdwpkvp4fqtqPuNADVnrXcRKwqEg4G
sVQv7hwrUhRqbOV0KJen52htvx5O1QJFTRj6szV6Rdxt/i0t/rjXXQYDrwsS/qsV5DWK
xrG0vP2Mq5hwUfAh1+h9trJOPD1RhRLka3+sstqKvD9tOzButM49gN15rc1bp56LXzXP         r/Ag==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=iLGOcDXw;       spf=pass (google.com: domain of 3grdcyggtd9a9a-
d0b7kwyyag9fe.2aa270.ya850d08ki47w9zyey28w47.ya8@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) smtp.mailfrom=3gRdCYggTD9A9A-
D0B7KwyyAG9FE.2AA270.yA850D08KI47w9zyEy28w47.yA8@gaia.bounces.google.com;       dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
Return-Path: <3gRdCYggTD9A9A-
D0B7KwyyAG9FE.2AA270.yA850D08KI47w9zyEy28w47.yA8@gaia.bounces.google.com>
Received: from mail-sor-f73.google.com (mail-sor-f73.google.com. [209.85.220.73])   by mx.google.com with
SMTPS id y5-20020a05620a44c500b0067e9d0da425sor3580567qkp.193.2022.03.28.13.16.02         for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Mon, 28 Mar 2022 13:16:03 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3grdcyggtd9a9a-
d0b7kwyyag9fe.2aa270.ya850d08ki47w9zyey28w47.ya8@gaia.bounces.google.com designates 209.85.220.73 as
permitted sender) client-ip=209.85.220.73;
Authentication-Results: mx.google.com;       dkim=pass header.i=@accounts.google.com header.s=20210112
header.b=iLGOcDXw;       spf=pass (google.com: domain of 3grdcyggtd9a9a-
d0b7kwyyag9fe.2aa270.ya850d08ki47w9zycy28w47.ya8@gaia.bounces.googlc.com dcsignatcs 209.85.220.73 as
permitted sender) smtp.mailfrom=3gRdCYggTD9A9A-
D0B7KwyyAG9FE.2AA270.yA850D08KI47w9zyEy28w47.yA8@gaia.bounces.google.com;       dmarc=pass
(p=REJECT sp=REJECT dis=NONE) header.from=accounts.google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:feedback-id:message-id:subject       :from:to;
bh=w6OwBQ8RLKnF0xOpfuzSfbwqZ/XgOOXkg/zMS6Y8iy4=;
b=YUzLqHxF+7UJMF/YH4ilh/CE9kUybXf2Re3EqfnJAF/6A3fiAhJK3j01Kdvhxvei1u
5rT9dibMpl0WFR7FD2cKjwpydz2o2NWlQgOSlJFcO52aQwLBpOeCG1n49IqrguHQfb1b
YoIdAetHocMysHH1yPEqHwkJo0Kw83LFgolqTyPxLQNmf8J26i4mte+m/IaZr8Vhjk4J
An6UcphyfCOQZhZJhSZgp0gMNv0csyYgRxvpLNUQvdeDRCI9gs9pyupJOuf8L9qDPOZq
Pu6EYeSsQYcE0cCmNRz6ihywti1yw1+HTFSudghXs6du9d0vRNUR061X3EjXssB7BJbl         QvAQ==
X-Gm-Message-State: AOAM532y1mpc42qb0xq/ztFYG25drq4/Z3Pp2X/Z1g7DnjcTPStjo3Ux
R8QWrQxkOQdQOAbI7T/FO4E0Prf8y65G8722n5W53Q==
X-Google-Smtp-Source:
ABdhPJzS8wDUDR/7Es8teofh+iRiudyK1L6gnCAePPT/3M1cSS2v8kBPJn3K7jMGbRe7x7LGFfMH2jMFlSLCTip0R
7+dTg==
MIME-Version: 1.0
X-Received: by 2002:ae9:e214:0:b0:67d:4071:f128 with SMTP id c20-
20020ae9e214000000b0067d4071f128mr17469727qkc.221.1648498561827; Mon, 28 Mar 2022 13:16:01 -0700 (PDT)
Date: Mon, 28 Mar 2022 20:16:01 GMT
X-Account-Notification-Type: 264-anexp#nret-fa
Feedback-ID: 264-anexp#nret-fa:account-notifier
X-Notifications: 2c4a38d85c300000
X-Notifications-Bounce-Info: AXvZQxelhD43SaRQ6x2Ubk_E-5PUAD3YGxx-qI6z2HHbPWN0n-HBNpeXfTUvq-
oXc1vf6u-ojowxVx_o069YHc_QJW8rD4CJaip4l-E4XyRQkGIXXyJe5mtwn9G6rCGDWqrir_qIk7Vl7-

8GvQtsLSV2zWwNQIKzr0q0NMt1WpXXYDLTUuJB0N0D8Vr5lQNjAwNjA0MDQxNTM1NTk2OTMzMg
Message-ID: <ZxdNRxXjrZEDVyDPjTwEAw@notifications.google.com>
From: no-reply@accounts.google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000030c4a705db4cfba6"


From 1727644548479111752@xxx Fri Mar 18 13:30:33 +0000 2022
X-GM-THRID: 1727572461629457778
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1723349ejz;        Fri, 18 Mar 2022 06:30:33 -0700 (PDT)
X-Received: by 2002:a05:6e02:17c7:b0:2c7:c8aa:e65f with SMTP id z7-
20020a056e0217c700b002c7c8aae65fmr4273584ilu.228.1647610233488;        Fri, 18 Mar 2022 06:30:33 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647610233; cv=none;        d=google.com; s=arc-20160816;
b=mEX7DZyRkrcOR4mpm7bjV+EbVizgukWUYwQrD7KwRfjS/E2/2mtZGN24I4BYVeS5yI
cO/dwRniUJGLNf42NXlk+z8gbbPW/LXUd4gCixxWzENRQ+HgS3MJL0PZzCTUt7P+YLQA
PbfMJ7H+gIw/P6rrG8NqC0DcYthbs2zmn90ia8ZfXDtYlTs7F8wwshwfpbKAZN2Ghmxv
8dhymJGuE73qAUlEonPRWlvuHYQp09v2kKch+BU5OgMQ6s9Rk3E/eg24q6gWlWMneJ9y
IFvzUMNC1hYEiFeN0I8dCb0jP9PkaYt+yfWGtq7H02blTRpZaMvEuXblymaRTtyY/fF7        qQ4Q==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;        d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=hG1V9BjFMjU+sulaXEWmbXdOulVHPFblnoC5+g/4I20=;
b=Me0cFsAPQ9yLbvBBTWRgUl7MRu683ETgIxTeM1ZGswqnBuvUhUtcmPDLQ1BSz7Ut0p
x6IquzoFovjXaod/8vv/ZY8XGyiIBWJMOXjDm3YAESzn9W8NJUQeK6htWc3mVSWaNkXw
wymmDVabVVhf1TVEbQ2Y8QUMgC6SRqv4plUdnZApS1NJyXQzUgpyDgUH8B6ihT/412Zt
gOKzDxJ25y5qphHOrkufCR1ZGscO7Hgg3szxCrMgW3WjmPOeExa+fjyg53dX5aL7YaXz
ADiMzAeZqPZEh1qJF4/0iaKFftXE2pr/IoxBGEJYaaQ68P2RZ0CYAmUrBbLAkNFILZ06        mBsw==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=PweAoEUM;        spf=pass (google.com: domain of 3eyk0yiakahysionovy-
xcmjonym+ueyoudlzufyanukaiiafy.wig@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3eYk0YiAKAHYsionoVY-XcmjonYm+ueyoudlZufyanukaiiafY.Wig@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3eYk0YiAKAHYsionoVY-XcmjonYm+ueyoudlZufyanukaiiafY.Wig@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id 10-20020a5d9c4a000000b00641eaedd7d4sor1773617iof.29.2022.03.18.06.30.33        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Fri, 18 Mar 2022 06:30:33 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3eyk0yiakahysionovy-xcmjonym+ueyoudlzufyanukaiiafy.wig@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=PweAoEUM;        spf=pass (google.com: domain of 3eyk0yiakahysionovy-
xcmjonym+ueyoudlzufyanukaiiafy.wig@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3eYk0YiAKAHYsionoVY-XcmjonYm+ueyoudlZufyanukaiiafY.Wig@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=hG1V9BjFMjU+sulaXEWmbXdOulVHPFblnoC5+g/4I20=;
b=p/rQATb9v1FQANUCW7ciXN+NetmRRgeK8fft3LyDW607x6XfYGwenWW391J4sQbVs1
ebPRvC05PjzNv9TrJBbW2W5wcdb5sHSb9bxsJEmmRFn0PWZcL5FNAw5r54KYKbgU0mlm
M0XTNT8MMRaiGzK3h4bnoMzb8OAryc6Ocp0Gx1pBxpIQo/X/J9jXflt0uqhEwKBjEkaK
imKm1hMmTKQCt8GoByTa0upg/DrXw74eTEi/AHlysHd4yMVVW9fJENKrEi+b4NSwDx2C
UMXQUsaChhK56zFzlNkR7EU5Ngx9B4tHagEl0omwe42NouScbbdVA0G4zzhltY1z6JG9        5XBg==
X-Gm-Message-State: AOAM53043FihcGC+KXll/xuSrFibPZfJvqamdnwnO6xDVyzIIn+idY6F
0PQ1s2ymx3B0UiWy3YyV6x5H4vDZbCja99r+Ots2ynfbIwzyD1rspEG7tB9ojB0hR6iityI++EG

VOUSYXe0anymAB3xG1SArtXVtk98=
X-Google-Smtp-Source:
ABdhPJyXhjVs+SzdaLZm2EtRba18KcxzwvTn414dEGJnJOkl8yLjt1PJsXqXC21K2raTjQymOZBFKGQQt1UJ/OIdd5
8=
MIME-Version: 1.0
X-Received: by 2002:a05:6602:1682:b0:63d:cac5:fd0a with SMTP id s2-
20020a056602168200b0063dcac5fd0amr4516305iow.132.1647610233117; Fri, 18 Mar 2022 06:30:33 -0700 (PDT)
Date: Fri, 18 Mar 2022 06:30:33 -0700
Reply-To: youtube-disputes+0k4u0jrf0l4gt0q@google.com
In-Reply-To: <CAGF==x9A0kTXPP2vJOmzNJX8k2xG3wqgBo9UtDO_HbeuNiD=yw@mail.gmail.com>
References: <CAGF==x9A0kTXPP2vJOmzNJX8k2xG3wqgBo9UtDO_HbeuNiD=yw@mail.gmail.com>
Message-ID: <000000000000d0467105da7e1422@google.com>
From: youtube-disputes+0k4u0jrf0l4gt0q@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000accc0e05da7e2609"


From 1727572523258665510@xxx Thu Mar 17 18:25:45 +0000 2022
X-GM-THRID: 1727572461629457778
MIME-Version: 1.0
Date: Thu, 17 Mar 2022 11:25:44 -0700
Message-ID: <CAGF==x9A0kTXPP2vJOmzNJX8k2xG3wqgBo9UtDO_HbeuNiD=yw@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="0000000000008cba9305da6e28ef"


X-Originating-IP: ::135.26.144.241


From 1727829135401747962@xxx Sun Mar 20 14:24:29 +0000 2022
X-GM-THRID: 1727682203634384966
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp836072ejz;        Sun, 20 Mar 2022 07:24:29 -0700 (PDT)
X-Received: by 2002:a05:6102:808:b0:320:86b6:2d44 with SMTP id g8-
20020a056102080800b0032086b62d44mr6715643vsb.63.1647786269657;        Sun, 20 Mar 2022 07:24:29 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647786269; cv=none;        d=google.com; s=arc-20160816;
b=YS/CeEBd7zLMs80kNozTCaGp6XM6nRn8FaVL6eKMTsFVh0T8kIp+9x0JyhsK3ogEmZ
haLkUB4rMmuPebc08tJg/O+0WZ/dex8pXYokQnS7++06s42cepYn8Wu+DKVAMtV3LzjU
SLCVLyidkqfDCnz7Md2XZXbW1+D+DBTFkqCsrw6+FV+SjkmcNRiI8FKW7N3gZ2k2Pbux
p4GczcdGA0XoXqRIdPbMCCH9soBbzLArkWwI6Oh6EQfTDcUhuBWlOdy9vbkRZlNlW7ld
D03BzqKh593LA5Nqc2yibFoT+wVcO5iknSgMyK0Y+Y9+F5e/t8zjq3V9Hvrdxo11mKLI        yMhA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=JRI59AdE3sDABHhN25FPZeQkVOXuQoi5xyMGv0dojyI=;
b=Fe7MKaps9x6wklWCAdsb35gt80n1AptCmlTCgfPkkhUn51MNSJ8LztCqjCtNZ9IYJd
9y38oZUDyK7KNeP50pKv7sYaCSMt7+Y0JCvEbVgUhMqDq0Smw/0aumz7i/2aIXIXLuNE
KC4wAIVRr239phVey4B+GLO3ip7eoNZHOWq0FtuVOgvaamxAH9QK48NOUi4gVxDC0/7W
EhP2d4+CtbBqNuuc300Om7rysHqJHcKk+RIBL+Cqj/6lwVcnuJ0aZoqnxEZlg+hwKzOP
ZNssoD4W1vUjcPwhcPJECPOy+4wCV8bdQ6ulBVfMNoPZ0AFwDPYabzFeA/C3t5yIQ0/M        gvQQ==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=XIvcgjZU;        spf=pass (google.com: domain of 3htk3yiakaiq6w212jm-
lq0x21m0+921ad7swh486m8fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3HTk3YiAKAIQ6w212jm-lq0x21m0+921AD7swH486m8Fowwotm.kwu@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com

Return-Path: <3HTk3YiAKAIQ6w212jm-lq0x21m0+921AD7swH486m8Fowwotm.kwu@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id p127-20020a1fa685000000b00336ca7cfdefsor2602412vke.22.2022.03.20.07.24.29       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Sun, 20 Mar 2022 07:24:29 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3htk3yiakaiq6w212jm-
lq0x21m0+921ad7swh486m8fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=XIvcgjZU;       spf=pass (google.com: domain of 3htk3yiakaiq6w212jm-
lq0x21m0+921ad7swh486m8fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3HTk3YiAKAIQ6w212jm-lq0x21m0+921AD7swH486m8Fowwotm.kwu@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=JRI59AdE3sDABHhN25FPZeQkVOXuQoi5xyMGv0dojyI=;
b=4EKMmICoLHSfcvGYJOVEn6dVgjAwbZp5zRu3Zm+pddZnLfVXv1nkc7d+AzsYjDlbCH
Sjx0xnAw0yrQEM8uCEA1qCWLdeKdvXHdMHxhWLuxr/H6KCUDRL1puZ/RM73IDkelMYoJ
I96h4zCy5EvWjuJwmC5KLMrCkjc6u8U3ZaACyY2ZNEWT2iXLd/ZOu1Vv3qcwkeIgIdHj
StIh1LMCO/KSbuJLh1nFIflL4Piy0v/f2gTLO9B91nGlGLNH+xaaWgBwontf4RuQb72n
xe0JBALl3sFb1FaX/kQ6YoiEiTcPmZ97IZ50HzbfHLKATgI+LbHI8kVK0a475APlHGwY       PrEw==
X-Gm-Message-State: AOAM531/ldczRS7mso6D9Aqa+m3ztN130GGXxWhN45MioLL8w4Ti2vhQ
wWvHzRSeVpDVs9xHC6QpczCS8j8/3c3qnOtsECN+RlZfu7/4MwQXJcXr8LmsHmmig2qDsrM/N/B
+XDw69WsSTVU5hkHjLzcynMG7c7U=
X-Google-Smtp-Source:
ABdhPJwRMo3NTw6CzOODBSksbdOLz3uBjoRiqYmPXuP5K6C+QJQwLkRrjktWLFiT52LHGBd9WWTMbuH05n
7DG62dGjA=
MIME-Version: 1.0
X-Received: by 2002:a05:6122:50a:b0:337:88c3:1c6f with SMTP id x10-
20020a056122050a00b0033788c31c6fmr6676401vko.40.1647786269218; Sun, 20 Mar 2022 07:24:29 -0700 (PDT)
Date: Sun, 20 Mar 2022 07:24:29 -0700
Reply-To: youtube-disputes+1ut25zko9w0ye07@google.com
In-Reply-To: <000000000000234fa205da86835c@google.com>
References: <000000000000234fa205da86835c@google.com>
Message-ID: <0000000000003af90f05daa72315@google.com>
From: youtube-disputes+1ut25zko9w0ye07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000003e8a5d05daa72348"


From 1727682203634384966@xxx Fri Mar 18 23:29:04 +0000 2022
X-GM-THRID: 1727682203634384966
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2066759ejz;       Fri, 18 Mar 2022 16:29:04 -0700 (PDT)
X-Received: by 2002:a05:6000:386:b0:203:f8d8:f70 with SMTP id u6-
20020a056000038600b00203f8d80f70mr3468246wrf.163.1647646144723;       Fri, 18 Mar 2022 16:29:04 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647646144; cv=none;       d=google.com; s=arc-20160816;
b=hjwMb+MsXvJfGPsUYV42J6sQLQRY3ZD5D5mjI9NzFnPqZejw5B7iQPDGqLBVdqpEhF
W7VQXx8599r4pYICnQGrDMjGK6yVh8bCqB7DVL6rSz6tIWOMIRELbJyRHYVpyqn+X+Q7
1XI5OYCihaXKqgFOfMAXEKqW3u1ogLR7IT81YoZ/yxTm31FntHqrPyFftvujS4ifqJ2s
JBBsXIq+6WcjMiSuWamGIe/bv3sw2u1FnmJkh62mR9HhEUuYzCYPm4O27Twhab0fYny3
gdZ6yHD5UbuxVwrhm/ojPKMcfQ3puCnYAWHg/2WOmn3ZF7RIHaM2wIuzTnL6j+MA8CSB       xxxQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;

h=to:from:subject:message-id:reply-to:date:mime-version       :dkim-signature;
bh=m7NPK7g8FPy5ppF66O/zqJVpYAqT6noC+s4N0ZIbsgE=;
b=EPh0zEkdcJX5YVWq99tyo8WKH5qpk9StgG+ejnO3MPRi/CwLIolLPU8C09QhoowKHE
uOfV4IDFlpeqwUBIRQJIPoVZVG/C8j/QtOrtMZrA2xPgViXo/tm2oQaZwSJydtj9xN7Q
TTIf+28hc23/tiRO6EfEX0X7SuvnLRzhc9C2HiVuKEWXR9ybxFelYI8++65LHNpqjxI+
HP4vsCh5kwSumnZxqZDyIalCxf2GPETfyIH+XTHoKoInUXwYd4I9pHqElGSW9c04Qb5D
333sDOO+k33d3OwxHa0V4nMHH97C9gEPskrRyqzD/MWDYpXLnchZKRWp+97mnAyGpEkl       /Ukg==
ARC-Authentication-Results: i=1; mx.google.com;    dkim=pass header.i=@google.com header.s=20210112
header.b=aWNmikPH;    spf=pass (google.com: domain of 3wbu1yiakancrhnmn47-
6blinm7l+unmvysdhcptr7ta9hh9e7.5hf@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3wBU1YiAKANcRHNMN47-6BLINM7L+UNMVYSDHcPTR7Ta9HH9E7.5HF@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3wBU1YiAKANcRHNMN47-6BLINM7L+UNMVYSDHcPTR7Ta9HH9E7.5HF@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id l9-20020a7bcf09000000b0038c71fc1cfcsor2512006wmg.28.2022.03.18.16.29.04       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Fri, 18 Mar 2022 16:29:04 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3wbu1yiakancrhnmn47-6blinm7l+unmvysdhcptr7ta9hh9e7.5hf@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;    dkim=pass header.i=@google.com header.s=20210112
header.b=aWNmikPH;    spf=pass (google.com: domain of 3wbu1yiakancrhnmn47-
6blinm7l+unmvysdhcptr7ta9hh9e7.5hf@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3wBU1YiAKANcRHNMN47-6BLINM7L+UNMVYSDHcPTR7Ta9HH9E7.5HF@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;    d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject       :from:to;
bh=m7NPK7g8FPy5ppF66O/zqJVpYAqT6noC+s4N0ZIbsgE=;
b=MooozcWl4uRHwT+JlJMqXQa9w8BVQU6cZ4Hq9pOsf9R9n4LSiqV43lDjyUExCROjDL
CmOwRa+l1Tc7hcB0IIrDYSZMEsaiprELMG1m1fj8sfNBtcDUg4txV4Fr+i7L4iuhWPMt
uWCx3vAwjoPSM4CNiWxKi1btWb2lodnzBnsYZjLbAqdRzXCpywl2KwCCdFjQKdjcVeC3
I9+QoDTYuKHl/cvpXqbJDEJDrVlt4mTl5ZlUvJdHjbDqgKRPx0UHvjsUJhfCNBkEs5gA
6rMgEqbg2zTJ317QGiXgAr0QTQRG24rDCgUtFOc9ie7f6c0elg3gRomT+kpRtZcogT3D       Jeng==
X-Gm-Message-State: AOAM531PsmIojDxNI/9zX762DsBFdt3rGReqYsZuudIIrdzG/ReslqsL
2cPo4TIo4/ZBUHRZxafjjcEL3Z+4/FvGlItBuV5Rjx5XPwSbXTfxiwwbYafUzVdRwPkTLgczCN5
xygOeZ6erV/C3BwZJUssxEb8JEO4=
X-Google-Smtp-Source:
ABdhPJyN3Jk47/7cC/b2RxXA5kTem8sQ9MzRZIEiSPl+ZJf04yBEXQeX5BdxdxxijI0y4GVOH9zutgtmWBOWF4Xl
Ldg=
MIME-Version: 1.0
X-Received: by 2002:a05:600c:4e92:b0:38c:73e8:7dcd with SMTP id f18-
20020a05600c4e9200b0038c73e87dcdmr10319877wmq.196.1647646144471; Fri, 18 Mar 2022 16:29:04 -0700 (PDT)
Date: Fri, 18 Mar 2022 16:29:04 -0700
Reply-To: youtube-disputes+1ut25zko9w0ye07@google.com
Message-ID: <000000000000234fa205da86835c@google.com>
From: youtube-disputes+1ut25zko9w0ye07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000002887e905da8683c3"


From 1727607725216820527@xxx Fri Mar 18 03:45:16 +0000 2022
X-GM-THRID: 1727526312059016349
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1449590ejz;       Thu, 17 Mar 2022 20:45:16 -0700 (PDT)
X-Received: by 2002:adf:e108:0:b0:1ef:97ad:5372 with SMTP id t8-

20020adfe108000000b001ef97ad5372mr6456056wrz.658.1647575116653;        Thu, 17 Mar 2022 20:45:16 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647575116; cv=none;        d=google.com; s=arc-20160816;
b=AXMQtbw0Xg6rlGYCR+py8JwfcH4Jt6GjlgqU5pFI+I9KiIyMOvhu3lcSmjoEoAYsLC
Hui8v3qQq/KAL0ze6hemlY40EXXSDHSUvtWcn59/xOJyodNFqnOMlafbA21lfCmEWFpl
5R3WZGewuJ//SbK+RfUuUVUh6MqHMDfmgT6+m/p4WbbLJLhKL6jKCQJZ0rPiFFtJlwo6
VsNSwJBY7Du0vjsx1sgb3GQ8K/PlRVh437MMey9uNd0XQgpa2/2LYE4FF0h4viPkB/gw
N7bXlQauwyKapuv4lAZO9MiYVjPWf+Vq5v8xsijrO0TF9Pqr+pKhpc7+z3V4GvGHWUEm        z5gA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=4YRS4lOaouWd7jVQLTquPl6oAb+OsZ6pv3kncGVmMuM=;
b=gXhSRlhPK7HSPfIGYPMDFKajuySeI0MwgRSNgHOgDJuRNQ/GOGeXcgZmoUFryGjvIw
DGQt2qxgfSEWYH5Jo5DFj2HNp9i7/yvyF/bAkO4427HJIX+KiU9TcUbrQBI1OGFVnPtH
/5qcH/JXcnr8lUkF/7dwer207OpZzAzOczSW4+MUew/JmB1POROCy/eWbLnwOsJIwu8O
ml+Kgibjox6zS/DV2OeoJhjARBTRUF4hIfU5VgDThROVBdDt3RMGPax9/PN9Ho5SID9I
nIHCUiSt+DAqEI8QAZ3i/Q69yYd29AHSJX+EcRLzqQU1yVFOoy9CIz7SSQ8SYDeEoMd+        zbZg==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b="rUOhaUQ/";        spf=pass (google.com: domain of 3taa0yiakadupflklsv-
uzjglkvj+uuie0ugy0fdlzryxffxcv.tfd@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3TAA0YiAKADUpflklSV-UZjglkVj+uuie0Ugy0fdlZryXffXcV.Tfd@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3TAA0YiAKADUpflklSV-UZjglkVj+uuie0Ugy0fdlZryXffXcV.Tfd@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id m64-20020a1ca343000000b0038113e140e8sor3417811wme.15.2022.03.17.20.45.16        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 20:45:16 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3taa0yiakadupflklsv-uzjglkvj+uuie0ugy0fdlzryxffxcv.tfd@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b="rUOhaUQ/";        spf=pass (google.com: domain of 3taa0yiakadupflklsv-
uzjglkvj+uuie0ugy0fdlzryxffxcv.tfd@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3TAA0YiAKADUpflklSV-UZjglkVj+uuie0Ugy0fdlZryXffXcV.Tfd@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=4YRS4lOaouWd7jVQLTquPl6oAb+OsZ6pv3kncGVmMuM=;
b=xpOZn2CU9jbYCSg//7bVLVPSgexF8Y/67JRKLXC/pvcHcE98quANpDB8i3SbujIViY
lG+jygUrri/emdcdizZmzbY0fN56vEKFtPzZD/6Qsd7nbwj/jg0LfkS8e95eJD+kbVJN
xA8Q1k9UeJtGVxDjEtfzZj/qTNIe6kXCmXW02Jq2IcFyHU3U9L9e5BpU/6PEo/5mC36t
V180nkScJVos6NYFMtyXUDEnx82DQtLJLWbgyuMrqzsmCkGSfbj+JCyyH+vEEycbzn4y
iaWXc4xPSrsdjwR51XVgNjMG3DxsA3ivgv+tt5Zn1+FiW4FA7DpHIPwTz7x5B00sDD6N        8isg==
X-Gm-Message-State: AOAM531bj5RHq8fbfAtl4JniI9cGRP+kLC+1K+TNri4OjLE+wdpE66j5
msh159TkUmMuMGAcqKZs8NoW/p6kpTQTB678oiiKqJid/HA1pIC1fEJwkpwAC92jL0VlVRhr8nW
07+dUpIUM4riQ8Punw7OU6PUbFyg=
X-Google-Smtp-Source:
ABdhPJx72N+7vsfLSVO/PK5dtBXRpaxPdo07ThWRS2Dd049kZxyCp+HIBsan5sgHPcVx0uFIH3/p0oZJRaPggyqR/u
0=
MIME-Version: 1.0
X-Received: by 2002:a1c:7906:0:b0:38c:8cfa:cbb0 with SMTP id l6-
20020a1c7906000000b0038c8cfacbb0mr144441wme.163.1647575116433; Thu, 17 Mar 2022 20:45:16 -0700 (PDT)
Date: Thu, 17 Mar 2022 20:45:16 -0700
Reply-To: youtube-disputes+33rn9dp79omui07@google.com
In-Reply-To: <000000000000b7711405da63e5cf@google.com>
References: <000000000000b7711405da63e5cf@google.com>

Message-ID: <0000000000007f435005da75f9fd@google.com>
From: youtube-disputes+33rn9dp79omui07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000008e9c8605da75f92c"


From 1727526312059016349@xxx Thu Mar 17 06:11:14 +0000 2022
X-GM-THRID: 1727526312059016349
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp753373ejz;          Wed, 16 Mar 2022 23:11:15 -0700 (PDT)
X-Received: by 2002:a5d:6c67:0:b0:203:bf25:f311 with SMTP id r7-20020a5d6c67000000b00203bf25f311mr2596142wrz.108.1647497475064;          Wed, 16 Mar 2022 23:11:15 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647497475; cv=none;          d=google.com; s=arc-20160816;
b=klJ3JPbIV+26ittpCyXgX62Iqc5/mdcDQctWuSr8eLKE0XkzQcsPK4p4pUkRAJIvZQ
mDtUNYTQYLdx3KvjpeZgFHh3/xfug1hvSZNvcHoqcgEFDf4OEA9CvZwP8qrer7pZfax8
HEaZ4G7VtDGY9bqoNHZKEyinySIX/GirlWd9GG3vfve1QUK6KJJ8iz+MbvU8pmnRfy3f
dcceh8z98QEXklJZcxeeASJEGmzKEXKeelx1X+FaSo5TwSnrjKPyneDGHVfDZsrqVn8s
rAYle60JYhw90qSJBFrEu6Dp9E9dUIH5x2oVkSs51Rabkg3zUcsrE0NIM+ZFRMG7sRkw          WbNg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version          :dkim-signature;
bh=DEB6VtM9/eZD4BHCTVbiUvNsdP/CylABiL8l3ZXer9c=;
b=K9EE9KZDDuwiN/uc7bTK4zIL0lOKDVoDqvqJmfrMYomyGSpEI1edGrsXXqbbtcZFSw
lgVXy2xxULIFpjOeC0myNgRUz05GFpVvQctyzAgc1dJ9N6DXx2rs+G/An2Msh9/u5z9h
qctuXUtSla27T447SCeOTrLgJpOtSd91Ug4y2wy0yZYn8jBjhDAcyQID0UTEBYWeoye9
29eEyMYHkSkezvNHqqZ6h7ypU0CI+dvU1Glnty0bHd/X6uk5qHrTmiYW/A9Sj1OpYkC3
N/dtBbx9BS7e1j6SU1NN51NfXuI1a7bsnt0jyAV980L9juoW2P8BHdovVl9SuZVgT/A          HXog==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
hcadcr.b=PAQ+SkJw;       spf=pass (google.com: domain of 3atcyyiakaic9z545mp-ot3054p3+ee2yko0ikzx5tbirzzrwp.nzx@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3AtEyYiAKAIc9z545mp-ot3054p3+EE2yKo0IKzx5tBIrzzrwp.nzx@youtube-disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3AtEyYiAKAIc9z545mp-ot3054p3+EE2yKo0IKzx5tBIrzzrwp.nzx@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with SMTPS id b15-20020a05600c4e0f00b0038990f12520sor395916wmq.13.2022.03.16.23.11.14       for <jeremywilandcsc@gmail.com>       (Google Transport Security);       Wed, 16 Mar 2022 23:11:15 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3ateyyiakaic9z545mp-ot3054p3+ee2yko0ikzx5tbirzzrwp.nzx@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=PAQ+SkJw;       spf=pass (google.com: domain of 3ateyyiakaic9z545mp-ot3054p3+ee2yko0ikzx5tbirzzrwp.nzx@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3AtEyYiAKAIc9z545mp-ot3054p3+EE2yKo0IKzx5tBIrzzrwp.nzx@youtube-disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-message-state:mime-version:date:reply-to:message-id:subject       :from:to;
bh=DEB6VtM9/eZD4BHCTVbiUvNsdP/CylABiL8l3ZXer9c=;
b=XD7Ozmr3brObC8Q8dhP1TVlkfWJJERNDhDKKoQTTcvJN5YYW/onmknP5st8N0zSJW
ucjQhhKHjS97KuvED6Dk7HuwjrkDMl51UH/42JFyKgc6tzWzPp34mtL8leSSfYTFG1Fl
uowtoSH0qjFtYjLznFjyoNx9qLVUuz8G23Oal/oTpyZn6+9rpeaclYJ6CeC2FY6L+EEp
84nlCUA0T5nnG0GMu5EXnQtjPJvC02nqPk5M8ojPz9gw0sGbDWSkrAaP2kXLl+Zy3sGs
Z1KLp0LkXt4TIU6gyyW6COvXfCXb+VlaXWY/BnjQuMv/gYkQ/Epc/n3c8EAq3Q7tQYYB          ozhg==
X-Gm-Message-State: AOAM532umkQWbEuYt3CSE5wKU5aLeSKxPa9/vFIgu6ETWZ6q3pHVDVb1
qXNOBDJqnr61RtwnOfvWjXyY5r2ex6kMmBYL1NKs+GKWHbV/gQYC7f5uESGcC8m3hft9//zZGRB

RbBSRxViKcIXnDrZzkLm8oCxFvgo=
X-Google-Smtp-Source:
ABdhPJxvdYYI977n9mYC4O9oFXVTvpoiWDqnair83lYupL1klmVkph0gct8j3Dk2Ty680UV+8zWbWq33fNOYWiz
7g5s=
MIME-Version: 1.0
X-Received: by 2002:a05:600c:35cc:b0:38c:73e8:7dd5 with SMTP id r12-
20020a05600c35cc00b0038c73e87dd5mr3483657wmq.196.1647497474559; Wed, 16 Mar 2022 23:11:14 -0700 (PDT)
Date: Wed, 16 Mar 2022 23:11:14 -0700
Reply-To: youtube-disputes+33rn9dp79omui07@google.com
Message-ID: <000000000000b7711405da63e5cf@google.com>
From: youtube-disputes+33rn9dp79omui07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000bda25005da63e57a"


From 1727787997002688586@xxx Sun Mar 20 03:30:36 +0000 2022
X-GM-THRID: 1727762416785675883
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp615528ejz;       Sat, 19 Mar 2022 20:30:36 -0700 (PDT)
X-Received: by 2002:a05:6602:1591:b0:60f:6acc:6979 with SMTP id e17-
20020a056602159100b0060f6acc6979mr7742801iow.173.1647747036781;       Sat, 19 Mar 2022 20:30:36 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647747036; cv=none;       d=google.com; s=arc-20160816;
b=cQq4Ot+HIYQbrFJr0w5WWOX2JUZd3p8A0/iHUZuEPLE9JLs/SmdZqmr4/YEPUkoSi4
LN8oc+BXRDA0RNre6SZL3+MRiccfELGywcEXXnmJIuCC5uaqMDNdi8yUzcIJykoeRE0Z
duhUJD7UOqoax/p6YUfBs1q6CeVi3dXXFFFNvq77ytjQGUukJ4B2vSP1eONLH6aLAXl0
wHpn7okBxLtvHydNELzyn5OeHbwftgX8LNT9iYjwfUQhmGRLpgdIfNrBCmj6zDgHP59Z
YHImv+ErA5CIRkE7ALjwXd0+bnNDlpRabLWq0HOEjPWCFcLK4tfzSKum8qYotn8G7KXe       VS4A==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date       :mime-version:dkim-signature;
bh=7DuC2zs1slkIKdxMWzD2B5uTqErFEYCW/KDm25ikSDE=;
b=OHPQ5nlE5XKGXzA39YqsUNUs4nNvo6jCwkLWaIfWQzDKdSz6fK2UCsaFH7nn+Hcbrb
6uxCsIesgag8+0+EVHMPc+8ZdRyvTsM7LVqSRt5jSR9/O29/KICMeEvEC+2lppuCgDnw
ml/uVmBSsmU7JZi5Yo+pJxcy97Rfvl5Fie7AedRqPqOH8xeI2+nt+pGi3hz3P7Salc97
YyIIg+8OKurZGxiU1axmTR6bKx2f/7FXHyDwY3YOMJdES2MWvv3tZSKigsq/qLcngiyU
5BfGp04krTUzJCXgTwCRMH4ruj3o1yNG8g1OAsTNuj1Q5KU3yf49/UACoH5rxkq0YJly       QugQ==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=Xjsdx+j0;       spf=pass (google.com: domain of 33j82yiakaa8d3989qt-
sx7498t7+i2ht83prr4oklfmv33v0t.r31@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=33J82YiAKAA8D3989qt-sx7498t7+I2Ht83prr4OKLFMv33v0t.r31@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <33J82YiAKAA8D3989qt-sx7498t7+I2Ht83prr4OKLFMv33v0t.r31@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id a9-20020a92c549000000b002c7a0d79fcbsor3120440ilj.122.2022.03.19.20.30.36       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Sat, 19 Mar 2022 20:30:36 -0700 (PDT)
Received-SPF: pass (google.com: domain of 33j82yiakaa8d3989qt-sx7498t7+i2ht83prr4oklfmv33v0t.r31@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=Xjsdx+j0;       spf=pass (google.com: domain of 33j82yiakaa8d3989qt-
sx7498t7+i2ht83prr4oklfmv33v0t.r31@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=33J82YiAKAA8D3989qt-sx7498t7+I2Ht83prr4OKLFMv33v0t.r31@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-

message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=7DuC2zs1slkIKdxMWzD2B5uTqErFEYCW/KDm25ikSDE=;
b=3XM5xztqO5X7Brfo4ta5rSM9pH+B188fiduGs9zucGikpoatVU04wyo8xpiKnpEJMQ
DXfiptXT5+SkHJqH2KOCeBXQ3gX38HP1Z/Pc82f7kIVgZVx3jPNJrFAX91jk+ll8dgTM
gj+Or/Ut4IibE8xCzeSHuM5rg2wI4f0XMrCaHHJ8PX8lG5tyLsms/FTTL9YEi1co3SN4
4Lm/gfkR/sNqWVYG9Knxw2YnFbbd/IesoQk7HoJ6f7DwviEgBfLLgq1y02MCqRnM6UWl
2NULPTvpNeKbmBCSshJTdRxbYEzJc9b8Oq6ehyJD8lyT6E8FAgWQKC5WbOIY5EgvkSvN        SVmg==
X-Gm-Message-State: AOAM530NT+7+M0jy2ZVK9yS2d4AFivX5exczsp2JWZBmSr4f9XpZzoem
NdkHGIJB5edDo83aYPL1hfcmyAXtsgylYYQ/Cb0Co/nDyCggWWEL+sHqbuuT5TP1GBIZeJ+TXM8
Hev/FLFaOUh5mFvOKqVslM2vNdko=
X-Google-Smtp-Source:
ABdhPJwIYBVmwBsbWEgdr2af0o2CzX5QPJFhxdeyyDr1091M3v0Dj4Ngzv1v/4bUXvB94GLatHmeLFUgXPnaHm
nmnOI=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:1587:b0:2c2:5c48:a695 with SMTP id m7-
20020a056e02158700b002c25c48a695mr7154249ilu.169.1647747036343; Sat, 19 Mar 2022 20:30:36 -0700 (PDT)
Date: Sat, 19 Mar 2022 20:30:36 -0700
Reply-To: youtube-disputes+3n2etoaccp95607@google.com
In-Reply-To: <000000000000b1795f05da9852f5@google.com>
References: <000000000000b1795f05da9852f5@google.com>
Message-ID: <000000000000c0099d05da9e005d@google.com>
From: youtube-disputes+3n2etoaccp95607@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000c8269e05da9e008a"


From 1727762416785675883@xxx Sat Mar 19 20:44:01 +0000 2022
X-GM-THRID: 1727762416785675883
Delivered-To: jcrcmywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp492619ejz;        Sat, 19 Mar 2022 13:44:01 -0700 (PDT)
X-Received: by 2002:a05:6e02:218a:b0:2c8:1bf8:e15e with SMTP id j10-
20020a056e02218a00b002c81bf8e15emr943476ila.55.1647722641758;        Sat, 19 Mar 2022 13:44:01 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647722641; cv=none;        d=google.com; s=arc-20160816;
b=zMA9CmCPJ4riMOsZKN5Sh0NktakraJvXEpghVtXvP7XDURoYSolfj3uXtY6sxhGHSg
PNdnk5eRGbUbmZgQ91+eAMapzptEJVSf5W/oZZzU5WbFzCeWwuF61+m+OgxU7Id+cPkL
QUl13vtXFXUb3qVHZpIXGsBtLxC0VC5/UzoBH5ODceONfKQqd7fVF+6cgb+rdghtZkcB
i0KLIgdyM5XplekYV1s0gsUwx7NmruYjo4H0PkHy9dRuA+193RHrKSszHASerynW511a
fscp5ymPZNW0toQczeud86a7aeswWFTCKmXwc826RO1idPa/Lj5xD+bxK8GCB93aC0HG        PmVw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=7W3sSK4KHBDVh/ibx3jEpSschiQOikTRXOflDbL+euw=;
b=DT2OzyyQQyg2bexsGggVbVViAqUfsx4oOvtpNaGvi6t7pSRObOnjkcC6Ssa8gTqDSa
wdqYSQQaogSLO79XFAKQ87PmxPdtJ7UshPpobuoIpoW1EE660spjcmDBNI4LblH/DR6J
Z1YyjKjRk5hrWJ5+BOeXbJVahNKvWobFdIbCLcAvkXPFEYPX10wVF+xfFXRL4rGNadmL
YJwfF8PtasfU62eSna/UYjMeRNlMLYPZ/8MEipIuhU+ofWHoPaf1CaaKPV7bWmY4ipmB
ooPC3kDg5ikpuLkHx8fcSdajxExfJXcoyrv7Ahb+4l+gejbM6Wfy4MEdRLtjitRPeOkD        adqQ==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=RUXgm8Q7;        spf=pass (google.com: domain of 3kua2yiakaaq2syxyfi-
hmwtyxiw+7r6ixseggtd9a4bksskpi.gsq@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3kUA2YiAKAAQ2syxyfi-hmwtyxiw+7r6ixseggtD9A4Bksskpi.gsq@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3kUA2YiAKAAQ2syxyfi-hmwtyxiw+7r6ixseggtD9A4Bksskpi.gsq@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with

SMTPS id j9-20020a056638072900b0031a58653598sor3427796jad.107.2022.03.19.13.44.01        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 13:44:01 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3kua2yiakaaq2syxyfi-hmwtyxiw+7r6ixseggtd9a4bksskpi.gsq@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=RUXgm8Q7;        spf=pass (google.com: domain of 3kua2yiakaaq2syxyfi-
hmwtyxiw+7r6ixseggtd9a4bksskpi.gsq@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3kUA2YiAKAAQ2syxyfi-hmwtyxiw+7r6ixseggtD9A4Bksskpi.gsq@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=7W3sSK4KHBDVh/ibx3jEpSschiQOikTRXOflDbL+euw=;
b=oEMZn6Kh+Oh1a7sQctTmmdQf/Y0C5C2rNdMWnIQm80cvMOoUDC4h0F+SNlG1ie2iWo
v6VHo3JkHXKJTh6Y0jNQYWP8FfF2vbONFUWWITE+IjHxwuN4XxkRlVuXZQ+VoFqMWOPC
UGDMS0w/2Ia9DHqp/Yc9RD4P6r73H9MwVKGQ7ZmpOc/HM7Lwqupb9La/FUATHCVT8wHa
mmwpdhC2XD9oFEXLyZpr8iXNRTCgtc4/jvcuKYRG81ILpYNZRWyqX1IdTLfyNW7RviQS
pbdfZ8D+BvA2z2VjCUSxQLflwAVfI+93AZGhBNrJ9XS5hWxpBmYY5ytv21yL1UjonHv2        VVXw==
X-Gm-Message-State: AOAM532Kz5an/VTTicFzH0DrF1B6B8MK7R0uzPHYNTu5tSUNwlV475lb
UbB6a98CxHdc8JuJP0OFRhuLqnBEegOnkm3KiE6FX1DmIEzHkuiNJc2dZkbevTRH98HRKBIMCge
QsCWVHJZeziGB5IUEJtkhLkdRU98=
X-Google-Smtp-Source:
ABdhPJxD3rXXutCFaxhwXfR5FASkqbX24zZNA+IEPZIBw1nQiLCXDTvtvxKZ0uTt63WkBxeFyuLGcGv/B5FfdRp
wEm4=
MIME-Version: 1.0
X-Received: by 2002:a05:6638:4187:b0:319:dc78:e47c with SMTP id az7-
20020a056638418700b00319dc78e47cmr7638644jab.315.1647722641027; Sat, 19 Mar 2022 13:44:01 -0700 (PDT)
Date: Sat, 19 Mar 2022 13:44:01 -0700
Reply-To: youtube-disputes+3n2etoaccp95607@google.com
Message-ID: <000000000000b1795f05da9852f5@google.com>
From: youtube-disputes+3n2etoaccp95607@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000b5695f05da9852a3"


From 1727529167194366248@xxx Thu Mar 17 06:56:37 +0000 2022
X-GM-THRID: 1727520182708852359
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp767986ejz;        Wed, 16 Mar 2022 23:56:37 -0700 (PDT)
X-Received: by 2002:a05:6638:379f:b0:31a:db8:a732 with SMTP id w31-
20020a056638379f00b0031a0db8a732mr1281126jal.151.1647500197546;        Wed, 16 Mar 2022 23:56:37 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647500197; cv=none;        d=google.com; s=arc-20160816;
b=j0Y4I2K7lK3Dqu0GlX2xvKv+JIfvFlesGcxQ6ovS+SHDZ8afmE07BwfdQosM6iDekc
3V5O4GYZ37fD81MmtDoZMu6+DRYGgetiztY5Anexc1Z8NFWsyX5jZnSABVTq+GL1Ansg
2mMOJLsk2vp3BKCtmTyZPeK6T4UMl8rtzPOPsox7cEAH1z3rmNzxYtvSqAN5Mm4DjnQU
4Mc/xEV2/JmUcrkcJt67jnnmwfj++O1LAvDVTjD0U6YyuTrabGmyjJkD3ibrxt2BkZYd
/sviVZNEFW65REpUk9+zlnGd/xJzsMxHismwEZhdmb4gUBM7oAlLJ7mscd5SkEZl6oI0        Hjng==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=LzP10lNBqhggy3U07O1prnuC8DBH9UBPu+vw6jtLl34=;
b=cLha4bQyEL5a/FXnHyTHGnYKTPXS7Ctm365jpPs7SYVnC8bqs1jMtVfg073+S7HDE3
WmrOa6DypZITpYiEkf0I/Yd7jk6rOlBVIeBhQgH2ODcbQDmb3q0+MiNq0YuaDuz0tKxD
B4w+/H8Ybf40AEgZJGYlCb/w626ANgCcv2x03mT0SXwXt1v6rijkudZN54sh9jo+im54
MgM4Q5U3LGfr/TE7UyrXl8aSy2ckWMBFi2gonOHejrSn2R8RQ3xCvyd5ARBfGu3KFIsH

I98b8bLbZzBVrzEb8/uK/dvEqwbIekb+6+TJvJ6BFErZZwz7thsBFZLkeCVRbf/STtJG      L0Xg==

ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=qDP+zLg6;      spf=pass (google.com: domain of 3pdsyyiakaea0qwvwdg-
fkurwvgu+3co83pkx2pjpx29iqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3pdsyYiAKAEA0qwvwdg-fkurwvgu+3co83pkx2pjpx29iqqing.eqo@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3pdsyYiAKAEA0qwvwdg-fkurwvgu+3co83pkx2pjpx29iqqing.eqo@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id b10-20020a92c14a000000b002c2e817eb11sor426808ilh.10.2022.03.16.23.56.37      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Wed, 16 Mar 2022 23:56:37 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3pdsyyiakaea0qwvwdg-fkurwvgu+3co83pkx2pjpx29iqqing.eqo@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=qDP+zLg6;      spf=pass (google.com: domain of 3pdsyyiakaea0qwvwdg-
fkurwvgu+3co83pkx2pjpx29iqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3pdsyYiAKAEA0qwvwdg-fkurwvgu+3co83pkx2pjpx29iqqing.eqo@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to      :references:message-id:subject:from:to;
bh=LzP10lNBqhggy3U07O1prnuC8DBH9UbPu+vw6jtLl34=;
b=5VxY+BQ2YGRCvAWPRvXzyEaSYAw7t3rKCQfAF3qabE4uJLHlAWc1r+MfuCAmL6wI+5
rR7YEzKrkAD2ya8Qa3MVjO8cHrm5wSzC3WcftyQoudowUHrhb1sWdJ+CXhM2QIwcZPng
pb7AGzSkbEU3tSQMOg6OWCoe49Cgn6ASNafNiK5fPVRTHSluACKqr7hATooCWcH/6t/X
LOA3nGVngsY/FG1sMZvaFP+Dq08/Y5sf1S8PGA6lDc7TW9baqVaWZ123sTZdOhRMHmbD
5I+q4GgT20NEi6diQ8ad3ZnJBXo2/Kce0NtdBfUIEptHGJb7UOV80sAcmsFxcS/q8ofW      T5wA==
X-Gm-Message-State: AOAM533WJjsq96LxBk05cdt6WEovm4mR2+imG/3+euj2fYx52aSE7qCP
x3EvcJp7sgPAdQoxNsZqTjphz8wPy+OydMctN53E2qnZh4n8ZNf+7XpnTOXD6urN+WuZEMUAmMk
WMwAfK1uJ69Lwt0JShC9d17ggJUo=
X-Google-Smtp-Source:
ABdhPJw9qk4zE5Ph3L88HZpICGsS5OjLfxL010p+DuR96e/4UOcMVkO0vAFJ+eQt3RkvStuIM12QOqDOY/e58Ofd
JjY=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:1d08:b0:2c6:49d5:4c39 with SMTP id i8-
20020a056e021d0800b002c649d54c39mr1287394ila.168.1647500197136; Wed, 16 Mar 2022 23:56:37 -0700 (PDT)
Date: Wed, 16 Mar 2022 23:56:37 -0700
Reply-To: youtube-disputes+1am61niv0nhnv07@google.com
In-Reply-To: <0000000000004fd58605da628908@google.com>
References: <0000000000004fd58605da628908@google.com>
Message-ID: <0000000000000123b705da6488d5@google.com>
From: youtube-disputes+1am61niv0nhnv07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000004efc505da648874"


From 1727520182708852359@xxx Thu Mar 17 04:33:49 +0000 2022
X-GM-THRID: 1727520182708852359
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp720104ejz;      Wed, 16 Mar 2022 21:33:49 -0700 (PDT)
X-Received: by 2002:a5d:64e5:0:b0:1f1:fa31:e7d3 with SMTP id g5-
20020a5d64e5000000b001f1fa31e7d3mr2366447wri.573.1647491629512;      Wed, 16 Mar 2022 21:33:49 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647491629; cv=none;      d=google.com; s=arc-20160816;
b=MDL83KI+ptyc6UOLTd6ApcWPuHxjkj2iaNNSutrdCmJntgUyJcp+yq7ZuUInba5OzW

NoUA8Juywik7zMv+uCWEfHA5PtAkY4Tu+1je3DO/k1iYDn0jt7+VBXm2S1jTcyrsh5jS
zTDkOBLkq5GAAXltjA5u6ABcY+8icIdB3FSum/OO5pyx+vNhxdHSpAWE+oHi/2x1dcTZ
6uWKq0Rd7vhui3DMB0m35zdnAZDBioOszdWTcN9WPhNoMn00SQbkmbbX4ufV3M56jTVP
p2N7HViug8uPfKoUQbfX4t1Bo4/Urck0JKUF66RrNp/4haCGgyyy+ZwMR5W0iIT4Fv7A        ttVQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version         :dkim-signature;
bh=T4dt85dBBIA/wLYzBMjKt8gA78wjDqp7kJK7JXo1GbU=;
b=KT2clqjEeFWcVE6tnE7Ienr7nzBfd7LST3viLmjd9Bbge8G4s0pOCLOuElnaUU7Pyo
oyhNmMJoPaV7mO+vw3qhBhcJSk5p6VdPdXWE6JY2xhoxjKwCr99EVmlmBCUdRu8ylkf5
XR+vasqjhnt726WqcmwmdKURTdNyySVsL05OnA/8H2jU/rolKickSlc6Y6M2wAlPyUwt
prr2g53SlZ8KD7e8OUBG38qTMY1Yh/vEXiM6zjzpb6t7RpnHTnBvGQx4Bu4LexRuUqlW
j5PKl1tocyV0sqgY5nPxwKJx0MpSwfXuNFeRf+8iDYcoufRf29Fd8M3OYn79wt5NrYuy        WV2w==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=aUWTygV7;        spf=pass (google.com: domain of 3lboyyiakaiq6w212jm-
lq0x21m0+9iue9vq38vpv38fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3LboyYiAKAIQ6w212jm-lq0x21m0+9iuE9vq38vpv38Fowwotm.kwu@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3LboyYiAKAIQ6w212jm-lq0x21m0+9iuE9vq38vpv38Fowwotm.kwu@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id k11-20020a5d6e8b000000b00203d958bb3esor825720wrz.9.2022.03.16.21.33.49        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Wed, 16 Mar 2022 21:33:49 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3lboyyiakaiq6w212jm-
lq0x21m0+9iue9vq38vpv38fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=aUWTygV7;        spf=pass (google.com: domain of 3lboyyiakaiq6w212jm-
lq0x21m0+9iue9vq38vpv38fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3LboyYiAKAIQ6w212jm-lq0x21m0+9iuE9vq38vpv38Fowwotm.kwu@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject         :from:to;
bh=T4dt85dBBIA/wLYzBMjKt8gA78wjDqp7kJK7JXo1GbU=;
b=g1trv+NnPBLF3peF7XpOSOIrBvqOQ44zayE6J7K1YAw6fo7aQK0oNjshTPXU19YwTC
mK2HAYLV2n1itcqTUsZt22kWXtbmxuHIDb0gsq1UBV4r2cI7YIL3bcuKIpO8w+njht2l
xCxZMqUofU1ulSVbWP3o+Lp1Iy7JDXPfB0Uk/eXwLolmRdp3df6ttRb3n5tcxbk1Ph6s
9mDtz7oKVry5n85xbhRQg/RpBR6lwZ3NHIdaFclvxrYnE2YpUsxKSNL6faExMKQwUt+d
+u/R+/3MyRMpbILR28IpOXrmQpLKW+p3i2WQ3oh3x8xAFWtdJj9e6xKcRlJzbm3rv3eg        v43Q==
X-Gm-Message-State: AOAM530ggE34aj8IIF3dMwpNNkPcMCtqTVRwbDkILaTy5Mo+0HLYwpqS
AJb/oBolaIzR4O9jKxjjBmspKphsrwgX08xXgi/yNLo51UG79WNNtqERk6Owqol5GfrgjNNfzh8
vMtkMZrHxpu3hqV8AopP/7ur7gW8=
X-Google-Smtp-Source:
ABdhPJzlngkyVoPsaZa0wPz5DKvkN8cr3kKUPMvLu1umkH07v+cQdiQsThjAHHeTR+Ly4TeWxQGzxmQfAti+kFi
PjO4=
MIME-Version: 1.0
X-Received: by 2002:a5d:66c5:0:b0:1f1:d7e3:7068 with SMTP id k5-
20020a5d66c5000000b001f1d7e37068mr2314640wrw.410.1647491629289; Wed, 16 Mar 2022 21:33:49 -0700 (PDT)
Date: Wed, 16 Mar 2022 21:33:49 -0700
Reply-To: youtube-disputes+1am61niv0nhnv07@google.com
Message-ID: <0000000000004fd58605da628908@google.com>
From: youtube-disputes+1am61niv0nhnv07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000055f67105da6289dd"

From 1727757635333138656@xxx Sat Mar 19 19:28:01 +0000 2022
X-GM-THRID: 1727746954159960699
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp469347ejz;     Sat, 19 Mar 2022 12:28:02 -0700 (PDT)
X-Received: by 2002:a5d:47a1:0:b0:204:9f5:e72f with SMTP id 1-
20020a5d47a1000000b0020409f5e72fmr302411wrb.656.1647718081924;     Sat, 19 Mar 2022 12:28:01 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647718081; cv=none;     d=google.com; s=arc-20160816;
b=RKuZYydgL/k54V0j0I++kC8UywfBE1kHhIZayJIYjbe2q1b5/XIiFBjHf1e8mB+ssS
FeQ+raYYSK/0qz0IkXlSyLaYWxJaHMfT8vMMC+CI6sCcexSKHoEF4vOeGMJSZjomJdug
X1iTFvvMpgv0tW90lUUEtax9KjowCCdaCryynUueWZmqGJP9uwXD6aRcjDAO0jcD7f8P
Mp3BG+pf32ssN+uALPZKO4iqR1nObVdzsFEWpCaLXU1shRgJCC6UniarqwaOpxOSmhAv
t49dy4xVoEbFbt0uthwDBRSUoEiELgcFI7YrrkYK+gOk46QCAQwO2447je85oHhFCRbe     yY6w==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date     :mime-version:dkim-signature;
bh=Q9GAUIdYVEoWhLhGT58N9sQfpUOjFxFQUdj/huHU/xU=;
b=PInczXh5U/zZi8l5l5J3WcItFPX6WUnJFJQuVpjdHkB9RtxAiBXNiMQhM4j5C3ZvbX
cUU7UsQGjVetnc0D6/rsCZlHFFbgNivV3CXWMgORCayJNHw+j+P7X9hVMJmkwvfaGZBlD
GtXIHBMBAQ5hbMA+JMAsS9KI245Or7Q4bWsKwTxCiLcs9I5blEbmMilJtbUn8tl5QNRp
f3/KQs+BWCwcc02E2QmlrSYXPsYJeG4jD6V8K6C6LjV16Gp3l8e5OFdc7+GUa0OSyekX
k1SHKsg2HXNV1R3Ij8Bt8xVBZgNltNclr4bxO3ZuKPSH/Ow/6bOFVN4mpXzzb1LiUCcy     s7KQ==
ARC-Authentication-Results: i=1; mx.google.com;     dkim=pass header.i=@google.com header.s=20210112
header.b=qoGGcN3G;     spf=pass (google.com: domain of 3wss42yiakabae4a9aru-
ty85a9u8+jzq6dro6e7p83gnw44w1u.s42@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3wS42YiAKABAE4A9Aru-ty85A9u8+Jzq6DrO6E7P83GNw44w1u.s42@youtube-
disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3wS42YiAKABAE4A9Aru-ty85A9u8+Jzq6DrO6E7P83GNw44w1u.s42@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])     by mx.google.com with
SMTPS id n13-20020adfe78d000000b001ede4df6f07sor5146739wrm.27.2022.03.19.12.28.01     for
<jeremywilandcsc@gmail.com>     (Google Transport Security);     Sat, 19 Mar 2022 12:28:01 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3wss42yiakabae4a9aru-ty85a9u8+jzq6dro6e7p83gnw44w1u.s42@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;     dkim=pass header.i=@google.com header.s=20210112
header.b=qoGGcN3G;     spf=pass (google.com: domain of 3wss42yiakabae4a9aru-
ty85a9u8+jzq6dro6e7p83gnw44w1u.s42@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3wS42YiAKABAE4A9Aru-ty85A9u8+Jzq6DrO6E7P83GNw44w1u.s42@youtube-
disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;     d=1e100.net; s=20210112;     h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to     :references:message-id:subject:from:to;
bh=Q9GAUIdYVEoWhLhGT58N9sQfpUOjFxFQUdj/huHU/xU=;
b=3T+63l1WDCIZufNIQ8IPdBdrUWnhEaQHHEve6VcFJoRY8PT75LhkgcaEKaCM44JsHv
OAjmljgZPe0t+uRz3tGBOGvrwxzS+sx46dpsexD6cxmDcf1F0SZ/9HRQrJhiuSHuReDb
zCv7w7B7fJ12UFh74zsJKizmcDvnfjRecP8PBY+WylBb9E6pQ4lPG8EHQLZNiTZ036GZ
P+iJw9GBxmvzQhpwT7AbutFQat/mEKTfugqdsEBBgV8bJoG9yi9uV+zF+9rtO3+MuyDp
WKhIXnBKlBZMYGejKoG+anslgdxOnIhZUzzEd+njPnvYiqyvT+RagGu9ol6a/17i5+D+     6UMw==
X-Gm-Message-State: AOAM533Z0xP9mi302g3C+bVkpot639O74GWUmNtoXzecvXapGR5ckZvU
zLtMsgiagT18T/0cMAKOn973RS3eLemX6UdfvhhB+SXSam7ZSQcw6osEFbk85FcfDTfo0oUOQQs
QKaaWrec9NndEuTtmafYtuYdMIrY=
X-Google-Smtp-Source:
ABdhPJw7SLSUBbtx8L5hTyYSbeevHoFuBEzcamnYnvCv1U3VyaPp5MzPqZmTsSa3wc0AfB2RWw0nsVjg13Qs+e
nfC/o=
MIME-Version: 1.0
X-Received: by 2002:a05:6000:1849:b0:203:d6ae:b4b8 with SMTP id c9-

20020a056000184900b00203d6aeb4b8mr13222223wri.542.1647718081724; Sat, 19 Mar 2022 12:28:01 -0700 (PDT)
Date: Sat, 19 Mar 2022 12:28:01 -0700
Reply-To: youtube-disputes+3jaqxb8qyr9sn07@google.com
In-Reply-To: <000000000000c025c105da94e3e5@google.com>
References: <000000000000c025c105da94e3e5@google.com>
Message-ID: <000000000000eedd8b05da974290@google.com>
From: youtube-disputes+3jaqxb8qyr9sn07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000f3b5a805da97426c"


From 1727746954159960699@xxx Sat Mar 19 16:38:15 +0000 2022
X-GM-THRID: 1727746954159960699
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp408130ejz;        Sat, 19 Mar 2022 09:38:15 -0700 (PDT)
X-Received: by 2002:a17:903:110c:b0:14a:f110:84e1 with SMTP id n12-20020a170903110c00b0014af11084e1mr4956151plh.7.1647707895318;        Sat, 19 Mar 2022 09:38:15 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647707895; cv=none;        d=google.com; s=arc-20160816;
b=xb3f0oKw6+B4s01jieY4M7xPAGKINOB0b3+DY7Vl2vIbLgvvcBfkZZEBBwPBb4SZTd
fQZQOPLQ3itxUupj2T5HQMOUFiDzilWP8NLrruwf7Kn7jxwjUObZaN0AsAK0IPguZb98
sU9XwRIAMwrkuDNAGrREpOr19WyLe1vT1u/efroEl9i8m5ImKpoPf1kRclAfWP3ygovR
+DcyPKj1mZ+qZq0Gli2H0UdjNSyfpGj7sTyNyiVEaJB9mnktzNCqYUMCBDdZpVKRDlSO
CHvG1oIPi+V0cHIgl1axYE+NbT0XfKKsABMkUdmnErd6othikoa1j7994ozHFNOfkpGb        Qj1g==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=zmCpmmy6EKuV4eMGL9kTqO60iVQR3niMnZjPM4hOAKE=;
b=m7vb0e7Kl7Ky/xG3hxbDuPM7k/fwvIFzjuxpyJrPbbrLfVvYvhJD/LduaJINmFTnmb
/OgUjop/yNVtZx6FKIpyv3XOTVGLL1m5RTDPeVs9KCOjFWpPxN7gWJk0hszLgUrPpldC
dWhIIQaGf8Tl6NbkpWBesEEEl↑ZvqxgerrLUGt7MM3hCxhMkbovhDJ6wjn1IILU1vWY0aR
pEAvLH0X70uWh/9EjHOtdhYqBRnYw5Dh3JGxij7TXX5O3jVFI6mcb6kvR6w1FWD0AGof
UIQkFdUkJCv4lvlwe2a92F75SS1fKqlPQL8zlM0F6Sb36v7KS9s68xLB0p6+Z/XzB1hs        o/Yg==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=JQitAWxj;      spf=pass (google.com: domain of 39gy2yiakapmtjpopwz-ydnkpozn+yevlsw3ltm4niv2bjjbgz.xjh@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=39gY2YiAKAPMtjpopWZ-YdnkpoZn+yeVlsW3ltm4niv2bjjbgZ.Xjh@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <39gY2YiAKAPMtjpopWZ-YdnkpoZn+yeVlsW3ltm4niv2bjjbgZ.Xjh@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with SMTPS id f3-20020a056a00238300b004fa4df2e941sor3932319pfc.53.2022.03.19.09.38.15        for <jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 09:38:15 -0700 (PDT)
Received-SPF: pass (google.com: domain of 39gy2yiakapmtjpopwz-ydnkpozn+yevlsw3ltm4niv2bjjbgz.xjh@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=JQitAWxj;      spf=pass (google.com: domain of 39gy2yiakapmtjpopwz-ydnkpozn+yevlsw3ltm4niv2bjjbgz.xjh@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=39gY2YiAKAPMtjpopWZ-YdnkpoZn+yeVlsW3ltm4niv2bjjbgZ.Xjh@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=zmCpmmy6EKuV4eMGL9kTqO60iVQR3niMnZjPM4hOAKE=;
b=8RK8Yxr8Im0DN+w3UgwmeRtqlOv26/ClsNRB0kzfKpvPLXyH1BnDpXFI6Vexj1ksfz
miNiZFANqo+MdSxx2fUJzye3IaDA5GQ62aflniEJm3AdERjnbqnHrgPWF2X5n59rJJ8a
znp9D0XTA0JeLXBagafr3r5mDUXzfdvFIbVP6sLE+lZZMlonOItWe6A1Ir6dHU5yHHyQ

j5ce3f1n2Fx0JZaDhKdL1jPnGbPGyg/5DM4zWTRSSn/ZG1o1uBe56yz64oTIt01FU58x
kol7aAxEBWVASmJFbrNrM8Z62w+JOtF20eNYY6VqJy4JX3NuEn2u5jUXzR5ODALRIdX6        eHPg==
X-Gm-Message-State: AOAM530osebK0iousVE+FI6oTcvXWBM56CBUCz/0xBTgLcYmWb+Grzv/
PI1TtvaFj4/dstxm7YtiWs4F9iqtVgj7hoWJo66o7xEnM6qwLatQx+KTq5+y3FC2ROZF51bEIc5
m5/6iHTlqAI80WdollUHSZBqTIsQ=
X-Google-Smtp-Source:
ABdhPJyDVPeEjI7ORUlRme83c4lUSYrl4S26zGSBfCV2yO0GhlodXtiqXgKXIV0phhqeQM9CRo90bqL+Xfi0yvUUs
y0=
MIME-Version: 1.0
X-Received: by 2002:aa7:9afc:0:b0:4fa:8750:152e with SMTP id y28-
20020aa79afc000000b004fa8750152emr1909211pfp.52.1647707894888; Sat, 19 Mar 2022 09:38:14 -0700 (PDT)
Date: Sat, 19 Mar 2022 09:38:14 -0700
Reply-To: youtube-disputes+3jaqxb8qyr9sn07@google.com
Message-ID: <000000000000c025c105da94e3e5@google.com>
From: youtube-disputes+3jaqxb8qyr9sn07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000c546c305da94e3f9"


From 1727821182144588924@xxx Sun Mar 20 12:18:04 +0000 2022
X-GM-THRID: 1727752076153261979
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp785629ejz;        Sun, 20 Mar 2022 05:18:04 -0700 (PDT)
X-Received: by 2002:a17:903:240a:b0:14e:dad4:5ce4 with SMTP id e10-
20020a170903240a00b0014edad45ce4mr8369531plo.125.1647778684637;        Sun, 20 Mar 2022 05:18:04 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647778684; cv=none;        d=google.com; s=arc-20160816;
b=QakEYBTDLF2YDIlqYISwhrOq1m6o47hnRmAqNZjq1/7bsjGOn3VLnRsCEFfX38gwNE
bWU0b70xLoMfPsT+1BiuWnqrJ/1uVDARip65WnacLuTZ6J5pkrqTDOLi5Ma91rflkoYn
n4qggZsvwuRcetugDRtREiqP20wpj+KR3G3VTr1IkIwX9sX/WQwdBZv/Pru2R8qLbKjF
Y5WWSVIgU1wRHgvVL96hsDH+sOXyrmfifnkeFyuoBln55HH5YvwuxxfLORCi6gMoe3QZ
yUF/dxt8kTjnZzi3dQEqEjoExDWp6xDYQmd8+HTy8g6E0VqZFEX9kMmEnD23a13Id1Ax        wEWw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=FqF3X0SMTTylSsKNy0o6So5g/zOs7UwKomqUzbJ3Uwk=;
b=cm3zn770MQjJ9VVb/pCGBilXh+sWYzwaBQw3koFy9O1WOkpUf3ZMCizOexeKxJU40R
gLbrw+ryb4VaZOMgCfj/EeFDTUR0j04IAYsmBnDDo9lWqbfl/2VRx5y8Dtn9S7ifGvdk
VZRd8ufEg5gzcHsAOLm99qv/tkKwNsRad0y/CYANyDLRzf7VVVTrHuCDsHWAM8Zha9Yi
wNYUVhgwvn97Rure62QLvV2swcLkHyhk/U8moJIseJRzxW7tKnm3njIC8CJtLepG76te
88nYwyyq/MkertwCVTu1TqkvpQt78zqYakHdeDO1MKYOJtrUkx186qWwUXTeV2IEAmWo        Xj+g==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=rv07FY3m;        spf=pass (google.com: domain of 3fbs3yiakakcfvbabil-
kpzwbalz+jwanzspbqilxmhonvvnsl.jvt@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3fBs3YiAKAKcfVbabIL-KPZWbaLZ+jWanZSpbQilXmhoNVVNSL.JVT@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3fBs3YiAKAKcfVbabIL-KPZWbaLZ+jWanZSpbQilXmhoNVVNSL.JVT@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id 10-20020a170902e9ca00b0014fe92899d6sor4571236plk.134.2022.03.20.05.18.04        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Sun, 20 Mar 2022 05:18:04 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3fbs3yiakakcfvbabil-kpzwbalz+jwanzspbqilxmhonvvnsl.jvt@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=rv07FY3m;        spf=pass (google.com: domain of 3fbs3yiakakcfvbabil-

kpzwbalz+jwanzspbqilxmhonvvnsl.jvt@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3fBs3YiAKAKcfVbabIL-KPZWbaLZ+jWanZSpbQilXmhoNVVNSL.JVT@youtube-
disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;     d=1e100.net; s=20210112;     h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to     :references:message-id:subject:from:to;
bh=FqF3X0SMTTylSsKNy0o6So5g/zOs7UwKomqUzbJ3Uwk=;
b=lTuqd9MgglQ5K6eTw7eRB8amnp5o764m2USGRX8IX8+igYBEsuVLtiXHfCKI7P1Lph
pXTt9/rU7Y3gjEBAWYbyJl6majZB/XzEcPCm8Al5Q8/r6DVWiAD6JMRi7IbzdSIZ4zv+
8HbXPIuY8Q+91AEn+VEfbS1QkaTabpizbleOZwaHZTi/dAnt/GHgJHrx9mfJmkjyPlsG
4gYn1Gp8FXdlvcvVgOfVWm1KVjc4uU5suRTdPrwz2WAdSyE3ZRpbSvX2wR+KUusLMfOb
JRm7lBWxclaluVXmdX3qbvO9chnvFvzJMBXf1l3vJBTYJX47Hfj2ENi4YPJ+B93EHUXH     Xjcw==
X-Gm-Message-State: AOAM530c1t0dLMB4RjRwZbVgFkl/7uCLUg4cnn4gHMHkMsC2URhCDwFA
ZHNeCqp2/oQzrfgzXmFF1LkuZiuWQjSitMp/p+CrKxKnmK3uLZkxyljUCBOROLmbJStr4h72SGh
+fc6q9ZUd10JK7qZVcUISOkqcNr8=
X-Google-Smtp-Source:
ABdhPJw5QuGdFVnTqAje0xgd/kMORLj6FGLrECP9kmWlk0gid2vpcLmxG3TkBSJcF7i9as8xfLgabmR5Xxg+QpYL
lQ4=
MIME-Version: 1.0
X-Received: by 2002:a17:902:c9c3:b0:153:b515:a652 with SMTP id q3-
20020a170902c9c300b00153b515a652mr8092392pld.87.1647778684082; Sun, 20 Mar 2022 05:18:04 -0700 (PDT)
Date: Sun, 20 Mar 2022 05:18:04 -0700
Reply-To: youtube-disputes+2pt6sl8uj14q507@google.com
In-Reply-To: <000000000000e7080005da960680@google.com>
References: <000000000000e7080005da960680@google.com>
Message-ID: <0000000000001b90bd05daa55f5d@google.com>
From: youtube-disputes+2pt6sl8uj14q507@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000226eef05daa55f6f"


From 1727752076153261979@xxx Sat Mar 19 17:59:40 +0000 2022
X-GM-THRID: 1727752076153261979
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp438819ejz;     Sat, 19 Mar 2022 10:59:40 -0700 (PDT)
X-Received: by 2002:a17:902:e94f:b0:14f:1636:c8a8 with SMTP id b15-
20020a170902e94f00b0014f1636c8a8mr5148329pll.130.1647712780078;     Sat, 19 Mar 2022 10:59:40 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647712780; cv=none;     d=google.com; s=arc-20160816;
b=l0jVPfRZEVh3USWAoqO30bKHT6eHPvcRL/MeozvY3niNtiWw3THuGebC7dtUS0cm0f
llq5B/9t86BVNvOZCHMPD8QV6TPwgxbMpstFZKJ/U9PGc2WiWrOlCqTkANySvmtHkfu7
L295EwJH8kxzXD+y7N1eXB65Q9CKUfm9ibnMZ1tFJ6a15tA8FUUPuqIn+CYa/4u3LK2a
RdqyQ1PXCdluHR+LRPrzbBa8x4yJtd/vxjmnnPEeP5e0H5A2zSKeiiUsELpwgbjJ0ihO
mvz1dB3RJ0rwyO3h1trx3NnZvI4F2IoVaYcbXGEChvDidueEYoXdZevfkfwo1ZEk8iX1     qJ4g==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version     :dkim-signature;
bh=XvOvfljOxYAJDvo1wbcgoDX9B1iZ23G551ge1l4XS0E=;
b=KNPcqlO0C4f1xglm3NtDqacYsky6exwcCisCOsSv/IwNDjAoDG1oKuRHa+kTVRVQnD
BKqmZeu30H3dHY1oqkE5LNvnYkgjnNqAZcLGdafswHK7I/ktwUemnADW7EoQnHKSLNl3
RDM2mLHFRTRPUZ0cStw6Lb0H6LUJ8DGHauvYXgJhgZ92XQPy/6I0N9GlY8ct00rq2NVy
1/rLajs9KcE4AdMrGoAJs5cnjH/W/H1SkcKyD07XKYVg6NPZTZnVhGX+7IPTG+3OILGw
OpwSViB0tNXQhqzrW8qqqnuAhNXroXU5rfp38noRJ411UJ4FunPi+FX1IrmB4zPzMiIL     HXQA==
ARC-Authentication-Results: i=1; mx.google.com;     dkim=pass header.i=@google.com header.s=20210112
header.b="H+I/z+8s";     spf=pass (google.com: domain of 3cxo2yiakadakagfgnq-
puebgfqe+obfsexugvnqcrmtsaasxq.oay@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3Cxo2YiAKADAkagfgNQ-PUebgfQe+obfseXugVnqcrmtSaaSXQ.OaY@youtube-

disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3Cxo2YiAKADAkagfgNQ-PUebgfQe+obfseXugVnqcrmtSaaSXQ.OaY@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id j6-20020a170902da8600b0014fe92899ccsor3912043plx.124.2022.03.19.10.59.39        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 10:59:40 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3cxo2yiakadakagfgnq-puebgfqe+obfsexugvnqcrmtsaasxq.oay@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b="H+I/z+8s";        spf=pass (google.com: domain of 3cxo2yiakadakagfgnq-
puebgfqe+obfsexugvnqcrmtsaasxq.oay@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3Cxo2YiAKADAkagfgNQ-PUebgfQe+obfseXugVnqcrmtSaaSXQ.OaY@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=XvOvfljOxYAJDvo1wbcgoDX9B1iZ23G551ge1l4XS0E=;
b=dP91XmXYUl9iD4TmHMTGbebWIeuajqZV+6ZoAB+vYCvy6nagX0GegUDGIIitLFUXqx
qGLjYxdjR2h13lkVk0ycWuKV9FynxqfyOCeNg25pK5HRrXOUtr6HDhPBAeKghv3a5ZC9
qq1ygA6J1nQ8fNVu5USCVBszbwcbCLjxHj8/DwDjpXPGufm1FDddc2hCOcx45yZZ65MF
OqKOAdFtBqUi54p6WBTwGVMx4wxaP56HW7zyM1yYK6lnN5fu29HNlWr5HvD6R1zlywUY
z/UJyo7Ufmo2GQynXWp+96IPysI2KME9lAJYFFAOFwAey9uG9i2CyynKEadSyaR03RfL        gBZw==
X-Gm-Message-State: AOAM532nBwkaU5IxwbsjIPfXV8fn+MaqvFWF9VxdwlW5PrsAL0Iovawh
zdYjz4vEttoqBz4jhGDMyjyQ42LI6wp8xHxftpTm8CgJhtSxVnb9kUYR+TU71dl8JxJyRqOnRuf
ArWxIbEidQgMTu7cMOwMC7/l4g68=
X-Google-Smtp-Source:
ABdhPJw98R03H9K+ecvgRWDNwcoThc8VzXa8liW6BmiA+xw2A51qCoumrgH7sPyqyisCQ/hZIL9/dOVjLEBpY5
Y28FQ=
MIME-Version: 1.0
X-Received: by 2002:a17:902:9a4c:b0:14d:b0c0:1f7a with SMTP id x12-
20020a1709029a4c00b0014db0c01f7amr5160012plv.57.1647712779588; Sat, 19 Mar 2022 10:59:39 -0700 (PDT)
Date: Sat, 19 Mar 2022 10:59:39 -0700
Reply-To: youtube-disputes+2pt6sl8uj14q507@google.com
Message-ID: <000000000000e7080005da960680@google.com>
From: youtube-disputes+2pt6sl8uj14q507@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000ebc8d705da9606a1"


From 1727697107703378998@xxx Sat Mar 19 03:25:58 +0000 2022
X-GM-THRID: 1727593112574835069
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp87500ejz;        Fri, 18 Mar 2022 20:25:58 -0700 (PDT)
X-Received: by 2002:a5e:924c:0:b0:646:390e:ce1b with SMTP id z12-
20020a5e924c000000b00646390ece1bmr5851729iop.142.1647660358528;        Fri, 18 Mar 2022 20:25:58 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647660358; cv=none;        d=google.com; s=arc-20160816;
b=0GTklpLBO2vWgD+gmcba9BjePFCVySlFrsXAvEukXrtxoaTIBQl0bCJfoGMcigj2Q+
vFvcoPxZDzK6TtkTnxBPktwuamgDAXQ9Eb+KU8WUB/U6H0JLZCiBV5EThzLb14uQ3pOw
3MUFtCOFR2aA3DeYYMcfjTmmdzbcmzq54smdSMuvrh3gyk4h1VYz6ZA4EXIwlNwbtaYK
iP0ZxPFM9AZROvIRsYM1rqKrc9KGQkZQkbdUBQGRYDg/y4jvHrPdWDvqOqGDDWQoE2gd
+a5jwJpvnIY/E002HaD1fZkkUGO5lrwOu1XfVQokB0rP2KyOsUTa2xHjUte8DwrmS2Qe        AVbQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=5oMjL5cjwwPWit7mXmCdqNvAX5ZHHjW6ishYUhuFV6Y=;

b=I3MwwQx/86s+Rd1e3Tdz3/PmUeuXvMdRCEWZfDZWH8d3yIzdt3m1ZlhjbMqRY/O2+l
VKgxL0FTYSgcD31k1JKFYiviHxrpv+WaCx5LpN6KFLe6uNuAVjeq8Hi+wHFacAExO3Tp
a3GeV8ZQw7y34n85UKboqiHaUcCx9MIiOQ0vax9cd77fK/9KSmt58aOxfY2flUSCPLJ4
jp5KAci0Ysan/jl/5ez3UcSBhRoOJdQ8SRZ4KcWnZMmR3Wd90BkNxvnQ59A/v6YsNVJK
G2gbbWp6/OkMoWPSz1+yUeT9ax8rPLEQDGsWPJ53LLWRWiQAYUuPiSvnblc5otOQjYxP        2/yQ==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b="L/ScO3Y1";        spf=pass (google.com: domain of 3rk01yiakam0h7dcdux-
w1b8dcxb+mdklmubmgu8t2jqz77z4x.v75@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3Rk01YiAKAM0H7DCDux-
w1B8DCxB+MDKLMuBMGu8t2JQz77z4x.v75@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT
sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3Rk01YiAKAM0H7DCDux-w1B8DCxB+MDKLMuBMGu8t2JQz77z4x.v75@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id k6-20020a02a706000000b0031a7a22fe4esor1556078jam.128.2022.03.18.20.25.58        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Fri, 18 Mar 2022 20:25:58 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3rk01yiakam0h7dcdux-
w1b8dcxb+mdklmubmgu8t2jqz77z4x.v75@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b="L/ScO3Y1";        spf=pass (google.com: domain of 3rk01yiakam0h7dcdux-
w1b8dcxb+mdklmubmgu8t2jqz77z4x.v75@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3Rk01YiAKAM0H7DCDux-
w1B8DCxB+MDKLMuBMGu8t2JQz77z4x.v75@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT
sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=5oMjL5cjwwPWit7mXmCdqNvAX5ZHHjW6ishYUhuFV6Y=;
b=jlBUZr0P9d4aSFRKKLkjXW8VsahNQ8gm4rTzXvoAGgF1AbQwwAnc6JS0kNIkl1EuVr
Q+a5izoXb6gzV5LwFIMS9Xko3B6hBuztVwxwGUrgNhGI7ksG5A7fw7nFPnWaKOIxgvrD
ffqIE8FF1L5RFjzRorp27S/PY3kIrA50C3Cu2mXzSCs2MAq/tqtpKktlwDKY3LFUHBeh
MpdJX8B2V6Wpd2H1WLc6O1/egxdmH+08pzDtvRIplamvkGf+lhxvHFhdhdIPR3tHRfOJ
tPCOKoCB350C8dljTX5yE2n5bHDVeQuUCx5V3TkoEsSZCb0LZjDshI8A6NyoxhvbzIYR        +p0w==
X-Gm-Message-State: AOAM53085ZWM20hJu6od/CIMSOrORWcBdDq3xHxt0DBFEcW4VTY5vCDu
bVKlYL0hwd1FzdvAe8jmeQzabEMZZmigk1xKNRLJH/wgdIHz50AGYELiXfjxxBjDABrAbp6Woky
oWh3y2Ty02gCjmiWZZHJBaM61nhg=
X-Google-Smtp-Source:
ABdhPJw6w2A6RLKils+RHR8DgCxm+5/xqptHPPs7SsnQkrGbznvHXLQ7ONenUqcDqKY5Q55HlMAAUGkMDpF
nEECCUPg=
MIME-Version: 1.0
X-Received: by 2002:a02:630b:0:b0:321:25e8:1d22 with SMTP id j11-
20020a02630b000000b0032125e81d22mr837057jac.155.1647660358151; Fri, 18 Mar 2022 20:25:58 -0700 (PDT)
Date: Fri, 18 Mar 2022 20:25:58 -0700
Reply-To: youtube-disputes+3u123bs3xbpaj07@google.com
In-Reply-To: <000000000000dfdb6d05da72bafe@google.com>
References: <000000000000dfdb6d05da72bafe@google.com>
Message-ID: <00000000000005454f7d05da89d290@google.com>
From: youtube-disputes+3u123bs3xbpaj07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000005c37d005da89d270"


From 1727593112574835069@xxx Thu Mar 17 23:53:00 +0000 2022
X-GM-THRID: 1727593112574835069

Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1357518ejz;        Thu, 17 Mar 2022 16:53:00 -0700 (PDT)
X-Received: by 2002:a17:902:b582:b0:14c:a63d:3df6 with SMTP id a2-
20020a170902b58200b0014ca63d3df6mr7661713pls.51.1647561180650;        Thu, 17 Mar 2022 16:53:00 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647561180; cv=none;        d=google.com; s=arc-20160816;
b=boXL8QmemKHfvawI8RaKGqsSH4R2W5f0LVk9GsN4RfdCSHBBkr1kATx9zZbdS726KV
r1cUSpm8GG4E0s0tZQHL0G5fHLZBQeXwm80Yew5PbiYdvnsynODNye3gc1+0xCphbI1Y
lx+GBBAGl4BIV/PZuVXPP+nHX+mglP7zsbHmUBDNcuIyr44I54E4s+vBKPtEhxFbK8Pm
1AZiLHoHyh4e54fkdIdv5vihKd95/Skv3aKj27R9GoXD4BhyPWV785hjJRU9Ejh3VFRs
hjeVqOp5sJF5nLksEiUv3PKBg1EIwa3zirY/hikXf/aCBIxn8eac1++doISqIanWwvCv        YD8w==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=lmOsofEg3Icr26YbDTlzpPM3DHx3XsxH9BcLdBEol3w=;
b=YvaLUJwPMJkZnF0zzhcdYr4ns/QHc9k19wWHR356CRR+F2DAsQxwUC0g9BgTl4vha5
aq9+7SMmyRoFO2OLiOf243objqqAIo5NA13MXAVDEvA9CdxLujvf1VZjkz2MChK5Gzr6
JSrAcebeL3YNYTzxoEpgfmRNa+xl30HrfP45co11XebhyLH/kRN9e3LTga8vYooXJzeq
Of4f/gsXbgkH1oCWm8dNOFZZJ1JKe4WWqH37qtyHmAYAoAzVsR0IwpCydsQyr7m+mhM6
DyJ/RFHUaBszgy4cb02M5UGhV7REq6cqljM6KmW2K2LrMdPcTmNuz49MNDNJcouncwMY        yPZA==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=LS7KLUiK;        spf=pass (google.com: domain of 33mkzyiakafcndjij03-
27heji3h+sjqrs0hsm0ez8pw5dd5a3.1db@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=33MkzYiAKAFcNDJIJ03-27HEJI3H+SJQRS0HSM0Ez8PW5DD5A3.1DB@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <33MkzYiAKAFcNDJIJ03-27HEJI3H+SJQRS0HSM0Ez8PW5DD5A3.1DB@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id q13-20020aa7982d000000b0044f3bc62a66bsor2173817pfl.26.2022.03.17.16.53.00        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 16:53:00 -0700 (PDT)
Received-SPF: pass (google.com: domain of 33mkzyiakafcndjij03-27heji3h+sjqrs0hsm0cz8pw5dd5a3.1db@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=LS7KLUiK;        spf=pass (google.com: domain of 33mkzyiakafcndjij03-
27heji3h+sjqrs0hsm0ez8pw5dd5a3.1db@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=33MkzYiAKAFcNDJIJ03-27HEJI3H+SJQRS0HSM0Ez8PW5DD5A3.1DB@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=lmOsofEg3Icr26YbDTlzpPM3DHx3XsxH9BcLdBEol3w=;
b=I1aVj+u8kpvyh0KSaIgnR+a1tg8Tuh6RjEwmsrasBqLT31GgslNY1xjPqFtRT30LFw
wGdz0bkvCr5Kun/4y5BBP3gAD2xXnnjIbcBfFDb/owxuPTKE2wVEiiQtu5JNzEgBJ7Pf
hUL7dcBiNfYxdySSEvmSSlGV996lz3zOJQAscQllItkpzOi6fpi9cAzQ3d8tGyqvziYG
M17zrsOP38ft4FFFW2BrFvaaq6FAZ3DEWwTH9zCm6JMx+zwr+wMJyiEwZfq0N5TUyTiW
D6kkEJ8hz5/rOug9ZpjS12a3/NZfosCYzvGVjKZOUuvxnOIUHx7mGw3gH0/BtGu2ErKW        tVLg==
X-Gm-Message-State: AOAM530CHwXuUlwlLMgEAag5pYzVBo56wing/wyuaIFaq9aJhUjp9xx4
73vzg8A5LTeZJa2UfKyer/H4ULpOAlFcYSTTkJ7gHCaxrnrXkrVA7wWtnSZzu0dFlGe1xhfrG0r
sKWZy06EVmyyfeji7vsJ059aeWCQ=
X-Google-Smtp-Source:
ABdhPJy/CBiWOcQNVAqr/67NPmPGsEbKMIAS+pyChNHhx/mnCQPyC2B8iWUtPS9SzeIfT+998brxL4afkbqpW5S
tqt4=
MIME-Version: 1.0
X-Received: by 2002:a05:6a00:194c:b0:4f7:8a93:e814 with SMTP id s12-
20020a056a00194c00b004f78a93e814mr7236110pfk.77.1647561180195; Thu, 17 Mar 2022 16:53:00 -0700 (PDT)
Date: Thu, 17 Mar 2022 16:53:00 -0700
Reply-To: youtube-disputes+3u123bs3xbpaj07@google.com

Message-ID: <000000000000dfdb6d05da72bafe@google.com>
From: youtube-disputes+3u123bs3xbpaj07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000e4e29605da72ba23"


From 1727519918954276053@xxx Thu Mar 17 04:29:37 +0000 2022
X-GM-THRID: 1727515114993319429
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp718668ejz;          Wed, 16 Mar 2022 21:29:38 -0700 (PDT)
X-Received: by 2002:a7b:c381:0:b0:37b:e01f:c1c0 with SMTP id s1-
20020a7bc381000000b0037be01fc1c0mr10178046wmj.98.1647491377868;          Wed, 16 Mar 2022 21:29:37 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647491377; cv=none;          d=google.com; s=arc-20160816;
b=daTOJhGef+wVvy6egfloYndiwMU+5VwSUXRvnMlLNsDauHRgFm7yCKGD/kQxUkxT3s
gyfZfx/eqosN6t+9WVIQ6WBxKnenTpmA/lHypntWnWwkAHGNRCjamW8aYlrVOm7SKzcA
n/cuPjC/BwkELg/QmP5fKTliKJL50v1SWThoiRJ0Wu1PW/slOQSQmSJ9d0MhaKJaxJFF
f79MotTot0mVose9TzC2nQh8kp0WeUXwk66XKByTGFvUOKUtg4/pf2kyDYeHn6rK3EL3
6xpA5fFQoj/T3zFvj8mPxh+vnGuJyw0DOTB1AokVkyX+ikFFKmK5q7WwDkntBoBlyPCE          1EEQ==
ARC-Message-Signature: i=1; a=rsa-sha256, c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date          :mime-version:dkim-signature;
bh=p6xN+/wZ+/iofa0P8xHL47PeAyP0JpPSEa6NDXpoVtl=;
b=dOWfiEkPFn4dvBe+eOQZF6MdNKtO6Sv7CZETjcIA5pSZ2U/0P/A7XY0MaypcEU89Wq
aN261cau3WKmS4KUP8O40CHnOA6LpOxj4BYhAzEn/Gw9gRgq3+rYR4LCBQHsHIarE/In
3dnAQaxkLVT6RCst5nIqjJfVJhEMqdsCUvtXdkhrKBnhaPJiBhrovSonpKpZyZp0wju8
dPjQ0gCm/ZQ/wvMbK6cw5vswUHyTDeMPHYANJsL7fMEj/ul/je/pjj96fkcMZCCNNsWM
1EMhs/lm/QvMrgIYKM6ztVD2L2Z+uNpf05GZ8SClLtl3G/5qm6ZWEQENLLP5KvuXje4Z          JfuQ==
ARC-Authentication-Results: i=1; mx.google.com;          dkim=pass header.i=@google.com header.s=20210112
header.b="b+5/qSIIj";          spf=pass (google.com: domain of 3mbkyyiakaiy8y434lo-
ns2z43o2+cjdcikk30oaclahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3MbkyYiAKAIY8y434lo-ns2z43o2+CJDCIkk30oAClAHqyyqvo.myw@youtube-
disputes.bounces.google.com;          dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3MbkyYiAKAIY8y434lo-ns2z43o2+CJDCIkk30oAClAHqyyqvo.myw@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])          by mx.google.com with
SMTPS id q1-20020adfcd81000000b001ede4df6ef2sor833792wrj.6.2022.03.16.21.29.37          for
<jeremywilandcsc@gmail.com>          (Google Transport Security);          Wed, 16 Mar 2022 21:29:37 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3mbkyyiakaiy8y434lo-ns2z43o2+cjdcikk30oaclahqyyqvo.myw@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;          dkim=pass header.i=@google.com header.s=20210112
header.b="b+5/qSHj";          spf=pass (google.com: domain of 3mbkyyiakaiy8y434lo-
ns2z43o2+cjdcikk30oaclahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3MbkyYiAKAIY8y434lo-ns2z43o2+CJDCIkk30oAClAHqyyqvo.myw@youtube-
disputes.bounces.google.com;          dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;          d=1e100.net; s=20210112;          h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to          :references:message-id:subject:from:to;
bh=p6xN+/wZ+/iofa0P8xHL47PeAyP0JpPSEa6NDXpoVtl=;
b=voR0IxO2rclQYlwIM5WwFMQtWq91M6FANeX+g+cyymsekmg838GDVVvNUZo02zufBg
h7oChhDZPV+Pgx5qkcmdGIm4RVB/0ot7N8GoR9vYNWCp31albay3aLwhTWt3dqmtP1ZU
w0dmai3u8l+Vab0OBK5QKwAkGSvQv9rC1Gei1ALqzYFrs2329Qc6GPujp5b27ofAhOFB
HfO4WyCY9l92bf4SjVmZtt28bs1J1DhBBfGz57zjcwxHjSc6rYHzK5Gm/PtNGwZiGtjS
kLpbU2Apfg17ffC7Rnmo+LNfVNlD/TZT41Ki2lJCIOvF4mHnZ2Y4+HPEJaF/E+89o4KL          YTSw==
X-Gm-Message-State: AOAM533D2WszFcJqkPJg69X6EaZkZOIrqzxpiIPzHSmSQRljIBblBtRy
qEb/741qm9kqHYU7++J0MRpZLkXzNAEDQ/6DauipAREyyUQFGkAAm/s1IjExO2pw3V2PDpYCAUb

gW6RigYMBYoXDi2CB2jXHX5HlPJc=
X-Google-Smtp-Source:
ABdhPJzzNzrWMXkRCX5HWh+FdaskG9tyOstaa38nuJqGUgdM2zItzAn8y6NkqIGn1M+2BUNP3ztThiFZHY9wYh
QMKo4=
MIME-Version: 1.0
X-Received: by 2002:adf:ef81:0:b0:1f0:95f:30a7 with SMTP id d1-
20020adfef81000000b001f0095f30a7mr2291158wro.636.1647491377603; Wed, 16 Mar 2022 21:29:37 -0700 (PDT)
Date: Wed, 16 Mar 2022 21:29:37 -0700
Reply-To: youtube-disputes+29328aatqe02b07@google.com
In-Reply-To: <0000000000003e031d05da6169cd@google.com>
References: <0000000000003e031d05da6169cd@google.com>
Message-ID: <000000000000504c3e05da627a43@google.com>
From: youtube-disputes+29328aatqe02b07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000055788305da627a3d"


From 1727515114993319429@xxx Thu Mar 17 03:13:16 +0000 2022
X-GM-THRID: 1727515114993319429
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp694594ejz;        Wed, 16 Mar 2022 20:13:17 -0700 (PDT)
X-Received: by 2002:a05:6638:3012:b0:317:9a63:ecd3 with SMTP id r18-
20020a056638301200b003179a63ecd3mr1192457jak.210.1647486796788;        Wed, 16 Mar 2022 20:13:16 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647486796; cv=none;        d=google.com; s=arc-20160816;
b=0jZVep3xXNyJLAkSanLDRFfDFsoAwPWIJxAh/xNbO5KFIu4SEic6Abg5Lpvmg/gxTz
niLw3JbwN0Bs1NE+y4LPIllelmpQp/N90/t1+2tVdNR93GoQ+JX21xsI6yoCnJJ62F3n
vgdoLdl3GZ0yHkqWayJ9hwVE1s+fpgUsBP/X4RHYJdvT1maBS4cMnk8x1mdNLQ3hxtKw
xF5/a9UCyEoOOw/+sIQQY3MVWs+b/znN02wuijhVX+9L2zKNhVEouhSOOkCYlS5NQT65
u+P3cxXYiy+0m3A+yF2HlKflmuYm3QhjjeCF5c+cHhJGATWjH+0OYHDfJ9mLNrhp6pls        5ysg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=9XuukF+6Z98/A38MRb0UeLx+eR9lyF0EpULF6Xh69Aw=;
b=ySJh5vVcAwuQVv96fE7kSF+imgH+vD6a5kCLw2gPvpqFC9LF2kzRhwAyIBPXgzliui
GlyFLC5qpJS6QtEcpodWKw8BFe9vO9ZEPXuZwWAGO+5tvw2npVZ1kuMPvO8895WjUfji
1pQJXvFL1Vn9TlFm+iX1aZlJhWrVIxbCEZIvIY4BDU6UMi2pC0muhnYIJbolQXrVFyhM
ya8viTVR1sRqT4UqfvNyu7UoLAqkAQeH1M7KYkV4uSclBcDUIqB6Hpo00BAcF4IegaT1
/KmTypykBAV42CdXbcYLqqqBEkOTEYMnq7B3G8ecW1qI4l4M7uLQweHifjpVZjp2PF4S        mEjA==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=HCl1sPgR;        spf=pass (google.com: domain of 3tkcyyiakah0zpvuvcf-
ejtqvuft+3a439bburf13c18hpphmf.dpn@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3TKcyYiAKAH0zpvuvcf-ejtqvuft+3A439bburf13c18hpphmf.dpn@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3TKcyYiAKAH0zpvuvcf-ejtqvuft+3A439bburf13c18hpphmf.dpn@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id l9-20020a056e021c0900b002c2e8902cb1sor275145ilh.105.2022.03.16.20.13.16        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Wed, 16 Mar 2022 20:13:16 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3tkcyyiakah0zpvuvcf-ejtqvuft+3a439bburf13c18hpphmf.dpn@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=HCl1sPgR;        spf=pass (google.com: domain of 3tkcyyiakah0zpvuvcf-
ejtqvuft+3a439bburf13c18hpphmf.dpn@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3TKcyYiAKAH0zpvuvcf-ejtqvuft+3A439bburf13c18hpphmf.dpn@youtube-

disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;     d=1e100.net; s=20210112;     h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject     :from:to;
bh=9XuukF+6Z98/A38MRb0UeLx+eR9lyF0EpULF6Xh69Aw=;
b=CSUnWqY0iphH9SUL9vMhROshz9pVwY9E3wpzgkejyFR3nSgVmN5CgfP0PYxLb2Ex5w
U8VDn02z8V0hmiGX2nxjfm1q99omgBMfpEMI4jU7/qquPuKHs5B3IZPEIRnMvuEdlXfe
dOEQogdh91rdpJZtv+MtI59dkXzS5/qMBuFw+Ro+uxS38ZAfA+e7onP9I2trNKdr9+3V
vxA+lsvaI2PbD9eqeGmuqIAi7VQy74BNv4KzzhlzDWsvMCDVUqMlwuNpTmcZfhvzWp0y
UdKZXZPUi5EWRelVj1oMRrij43vUyDNKm08aVCis6Hk85OeoPeomxWJP2c5uH54EqlEw     Xy7Q==
X-Gm-Message-State: AOAM533d+BV1niYBirgW17pq3kUACPpHAN3fAjStM5PvbWa73TLIcVJH
Yrhbw7WvLOiXvXKX7MsWUGNlrolVm4P3pmNQoZblx+01NQq/wiUrq/l3DfYxZBKoeasK0P72SxX
VpbxF0lGLP9Hyk42i1msHPd3gl/g=
X-Google-Smtp-Source:
ABdhPJwuc92eqOWWY/54W5mkuQp7aPtXCCdENfUFEo+vX2RqtbfaTIZYO2fH8l1iotl0FgHxTBtoxGLOgD+L7FJ
SpJg=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:b24:b0:2be:88f8:c4ed with SMTP id e4-
20020a056e020b2400b002be88f8c4edmr1166348ilu.72.1647486796407; Wed, 16 Mar 2022 20:13:16 -0700 (PDT)
Date: Wed, 16 Mar 2022 20:13:16 -0700
Reply-To: youtube-disputes+29328aatqe02b07@google.com
Message-ID: <0000000000003e031d05da6169cd@google.com>
From: youtube-disputes+29328aatqe02b07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000004602ab05da6169e5"


From 1727519074997776834@xxx Thu Mar 17 04:16:12 +0000 2022
X-GM-THRID: 1727512725026009731
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp714912ejz;     Wed, 16 Mar 2022 21:16:13 -0700 (PDT)
X-Received: by 2002:a05:6000:3ce:b0:203:da9f:41da with SMTP id b14-
20020a05600003ce00b00203da9f41damr2199811wrg.539.1647490573106;     Wed, 16 Mar 2022 21:16:13 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647490573; cv=none;     d=google.com; s=arc-20160816;
b=LZqjERcUJ627W+mmbfYWI6tqNMUBs7G8p39TBFUWPWpA+2pHkzg+Iew+FCz5Chwf3a
u9hKCxY0sKwrWr4w2cwzZ147g9f6Fd8Kx8qt+ra+kxPwsTt77lvwhJuO61lG8b9pAvwi
ogjnmT1WpozFFh50OWFww288dx5rH4WDaGDCEvweNNUEWig7hySWDCdJCpML65OXTxD7
j6iZZhnNxHPA6KyxqmRm+Zo82OIQsGuSkgfyAGZE+9P7ETXfpEFB8QPb6LWNejyor5+Q
bu97qSDoz/Lol75qTIVx8KTjwnVCotJkeNYDGmhkN32WH61cut32uEo7nx9AqhBYFqLE     JMwg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;     d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date     :mime-version:dkim-signature;
bh=WCWY65ltLTm0MRHturlMuQvqqaYFRHoi5drlDh98+vE=;
b=qZwWJiMY61AaddZJkbZJksGBpAu3WZZDZPNfji5YKZQKCRzLYeSfoN0jM4wyH15cI+
CtpYf8W/eWTiUm3W/XpZthFW/GcePDbms7wm3aIBNWFP6kMUykW6BqEo3Jisdmd/9qbG
jlAPm/eVpnyUq5yJy4HJpo5X8yGZlaMK4WwlvK5aXr55Nz1EVz+SVfIjeHAeMhmgey9j
9dbFoVB/xhB5ynBHqvQZquoHAXBSfSvFzrcdvHY8g7XbmxcdY+U2C5QbvkUtuVOUCJiS
X3udxBnnYC5iEV0l2ixN7Kj7hPDkrOFqQ7KWAr09ChX097dCM5sVwbsZcwYBVn0boTui     dC/Q==
ARC-Authentication-Results: i=1; mx.google.com;     dkim=pass header.i=@google.com header.s=20210112
header.b="fq7ER/HH";     spf=pass (google.com: domain of 3dlyyyiakafsrhnmn47-
6blinm7l+w8qjb3pnifia5ta9hh9e7.5hf@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3DLYyYiAKAFsRHNMN47-6BLINM7L+W8QJb3PNIFIa5Ta9HH9E7.5HF@youtube-
disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3DLYyYiAKAFsRHNMN47-6BLINM7L+W8QJb3PNIFIa5Ta9HH9E7.5HF@youtube-
disputes.bounces.google.com>

Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id g12-20020a1c4e0c000000b00389cf31fdb5sor304759wmh.44.2022.03.16.21.16.13       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Wed, 16 Mar 2022 21:16:13 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3dlyyyiakafsrhnmn47-6blinm7l+w8qjb3pnifia5ta9hh9e7.5hf@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b="fq7ER/HH";       spf=pass (google.com: domain of 3dlyyyiakafsrhnmn47-
6blinm7l+w8qjb3pnifia5ta9hh9e7.5hf@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3DLYyYiAKAFsRHNMN47-6BLINM7L+W8QJb3PNIFIa5Ta9HH9E7.5HF@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=WCWY65ltLTm0MRHturlMuQvqqaYFRHoi5drlDh98+vE=;
b=dAAUKBzjPkwTP+7p48Hn6juu0pvyICJyWdIsb+LuZbfEVGF8OXpP8sbyUdv02Slu5v
ii8LO5IW3GtZWO3Pq/BGXBXyAQgpnCyPppnX8lcRBXdEtgnMRC7HwVkiLlDzx8FBlPwD
EC7p0GJnC4fyqPBG6p1Rl0amgFuXSc89SoCHolHR7bnbZ1jGy4psHwMT4OoPceXGotQC
cizE5BhT5SWUTn7lB3iQcrlBk/hb7TqAxRph5WaDvvmnDJQVf1DhpgMm6K+u8XQHUO9D
ozr10bFSLL8PFj921jzAPceGxQpbUKrp1jtbiX22NfUMeCKJBEmDd0Wo7bsL5wbTW2zk       0HDA==
X-Gm-Message-State: AOAM5331RgZmNMtscP6V12R9AO7Bmq7ONwxypy3od5XTO94MoMf4beQl
grkKDwsU01B0Enk+5/+p/TYHIwtrzTtCC47qOI9nLrHI1v56M1QV02mnmsWCFAIuwvty5KR7lZD
Rp4XvIIdkLT3FXyZJEqp5DIIUD6A=
X-Google-Smtp-Source:
ABdhPJzKsnrCLgdnsEQgK/4K867E6BxaqMJvqwlAfP4Lq7DubsxsCSQ5zbtzQEZxfIbXAaU4xe22GKlEKBh4qVoK6
NQ=
MIME-Version: 1.0
X-Received: by 2002:a05:600c:19d4:b0:389:d5d2:e90f with SMTP id u20-
20020a05600c19d400b00389d5d2e90fmr2193968wmq.103.1647490572878; Wed, 16 Mar 2022 21:16:12 -0700 (PDT)
Date: Wed, 16 Mar 2022 21:16:12 -0700
Reply-To: youtube-disputes+3fxq8awupmp7c07@google.com
In-Reply-To: <00000000000065bb4105da60e1c2@google.com>
References: <00000000000065bb4105da60e1c2@google.com>
Message-ID: <0000000000005926b005da624ad1@google.com>
From: youtube-disputes+3fxq8awupmp7c07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000005e546e05da624ae0"


From 1727512725026009731@xxx Thu Mar 17 02:35:17 +0000 2022
X-GM-THRID: 1727512725026009731
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp675881ejz;       Wed, 16 Mar 2022 19:35:17 -0700 (PDT)
X-Received: by 2002:a67:e0cc:0:b0:31b:d7bf:8403 with SMTP id m12-
20020a67e0cc000000b0031bd7bf8403mr1270744vsl.61.1647484517365;       Wed, 16 Mar 2022 19:35:17 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647484517; cv=none;       d=google.com; s=arc-20160816;
b=EzIG1wO0RU7ExW00oHlkAo5dzT9BLJ1lNlrcqxOvZVdqZs9WuXTrwgmKW51szzQerY
arX54oqfKTAeEXEfSgXLinXDpxYusM5lG3XEcVt9CSQBv95+r5xiMxz33I6t0OfFV6cj
6kI1UrkzvzQVb+E7/gIRFtF9MJ1zwo2Ss8ZXhd3MgV395bEPlWbsFeAheAtsPIbeScsj
va3ktpjeF9qDudhlHJFGEHL+6ALx6eL3CnyOy0D2M7MbSMluJjvSIfIdEiZjU3UJs+8q
dq1OLI95/bmhERaArDGUMzxBu70ZrGw3Rk88FRlkFM+VsnUyCEbhOVlkHTc7EKN5m1y1       Pvuw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version       :dkim-signature;
bh=dB4ahQQYtE6hKsjSLE+NBgLGy9gP1ADV9EluYH1L3/Q=;
b=qKzSd6ke+4lRFBU+4aT8y8+AzwTgcychQg/Uf/3Wkts7qj3kkW1U0lD2VWGV5vgs+M

NP87xPkJ4R1lH7NyKuOgttCaxiyA2NlZtwdV86S56kjYxN+aMZGmWTWn/p99cF+7Py6t
oLMgsStK1YtdrYEuXk32Ri1p52AsuMPIYIsvegbTNQZ3kOqQROz4VPOC6Bs/fXjhhfej
8UJmhVaWL2mzO3Q58aH6aboTk36WDrcqcgOSNC5x6JPEce1tHvAF/61SSTByKJv1oSJ/
7QvhlUaL+JFHgwjHgbbLjkw2MyqSKcigYJxz3UpY9M6l397fakRS4Kv57DU3mTNiNGRB      +K4g==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b="l/Av/YzZ";      spf=pass (google.com: domain of 3zz4yyiakaiq6w212jm-
lq0x21m0+bn5ygi42xuxfk8fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3ZZ4yYiAKAIQ6w212jm-lq0x21m0+Bn5yGi42xuxFk8Fowwotm.kwu@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3ZZ4yYiAKAIQ6w212jm-lq0x21m0+Bn5yGi42xuxFk8Fowwotm.kwu@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id j84-20020a1f2357000000b0033e1eb7899esor323533vkj.58.2022.03.16.19.35.17      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Wed, 16 Mar 2022 19:35:17 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3zz4yyiakaiq6w212jm-
lq0x21m0+bn5ygi42xuxfk8fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b="l/Av/YzZ";      spf=pass (google.com: domain of 3zz4yyiakaiq6w212jm-
lq0x21m0+bn5ygi42xuxfk8fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3ZZ4yYiAKAIQ6w212jm-lq0x21m0+Bn5yGi42xuxFk8Fowwotm.kwu@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject      :from:to;
bh=dB4ahQQYtE6hKsjSLE+NBgLGy9gP1ADV9EluYH1L3/Q=;
b=6khSSNLK9Xo0TXS00+tc4AP66b03Z8NC7tP2dNdgeIF3gqiArV0zMxAIuG4yRDpr9Y
M+BAcvWNCM0qYWs1fI+dDfE0IZI6gYu0ce/zYHxscygorfJPpqx71hBYtq5xDq91R1cH
B9K+hHahR1k8ah93YNbXpmXWZ1HKyNVw6vN9D2R0OHRS9MTA9qVWZNj74ImC1AUttAC4
DMeAxXIIaivniuTjrm1YhfSAJ+PgCN3YgIuI9gIIRVUUxagiC5I1wbyjf2i2cQtuEA2rP2
ZOhhirrZcnZ4KYDnqSyt2BdkXEazHrbS5BtWWRvDDE4v3JKBSnXrt20Ywi4G8oB2FwIA      pmOg==
X-Gm-Message-State: AOAM532VLhckbv43+S8be/QSHAqTZzAe3X0logALHrVPUG737ysvPCUk
jb1ctgLsSvprQs83ZphevWoGErVSmroigsAlM6QoWnrJtxgqnOuLXrOu5+azaf7+BNT/5O010Hz
hppcJLVfe48Nk7tPNbc14zK62Hs4=
X-Google-Smtp-Source:
ABdhPJxjq3EPUAnC2lM/OFpY3rApLlfIhlXgcwJHNGvn37vpfiF5ZcokBctN/nS8UaJ6Ydb3AZO0bcBwRnIr3VS1BiQ
=
MIME-Version: 1.0
X-Received: by 2002:ac5:cbef:0:b0:337:8547:3a7e with SMTP id i15-
20020ac5cbef000000b0033785473a7emr992230vkn.37.1647484517038; Wed, 16 Mar 2022 19:35:17 -0700 (PDT)
Date: Wed, 16 Mar 2022 19:35:17 -0700
Reply-To: youtube-disputes+3fxq8awupmp7c07@google.com
Message-ID: <00000000000065bb4105da60e1c2@google.com>
From: youtube-disputes+3fxq8awupmp7c07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000069825505da60e14e"


From 1727667077589491865@xxx Fri Mar 18 19:28:39 +0000 2022
X-GM-THRID: 1727626569058644006
MIME-Version: 1.0
Date: Fri, 18 Mar 2022 12:28:38 -0700
References: <3f846d6a-b116-2e1c-7e3f-679ad0b07ddd@gmx.net>
In-Reply-To: <3f846d6a-b116-2e1c-7e3f-679ad0b07ddd@gmx.net>
Message-ID: <CAGF=x_n8y3uRjAP7jm6viSZnemjMO7Mq0TFgHS-Pxc1ZCAfZw@mail.gmail.com>

From: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000005b369005da8327bb"


X-Originating-IP: ::135.26.144.241


From 1727667031016875435@xxx Fri Mar 18 19:27:54 +0000 2022
X-GM-THRID: 1727626569058644006
MIME-Version: 1.0
Date: Fri, 18 Mar 2022 12:27:53 -0700
References: <3f846d6a-b116-2e1c-7e3f-679ad0b07ddd@gmx.net>
In-Reply-To: <3f846d6a-b116-2e1c-7e3f-679ad0b07ddd@gmx.net>
Message-ID: <CAGF==x9uN-uyV6g00jYUkBRXhRGaojW7X6Ygs0YHYAheZ4OAMA@mail.gmail.com>
From: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000ae48ec05da83248a"


X-Originating-IP: ::135.26.144.241


From 1727626569058644006@xxx Fri Mar 18 08:44:47 +0000 2022
X-GM-THRID: 1727626569058644006
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1558308ejz;        Fri, 18 Mar 2022 01:44:47 -0700 (PDT)
X-Google-Smtp-Source:
ABdhPJy0k10Y0Goxfy5ACuCTKfkgzNW9YcBX5Xg0/bLpL2tM2K8f8V/aw7jwC5RubXg5VJCBuiSJ
X-Received: by 2002:a05:600c:4f86:b0:389:d5bf:a7f3 with SMTP id n6-
20020a05600c4f8600b00389d5bfa7f3mr7335144wmq.49.1647593087069;        Fri, 18 Mar 2022 01:44:47 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647593087; cv=none;        d=google.com; s=arc-20160816;
b=wwbvyLCnoz91N1kgX7PmSV5ssSuSWhg6OacOpi8jA+JJ0BVZOe7c+K6YTIdk0SqMRG
+ePZ1t2EuOH86LeZ19ULHLx7QBT1QeBUvkQVHJHnaUisgYceJF6gGXlWnIKob5w/VBvm
3K8Ln8t1hv2Cf96lg7wsPS9rrJKSRJ9JucYVAQEf88hPFdgmU4MyKcOL1FPjqRGC8jJ9
eLzmT9V/lADNGDeqmE/173OFiT2f7U0yMOGJfPS12S5T5NhXGQfNUvtF2clEpQnPeAhj
c7ga1TDvbV7K9NywoChRTWsGPaKW7Y7Dgpe/igPahNSKWkPlyc5/OFEwtTxr75/adtwL        FdYw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;        h=content-
transfer-encoding:subject:from:to:user-agent:mime-version        :date:message-id:dkim-signature;
bh=95UoGohqEau3smlaNpR1Pi6iljk+2ir8oSsTTtB1pXs=;
b=wAcwiHoVjNJCDA1Fq44VHBI7cdM668s/qIZb1DVqnQ7rsUGllZ1WEy5C8T0Dw0UimJ
2JCbjbNDBhNW9CrlXvbpa7Rbzi80/iJBnnxClVaLAPb0F800hRWdFRfimeG4HWu+KWd3
zzJ9KupKhQQbiwJc65Acx74Q6/6E1klyjE/2FxceNf3yCviRQeT/84KkaU2SBHnDNQzR
1kxd7POe7UdCX2g4XRBbgP5LPIyHDjjKboAFxlXrRIPq93V+ol1IK598dwFpQNCr/JIl
NNjYcBI3u9DIxzMewlkXeOysdVovEYVX5AoVK1j57fuMZyq8CAH367DfRFwzixHgB7TQ        wqrw==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@gmx.net header.s=badeba3b8450
header.b=cIP6vUh0;        spf=pass (google.com: domain of hexenkingtv@gmx.net designates 212.227.17.22 as
permitted sender) smtp.mailfrom=hexenkingtv@gmx.net;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmx.net
Return-Path: <hexenkingtv@gmx.net>
Received: from mout.gmx.net (mout.gmx.net. [212.227.17.22])        by mx.google.com with ESMTPS id l41-
20020a05600c1d2900b0038a088dadcesi7330598wms.17.2022.03.18.01.44.46        for <jeremywilandcsc@gmail.com>
(version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);        Fri, 18 Mar 2022 01:44:47 -0700 (PDT)
Received-SPF: pass (google.com: domain of hexenkingtv@gmx.net designates 212.227.17.22 as permitted sender)
client-ip=212.227.17.22;
Authentication-Results: mx.google.com;        dkim=pass header.i=@gmx.net header.s=badeba3b8450
header.b=cIP6vUh0;        spf=pass (google.com: domain of hexenkingtv@gmx.net designates 212.227.17.22 as
permitted sender) smtp.mailfrom=hexenkingtv@gmx.net;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmx.net
X-UI-Sender-Class: 01bb95c1-4bf8-414a-932a-4f6e2808ef9c

Received: from [141.59.11.217] ([141.59.11.217]) by mail.gmx.net (mrgmx105 [212.227.17.168]) with ESMTPSA
(Nemesis) id 1M89Gt-1nRZaH2E7v-005Ego for <jeremywilandcsc@gmail.com>; Fri, 18 Mar 2022 09:44:46 +0100
Message-ID: <3f846d6a-b116-2e1c-7e3f-679ad0b07ddd@gmx.net>
Date: Fri, 18 Mar 2022 09:44:46 +0100
MIME-Version: 1.0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:91.0) Gecko/20100101 Thunderbird/91.7.0
To: jeremywilandcsc@gmail.com
From: hexenkingtv@gmx.net
Content-Type: text/plain; charset=UTF-8; format=flowed
Content-Transfer-Encoding: quoted-printable
X-Provags-ID: V03:K1:fI6c4PlqIuMjFdo2Q5NADVlQ07nH6KtbatiIDthkdSE8FrCHjcV
6Hb/G5aN1kF0FEJAP34UBDImdEyoFjslwk+ohFgdDVqgMLMdO0s4Gt4putFYvhEWr2w1oqX
0yIFtO2naLE5Gs1M/G3yWn/D8EutTbu5jeo5hJOXvihbKqsPLyP6NBXDY1Wwd6RzIobKPpd
oJZCl0otekR0GXHNoXepg==
X-Spam-Flag: NO
X-UI-Out-Filterresults: notjunk:1;V03:K0:ltzsaucHRQw=:bLZCtAHr+C+NtfyfPs1/JI
ZfiNzGFbrQW+gFTX8cvIwumiZSTBNuwJ7DKncBHCNh9Nhklj1ogOvPd59naUk6dR5b3L7thL0
Vb1bMrv3ZmFs5+7Z9Sn1Uc16vE0uA7N++cdwVqwJKT2EYFshwFzg2qbTPLkPq5C0nTdZuHVmK
SWmpEgWnZTJbhZmF+0z6+thRyRwXNsalwM3L9S5fArCdwcmqPv/S0MRX5H5JdkuFZqMIJ36fP
dOpdLD2kFnrNgqON/bLmQlanwzt1eS81+y/hYepuZVdW5FTbnJlLUX6npc/w02CSEeqgUfA/E
Zsc/q1CR01vKUyN7tIRR1HDtHEw4tvEPlybktO55rNTBkvC88Y5qbD0Zxnovpqwk6k/IISdyB
ZDCIkLitD/1PSD+gP/H0mNRh+NcepMNXXRV4M3qAS0HEQywXOTcFK00BdRMxmSMXdECTsPZoS
Vh1H/wm73SHIubRwVVHghztDHLi3VKgJZQ1N2FTHOy/pvJwvLObon9qisGdQTd1feXdA1QckC
O2/pjajAYiYZfud1EO84/ix2GLBawultrSVYRD4+opoAcWrOdFJJubPj6rmpgVDxt/jH8ycfb
tMng2DukNthRfwYEbyt+bwTfSOfc3K1iUIxIhuUYd5N2rIy1WmVIaOXoVVsLJHniH7JpENXeo
JkyhsXWS6+0FMFHpRANGofAzbOY0GC8UhYOjC4+n0MgRrBl21HNZHbdEmJnEqpJSJxBWE2kOB
T+1LG2Rz44pN3Dg8Z+PDRTF1nQ2P/WtjdtGODIkdX8UmjmkUvw2TZ/mkUbhiXb0RPplJSBPrB
Uo2Tokxrtvkpr5npy7/5SgXF4aiGb/jc08TWswm79dwssrt41a8YODx+SbswrQXPNfHu6e0xg
GIs7bjsds3hrsEZvWdyUgjvFuw/bVcFDOccJdB6SqrEYUIIwpQzJcVBWfXKZqT⊦er8rPf08kM8
K6ugbuMoaMVTNBJeOxAp9MhwyfmkRURuMIh19XBAp2zpe/L4hYmQG2SAQkGsC/zoQ4canANvN
Kt5+B9SXznrKjNcZCJKxw4aECykqQJNwrN1l3KcNjqoj2UTX5wsGTXB8G7E1fwoQFLtJhvoQH
pHBkFApWRm/wN8=

From 1727587048611413988@xxx Thu Mar 17 22:16:37 +0000 2022
X-GM-THRID: 1727582600137547088
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1310751ejz;      Thu, 17 Mar 2022 15:16:37 -0700 (PDT)
X-Received: by 2002:a05:6122:635:b0:33e:9f43:e045 with SMTP id g21-
20020a056122063500b0033e9f43e045mr1592501vkp.16.1647555397615;        Thu, 17 Mar 2022 15:16:37 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647555397; cv=none;        d=google.com; s=arc-20160816;
b=ezFqUkWIS1TiAXj3HBgQlzn24OWUUq4q4ouJQWf4g4kb7MlhhdzjP/JvVUaSCMj6Br
QOdVIDrQvuuKU/MnjcKuhu0AVIj5z6uMH28vtG1KLlCDA24oQxJCx4jBrgoly3CMctmL
oakhMNWfePAl6fBO6KnSSwASARdZZNyFFiJWXFSLtLUQuNU+WuhHfbbRJkc52mv1lI6t
EFMkze5dtVtFb5386wiEQ24rxDBEbci72pz7wPkBin07S0Ptb0v4WNPcA2xj/r225+zg
OcZgQC/1wMPtlDgHRJ6tQdliJVeqy/oQe/6eYMpOZH/9PDprgoZsT06Fwbr7A+MjdGzV        HiRQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=KhHBAb6Q6pnbP1gdGWv2NUU8qCSloTcUi4Jd/vz2n04=;
b=cszscO1GMnABk7smgnlSH+WEx7EW7t9c/vb9fw3y7JkcEgnEo77AacJJN2auwndyxF
ZOtm0fMieYXVqAksYQLPmX5YYTTuhjqZLV95onoSR0tMMuOvsskFhHZ8U4KtSTbbDrxc
r066mI7C12GRHaWAcdnkNbDHH/ipnh7udnpaEmcMKHMm03g5ZktVafebZlzTNlH5fMyN
oDqdRPhuRS1JGbLmDc5h7Ugs/GUKV5Ac4jqSZKwFQovK/su7sD+uZtd85162oi3+KA4f

Cu82l+I2QX996UG/XKVaTOGclgWBQt1ZirBaIBVphPNEXu9F0g3HShmWmOJNB8CWwscb        ofqw==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=P7okz3NL;        spf=pass (google.com: domain of 3rbmzyiakajikagfgx0-
z4ebgf0e+op3lytelt8ximmt2aa270.ya8@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3RbMzYiAKAJIKAGFGx0-z4EBGF0E+OP3LyTELT8xIMMT2AA270.yA8@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3RbMzYiAKAJIKAGFGx0-z4EBGF0E+OP3LyTELT8xIMMT2AA270.yA8@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id 20-20020ab00094000000b00342490e974bsor867255uaj.13.2022.03.17.15.16.37        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 15:16:37 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3rbmzyiakajikagfgx0-z4ebgf0e+op3lytelt8ximmt2aa270.ya8@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=P7okz3NL;        spf=pass (google.com: domain of 3rbmzyiakajikagfgx0-
z4ebgf0e+op3lytelt8ximmt2aa270.ya8@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3RbMzYiAKAJIKAGFGx0-z4EBGF0E+OP3LyTELT8xIMMT2AA270.yA8@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=KhHBAb6Q6pnbP1gdGWv2NUU8qCSloTcUi4Jd/vz2n04=;
b=bSPCBd6XkR0BSiBQHxmOyZqlbZ8VwTuUw/6yvcpkwI8gNdQXa+wmqqX1c3YehPew1d
RjuzXD8UvMSrdqq4rUQg/3MtUm0sLBZL9Urt1boMCxIGQuYfaqvTtfKu64VoE2ICviBb
zM4ITJLtB9/N9QP7FsYbnZYTfdlp1VyHtJi9AOwnP3PsbLUs4ERMqCQG9fW5P3O2cYie
k4ZcaQ7gJFGQFW2cpiGUVny7GSCbf7QiirB9Dp6E7wsHeVrSIHPk/kujIDOdUTWpDdU2
/PFbLz1gg4Xc4R4w1A4hQMzxC6gurVSGXvoyHlZHyrjamwxGB51u9pY6NUS7eMw3js38        bLcA==
X-Gm-Message-State: AOAM530cqQ9C/74bQwmzzEZqcRl06k5L++GPoa/v/k/4Wj1tqoObPvLx
nF1h1uNMlvovP/Wx2GUG7ofGOcA5NO/LY9n2O+6QsWbjXqGcPnHL8ut9wb9DrYFFOvl+uR943rp
k8K1H3mY1FkMql/wLgJ3/IKKqxgc=
X-Google-Smtp-Source:
ABdhPJybh9xQzOLx26yHyvUhNWocCnVAoV07Vub5exT2kaGVGfkkP01RVTGfrD1ZVrNRtneFaG9ElAjO0teQ3qc
2kSg=
MIME-Version: 1.0
X-Received: by 2002:ab0:734c:0:b0:351:cd7:d494 with SMTP id k12-
20020ab0734c000000b003510cd7d494mr2566838uap.45.1647555397168; Thu, 17 Mar 2022 15:16:37 -0700 (PDT)
Date: Thu, 17 Mar 2022 15:16:37 -0700
Reply-To: youtube-disputes+23hzc7sz7mbw007@google.com
In-Reply-To: <000000000000553df205da706582@google.com>
References: <000000000000553df205da706582@google.com>
Message-ID: <00000000000029b28805da7162c3@google.com>
From: youtube-disputes+23hzc7sz7mbw007@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000003290b405da7162d9"


From 1727582600137547088@xxx Thu Mar 17 21:05:55 +0000 2022
X-GM-THRID: 1727582600137547088
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1277154ejz;        Thu, 17 Mar 2022 14:05:55 -0700 (PDT)
X-Received: by 2002:a05:6638:3052:b0:317:79e1:8b7f with SMTP id u18-
20020a056638305200b0031779e18b7fmr3144786jak.239.1647551155564;        Thu, 17 Mar 2022 14:05:55 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647551155; cv=none;        d=google.com; s=arc-20160816;
b=LF6ST+qXGS2Hj/4k/Q+VxX1Zb0qeQR2aPtt599hF6tbaMgP3NkkXGYvRs6E1baKRhG

F9Arj/aqUYhCpRzKM+3SrlxDWDg/4gr8uuBtmaTspDykIc3ooXazn8uFkI/Ib/0ILWB2
b0vZ3AIcopUkGVZak3TBmJ3UGHBJ741LFPmSCojPQvDZhYHz/aXVKQ5Rbm39I3aRj4ND
S2jbYiZx08l0tcThtwGULitsX2uAiKhnrszV79esfLvvKnI9oCy1H/pudbt9l7S0KNtx
fBJ2SR6mEoQ+HvPac1M7aw6KpJyWLDVR6qSzLGFbsDDkaTcNSsbHjw/ggaFpZDWN8jMD        J9xQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=LB24w1ZyUKRbPwwVXMq46WuoyOvTVQkSDAEHFQC5HHM=;
b=nvWNnqdXEr7N0q+qksJfs7yX6O+AHXA3+JqBozrwvHOK3BFhOYI/YD9XCSxDf5SIdQ
IuNAV+MPzOHgOr+0zb/1XMGMqEIbMs2YPhW7frogT66umScTNbKjDsJq5soB2luuui8m
vQUjPBWVIYGHTSpKa1DZSeECKxFTvSP4pCBU4g3gbS5utkI98FUAgLsY902vzvV+prO4
G1Vg9Hw5xKsWswVLc9z7AeVrW3Nsu1/kSa0RV0MDdL8gEc1UJF1IVUiRW6Q4tokenY+p
AZCGkJERz2iLagQ2R46Hl5Gya4FfYdPsHrwDErzq7rU7hzMgQu5vNWZl7bPvj7RiJA1A        pyDg==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=NedFapQT;        spf=pass (google.com: domain of 3s6izyiakan4youtube-
disputes+cdhzchszhmbwaahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3s6IzYiAKAN4YOUTUBE-DISPUTES+cdHZChSZhMBWaahGOOGLE.COM@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3s6IzYiAKAN4YOUTUBE-DISPUTES+cdHZChSZhMBWaahGOOGLE.COM@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id d10-20020a056e021c4a00b002c648804848sor1183498ilg.123.2022.03.17.14.05.55        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 14:05:55 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3s6izyiakan4youtube-disputes+cdhzchszhmbwaahgoogle.com@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=NedFapQT;        spf=pass (google.com: domain of 3s6IzYiAKAN4youtube-
disputes+cdhzchszhmbwaahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3s6IzYiAKAN4YOUTUBE-DISPUTES+cdHZChSZhMBWaahGOOGLE.COM@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=LB24w1ZyUKRbPwwVXMq46WuoyOvTVQkSDAEHFQC5HHM=;
b=OQUuHzAU8XG47sv16l8bdSsGwJtWA+tuJ67CjWH7YEvFGqDvaHzqH/uYs8X1kPjnZr
qWWjx+JQ3fThnMavzYRnwbkr1MP9FeyAC85MtcNTWpyBUegaukNI7X0fBfYBnIKf3oPE
Ektp2VxXSKN4GJQD+26ZzbfysPZv9aMyV0feFxdyhy0NCBUhvt/YUF23xqio8d/24EQI
bxBai9ehDUN6NtjJCnzqCgXFBXRMcm1YneA/50z/3YlpMb05OIupPWhYiaDmeL3gNSw9
KtegAPwuDu6x9QjTEySYlUwf4goLPa9eJ1JsEcYN3d4NbHeyD2skcPSKvET2K865Kc/O        QTWg==
X-Gm-Message-State: AOAM532m0bFjToX3gW5imVySy9+SQnXLnYp7g7YHtlPZhidSFZdJINKK
iPcsxeqglkCkaTqUvvLWVkfFR273zm1kxXJCPaGSwVJzvOyffhyVHuDbE0xU7TLGNGL1bifVB8Z
1EIy1OJhctuewg3zg6e0uAkQOJh8=
X-Google-Smtp-Source:
ABdhPJyllUIxHMoe/kRzaZacGvYbvVVLM+lWiII6Di9ppfjdRGGKAzEgxdZXQydL44k10VLzpASehAAXJqTznyQ5
uFU=
MIME-Version: 1.0
X-Received: by 2002:a92:8e06:0:b0:2c7:a8f8:3c5d with SMTP id c6-
20020a928e06000000b002c7a8f83c5dmr3257168ild.107.1647551155249; Thu, 17 Mar 2022 14:05:55 -0700 (PDT)
Date: Thu, 17 Mar 2022 14:05:55 -0700
Reply-To: youtube-disputes+23hzc7sz7mbw007@google.com
Message-ID: <000000000000553df205da706582@google.com>
From: youtube-disputes+23hzc7sz7mbw007@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000005c2e1405da7065f3"

From 172820078530133964@xxx Thu Mar 24 16:51:42 +0000 2022
X-GM-THRID: 1728165023162177604
MIME-Version: 1.0
Date: Thu, 24 Mar 2022 09:51:42 -0700
References: <CADTZqfL_6fMLqv=L_q6Nvtnb+G=HLX=4F7Bh524PGr1PWYdXUA@mail.gmail.com>
In-Reply-To: <CADTZqfL_6fMLqv=L_q6Nvtnb+G=HLX=4F7Bh524PGr1PWYdXUA@mail.gmail.com>
Message-ID: <CAGF==x-E5Xzs7C1Bx_FxnAi4Lw7Wa4Kvau9XOTFZO6JeLXniuA@mail.gmail.com>
From: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000001faab105daf9a96f"

X-Originating-IP: ::135.26.144.241

From 1728165023162177604@xxx Thu Mar 24 07:23:17 +0000 2022
X-GM-THRID: 1728165023162177604
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp3316378ejz;       Thu, 24 Mar 2022 00:23:17 -0700 (PDT)
X-Received: by 2002:a5d:44d0:0:b0:203:df96:c913 with SMTP id z16-
20020a5d44d0000000b00203df96c913mr3339619wrr.591.1648106597004;       Thu, 24 Mar 2022 00:23:17 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648106597; cv=none;       d=google.com; s=arc-20160816;
b=B1/n0qJ/oZiwdH2p9ldZZU+8zUzR2cn0aRgt6jrJNTFFZlUR5LM2+D6gKYoLjv+rrE
D0yAoPNM9tLEsqHLJ/GDnZ4Ih0ioj1CWPEQG53sHJ2GmVxrOWxjw1XbwhGH32oKqyt29
u1wAX7cUcoJZWOIvjw/86wslYwUgTmXtKOfIcqlxhH/T6LPAbD5FyUUuEYTpce8nVTxX
AbEkWfDFvk8z0m8jnLrELXbAJWXrSvqBqctZS21Qs69SMhi3RKVAqh3A6OBrK3mVvRB5
3htRDodKfzJxxKgSuwVi+uM4dorbYFZi9qvRMGnRkdBzzyjv1dAGibXRZyaGUePgyQ9Z       sokQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:mime-version:dkim-signature;
bh=2+kOQxmbK4nMD8Hl6L3Li+iEQlb3A/FcDCkHPd+xahc=;
b=c8nGbTy4iD9snxOjTg/fXC043rcOuBrp8Ju5iDZ1AE4rcXJ0RdoZf5VHfytEru51Bu
gKgddO04Wa69hPSvex2MFvC+Jelyuj25xS/wi9JwMNthOQNUatQ1FI2OG7Al1lsnh1Z7
/KukaJ/djqRfmB+CIgJq90xmPGr1evRRdJYIxz6wBeZ3U3BmvQWGmI7yb0KbkdGa1H4W
o5XMiFR6ZzD+MqKwvUDu2RGXaPeat+ldoBuoahYDDWOuH3LA5iN/8rnzXbt7TNDUiK3t
fCAr6fVczVxnNMqiO5VxsaQYkWCqlJvqrYi3b6Nmes0Y2MpuEfSU5r5K0OkCqKmfA4GH       U9EA==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b=fc96Jofa;       spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <chaptersdontturn@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])       by mx.google.com with
SMTPS id f14-20020a5d664e000000b00203e0a0a82dsor11706094wrw.15.2022.03.24.00.23.16       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Thu, 24 Mar 2022 00:23:16 -0700 (PDT)
Received-SPF: pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted
sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112 header.b=fc96Jofa;
spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted sender)
smtp.mailfrom=chaptersdontturn@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:from:date:message-id:subject:to;
bh=2+kOQxmbK4nMD8Hl6L3Li+iEQlb3A/FcDCkHPd+xahc=;
b=lbK8EdDetzlwIjsGls/b+bjKQe5HF3YvIZcKf1WJGV88p9tfugpLbS51+ViZhEHXGN
JW638XZn29F+ATK14MD6eHDm8JmN8NF15EOgiy1AQAcriij3zYDfrdeo2TDdoCgFahXT
W4rHJ+i5UU3gg6cfPVW662ArYrep3z7Z8IyEi5kjGt4gwn7viDqDeR+rEOOC7pAjx0qL
5F0hcxNPXz9zjSth0C8Sf0Agp7QqfJg2MegSGDntqWL9oEIpcVnSVXGB28SwZCFIYTAz

5FJGWNDSleTlAXVO3PftpKI1pdUJ2XQHSQMnHZGnKmLiWatyYhRnvJIODcG6DpxorQIX        H1KA==
X-Gm-Message-State: AOAM5310279VfzhK36VDvsQNEwkmZwWwRNhbOzYwOvyTs0l7vMmrtiOv
AJYbZl83gIIxEzv69DHZv7cDju87qkUvl8ueCY03HR4XkbQ=
X-Google-Smtp-Source:
ABdhPJyHbvV7wunNkLzyTbKGWBkHPZQmCy4oprktVQe5DJZSsVhb9VOr3ZqLLfrrlpBGTXjn7v4XYH3I2iys8lY
CBvI=
X-Received: by 2002:adf:df01:0:b0:203:d6f0:794b with SMTP id y1-
20020adfdf01000000b00203d6f0794bmr3235833wrl.394.1648106596578; Thu, 24 Mar 2022 00:23:16 -0700 (PDT)
MIME-Version: 1.0
From: chaptersdontturn@gmail.com
Date: Thu, 24 Mar 2022 17:23:04 +1000
Message-ID: <CADTZqfL_6fMLqv=L_q6Nvtnb+G=HLX=4F7Bh524PGr1PWYdXUA@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000003db99205daf1b871"


From 1727597357424338934@xxx Fri Mar 18 01:00:28 +0000 2022
X-GM-THRID: 1727591825515909146
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1386932ejz;        Thu, 17 Mar 2022 18:00:29 -0700 (PDT)
X-Received: by 2002:a05:6e02:1a4c:b0:2c7:c6fc:79f4 with SMTP id u12-
20020a056e021a4c00b002c7c6fc79f4mr3182928ilv.235.1647565228917;        Thu, 17 Mar 2022 18:00:28 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647565228; cv=none;        d=google.com; s=arc-20160816;
b=aOjdKSxHX3aazfgaL/rhB2DHIHIG1Hr5MKblGTowG61KCBskw0IanMjEzqP3RlFQKW
dtRiD2iGKGIc8b3vNvSxVRZYXhuJIhpPBi9jMn3L3m3RxUARUE1JUQRfdc+ZvI8VMzEe
97zzqLQ5s6xM0I1ChBQrhhdrm132o3w20IJXjVFHHKMGu362lQQLk2Zl7P3poRvTaYqM
yspYJPF9tTUTZbDkcwImQF8k22McabM5GPhQLMhLxG3rtHt+yVUThY1pDD23QjxfNMHB
cWrL1m+IW1xaKx2w5c8UmaOFt+GzoVg6QP2PMoSPXrr6Lfxk9xu8e+HL0yMUIzvuQnA3        S+RA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=QCvTRnq4HWmXWKxbR2/nkmSXTsNrMsJvaF3egbD/Hck=;
b=g+wJwdbV5q/oF0m24P04yh6D56WJw0HQCe28lOPcJ3i59SM7kq0dgbOo/Fdw7Nl5yr
KhidRE/gZO07ENQUe8B9wCdRFA1sNapoZmyfYjCx+X39ptXKZPA3zeK5u0uAL8sFbrYZ
2rCY9g1Q5RzTLXbjXGmCjas+pQlQQUfM+ipxMwsjyZku8Xot2vGdXrHVIdjdov79tCgz
ZR9q4G+yoMa7y8KxgBBDErOW27TqmmMH88gWgilSv/01e/yAhPtJABTZXAz8BffK4ihH
JQKXOhLDkNKsT+ojAhtTWtuB+TUp6aldzhYIXfz42zbR1JEvqcaPt+yPhVOOE4QTjmZY        cymg==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=FwJQyjhw;        spf=pass (google.com: domain of 3qtkzyiakaeu5v101il-
kpzw10lz+7yovh62zow5yt7envvnsl.jvt@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3qtkzYiAKAEU5v101il-kpzw10lz+7yovh62zow5yt7Envvnsl.jvt@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3qtkzYiAKAEU5v101il-kpzw10lz+7yovh62zow5yt7Envvnsl.jvt@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id z15-20020a02838f000000b00319c8727c8csor1508946jag.99.2022.03.17.18.00.28        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 18:00:28 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3qtkzyiakaeu5v101il-kpzw10lz+7yovh62zow5yt7envvnsl.jvt@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=FwJQyjhw;        spf=pass (google.com: domain of 3qtkzyiakaeu5v101il-
kpzw10lz+7yovh62zow5yt7envvnsl.jvt@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3qtkzYiAKAEU5v101il-kpzw10lz+7yovh62zow5yt7Envvnsl.jvt@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-

message-state:mime-version:date:reply-to:in-reply-to          :references:message-id:subject:from:to;
bh=QCvTRnq4HWmXWKxbR2/nkmSXTsNrMsJvaF3egbD/Hck=;
b=AdE1oZOm8yWZD9Dini1mXLU3909m4tY18eT7H7MI/T9hOfYMtsuZHjdDSnUfjYOzyW
eVlmEeZH6MRY5D3ZWyisuJJEXyGpFYgtHdghg4f9erDg11DujAQV1V2WXrj7eZdTd6nX
UnFlFBziY0yfxLOm8Xg+dAf1BHE1kXNa/LSwgYhFRQZW3bk/ThZs9rqlQsGpHAVrprCM
jdV0tcdYyQX5DLwqsZ0xaSFVKm08qBQZb5LHxbJflNFC6umRZwOl6qiJQaULq3J+nqWZ
UOvTwu4cpq1uoI1JFSagClOxeTepHlnXrQ8qh5WsNwuxSuqGgGXOtOGy8oZZGsNGHqer          g0/w==
X-Gm-Message-State: AOAM531VA5AmqW4/FJQToyS/TDK8q8iWXiQcUeMdHUWlX/KCD6xjkXQd
0AysZNYMMnWcC4rGsXHWrb5qMWxLtfXCgt9me0ARNNJl2JkyVYCVh/9xYC/iHJJIlun8NoX0iIe
Q2z97hsaCHCp/iddDM9RjP/ly8sA=
X-Google-Smtp-Source:
ABdhPJwhgIhMPrB3vargfy5SCyaUVZk3pz0yVf8lD5+/dVvmStO8KmMPWkyP+OihejDsLwQAs5Gtw1B0sa/xhKmb
OSI=
MIME-Version: 1.0
X-Received: by 2002:a05:6638:38aa:b0:319:ebdd:9761 with SMTP id b42-
20020a05663838aa00b00319ebdd9761mr3445800jav.276.1647565226913; Thu, 17 Mar 2022 18:00:26 -0700 (PDT)
Date: Thu, 17 Mar 2022 18:00:26 -0700
Reply-To: youtube-disputes+0rhoazvshpyrm07@google.com
In-Reply-To: <000000000000b9861a05da72719d@google.com>
References: <000000000000b9861a05da72719d@google.com>
Message-ID: <000000000000107d6a05da73acf0@google.com>
From: youtube-disputes+0rhoazvshpyrm07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000018b31005da73ac5f"


From 1727591825515909146@xxx Thu Mar 17 23:32:33 +0000 2022
X-GM-THRID: 1727591825515909146
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1349642ejz;          Thu, 17 Mar 2022 16:32:33 -0700 (PDT)
X-Received: by 2002:a05:6102:215a:b0:322:85f6:a4ff with SMTP id h26-
20020a056102215a00b0032285f6a4ffmr2955432vsg.48.1647559953235;          Thu, 17 Mar 2022 16:32:33 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647559953; cv=none;          d=google.com; s=arc-20160816;
b=QB7N6XOZ2DyT9TH6gx1X82e7inMkuJGCY4x4BfPSDyELWTVgNcITe145sLJtTaeiek
HCgO0v2/Z8WG4lasm7528RxDvtvJzpE1PDHFJnpJg0+69foPpgO2+QiIYixabytJA5gM
0JK2V3dMYgCgh5op/ejId9F0LqIZhFOXmDtg4LpmMjA4cqXMrikV9E9zY3yNI9bl7W1O
OwYonqDVvOrByXxfkeoUnqFZhEb6zywstfPpR3wuEuZoihZc9TAKnFsfFY4TxW/r7JVK
sbywBlpxkJbNCwO516Y/lh5ZfG6aBSHsOm0irYkiRMasZgh+fB6vk6Wm7UxUDwziO28u          xGrA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version          :dkim-signature;
bh=39PbwJNFb5YmM2sok3xQlLsjhE+9cUwaAoyk+E/7xkY=;
b=0ShrA8ZQ2QnaHNpLg4uKhuhpWd58RB5RL2+piJfYq7HBc2N+gd8okXIYFpr3R6Pyoc
VVRMq1I6uvYsXZFim4RgnAkWB6qUWkpoZvhoHJ8ASteKojaP1NPzRQLI/DUAyreHouHY
w1wug3+BdO4uynqs5u6suiwmwMXdjHFjbkY1k9QmFJn4k3eeDmaGL9GNXozP0uI0BKZQ
LWYJw2eRWq58VHBg1M3fRRYIpUF6baySLRk2Tkv18TYB4jzeG4Ih7vDjpvxgQwUj7rZe
4vLY7ew83ohFGLVsOpQSeNUDGhHYNB3b5B8qKfXyDYXz4+dd0CTfxPQS8V6v7eqi+pkK          0zYw==
ARC-Authentication-Results: i=1; mx.google.com;   dkim=pass header.i=@google.com header.s=20210112
header.b=Y4+qMgqj;      spf=pass (google.com: domain of 3emuzyiakaie3tzyzgj-
inxuzyjx+5wmtf40xmu3wr5clttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3EMUzYiAKAIE3tzyzgj-inxuzyjx+5wmtf40xmu3wr5Clttlqj.htr@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3EMUzYiAKAIE3tzyzgj-inxuzyjx+5wmtf40xmu3wr5Clttlqj.htr@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])          by mx.google.com with

SMTPS id z144-20020a673396000000b00324d9768016sor529187vsz.106.2022.03.17.16.32.33      for
<jeremywilandcsc@gmail.com>     (Google Transport Security);      Thu, 17 Mar 2022 16:32:33 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3emuzyiakaie3tzyzgj-inxuzyjx+5wmtf40xmu3wr5clttlqj.htr@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=Y4+qMgqj;      spf=pass (google.com: domain of 3emuzyiakaie3tzyzgj-
inxuzyjx+5wmtf40xmu3wr5clttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3EMUzYiAKAIE3tzyzgj-inxuzyjx+5wmtf40xmu3wr5Clttlqj.htr@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject      :from:to;
bh=39PbwJNFb5YmM2sok3xQlLsjhE+9cUwaAoyk+E/7xkY=;
b=pwsaPwvYZ+NOBsq6qmiLsuzEnU2Z3ehxNxh5oPsPnoRZJWPt87sjaCUWx4YMv4MLcZ
WchVd9KDby54waUrKcjbbDM/OsmIxSd9rbpVe3CuxnXirPf33p3XkZPfFe7/TGzERAfk
B6tbj05t20KOlyNUMhxLw4Etu+VdjJ6H6SIGJLts7i2bdqbeKkIKWxq81UR5OgSpxhmF
xg9utwPnCdhVML4/zV2A3H0bDqfh/D+Tu7e93IdGKaOBo4U6SMGSriSJ3ZOti0VhY1iQ
rnK7FrXTQIFpsSIrEB1Ca66qMtdOTtjnvEMsVD1Dpfnn41wAhhoovt2Lpskuk2NTw3P7      uLRw==
X-Gm-Message-State: AOAM532baDOx5FdKNPEnc1F5myxJnmiGvtd4Ra0+2esqmm8NBPfEvy+8
aY4XoRn7+u2Ng9sKhiZxBGrh7vhLgWfLE6y74LYDRDspkIo/tU9sldaoxdl5SOz1nzaCfgZWU3w
y7men2GeB8mzrmAOMzlAR5U0c59Y=
X-Google-Smtp-Source:
ABdhPJxJM+30hRQERnvU2ENU8qrMYQ6WIbx23mGj0LESpH5oM+Tgs/un8gjIJyjW45LArSqvKoWkMSNh8Vywu
5ZdkF0=
MIME-Version: 1.0
X-Received: by 2002:a67:17c4:0:b0:322:cfd8:15a1 with SMTP id 187-
20020a6717c4000000b00322cfd815a1mr2624102vsx.61.1647559952893; Thu, 17 Mar 2022 16:32:32 -0700 (PDT)
Date: Thu, 17 Mar 2022 16:32:32 -0700
Reply-To: youtube-disputes+0rhoazvshpyrm07@google.com
Message-ID: <000000000000b9861a05da72719d@google.com>
From: youtube-disputes+0rhoazvshpyrm07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000bd5c3805da727119"


From 1727788731356223022@xxx Sun Mar 20 03:42:17 +0000 2022
X-GM-THRID: 1727763383602259089
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp618474ejz;      Sat, 19 Mar 2022 20:42:17 -0700 (PDT)
X-Received: by 2002:a05:6000:100a:b0:203:d9e5:3ba7 with SMTP id a10-
20020a056000100a00b00203d9e53ba7mr13524131wrx.447.1647747737376;      Sat, 19 Mar 2022 20:42:17 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647747737; cv=none;      d=google.com; s=arc-20160816;
b=wCcccinQjVtUX4wkT5V52pDyqZC/qQirFZ8zrdBjQbMe8z0hXvPxjeNnG1JpUXTR0s
WjPgnlxipUQmq25SxCK5XWG5XpXi3F8QyQimDiVk7muFeQXzD18JSNgfxTdtN1d9QN1W
d5Gh54nW6i2tMEIOq014Aj6muhiP+QM92JmDgMX5z8Q0qDNdWX3Pp7EP8xoseMnGWtf3
x+EzrsxkwURPx6i8V0gvkKU5/Txf5fCRx/CB9Qbf8rwvQ2iDzkP6l6rZQEhMyGzCM39l
McZw36abXTaNLg3F7YC6yoZqUPQMJXIs6CDP6YTLyBPBppZdVJ49xowuVsCRllURGxq9      Edow==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date      :mime-version:dkim-signature;
bh=CzJ1nTZvUn/WfH5ccaClQzhhy2/4I3lFNzQ//rZ5CeM=;
b=PhZG6vQwDu6RteNb8LbuUUKKWX/gJSbA2E3PzF2ta5AOSvsmeK1+SzVj4yO2SelxCg
xPLdFX9e8jhwjEdHj9Gy/RJpDGgWbQ/9XUvwLK74Pko/z9Q7zpa0/VGUre2p0+IzrTut
GKUGydFBT8cJkQv1Pq+tgomKiwLocsPWbYTz2J5jYMD4TBW2TSNNgOt+NgusZNiwZKsw
wRTntnDIFrS57Hdi9iMvaHgHKGhZovZG0AMCocADKTf3rNWmvuIRe6WtNUzefrEN3NO3

Xz/t3mom3N9mcrt15YF7kqd3MFIdOeBAb/cRbctPVB2ZS0S2dyMJfKoUsNxk2jw5+ZfF        +kpg==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=oGXBgEGG;        spf=pass (google.com: domain of 3mai2yiakanakagfgx0-
z4ebgf0e+pe8esexsaoyobmt2aa270.ya8@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3maI2YiAKANAKAGFGx0-z4EBGF0E+PE8ESExSAOyOBMT2AA270.yA8@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3maI2YiAKANAKAGFGx0-z4EBGF0E+PE8ESExSAOyOBMT2AA270.yA8@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id z17-20020a05600c0a1100b0038ca417c2bbsor28546wmp.12.2022.03.19.20.42.17        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 20:42:17 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3mai2yiakanakagfgx0-z4ebgf0e+pe8esexsaoyobmt2aa270.ya8@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=oGXBgEGG;        spf=pass (google.com: domain of 3mai2yiakanakagfgx0-
z4ebgf0e+pe8esexsaoyobmt2aa270.ya8@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3maI2YiAKANAKAGFGx0-z4EBGF0E+PE8ESExSAOyOBMT2AA270.yA8@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=CzJ1nTZvUn/WfH5ccaClQzhhy2/4I3lFNzQ//rZ5CeM=;
b=JHjh8qE8hxL0BEB3BRVgzdDieyXsf1ntrXPiToGqlCSKxmBNHCNmDTXxX1Dfw39XNV
CxB25x+bHoA18oldOcXha01vGMnEzsq4NPlkUW5i2P4FF+lM4j0xp37CklGg7En7/pHt
jR80M8JrukOk8EQj5Zi9Krv/HvO1vWO4Ae7ZA/JaOnH1db+INkLLfZjdjLEKFht5zJb+
o97dZNGRiqEj+feJjKQEE2TymZbbRsFSIHOULy9RNzdZge0klac8kn8N06FAckKyxDqt
+MnZBAHSBj9LiUhqkAgquywJWseZClRaizaB8aoG8iEjspatg1aLNCDbMF6dA838+Tmn        w23A==
X-Gm-Message-State: AOAM533FaywX2lwIi8JujlC1SBVbjjM+5qiRKqaYb1U6d9X5yVRFZ0DJ
UzYqflrwAiPzHeWGNe416xb/uIsIrcQbPZgYcD7v5gooCIKtTpy3nblmagKC6GMgbGMJrfTkiVQ
K1Pgn2vcPUTnGsLLRw7fEN0aSPpY=
X-Google-Smtp-Source:
ABdhPJzO0SMu1aRzOCclNQ0q1akIfpIA48iWunvSXmAR1ezaBBFGE8PhrPxfBNYI0vqQ46UKSj8eJm/alS+Byq1gI
oQ=
MIME-Version: 1.0
X-Received: by 2002:a05:600c:1548:b0:389:cde3:35cc with SMTP id f8-
20020a05600c154800b00389cde335ccmr21928145wmg.133.1647747737188; Sat, 19 Mar 2022 20:42:17 -0700 (PDT)
Date: Sat, 19 Mar 2022 20:42:17 -0700
Reply-To: youtube-disputes+3sms6sb6o2c2p07@google.com
In-Reply-To: <000000000000a8de8305da9889b0@google.com>
References: <000000000000a8de8305da9889b0@google.com>
Message-ID: <000000000000893af705da9e2a2c@google.com>
From: youtube-disputes+3sms6sb6o2c2p07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000008e48e405da9e2a05"


From 1727763383602259089@xxx Sat Mar 19 20:59:23 +0000 2022
X-GM-THRID: 1727763383602259089
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp497157ejz;        Sat, 19 Mar 2022 13:59:24 -0700 (PDT)
X-Received: by 2002:a17:90a:aa83:b0:1b9:7c62:61e5 with SMTP id l3-
20020a17090aaa8300b001b97c6261e5mr18297467pjq.118.1647723563930;        Sat, 19 Mar 2022 13:59:23 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647723563; cv=none;        d=google.com; s=arc-20160816;
b=1DkOLOVe9PhGQIHHdy5FSZR0o/Cjygux50jiT7uPChCKHIVgf2euIySWFq8A20aqyx

WCLI32aBw7owoEbdPc3MkIKz4Ld/P8B/tet8UH5Sro3x49ZxjdgBIaorpW5RKqWOhhzN
iZqxVNO8cseIBFGEOyNjQHmy9h20oHNlFUtPPA5c0ShW6uYNSc6OFtdPasYDO5CqeS5j
b0TrFUGVGPkx3loJiJUWB918NnqXj2klyPFev0UQ8xaIzHAoCShLesdflYFvp2gW8bW9
5Iuh4OR93OB4F9hXQ8Qgbp4jQ5SqkwcJgpSpshjLNBFNAfXYM+GFFfywEbTlrLBHGA54          YeoQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version          :dkim-signature;
bh=GM1UePwU4K4Aji70EBO76E7uUPwR+3gWrAXhAUDmqF8=;
b=IRtq/zg65Cqcv2UZ2qmC+6uM+CDfBZHzfT9lOo+lIqAWUQOZsabxZMhAiY2U6HIvrm
/en8aoDR0HT6yZ90uc0tX6x9tSG31liNvIF9uq3zaNmBM6NgDNXLVsV7lCeIQjIOYLw/
pSKy4z+w1eeuIlDTI031iqm+7usnR3HMfce9H6nOHm6dbbK4psWRprvcVgyKpO8kdieW
Wos4+quj8FoWBUd32iZSDJ7B3xbDriVFB2jVJOKVAChh32yWktOQTCqPIJJEEm5XnxbF
ITQGXC1EUYDYWRyy6cRbRdeHWle3QjQ7j/zqonwSJYaaQlf0krsBbc68Li5NWfwUrlmA          fs8Q==
ARC-Authentication-Results: i=1; mx.google.com;          dkim=pass header.i=@google.com header.s=20210112
header.b=lUcTX5rt;          spf=pass (google.com: domain of 3k0q2yiakakqcsyxyfi-
hmwtyxiw+hwqwkwfksgggtelksskpi.gsq@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3K0Q2YiAKAKQcSYXYFI-HMWTYXIW+hWQWkWFkSgGgTelKSSKPI.GSQ@youtube-
disputes.bounces.google.com;          dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3K0Q2YiAKAKQcSYXYFI-HMWTYXIW+hWQWkWFkSgGgTelKSSKPI.GSQ@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])          by mx.google.com with
SMTPS id n4-20020a654cc4000000b0038130119134sor4155514pgt.27.2022.03.19.13.59.23          for
<jeremywilandcsc@gmail.com>          (Google Transport Security);          Sat, 19 Mar 2022 13:59:23 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3k0q2yiakakqcsyxyfi-hmwtyxiw+hwqwkwfksgggtelksskpi.gsq@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;          dkim=pass header.i=@google.com header.s=20210112
header.b=lUcTX5rt;          spf=pass (google.com: domain of 3k0q2yiakakqcsyxyfi-
hmwtyxiw+hwqwkwfksgggtelksskpi.gsq@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3K0Q2YiAKAKQcSYXYFI-HMWTYXIW+hWQWkWFkSgGgTelKSSKPI.GSQ@youtube-
disputes.bounces.google.com;          dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;          d=1e100.net; s=20210112;          h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject          :from:to;
bh=GM1UePwU4K4Aji70EBO76E7uUPwR+3gWrAXhAUDmqF8=;
b=Yquh/WeCmLThjwEKrIXrdnQh4qG3QEtKl9xWaIPTpZWzczteMDFr/amMBtkPoaPOv+
C8ABmqhLoYqjZ6G37bzyDLLyt+G0dhBaSRmvSNpFMQPkvj+bgIWRAtD50ky27fVkbLCV
UuTxlJQIzhcohRikOleURJ2v9C2EPcsZZjjQwTgSqMhXFMsjTYFjN/e4eLXaVS9Dc4oZ
nOWyKm/tSLt7ZV1oQfl1+tiJhCDdrre8zdzEmlb7zTMPsM5m6TN50Norq19Nv/W7qkoj
neYejgJ8PE0vnysZlr81qVfXvl8p6Mew5q7v7Alz4w2xtErhAPVmcOP4lRtp2D2zM9FC          OxoQ==
X-Gm-Message-State: AOAM533CqX127mgsi65dVkcbcV0gPxiSb0GkI1cE1j2MY1hKMG1ZxCqT
uzP4a0PLWwAREKvWPd1XH8qhXI1d+WDYyUUNBA2onvuhvRp+FmPH6mlLwpL8MBhXejrs8VPW2ul
9ahtrmGhKed1sB5DTn1V0ep2BHfg=
X-Google-Smtp-Source:
ABdhPJzqtUA+9DXBwr+VtLutMjQKdZwu4I7gSQvD71HBYi8k0nky0BKmGAfmYtqBt/FlyIsRLGdd/QMtLuRF2pK
NkR8=
MIME-Version: 1.0
X-Received: by 2002:a63:944:0:b0:374:5324:eea1 with SMTP id 65-
20020a630944000000b003745324eea1mr12694951pgj.366.1647723563497; Sat, 19 Mar 2022 13:59:23 -0700 (PDT)
Date: Sat, 19 Mar 2022 13:59:23 -0700
Reply-To: youtube-disputes+3sms6sb6o2c2p07@google.com
Message-ID: <000000000000a8de8305da9889b0@google.com>
From: youtube-disputes+3sms6sb6o2c2p07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000b1166405da9889cf"

From 1728069737499339449@xxx Wed Mar 23 06:08:45 +0000 2022
X-GM-THRID: 1728056142426919320
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 23:08:45 -0700
References: <CADTZqf+0VTskY3tAP=17M3gPki=2vXw-b80E52sFobhM3Ov2PQ@mail.gmail.com>
<CAGF==x9L9pLsmrfj58yg1EENbbnqY5Sg2fq3KhvHWhutpoRxQA@mail.gmail.com>
In-Reply-To: <CAGF==x9L9pLsmrfj58yg1EENbbnqY5Sg2fq3KhvHWhutpoRxQA@mail.gmail.com>
Message-ID: <CAGF==x9FjgSP_c=A+=Z+yZ2B3NMnTAQkq7xqXpcC6U4XFUqS2g@mail.gmail.com>
From: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000ead07605dadc8f05"


X-Originating-IP: ::135.26.144.241


From 1728056513903666491@xxx Wed Mar 23 02:38:34 +0000 2022
X-GM-THRID: 1728056142426919320
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 19:38:34 -0700
References: <CADTZqf+0VTskY3tAP=17M3gPki=2vXw-b80E52sFobhM3Ov2PQ@mail.gmail.com>
In-Reply-To: <CADTZqf+0VTskY3tAP=17M3gPki=2vXw-b80E52sFobhM3Ov2PQ@mail.gmail.com>
Message-ID: <CAGF==x9L9pLsmrfj58yg1EENbbnqY5Sg2fq3KhvHWhutpoRxQA@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: chaptersdontturn@gmail.com
Content-Type: multipart/alternative; boundary="00000000000041871205dad9a076"


X-Originating-IP: ::135.26.144.241


From 1728056142426919320@xxx Wed Mar 23 02:32:40 +0000 2022
X-GM-THRID: 1728056142426919320
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2567392ejz;        Tue, 22 Mar 2022 19:32:40 -0700 (PDT)
X-Received: by 2002:a05:6000:1d8b:b0:203:df82:ff8d with SMTP id bk11-20020a0560001d8b00b00203df82ff8dmr25099555wrb.623.1648002760391;        Tue, 22 Mar 2022 19:32:40 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648002760; cv=none;        d=google.com; s=arc-20160816;
b=V87oVdKgsqwEnzLsu25IDXCc1bsCf7HkAEp3gScnWQMdGHJwtIVt2W//bUFmLZhzil
YXjvy/5UAq7BRPM9QdEpeei/On8PEBmzfE/bPW4PbOlP58HXETgfNjS/JpHWGw3/8DpM
lOfnJ5Id5pXhQFepCdA/xTSRiOii6e6EopKS4O9bsVrkz7gqC7+8gxqNcALicJibU2VZ
b/HaK3DLSFjSz/40SNxHj8b2h/A15IWQVbgiiWM9NKgiwZa6Oqtztpu/s7W27fQDJSpm
zqQjL0BmHD59+mBfZLQsm10FQrc79mz4m4k26kTin4xMa/kC7ajDFInrss5SNRODe6bna        pEqw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:mime-version:dkim-signature;
bh=A7DoaQobzC7Cm3cHlGotidIZXR/4hj+zWvDZdBED/kM=;
b=EAI2I1xA2Bsy82THWLYQSfBsrT4IiBuApoOjOlGhsNntVuTijW6O4DqkxMJjzKhbKn
fjNTPwmC7FRuUTx2XxYbOS8oqT40U8AOdRfOM+0mOc0yrr/qQqH55MTZrMfX7szhn0FE
JocgXLFTuoc5dLkyW+9lYCkV6YJMFqwDv4yIIOivUrhz5pNVtV5f4AJ7PLCGIoFn1zbL
ezBqwMygPJin4VLPz/5kCtaRdJ98Wf3f3hXNvuz49zPQ0AbZBMz4qgM9/q4+T71es4DQ
V2qOAJoo2Y5t8wvkuN0ZEj8TC8ZMPhdIEYOgk9UVubsVSu7Li6aVOPGfMqBx4hw/nNhV        Whgg==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b=FmX9th2s;        spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <chaptersdontturn@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])        by mx.google.com with
SMTPS id z12-20020a5d44cc000000b001ede4df6f00sor9328282wrr.20.2022.03.22.19.32.40        for

<jeremywilandcsc@gmail.com>        (Google Transport Security);        Tue, 22 Mar 2022 19:32:40 -0700 (PDT)
Received-SPF: pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112 header.b=FmX9th2s;        spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:from:date:message-id:subject:to;
bh=A7DoaQobzC7Cm3cHlGotidIZXR/4hj+zWvDZdBED/kM=;
b=sYhH4G0ykS4tJWy4tfCVtrtHjv2TESW6Zb0ebmwKJqOAdFZEh0kTBW0+5jchGNeCOO
bjB+3u70B1PTbPCL2O5jY3l+xERM/rEox6B0z+iWDKMULtqv4Wxg8ntqE8LohimAtQ7k
n9tKJvaWRYv0utfLbGBjVSiVL5P5vWFGZc8G2h65phZ+LS8/beog3Bbp0FQuA3vuJj1d
tPDVlEOGPJGrSz+44w5s4pgW6o+grFINLRLgaCXER7qrtI1D0pFibP5ttRq/OgmPVFFD
GFqMZKt9estKYgilhhAKDz3a1w+V+UUHY5ccSOqGKgN1MK0E8v+Sn2b8//D3u4XDKKb2        U5wg==
X-Gm-Message-State: AOAM531jnVRqJMnDI6tZi6zojYRqpIWTJttUBBc0qeEoWhGwMUWyELFQ
3PhDLDw2a21o+7tlBlS+wqUHSH77MP9XmDm/dcdXTabBOb8=
X-Google-Smtp-Source:
ABdhPJzUuHS3BCTHTnQbL1Smf6HkG9OYAe1HzfxQhSF+P4VxJfgDlzHJY6lt1BisyngiNtokK2ba84lfjxJ3x+DqMB
s=
X-Received: by 2002:a05:6000:15c1:b0:204:7e75:1eb1 with SMTP id y1-20020a05600015c100b002047e751eb1mr5609106wry.482.1648002760049; Tue, 22 Mar 2022 19:32:40 -0700 (PDT)
MIME-Version: 1.0
From: chaptersdontturn@gmail.com
Date: Wed, 23 Mar 2022 12:32:28 +1000
Message-ID: <CADTZqf+0VTskY3tAP=17M3gPki=2vXw-b80E52sFobhM3Ov2PQ@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000001a086905dad98b9e"


From 1727520717773711303@xxx Thu Mar 17 04:42:19 +0000 2022
X-GM-THRID: 1727513254774280413
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp722773ejz;        Wed, 16 Mar 2022 21:42:19 -0700 (PDT)
X-Received: by 2002:adf:a148:0:b0:203:88d0:7199 with SMTP id r8-20020adfa148000000b0020388d07199mr2294152wrr.185.1647492139750;        Wed, 16 Mar 2022 21:42:19 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647492139; cv=none;        d=google.com; s=arc-20160816;
b=N/WLZfLpMzf5ki6/kZJOLseH/Sd8/tf4dXs8Wx8bByMtCq3IAn4Zde2BJiH010Y1S5
KTS2gpM71DZkz4crQhkKuwDBhrxEBNlU0W2QXhXwl2yzFFY/eUly6wtWzKPdqhrWe9eZ
6oeDdskJvdaxkEwqFJCPtn+XdINPPZlFI6JBKn4soWaUJJ+BXVptMeI6dQe0ACPPyY9Zl
5izdjhEiNDXN+XciVb/zHNuq9Ek+8+17s4RXwskj1ndD542inuF+v7d/DghknstuUtbO
ik/R5AVYHo7fWWggNxxABC1Ib85c+NL+on+/g4onTaGUmVWGFODym1cvUzp1TVXP4wOt        8nVw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=ME5Hn+pZ8grnCNQ5YAjtsyyZGVTxt/4ijrp4DBBUQ44=;
b=K8hk9utx0g6uw71iOJSenwNBh/pUuXJNy+amXXp7joulbxao21RjUlhjG3IGPWp0ed
JGtQg4yWNBHC/vtaJ59vJTYqUxt7KEc/GxGTmJMV/NBMM4cyUG2mjQcIVxaT7Zr810wW
3/1FFExUIraWH/xFy3gyBQj0BaLhVLSo0CRfzVDD6sptJblpV2FwKJYGTWeLRgntQiSK
Vy5kMIu6M1NajJDLBoifKMSdftS8c0vW9YxYamEExBrGSZXT7FKYOc8GHVbYtlB8v0rx
93UQYt2t4IUo6VvCkkKN/PXEDkxOflg5sMoPf6BM1IR6reDaWaESf/W20I0iE01hFfNP        09Hg==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112 header.b=fhCsQQGf;        spf=pass (google.com: domain of 3k7wyyiakaiy8y434lo-ns2z43o2+d31ddsblowog4ahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as

permitted sender) smtp.mailfrom=3K7wyYiAKAIY8y434lo-ns2z43o2+D31DDsBlowoG4AHqyyqvo.myw@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3K7wyYiAKAIY8y434lo-ns2z43o2+D31DDsBlowoG4AHqyyqvo.myw@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])    by mx.google.com with
SMTPS id ba19-20020a0560001c1300b00203ec9c5388sor225086wrb.56.2022.03.16.21.42.19        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Wed, 16 Mar 2022 21:42:19 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3k7wyyiakaiy8y434lo-
ns2z43o2+d31ddsblowog4ahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=fhCsQQGf;        spf=pass (google.com: domain of 3k7wyyiakaiy8y434lo-
ns2z43o2+d31ddsblowog4ahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3K7wyYiAKAIY8y434lo-ns2z43o2+D31DDsBlowoG4AHqyyqvo.myw@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=ME5Hn+pZ8grnCNQ5YAjtsyyZGVTxt/4ijrp4DBBUQ44=;
b=XE7/qdpj81Oo9mDqmR8cb9U+XDb7j42n6ZRzvgjvyFa+XgU2rfwLqGaX5zMJ1V5ZnX
eNhMd4TbjhU6yxWPKJi9wF/kCjQSFhjsRcTV3I4LxKbGvxAkDinjSdjr3SDpXcDWBNw7
7MUCebwf0Q3CQrCEpp8FGXLo0yQ3+HfnEcL7NRH0pWwas0L2qJnMh9uR+9VgGS5uTuJT
v7d7oKx3g23MUeCiyHmCHRhARDHJbM8Y/qbuzu9U9mMBamG5Tze4fBWKsZrBEN3dlmAr
PG3gQKWc/FKu/j2K+xIA2jqgyPbBB5PW3FPYOJmmGAfMXRpwH9ABsSI2KQIIQz7mHyRH        lquQ==
X-Gm-Message-State: AOAM533eeAfn3KLUcwppmUathc1sDI29UljUyfVaAzGBLbPlldsU+sg2
UkBqz5Yc+F2KFGe8fmFZkSOUIdjFSIqbYXCoVESWGTpCLbLx56A7l1rkDnx4pqrPBxR4C6IfRZD
Tpi3S6iDCb10RPn7AtDNm57//KhY=
X-Google-Smtp-Source:
ABdhPJxhHIjqLGPGLPESnvL8ckJxNIFkahiQMUU1/Wr2HKrld+q1LhOJTKBv/kL053Nbs/pFqyq3+Q3ynsO/oJQf4zc
=
MIME-Version: 1.0
X-Received: by 2002:a05:6000:1a54:b0:203:d18a:2c6e with SMTP id t20-
20020a0560001a5400b00203d18a2c6emr2312513wry.91.1647492139567; Wed, 16 Mar 2022 21:42:19 -0700 (PDT)
Date: Wed, 16 Mar 2022 21:42:19 -0700
Reply-To: youtube-disputes+3tr33i1beme6u07@google.com
In-Reply-To: <00000000000084659e05da60ffec@google.com>
References: <00000000000084659e05da60ffec@google.com>
Message-ID: <000000000000b6bca905da62a736@google.com>
From: youtube-disputes+3tr33i1beme6u07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000c02d1105da62a767"


From 1727513254774280413@xxx Thu Mar 17 02:43:42 +0000 2022
X-GM-THRID: 1727513254774280413
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp680297ejz;        Wed, 16 Mar 2022 19:43:42 -0700 (PDT)
X-Received: by 2002:a05:600c:1c02:b0:389:cf43:da63 with SMTP id j2-
20020a05600c1c0200b00389cf43da63mr9423256wms.205.1647485022720;        Wed, 16 Mar 2022 19:43:42 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647485022; cv=none;        d=google.com; s=arc-20160816;
b=GFEthrpkqpXllNAw32GrliUzFmbcuwvwvkV7HW2/AC6Zn7JF47g8hk5J3bfsTEi2u1
vATY0TSNQKzBgJZRN01GxksXN21jU80KOjQfJx5rfJGSlQZ7+bKU5f6me3K4wKx8Mcqb
AkqUotrtVA7ZpE08pywufWuwC8SQYdIQ3ItObl/FwplZtCkBz5qXCftqFlqnRL4X2Dn4
J6XTkEIM4+RbHTSE5R42dUmCqv70EejA4hMpioP6eGZkdWXEU7E0v1jmF8am98HTe5K3

tO9Lnik0Ch/sillyJveTwXAbeH9X2p9SL5gwfWMpsNtLnXY1d7ThZrLs8Y7dBPbPwycF        8sgQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=QR7v1TlVh4CbrxVOf+GF1MDNhWpOw2UShBs700juJqE=;
b=hf0yIswy+tGZzpdCzmJRXM8CkOjVqp9mz2Q2Lcwuj2//G1/r/F0LDmJ2o9uZtQd5Yt
qTNZZJNyUP5IoOSmMVIe2mxNstNRhd756rD2z+2KlJvBthz+B6tUb0HG9O0hg2nsgQ++
3K7e0Ll8sgdKQL/4B4s0IPeR8QYiEJRxu0LCsR0Jn5CsWsG1UoFQtGZk8WSSGRPqNIKh
IEAbDl1sC2dmhvOvL4KonJTmhw/Wn0n1xxj2rx+OPSntmB4SFDrc/2f3hP5pBmgASNX8
QbSGHG8jLxuEkckPGpx3w0SmjYBVBMARSsXp9I52+D7UorMfUb8hy+LtEP+T4sc7SrYX        Ex2Q==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=K0GZsttz;        spf=pass (google.com: domain of 3xqayyiakaie3tzyzgj-
inxuzyjx+8yw88n6gjrjbz5clttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3XqAyYiAKAIE3tzyzgj-inxuzyjx+8yw88n6gjrjBz5Clttlqj.htr@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3XqAyYiAKAIE3tzyzgj-inxuzyjx+8yw88n6gjrjBz5Clttlqj.htr@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id v16-20020adff690000000b001ede4df6f2bsor636487wrp.63.2022.03.16.19.43.42        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Wed, 16 Mar 2022 19:43:42 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3xqayyiakaie3tzyzgj-inxuzyjx+8yw88n6gjrjbz5clttlqj.htr@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=K0GZsttz;        spf=pass (google.com: domain of 3xqayyiakaie3tzyzgj-
inxuzyjx+8yw88n6gjrjbz5clttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3XqAyYiAKAIE3tzyzgj-inxuzyjx+8yw88n6gjrjBz5Clttlqj.htr@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=QR7v1TlVh4CbrxVOf+GF1MDNhWpOw2UShBs700juJqE=;
b=MDLxf0hZLOZIIm6AlPAhoeactlPlq/3ffuphB4eG0xII2KNGz2J/YAgdLIWEDtC8vaop
o53EadotHnxiE7MUJQvWnr3H9/DfWBkSKnyUD2OWc/Zicw1BLxmV8ApO6TOM3HD7IN6f
vHo9BeWER2Q6iLISRRZBAbggV/rki+AfwjMaxmr5ZOb8Rs0+nbD968JU6FItb4PmHus/
rcgvFMJSezr07JpCredIq/gDF+FoQ6GWSPe3Ln3H++YbCs8cl530xoOfL9gZivGfZOL0
dKboXlx1QQwwjnl5oGng/7kx4G6CRmPsKQob0i11/T/JGSArT22Tru6Mf9+xJrr/dzgJ        lb5g==
X-Gm-Message-State: AOAM531NreESFQfTm5dN+ovLGKKYsdTvLpYjAsRu0B3n4YR8G0+x2JRT
vZrETWeMPtUXgNZ2xUGbOdGu0w+qrsC7F+U1rWZovyhWTaTIiH9tBkrtihLYZqtg6olyxiQqVa/
rmVuehf8eEcsIkvgXX5TkyNtITis=
X-Google-Smtp-Source:
ABdhPJzjVXJjRvwKTpLlCP+EZmx+PflLisnIW8suN14Ghg/4UEz6drmLf+k1MVLeQifd0DFNoiTdJ11LOHa4gJwq7o
o=
MIME-Version: 1.0
X-Received: by 2002:a5d:6610:0:b0:1f1:e606:f097 with SMTP id n16-
20020a5d6610000000b001f1e606f097mr2130340wru.134.1647485022447; Wed, 16 Mar 2022 19:43:42 -0700 (PDT)
Date: Wed, 16 Mar 2022 19:43:42 -0700
Reply-To: youtube-disputes+3tr33i1beme6u07@google.com
Message-ID: <00000000000084659e05da60ffec@google.com>
From: youtube-disputes+3tr33i1beme6u07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000008993f205da60ff5b"


From 1727589863896616126@xxx Thu Mar 17 23:01:22 +0000 2022
X-GM-THRID: 1727582204741252653
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1333607ejz;        Thu, 17 Mar 2022 16:01:22 -0700 (PDT)

X-Received: by 2002:a5d:9710:0:b0:648:f393:a070 with SMTP id h16-20020a5d9710000000b00648f393a070mr3276137iol.176.1647558082235;      Thu, 17 Mar 2022 16:01:22 -0700 (PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1647558082; cv=none;      d=google.com; s=arc-20160816;
b=rTbDTPj4KYI5pYVqTcERxwKLM8ZGONqTef90pMu75QVuf+Idwmzf8SJcrkgVgV/lLY
Lwgn W7u6iyPDZHpGN5ZZmUJUdUW7Dy/4mgl8SZYRpoDdyGprW+Xy4AT59AUFffzz4P+v
2uf7MnbEINeLaCaHKVZQVQ2ewFb0kXsvL6tGdlyauC0K+5Rjt2QelrtzUJ2OA2tqkPOo
WRZz8dLh0jPlbXKd3QSvrP4ScMffuiS+6gG7PjM51KSWzuqbv8GZW1jVvc56xiyKOeUo
rgpKbByH/F77Sc1x+q35JbAmwvIAdXFO2XZGBnK44sUiQLm1mQCcgq73gjtQir4nnyvp      oXwQ==

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:date      :mime-version:dkim-signature;
bh=CgnF5myWXZSlNK8PugSFwPmqupE0kBpsYnEC0PSVAxo=;
b=ThuIQxUOdZaOOb/h3U6NvbhnkXwW3xCaIShlRfd5kb+XUBOxDh7vHuLo4yk351enCz
1cjt1JwrS3EHIAJLx53g4i45vdUSj5eQywlOuMooKaGS3/vQM+snMu2+9P+MRfnaN+DF
l5x0+5cNp3jQwJEAzO0Iz6hEnaiJubTDfaBD86hYvgnJ9dtWODwcsPT16mepChj+ElOq
pybMLYXVNE9VP9IrZ+bhho8dOt561XcsmcEkLXtbZ/3PzkdoUzbETdKA1g2FRa6t1mzf
7fEiZBbwx0FFyzOzgnN6QEG+AfoUpJEkpvTUIgdV/XhuWIt5bc8ystj/OPZ1nazS9RMJ      17Yg==

ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=C6RtYYrI;      spf=pass (google.com: domain of 3wb0zyiakacqyoutube-disputes+adizvjgttganwahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3wb0zYiAKACQYOUTUBE-DISPUTES+aDiZVjGTTgANWahGOOGLE.COM@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3wb0zYiAKACQYOUTUBE-DISPUTES+aDiZVjGTTgANWahGOOGLE.COM@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with SMTPS id y14-20020a056e021bee00b002c26c86c8e4sor1231063ilv.127.2022.03.17.16.01.22      for <jeremywilandcsc@gmail.com>      (Google Transport Security);      Thu, 17 Mar 2022 16:01:22 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3wb0zyiakacqyoutube-disputes+adizvjgttganwahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=C6RtYYrI;      spf=pass (google.com: domain of 3wb0zyiakacqyoutube-disputes+adizvjgttganwahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3wb0zYiAKACQYOUTUBE-DISPUTES+aDiZVjGTTgANWahGOOGLE.COM@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-message-state:mime-version:date:reply-to:in-reply-to      :references:message-id:subject:from:to;
bh=CgnF5myWXZSlNK8PugSFwPmqupE0kBpsYnEC0PSVAxo=;
b=azZA+YU9JJ4PRX9Ub5hoDv7/Sr5Zn7gpl1euYOJvEGjAUm0awrW0Ge//bqQqDAAToH
4tLsGTemiGypr+jcBIBRptBHP0P+6hkE7suM8CqXPIc0TwNjj+017kA5c1gfkVZWw3ho
I0x+Yaq37dMiTMnCUE1vFITjXbLR6KBnS2Cg/EulNpl/j0DVodH5gZyKv2swiAn9WMM5
2glDlTlOLjf/IbdervtCAuA5Eg2D8UYaOv7g62ixrLtZQlyMwXahmVpCIXaqCLopqWEf
a+2MfN2KqAK69vXzRO6zirGEd6f6JFFwOTi6roWBnjptKDgnn5KwLy859Mc2AeVxKald      Vgmw==
X-Gm-Message-State: AOAM533FSQ5XggidqjPnhV6CZcplFMzQQeNFB2vw4XQuP7GVCj0eHkjU
/brUTQqxV1ecCxL2Sm4RfUeFIhrEiTWyi8IdSeu/1pAWibbpb2gDylOpIzusjjV7JS8dhfPF67l
IQzJvE/44jH4FD3dIRyrrIEIufBU=
X-Google-Smtp-Source:
ABdhPJxPTsmDpRFIZ9007BmcAUilJkxUimhJnw7XZnCjmBpbMZ8bCSSWlmCWbHE6qQCHrz3KZa/ztF9YmuRW
Xs2pfAM=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:1a4c:b0:2c7:c6fc:79f4 with SMTP id u12-20020a056e021a4c00b002c7c6fc79f4mr3035735ilv.235.1647558081804; Thu, 17 Mar 2022 16:01:21 -0700 (PDT)
Date: Thu, 17 Mar 2022 16:01:21 -0700
Reply-To: youtube-disputes+0d8zv9gtt6anw07@google.com
In-Reply-To: <000000000000d7890a05da704e21@google.com>

References: <000000000000d7890a05da704e21@google.com>
Message-ID: <00000000000029b01705da720211@google.com>
From: youtube-disputes+0d8zv9gtt6anw07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000036cb7505da7202ae"


From 1727582204741252653@xxx Thu Mar 17 20:59:38 +0000 2022
X-GM-THRID: 1727582204741252653
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1273036ejz;        Thu, 17 Mar 2022 13:59:38 -0700 (PDT)
X-Received: by 2002:a05:6e02:1c84:b0:2c7:f7f8:65b9 with SMTP id w4-20020a056e021c8400b002c7f7f865b9mr208730ill.286.1647550778155;        Thu, 17 Mar 2022 13:59:38 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647550778; cv=none;        d=google.com; s=arc-20160816;
b=0jnzjQCsfKFXVPTv6ci6n7HeIk6Uo4SwMVFIP69YMAWZkm1NWou4V7peM2XLjHS2qz
2KEXKna2a6CNxee25QNJwbKaSjwIb2p5OcDOsWCcpyehLbamzuYoxY7UoMPDMCsV6NJ4
vNiohNQ1dhrfIu1hZtg5Tcz1futPx0hSQPc8SMYZBmhifPIHlOR48oow4P92xD34auU4
a+tdcA3XVk7hY2XYyB2ZcxwuGjkGyH2UXV2nBF4uo+bHhbQrFUyr/+aAWP1ok0F8EtIh
v5IHYxynSQLTFGEgVIQRqNcHictXLUcSo7kRj/iOCiDNozz4akj1sbAXuGWM8LBSQyZc        C/2A==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=567NMafwx8w8D8jojJCQ4ZuRIreQBO/Lu5zcaZWOifU=;
b=Q4jG39jfr+betFZRZtqt0CQ1EDkfxQyuhvEn5uC1sc9g+rJHaC+IewzNXjr8ZoVTJK
MiE5GHAbTHr3ExIK2U22Z3hJYC5UbE+xFDAOFrWTqywZ3l41wAa7XLsq7Gmjr0tcjISY
K1GZt6JSA1BSmOelGsCOBbsbyCCbX/the5Q6b1pLxAdrZSqO6c6YdiSE7lJdY9z03/A/
+dS9jH90ImmFhRG2oEwF94Zd+x9RA2gHYpzpw5LS/8PAW44F7SroZqT3Jz2Emo2PJki/
cSRbINF7t48+ebOYrvDlqCU6k6Wu+8yHf6yoJLlWDjnfYRg9fOllsa17WIEvSt+eKITr        L0XA==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=tJtrwVd6;        spf=pass (google.com: domain of 3oaezyiakagiyoutube-
disputes+adizvjgttganwahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3OaEzYiAKAGIYOUTUBE-DISPUTES+aDiZVjGTTgANWahGOOGLE.COM@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3OaEzYiAKAGIYOUTUBE-DISPUTES+aDiZVjGTTgANWahGOOGLE.COM@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id c4-20020a0292c4000000b00315193565f2sor1302335jah.77.2022.03.17.13.59.37        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 13:59:38 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3oaezyiakagiyoutube-disputes+adizvjgttganwahgoogle.com@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112 header.b=tJtrwVd6;
spf=pass (google.com: domain of 3oaezyiakagiyoutube-disputes+adizvjgttganwahgoogle.com@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender)
smtp.mailfrom=3OaEzYiAKAGIYOUTUBE-DISPUTES+aDiZVjGTTgANWahGOOGLE.COM@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=567NMafwx8w8D8jojJCQ4ZuRIreQBO/Lu5zcaZWOifU=;
b=pPl+fBozA+U8+cZ2o4blDQ9puKkwF/im7r9s0du1WLeMQwzkpXkehRU/KqpeVB9z3q
ELu1EPwWqb9SoORrm/nfri8ie11f1X/VweTmI7Fjbx1ecpnL282hTgjzvZMenqmJRtoo
dq3wukalCrCT/22bG1eHbqeMLFResmwiXez1VdyJdu+iZ3m3Yu7sT8xKvYvQA1ZswIxe
HKpPYbW+2MWBuf9yC8ktRZVdhVJOV9TYmC0HRzyw/PNdpLSEfuuDUQzjwbEoJDPys7Dx
BWTZQUqACx1/G0ZSe68uIAmBtmbQyARmpXIBxBuMO9WTT4TtuwtLL0SgctZkgq6LVyzI        fGHw==
X-Gm-Message-State: AOAM533xzNxbJ/iwExieW9UL2jyRV0rwRavey1gjuL5PAQwQgbNjxsxC
tNYpjVukXXzjPkOSxhO7nAZ/eILHzRDterj+5pTv/jEcpJ1yKi88gu6ZGAk7Z6Ky8XRgS++N99L

GJdMlogFkpTIjBFfliKQ1jsR+2o8=
X-Google-Smtp-Source:
ABdhPJxPvoaEKzgZR000psWGPNe3xMuHcT8k2SdGGkaAbHSdWmSMBCGY5g8Ajqm4YYQSP/eahrpRyYrCsh0w
7peEFHg=
MIME-Version: 1.0
X-Received: by 2002:a02:c54b:0:b0:317:b42f:b8c5 with SMTP id g11-
20020a02c54b000000b00317b42fb8c5mr3169536jaj.320.1647550777805; Thu, 17 Mar 2022 13:59:37 -0700 (PDT)
Date: Thu, 17 Mar 2022 13:59:37 -0700
Reply-To: youtube-disputes+0d8zv9gtt6anw07@google.com
Message-ID: <000000000000d7890a05da704e21@google.com>
From: youtube-disputes+0d8zv9gtt6anw07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000dcb6e905da704e9a"


From 1728077050173113396@xxx Wed Mar 23 08:04:59 +0000 2022
X-GM-THRID: 1727521226844993907
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2676064ejz;         Wed, 23 Mar 2022 01:04:59 -0700 (PDT)
X-Received: by 2002:a5d:89d8:0:b0:645:d853:66f0 with SMTP id a24-
20020a5d89d8000000b00645d85366f0mr14131647iot.30.1648022699577;         Wed, 23 Mar 2022 01:04:59 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1648022699; cv=none;         d=google.com; s=arc-20160816;
b=jHZQbwHVv90jTf/C7CB0KLrTr5PKEMQOqa44jAV8e6qcmu0UI8D/Nfx25WVphwZxqo
OTEwe4M2978q2AoQ61zyyOoDgN/V2ok2KcOEfx8L12LwvT8RZVxjhv8zad2yLfd7sKgK
xFKa3G2lM78+mxjbL723T3NJqThueZgIMaADdbtIgwDrafLyTxrkWxcdTk4xoczPM+vs
ts036XhJSMlMuuaCOBTmY0iS5C5k057U9NLdnIILrBV7VTjgpAG2wVhfGgqKg2AsKU/f
4wmId0vhS4fKw22bpMhYc1fzkQ2g3A7hyt6T680nvdwHKKMn1DwcWrpLlGCcsx1HB5oU         jI2Q==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date         :mime-version:dkim-signature;
bh=BJyerykSi8XKhgWmBtIfFx0/Q+P76zD7sMMKjkzpXww=;
b=WgK94ExHtkL0zxp2oFSTMn+cnkgZZFnIizxdm0a0w5O2Oiob8I/SWYpXhNNzQyy4K6
61DhQx/PGWSTLkcbwDlaP9XvnxGPM4F8G79VFRfuXt3GJEwiGEegjmlOS/raydtfYZLT
wsxnNmrRzOLiTyMPVg0QSWdr5xNBiZj8Oa1eHmZ3YD2NfY+CXLbre7ZzjDCXheoOEIrC
T/facnVmeIYMcwIESqqH/W0K0AbFVBqKqaBQy+mP/l6aFFSykXNy8Ljpb3P7mOmUlOFk
cLH2Eqp+D1rEkz53cvV3XQ91eKtm0VNo8y8JefRzDXG56jHzwdre5NvoJLUA01oClmhv         g8eA==
ARC-Authentication-Results: i=1; mx.google.com;         dkim=pass header.i=@google.com header.s=20210112
header.b=IUvbSY48;         spf=pass (google.com: domain of 3q9q6yiakafgoekjk14-
38ifkj4i+rw7uk68mrw6w7qx6ee6b4.2ec@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3q9Q6YiAKAFgOEKJK14-38IFKJ4I+RW7UK68MRW6W7QX6EE6B4.2EC@youtube-
disputes.bounces.google.com;         dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3q9Q6YiAKAFgOEKJK14-38IFKJ4I+RW7UK68MRW6W7QX6EE6B4.2EC@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])         by mx.google.com with
SMTPS id k14-20020a02840e000000b00315193565b7sor6792357jah.18.2022.03.23.01.04.59         for
<jeremywilandcsc@gmail.com>         (Google Transport Security);         Wed, 23 Mar 2022 01:04:59 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3q9q6yiakafgoekjk14-38ifkj4i+rw7uk68mrw6w7qx6ee6b4.2ec@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;         dkim=pass header.i=@google.com header.s=20210112
header.b=IUvbSY48;         spf=pass (google.com: domain of 3q9q6yiakafgoekjk14-
38ifkj4i+rw7uk68mrw6w7qx6ee6b4.2ec@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3q9Q6YiAKAFgOEKJK14-38IFKJ4I+RW7UK68MRW6W7QX6EE6B4.2EC@youtube-
disputes.bounces.google.com;         dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=BJyerykSi8XKhgWmBtIfFx0/Q+P76zD7sMMKjkzpXww=;
b=AzceAYvmbbQCHA0TQ43+jZiZvW9fSlbQbM3wrxbM/F4nvcLffwi9wUfor/kvVcCLWf
RxInIOrIXELeVAbxY0IZZeugEBjxMxXEu1kISANVB5RCteM/3+97TqZOUwqeh8DDyeUb
kPAakkzrrlwrxoHzd7lNsXi6MkLz4Rn9ojrEjNMeizFg6Pl+ALpijkroHthbd6YKhjNB
1eop+qfOZ6kN13knCL4YgQHhoS8T/bZsRm6G/jhAQ86pALk1ZBm7n4P5tMopWJzxDWFB
DliZr05OhTWQGW3BLEwf1SJ3Qah4jnMsfW10ztV99HFUmm2LuIJB0QhyajDBuE92Pxum        5w9Q==
X-Gm-Message-State: AOAM532UiMTrIoJQcoKdiubUOSaJ1wBHSSNJb3CbOlg5uN/vpDeaOtZp
3p47r6MecQaECKr3byQTzNk3pDlbalzIST3a4BA0yrnD/PEbmK6GsScGtAaEf+6Jf92JODubuty
fBhtsF3OOCOPRPpKgeR17yopmGjU=
X-Google-Smtp-Source:
ABdhPJzh0h6nw+ErZVanpNDIPvfHfrCrb2FIz6XmXbR9aYv7zElDnr01AgA3pZkhGrb/55TekGm9T1gYSv7eTAqhqh
w=
MIME-Version: 1.0
X-Received: by 2002:a02:9a07:0:b0:31a:2642:9e1d with SMTP id b7-
20020a029a07000000b0031a26429e1dmr15309358jal.159.1648022699137; Wed, 23 Mar 2022 01:04:59 -0700 (PDT)
Date: Wed, 23 Mar 2022 01:04:59 -0700
Reply-To: youtube-disputes+16h4ugiw16g6h07@google.com
In-Reply-To: <CAGF==x9UhZQo8z+rt3DC72JX461HhQMRGSmo2yGjwLSdj6gBPg@mail.gmail.com>
References: <CAGF==x9UhZQo8z+rt3DC72JX461HhQMRGSmo2yGjwLSdj6gBPg@mail.gmail.com>
Message-ID: <0000000000008c8d2005dade2f96@google.com>
From: youtube-disputes+16h4ugiw16g6h07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000090dfa905dade2f5c"


From 1728020892042672115@xxx Tue Mar 22 17:12:22 +0000 2022
X-GM-TIIRID: 1727521226844993907
MIME-Version: 1.0
Date: Tue, 22 Mar 2022 10:12:22 -0700
References: <000000000000a6ae8605da62c483@google.com> <000000000000d9387905da640de1@google.com>
In-Reply-To: <000000000000d9387905da640de1@google.com>
Message-ID: <CAGF==x9UhZQo8z+rt3DC72JX461HhQMRGSmo2yGjwLSdj6gBPg@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: youtube-disputes+16h4ugiw16g6h07@google.com
Content-Type: multipart/alternative; boundary="00000000000062dca805dad1b72e"


X-Originating-IP: ::135.26.144.241


From 1727527018125669213@xxx Thu Mar 17 06:22:28 +0000 2022
X-GM-THRID: 1727521226844993907
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp757456ejz;        Wed, 16 Mar 2022 23:22:28 -0700 (PDT)
X-Received: by 2002:a5d:64c1:0:b0:203:7aa5:9390 with SMTP id f1-
20020a5d64c1000000b002037aa59390mr2642127wri.328.1647498148348;        Wed, 16 Mar 2022 23:22:28 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647498148; cv=none;        d=google.com; s=arc-20160816;
b=pMYkigfbbu93IorG4zEPLSTL55Qts0I9uDsTf1RP1PGy7eKZ+tErY5JdBSGCXTNixf
DeHoBiq9wdmxjpA1WYWhwbp24XTtKOj1H1GzmGKdy+dlPeBS93oTpDR/KBcYAOByKdKt
npwFSHlh7DwihEDANpMNOMHK/Yh6KY5PiD3dNK8cOP51gAaJLvQ/Fh2JmGLLVO2qfEba
/u/gi7YfACUV0gGIDMk88HQACeGh0en6pE/6T/U5mmSVTnb+Qmy4eupQqGF++atpV1QQ
Mh2VkvlQH2G7AE62L52CS3Ihh2fWzhpp0hTiRhP0CmkOn/6UIW/TRRtEZjOJwuSIdYN2        vyLA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;

h=to:from:subject:message-id:references:in-reply-to:reply-to:date       :mime-version:dkim-signature;
bh=w7mKwnVuEK8VoHYt+8oxgF5kt64T4m7s5wU0Tncj7L0=;
b=xMT4xrXOWwfUIKw0g0MDf7VBLTPPH/NvXssLfe3oM4oiBjs3rcgYd4Edjr9r/DQ+jL
g1ursO3NsB5EzZoozQrE5SUNdaY955YlFMLpdXXgfRtontOqtWg2suMYMtLJ4oM/niSr
F5k/9jee52BBJ7ecjb2n9nqTFbkYAc0GaW117pNYCnx3tdGsF8GOmDHiVG9giI8rgTh1
iH58OAZBia2294f409Rxm4bQTFc5GKHEZLFT92iX4SReUhdhPQ3+9MvEngJ/g2Jbf3hc
vAAdYwBLPBbiDJ3rpHJ+g0xmd0n1V/NEjC2wxXTcetvRez8wcgP/sR9CCUS+JIL3pT9n        Xl5A==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=F5SrmBfK;       spf=pass (google.com: domain of 3pnmyyiakac8jzfefmp-
otdafepd+mrspfrthmrrrslsrzzrwp.nzx@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3pNMyYiAKAC8jZfefMP-OTdafePd+mrSpfRThmrRrSlsRZZRWP.NZX@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3pNMyYiAKAC8jZfefMP-OTdafePd+mrSpfRThmrRrSlsRZZRWP.NZX@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id d17-20020adfef91000000b001ede4df6f21sor852850wro.53.2022.03.16.23.22.28       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Wed, 16 Mar 2022 23:22:28 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3pnmyyiakac8jzfefmp-otdafepd+mrspfrthmrrrslsrzzrwp.nzx@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=F5SrmBfK;       spf=pass (google.com: domain of 3pnmyyiakac8jzfefmp-
otdafepd+mrspfrthmrrrslsrzzrwp.nzx@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3pNMyYiAKAC8jZfefMP-OTdafePd+mrSpfRThmrRrSlsRZZRWP.NZX@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=w7mKwnVuEK8VoHYt+8oxgF5kt64T4m7s5wU0Tncj7L0=;
b=7DX2myFRNEKOP2TH+zgVYot7VRcNzmaIr26LCIAj94V4kYaf2lvUMG/kQCCM7j04uI
/nOsiQYyCu5y8ayIHt76I9Uic/XQbd5LmOu9OTD1JudJcXWiky6SV9SS1NPPRkUKNB/v
wGGx3iBdx9GuHbMfzg8s7TJJiLV76/Lwb0soIkiI2j4uinGGS8jqAHCYUPOyJ3tjA6UB
CeLBvVfliBLquxSw3pil8nYu3Ry6B7eXbRzvzA0nkyTA3l4wM6F/fF/Uu5H2Qv5vFJep
QXMgqgNEEzeG1v75qPgVRIM1aVMaQ8pL+QXZRezt3+URSn05vhXAdqV94ekbq+zo4hN/        PXew==
X-Gm-Message-State: AOAM530/Z539mZWGvhBihll54kKOIuKxenvSvwPBVYPjjsH20NCyzsKS
lhmXxhWeV/oCYjY/5F6peCjn9o//151EDNXoKEf3C6bwOeApttxmk4aVqCF6dDv0LiLCCAMhd7v
oCVmMRrbL9U9jJGiAT/WFFlNQUZs=
X-Google-Smtp-Source:
ABdhPJxu9GyAapymNztridzFl/0JCisDYZG9oXiJAkOtOTJ7+/jZVtZdavLSIvEFJSNz9tTW0rYhVoEJoNOwoeyhNBI
=
MIME-Version: 1.0
X-Received: by 2002:a5d:47a1:0:b0:203:77d3:9db8 with SMTP id 1-
20020a5d47a1000000b0020377d39db8mr2628378wrb.486.1647498148161; Wed, 16 Mar 2022 23:22:28 -0700 (PDT)
Date: Wed, 16 Mar 2022 23:22:28 -0700
Reply-To: youtube-disputes+16h4ugiw16g6h07@google.com
In-Reply-To: <000000000000a6ae8605da62c483@google.com>
References: <000000000000a6ae8605da62c483@google.com>
Message-ID: <000000000000d9387905da640de1@google.com>
From: youtube-disputes+16h4ugiw16g6h07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000e3efda05da640d2a"


From 1727521226844993907@xxx Thu Mar 17 04:50:25 +0000 2022
X-GM-THRID: 1727521226844993907
Delivered-To: jeremywilandcsc@gmail.com

Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp725042ejz;        Wed, 16 Mar 2022 21:50:25 -0700 (PDT)
X-Received: by 2002:a05:6e02:8ae:b0:2c7:90a5:90b8 with SMTP id a14-
20020a056e0208ae00b002c790a590b8mr1229490ilt.19.1647492625016;        Wed, 16 Mar 2022 21:50:25 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647492625; cv=none;        d=google.com; s=arc-20160816;
b=FcCFJw8qjsMRJMlxe5SFaB4ux3odCwMzNvrRcEUtC4dljw8WPbsBy0FX3RCZeDjeiZ
c87FgS/z/57lk7kXWdn4v6LnOiDhen+nm+fYIqzE4tSsCG6oUjtkhM9rVDU6rzg5rLHq
aS97Zr75uB1wmIa0AYt6/Qf2bBzQbUwL07ceYuz4gO6Yh+W/P/Xm0Enxp1TmdCxUGmH4
PXnDxajykWZG2n7SLo6ru7umujXylMsOEpOib3kqXyHTu+q7JJvECfz8XfU4yBSLm3GQ
kABsN8YAx3x6oqbUv/Rpued5yFZj59B117iv1vUiDGMOd8Dsgu6FF8+PmQx0TGma0Eyv        6VZw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=THt9Y428e6PSmihjZjMsJGd2caAwSv8XjqCgo6yhgMk=;
b=qt/N25yKw3NlRHYvE8XoJ4QjSieP09DoXuqVrPBUrsaK2joNHKPhS8bfTDZX8O5sVV
H4cYsO6hgmAS+vXqB3Q6Qie3SoYgi+YAf4Ma4hRpiakOVrUnd+5BoVVW3OOyF/6YV2ak
XfJbJidU5S/Mq/PPMug1WiSU5ZrGtn7uqiy5jVN5s8Z+jYy9mD8BSzV3yQSaxa4vxlQS
WtbOwDgSKgAaIvHqnMYJIVPw5IltxhjvzOlTz4AkMRjL9s7nFDi6+huZpv9/3wly0yFj
c8zFebf2BkCORDmH1YKiMcQkUF4NQ9tAEz56WSfhSEt9DU22SqXXdw7bfxp66NQIQPMk        kg+Q==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=QSPogzJa;        spf=pass (google.com: domain of 3el4yyiakag8lbhghor-
qvfchgrf+oturhtvjotttunutbbtyr.pbz@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3EL4yYiAKAG8lbhghOR-QVfchgRf+otUrhTVjotTtUnuTbbTYR.PbZ@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3EL4yYiAKAG8lbhghOR-QVfchgRf+otUrhTVjotTtUnuTbbTYR.PbZ@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id i14-20020a056e021d0e00b002c260b44f06sor353825ila.2.2022.03.16.21.50.24        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Wed, 16 Mar 2022 21:50:25 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3el4yyiakag8lbhghor-qvfchgrf+oturhtvjotttunutbbtyr.pbz@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=QSPogzJa;        spf=pass (google.com: domain of 3el4yyiakag8lbhghor-
qvfchgrf+oturhtvjotttunutbbtyr.pbz@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3EL4yYiAKAG8lbhghOR-QVfchgRf+otUrhTVjotTtUnuTbbTYR.PbZ@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=THt9Y428e6PSmihjZjMsJGd2caAwSv8XjqCgo6yhgMk=;
b=cVwNXqcCmUFGAAe2M1+/zZ7RXG44TSq2rsmO1UD3V5eQwSYrRH8VMHGMR75tDh7fXR
ZZOE7GN0kqM9Da9M/ZQ2iPPJAHQxBz+eFltH4uBvq5mGyFUFCHt5a5U/rZ1SHFqNRIAL
eJFc/Qkw1/JjUygR5UO1bN4rjX83+jbxzKtSCF3zFrOo5/81MC45FxVlo9XzeEfX5Afh
YogmZI5ryZyb3JOVHnCkMhwW8Vy53nuafCl4APwr3ec1Xn47lsg9ZekhUnqQyTy/Dfop
qoKQ+q9WxF9IAVHImRdrk5Ao/+sFSBVhinobg+w2XhtDq6cAHpfy5lzyCkavhsbusdTv        LFUQ==
X-Gm-Message-State: AOAM532VSoZjLYNrxsOcKUhkx~95CcgDejpLNMCUvQpBF//OdrOP0f+m
LnYpEtemvdtP1SZrZAsW/o6+Er52NKfNDzr57VkBwD5CJpi9SFrXStksfY/Y05oJeR71wF3RkDM
pOFa1yuCrzT73ZKZvGePWHbm6GP0=
X-Google-Smtp-Source:
ABdhPJwZJdul4LTwPEbNZA1q6au8ud5I4/JLnXU4VVtdX85+9zJnBQG0MzYy/ArMSXR0Lk5NHhpYREJjkyOM0b
SeREw=
MIME-Version: 1.0
X-Received: by 2002:a92:6e11:0:b0:2c7:a32b:733d with SMTP id j17-
20020a926e11000000b002c7a32b733dmr1168647ilc.196.1647492624724; Wed, 16 Mar 2022 21:50:24 -0700 (PDT)
Date: Wed, 16 Mar 2022 21:50:24 -0700
Reply-To: youtube-disputes+16h4ugiw16g6h07@google.com
Message-ID: <000000000000a6ae8605da62c483@google.com>

From: youtube-disputes+16h4ugiw16g6h07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000ab103805da62c4f3"

From 1728037024344121679@xxx Tue Mar 22 21:28:47 +0000 2022
X-GM-THRID: 1727788124046896463
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2444932ejz;     Tue, 22 Mar 2022 14:28:48 -0700 (PDT)
X-Received: by 2002:a67:f65a:0:b0:325:399a:830 with SMTP id u26-
20020a67f65a000000b00325399a0830mr2279593vso.69.1647984528081;       Tue, 22 Mar 2022 14:28:48 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647984528; cv=none;      d=google.com; s=arc-20160816;
b=k1hubGzR3Cid6qhvm1r0btC/bjcLKM/Gay4xZAyVUDZQFQqbLjWZ8OJgu8FEsv6a9Y
RqkQnFZovywaB5Hkx92CvPMgHQ52xWSI+ZICvuRwqDi22Gte9DBIieONbud+EtCuDF6Ll
8u6pZX35RDIYaMnQUmLZ5qgV4ox3Shp4qjwqOKefPPe+v6EWiWFWiFnJwMnsCyaZwVCh
Q3QG7WkA+w8NXpLDXCO50zUb/F+ahc5KcE/fgNlJeQAu69guiRC5VMfiEdLgHnzrQa31
lzZRGaScGmoiUjbEdAVuS1LUtyTr6ChKYikf/STQj/+6vK4WjCz/EewRt9JKHd7FFXFR       MLyw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date       :mime-version:dkim-signature;
bh=MyPxgXZgCN3rp9Dn0GoEbr7KdhIH8b6hiF00Y7rgOek=;
b=DUujckXIbOoQQL6c9mn+Jf5+DxHNbxKcjJrwr4myab0wonvtijl6MG93ye6y13Teu9
tvAB6vyzH6idDZ/kDrYesItqegymEjo8wYfPL9Q/oQ7XxMmaUZXWIDSB14r1jOkcZMCn
spngOqOTljYlE8Actuh3MKA9tubYFTZy7YjZyKTogpc9AUL+v66IJtiiQbeIAIoxmz8F
AmF0Tci9Mx8oWlFO6ni0j4Hlxhzv16jDKbHsgqmXc43SfF6E67qP9M7Obeg1kmWnRWrk
8s4QtOZAC1N/yJzLwiaSsFt6+bZGd6yYGMO7orv5aPH9GyftnWTA+qTAG/t27D2WZZDS       2SOw==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=MQfhkqH5;      spf=pass (google.com: domain of 3jz86yiakabae4a9aru-
ty85a9u8+jbhd78rit33k7gnw44w1u.s42@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3jz86YiAKABAE4A9Aru-ty85A9u8+JBHD78rIt33K7GNw44w1u.s42@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3jz86YiAKABAE4A9Aru-ty85A9u8+JBHD78rIt33K7GNw44w1u.s42@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])     by mx.google.com with
SMTPS id h4-20020a056102358400b00320c372e7basor4880086vsu.98.2022.03.22.14.28.47       for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Tue, 22 Mar 2022 14:28:48 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3jz86yiakabae4a9aru-ty85a9u8+jbhd78rit33k7gnw44w1u.s42@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=MQfhkqH5;      spf=pass (google.com: domain of 3jz86yiakabae4a9aru-
ty85a9u8+jbhd78rit33k7gnw44w1u.s42@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3jz86YiAKABAE4A9Aru-ty85A9u8+JBHD78rIt33K7GNw44w1u.s42@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=MyPxgXZgCN3rp9Dn0GoEbr7KdhIH8b6hiF00Y7rgOek=;
b=m6vFXvJ9diEVR5WdXT5rbTWAEGaVVhdbVZaf9c2oLtLHR8aK7isInbn7F46iAl2Kpk
4NyRC+s1sPmOQosuv+YlrvkUUyvWtelHfRQZU9La5DJhoy0zDlRf4STubr+z1kftrBsd
bBApAOGYQO7ZUwFUszSQ/xlpPpfLuhCXEjVWQUjMpq/7oJRye8qfEUVH5mZYq46Qgs3Y
+L+o8GcyuoH4eNCabWxwx7waTfI8iidOGsMC4FRvU8mjU4kb8TH6oyy8niEX7iYcNNG9
08IWV0DPVId0IOfgv6WLJXtycdxY+TLi7/GIV31h70PqBOB2Y6BFc51wWdAvviYFiGKN       OPrQ==
X-Gm-Message-State: AOAM5307WLx37pty68zldmaEUcngaQEk6P09Vj78KHePXQtPDk16v5PK
2rDW/bL0MpqeXbbUXKzDtw75nbYx0h6yQ5ccbqUHapKeb8nApFLkW7GU7Xc9YInTdEKgvH9xvaX
FdTNQbXiBZoPgJsH0jus7qOZRgzk=

X-Google-Smtp-Source:
ABdhPJxRleL1NmuPgATYWiT5vBKHpCu47mFna97IY/Z8c+qtrG24DGvhq9MbxN9mcCMoGSW/LmAT/QNGnLo/
VpoJ2EY=
MIME-Version: 1.0
X-Received: by 2002:a67:f3cc:0:b0:325:2d98:56d2 with SMTP id j12-
20020a67f3cc000000b003252d9856d2mr3524675vsn.42.1647984527697; Tue, 22 Mar 2022 14:28:47 -0700 (PDT)
Date: Tue, 22 Mar 2022 14:28:47 -0700
Reply-To: youtube-disputes+3v1xrsb2dnn4r07@google.com
In-Reply-To: <00000000000043ad6605daa688d2@google.com>
References: <00000000000043ad6605daa688d2@google.com>
Message-ID: <0000000000005b734b05dad54c3e@google.com>
From: youtube-disputes+3v1xrsb2dnn4r07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000005ec13805dad54cd0"


From 1727826409619734883@xxx Sun Mar 20 13:41:10 +0000 2022
X-GM-THRID: 1727788124046896463
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp818105ejz;        Sun, 20 Mar 2022 06:41:10 -0700 (PDT)
X-Received: by 2002:a17:902:7896:b0:151:a6fd:dfb3 with SMTP id q22-
20020a170902789600b00151a6fddfb3mr8454086pll.124.1647783669937;        Sun, 20 Mar 2022 06:41:09 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647783669; cv=none;        d=google.com; s=arc-20160816;
b=Dq2qCrUo80X4qOxNBCQHYD4WTuANFdl13EuL1NnXx9oFBCrr1E6lDh0ywzyH8GBUPS
p//8Vf29E5DuxbslYCWqgxfw9+1J+7l3zzwd7VCB+s+tVKwhU1qP6jWtN+GcaRqxr9Gs
u6x4tWeoreJwvqOzKwmZgtTwwK6AjPNI5l0v14rWmCq82EzpfU6DqS3JZGPlvkLsTZzK
CLtOYPu/iNO3hoXnJLk8bFZxz5dWQw8eBLt+iF8waTtqbNto1yuxngwN5XCVkNNtb+Lr
ay66IIZtFcQ26BRMe0pK2EvaybltuGefb0BPWz7s8KkMIITtzCIx7qkN11MXnAR6mM8Iof        NCVg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=zSGzrvPq1dacDrkZ4Ncr1nPeHGvISmYHuviuENBgiz4=;
b=bSq7EdX4vjucwKLyikBiuhowsvbPlYRApq8xpPbUmigNb/wAJbmegEMEQ3NHKJnxYN
h1jWd30ggPreDLDQJTYmgx7zf5p/2WIbKW/bL8dRoMwbFJ3fBJ177jbzSV+lnNyGXh7Q
7pPK60goayxhMadf/SZaRBBQrT4sfzEDiKcFAgYP5j6lZ4rXhcTkeitz0emv+DM9GVEL
ZJCijgOmu1zR7sbRGTOmhRjFr6lcJKABEu+ubYPYVgbzgKQkt4a7WVHbo5n7dkzRI7Yd
L4BbNRYvMR7x3kt9+2Qsfrs7wpJd0Dbs6ZXXrqVhPMXzARmW+VS9MhFCPvoD0nlSfbxh        NaiQ==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b="II3W5ED/";        spf=pass (google.com: domain of 39s43yiakaeg8y434lo-
ns2z43o2+d5b712lcnxxe1ahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=39S43YiAKAEg8y434lo-ns2z43o2+D5B712lCnxxE1AHqyyqvo.myw@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <39S43YiAKAEg8y434lo-ns2z43o2+D5B712lCnxxE1AHqyyqvo.myw@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id n1-20020a170902f60100b0014ffd00fbe4sor4596173plg.114.2022.03.20.06.41.09        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Sun, 20 Mar 2022 06:41:09 -0700 (PDT)
Received-SPF: pass (google.com: domain of 39s43yiakaeg8y434lo-
ns2z43o2+d5b712lcnxxe1ahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b="II3W5ED/";        spf=pass (google.com: domain of 39s43yiakaeg8y434lo-
ns2z43o2+d5b712lcnxxe1ahqyyqvo.myw@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=39S43YiAKAEg8y434lo-ns2z43o2+D5B712lCnxxE1AHqyyqvo.myw@youtube-

disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=zSGzrvPq1dacDrkZ4Ncr1nPeHGvISmYHuviuENBgiz4=;
b=VCBXJ5Cu/pOgS9Whkk44I6c+N8KJNqFCAMmfXNHPgLsMS5T/rboW+PLrwueHBjay5U
jLCO0bW/hgn7XA3SsGQqDSUXpUEBcJe48JwpwlLWilzHN2k9n5ngsM1hgPWUY8RUeqHB
D0daeaH3HRpQUVr6vTfiFIExD7nY8J03hzKFdZ8HKF8IeTBrclypTetpWXpKOXvk1UJv
B03MGzTAKGecNK0BQ6kUykkusym/AYvMj7cuZCHM+FvSiDMmbFooW3NcLbspWjFEepTE
S4hw4GzO/oD3HVLKaLVKTda/89Fzyj4chHT6NIuOTI0V1uc66cdcQRW+njgY2pqDNZ9r        kJyA==
X-Gm-Message-State: AOAM530Llv4DwPHW10l15Rq0GHcHubmeWBqD/VdJH7JVD6TRrm/qC5bZ
KHI7Vol0Tl669lk6Sac21nMMsesjbBUuUuBYaXucyXjJQBUhaBTHaG69vcZj5NbGVVC8u4w08nK
6xoIywcZx/ggTpDrstGKdY/a68CY=
X-Google-Smtp-Source:
ABdhPJxyRVl1icTjP3gsvI+kGiYUWumE6Ff89e7M4CaPRqr13Hx4MidoqhqZqz1HdrugbxfDEO98NEkF5mwZEBbA
ytM=
MIME-Version: 1.0
X-Received: by 2002:a17:902:d891:b0:154:5686:75cc with SMTP id b17-
20020a170902d89100b00154568675ccmr992095plz.3.1647783669380; Sun, 20 Mar 2022 06:41:09 -0700 (PDT)
Date: Sun, 20 Mar 2022 06:41:09 -0700
Reply-To: youtube-disputes+3v1xrsb2dnn4r07@google.com
In-Reply-To: <0000000000000076c705da9e080c@google.com>
References: <0000000000000076c705da9e080c@google.com>
Message-ID: <00000000000043ad6605daa688d2@google.com>
From: youtube-disputes+3v1xrsb2dnn4r07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000048168805daa68898"


From 1727788124046896463@xxx Sun Mar 20 03:32:38 +0000 2022
X-GM-THRID: 1727788124046896463
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp616122ejz;        Sat, 19 Mar 2022 20:32:38 -0700 (PDT)
X-Received: by 2002:ab0:46e:0:b0:350:b165:57ec with SMTP id 101-
20020ab0046e000000b00350b16557ecmr5210257uav.10.1647747158052;        Sat, 19 Mar 2022 20:32:38 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647747158; cv=none;        d=google.com; s=arc-20160816;
b=xP/e+G+gpuCxghBCtgZ6KgQz+Z4kY3tM0FTRd884ymkW3xzhzLyfcHIdxA4rXcakki
AeGdKZhxCxBk3cmB4yMF1Vdv6ZJ34XE2hz8PiEkOrVsyZhmuTuDmE9mcgvbnjzas1urN
g3eDLgSCGryvFxab2AaA1ludzbHbTJh8Jtc8b46qFRtX1rNp08pMsVe9DemH4WESiPY8
bUtc1KO4eyh8AThiylpwqaW5OSMVfdjfIm4GqGOKPYY1cA7wqE3ij6h9XdbKUCk10Atf
aHBlCG8pb7aKBc1NHPVMG8OBftcGIBsQTAzita6y5pmgpzHIFj9lB7Jqa6LcglFdJWj1        zd2Q==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=R3pJaYFC3DH1i9rsxtPkgYS/3h+J9eKUOzMbLKj6bGM=;
b=U6JRspBT3+LO7+EBStLrSxmHcbxqtq5QZlF44/J7BoFm+fCBEP6qBwVlbyZ8Vhq9B2
lFMi1NEGCDYjhecsyx1u1b0tUiR8fOpLipfptBEm4rlwUVG4WUM/gr+dzNMI3GeZj7xZ
TNqAC9oAHSQ8jZVUPdiZ8xKBNwQ9HJ+X7+sAsQ1SXngSNkW2z6po9upLcp/wQRkD2EEe
DdjtRrWw31mhitw2CjFbA1fx+JD+7PMo6QvovKeqkuZX4t0e51uHkPbWoho3oC0Z4m1RB
RgePD6vop4mvLHCy9wlfF3PPNksg2TIzciOZ775X5SSxV0PnVtrdrhoYFNatTKoG3gVP        4P6g==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=RyiURM5W;        spf=pass (google.com: domain of 3vaa2yiakaiga0656nq-
pu4165q4+f7d934nepzzg3cjs00sxq.o0y@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3VaA2YiAKAIgA0656nq-pu4165q4+F7D934nEpzzG3CJs00sxq.o0y@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3VaA2YiAKAIgA0656nq-pu4165q4+F7D934nEpzzG3CJs00sxq.o0y@youtube-

disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])       by mx.google.com with
SMTPS id r3-20020a05610221c300b0031e4ea486c2sor2716404vsg.84.2022.03.19.20.32.37       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Sat, 19 Mar 2022 20:32:38 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3vaa2yiakaiga0656nq-pu4165q4+f7d934nepzzg3cjs00sxq.o0y@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=RyiURM5W;       spf=pass (google.com: domain of 3vaa2yiakaiga0656nq-
pu4165q4+f7d934nepzzg3cjs00sxq.o0y@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3VaA2YiAKAIgA0656nq-pu4165q4+F7D934nEpzzG3CJs00sxq.o0y@youtube-
disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject       :from:to;
bh=R3pJaYFC3DH1i9rsxtPkgYS/3h+J9eKUOzMbLKj6bGM=;
b=ueR1BROQEgR500jbHUf7kxdL2LBkSWE7u41GTxhBYCqGlfepuPgQBMHaTrGu2N2Ryu
xP7SNphvaalCNauAu4+1vOWTPGeVRLieTvcso/Ry/N4S6SQg0ihS1gj/RB1iA8YJFttJ
l5/j148kYQziC9vD/9l5JgrMCTJt9cCFUqjD0QIU0ijmLAUKbggKBsRQYqnEGsHXtvMh
JS8HB6Xv7a70Lpu5ZCtzY/DDDyKsBF4pvZYuWGoRPe/iYb2a9VBfKcIa0tOAndFzngUk
iN3KHtmmf5+U3Ell78QDf00m5DTa3ZAhTLG8EAY9dji1QaSf2jhspS1XAh2RsfAzZXpP       /6Iw==
X-Gm-Message-State: AOAM530V2W6CDzeslUjR3SaxkaeKm9Pn9XlkYwaU0U+It1nakhAz3z4F
G7t1FBFk+k3UT8V/BUK9m5ujlkWlkjd+oa8OtDBUzuqP30UGEKqcrCk6euFWiv7QCzzqifaxiph
SREWmaxhW0rdQYmp29hmLcWF/5Y0=
X-Google-Smtp-Source:
ABdhPJzSQHHduzzwFhdaN6jKaBfGh83o3MVYKH5F/XhoN7HiCPALMGC8lY8VXXfdlgLcXl8/gFWB0J4l1PmMq
gfdJDA=
MIME-Version: 1.0
X-Received: by 2002:a05:6102:188:b0:324:df10:fab with SMTP id r8-
20020a056102018800b00324df100fabmr2922318vsq.23.1647747157695; Sat, 19 Mar 2022 20:32:37 -0700 (PDT)
Date: Sat, 19 Mar 2022 20:32:37 -0700
Reply-To: youtube-disputes+3v1xrsb2dnn4r07@google.com
Message-ID: <0000000000000076c705da9e080c@google.com>
From: youtube-disputes+3v1xrsb2dnn4r07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000004107305da9e082e"


From 1727539438435908393@xxx Thu Mar 17 09:39:53 +0000 2022
X-GM-THRID: 1727528374449056001
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp838851ejz;       Thu, 17 Mar 2022 02:39:53 -0700 (PDT)
X-Received: by 2002:a17:902:ce8b:b0:153:191:b263 with SMTP id f11-
20020a170902ce8b00b001530191b263mr4191002plg.47.1647509993381;       Thu, 17 Mar 2022 02:39:53 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647509993; cv=none;       d=google.com; s=arc-20160816;
b=t6W+N3uXitWaMkMbKvIwhTR6bJV5VR2PwNrSACqHanFN7yxvj/SdbHceF++Wn4BvpH
3wrHBr4dbvKMkwPrtd7W/BSK6keCC8wE+kLpJYuxivMV+VzJBctLuJWcrUhyKPUP2BRy
Fqt5rAw2S5xXZcbJkchd7WEHoKPB3qpA+D48y5vW/lan6XY92R+lklY1/b6KzIVU3n9l
Ebo8MhmgKuCxElpKBxXPRL9vekqwKaYQLXqqHkHRJe3YPV+vT5dIAI5wU8aXcGhLh5wg
EayT4G5Zmty8tqde50DSaCjtJcrDy8hEoQQ02qJnxXd/oBZMGMF6ZnvkAkgyRCWSKDne       6i5Q==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date       :mime-version:dkim-signature;
bh=kJFteWjtrFVmZZT67oLD+6o9Qzkn2vEAx2xPcbkPiJk=;
b=FZy5B6hpx5zNdooV17yE0eAGfp8cdK46P/J3u5NOlsUpu5pJ8BSrRj4E1NQVmbpyeU
4mnYqehLZp8fQytPu9nIn2g8n12KQ57n+mCKPCYCKeRNeuorvF2HdbuA1/fWznKNmuY4

1Kn8EWSoF/JpYHajeqgq1AzLZ+TZUiNbj8sh8NYNyApWB2jCUjVfhBp2iSkD3odoOPLw
Hwmrpz9vG15fZlYXCkEGnSwt/VuebujHn7SSJTu7JY9ztE2wIIiGZnxncqHKgrcjBWpd
HM4kcdpZWo3c3LNBp4L5bZb/jLpTpp/3ZL3KDc0COTsVKDJYRQ2NKlzIQZ3TQ3WT/4av      cnoA==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=axyIm6xH;      spf=pass (google.com: domain of 36aezyiakam8j9fefwz-
y3dafezd+m4lcvcm3zek4bls19916z.x97@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=36AEzYiAKAM8J9FEFwz-y3DAFEzD+M4LCvCM3zEK4BLS19916z.x97@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <36AEzYiAKAM8J9FEFwz-y3DAFEzD+M4LCvCM3zEK4BLS19916z.x97@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id e18-20020a170902ed9200b00153081e56cfsor939892plj.170.2022.03.17.02.39.53      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Thu, 17 Mar 2022 02:39:53 -0700 (PDT)
Received-SPF: pass (google.com: domain of 36aezyiakam8j9fefwz-y3dafezd+m4lcvcm3zek4bls19916z.x97@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=axyIm6xH;      spf=pass (google.com: domain of 36aezyiakam8j9fefwz-
y3dafezd+m4lcvcm3zek4bls19916z.x97@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=36AEzYiAKAM8J9FEFwz-y3DAFEzD+M4LCvCM3zEK4BLS19916z.x97@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to      :references:message-id:subject:from:to;
bh=kJFteWjtrFVmZZT67oLD+6o9Qzkn2vEAx2xPcbkPiJk=;
b=ZMckWSnE79RS1PLlO4X3JegPS0GzAfXBT1OvE4Q1XbEciCQWaSLmXbkOiJEpNUfgqR
kzf4xy19+BatuyDXLWoyv8Tj5JkExIdeGoXde8Yzk5DURVDjV6OeByszZy1aH4HLLgBv
G6K/Rzdq+fvCt1Gb+q92Oxkr60n4v0uBTGrxueJZhFAE8LzM0OBqr/KWqIrBKroh8DxH
rQs7cqE8PY9DIRMhz4dKg58cN8EI+aFBUm3c/FX3T81G4bCmIrNK8J/PxR6NdQjJR+5W
DUq/6l9iLL/Fg84wrMcJYRkRs9FZuJ8m22RjnQtj5EXZg1Mz3+ojoQT/NmRFZEfpDoML      eb1A==
X-Gm-Message-State: AOAM533i8UGM4vX2G4EUc5cV84aEOtygz6OgEVc9T6s4fM87S3uiAIbm
uQkEUyP/q0Hvv4RsAlvmz9w4OCtNa1eNpeNXmj5Z0vUWDQhqpj6aEGONd4pqRguB9F/SJBb0qiY
/ccokIl/KF4sIFCapYs9a9GMQXmE=
X-Google-Smtp-Source:
ABdhPJwSatkhiY0deFoXWsvMuFwzJCoDVqg9lIpqbAOixW/PBbBhZ31o7K3KfOPn9LUZe5NeCV33oRuPKg7LLX
FsFZg=
MIME-Version: 1.0
X-Received: by 2002:a17:902:a40d:b0:153:7213:1584 with SMTP id p13-
20020a170902a40d00b0015372131584mr3755436plq.56.1647509992721; Thu, 17 Mar 2022 02:39:52 -0700 (PDT)
Date: Thu, 17 Mar 2022 02:39:52 -0700
Reply-To: youtube-disputes+1j0rar1ietzjq07@google.com
In-Reply-To: <000000000000f2f3e105da645a88@google.com>
References: <000000000000f2f3e105da645a88@google.com>
Message-ID: <000000000000dd297205da66cfa8@google.com>
From: youtube-disputes+1j0rar1ietzjq07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000e1b05205da66cf82"


From 1727528374449056001@xxx Thu Mar 17 06:44:01 +0000 2022
X-GM-THRID: 1727528374449056001
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp764349ejz;      Wed, 16 Mar 2022 23:44:01 -0700 (PDT)
X-Received: by 2002:a92:d486:0:b0:2c7:b549:ede7 with SMTP id p6-
20020a92d486000000b002c7b549ede7mr1253370ilg.84.1647499441585;      Wed, 16 Mar 2022 23:44:01 -0700
(PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1647499441; cv=none;    d=google.com; s=arc-20160816;
b=cGLzhnN1lUOybzTlS5kZHK22rmdgNBmkJWMSMqlCO7KdzYUlN8tlyd4Mmd6EEfXa/2
CSl64n+C+OqW1n5/ixXq3b+ajEFzU53ZYeLSAhUzn8W3QPEKOS5W5azTqvnEuKdwI5GY
JP2M0W3v2IbxJZlkG6iQQhJpfiYV4sLkJQAjMUI1rcSW1/XIi0DTmZv/3AZ0WCUyImCK
Zmw0GVhdKx9bx+ymgCbLD+GSvCnTgf+hBZ3hOxS5B4XsmLkMgSozaczdT62LhsHuVgZ+
/IYOP31E9+b4VKFcqY/K9vGe575gUDc4bR1PiFWgWq6Pu6QaMiNftMfRto5lL4wJ9JQu        6IZQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=5vVtWkiDjDOk/iMcbyOGAgkOC+jJtQJP3wUKG8X0LsM=;
b=ad2+uvaJb/VjnRkN2HsihwluIjG0Xr7kTXw2s3jMU7d1a6PEvutOa3Va5Kpb0Wuca/
TNA26yNStbNMt2P5xXA3EHPyeKSPRV7K6QZNZ/QCz88JE/6PZ2byvTJV8VZv4E3s+ETlXj
SddRgoxgRP7G1o/hk0CrCkNzcDkW8Ucy/U7INJHz5yvD7x7Zp9DJw25A+ewiugr2IpWy
tOttCt3iYUEWHmLEM/5fBMuky6YsssJ61LAvUysNVKGa9guWTTonuK7fhHwunjk9kIxc
T4Ea/kEAc+ELXyeUkfo11J3Hb5bAItdtCW7It9NoznDZA4dJ/xlXcwR/FShLqYZJhLAK        n08w==
ARC-Authentication-Results: i=1; mx.google.com;    dkim=pass header.i=@google.com header.s=20210112
header.b="C9RLU5/K";    spf=pass (google.com: domain of 3sdgyyiakaey6w212jm-
lq0x21m0+9r8ziz9qm17ry8fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3sdgyYiAKAEY6w212jm-lq0x21m0+9r8ziz9qm17ry8Fowwotm.kwu@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3sdgyYiAKAEY6w212jm-lq0x21m0+9r8ziz9qm17ry8Fowwotm.kwu@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])    by mx.google.com with
SMTPS id e12-20020a92de4c000000b002c7a367dd82sor416658ilr.16.2022.03.16.23.44.01        for
<jeremywilandcsc@gmail.com>    (Google Transport Security);    Wed, 16 Mar 2022 23:44:01 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3sdgyyiakaey6w212jm-
lq0x21m0+9r8ziz9qm17ry8fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;    dkim=pass header.i=@google.com header.s=20210112
header.b="C9RLU5/K";    spf=pass (google.com: domain of 3sdgyyiakaey6w212jm-
lq0x21m0+9r8ziz9qm17ry8fowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as
permitted sender) smtp.mailfrom=3sdgyYiAKAEY6w212jm-lq0x21m0+9r8ziz9qm17ry8Fowwotm.kwu@youtube-
disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;    d=1e100.net; s=20210112;    h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=5vVtWkiDjDOk/iMcbyOGAgkOC+jJtQJP3wUKG8X0LsM=;
b=DS6FTEqCfZoS/5pBJXGNYnW0NrCGrY8LU2XSjSoClXTwjfSpe0Tb8M4gBbRd/bNfVv
StbKam1qm3/MnNyhAaiNuJr7IbcN24V0IS7anpPLd2fzxcWDCWNbquJXxw9xwJU/DyFn
m2JTvXAbJ7G+SNeOSDuv1sutGXRSLYV/EwziePIIaAM88yVafXZ9SFi+5IU5KfF9tpKM
k+8n8P4KC6iR+sxrc5fgoVU7hzitqSPRw/iTnucICokjlaYxBoFeihgnwfhADvL4Tlay
jg+6no92pbSDJkhvJiGXWjMPbitO/rrOipXVEdrz+PrDEhd32f7iua3p2ZVm4c/3cgbV        s5tw==
X-Gm-Message-State: AOAM530lGUQvNoPXkGHLN+U8/rSYYNrGQIDkSXaRaqEpVNngBuulnPfB
G4yiK6Xx7m0vmsG0qQQN7KJ77ajUFV/X1lMsTKqyxinZQltVjU5q/S3FUgwa3tSBwJ7CcMteuPY
L+F4gFVyDpT8E7ci4qE+6qPlPz0o=
X-Google-Smtp-Source:
ABdhPJxSrV1Th2KC7qbQnVeq0lGQcA63Y1aaVvFDV6zZs6HcRC00Cpe6XitBuXTsjXg8vg37o/gU1ozqEKJsSZZX
htk=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:1be4:b0:2c7:898a:3b93 with SMTP id y4-
20020a056e021be400b002c7898a3b93mr1279789ilv.24.1647499441247; Wed, 16 Mar 2022 23:44:01 -0700 (PDT)
Date: Wed, 16 Mar 2022 23:44:01 -0700
Reply-To: youtube-disputes+1j0rar1ietzjq07@google.com
Message-ID: <000000000000f2f3e105da645a88@google.com>
From: youtube-disputes+1j0rar1ietzjq07@google.com
To: jeremywilandcsc@gmail.com

Content-Type: multipart/alternative; boundary="000000000000f6fa1205da645a9d"


From 1727732111674707327@xxx Sat Mar 19 12:42:20 +0000 2022
X-GM-THRID: 1727572899757611274
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp301483ejz;        Sat, 19 Mar 2022 05:42:20 -0700 (PDT)
X-Received: by 2002:a05:6638:2614:b0:319:e47e:1b87 with SMTP id m20-20020a056638261400b00319e47e1b87mr6460948jat.51.1647693740502;        Sat, 19 Mar 2022 05:42:20 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647693740; cv=none;        d=google.com; s=arc-20160816;
b=LVe6I+vho7x51VzNCpAJL8jbpIJVMc+Z4/bCYIChKc51h3YG3FaGhAHF7EbkpPzWkX
o/+GxrUj5yPqc1iHqCGAGQm6pv+eY9rC02IIbQMQyqPr+wCGXhhfYHlE2R2cY71Ly44J
83K3jp078nu9/Huwy3Z/2wOPGtxwp59bMO4AuIyp29doQH1AOh0MOsjAFl8MRqB299eg
IdqGfWGFm6iVi/wZtU9m4FpMdLRvgYrS6u0fhFLl07LwzagzRQxoqp/5JgPETKMxksd/
v13c+bgcOuxfGU7Cxxktf3dZFv7j03V8MKDXLOO2fbIc+hYogrR+9jr8OjaMyANhD4Dn        L7xw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=QlDaUYpvq94eFbRb/cfxPtM6OAcuJAw6jeh//BlZS7k=;
b=l5kKXE3AUftb95+wNzjLt4BdoT92R7sijT858m3CY40HMhY0rPKqH4P1z+rvzZ6b8+
K+XUWcL92/+SXHE9iGUrqRmDU/ZQaRKDwggNEye2itTYS7MuaxyKN1IbZJqOjL0YxVVG
SObBJkhnDvkDXBDy7i8iCoaeDSidBxenrhAkuSPRNVjwZdVmAX+X+JlC4xRsRScxvQmy
GxQ8Fo9Yom7M5UIolLBW90jYq9UAxchxRvZd1OmAdmkhClhNs7Oc5LagMdxcYtv5Aps9
pv6N5b5cWnYu4RGkNeKi5uiDRuF3bCpVvzE12H0rDOwdJPKU6BD5CRGOalZLT8r7GHK8        oTug==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112 header.b=IjU7e8IN;        spf=pass (google.com: domain of 3rm81yiakadsvlrqryb-afpmrqbp+yximy6spr1ygkxndlldib.zlj@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3rM81YiAKADsvlrqrYb-afpmrqbp+yXimy6spr1Ygkxndlldib.Zlj@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3rM81YiAKADsvlrqrYb-afpmrqbp+yXimy6spr1Ygkxndlldib.Zlj@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with SMTPS id c23-20020a6bfd17000000b00646608a7743sor2477526ioi.48.2022.03.19.05.42.20        for <jeremywilandcsc@gmail.com>        (Google Transport Security);        Sat, 19 Mar 2022 05:42:20 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3rm81yiakadsvlrqryb-afpmrqbp+yximy6spr1ygkxndlldib.zlj@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112 header.b=IjU7e8IN;        spf=pass (google.com: domain of 3rm81yiakadsvlrqryb-afpmrqbp+yximy6spr1ygkxndlldib.zlj@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3rM81YiAKADsvlrqrYb-afpmrqbp+yXimy6spr1Ygkxndlldib.Zlj@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=QlDaUYpvq94eFbRb/cfxPtM6OAcuJAw6jeh//BlZS7k=;
b=1DF+2x5czVJyM1Y9U5eTSKrq6PV+jtSMsrwDCNTeJx1veLu9N7EyAnf/n2p2SQh1Ip
f/YGE/cL2GpFw220MJIeAo1OoHNdGkuYvgu3Yo/tLSJ/RhfHswCAtjLbCgOSHX5cQGew
X4BpWAEF0SU95qp73Zx8t2Pjb+9wPeN8/9mW6vkaUwuP6YpNe0H0mosKEXa/l8NJ/0kh
sujmsn+qESHSzF7zq7pJ0aW/FmEP7WW/kUUVUade8xhTXWw6jq0ctzWQNx/1jvzGKMET
7vj769vsSfNUCe9K2uBwcwx9c9ULGVl97rJ7YklMDWtBTFImgoAZEKYvpjXjn714d1J9        Mtug==
X-Gm-Message-State: AOAM530QsuTc5UUszaHbX53SDJDET8JJcCH+7hLCr57jbkgHb0MyvI7T
bgmC1TFbTd9YfkoHpc6C8tZxBNHe3IgXXXlr0ej3IwqIq5Mf/gcvJaQbjEvJ72V/2O79oqwF1vn
W/Ds54X8hZtZDl7GCpmcj2+pZqE8=
X-Google-Smtp-Source:
ABdhPJycJ4E6r+KkwHl7x1JvxwgKiGv7OatuuaiuJ/bPEycLdGk0Pfw0D4N15qFsPbD6kNc/Bz/crpb9XpKICVWJkdw
=

MIME-Version: 1.0
X-Received: by 2002:a5e:aa0b:0:b0:649:4cff:38e3 with SMTP id s11-
20020a5eaa0b000000b006494cff38e3mr5650885ioe.78.1647693740116; Sat, 19 Mar 2022 05:42:20 -0700 (PDT)
Date: Sat, 19 Mar 2022 05:42:20 -0700
Reply-To: youtube-disputes+1alp19vsu4bjn0q@google.com
In-Reply-To: <CAGF==x9uW2=Jn4WnvA3_3RB6wxqU2j5RRdBf3945CnFb++dXDg@mail.gmail.com>
References: <CAGF==x9uW2=Jn4WnvA3_3RB6wxqU2j5RRdBf3945CnFb++dXDg@mail.gmail.com>
Message-ID: <00000000000035dd4605da91864d@google.com>
From: youtube-disputes+1alp19vsu4bjn0q@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000014792a05da91981e"


From 1727618096708398108@xxx Fri Mar 18 06:30:07 +0000 2022
X-GM-THRID: 1727572899757611274
MIME-Version: 1.0
Date: Thu, 17 Mar 2022 23:30:07 -0700
References: <CAGF==x_vCkN1ivX5-0YyE7KCEhb-28pejNL9H--6aeitvKFHBQ@mail.gmail.com>
<CAGF==x8m6yvhUvnvwnV8VJ2cvBUS_=sXfKPXEFf8TPQmTHSRqg@mail.gmail.com>
In-Reply-To: <CAGF==x8m6yvhUvnvwnV8VJ2cvBUS_=sXfKPXEFf8TPQmTHSRqg@mail.gmail.com>
Message-ID: <CAGF==x9uW2=Jn4WnvA3_3RB6wxqU2j5RRdBf3945CnFb++dXDg@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="0000000000001bba6405da784780"


X-Originating-IP: ::135.26.144.241

From 1727583931260504476@xxx Thu Mar 17 21:27:04 +0000 2022
X-GM-THIRID: 1727572899757611274
MIME-Version: 1.0
Date: Thu, 17 Mar 2022 14:27:04 -0700
References: <CAGF==x_vCkN1ivX5-0YyE7KCEhb-28pejNL9H--6aeitvKFHBQ@mail.gmail.com>
In-Reply-To: <CAGF==x_vCkN1ivX5-0YyE7KCEhb-28pejNL9H--6aeitvKFHBQ@mail.gmail.com>
Message-ID: <CAGF==x8m6yvhUvnvwnV8VJ2cvBUS_=sXfKPXEFf8TPQmTHSRqg@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="00000000000002f38205da70b1ae"


X-Originating-IP: ::135.26.144.241

From 1727572947553467947@xxx Thu Mar 17 18:32:29 +0000 2022
X-GM-THRID: 1727572899757611274
MIME-Version: 1.0
Date: Thu, 17 Mar 2022 11:32:29 -0700
Message-ID: <CAGF==x_vCkN1ivX5-0YyE7KCEhb-28pejNL9H--6aeitvKFHBQ@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: copyright@youtube.com
Content-Type: multipart/alternative; boundary="000000000000abab9705da6e40e5"


X-Originating-IP: ::135.26.144.241

From 1727601877722334848@xxx Fri Mar 18 02:12:19 +0000 2022
X-GM-THRID: 1727601141164075300
Delivered-To: jeremywilandcsc@gmail.com

Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1418640ejz;       Thu, 17 Mar 2022 19:12:20 -0700 (PDT)
X-Received: by 2002:a05:6214:e65:b0:43c:6996:6444 with SMTP id jz5-20020a0562140e6500b0043c69966444mr5817656qvb.90.1647569539859;       Thu, 17 Mar 2022 19:12:19 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647569539; cv=none;       d=google.com; s=arc-20160816;
       b=FQabe/rkx6TtoxUu/2R1VnRcMNxjXbJOTmFHyFb/Tr6kO0BXv3KVo+h9/bXp6t3hyV
b7HZ8aqtm/avpueENWizd0kv2inJz6SiKI54m+uDBPOBilmTwbseZ9uF4DIKux/RV6JD
oOB4JuBDYyBEuVdIJL90xDnmiqpoIWEdTwx+IQpYAJWixltVZtbhqL5XLjHzaTFcwh5q
B9Y54huq+eztzx2WEh4Tp3C2+WQKJExCgXHx5sPqd6FTs7iSu9p7si1mLJJKIaPREVtl
8tYit/zqFJylw0TVtYGHoks6kWqc6cL2RcwZ8WaCpKClQW0sdGvm+eL4tIq4S396wfxE       QbHg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version       :dkim-signature;
bh=rEu+DADLVnU3LeMtu6+Kv7LsQOeUKWgzbQzUgj3r614=;
       b=CNhcFEwmNWIM/J+/Cxa1uvpdgaWBQm8VkHwRjrH8FZJ3QRMBI+xh52HzJQ0zGFLxAb
/gFHuqORYIlewg81SFwOySnHFiwH/ad2P3sDLFMQ839vbTYXxjGrJQ6H6BvQ7LfrnKOS
5nLqsCfwV2M4wWK77+tBvvIz+HkYhdrnFuY5ESYt7yXsoMKz9CH9TjJXkcl+t02ym1fZ
ZUs86QP4SCEJ7ZKgkNvpGBAb1E65LlpmtkXH9PRn7m2W20nREs+Vy5cvcBd3WwgUpRfP
2zhBDzIHbDxTLJ7j20PXslEWz0YEW8I7kRTCQYeh5ONGKsXROljqaXO0A9S1aPvri8ek       udUg==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b=HlELKT+V;       spf=pass (google.com: domain of c8iannacone@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=c8iannacone@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <c8iannacone@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])       by mx.google.com with
SMTPS id o10-20020ad4456a000000b00432944a7385sor3263955qvu.33.2022.03.17.19.12.19       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Thu, 17 Mar 2022 19:12:19 -0700 (PDT)
Received-SPF: pass (google.com: domain of c8iannacone@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b=HlELKT+V;       spf=pass (google.com: domain of c8iannacone@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=c8iannacone@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:references:in-reply-to:from:date       :message-id:subject:to;
bh=rEu+DADLVnU3LeMtu6+Kv7LsQOeUKWgzbQzUgj3r614=;
b=lCv7V20tpYC16/bGD4JxxMwqwM5dNRIf1lFddS5BBYatOcEmHTNBXDuF9FU6Kixklb
6q9Z2fgqeSDUAlpQ5DfhmPn/Qk3O2D+lAjcp4a3HLPRseBZdYt5b7KO/h+09aD+zTcVf
jRKgKaItyQ1sq2jaIv5NP8i9PKKPAXSYxR/FocKAIFk8hLmF+HxNxoJrHbTVT+3p0Uaf
NBuRXl4OTt57cEYVP6XE9V2DxZkDjeIztzTsSdjLjGiPQyQ/WgvWBskf0wx0qpu4hseYmT
mht3Bx6m/sJRssVmBD0YRztnh8UxH3+lDhp/p0t1fmWr3nC85bbFM8wd0Zifn63lf9lO       kejw==
X-Gm-Message-State: AOAM532HsqMJIRT6k/Jyvtstle5M5+DqFhVRdpIKaS0e5L5Bp3xz5IKw
wdkxdHhxU1TbJxgvNCb75N8gTrnHTnpIsdWJ4N2hbPPkMd0=
X-Google-Smtp-Source:
ABdhPJy/uzl/vcWdjLvpcgaYMk3crIA3HjI1DM7pUrdFyHHmw4VWQLdEG/7XSirl2ZVy94sTpGmQC0oJcBRVUUu
B+5w=
X-Received: by 2002:ad4:5945:0:b0:440:a706:3eb7 with SMTP id eo5-20020ad45945000000b00440a7063eb7mr5862036qvb.96.1647569539296; Thu, 17 Mar 2022 19:12:19 -0700 (PDT)
MIME-Version: 1.0
References: <5AF8366B-5F5E-4172-B3BB-270DFD35195D@hxcore.ol> <CAGF==x9K_Z1_i-
rpqwnmhnR4JAB7f=Oiy26fc9XNbSvU5kMMsQ@mail.gmail.com>
In-Reply-To: <CAGF==x9K_Z1_i-rpqwnmhnR4JAB7f=Oiy26fc9XNbSvU5kMMsQ@mail.gmail.com>
From: c8iannacone@gmail.com
Date: Thu, 17 Mar 2022 22:12:08 -0400
Message-ID: <CAJ=inSiz0Ee=giwRnddHa0JMXXCco-wK7K5dL-EW4XvSeZ2MJQ@mail.gmail.com>

To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000021ee9905da74adb9"


From 1727601639691724466@xxx Fri Mar 18 02:08:32 +0000 2022
X-GM-THRID: 1727601141164075300
MIME-Version: 1.0
Date: Thu, 17 Mar 2022 19:08:31 -0700
References: <5AF8366B-5F5E-4172-B3BB-270DFD35195D@hxcore.ol>
In-Reply-To: <5AF8366B-5F5E-4172-B3BB-270DFD35195D@hxcore.ol>
Message-ID: <CAGF==x9K_Z1_i-rpqwnmhnR4JAB7f=Oiy26fc9XNbSvU5kMMsQ@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: c8iannacone@gmail.com
Content-Type: multipart/alternative; boundary="00000000000099f57a05da749f7b"


X-Originating-IP: ::135.26.144.241


From 1727601141164075300@xxx Fri Mar 18 02:00:37 +0000 2022
X-GM-THRID: 1727601141164075300
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1414164ejz;        Thu, 17 Mar 2022 19:00:37 -0700 (PDT)
X-Received: by 2002:ad4:5b86:0:b0:43a:5c52:30bf with SMTP id 6-20020ad45b86000000b0043a5c5230bfmr5671804qvp.22.1647568837620;        Thu, 17 Mar 2022 19:00:37 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647568837; cv=none;        d=google.com; s=arc-20160816;
b=tOznNdLVZt3qEIijHeIYlu6WUCA+rcdWpbz3MxHB6S1qh1Cap1z2FYyRkiHHQ064E0
4OZ/pZ1z3Jg0xaVpxR7XAgPbGn21gFdOM/C/7QJ2P4k4gD4elzqMS6f28a4CAx0zmWL0
h1/U3paEvbw4IK9/CgPT6jWWQd/6VqGNEDikXmYmo+Al4fwaXxxSjVs96HUB0i/fHqSj
8dODqIIIr5vpf5whZd/Q95CqMKghrn0RMlNs534laQj2To6DfP7hu¦xa3FfO6z5q4E0xo
oRJr8O2o7tQfwi8AA8HWkj7/eiup0UJb89UWOp4V1fHNmIFQKTuNoPJ9nOnzyr01ltrH        zt/g==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;        h=content-transfer-encoding:to:message-id:thread-topic:subject:from        :date:mime-version:dkim-signature;
bh=g3FkGs2n/OpbTVacQaiaVYDT8RYESwsPk3meW46KayI=;
b=mcSSIa4K305dpKYJTucJc0xOag29tz9Ods0Rp6ReWg/yvNaNYLO5C0Xj+BO/1kGWbE
DMonxwzlVnyaUJ0k007CHB2tI0YdiNcEYHjZApe4bbqFJ+/lbBJQVN1+kY+Or+qoFvQ2
51Iy/Ba10kwzBrDO3I2Ud97s4HO96KfvzN4vQO/GNsPuUL4jWanYhzRkOmAvPLj2pCt6
CCENX8cOI79CwkR4hV5bUSk7CNV4kIkEIEqRwCb/WLzJ93DNPRxd38YBxPW0jflkdFVU
NcHhXI3LeAA9WcAM8or8CU6Eg0/pSUrsYjrDRwrynenqxu76IwEOJ9Jig7JANmOSVytY        sCnQ==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112 header.b=Dwlizbbi;        spf=pass (google.com: domain of c8iannacone@gmail.com designates 209.85.220.41 as permitted sender) smtp.mailfrom=c8iannacone@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
Return-Path: <c8iannacone@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])        by mx.google.com with SMTPS id q189-20020ae9dcc6000000b0067d2087c18csor1479329qkf.131.2022.03.17.19.00.37        for <jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 19:00:37 -0700 (PDT)
Received-SPF: pass (google.com: domain of c8iannacone@gmail.com designates 209.85.220.41 as permitted sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112 header.b=Dwlizbbi;        spf=pass (google.com: domain of c8iannacone@gmail.com designates 209.85.220.41 as permitted sender) smtp.mailfrom=c8iannacone@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:date:from:subject:thread-topic        :message-id:to:content-transfer-encoding;

bh=g3FkGs2n/OpbTVacQaiaVYDT8RYESwsPk3meW46KayI=;
b=pTR7wps7CnraqaqwE8IVvA32fiKWkJHHUhRVy5zbINwTUEGZgoW8UREgvpGl244CQj
wCShxrarzWcmc8rDw1AuJBmmZKsXl71WbXoJ148pzLrN9uI8ZehMRCUSgD5ODQE/Qa5B
MsGJp46I/4kAErJ3TeBg5RG/RLNVCqR9FJ9qtz+/rPSatY6qluW4X0ATgnmw+db7BmfY
y1sruB60KEryTbD7U947l+R0NgHXJOn7QIxyv99k3EkXQZ10ErMimW1YvORjcmHPty/d
u2x84nKyOy9As44Os8SbapcrkXPXaS+FOZNkvhpae+j3oc9dVa2VlWId5SwdNMg0zzL5        QoyA==
X-Gm-Message-State: AOAM533U1g/X79y32rPJA2QKznIdwttcCnoqwhdyH+H6uRSJ5iodUEJb
5RrnTuMHiSRD4wNSeS/FjIsdjWjCAV26Hw==
X-Google-Smtp-Source:
ABdhPJzWhYUf6/k6BsqCglQbJ2WOkh49mBXtnuCh61HgWromD5jHtl6+iq3DvrhLtH17BRlFOiTylQ==
X-Received: by 2002:a05:620a:24d3:b0:67d:1e2c:7a90 with SMTP id m19-
20020a05620a24d300b0067d1e2c7a90mr4691104qkn.12.1647568836904;        Thu, 17 Mar 2022 19:00:36 -0700
(PDT)
Return-Path: <c8iannacone@gmail.com>
Received: from DESKTOP-O2OFI2B ([2601:197:c181:35e0:c4a7:9bb4:b42e:40bd])        by smtp.gmail.com with
ESMTPSA id d189-20020a3768c6000000b0067b248d6b3bsm3344026qkc.46.2022.03.17.19.00.36        for
<jeremywilandcsc@gmail.com>        (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);        Thu, 17 Mar 2022 19:00:36 -0700 (PDT)
MIME-Version: 1.0
Date: Thu, 17 Mar 2022 22:00:37 -0400
From: c8iannacone@gmail.com
Message-ID: <5AF8366B-5F5E-4172-B3BB-270DFD35195D@hxcore.ol>
To: jeremywilandcsc@gmail.com
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html; charset="utf-8"
X-Antivirus: Avast (VPS 220317-8, 3/17/2022), Outbound message
X-Antivirus-Status: Clean


From 1727926709579505091@xxx Mon Mar 21 16:15:23 +0000 2022
X-GM-THRID: 1727673990609328508
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1494251ejz;        Mon, 21 Mar 2022 09:15:23 -0700
(PDT)
X-Received: by 2002:a05:600c:502b:b0:38c:7466:7f0a with SMTP id n43-
20020a05600c502b00b0038c74667f0amr20119049wmr.7.1647879323492;        Mon, 21 Mar 2022 09:15:23 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647879323; cv=none;        d=google.com; s=arc-20160816;
b=Jl3MptG/aFZuRrRwZiIq4kMmXNmdPR9FAHxJwSm0RSlpkeLx9z5PspORL+WeTxdpn0
FvV0KUhRl8pweacEPiVUeoDrI1+CMXSRT8sS9T/Uh5qBUsAnjQwwxD5dwBwnUXlbU3qD
BUU/Uqmgqf9+ArM2u1M1ATSYS0OXqrqQpfOat+R9DROiHTtGc3Xvkslji1NHrNWqY2PT
itF7EFk9b3mhZ9ggeWOQ/FgymzdIeWBhjUG04Bl2m+gRJrwTpC6+0TVQBICnvsc6wEei
Kfh8r6XLf+k4B9JdheCMl+Y+7ruuD70uPidia/DzdNe018yQH19yohypS0Aacm1LpNmp        EwWA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=u33amBziTBhhcWbE6Q8fAEWhodwUjFUr9/5ShtT+Qjc=;
b=ES+LYyJe2vI7Q7Ki+YeImiQmXWw7crsHdUBM3rmmO0HG4aHxeFwTeRbn/618gZ6OOb
r58arYuHKjjMhDkcndxIb6FdipgrBttHRUBFOLqWGsiI7bE/moXWGZd49YU99ypkJl2k
0XkR9FXJODGdDOKVRO8xVjR/dA0jJQKwQ+XZ3R4gfSAAW0RkVocYRogApLW1na1AxoGr
leLsrtXnCp2WXhHb+6M4DSfAelnintd+0SVJzOwfEjNYp30GvTB0HqTG9UT+TUTF6dT5
+w04ZLCwXebFd1I9fPkIM2yLXrZbc9g3eJQVkTsFMwww8AlGz/pJD8Ro9jYs7VHBwG4g        Ll6A==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=gu7vVGfq;        spf=pass (google.com: domain of 3m6q4yiakan4youtube-
disputes+dnyedfgvfvfbhahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted

sender) smtp.mailfrom=3m6Q4YiAKAN4YOUTUBE-DISPUTES+dNYEDFgVFVFBhahGOOGLE.COM@youtube-disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3m6Q4YiAKAN4YOUTUBE-DISPUTES+dNYEDFgVFVFBhahGOOGLE.COM@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])    by mx.google.com with
SMTPS id 184-20020a1c19c1000000b0038b005edc91sor5904714wmz.10.2022.03.21.09.15.23    for
<jeremywilandcsc@gmail.com>    (Google Transport Security);    Mon, 21 Mar 2022 09:15:23 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3m6q4yiakan4youtube-disputes+dnyedfgvfvfbhahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;    dkim=pass header.i=@google.com header.s=20210112
header.b=gu7vVGfq;    spf=pass (google.com: domain of 3m6q4yiakan4youtube-disputes+dnyedfgvfvfbhahgoogle.com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3m6Q4YiAKAN4YOUTUBE-DISPUTES+dNYEDFgVFVFBhahGOOGLE.COM@youtube-disputes.bounces.google.com;    dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;    d=1e100.net; s=20210112;    h=x-gm-message-state:mime-version:date:reply-to:in-reply-to    :references:message-id:subject:from:to;
bh=u33amBziTBhhcWbE6Q8fAEWhodwUjFUr9/5ShtT+Qjc=;
b=6SAcvQO1oQ0m9q8RxijgYf+BNPJlIujoyldRBQvCqgevROn5Sa3ukKEYUKLaZBhPk3
yclQRuuH2muKx+ykn9UT++85HHYB4Y55ZVGwvoMhDcpOXN2GkZoueWXaqb/1CtFwDVCd
A1TMXZosr06s7qi7MyZFyqVtUseX16Q9vowqwmBzGmdCjJI+lnrJwQnhXGqVMdJ2d7zL
AE9H1S/xLh36rKBz42wj0KVsbh5ERHRMKce/V9raKGJ9jmJGOuPT/FwDO8MJ1Iy8bc/E
VXzb4fSGbQ9OqnSyVbkAPIjv7tx/PXp65lvtNuR8elfzk+5hFZ22Oyi9wOc5fY6zjcd0    wh0Q==
X-Gm-Message-State: AOAM532H2/hyZ6txk8yVwKzD6bFW8H+ClFhjSji/RVrK47d7SM743ITr
NmiMPeIs5Ieln9D3k1a4abjodaQGXqxLp2AhQ6YJQqBMMyYbfoCYUXv/qWDC1/wadK9/BtWUlLr
BupQYxL5E8fDDrYyIhUiUvv3hLfQ=
X-Google-Smtp-Source:
ABdhPJy5KQNmNJZYhPB1zEwNRORzj8A+iByhVhfGBdq6wkbfeRooL7BAXXqAwQzjmrDqWnTtutxzhjkwpSmu2
d6Wrow=
MIME-Version: 1.0
X-Received: by 2002:a05:600c:22c4:b0:38c:70f5:25a9 with SMTP id 4-
20020a05600c22c400b0038c70f525a9mr20266246wmg.119.1647879323232; Mon, 21 Mar 2022 09:15:23 -0700
(PDT)
Date: Mon, 21 Mar 2022 09:15:23 -0700
Reply-To: youtube-disputes+3nyedf6vfvfb707@google.com
In-Reply-To: <CAGF==x_TKLRXXX9xt4ist+efzTuO5UFRp9M+iCF2KKF_tnze+A@mail.gmail.com>
References: <CAGF==x_TKLRXXX9xt4ist+efzTuO5UFRp9M+iCF2KKF_tnze+A@mail.gmail.com>
Message-ID: <000000000000d88bde05dabcbb11@google.com>
From: youtube-disputes+3nyedf6vfvfb707@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000b20a2005dabccd32"


From 1727898791186096806@xxx Mon Mar 21 08:51:38 +0000 2022
X-GM-THRID: 1727673990609328508
MIME-Version: 1.0
Date: Mon, 21 Mar 2022 01:51:38 -0700
References: <000000000000ccb7c105daa5088b@google.com> <000000000000a03b1305dab15729@google.com>
In-Reply-To: <000000000000a03b1305dab15729@google.com>
Message-ID: <CAGF==x_TKLRXXX9xt4ist+efzTuO5UFRp9M+iCF2KKF_tnze+A@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: youtube-disputes+3nyedf6vfvfb707@google.com
Content-Type: multipart/alternative; boundary="000000000000bdbb7705dab69ac0"


X-Originating-IP: ::135.26.144.241

From 1727875407149365440@xxx Mon Mar 21 02:39:57 +0000 2022
X-GM-THRID: 1727673990609328508
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1092171ejz;        Sun, 20 Mar 2022 19:39:57 -0700 (PDT)
X-Received: by 2002:a05:6000:11c5:b0:203:dc09:dfe8 with SMTP id i5-20020a05600011c500b00203dc09dfe8mr16610466wrx.499.1647830397454;        Sun, 20 Mar 2022 19:39:57 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647830397; cv=none;        d=google.com; s=arc-20160816;
b=Z7e07NSgxqwRrrIgTuYPc9qFaibpIZ7ahtDmei/ArhBvbY/ZodV3T6/pJrLDNund32
D89QKwfWa40glsum0DeZBSXMO+E9BVVjocWQwME/0adDIMUd85/YPHcg9jl+xWqOxMPm
3hqN12ERMrcHfYcZuyheUJ5ZF9OEuJjfk/svT/YcXV8LnHacXpWqq94JSXZv+ZEFO5Ol
T2IEbH+PAkSoamogskefwr6s1hjtSN/QAr8bLnLAUSiQqoUWete/lEttexMBNmaF2Jtj
CGBdIE/toOVLmM7XpHhqwieg1q3pinsp0mIAgARHiS977fofCbqFcheM6scBQbBWCGbb        OTPg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=qSGo/K3yODtkm9mrY4EbmhqCOQgr+g5o1dCo+Un67Mc=;
b=VPUxdV5rF0GvKis9lsfmrwLy1cq4wogHYn0M5CFOshU3ypwITIi0olLfqbIZ8VdWEx
7cwIXR5Q7kbV1Go68CXTwOSPiRL6UjjkqZBty4uDseCgM1Fysq2opvq9ZS1YIMX8WbhI
ThgbE1vENeuHwphviQRq7puAsnMx+Y7NrugKvI4cy/IHSwsGY9aLx3oig86Z/lb96XZx
tX1I/43iA+L3Y9qf1SUmv4ftigPtv9u8YWWrT73NADOpUse07aMo/jjoFq9o4TMyOUO1
zhYSWUtJRVrq0rPkmk32Mpa1fe1CB5HR03PQ5iQuE02F1ZLPVin/jUoQJjP/d4yiwm+J        ak4A==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=ibmjHll7;        spf=pass (google.com: domain of 3feu3yiakaea0qwvwdg-fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3feU3YiAKAEA0qwvwdg-fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3feU3YiAKAEA0qwvwdg-fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-disputcs.bounccs.googlc.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with SMTPS id z12-20020adfe54c000000b00203da73b8casor6105706wrm.70.2022.03.20.19.39.57        for <jeremywilandcsc@gmail.com>        (Google Transport Security);        Sun, 20 Mar 2022 19:39:57 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3feu3yiakaea0qwvwdg-fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112 header.b=ibmjHll7;        spf=pass (google.com: domain of 3feu3yiakaea0qwvwdg-fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender)
smtp.mailfrom=3feU3YiAKAEA0qwvwdg-fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=qSGo/K3yODtkm9mrY4EbmhqCOQgr+g5o1dCo+Un67Mc=;
b=wXMtS4MCyZLTMY2w+HQ8AKPU/a38EdhTzBLkMnpXxfcnpin3dhIlXXZFgK7IKaOkZe
RKrmsK9wGcxJfnTAm1SIfMZmkKhDh1RQxq56FBnU6oadl+9AL70yNPyQiM23+naalkdx
v8AqXA0hkbKOILN8x8972tOYrcyxEl7XbnBryVTYNgkKq3Bff2uQgThUWfC2L4qDaz9a
DWDy9yWSdzK5mVvXUosQ4BfSh1gkEbUdbWaX50t9iXLNWZkhnQt/bCN8saw7LE0s7R2K
HVr88+7NFk4DTzTc78AXVfSK84qybrvxo+Xc+s31ip3HT7Xx9O4gqTKgjJMhBbAPdaPA        tf/Q==
X-Gm-Message-State: AOAM533V74NJjmwYNaixISyq3+BApq4zqVcum5IIMxlpX3Orlat1T3Am
twnKAVYNpGXYI8pevkJykyQJZi1MqPn6iaZjMBKRZf5rSwQiFVwZuqlHT5c4VaTYaG4K1tYB+XS
edrPfrEydsuYYxYbT5r+Yn7M94C8=
X-Google-Smtp-Source:
ABdhPJxNe4C0CTdlJrKYZcxvZ29OnHlMFbrDtm0Nx4llqiqk+iXuKaHr+jk9kTRkxsEe3VWmTxwnLdRPJpHTV69py
cA=
MIME-Version: 1.0

X-Received: by 2002:a5d:688a:0:b0:204:6e3:f937 with SMTP id h10-
20020a5d688a000000b0020406e3f937mr4914823wru.90.1647830397232; Sun, 20 Mar 2022 19:39:57 -0700 (PDT)
Date: Sun, 20 Mar 2022 19:39:57 -0700
Reply-To: youtube-disputes+3nyedf6vfvfb707@google.com
In-Reply-To: <000000000000ccb7c105daa5088b@google.com>
References: <000000000000ccb7c105daa5088b@google.com>
Message-ID: <000000000000a03b1305dab15729@google.com>
From: youtube-disputes+3nyedf6vfvfb707@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000007a7d6705dab16993"


From 1727819663462446151@xxx Sun Mar 20 11:53:56 +0000 2022
X-GM-THRID: 1727673990609328508
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp774028ejz;      Sun, 20 Mar 2022 04:53:56 -0700 (PDT)
X-Received: by 2002:a05:6602:2c81:b0:649:8647:dede with SMTP id i1-
20020a0566022c8100b006498647dedemr2195068iow.108.1647777236333;      Sun, 20 Mar 2022 04:53:56 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647777236; cv=none;      d=google.com; s=arc-20160816;
b=AEr3J1kd/LvLu8XeB/H+il3Ni0Ej+9pqtTusxlvnjAJduT/f1keVZ7wIXGkRUFhTOk
tVlPuBqTjpJGQerZXVwW0+f+m3LWAtFlLapVw0tdZW4UYSqozJMtHykBT34LUHVBjelW
HEnnPz74eX1zLnKQXI9afrn2OeEJQ0PsSBV4oEfhEzBFeA0zCMO/eVpykAASavTc2x8w
WtEYtmBjIWSct1GoWzddVsbDF27FcP41zBKnmP1IYUvFC06KdAOe5OKJR5BEGwQlaujg
6ennshmg4TRFq93gypkvmXA6Sv5+2v1IEdzUbiRTgroO2u0dSTd0aCPmk7G1XCuvvgfD      codA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date      :mime-version:dkim-signature;
bh=+MLC4DanhScX89rD8QFqCY8or8wGGbW1jKIzOvFz+rY=;
b=ByGQ2nUltREYhwuYgNLrZGC+bIInKX4ezkhqfq3BcI1iM5QD1Y0sPABvkUiB4+hYx4c5
TVIJISInkg+hO4OClPyq6n3tvibtAJna1Z4hsNG/O9ASjx4HJX4jhxaMeMRlkyRTxP97
W2v+eTr70oVjZCnu+xVLDofFJ9hlBq7AxFrwuLzTG2mRlxnVBhfchT80K7o/fCvcKYhw
8aTOc8JtZbpokWqUTYCwviTaMUq8eLVS2kgbNPEoQ27sRx93Dc85Zw2ozq06+Qtm9x18
rSgiAEbN+AUK/812aeZQIQmHfyXa2NrO8UIgRdzieJX1P/ZO2jB153cSdtVGecj3rhJ4      qJ8w==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=Q4qCPdpc;      spf=pass (google.com: domain of 30xu3yiakapisionovy-
xcmjonym+xhsyxz0pzpzv1u1aiiafy.wig@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=30xU3YiAKAPIsionoVY-XcmjonYm+xhsYXZ0pZpZV1u1aiiafY.Wig@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <30xU3YiAKAPIsionoVY-XcmjonYm+xhsYXZ0pZpZV1u1aiiafY.Wig@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id h7-20020a92c267000000b002c6229a73c7sor3262840ild.144.2022.03.20.04.53.56      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Sun, 20 Mar 2022 04:53:56 -0700 (PDT)
Received-SPF: pass (google.com: domain of 30xu3yiakapisionovy-xcmjonym+xhsyxz0pzpzv1u1aiiafy.wig@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=Q4qCPdpc;      spf=pass (google.com: domain of 30xu3yiakapisionovy-
xcmjonym+xhsyxz0pzpzv1u1aiiafy.wig@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=30xU3YiAKAPIsionoVY-XcmjonYm+xhsYXZ0pZpZV1u1aiiafY.Wig@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to      :references:message-id:subject:from:to;
bh=+MLC4DanhScX89rD8QFqCY8or8wGGbW1jKIzOvFz+rY=;
b=fkxOiqgkRVEou2Eg8R3r1BRCYSCRL8RVKnhZ/2fgwSpgR4LcmVEWLRb4y/zIgk+7HW

U3dPkeJLVss3XgI0NWBMALTVar6OR8yWKboK7d/2GNLVpqlIiz3gFOaLwpWamnfO35It
/7ClLG3PezgFtx0V0uewkSvYhzmKFo1GpCE2IVb5pbOJLq31Q/J6tEFaZlk3NYaK3mbU
GSNCirxvtEvuRUUmY3Rj1iAtVltfFwIfaArgiQ6rGVvD5+LMUBmRi+Vl+NHFU1qvV/oB
WYPKwgBpktEbkYQ5ht06MGwDcBwkGOmypo/AjQGo0iHCU5HFO74udo6qS+XFPx52lFSj        TOdw==
X-Gm-Message-State: AOAM531iovNTiNWwxB5iEnMZmvuJcXQeHJWdybl3pYJ9hVFqhm2IBheZ
L4pBOwGEeFGtzjpEGIUGn0G1TIjTCM7zivIHw2VrPQGXMEkJ6f49PNn3CahLmFjH3Ujvu713ygR
YRX0agHt8ZHMxsB+RCaDnm5lJg1U=
X-Google-Smtp-Source:
ABdhPJzGtQkng2u/gq4tESvRIunef6eDBL/STodSWSlZJTSHZ7n1KxTclwy54H54j55FYemNS1gmC3rAqWLHPrAxa
Q0=
MIME-Version: 1.0
X-Received: by 2002:a92:c246:0:b0:2c7:c7e5:e6f9 with SMTP id k6-
20020a92c246000000b002c7c7e5e6f9mr7897858ilo.166.1647777235874; Sun, 20 Mar 2022 04:53:55 -0700 (PDT)
Date: Sun, 20 Mar 2022 04:53:55 -0700
Reply-To: youtube-disputes+3nyedf6vfvfb707@google.com
In-Reply-To: <00000000000044af7605da84b078@google.com>
References: <00000000000044af7605da84b078@google.com>
Message-ID: <000000000000ccb7c105daa5088b@google.com>
From: youtube-disputes+3nyedf6vfvfb707@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000d07b8905daa50843"


From 1727673990609328508@xxx Fri Mar 18 21:18:31 +0000 2022
X-GM-THRID: 1727673990609328508
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp2002369ejz;        Fri, 18 Mar 2022 14:18:32 -0700 (PDT)
X-Received: by 2002:a05:6e02:18c7:b0:2c7:a6d3:264b with SMTP id s7-
20020a056c0218c700b002c7a6d3264bmr5558299ilu.210.1647638311947;        Fri, 18 Mar 2022 14:18:31 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647638311; cv=none;        d=google.com; s=arc-20160816;
b=yZDHCSYjC7J4gzsihcDkK4kY1qVv/+l8/W4Rvn0wa5aU+JjBa8ZvmDDdc7wqHq7lVc
PAKwMXlHYn/+a3WCIZdGlHeTzmfO2Tm4B57HiBN/0lmYc2S5hftuzqf6Mtf2WVJGOI82
0X0Ymz8fGN34ej/LS9FYggFooPP4sHhn1ocuGvZsE6sSQ7anQgXpSdNmOBsP8d/T1sqG
aL20kge7ZxEKzt7u0LP9E+f0IVzbEg+GqmwCmJyZ17uEU2MOprjRT/cFpi5qcPLYb+7+
bIGXH//LVj1atC9CWZJlq4VuYrAjw/Dnlvh+8e2uCv7Co/BBqUDSSwbSxuhGd0pco69+        wqJQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=F5qXscBuC6QXCcy49/+va2vl5O3v3bHH/Gch80rHXwk=;
b=TW/8saNeY5m6tZDwE+mznBdp9ioe/W1MA2+3eo9EN8XVM5iDmb+ZSgpZmT4VQFyizK
lRRN3h98MYyMSnnex5CLLths7ZGwKHdp23LrzHkk+0Fa1aW9ngVmkUbutFOkV4WV6uqD
DmTs62ubvGwh/fzi40QQJ8ufJZmw7+GN8N8jC1YOmUzXhkNnZnt2PwjSk6zAqJYV+mWv
1rxCVmb+15Rbhw7zx8YMkqVI5/rFYd5mLZa5/wgnQicm91+vg9PDVRZYueaTweIRL4L1
NLL17X+Sc6OgeTJSg/EJxghY4SiSW5yUc5wSZG13Fy9VmKMtvpKINVYoTwdyinnYtfRM        Ml4Q==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=NJyPFLIK;        spf=pass (google.com: domain of 3j_c0yiakaai0qwvwdg-
fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3J_c0YiAKAAI0qwvwdg-fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3J_c0YiAKAAI0qwvwdg-fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id 9-20020a056e0216c900b002c76ffd7db3sor1733077ilx.9.2022.03.18.14.18.31        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Fri, 18 Mar 2022 14:18:31 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3j_c0yiakaai0qwvwdg-fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-

disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112;
header.b=NJyPFLIK;        spf=pass (google.com: domain of 3j_c0yiakaai0qwvwdg-
fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3J_c0YiAKAAI0qwvwdg-fkurwvgu+5p0gfh8xhxhd929iqqing.eqo@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;
bh=F5qXscBuC6QXCcy49/+va2vl5O3v3bHH/Gch80rHXwk=;
b=eAZXo/SjdEUopyR7VkrUtYWPpd9CX6IwiAT9A3x0B6442V5bFWp/VapwdzcKHW/P66
/9sSNJyQptW/+ISpjEmwReTjFWmb/nwaHpLoRmKAJ2nq6E4muYrDgVifNjbvtJZHyX+6
mBu92oPTtOVuQvE58WUQ5AE0AdGk8ajGMkEmihL+khmBfCaKvqSM/qxDcVqRYasPVPBg
kUagvXMtyoA3bRksVvnf4gBy9Icc5zxgL0aAxXBlp7uqSk5L6k/EfxAPQKey7skWhqMK
uGznKZYGrhw1e0zLH0J9vTiugeTJ4cjHq9a2rNl3oKotZ+Mdt/QEHtybbku2j2BzgX8r        uorw==
X-Gm-Message-State: AOAM533X4Lk3Gco9v8k7MTyxhQdAxJCNuD8xE2SaS7Bhx+DRzBA9ros7
KwcrFCsumcxOu0ysV1w3CzsCQYvfZ1KashSInr/VdZjxOym/FZgDawACpyjZKh4tYh5m5RGk1Ao
TMV5o80806qu2+ExnrKGnYq0fP+8=
X-Google-Smtp-Source:
ABdhPJxPbunjxxwc4q4GcB5c7DZRRLVaQbSQdtxUjLDA9Wmtc6eGA+z1uLWHUWvUZsPwGw6PaVscXLffJl/3L
NoKqg8=
MIME-Version: 1.0
X-Received: by 2002:a05:6e02:1646:b0:2c6:5059:9aaa with SMTP id v6-
20020a056e02164600b002c650599aaamr5101678ilu.102.1647638311610; Fri, 18 Mar 2022 14:18:31 -0700 (PDT)
Date: Fri, 18 Mar 2022 14:18:31 -0700
Reply-To: youtube-disputes+3nyedf6vfvfb707@google.com
Message-ID: <00000000000044af7605da84b078@google.com>
From: youtube-disputes+3nyedf6vfvfb707@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000004886ca05da84b015"


From 1727510376651471798@xxx Thu Mar 17 01:57:57 +0000 2022
X-GM-THRID: 172290385753 6184367
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp663023ejz;        Wed, 16 Mar 2022 18:57:57 -0700 (PDT)
X-Received: by 2002:a05:600c:3556:b0:389:d214:baac with SMTP id i22-
20020a05600c355600b00389d214baacmr9573993wmq.92.1647482277662;        Wed, 16 Mar 2022 18:57:57 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647482277; cv=none;      d=google.com; s=arc-20160816;
b=OtDn2uZW2oL1Un3kftTyMcPDSVpQ8MlJeSkLrXuO9+40w9+hp87meu5LPaBMMkkVTY
Ku3qzXNa+jTTVv50K04PeNRrx4XfKVZDqvEE1PUuB/dNWVBWDvNi10EObCDJgZcHOnr+
y9wHKVROFqO5U/mDe+RD63/lpUg/PvdELlTy9JNuoum5K63OtR9NQ93/+4h7yRuwwtGG
rREm79QhnH8Qefi9YbKYG+NXd9ODsthy0HnG77JSRXQ149ARiE4B/dwVt1+5O/egllUs
a6DqNVrwslUS97xT8fMXAdYk74LhIYlZOF85OdmAj2OINy5y7cxrRKqvAwCNToNNPdT6        p5iQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=yKMvuHym5JC9vtlzK5VcNVsjh5f0KzQ8380iAGDLPcQ=;
b=Wdh+X5YHg5JjOS+aKwjsGZnl3JYiGZTV6jmvxVmcfCo3YJ7oEWSBv10eDSctlIwNzL
nkwp+XeqTD1bq+/cKZym/wVN7rN/9MJsHCQn0YOeWMdbWC3dhdaf6eEBUe5uPu8TGn8u
+BHNHJ6ksxy1ig4kojb5LrxVw8ZO9jAE/WypdPlBqvtQ0ZZuz01IKvsiQ2aeRXbR+F/I
+CZxt0HOQKCoV8SkELpJ61z/1K9VlBJcaxNEzRcIsjGjBfe9nqidnRiXmlv/ny/WFxxA
YVhiilIDYBTa2Mp1rNX6iqjYyYUpmRb/8g0+5Ac9RF+m6IxPYZwhrIUTN1NhSAQe+Z0yo        LI/w==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=KU8Ka5Ku;        spf=pass (google.com: domain of 3pzuyyiakaliqgmlmtw-

vakhmlwk+saxvirtvjzbgnszyggydw.uge@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3pZUyYiAKALIqgmlmTW-VakhmlWk+saxvirtVjzbgnszYggYdW.Uge@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3pZUyYiAKALIqgmlmTW-VakhmlWk+saxvirtVjzbgnszYggYdW.Uge@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with SMTPS id x1-20020adfec01000000b001ede4df6f06sor692381wrn.26.2022.03.16.18.57.57      for <jeremywilandcsc@gmail.com>      (Google Transport Security);      Wed, 16 Mar 2022 18:57:57 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3pzuyyiakaliqgmlmtw-vakhmlwk+saxvirtvjzbgnszyggydw.uge@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;      dkim=pass header.i=@google.com header.s=20210112 header.b=KU8Ka5Ku;      spf=pass (google.com: domain of 3pzuyyiakaliqgmlmtw-vakhmlwk+saxvirtvjzbgnszyggydw.uge@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3pZUyYiAKALIqgmlmTW-VakhmlWk+saxvirtVjzbgnszYggYdW.Uge@youtube-disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-message-state:mime-version:date:reply-to:in-reply-to      :references:message-id:subject:from:to;      bh=yKMvuHym5JC9vtIzK5VcNVsjh5f0KzQ8380iAGDLPcQ=;      b=AEmVHfEfFq7J+YUctCpLMzCoIRoxvP4nmTlG1nE59V5DlYPVHSRXy6oT2wkMcwj0Uc      m6hPJtimbHfb7z9Xw/1ZcKu9TDAxJ0VzdMKDQ+VJesEbpsbrYU1MVxhGhE060LxmI4IH      FmqnThZy9y+msKYEIltFJMrgFAbVtMaY6BLygaLoEY015/hK2Tu2Hv2wE6zqnO3IObQQ      3AeMZetvVSCLPQCOLOjdeWRmlRTzXKFn6z45bAZ/3yLLnh0qlJiWXTNWZzHNxWZ/FFjO      aPEN6vY3dY/P/ps1BbHp5p3VNiN3uSwMEMqUe82TNDmt+7ftGcKg80R2A0kgIF/sOWEO      UhMw==
X-Gm-Message-State: AOAM530te/wzUJG0WmJx7Q7DKycUFZBQt8MSBVHFLP7kc4jf6OYFU3vd      djRPdSXny3/eNaXtGFK1f8gsPvO6KVPi2IfPEXbdyM4pCvw/gh9h/+elXG82xhEtkJhA8gdfxqX      ODvpyHgK8QY+pk23w8PbFUdAyICs=
X-Google-Smtp-Source:
ABdhPJwaSFElwCDe+MNNvyoJg4jvkX3Ei78wxh2Az6exCHr7KDF3vY2UHo4pdmSKOh4nsnenbBx1R/hMUEjIzLb qKRc=
MIME-Version: 1.0
X-Received: by 2002:adf:ebc3:0:b0:203:da35:a9c1 with SMTP id v3-20020adfebc3000000b00203da35a9c1mr2099974wrn.610.1647482277021; Wed, 16 Mar 2022 18:57:57 -0700 (PDT)
Date: Wed, 16 Mar 2022 18:57:57 -0700
Reply-To: youtube-disputes+0i53qz1dr7jov07@google.com
In-Reply-To: <CAGF==x_SAM75D2UoOv4wjebgaj=GP=r63-3UOOwT6FNG4YYViw@mail.gmail.com>
References: <CAGF==x_SAM75D2UoOv4wjebgaj=GP=r63-3UOOwT6FNG4YYViw@mail.gmail.com>
Message-ID: <000000000000dea05405da605b08@google.com>
From: youtube-disputes+0i53qz1dr7jov07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000e5a13605da605b34"


From 1727310926631259027@xxx Mon Mar 14 21:07:47 +0000 2022
X-GM-THRID: 1722903857536184367
MIME-Version: 1.0
Date: Mon, 14 Mar 2022 14:07:46 -0700
References: <0000000000095764805d6618122@google.com> <000000000000ca557905d67290de@google.com>
In-Reply-To: <000000000000ca557905d67290de@google.com>
Message-ID: <CAGF==x_SAM75D2UoOv4wjebgaj=GP=r63-3UOOwT6FNG4YYViw@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: youtube-disputes+0i53qz1dr7jov07@google.com
Content-Type: multipart/alternative; boundary="0000000000007ebfdb05da341210"


X-Originating-IP: ::135.26.144.241

From 1722980686287860432@xxx Wed Jan 26 02:00:28 +0000 2022
X-GM-THRID: 1722903857536184367
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3e8f:0:0:0:0 with SMTP id a15csp3080732ejj;     Tue, 25 Jan 2022 18:00:28 -0800 (PST)
X-Received: by 2002:a5d:428f:: with SMTP id k15mr20948521wrq.347.1643162428337;     Tue, 25 Jan 2022 18:00:28 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1643162428; cv=none;     d=google.com; s=arc-20160816;
b=crveGWmANsr2JFFtWsP+iLytnCFi5OpHVY99dtMxb8bHM+y3sXKfY3paF0vpvxuMrK
GUfSubNtJeukxs+4xAJolPLSC3+it2bplxjBJEeTXrkL+BFbqwVoNFi2rXZC0ui1Q5yP
hC5LREa/ysrsDGyYJd9Ek7YDL71CkczW/i8RRaJPjmrWp2kAln05kKkDvS8dZMQF1MrM
44nrqyd4Pm5AY8lFw0ZjDIEN3YeH/BS6ILTEKQqIKx8lkDG4u8N/LH4LWjlBCaLSVi1o
OpCu3AWoEyQy2QA69fhM3wYKLzIMCNYeEwsbVReesIxTVtCZfeODRJGblvD+T0G87Edi     oU4Q==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date     :mime-version:dkim-signature;
bh=ztHRWC5HQMUd0MTsdoqR8vOHZeem20j3k1E7yi0HJvE=;
b=OjpEHlnK76OkVIV38amnjvdlbBGNusunYlEM//x9WyLkal+3wFVf2+XOFnvruu3X6K
JyZ2tGPUtbi5zpT+4OzJ94WopaCO363Vi+vUSyMO7dz9jIYk2Wpe57VemCQH/kprIFgB
HGVyb5JdllU0nhOqtRTzqOQibjyz6k6zJvzM1L9UN55BdxNpqb7y0XytOUduAhw13iCF
R6/6nevaqAbBhv+3quhtAPl/6tg0kJYGz2KvjztQr06jFaC9kKscfvrI/ju+YbYvcILs
tPVu1u3OPsfHFdxvMWjD6PEqEhMHaVWUhRTaSxHInIj96haJNpsfBERWDtbtzK9FFghp     gOxw==
ARC-Authentication-Results: i=1; mx.google.com;     dkim=pass header.i=@google.com header.s=20210112
header.b=teEfwlxB;     spf=pass (google.com: domain of 3o6vwysakagogwcbcjm-
lqaxcbma+iqnlyhjlzprwdipowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3O6vwYSAKAGogWcbcJM-LQaXcbMa+iQnlYhjLZpRWdipOWWOTM.KWU@youtube-
disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3O6vwYSAKAGogWcbcJM-LQaXcbMa+iQnlYhjLZpRWdipOWWOTM.KWU@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])     by mx.google.com with
SMTPS id f1sor1895609wrm.54.2022.01.25.18.00.27     for <jeremywilandcsc@gmail.com>     (Google Transport
Security);     Tue, 25 Jan 2022 18:00:28 -0800 (PST)
Received-SPF: pass (google.com: domain of 3o6vwysakagogwcbcjm-
lqaxcbma+iqnlyhjlzprwdipowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;     dkim=pass header.i=@google.com header.s=20210112
header.b=teEfwlxB;     spf=pass (google.com: domain of 3o6vwysakagogwcbcjm-
lqaxcbma+iqnlyhjlzprwdipowwotm.kwu@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3O6vwYSAKAGogWcbcJM-LQaXcbMa+iQnlYhjLZpRWdipOWWOTM.KWU@youtube-
disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;     d=1e100.net; s=20210112;     h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to     :references:message-id:subject:from:to;
bh=ztHRWC5HQMUd0MTsdoqR8vOHZeem20j3k1E7yi0HJvE=;
b=55/ChCHCF39saw3vh0QktgNH8Phe/HZlcSf6t7eRfVQcIRRKklxJkaf+8kFPVpRuXQ
rIE7alZ2Hmxotg4CaCKUkRG2wReHE6o16c0+sNQwD0zeEKD9+Gk7aFKZCohvvkPnv72V
wW++olfve9QW/3wE62F5II6kQnNasQxzObdZqXjR3gug6gKDT7oBxQn5pKfuTYi6N2WW
ZNgDHySPnQVDoNngX+PfvyL95WtwMdTvm76m1gXkY0TaCI5XukVMbGdp59JS40s6W7ya
w5h0DpJmpLMDPCLNK1obnX0gRKRaKwNQm32j2sbgjGDuENR9vVxRVmMJ9BJUyCkkBUzO     tZfQ==
X-Gm-Message-State: AOAM532Tnlc7y8IP6PYdpY7vJPPcWAumYWTM+mFIsV+JEL7IUZ+HKL2G
LowbcWC42CB4WryGio3+bED1bHbWdX0QwguyGMeM+YcwAK26fHgZqGpV3PM5bwjs5tdzrRW/iO9
pwt/RW3wChLJq51nwW/dNWn+J3tg=
X-Google-Smtp-Source:
ABdhPJyvHXDEdCOoNub+ULroGrtDXmWniHMfXL8JLgYzcqxYKeJCGdQa8fkK8Q1ZpDxgAhexzFDJN72Ngx0v
UTJ7TuQ=
MIME-Version: 1.0

X-Received: by 2002:a5d:4bd0:: with SMTP id l16mr20528451wrt.93.1643162427809; Tue, 25 Jan 2022 18:00:27 -0800 (PST)
Date: Tue, 25 Jan 2022 18:00:27 -0800
Reply-To: youtube-disputes+0i53qz1dr7jov07@google.com
In-Reply-To: <00000000000095764805d6618122@google.com>
References: <00000000000095764805d6618122@google.com>
Message-ID: <000000000000ca557905d67290de@google.com>
From: youtube-disputes+0i53qz1dr7jov07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000d1c68105d6729066"


From 1722903857536184367@xxx Tue Jan 25 05:39:18 +0000 2022
X-GM-THRID: 1722903857536184367
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a55:e88c:0:b0:142:82f5:28f6 with SMTP id d12csp641568egk;        Mon, 24 Jan 2022 21:39:18 -0800 (PST)
X-Received: by 2002:a05:6a00:a1b:b0:4bc:1c27:8fd8 with SMTP id p27-20020a056a000a1b00b004bc1c278fd8mr16705918pfh.64.1643089158640;        Mon, 24 Jan 2022 21:39:18 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1643089158; cv=none;        d=google.com; s=arc-20160816;        b=KHLl3aoi8pzPUji7W0ILywzaqkRUigEsMMAK2mb6oJkaZOSgq5ObJ+wNOwyMrCd/Wg
 pYBAN3YPsE3TlXcYGC7foGMUOB7H/DjLXwWUJvqpaxkeHz38lQNCB+EckFQMSxuGAbYC
 PEFG2wS3E87FBXzNZRYmKxmF0aDp75nPDb59diahzy0A7n7XsduvQMBd0qAp5oXxNsJz
 BNAwLpCC+FvWImNETq3mbp0gJyNPfEQOFi5s1N2uGyF4MUZwdMD1CV6SncvTifC/Gdt7
 XN7hv9Pp+VGrStTej2JHHh4WifGzIBYtLUcsC7j5vGvIn//5Ebtp+MVhurza5cdu0oIv        UwMQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;        h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;        bh=oJ77RnGLvkFNjp⏐7tEYOOx3XIZFfx1TVIIfZZYh6NBwk=;        b=rTlhdaH2JlzP4arm2n+gGevLrPkFHEIbc8tVPQi2y/N9pKw7KWstNEPdPiGRoCsC/l
 EtcQpYWY+1tyET8pGT8lHpz00GSOoEhUzJOY2nqDemg9MZPKCNRemyz1gl/k1CjBwwrN
 N4DXzO9oSopBIrMQTa+hQK8YncG01nzBA2UMfxnbGpYFZ6qhUamNcs2ymNZhaNCtocdP
 qi4c+YqjWDPls6LjSeg5hFp4fP5IkKF5KmdIqjb4MoElLu3hn4jEq5MKplv7Zpv3fFZL
 WvcRe0Hb68rC70CJ8DFfOiALcYF/MMJJGAYrFwA09z9OJFeR9PSn1MBcC12tCbKqz5zu        6+VA==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112 header.b=AQJjibfD;        spf=pass (google.com: domain of 3bo3vysakapmtjpopwz-ydnkpozn+vd0yluwym2ejqv2bjjbgz.xjh@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3Bo3vYSAKAPMtjpopWZ-YdnkpoZn+vd0yluwYm2ejqv2bjjbgZ.Xjh@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3Bo3vYSAKAPMtjpopWZ-YdnkpoZn+vd0yluwYm2ejqv2bjjbgZ.Xjh@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with SMTPS id j64sor6244794pge.34.2022.01.24.21.39.18        for <jeremywilandcsc@gmail.com>        (Google Transport Security);        Mon, 24 Jan 2022 21:39:18 -0800 (PST)
Received-SPF: pass (google.com: domain of 3bo3vysakapmtjpopwz-ydnkpozn+vd0yluwym2ejqv2bjjbgz.xjh@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112 header.b=AQJjibfD;        spf=pass (google.com: domain of 3bo3vysakapmtjpopwz-ydnkpozn+vd0yluwym2ejqv2bjjbgz.xjh@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3Bo3vYSAKAPMtjpopWZ-YdnkpoZn+vd0yluwYm2ejqv2bjjbgZ.Xjh@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:date:reply-to:message-id:subject        :from:to;        bh=oJ77RnGLvkFNjp+7tEYOOx3XIZFfx1TVIIfZZYh6NBwk=;

b=6NyuLxkF82MNY1USC++NlVro0IUnxoyVUbGZt0PCsUdPL6wvzGQ1KLsSHwnyMQhlr5
oYwmr33ar3MqSKgp18ODeNSDR9WfbX+dfNYB14NdNRBjGjCpdWBDSphF6GTitN118U7a
wfPP0v0fnrr59ou837RwNDYD4yWskt4SPnW+VlA4yUT/01xEUDlSoyx1j5bVx1MRSZp5
iYDE69j6MLtjPLVkzHGwxSm0gQNr7n0z5fDIVI0BP0yc3zLJhaVZ+PC9XR/HVgmhg+jz
NG1lfQ/bxx/dcN551SUeuYfgYsBH8L3LtQyIBQuIpBt11tMolZgWUXw/MNIGiLsUwloz      BvJA==
X-Gm-Message-State: AOAM532qtyqI0tkyYDGkH95I2PbO38zhMAxVOy6fzp7oGypC/9XVrAmZ
+NRp8r5dhGzzRMxyv20Ncoos/bTmGt2gCxe+jF2RByLAQZ1ZsTk7ku1k3cl8bgucIygOihBV0en
C6yjYf5GPvzLgmG7Ei1E5051/UTk=
X-Google-Smtp-Source:
ABdhPJwFWXiqTn3CncnKePiHhnz3xmjsvfl9meduvGwXYQNcXupgOgAsfz4pxwmPKer40MBrhcOlf2lJ9I1c/TphI1o
=
MIME-Version: 1.0
X-Received: by 2002:a63:6902:: with SMTP id e2mr14280441pgc.196.1643089158129; Mon, 24 Jan 2022 21:39:18
-0800 (PST)
Date: Mon, 24 Jan 2022 21:39:18 -0800
Reply-To: youtube-disputes+0i53qz1dr7jov07@google.com
Message-ID: <000000000000095764805d6618122@google.com>
From: youtube-disputes+0i53qz1dr7jov07@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000009b24d505d661817a"


From 1727926695714994020@xxx Mon Mar 21 16:15:10 +0000 2022
X-GM-THRID: 1727529208642142469
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1494088ejz;      Mon, 21 Mar 2022 09:15:10 -0700
(PDT)
X-Received: by 2002:a6b:e60a:0:b0:646:3e9e:172f with SMTP id g10-
20020a6bc60a000000b006463c9c172fmr10638400ioh.1.1647879310632;      Mon, 21 Mar 2022 09:15:10 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647879310; cv=none;      d=google.com; s=arc-20160816;
b=gxEZQFdqmguSI7h9tpI1yYQKhNCmzlt6WTifward8kFKQGiYEEd4Fmq4Ng5REOYmTm
b1gTTpPy2OpKRpqa5Eshnh1ShfG7d7KxLRzUsr3p+Oscz/7IeYNBDOS38beF48fdT9rv
ZrltvZiKqzurK2ye6zfR8hIlQa5ZuRVd73EwVxrI9/jj6GGMsUfl2rmMBZ9eDyKtBI88
iNAAxaGch+9Ap5xA21LMugyNfpFHbvW0jILhiSCGtIg//cixuNk2F9Lokr2sh/B6CsZ/
PiYLsMS/NnjKPG/W9jv2ExC15b1xZ5bii3LdTsm3Hd6Mn/13DGZluRTOJHOsbsk/+90c      rZTA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date      :mime-version:dkim-signature;
bh=ME+0Da5tZDVTLH+v4E4iJElGgfMyNKxnbEBjNe7lwGg=;
b=AwseR/HN6fTCfNC0H/HPNalsJ5GD5hpu94XMHjyGnrgxtFFhQizxtQPefUJX2UDwhp
3/iY1FbFPP9OE3esfwmVYG2pCLPxUgusjQ7hWELQ5jnqNw3Un+Dm6b3KA/HjuyW7UOuB
FQYPYm1rF4Stv0IYc/x8max4ClP2i2giAoCEAWNQca2xFnC9ULY9LV+DJmkXy2iP+L6/
QrOLOzUr5g1mf4KYZuTmoD8X7R2pntxos3vJ5FcPV4B/s8Tnm6ikL0NaW287AmZ67aRB
tftrPc46Q38mdX9UIbzn4rXjJW6mzcRX477h8mk5wV+31mRSDWWEOAkBsaZLGKaoERVS      eDDg==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@google.com header.s=20210112
header.b=Rplg4ou1;      spf=pass (google.com: domain of 3jqq4yiakanelbhghy1-
05fchg1f+p8vl4spcf61yrnu3bb381.zb9@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3jqQ4YiAKANELBHGHy1-05FCHG1F+P8VL4SPCF61yRNU3BB381.zB9@youtube-
disputes.bounces.google.com;      dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3jqQ4YiAKANELBHGHy1-05FCHG1F+P8VL4SPCF61yRNU3BB381.zB9@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])      by mx.google.com with
SMTPS id q6-20020a0566380ec600b00319a7fa10a6sor33963308jas.4.2022.03.21.09.15.10      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Mon, 21 Mar 2022 09:15:10 -0700 (PDT)

Received-SPF: pass (google.com: domain of 3jqq4yiakanelbhghy1-05fchg1f+p8vl4spcf61yrnu3bb381.zb9@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;       dkim=pass header.i=@google.com header.s=20210112
header.b=Rplg4ou1;       spf=pass (google.com: domain of 3jqq4yiakanelbhghy1-05fchg1f+p8vl4spcf61yrnu3bb381.zb9@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3jqQ4YiAKANELBHGHy1-05FCHG1F+P8VL4SPCF61yRNU3BB381.zB9@youtube-disputes.bounces.google.com;       dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-message-state:mime-version:date:reply-to:in-reply-to       :references:message-id:subject:from:to;
bh=ME+0Da5tZDVTLH+v4E4iJElGgfMyNKxnbEBjNe7lwGg=;
b=CvyEcquQU3u3r8Ab32Lsqkb30qrAm2Gi/wkpaX6jA+ykIe29KwHScVO3RVeXtJ0mTk
C7V4bShU0KS6pO6dHtNZ9k4mzyP4FwVkjAMEVjLOxg5SU+90UmX7+aOciCONYjN3pVC2
GLEZ696I1MJG1nY34MKcpuU0dsxAYryJY+EXAx7rFfFR7Yp1MH1KczCc3fY7dNu1SvnZ
pBI5RVS7C1sXoU72Y+H1WsI+MbybL7hzK+PidRS+mHoZbZuK5hLaGQSXk3aQCFnNG/GT
fquvfAK1Th/fYg5RCLHRz1AMCxcoUmG3IXZqR/p1cQ6Teg9Fnrr4GOaxNtwk/zCzTYCg       IZOw==
X-Gm-Message-State: AOAM530LVYk0Iqi82EI3TsUfzHtdSSR6Ak8GC5PHy6cMR6w9l1UMueeV
rzlDOZ7MdtjY8VTmN+ClkFfHKWirqq2dJqHucz2rPsDB6GhdUXj7UZ4jE5eWVW/9vsnrgM75zhl
JuZttLsV0pjckTt2+JoM4rWUZUac=
X-Google-Smtp-Source:
ABdhPJyMZ5dDKAmEEjYN4M797Ww6gIhqTwWJrtrvKdXdxauwD4g90KcNkeIEsx59z34yOjTT3TKJP+lE1SlNCi0
PZRI=
MIME-Version: 1.0
X-Received: by 2002:a02:c053:0:b0:321:422d:af71 with SMTP id u19-20020a02c053000000b00321422daf71mr2595802jam.238.1647879310145; Mon, 21 Mar 2022 09:15:10 -0700 (PDT)
Date: Mon, 21 Mar 2022 09:15:10 -0700
Reply-To: youtube-disputes+2l8yh52psjeb407@google.com
In-Reply-To: <CAGF==x8qbgLderEgsp-_b8-VkNMC6fArC2k=B565DyX6m2E0zg@mail.gmail.com>
References: <CAGF==x8qbgLderEgsp-_b8-VkNMC6fArC2k=B565DyX6m2E0zg@mail.gmail.com>
Message-ID: <0000000000000a353505dabcbb8b@google.com>
From: youtube-disputes+2l8yh52psjeb407@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000ea472a05dabccc67"


From 1727898828789385759@xxx Mon Mar 21 08:52:14 +0000 2022
X-GM-THRID: 1727529208642142469
MIME-Version: 1.0
Date: Mon, 21 Mar 2022 01:52:13 -0700
References: <0000000000000892176105da76e5e2@google.com> <0000000000005e657505dab15d12@google.com>
In-Reply-To: <0000000000005e657505dab15d12@google.com>
Message-ID: <CAGF==x8qbgL.derEgsp-_b8-VkNMC6fArC2k=B565DyX6m2E0zg@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: youtube-disputes+2l8yh52psjeb407@google.com
Content-Type: multipart/alternative; boundary="000000000000dd1c4105dab69ce1"


X-Originating-IP: ::135.26.144.241


From 1727875507669023845@xxx Mon Mar 21 02:41:33 +0000 2022
X-GM-THRID: 1727529208642142469
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1092543ejz;       Sun, 20 Mar 2022 19:41:33 -0700 (PDT)
X-Received: by 2002:a05:6a00:1381:b0:4f6:e4ba:2d64 with SMTP id t1-20020a056a00138100b004f6e4ba2d64mr21949520pfg.24.1647830493560;       Sun, 20 Mar 2022 19:41:33 -0700 (PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1647830493; cv=none;     d=google.com; s=arc-20160816;
b=AyZUyp8sZZcJI9BSeesxZac3G5/U31VDK28hr7wJCafC1YIGBVBPI5b4OCT5eE/6pW
Gla0qnfIjsNzczTXFyr8wXqNUNSJ3wDF2OVgZHHcfd624B0j5srr5ezBSkKMyyor0L+8
B0fp9YEJyeHj7KjWXXPQc3nMSGDFaaKXcq5mAkMNq2NNcSc4yGtTyxCcyGgmeRGlpozJ
nWxz7suzNg6/s8uXpgKWnu7AijlNN7dXp/frMKj2BtGbOswSz0XaD6uQmRRcK5bK913u
BACzUwj8mw9D91Dc7tf1PpmFNgYBHleUmTYwZAC4kRvyixNQqoZi/1BqDTXRpolJX05S        ILzQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date     :mime-version:dkim-signature;
bh=oK4C1xye0DpRMNYAgThlYkMyZ5B+W8IVC9AX/kzA5I4=;
b=n6quUsPHfAWDcpSg1De2+9+EMNIEn+HIBnUtGdEdMBFUAAByQn2fFDRkXpMAn33+Ee
oXPtwHqWWI1F8EYLFvr1ONf5Ldv+fsqiOxyhVMRuH/ccXMHo5ZKjxPqqCC23FVLtFJhl
Eg85LDuC6CPHSsMKyiQBPxpIFgCzmsS4+IK4BGv/ioBcHQYvgkhiXEGXZq9M+Z1d3OiU
ez1E5UHnlkQ0uOHHhqUKlWx33R1jisFIzlfuAuvhbpK08mzywxWGZ/8yvbP7nIncv5mt
n1zAQf0VjIyrU5u4vopzQHKj2sNjYJfffcJnk6dw03/kzPuEhglrlwLkCUhuD8tDbeFN        A/QQ==
ARC-Authentication-Results: i=1; mx.google.com;  dkim=pass header.i=@google.com header.s=20210112
header.b=dM4WGVSP;     spf=pass (google.com: domain of 33eu3yiakakayoutube-
disputes+cliyhfcpsjebeahgoogle com@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=33eU3YiAKAKAYOUTUBE-DISPUTES+cLiYHfcPSJEBeahGOOGLE.COM@youtube-
disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <33eU3YiAKAKAYOUTUBE-DISPUTES+cLiYHfcPSJEBeahGOOGLE.COM@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])     by mx.google.com with
SMTPS id k4-20020a634b44000000b00373d9816d72sor4922877pgl.5.2022.03.20.19.41.33      for
<jeremywilandcsc@gmail.com>     (Google Transport Security);     Sun, 20 Mar 2022 19:41:33 -0700 (PDT)
Received-SPF: pass (google.com: domain of 33eu3yiakakayoutube-disputes+cliyhfcpsjebeahgoogle com@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;   dkim=pass header.i=@google.com header.s=20210112
header.b=dM4WGVSP;     spf=pass (google.com: domain of 33eu3yiakakayoutube-
disputes+cliyhfcpsjcbcahgooglc com@youtubc-disputcs.bounccs.googlc.com dcsignatcs 209.85.220.69 as pcrmittcd
sender) smtp.mailfrom=33eU3YiAKAKAYOUTUBE-DISPUTES+cLiYHfcPSJEBeahGOOGLE.COM@youtube-
disputes.bounces.google.com;     dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;    d=1e100.net; s=20210112;    h=x-gm-
message-state:mime-version:date:reply-to:in-reply-to    :references:message-id:subject:from:to;
bh=oK4C1xye0DpRMNYAgThlYkMyZ5B+W8IVC9AX/kzA5I4=;
b=QCmlHYILoX+AhcM2oUKsrYHJvD+w03XTtnFeK1QOjYDCJV3mXv4+TGH16dIYJCR8vL
vh7JenPaLiLd4Yyvb/qgwztmFh6Vg52JY8I2wHOVxJP5fkP/HNumWK85TrZuGNApJX9S
F7xqM5E905DbDn/2aj6QKx0+7T0GaDT8iNd8nbMSlJEq3qYR7uvgq/hR8qKpRJ71kGuH
u/mqKPw9AdX7megL2O/OqPUAXS4ZtHKcpcK5PD/BXsB1kUngT5IJ+Q96qJ/EKLaYBYbQ
8JtcWqEvUKpwQhnxyBIYVa+kI0cqj0ixgvm+1UxdzBMeWDx1Sl5qcMJ8K11/zq/BJLs9        ukuw==
X-Gm-Message-State: AOAM530qLNUUdutK0TXT/XW0gXTMPyTae1Pgkw9/UgH7IlJzt/SiI3aP
dZYc1eZHV+PEYD2RBVZ9sCsjAX8R9FD8WPsFyhuOm7gN3XGYTyvnOv1jtFvVnMjKvG7XObzfZ3Z
MJ+j0+rqcRYdaes6a/Aye0suW/uA=
X-Google-Smtp-Source:
ABdhPJxA98REjG+YtS8KB9Drdf91tyhjUuIoWhHe5fUJFif19UAAj1nwTqfKt75QLHpo9zVGruH4BM3+tLO/hvs+8a
A=
MIME-Version: 1.0
X-Received: by 2002:a63:2204:0:b0:378:9f08:206d with SMTP id i4-
20020a632204000000b003789f08206dmr16796199pgi.3.1647830493192; Sun, 20 Mar 2022 19:41:33 -0700 (PDT)
Date: Sun, 20 Mar 2022 19:41:33 -0700
Reply-To: youtube-disputes+2l8yh52psjeb407@google.com
In-Reply-To: <00000000000089217605da76e5e2@google.com>
References: <00000000000089217605da76e5e2@google.com>
Message-ID: <0000000000005e657505dab15d12@google.com>
From: youtube-disputes+2l8yh52psjeb407@google.com

To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000032b28f05dab16f92"


From 1727611877424172011@xxx Fri Mar 18 04:51:16 +0000 2022
X-GM-THRID: 1727529208642142469
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1472491ejz;        Thu, 17 Mar 2022 21:51:16 -0700 (PDT)
X-Received: by 2002:a62:840b:0:b0:4fa:31ae:7739 with SMTP id k11-20020a62840b000000b004fa31ae7739mr8372149pfd.6.1647579076532;        Thu, 17 Mar 2022 21:51:16 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647579076; cv=none;        d=google.com; s=arc-20160816;
b=q8aavbO5Jwf3cDriWbLbm1GwbHocszUy/89owQnx2y8aDZU+R1iAtXiC/mXRkJxlBx
JCpvEN1uOmmg4WrLXEMcqxG/9JLRmsm0FH5ks4BC7VAR5A8CKQbI1wWWrC+JK1wrbfzx
JgCsnIcRSzvTPWL6g+KUXyj8HqTHZSwrJsd2wlR8gOhh0ShsdJ2HZS6SLVehFCEwvsdE
8q3Gj+5hpgJ4oRHM9AMeHUAgu3fNXW98DtfTfcL5yKCkmViB0h4b0/m5kZxQXQiSjwmE
33SxKBFNbstXcJr6nHi73HW032KTukj6q5xstOFgQ2tBHY5SrzLxxtd11RY3ZX0dGEN5        cqzA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:references:in-reply-to:reply-to:date        :mime-version:dkim-signature;
bh=sPeWf+TYDC0ppz5sFvfQnZwyFA7xkkrvwZfaflAkDm4=;
b=Z8XcWr2EKtmxnOxlCqSL7tctCMBIuzOF67KyKJFvpfTrKWqgiWPfuxO77TRZFf9g1u
YBSbYQrqZKwSNFkbGvb9HJ0zRiOXAk6pp4JqUcb03KxtTLkFVjEQLt7m3yPr4e+4ijOv
vjEC1PksNG/q3q/2NKtKnqFOimqU8ezDFYgPag5HsoSdKhiBh0hlnLFGSHWYI6BJZx1j
PBF0MkM1jFMPZbF0UcFMtYvQ2dc7bphavBdm8ryZ2ZPrSvtjisYOKTHFD08WrQJ86d6H
a27WMVNxPsS/7/FceFFCSliD7JnfyVP7gMP+L/0GShisHQWeBfjlvX4Vp92GNDiKrBpv        X12g==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=pr2kbENO;        spf=pass (google.com: domain of 3xa80yiakamsf5babsv-uz96bav9+j2pfymj690vslhox55x2v.t53@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3xA80YiAKAMsF5BABsv-uz96BAv9+J2PFyMJ690vsLHOx55x2v.t53@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3xA80YiAKAMsF5BABsv-uz96BAv9+J2PFyMJ690vsLHOx55x2v.t53@youtube-disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with SMTPS id g15-20020a63564f000000b00373d9816db3sor2171409pgm.70.2022.03.17.21.51.16        for <jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 21:51:16 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3xa80yiakamsf5babsv-uz96bav9+j2pfymj690vslhox55x2v.t53@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=pr2kbENO;        spf=pass (google.com: domain of 3xa80yiakamsf5babsv-uz96bav9+j2pfymj690vslhox55x2v.t53@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted sender) smtp.mailfrom=3xA80YiAKAMsF5BABsv-uz96BAv9+J2PFyMJ690vsLHOx55x2v.t53@youtube-disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:mime-version:date:reply-to:in-reply-to        :references:message-id:subject:from:to;
bh=sPeWf+TYDC0ppz5sFvfQnZwyFA7xkkrvwZfaflAkDm4=;
b=SkYw+m6TpWp2uoiASn+Jl594io3NPNK0u54AHwQYwziOFY4uzv0OV/SEbhWb1MhZUb
FaFHZXbOOOD0RP5SyG5O86vpx6HHMTmsSoePjBr+9iUYH3e7J3zst1Q05GklwfXdVxTR
owzl612S5bFxORK2xdnnEBR+UF4eM9P3SJVsW6uVm43jH1IOL2Ru6mIHRyF+HEePARxH
6YdLy1NTRPdCWKcaHlPJrRlIkW9tUTxTB2EFE3bV6E/BsaEMLqYx7TbWGTh1I1xdPCB1
kYCbXvAwG403oNYA6jDbkkFAaXwyTTkSCyTqWBeRyzxpZfKUKafoF6lDFaBWNUG1+Eyw        gJzw==
X-Gm-Message-State: AOAM5326Nkhtl2+Qd43AhNFFXfKU4e7M/8Ou1/LqSDW4EIQBGfFxHNv6
f9Rm/uMOCnHE0s106IFPcSoMoG9ORknK3qAf38O7yELPaWcnOq/41mSzhE1f2tE6AnNs1j4qye2
TsjIyNqTuetwH+FaSBpRKeYv3FbQ=
X-Google-Smtp-Source:
ABdhPJx535plg/mn/JlBXnpXcF85bP4FQHvhDq4zoTr67W55idsRsEqvWNe5uozU1Js7X/kwMLx8eaKDmuSToWZ15

ME=
MIME-Version: 1.0
X-Received: by 2002:a65:6202:0:b0:382:1fbd:5bb3 with SMTP id d2-
20020a656202000000b003821fbd5bb3mr3140867pgv.194.1647579076067; Thu, 17 Mar 2022 21:51:16 -0700 (PDT)
Date: Thu, 17 Mar 2022 21:51:16 -0700
Reply-To: youtube-disputes+2l8yh52psjeb407@google.com
In-Reply-To: <0000000000005d6e7205da648ab3@google.com>
References: <0000000000005d6e7205da648ab3@google.com>
Message-ID: <00000000000089217605da76e5e2@google.com>
From: youtube-disputes+2l8yh52psjeb407@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000091f3bd05da76e541"


From 1727529208642142469@xxx Thu Mar 17 06:57:17 +0000 2022
X-GM-THRID: 1727529208642142469
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp768154ejz;        Wed, 16 Mar 2022 23:57:17 -0700 (PDT)
X-Received: by 2002:adf:e2cb:0:b0:203:7564:1076 with SMTP id d11-
20020adfe2cb000000b0020375641076mr2688735wrj.199.1647500237275;        Wed, 16 Mar 2022 23:57:17 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647500237; cv=none;        d=google.com; s=arc-20160816;
b=ZeVeZQVBNg/If6G2x8M/aWOQ1PNgj7foWAjMG8sHIvRqaBw9rvz7tHBh/t+Mb2lBh6
FP7ZVTCSjTwf7tTBOrr+z9c2P2f+Q97Wy1hk88uZILW2KVA6135GNFmsR9voPa5PWwq1
TRz4P88rstwlx5Xv3KZlU0f3r+PLfA9M1WBkP8CQww98Sd6SfydTwLNf4OVvA5l2xv7g
Y/MoQzRZvdmiz4JFpPKSNaOaLggTjKQ6qpPU6ljNnNWZgdOoNMK4PM9u7ehd3qvelXZ+p
UoruIqkriOv7bWckveD8hbcgxtmIsxQfJ5FpW6aBxx6zg3vAYHfc/AB/MPp0IGIImTwX        1UgA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:from:subject:message-id:reply-to:date:mime-version        :dkim-signature;
bh=Iz/z2FXOqENwhNU8/c9ii6W5yo4ofUWdlEgCbkJtxy8=;
b=Xqss1eVg/h+m9wC4CsAeqyvutYnLeUBXLHvO9d4zR0/4VR5H04L+t5xSmGTmKAIT1L
7k2CQkPalAaGCUapk/OrpRa+RhjfJ+FjmOWQlBZhDewSclSnE6koMVxz4Pt5HUU5NDX2
+Jime4r2y6sV6Nr5y8cPcHnvoUnr2Q9W9QRMztE9fwEGlDZ7tD8yIs041UGufDRrV3/K
qzAtZ5XQwoRuVs9aw1tbLTTwfkXcuFc5pu4yp6IL4mkjReT8iqWI//9Sisb6BABp4JEv
d8YEeDYCEmIdaaIs9BgUHJ3qRc58gwfH+m4RLjOWBGK/KK+EjHnEYewMK4UUIeiwD8Hf        hc6Q==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=et2Q3bKC;        spf=pass (google.com: domain of 3znsyyiakagcdtzyzgj-
inxuzyjx+hqndmkhuxojgjfmlttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3zNsyYiAKAGcdTZYZGJ-INXUZYJX+hQndMkhUXOJGjfmLTTLQJ.HTR@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
Return-Path: <3zNsyYiAKAGcdTZYZGJ-INXUZYJX+hQndMkhUXOJGjfmLTTLQJ.HTR@youtube-
disputes.bounces.google.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])        by mx.google.com with
SMTPS id o30-20020a05600c511e00b0038113e140dbsor2517248wms.2.2022.03.16.23.57.17        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Wed, 16 Mar 2022 23:57:17 -0700 (PDT)
Received-SPF: pass (google.com: domain of 3znsyyiakagcdtzyzgj-inxuzyjx+hqndmkhuxojgjfmlttlqj.htr@youtube-
disputes.bounces.google.com designates 209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;        dkim=pass header.i=@google.com header.s=20210112
header.b=et2Q3bKC;        spf=pass (google.com: domain of 3znsyyiakagcdtzyzgj-
inxuzyjx+hqndmkhuxojgjfmlttlqj.htr@youtube-disputes.bounces.google.com designates 209.85.220.69 as permitted
sender) smtp.mailfrom=3zNsyYiAKAGcdTZYZGJ-INXUZYJX+hQndMkhUXOJGjfmLTTLQJ.HTR@youtube-
disputes.bounces.google.com;        dmarc=pass (p=REJECT sp=REJECT dis=NONE) header.from=google.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:reply-to:message-id:subject        :from:to;

bh=Iz/z2FXOqENwhNU8/c9ii6W5yo4ofUWdlEgCbkJtxy8=;
b=BU0yUoA0+eRV0sB3WP0CI1wZTPsvsgXU9MMbdWsT6QmFmrBLd1h4d3G8hV5UcrGWS3
zWDph141IP/QBw34/NIaiwS44thbqZ6NR3iNSp44iVD7W1a40ryEelBoHYp56+BdxiDC
7SpXAA7nySllfCTdwMXu3JQ4GWU1CVA3pGTffEEmJL9v2vjjUxOR2s5qXFlDMahxOdp4
SLQUl/1apZNkHjqFC81h81J1SHlnisQN/61ajqb3vtYw+wYIykLZShf06C0uKxeKPSQJ
TFPrIOBTsTO75cqOy83VS1seXiLgeZEP+qtXWS53qo32DJeRAo1VGQxnJtt0Fl6bJ2RO      2hqA==
X-Gm-Message-State: AOAM533YLG41ZsUcHyCi6lx3NVgdZiECY4JyN8J83NPgRLvlvfQFJJ8/
OzgdcEStPEN1CMz/YY2yRn8Zl6Bo8mLOE0/8TeQ0XxqovcVFMm/r8x6LvBMxly59tNuHiATVwws
cRJ0nBA0ThOijIrkGt08/dsYltPs=
X-Google-Smtp-Source:
ABdhPJyYYZX5iiNm1/ZR0vMgcvelm8Bghex34OCuyxiEYPg4tzEyqzKRYd21Hnu7Wb3bu61TPqc0JWX7zxyVMX
AhDeM=
MIME-Version: 1.0
X-Received: by 2002:a05:600c:1988:b0:389:e789:71d8 with SMTP id t8-
20020a05600c198800b00389e78971d8mr2509694wmq.146.1647500236968; Wed, 16 Mar 2022 23:57:16 -0700 (PDT)
Date: Wed, 16 Mar 2022 23:57:16 -0700
Reply-To: youtube-disputes+2l8yh52psjeb407@google.com
Message-ID: <0000000000005d6e7205da648ab3@google.com>
From: youtube-disputes+2l8yh52psjeb407@google.com
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000064a3d805da648abe"


From 1727853906744175745@xxx Sun Mar 20 20:58:13 +0000 2022
X-GM-THRID: 1727599654981154000
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp980415ejz;      Sun, 20 Mar 2022 13:58:13 -0700 (PDT)
X-Received: by 2002:a05:600c:a4a:b0:389:e8fd:54b4 with SMTP id c10-
20020a05600c0a4a00b00389e8fd54b4mr16625530wmq.168.1647809893038;      Sun, 20 Mar 2022 13:58:13 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647809893; cv=none;      d=google.com; s=arc-20160816;
b=Nx7DhRE7SQkihfcuHqthxAqGRPjb6JdQguojxGFFarjK44HM6K7vT5Z1PiRAlwnZRt
AH4PcOjaC0LCBxtncqjyD5/RiVEu5qPhtadyoNFcsCe2M/UMtb9libRzyMmPnDZAYOga
dt7Cc1himBu/jfWm81IDjSoJNHPLia3E5j99EwPm2F3VSnczrkvIXtLeZsBTwiuH18Nl
1HLsp5imqqcjAPPIGcGnw9zJgolAKmfSaLS0mnKZeco+VaTLnkGrfXZY3MUFYnaQ09Dt
gvX4vZVVc1uqX/pOoinoF5V3ltLHKRGKLd3Y8/z/x/M4MkYksy74quBlCUfTfDQFtLMH      b1NA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;      h=content-
transfer-encoding:to:references:message-id:in-reply-to      :thread-topic:subject:from:date:mime-version:dkim-
signature;      bh=uVi+aYDgWj6tNvHET7XSnS/mjKqZQMB7tc583ug6ZAw=;
b=RHXbZfx5zrTrZXWfC90ZSv4c+5YM3FlmeKgJNCKuzhg4XzsfN9DnCHUSukEtG+zS+j
SfkrF6CS/5YiTX9K1VREG5AvNOMrn7dstRiLcl+uOcJeqF5gu93Dc/L7LeD23uk6GOHf
zKzzbdd6MUtjsR8HK73A6VKo0Wzun+cKCX47Zpq8x1wQ1wMBDFdhCoRqRTK+WRvy8vHx
7jvnC3xvN+1ixgFKSVuGrP41A+8H4iNcOa/tDJcn57Y6z7bBC1Kw571FIj/wJUpJzFxY
l5XUqPytJdQeFXZkOHYMz7qvLwQZ8y8DuJiAP9jNP9McljCcxsFKyM2HHXy6DLMX3RjI      PTHQ==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@gmail.com header.s=20210112
header.b=nY8YoRQ0;      spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;      dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
Return-Path: <type105x@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])      by mx.google.com with
SMTPS id o18-20020a05600c511200b00038a12395b8dsor6850250wms.1.2022.03.20.13.58.12      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Sun, 20 Mar 2022 13:58:13 -0700 (PDT)
Received-SPF: pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;

Authentication-Results: mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112;
header.b=nY8YoRQ0;       spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:date:from:subject:thread-topic       :in-reply-to:message-id:references:to:content-transfer-
encoding;       bh=uVi+aYDgWj6tNvHET7XSnS/mjKqZQMB7tc583ug6ZAw=;
b=iGPiuxU8lGq9RUJS1bkrk2Y8E4s1yadfMZlyxePxpBKgXl+iw3n0oikxY31/PUoJDW
Ee2Vj3gUShv5MrJUoRk3CafQ7bSyXoRKqJiS8HMtlZ4Mvhu3sGOkCscbBjbTW+e39jIt
8q6vKbeifigF5f9CBjpzpgCHM+FHV/wONadnITqnBMg1JQa5SqlIr6saffQ4NaoBbjKP
ANPsWam/TIc28FOXRz0ZNNXe2022KLabB1rh5p3xZHlZz+KZgTngez4FU7MTi+v8fz+Y
1vgXqVKmbeJBNSW3ouqtApZbJZIx0vNkC5XhaA44Y4grAOQEHWv0/26mA3Iop2xG2dOH       dotQ==
X-Gm-Message-State: AOAM5300QQEDXDfG2fVWjvm/o3Lltz5ZtBGt+kkkwfM5ACNtGVaYn5Tb
bWxAJrU43j2iAIt/ZIj0DeyqIOLCuQAyKg==
X-Google-Smtp-Source:
ABdhPJyGxcPTDxEvmcCsKG+r0YOTgS5vfQX3AD8/czdbzhZ6vyngoAoY94vcbTShPK4z9PB+jSh4dQ==
X-Received: by 2002:a1c:f409:0:b0:381:500b:ad90 with SMTP id z9-
20020a1cf409000000b00381500bad90mr17191899wma.42.1647809892383;       Sun, 20 Mar 2022 13:58:12 -0700
(PDT)
Return-Path: <type105x@gmail.com>
Received: from AMD ([90.242.233.95])       by smtp.gmail.com with ESMTPSA id m3-
20020a5d64a3000000b00203ed35b0aesm14506715wrp.108.2022.03.20.13.58.11       for
<jeremywilandcsc@gmail.com>       (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);       Sun, 20 Mar 2022 13:58:11 -0700 (PDT)
MIME-Version: 1.0
Date: Sun, 20 Mar 2022 20:58:11 +0000
From: type105x@gmail.com
In-Reply-To: <CAGF==x_OhzW49wKizmjWJ97XERt14ZYUYB3B8U0RL9mDDb2yUw@mail.gmail.com>
Message-ID: <CAC888E5-C5E8-4E72-942F-00A5F91FC4A6@hxcorc.ol>
References: <FBDF3735-ABB2-4EE7-A321-25A32DDE1943@hxcore.ol>,
<CAGF==x_OhzW49wKizmjWJ97XERt14ZYUYB3B8U0RL9mDDb2yUw@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html; charset="utf-8"


From 1727646007271002233@xxx Fri Mar 18 13:53:44 +0000 2022
X-GM-THRID: 1727599654981154000
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1735469ejz;       Fri, 18 Mar 2022 06:53:45 -0700 (PDT)
X-Received: by 2002:adf:ce0c:0:b0:203:fb33:7290 with SMTP id p12-
20020adfce0c000000b00203fb337290mr1173850wrn.551.1647611625325;       Fri, 18 Mar 2022 06:53:45 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647611625; cv=none;       d=google.com; s=arc-20160816;
b=t0lOywvYMlYp6eUVzDX12K+gHzgX9WPZQhKxZ+l2vXcNYF3y5GnVkYxYNpR1DfmmW7
4PUa6avd18cL0uet4zn7Fxszcx9e9D1Q242jZRmwr6U48Mxesdv6U9WRyZ6s1nPgc17H
f3CJIK1yFl0rB4ovVpYFMIQGcV0znA/re0chhyRjD3r82K0PWrcNlVDYGvqtexMoMFxL
kRWpXh5bsQ0/mdO7WKT33XXIABsuSAJgiKCi+PjUCvpLb82Kdm3X+0Ikm7Db3wJJpWGd
1bpzF3tFvrstpoj0VexR5LJgVftRSPqgQejSbslpQ1ouJWYr2+6kWjyLm7EQy04cVV33       rvNA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;       h=mime-
version:content-language:accept-language:in-reply-to       :references:message-id:date:thread-index:thread-
topic:subject:to       :from:dkim-signature;       bh=ddqeFoForEvJ3NuHU5SsuxF37CKhZxcJ5oWa/aA3NPY=;
b=U3+yZHiIu+Fs4WiFjZHF/QCexjS3xonSgvUDr/bsIgrz6/Rb2bqJItYzUaF5PlyHCY
5LraqUMVWIILReBlqjECTAxunTcLl+OrtEVGMF5ZToIusnvqSWED1jmuvNBBm4lBlXCE

+MjzU1078DqDH1Puq/A1ZlRqArqdm6rhkri0EqkqUj2Zsx4G3uOkvaOgouvovvO9H2kO
0O7ehZk6mAsqL0SyGa8Zeg18tN5nexdarILqmMQoeMgVlT2nCsPtSEI9TXySULoPyIDO
TeIL8dpGdYplDBSj5CaVLIbXzDGTkrEFZw+gJOeHgPgGrQgygJlY7rFcI4/DbVt74iup       hjIA==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b=C3vWHKi0;       spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
Return-Path: <type105x@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])    by mx.google.com with
SMTPS id j31-20020a05600c1c1f00b00389cf31f5d5sor3705435wms.33.2022.03.18.06.53.45       for
<jeremywilandcsc@gmail.com>      (Google Transport Security);       Fri, 18 Mar 2022 06:53:45 -0700 (PDT)
Received-SPF: pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b=C3vWHKi0;       spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
message-state:from:to:subject:thread-topic:thread-index:date       :message-id:references:in-reply-to:accept-
language:content-language       :mime-version;       bh=ddqeFoForEvJ3NuHU5SsuxF37CKhZxcJ5oWa/aA3NPY=;
b=UKAxO5Iua4nubCWOfiIry0/7LXDkFORkEFVbrBjbd+SbTsN0XXSevtvbbrziGcEJ0d
2i1X3EBmFiRN4mPwIzK5nnPJX7SYmMnWH5K3Gf6Idajpo5X3/uqDyuMat4FVgS6LM0aP
ZnLZflGkDhHnxxEVnTEfMiTndAk7mF2h30+qmL3cTtaoFi+5Dno01KXcz8JblEqbuz/X
LNytlF3IGz9ROoFzUGCOnoA5Xn1rjOVoE4LQB7B4HoMXbckWt3pS7KnRXDYQ5i835SnP
gnm02imQ9mfNZJwiCIgwOvtgybACK/8REM4NSotBn4SbFn7YATNphxF1cAfGSi2ueJnU        lHHg==
X-Gm-Message-State: AOAM531fy/TiJM5XYOaMmBsw2ECYrZYJVGDyX94WWG44dYYvlPueNORt
6Vo8nN1Osj/y7qFC3DVA/22kL4rv26Q=
X-Google-Smtp-Source:
ABdhPJyQepMAI↑/IRPfX↑s9IIOyf72wcZijJFiIImUoGPrDie6etvTWoVv64qpbC/3cIIKFK2XxA4Ac5g==
X-Received: by 2002:a7b:ce95:0:b0:386:bc81:c912 with SMTP id q21-
20020a7bce95000000b00386bc81c912mr16040342wmj.4.1647611624656;       Fri, 18 Mar 2022 06:53:44 -0700
(PDT)
Return-Path: <type105x@gmail.com>
Received: from LO0P123MB6686.GBRP123.PROD.OUTLOOK.COM ([40.99.152.205])    by smtp.gmail.com with
ESMTPSA id x2-20020adff0c2000000b0011fa284a32sm6298603wro.115.2022.03.18.06.53.28       for
<jeremywilandcsc@gmail.com>      (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);       Fri, 18 Mar 2022 06:53:29 -0700 (PDT)
From: type105x@gmail.com
To: jeremywilandcsc@gmail.com
Thread-Index: ATMyMjQ1FqHLvPKyu/qF3cM0Q4+77HdSWld6xlXlrheAACBdnoAAoJ6m
X-MS-Exchange-MessageSentRepresentingType: 1
Date: Fri, 18 Mar 2022 13:53:27 +0000
Message-ID:
<LO0P123MB6686C3C5FA500D8C86C2E2F4A5139@LO0P123MB6686.GBRP123.PROD.OUTLOOK.COM>
References: <FBDF3735-ABB2-4EE7-A321-25A32DDE1943@hxcore.ol>
<CAGF==x_OhzW49wKizmjWJ97XERt14ZYUYB3B8U0RL9mDDb2yUw@mail.gmail.com>
<LO2P265MB4319DE68F391B02337A7457AA5139@LO2P265MB4319.GBRP265.PROD.OUTLOOK.COM>
<LO2P265MB4319BF2403475D6252D7018DA5139@LO2P265MB4319.GBRP265.PROD.OUTLOOK.COM>
In-Reply-To:
<LO2P265MB4319BF2403475D6252D7018DA5139@LO2P265MB4319.GBRP265.PROD.OUTLOOK.COM>
Accept-Language: en-GB, en-US
Content-Language: en-GB
X-MS-Has-Attach: yes
X-MS-Exchange-Organization-SCL: -1

X-MS-TNEF-Correlator:
X-MS-Exchange-Organization-RecordReviewCfmType: 0
Content-Type: multipart/mixed;
boundary="_005_LO0P123MB6686C3C5FA500D8C86C2E2F4A5139LO0P123MB6686GBRP_"
MIME-Version: 1.0


From 1727609659193800269@xxx Fri Mar 18 04:16:00 +0000 2022
X-GM-THRID: 1727599654981154000
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1461703ejz;        Thu, 17 Mar 2022 21:16:01 -0700 (PDT)
X-Received: by 2002:a1c:f313:0:b0:38c:8d65:c75a with SMTP id q19-20020a1cf313000b0038c8d65c75amr149963wmq.65.1647576960995;        Thu, 17 Mar 2022 21:16:00 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647576960; cv=none;        d=google.com; s=arc-20160816;        b=dQ4q8uYBHOlh3REIYmyOXh1cSFGmAFUMeJnxVNH0DlUbD6puoNjB9QB9E/v0gKpO+1
ppIk18sxATxBOJ+ti4AOnAOneWnx1ce+FLvtF0hPoP1ZPD1TdcAyor4t6NkIQLFjAX2B
N50lPqXb1GyOwdrvqDVO3W3ePjgfFMPrbBHVNwhRX+BHPnG5OsqK5i7FXUxjQ80kg+do
aQTrX7K6CjX3AlkPkv4J9tvHR6UORqFBU5dTrdqjZZHUDhzIGXl7j+bJRy93BSlpy2iJ
IWg98TY1JQdQ5f+11PIieWTfQYTYIDu84bLi1/3mAMUGuvcDPrUmxmfTNu78KAS6nec+        V5kQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;        h=mime-version:content-language:accept-language:in-reply-to        :references:message-id:date:thread-index:thread-topic:subject:to        :from:dkim-signature;        bh=zs0zrKJ4jFXT8NssseQwT1MSo+MHsxun+PhtlH3CwnE=;
b=iVPr0ghIYyyEDijVYDX3M+BOfv4fltSwPFOQDVTcwTa2ejorUIcf/PFd7PQMiHUtRz
HJ6jFDQH/qhp6BFVa3AMEf0LX+RoejvGU+MLcDc5D9Ds5HR2dCwF60XEaerpEG8Xd2yq
pbezPnKm+Fd6ty+GB0L0g1TMWAlQrz/NiT32p0Yhgq4yggdcLB6uiF32G4yjHhvw+R7b
D5y7llC4NMMnFCvcRD6vBZniv4DaEH05QtBmgOqHYgZ/yuC1TZn/TNSn1/D8zLxADFHS
inMVtp0uRT1PmPYh0aLbtk9nVqk+mlHE2gVI5EAWgyeyStxVTh21Chwmo/heH8ewZznY        +TpA==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112
header.b=hJBuMp15;        spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
Return-Path: <type105x@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])        by mx.google.com with
SMTPS id w9-20020adff9c9000000b001ede4df6f27sor2535644wrr.59.2022.03.17.21.16.00        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 21:16:00 -0700 (PDT)
Received-SPF: pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112
header.b=hJBuMp15;        spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-message-state:from:to:subject:thread-topic:thread-index:date        :message-id:references:in-reply-to:accept-language:content-language        :mime-version;        bh=zs0zrKJ4jFXT8NssseQwT1MSo+MHsxun+PhtlH3CwnE=;
b=NA5byaYbodn3HtMWPDTSHm1AfEGYvV0lMk71wazUihqM3N3dbz5ug1faoyh7UCZbSH
vpU+sdcZbjHxUMoe6zZglpjZPio8znQ6TaO8eFHm96gx8Z2vdBBbbFyJ1yAmCnVoFOab
jxzUzg85Vaj7vMnsgX/7Rdr3BYFqwWPQ8wQnbfbxeh+eysKp0If+o0yK1R6FvyT9olky
Spq8nv5d1yQilR0Cp4tmh9Q7409AIFLdiUbhUNVU0J/AgDCUZpE64v2Q19TjIrMsouSU
AWX5ID8bDJy1KxC70mMAwKOE8oSQ3qI2b79oMWF9lH+6ORIHUb73d5ICzZNQ0TdgKWsz        pV1g==
X-Gm-Message-State: AOAM532/TCsGyxxAzqoCIKwD1trZDy4dGoYoxgADdvkBk7MlMJojo5Yr
OqeuSiglRQfMQLaUHHBR6WfgAyZvccE=
X-Google-Smtp-Source:
ABdhPJzowXSOXJH+SunXf7B4skdSa7RgfhkwfOxvPfeOb7bixkqpLEb4pDSjTd46ncr2zj8IRRszgg==

X-Received: by 2002:a05:6000:2c1:b0:203:7395:8668 with SMTP id o1-
20020a05600002c100b0020373958668mr6557988wry.409.1647576960655;          Thu, 17 Mar 2022 21:16:00 -0700
(PDT)
Return-Path: <type105x@gmail.com>
Received: from LO2P265MB4319.GBRP265.PROD.OUTLOOK.COM ([52.98.168.253])      by smtp.gmail.com with
ESMTPSA id v5-20020a056000144500b00203e462338asm4379149wrx.69.2022.03.17.21.16.00        for
<jeremywilandcsc@gmail.com>         (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);      Thu, 17 Mar 2022 21:16:00 -0700 (PDT)
From: type105x@gmail.com
To: jeremywilandcsc@gmail.com
Thread-Index: ATMyMjQ1FqHLvPKyu/qF3cM0Q4+77HdSWld6xlXlrheAACBdng==
X-MS-Exchange-MessageSentRepresentingType: 1
Date: Fri, 18 Mar 2022 04:15:59 +0000
Message-ID:
<LO2P265MB4319BF2403475D6252D7018DA5139@LO2P265MB4319.GBRP265.PROD.OUTLOOK.COM>
References: <FBDF3735-ABB2-4EE7-A321-25A32DDE1943@hxcore.ol>
<CAGF==x_OhzW49wKizmjWJ97XERt14ZYUYB3B8U0RL9mDDb2yUw@mail.gmail.com>
<LO2P265MB4319DE68F391B02337A7457AA5139@LO2P265MB4319.GBRP265.PROD.OUTLOOK.COM>
In-Reply-To:
<LO2P265MB4319DE68F391B02337A7457AA5139@LO2P265MB4319.GBRP265.PROD.OUTLOOK.COM>
Accept-Language: en-GB, en-US
Content-Language: en-GB
X-MS-Has-Attach:
X-MS-Exchange-Organization-SCL: -1
X-MS-TNEF-Correlator:
X-MS-Exchange-Organization-RecordReviewCfmType: 0
Content-Type: multipart/alternative;
boundary="_000_LO2P265MB4319BF2403475D6252D7018DA5139LO2P265MB4319GBRP_"
MIME-Version: 1.0


From 1727602401705486946@xxx Fri Mar 18 02:20:39 +0000 2022
X-GM-THRID: 1727599654981154000
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1421509ejz;        Thu, 17 Mar 2022 19:20:39 -0700 (PDT)
X-Received: by 2002:a1c:4e02:0:b0:38c:8a10:e899 with SMTP id g2-
20020a1c4e02000000b0038c8a10e899mr721439wmh.125.1647570039373;        Thu, 17 Mar 2022 19:20:39 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647570039; cv=none;       d=google.com; s=arc-20160816;
b=Qk5F2bozoictO9XXcbb+WOEoYoJqAxOk2vXSh5x3FedgUCsStpqJa7pV9ptXO5gaiw
iuqfwnmqHlZTiQbG0m60N8n0Pr+4BDp4R/09pSLQOmhUMQeUm5uLb4ePxYDlXC8FwFh8
vVgxo+jrScJMQ8E7Ohq8XO2UeHWrJnJd+8PpwTxMW/B+7tBu5x4+pXpVCTzqHmVetCvc
ip4sbbLyHaEzra+pSWYJCOxryNceqRmKGpPNsXzseMsdlyMOAQCWVPI6bBXrAGKaQKrO
EYal4xahS6dR6vwWks48qLBm826dJbw8LfJmnZLP4yeEL6F8azcWZcrkLvCcuUssiPkn       W5bw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;     h=mime-
version:content-language:accept-language:in-reply-to      :references:message-id:date:thread-index:thread-
topic:subject:to       :from:dkim-signature;       bh=cLXcp/cPyP6exGGYfsdpbynmIPttCwyLL+w+cyhZU6I=;
b=bsUC7xMNR3bBFl28NRnWMPgVkusOShkLE/Hvo2GbeSBCTv5wI1c4glrY9njnqlUIsZ
wMmW2aU1T/OpECdr1H5w84l9oIJvoNp7klPiXoTVUVFdD4fSkQvatV63N72rcF1da3ZP
7tutU/yzomVVDlXDIaNWUI8Ry1Q7e3C0Baicb44D5CRRvSZwGelc7jbv6vY4heuewm0A
pNsafE8i1xLjHYE7r+QgomX3Ztix33qrAMu5qvMntqaWhd/9GZiFTiNIlQJBF0NjjdKN
dKLMmyMfP7Edwwo+C9BfalCNEyeaTDCeoDBFuG1Q4kQmUZIdmlxPHV2Qu4cVEUYoK9fx       nPrQ==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@gmail.com header.s=20210112
header.b=VZTPV7uE;       spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as

permitted sender) smtp.mailfrom=type105x@gmail.com;     dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com

Return-Path: <type105x@gmail.com>

Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])     by mx.google.com with
SMTPS id d18-20020adffd92000000b00203df01bc97sor2337575wrr.4.2022.03.17.19.20.39     for
<jeremywilandcsc@gmail.com>     (Google Transport Security);     Thu, 17 Mar 2022 19:20:39 -0700 (PDT)
Received-SPF: pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;

Authentication-Results: mx.google.com;     dkim=pass header.i=@gmail.com header.s=20210112
header.b=VZTPV7uE;     spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;     dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;     d=1e100.net; s=20210112;     h=x-gm-
message-state:from:to:subject:thread-topic:thread-index:date     :message-id:references:in-reply-to:accept-
language:content-language     :mime-version;     bh=cLXcp/cPyP6exGGYfsdpbynmIPttCwyLL+w+cyhZU6I=;
b=L/bqL0CpDoI5ysEgQCba/Umo9V7D4sibwlgkrqv3Mcb3pcT2JTY5JDjtmsmz8szIDq
pizpDhzwWFgPDxqXnPOqN5LtAYUqCDxZ97ub3arK3wIR+9nsvIohysh6R1OE0yQ4iYTu
cRgkXh3MkGor1ZCznjmXr9e47ZgzRQgv/X4zsecrVijtGz9UofMBd26CkySSVVShZxJ4
Ken+/KI31KejCdk/rxbrpJfGgOie462Ixbg65nvqR9QYSIgSK2IHb2FoQza7vHVGorav
tUVW/QQiV8LByeQSnPuXH8VhVK5t7Lzre/DNqAIr5eI9HzTOtVBvrB5QAQBvFM5Ql6rf     rETQ==
X-Gm-Message-State: AOAM533rXWGZ9s8EVg92sKAHumPpyFf2tmRU0fyH2NTC795xh3q2qJU2
zpi6ysIrNmBFOONqmmlkHA1p/JZSbMk=

X-Google-Smtp-Source:
ABdhPJwkMBv3ZZXuFXrkByWQU0ohMHA9lLqHh3xJ2q1rENSw/bFbPu0qIC9c72K7Qn/OpsHlIUIjTA==

X-Received: by 2002:adf:f70a:0:b0:1ee:33bf:3864 with SMTP id r10-
20020adff70a000000b001ee33bf3864mr6093406wrp.4.1647570039052;     Thu, 17 Mar 2022 19:20:39 -0700 (PDT)

Return-Path: <type105x@gmail.com>

Received: from LO2P265MB4319.GBRP265.PROD.OUTLOOK.COM ([52.98.168.253])     by smtp.gmail.com with
ESMTPSA id f7-20020a1cc907000000b0038c756fc683sm3539881wmb.43.2022.03.17.19.20.38     for
<jeremywilandcsc@gmail.com>     (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);     Thu, 17 Mar 2022 19:20:38 -0700 (PDT)

From: type105x@gmail.com

To: jeremywilandcsc@gmail.com

Thread-Index: ATMyMjQ1FqHLvPKyu/qF3cM0Q4+77HdSWld6xlXlrhc=

X-MS-Exchange-MessageSentRepresentingType: 1

Date: Fri, 18 Mar 2022 02:20:38 +0000

Message-ID:
<LO2P265MB4319DE68F391B02337A7457AA5139@LO2P265MB4319.GBRP265.PROD.OUTLOOK.COM>

References: <FBDF3735-ABB2-4EE7-A321-25A32DDE1943@hxcore.ol>
<CAGF==x_OhzW49wKizmjWJ97XERt14ZYUYB3B8U0RL9mDDb2yUw@mail.gmail.com>

In-Reply-To: <CAGF==x_OhzW49wKizmjWJ97XERt14ZYUYB3B8U0RL9mDDb2yUw@mail.gmail.com>

Accept-Language: en-GB, en-US

Content-Language: en-GB

X-MS-Has-Attach:

X-MS-Exchange-Organization-SCL: -1

X-MS-TNEF-Correlator:

X-MS-Exchange-Organization-RecordReviewCfmType: 0

Content-Type: multipart/alternative;
boundary="_000_LO2P265MB4319DE68F391B02337A7457AA5139LO2P265MB4319GBRP_"

MIME-Version: 1.0


From 1727601649788574807@xxx Fri Mar 18 02:08:42 +0000 2022
X-GM-THRID: 1727599654981154000

MIME-Version: 1.0
Date: Thu, 17 Mar 2022 19:08:42 -0700
References: <FBDF3735-ABB2-4EE7-A321-25A32DDE1943@hxcore.ol>
In-Reply-To: <FBDF3735-ABB2-4EE7-A321-25A32DDE1943@hxcore.ol>
Message-ID: <CAGF==x_OhzW49wKizmjWJ97XERt14ZYUYB3B8U0RL9mDDb2yUw@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: type105x@gmail.com
Content-Type: multipart/alternative; boundary="00000000000034ba0905da74a0f3"


X-Originating-IP: ::135.26.144.241


From 1727599654981154000@xxx Fri Mar 18 01:36:59 +0000 2022
X-GM-THRID: 1727599654981154000
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1406439ejz;        Thu, 17 Mar 2022 18:37:00 -0700 (PDT)
X-Received: by 2002:a05:6000:168e:b0:1f1:faf1:23b7 with SMTP id y14-
20020a056000168e00b001f1faf123b7mr6276937wrd.150.1647567420353;        Thu, 17 Mar 2022 18:37:00 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647567420; cv=none;        d=google.com; s=arc-20160816;
b=XsQ/cCSjhLO7+oYtNtT5RbJGV0Fieu293Tv+8VjRCiqOGBelo3BK+EQO7IUAatuWyZ
T0tPqI9Ox6UkTaj+Vrcg8ekc43jXFeq0IyImWRhL5EnVQI2OiXayF10FZd0G37Rc0Xlq
ThvpnbZUIHqJEdlRcm/OiKYNCe2DVViZmNrtPK3HJy+dgkODWx/y/HBwFgrT6IVh2K8P
NFtybc9+3boXANAu1WaNJisLsK9LPiDrkgOnXGJCb6oubM50hQ3x53cED8nLnOMLjTXL
Nyw95imFnFf33Dtb+RSxv0F6Ev2dpAZtqgTySMTf7INVt/UsDX6gLxnBBvEkLT6WH2wl        fpmg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;        h=content-
transfer-encoding:to:message-id:thread-topic:subject:from        :date:mime-version:dkim-signature;
bh=nZHtaZIAi+E3/4G7wkINMuCiZagSge+JO98R1h46LvA=;
b=DsVFkTpcpFhwMzILMk5RcTCVWkwEpmm1rXL7Zw6YHMZpT6+FKerKX4EqjBBuLZoU/W
IUtdyIGDjZdMxwPPypQY8rKUU†TZrtTOKe3u52jcnu9qo/8wzbWTi0jzifmIiEpXjwM6
w9s1U45QRYwf8Skmxp6fGeTie2vb8uh7BkYHyTF/hwfTBplPXRkX6cSLUVcvKAyHIPSf
qdGWLuDfe9U15SuEdJWZXS41U8rOnMaxFi9l5NhPo1eLkWOCk1QzGui8XoKq3XgKJLW6
WjfyHWV+Av4KpwiO5YHk2EAX/vAfVAD+6eb2uMtgQTShOCU6/7N1d5FaH3BH8mP+JfDc        MetA==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112
header.b=UD31Vkrt;        spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
Return-Path: <type105x@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])        by mx.google.com with
SMTPS id h14-20020a5d688e000000b001f022ec1755sor2341318wru.55.2022.03.17.18.37.00        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 18:37:00 -0700 (PDT)
Received-SPF: pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112
header.b=UD31Vkrt;        spf=pass (google.com: domain of type105x@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=type105x@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:date:from:subject:thread-topic        :message-id:to:content-transfer-encoding;
bh=nZHtaZIAi+E3/4G7wkINMuCiZagSge+JO98R1h46LvA=;
b=fvfS4PdC9M7sd1V+b1q0wJZq2nhbPLXMDN3g0FgKdqnDnTfT5lzKqKi9i5CpBG8qmi
zus/VmLr0fuvVGjQL25bpUME3TZCKT1t5H8FEddMW4QEq4kYOqckBFqoedszN10ntQBQ
AnYiyFftOH+o8JRLDX1bS4IZtlt3ELjgNE1JUGnc+30K8hIRoewV8N2Hpw08KpiV5A6G
b7iMVU70FyC8ZA+5WmuL6pA0kP6cPgOeWaZ/BG/4TfQx8Zuv/fNxvxFJHax4DCJtCqGL
6L3WuhDnoChP/0zj1/ANRf9hUkZuhCnl/Ctrd2Rx8ucnI0OcARN9Yiq2FKxiGOt6M6Ck        W9dw==

X-Gm-Message-State: AOAM530e+B4XAO2Jbg+OhX9eiqtj68LJHMsHISRIVsd+PGSsBtq+HEn6
tjf1wZIX1Tvk1I78H3fCys6/9RnppfseoA==
X-Google-Smtp-Source:
ABdhPJzRZeUFgZ2bAohL5g7JXDwaYmxu2ZrFArlzcP9jSFL0bYZXDMGRN/f1g7qJ0WUQLWlPxbEOyA==
X-Received: by 2002:adf:dd4d:0:b0:203:f178:b78b with SMTP id u13-
20020adfdd4d000000b00203f178b78bmr2814641wrm.93.1647567420079;    Thu, 17 Mar 2022 18:37:00 -0700
(PDT)
Return-Path: <type105x@gmail.com>
Received: from AMD ([90.242.233.95])    by smtp.gmail.com with ESMTPSA id z3-
20020a1cf403000000b0037d1f4a2201sm5336250wma.21.2022.03.17.18.36.59    for
<jeremywilandcsc@gmail.com>    (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);    Thu, 17 Mar 2022 18:36:59 -0700 (PDT)
MIME-Version: 1.0
Date: Fri, 18 Mar 2022 01:37:00 +0000
From: type105x@gmail.com
Message-ID: <FBDF3735-ABB2-4EE7-A321-25A32DDE1943@hxcore.ol>
To: jeremywilandcsc@gmail.com
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html; charset="utf-8"


From 1727672581557260002@xxx Fri Mar 18 20:56:08 +0000 2022
X-GM-THRID: 1727541745177329377
MIME-Version: 1.0
Date: Fri, 18 Mar 2022 13:56:07 -0700
References: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>
<CADTZqfKsO9W5ryB=CFuPWyVqCxKAVYUS0vFo-LpRYv9r0_j3Og@mail.gmail.com>
<CAGF==x_26778pYAQS7-n3BaJk10nY8rbxeZTJxbTNYna4VTQ_A@mail.gmail.com>
<CADTZqfLt1pAGf8tBGHcYC0aDUg_PMjumu6PN4Lr3LcHu14KBhA@mail.gmail.com>
<CADTZqfK8mLKq4MfA5vwzvKNe8cxQ6_ooX6t9kmtEDWxu6Am8uA@mail.gmail.com>
<CAGF==x9uSwWFaC=imWROW8syg6GNvpKaEHLvRgDm1A2x_jryKQ@mail.gmail.com>
<CADTZqf+KQhVT4F9uU2+T9Ryur0KMPTBtr5kMddm-ho7oCM1=hg@mail.gmail.com>
<CAGF==x8DquD_rqyOcpxt6u7FALGKVM6NYburpCbKVGu6LPzWUg@mail.gmail.com>
<CADTZqfLW=eMZzsgzr_ChEkB8uaa6JLk1_w=F=G0CFKY43QFbdw@mail.gmail.com>
In-Reply-To: <CADTZqfLW=eMZzsgzr_ChEkB8uaa6JLk1_w=F=G0CFKY43QFbdw@mail.gmail.com>
Message-ID: <CAGF==x8rsoLVb_d3M0+GEOXpmiiPvSThnccMMRdMnqX9EH2Cvw@mail.gmail.com>
From: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000031bac905da846029"


X-Originating-IP: ::135.26.144.241


From 1727605599572469751@xxx Fri Mar 18 03:11:29 +0000 2022
X-GM-THRID: 1727541745177329377
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1438674ejz;    Thu, 17 Mar 2022 20:11:29 -0700 (PDT)
X-Received: by 2002:a5d:4bd0:0:b0:1f0:47bf:a267 with SMTP id l16-
20020a5d4bd0000000b001f047bfa267mr6521462wrt.365.1647573089133;    Thu, 17 Mar 2022 20:11:29 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647573089; cv=none;    d=google.com; s=arc-20160816;
b=qgJ80mnWps3+SCmL4KUBMnQ4TnLtqvdvN0Np0rYfC4El7bwzDuheBbqsmLu33VFeUO
5307/iFzdryWoJXorKk6Pp5rOSdqNKTdXKcVRV8cmb33WLl3pkczbENqD8QQBdoNKNuu
3sroAvTvamoW81RE29KiUVwyH8Usuvt2y6k0OKaFbvUy37R605q+f02L+UG0H+AuLHZd
VMcazUMS4inngO6tuxTU+7SRzoGpsmDESrfdaNS2jRo8D4MqaaOO7v8gcUIoIkyIbPle
d8TZBI/5d9LxehRAVvid3fi+frmRdEriy1EkLvM/DQv7Jg0ND/MxNfEFtQw/f7riwW8k    DMVg==

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version        :dkim-signature;
bh=LaShvAmYe1zPKY4ykViprrYBbMHmuRTAWjytTHhaypU=;
b=WL7ToKn4IkykVEf/pTwRC3W1OGVGA1Kj3seXzbltv21CXG1nRe1YZZonc6JlpEoeQ+
pW1aqnzOVb0DJ5ASpbcaEmMpkKaGUM0mEUBgV0BMSPqgPTnPfomEstZpZYq1ecCVy3MO
5AW0Q6sAK8AGOtcTiQ9F4c6nsYgxFJCGvSAceHb3GO4VGYq21MKPkJkb9AzbY6fwYOkz
wPuMkly3FAsrMt0rB0avYU1FlMqtPpMIDOxtv1x4K/0WY+7PQ9kDs32OfBY6atc85wFo
aN+CXPch2Rkl6PS6jI7bu1bIXBkce25xuXnsX1P0Sp4aUZ9D7hTKzEcIecMTGizrvsVP        MEeA==
ARC-Authentication-Results: i=1; mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112
header.b=FIreUI9O;        spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <chaptersdontturn@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])        by mx.google.com with
SMTPS id d10-20020adfe2ca000000b001f024d19f64sor2579604wrj.39.2022.03.17.20.11.29        for
<jeremywilandcsc@gmail.com>        (Google Transport Security);        Thu, 17 Mar 2022 20:11:29 -0700 (PDT)
Received-SPF: pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted
sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;        dkim=pass header.i=@gmail.com header.s=20210112 header.b=FIreUI9O;
spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted sender)
smtp.mailfrom=chaptersdontturn@gmail.com;        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;        d=1e100.net; s=20210112;        h=x-gm-
message-state:mime-version:references:in-reply-to:from:date        :message-id:subject:to;
bh=LaShvAmYe1zPKY4ykViprrYBbMHmuRTAWjytTHhaypU=;
b=sem2P6+PP92l3Q4osKQ8gIq5qgKO9I+Kwjvf3LJgymw/GXw/fCUsa3r9NEyNJXcIDl
aIwoNvj2Ci0mGL18cR2J735MSititmgAzcNWgYgVrDb/3HVq07E7jrcIy4bUiZvx6wC6
IvqSItkHsL6nyXCUjZKJN1KWfTXdcRWMUiHfCJ4rG8Rwwie78ZlOaQ/DvJkUosBRBRUx
rTIuFl5REJs6Zb╵v9cqtvbv4el4K7vCco3rGdapxIB9Ui0r1JiEzjTNIc15iImXzM3G6
l0dg1PSTnZzww6VZOpPoqR4G0GKp2fgGsw3hX6+8vfboiiLlEyfKM482KzSD0ynTvNrv        XfOg==
X-Gm-Message-State: AOAM530ietfZVZEB0RB+s+5uvEKbGB5lmafzijVVnTy56BQ+p3h5p0yc
l7zMO4aSM1H0ZdbJmXi3s0siaj7e1qy016JhrPlMmi85jZ0=
X-Google-Smtp-Source:
ABdhPJzLMpNM1W/d2g1EEvne9M35x4M5IzkWJNfTxxwKXGowmuJhtHnHvAehE9mBLL/yZPOMAWdnTItk6JY
QMkfbdy4=
X-Received: by 2002:adf:efd2:0:b0:203:db42:c56c with SMTP id i18-
20020adfefd2000000b00203db42c56cmr6228159wrp.698.1647573088870; Thu, 17 Mar 2022 20:11:28 -0700 (PDT)
MIME-Version: 1.0
References: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>
<CADTZqfKsO9W5ryB=CFuPWyVqCxKAVYUS0vFo-LpRYv9r0_j3Og@mail.gmail.com>
<CAGF==x_26778pYAQS7-n3BaJk10nY8rhxeZTJxbTNYna4VTQ_A@mail.gmail.com>
<CADTZqfLt1pAGf8tBGHcYC0aDUg_PMjumu6PN4Lr3LcHu14KBhA@mail.gmail.com>
<CADTZqfK8mLKq4MfA5vwzvKNe8cxQ6_ooX6t9kmtEDWxu6Am8uA@mail.gmail.com>
<CAGF==x9uSwWFaC=imWROW8syg6GNvpKaEHLvRgDm1A2x_jryKQ@mail.gmail.com>
<CADTZqf+KQhVT4F9uU2+T9Ryur0KMPTBtr5kMddm-ho7oCM1=hg@mail.gmail.com>
<CAGF==x8DquD_rqyOcpxt6u7FALGKVM6NYburpCbKVGu6LPzWUg@mail.gmail.com>
In-Reply-To: <CAGF==x8DquD_rqyOcpxt6u7FALGKVM6NYburpCbKVGu6LPzWUg@mail.gmail.com>
From: chaptersdontturn@gmail.com
Date: Fri, 18 Mar 2022 13:11:18 +1000
Message-ID: <CADTZqfLW=eMZzsgzr_ChEkB8uaa6JLk1_w=F=G0CFKY43QFbdw@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000b4242905da75805b"

From 1727605127886703853@xxx Fri Mar 18 03:03:59 +0000 2022
X-GM-THRID: 1727541745177329377
MIME-Version: 1.0
Date: Thu, 17 Mar 2022 20:03:58 -0700
References: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>
<CADTZqfKsO9W5ryB=CFuPWyVqCxKAVYUS0vFo-LpRYv9r0_j3Og@mail.gmail.com>
<CAGF==x_26778pYAQS7-n3BaJk10nY8rbxeZTJxbTNYna4VTQ_A@mail.gmail.com>
<CADTZqfLt1pAGf8tBGHcYC0aDUg_PMjumu6PN4Lr3LcHu14KBhA@mail.gmail.com>
<CADTZqfK8mLKq4MfA5vwzvKNe8cxQ6_ooX6t9kmtEDWxu6Am8uA@mail.gmail.com>
<CAGF==x9uSwWFaC=imWROW8syg6GNvpKaEHLvRgDm1A2x_jryKQ@mail.gmail.com>
<CADTZqf+KQhVT4F9uU2+T9Ryur0KMPTBtr5kMddm-ho7oCM1=hg@mail.gmail.com>
In-Reply-To: <CADTZqf+KQhVT4F9uU2+T9Ryur0KMPTBtr5kMddm-ho7oCM1=hg@mail.gmail.com>
Message-ID: <CAGF==x8DquD_rqyOcpxt6u7FALGKVM6NYburpCbKVGu6LPzWUg@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: chaptersdontturn@gmail.com
Content-Type: multipart/alternative; boundary="000000000000e9ee8105da7565c5"


X-Originating-IP: ::135.26.144.241


From 1727604489683102341@xxx Fri Mar 18 02:53:50 +0000 2022
X-GM-THRID: 1727541745177329377
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1432472ejz;          Thu, 17 Mar 2022 19:53:50 -0700 (PDT)
X-Received: by 2002:a1c:7715:0:b0:380:ed9b:debd with SMTP id t21-
20020a1c7715000000b00380ed9bdebdmr6511632wmi.54.1647572030575;          Thu, 17 Mar 2022 19:53:50 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647572030; cv=none;          d=google.com; s=arc-20160816;
b=d1VzuFV7OHPZaJSotpZ64a5vEVvs0L+neyu9PbgSVX3szFYrhzVOGJoqBjqf/AN+lo
FiloOnCP+JQW5D9EYzEUO7dmMEjKknkiynO4jBx5+wIscx+uYEj/J8SJRCyMyogywwin
2nfY5I1rUUnNqZGSfr61tN/2dYiSQnYDHSA8SuBfePhVHDnBqm1M8WLibRngV6IY7JiI
iX2X0tCcrPCMjxj1pk7LityKLzMMBpEGTsDkWlSTmCXlyPrUKfsHNc+G7u4Q795LQ7/k
zJVfGNsgg905/H+6DO2Zhc7TNpjFVF+0LKunPfUk9mBjszp1R/pL0pkCYsdf4Z4enlb7          Sg/w==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version          :dkim-signature;
bh=ewo8Z+gZdfBwjHGzkxDe9aZea7sMVk9z/F4/AQtoaPY=;
b=qU5+SDIosU5rp4SSzhzqXby/GPUMDKZY8OGF/MR95268PSlPna/CGxIsj08/1gn3up
U2DoK5aPlJ/1KAqqmfmDns8yARn8yI5pvhlicP2gXD9iwWA2oUvfiB7P86isYad8bsF1
wNbJEXqhp3X88lzUHHIvpgOntm01YB99jinATaFTJq2VQiq+ZPnYS2ZfYFanaWDZswz5
jQHW9MmWvxYyu92JX+/Ya7ABvdYeriQDY+pZb52wyO9ZRS6+0fzaqtTdehRGp6fISBXE
I/7eyMGuko6ynEspwYR5oWFUgt9h+RLmgKI3TUXpbcUAA0oy2cxZS1EkaHUim0NjsVwT          3wJw==
ARC-Authentication-Results: i=1; mx.google.com;          dkim=pass header.i=@gmail.com header.s=20210112
header.b=AYcgWdDS;          spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;          dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <chaptersdontturn@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])          by mx.google.com with
SMTPS id f5-20020adff585000000b00203da3a5abdsor2472421wro.17.2022.03.17.19.53.50          for
<jeremywilandcsc@gmail.com>          (Google Transport Security);          Thu, 17 Mar 2022 19:53:50 -0700 (PDT)
Received-SPF: pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted
sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;          dkim=pass header.i=@gmail.com header.s=20210112
header.b=AYcgWdDS;          spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;          dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-message-state:mime-version:references:in-reply-to:from:date      :message-id:subject:to;
bh=ewo8Z+gZdfBwjHGzkxDe9aZea7sMVk9z/F4/AQtoaPY=;
b=TSGW9WGH6K4dDZE3SzhA+voYTPT9Whf/EMYr4J5S5cR2AyGIJkZurg3EhAbaV++ri3
W+Qt9T2cS4wWemqcNlbV7V2oTWhUD0Dq5qxQcD8akTzOTdPh/2D+ZFD8bSy9ABh5SmdW
P2jKduX/SZ4m7dYj3sw1TBf3iubUHAaAYBJPpN3tzWp2zbX2iFZL3aGC1dJfZBJ5tPB+
E6u7dqOA3nA6ve4IYWG98sdzLoX+rKm4cIS5OzWkikMGwIxbRGGZOSMlG8yfXILT9ymM
vpjUk7zpBGMe2lwGQTxKywaDeb7OkuqYDSWu1NcHkoD3jK7LZaVxgBJDCDQdzKEXlPEA      PGTQ==
X-Gm-Message-State: AOAM532p3rPII5vSJSs1h0sDbMBxqj8Z/q/fOTJJyesrClnCrjOO7tqV
26NNHVUEfbLJ1SWxdpA49oDTN6glgzf3QtW4DXVNtrAy/V8=
X-Google-Smtp-Source:
ABdhPJyK2V7hP0xIrboxs6JT6Hh82Qp8f6QKhBimJEloEEUKpRr3eihX6t84LktQ6xgFvLk8oyslc/HEqJsCTya8nys=
X-Received: by 2002:a05:6000:3c3:b0:203:6976:6942 with SMTP id b3-
20020a05600003c300b0020369766942mr6209625wrg.584.1647572030261; Thu, 17 Mar 2022 19:53:50 -0700 (PDT)
MIME-Version: 1.0
References: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>
<CADTZqfKsO9W5ryB=CFuPWyVqCxKAVYUS0vFo-LpRYv9r0_j3Og@mail.gmail.com>
<CAGF==x_26778pYAQS7-n3BaJk10nY8rbxeZTJxbTNYna4VTQ_A@mail.gmail.com>
<CADTZqfLt1pAGf8tBGHcYC0aDUg_PMjumu6PN4Lr3LcHu14KBhA@mail.gmail.com>
<CADTZqfK8mLKq4MfA5vwzvKNe8cxQ6_ooX6t9kmtEDWxu6Am8uA@mail.gmail.com>
<CAGF==x9uSwWFaC=imWROW8syg6GNvpKaEHLvRgDm1A2x_jryKQ@mail.gmail.com>
In-Reply-To: <CAGF==x9uSwWFaC=imWROW8syg6GNvpKaEHLvRgDm1A2x_jryKQ@mail.gmail.com>
From: chaptersdontturn@gmail.com
Date: Fri, 18 Mar 2022 12:53:39 +1000
Message-ID: <CADTZqf+KQhVT4F9uU2+T9Ryur0KMPTBtr5kMddm-ho7oCM1=hg@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="0000000000009b0d2c05da754170"


From 1727603933072666248@xxx Fri Mar 18 02:44:59 +0000 2022
X-GM-THRID: 1727541745177329377
MIME-Version: 1.0
Date: Thu, 17 Mar 2022 19:44:59 -0700
References: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>
<CADTZqfKsO9W5ryB=CFuPWyVqCxKAVYUS0vFo-LpRYv9r0_j3Og@mail.gmail.com>
<CAGF==x_26778pYAQS7-n3BaJk10nY8rbxeZTJxbTNYna4VTQ_A@mail.gmail.com>
<CADTZqfLt1pAGf8tBGHcYC0aDUg_PMjumu6PN4Lr3LcHu14KBhA@mail.gmail.com>
<CADTZqfK8mLKq4MfA5vwzvKNe8cxQ6_ooX6t9kmtEDWxu6Am8uA@mail.gmail.com>
In-Reply-To: <CADTZqfK8mLKq4MfA5vwzvKNe8cxQ6_ooX6t9kmtEDWxu6Am8uA@mail.gmail.com>
Message-ID: <CAGF==x9uSwWFaC=imWROW8syg6GNvpKaEHLvRgDm1A2x_jryKQ@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: chaptersdontturn@gmail.com
Content-Type: multipart/alternative; boundary="000000000000fd955605da752129"


X-Originating-IP: ::135.26.144.241


From 1727602742333791658@xxx Fri Mar 18 02:26:04 +0000 2022
X-GM-THRID: 1727541745177329377
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1423098ejz;      Thu, 17 Mar 2022 19:26:04 -0700 (PDT)
X-Received: by 2002:a05:600c:1e2a:b0:38b:a4e3:33a4 with SMTP id ay42-
20020a05600c1e2a00b0038ba4e333a4mr12880500wmb.193.1647570364245;      Thu, 17 Mar 2022 19:26:04 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647570364; cv=none;      d=google.com; s=arc-20160816;

b=XjwKXzqqsKP9B+rncjUOFBc5ity2HoXt9blSRVgSVN+hHAz8KwSwhIX21IgSZaz/+c
lpwmX6yYnQup9MG4uYIk1666RyCJ9wSQOqLknMwTE1fYxGFL20MYn06fyM560zXazdD2
VXdjb+eFx4SKg7kbwKJKberR6Vo8VkyFBBvT6NdCJaXfAde1fc9dNKPJXjBq0VIx00xD
iN9L0OqBOQ9aXoBKYjYBLIptWnEfOJ3b2VRB2N9aJwBNOrGnKDCQcEaA188QSR+qHx42
PnqJbXSYO/kfKH1etuw+RtzH1d7ojQukpHlELBJW5uHsboRoZb2wN8c2B1r706sew/mU       AHwQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version       :dkim-signature;
bh=jfLKElTLq7VNuIbIyx0Gy91aszEhwuS++UvpfrGdPEo=;
b=PQiru2EGLrqsy+98oTRQ+o3eAoOotAZGsIJ6Tue0relx+CSRWd5bboeWUzp8vegqGr
4cR/cmFOH1GeAiv/iPUMOkLvqH9O3V/WuggXwJuaHG/CFyqPnpVfZ9HnXv2xVxch1gOv
v57QlpUeqx58lBKLz5RNUT5F1Kf6sDY3LsswJ3sfsXKQRo8W3W15kJurSQLFm1nSN/mB
jBKOIc9C6KX/HO5vwhd+2ymkDUqMt5Em0ZZ5WMk3PYKsu39AG8hHbm10YL4udEcFH51d
oPZejkhk5jGJnn3y5VMUMY6+1gInzSk8AZEsImm3vlkBVTRtA4fOuW5htqCB7AlfcWDT       ap2A==
ARC-Authentication-Results: i=1; mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b=NtgdtDRE;       spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <chaptersdontturn@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])       by mx.google.com with
SMTPS id n20-20020a7bc5d4000000b003810006fb2dsor2134407wmk.1.2022.03.17.19.26.04       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);       Thu, 17 Mar 2022 19:26:04 -0700 (PDT)
Received-SPF: pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted
sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;       dkim=pass header.i=@gmail.com header.s=20210112
header.b=NtgdtDRE;       spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;       d=1e100.net; s=20210112;       h=x-gm-
mcssage-statc:mimc-vcrsion:rcfcrcnccs:in-reply-to:from:datc       :mcssagc-id:subjcct:to;
bh=jfLKElTLq7VNuIbIyx0Gy91aszEhwuS++UvpfrGdPEo=;
b=ullpivIKJolk6oviC3PLYD/6PLjKGkPYjsHacuJCtxt6kSzYkwJS3pGBLLq4CetxHn
blEvIxM/k6/pkQq64BdEFA1fFvTphw6KpXAuf7FLfGrnZOdVZ09mzCvbPYU8+mxT+PN4
Gf1iFRwTjKQ6Dlwe0TCsIZ5dZwWP9dGIhn/F+XE89oBuY0VHfUiETEOanS+K2oEXzBB5
4d7p4Bdo/MbGnc350mLE0+RCFHwlLxReZ+jkllTa/kGVLeLXTZF1Pe7ROp3y+1SJf3dA
eLeM/o2lsZAgNyuQ6iF39O4XFrgkZ1hkcYYcsRaJTkClyALZEz3+LF/sHn0lgSTNrkb90       prmQ==
X-Gm-Message-State: AOAM532tr6hL9fE7xzS3MOZwIIV1qhg/ijRvQVIoODGm2uI.6KUj3ZVMQ
Kf1F3Thc6FCDpOceSDIs0tbdlFYVmyM8g75cKCHkFIAt/bQ=
X-Google-Smtp-Source:
ABdhPJyf8NbVoTGShl9nFsVIGo+G5azuJf0AIt8B3aVWzBZtzLpSFYzcoecthoryPkH3/aKgoia/HU2+saQSSa4R7VA=
X-Received: by 2002:a05:600c:4a12:b0:389:9c7d:5917 with SMTP id c18-
20020a05600c4a1200b003899c7d5917mr6288333wmp.0.1647570363981; Thu, 17 Mar 2022 19:26:03 -0700 (PDT)
MIME-Version: 1.0
References: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>
<CADTZqfKsO9W5ryB=CFuPWyVqCxKAVYUS0vFo-LpRYv9r0_j3Og@mail.gmail.com>
<CAGF==x_26778pYAQS7-n3BaJk10nY8rbxeZTJxbTNYna4VTQ_A@mail.gmail.com>
<CADTZqfLt1pAGf8tBGHcYC0aDUg_PMjumu6PN4Lr3LcHu14KBhA@mail.gmail.com>
In-Reply-To: <CADTZqfLt1pAGf8tBGHcYC0aDUg_PMjumu6PN4Lr3LcHu14KBhA@mail.gmail.com>
From: chaptersdontturn@gmail.com
Date: Fri, 18 Mar 2022 12:25:53 +1000
Message-ID: <CADTZqfK8mLKq4MfA5vwzvKNe8cxQ6_ooX6t9kmtEDWxu6Am8uA@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="00000000000049a13b05da74de86"

From 1727602524646295128@xxx Fri Mar 18 02:22:36 +0000 2022
X-GM-THRID: 1727541745177329377
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp1422158ejz;       Thu, 17 Mar 2022 19:22:37 -0700 (PDT)
X-Received: by 2002:a7b:c7c3:0:b0:389:cbf1:fadf with SMTP id z3-
20020a7bc7c3000000b00389cbf1fadfmr13833776wmk.147.1647570156980;        Thu, 17 Mar 2022 19:22:36 -0700
(PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647570156; cv=none;      d=google.com; s=arc-20160816;
b=dxPVD2B2RY6BsHd+bwYvvD3zuHIDg1L4u32zagbZu/BtHBn5A15e/TLq+MkHsxt2VQ
US4adjslz+E9PvEmB77TefvbbooE7kRsSfS8gY1DklRHmktvLAcJx88cWPlbKNHNuYng
ee7p4xia8Jf5why3Ku+66WvUzt1Uqa3onNauZFhMNNZboigxHTp+7md2q+Cef0akVc45
prrO2eOOK7rsqhbyGfhLOXbDL7Cs+W1dWV13O02XREZ/LWUkST+K49dcg/MF4jEYuRjZ
0eZG9nAhdfhfcrayjfyB2VWpq2bXaxw6aOMrkSKrrCmTtBx2oSKnM0JCgzbKDcnMIpdx        VqyQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version       :dkim-signature;
bh=k7gzi2hsAifdtO8Ao90XiUK775AR0YQTPWtH6uM4GfU=;
b=S4UOlMPzziqB0SOOyCAmarID9H/viXxyBrrLodJmFx3VElZ1S6e+KMP1198CqfoOJ8
P5p3n/5FexNrr2TpCZ4Y7jAyR2YN9kJoFVbT6Jxx1kvRjcJwmW6agJiouogV6EKlNlyg
BosQeczwZwvxWUar+pKZUgfkXQrB8g36I+HGE7LNPHF1pB/Ambae/58Bp+ESa6IXlrBQ
18WaBuFCWeZU5Akf7bd3asCMoaaUNtpjnP+1DTYhisNBLThHKNr1cupysUt60v2ouYor
38xRhM9S23IkMt9aAeFF/6TIMhZml12ov4R6bStuaidxqnB81MPxBEF3POhU17bjn6qf        FeeA==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@gmail.com header.s=20210112
header.b=OLv36h9n;      spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <chaptersdontturn@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])      by mx.google.com with
SMTPS id ba19-20020a0560001c1300b00203ec9c5388sor1978890wrb.56.2022.03.17.19.22.36       for
<jeremywilandcsc@gmail.com>       (Google Transport Security);      Thu, 17 Mar 2022 19:22:36 -0700 (PDT)
Received-SPF: pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted
sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;      dkim=pass header.i=@gmail.com header.s=20210112
header.b=OLv36h9n;      spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;       dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;       h=x-gm-
message-state:mime-version:references:in-reply-to:from:date       :message-id:subject:to;
bh=k7gzi2hsAifdtO8Ao90XiUK775AR0YQTPWtH6uM4GfU=;
b=mq2D2sYLu0tqhdhvbtRMhpYS0CLIJd1aoXuIMZRPEOvHKi1S2AflfdehHEaqEb92ji
YfxzKcXJn3O408QYoAaFsm+4aFdbkuFHrdvu/cSNBUne97xFsjYlX5YLFwjiRS4UIYr1
v7hDP/Wz9eVvQBneoj77hYomIcw1EPuQ8UPhKPJ6J5KqqTvw8Pl0xUJ6uQbqYVgbcVaa
B9iNa3ezvmUWUz45IZAgqlex/+zlTafqkZA8n6d7+iSVYXV6ZrQUvgjGtKK5jYS7Pkp3
VNw8ay7A2uib8s/qWkXjV4wZqb1FkEHhigGXapgfxWccGtAIWRIDL1mH0Iy3MJvVwMMq       pYfA==
X-Gm-Message-State: AOAM530rKZxUnOCfXlx211/MW9DTelXcH+Ah+J4+EFMAmIZLN6PXAaKM
x8nQCn/aJvu1z0Kl1IOWCqe1e0CdPFlwj61FOjaX7P4D3bE=
X-Google-Smtp-Source:
ABdhPJx8w4S9c13sLsI0psRdSrGNrPQyhAONCVWZ9lKj1rZRWiuDqDqdY2Q+GPk13P8tBrwez68PCVSYFlT9oBB
TeZ4=
X-Received: by 2002:a5d:62c2:0:b0:203:e2dc:60de with SMTP id o2-
20020a5d62c2000000b00203e2dc60demr6247054wrv.482.1647570156669; Thu, 17 Mar 2022 19:22:36 -0700 (PDT)
MIME-Version: 1.0
References: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>
<CADTZqfKsO9W5ryB=CFuPWyVqCxKAVYUS0vFo-LpRYv0_j3Og@mail.gmail.com>
<CAGF==x_26778pYAQS7-n3BaJk10nY8rbxeZTJxbTNYna4VTQ_A@mail.gmail.com>

In-Reply-To: <CAGF==x_26778pYAQS7-n3BaJk10nY8rbxeZTJxbTNYna4VTQ_A@mail.gmail.com>
From: chaptersdontturn@gmail.com
Date: Fri, 18 Mar 2022 12:22:25 +1000
Message-ID: <CADTZqfLt1pAGf8tBGHcYC0aDUg_PMjumu6PN4Lr3LcHu14KBhA@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000ee4f5605da74d14b"


From 1727601717478619287@xxx Fri Mar 18 02:09:46 +0000 2022
X-GM-THRID: 1727541745177329377
MIME-Version: 1.0
Date: Thu, 17 Mar 2022 19:09:46 -0700
References: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>
<CADTZqfKsO9W5ryB=CFuPWyVqCxKAVYUS0vFo-LpRYv9r0_j3Og@mail.gmail.com>
In-Reply-To: <CADTZqfKsO9W5ryB=CFuPWyVqCxKAVYUS0vFo-LpRYv9r0_j3Og@mail.gmail.com>
Message-ID: <CAGF==x_26778pYAQS7-n3BaJk10nY8rbxeZTJxbTNYna4VTQ_A@mail.gmail.com>
From: jeremywilandcsc@gmail.com
To: chaptersdontturn@gmail.com
Content-Type: multipart/alternative; boundary="0000000000000d3b3205da74a4c3"


X-Originating-IP: ::135.26.144.241


From 1727541946087231648@xxx Thu Mar 17 10:19:44 +0000 2022
X-GM-THRID: 1727541745177329377
Delivered-To: jeremywilandcsc@gmail.com
Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp859633ejz;      Thu, 17 Mar 2022 03:19:44 -0700 (PDT)
X-Received: by 2002:a05:600c:3556:b0:389:f440:50e6 with SMTP id i22-20020a05600c355600b00389f44050e6mr3190097wmq.159.1647512384217;      Thu, 17 Mar 2022 03:19:44 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1647512384; cv=none;      d=google.com; s=arc-20160816;
b=dOZnndNNMt5pK9D19sU+q5Q1H7JoSoyz3POlXKwEwwDPc69cXB2QHEtwYTFiwfWZhr
VLf8ijM7xmYKlnZb75CI+23Scbmzykp3WgzlVbUQ6mjCpFIQREjopopYFOmOZzMqF139
wSX1UergitAyO6dt8DeQnDK6dt1GP0JcaWBK+AgQW7M8iPO0J0DUGMHRYVWPb05jDh8M
23Qmn/oJOnJ6h4PRPZFDyQwy0OnZboUYjTfIc3os42cNZx9o9yISJPpkdYgv2wdNUFCz
WqeMg/OpRWlWyZM57NkYHyL6EIUSATA2Hv4zc9NwYT17krodt6TRY01kBsu/IXGmMq1V      hiFg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:in-reply-to:references:mime-version      :dkim-signature;
bh=x7VsfbKXecy8GCkggspCrkvGVGLkx4PLxY9mEiStXj0=;
b=hyvUm2K3Bhtirpb2X+ML1WaUxsluM0xXNVlbscTrNIdyzLLrGBunMJgE3hC1L1vbFq
Or+s5uP/IQ89AXRYuHovpSkwV6x6K587O1pg/bEjikXH55D3v/XY77JkmYKCW5jpyLo6
8LJc8HzELOlwM6ZU2LokZHEpsNnuI6fFXSsi8mteqIB7YFCjC9y68w0EkjRk1nYoQuby
5Ybx0E4PGnCEjhL/5Q/bc4KaPaf+3TMndd4cDb+UCBhLQzKzFugRZe4f3OYAPJY4LuNT
AldJXN5lFkLEahgTdj6TfNbc7g5t+G1cWKLAywBmdVDR69Hygq/tJfWurYozgQ/Jmxid      LnvQ==
ARC-Authentication-Results: i=1; mx.google.com;      dkim=pass header.i=@gmail.com header.s=20210112
header.b="X/tSRlXk";      spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;      dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
Return-Path: <chaptersdontturn@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])      by mx.google.com with
SMTPS id i8-20020a05600c354800b00389cf31f5desor2568124wmq.42.2022.03.17.03.19.44      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Thu, 17 Mar 2022 03:19:44 -0700 (PDT)
Received-SPF: pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted
sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;      dkim=pass header.i=@gmail.com header.s=20210112

header.b="X/tSRlXk";     spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;     dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;     d=1e100.net; s=20210112;     h=x-gm-message-state:mime-version:references:in-reply-to:from:date     :message-id:subject:to;

bh=x7VsfbKXecy8GCkggspCrkvGVGLkx4PLxY9mEiStXj0=;

b=lLMRkLXbxOx2DvEBZO3+eHvWgAp5iULxGtLoqCUeAB77yBq4pYM+fDoKzK2HPw6oWl
F1XKrOBZ10SV3ywI0A2ArTRy6RO/qc+E390SSgtTO0PcwRlMVifKws4k/6yr5HvbE2zl
5MYuXe2XuxSD10hCGMsaF2QZ5FHNyZNYIYQIJGcLUx7874zfU+zx0u26842OiQV+g7Ou
NZdNs76Y666MM5cunJoKmT+y7IG2tqawDdZAQZpYiWDwsiUL+ssF6lVBTMr60k2R/Fvw
bRpkG3ja6nZHd9KXw2nocYBRWMyUAss3TxJHGSk4Xc5s9q2IyRtOIDOb6QtZEnzfo+yd     2N/g==

X-Gm-Message-State: AOAM532JkErwh7/perMBZauMM5C7PBPtZAAk6R6DVcIuyChAwLt3HaqF
VKD3qvMwQ0OOxZ4Z4Z8SWu9X2P3ueOOE7Ig4O1KpIHbialg=

X-Google-Smtp-Source:
ABdhPJxG9ttzs3WxYQXbkEh+avq1yZyoQ0kGrFqtjhWKGGTBgmGum6DfBFR1LsLuas/tfPkAmHa5lfurYyINhalMs
+g=

X-Received: by 2002:a1c:f413:0:b0:37b:d1de:5762 with SMTP id z19-
20020a1cf413000000b0037bd1de5762mr3245864wma.108.1647512383588; Thu, 17 Mar 2022 03:19:43 -0700 (PDT)

MIME-Version: 1.0

References: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>

In-Reply-To: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>

From: chaptersdontturn@gmail.com

Date: Thu, 17 Mar 2022 20:19:32 +1000

Message-ID: <CADTZqfKsO9W5ryB=CFuPWyVqCxKAVYUS0vFo-LpRYv9r0_j3Og@mail.gmail.com>

To: jeremywilandcsc@gmail.com

Content-Type: multipart/mixed; boundary="0000000000006329b305da675e94"


From 1727541745177329377@xxx Thu Mar 17 10:16:32 +0000 2022

X-GM-THRID: 1727541745177329377

Delivered-To: jeremywilandcsc@gmail.com

Received: by 2002:a17:906:3010:0:0:0:0 with SMTP id 16csp858003ejz;     Thu, 17 Mar 2022 03:16:32 -0700 (PDT)

X-Received: by 2002:a5d:5848:0:b0:203:a65d:1f49 with SMTP id i8-
20020a5d5848000000b00203a65d1f49mr3176593wrf.397.1647512192613;     Thu, 17 Mar 2022 03:16:32 -0700 (PDT)

ARC-Seal: i=1; a=rsa-sha256; t=1647512192; cv=none;     d=google.com; s=arc-20160816;
b=oEmlpmdMMTsveY263WFJDn6qfjHiOnZdWwHu/i3put1suxO1rPslecFknDJNi6+WEu
3RmZOUEWbHh2GnQegKsDf+7lWYH+pSr8DvabJdIYuPqsSkC+jeH12Oygx+vmXiCrK3ns
3TJ7BqtnThM0s/R8kQJBzGTRwRCMMQ/8JVc3Qv6NJxddSooGG6MrUQTu9Koj+wFoHWs0
yRS3B5mrDPZwmNEhw+NwUsFKHGLiPS7zRDcjqKfvS6y72iIA8ALnMo3t3BIxnF9AFI7C
QQ3VkYwF3avUavyusaqGyyoxg/tAas7V99HMnQlv2MARUCs86VPhz/NYPAFzf8UEosEo     lB6g==

ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
h=to:subject:message-id:date:from:mime-version:dkim-signature;
bh=6gC2+IzBHaP7qhErOjel8R15uuzDnT57al41btu4nrs=;

b=KYrvXeAAYazOQzm3XGevvCZT67EYTJOSVNssOELOjWhqJgs/m6l23ZJNu0gHk8JNdE
VMzv1URY26JN3ZTnWfXGOuS5OznAE/lp+RFG/16eU6j7gCCu3SQCon++nRLrzNTSRkrU
g+844DBFVva6SVxI9YV7IEoH34mtYEqe2QZbYaNb5bNHIXukzF6gVKiT6BimsuVTIq6
27yx0JZl7buCyEvofvEwxzBYQ/QcuF9ogVwZZjE3n6X5m4oAX99k6X5fbEPYKsY1HXs/
cvYlpTO0fgK1qihMWeuFUBe7qU5y5AW97E+iw9bX9Iy0UwL3YvhHaysa07CFX5avw+Ou     zPzA==

ARC-Authentication-Results: i=1; mx.google.com;     dkim=pass header.i=@gmail.com header.s=20210112
header.b="X/quqrmE";     spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;     dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com

Return-Path: <chaptersdontturn@gmail.com>

Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])      by mx.google.com with
SMTPS id i8-20020a05600c354800b00389cf31f5desor2565520wmq.42.2022.03.17.03.16.32      for
<jeremywilandcsc@gmail.com>      (Google Transport Security);      Thu, 17 Mar 2022 03:16:32 -0700 (PDT)
Received-SPF: pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as permitted
sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;      dkim=pass header.i=@gmail.com header.s=20210112
header.b="X/quqrmE";      spf=pass (google.com: domain of chaptersdontturn@gmail.com designates 209.85.220.41 as
permitted sender) smtp.mailfrom=chaptersdontturn@gmail.com;      dmarc=pass (p=NONE sp=QUARANTINE
dis=NONE) header.from=gmail.com
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;      d=1e100.net; s=20210112;      h=x-gm-
message-state:mime-version:from:date:message-id:subject:to;
bh=6gC2+IzBHaP7qhErOjel8R15uuzDnT57al41btu4nrs=;
b=plECBy77cvIehFqvEXlkxr8JPH51O4SHNuYwC5B1qg5BWP8i4JRlxjUlUs2HHFmTuf
65WodHCIOKs89sD+NAa0lfngej5qCojGpRWbz21J3UCBXykAhhBze/d40slRsScc53Gx
96deh7PQc9s1WtbmgJZTOHl2K0dCYWAoZD6f8GyMti3Rjzsidfv5G2R3EHBl0pplPR4M
OPihRCIsvz7qMOCvQJOnY/9dpI8NxQkQXWlgHb+x60FCs/5fzbHkMKSF2872AglpL87w
PQhtHLqGA1wB4MD72VwhU5BJukJLTaNNUyJzBTf1dckVWIgXqXCnMGVmTzURfUPFqzK1      E+Zw==
X-Gm-Message-State: AOAM531v3U6XPbUbKrFwHizObkasrOqVl0q1GYeOCFv3M3e+SNC2xGug
8cp7adaGYUoM+jeT38iUoi0vldmOBAWvnmhJb7PlNaGdnMw=
X-Google-Smtp-Source:
ABdhPJwmsNgrwWJRTEG0/CWYQdkKfzOMfhpvL520iV0p42Y1KhdHBULCw1nxuf8Y2gT+Dolg47TiokRopnJFd
MpCFv0=
X-Received: by 2002:a05:600c:3c9a:b0:38c:837e:e450 with SMTP id bg26-
20020a05600c3c9a00b0038c837ee450mr2648wmb.194.1647512192281; Thu, 17 Mar 2022 03:16:32 -0700 (PDT)
MIME-Version: 1.0
From: chaptersdontturn@gmail.com
Date: Thu, 17 Mar 2022 20:16:21 +1000
Message-ID: <CADTZqfLGqsESUALbZV59-ovDK7VtRJ2wa=kGT4JFGk9NjvkcRg@mail.gmail.com>
To: jeremywilandcsc@gmail.com
Content-Type: multipart/alternative; boundary="000000000000fbf07a05da675276"