# EXHIBIT 11

# Ticket T7-80170723

Conversation with **jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**caromaria@google.com**                Mar 22, 2022, 6:59 AM
To: athury.AC@gmail.com
Subject: Copyright takedown request received for your YouTube video

---

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=g_rmNq15pkE

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Address:
Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com Phone:

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=g_rmNq15pkE
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video Game Series
  - Title of copyrighted work: Tranquility

CONFIDENTIAL        GOOG-BUNGIE-00000005

- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:03
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

Conversation with **athuryac@gmail.com** · Copyright takedown request received for your YouTube video

| | |
|---|---|
| **jeremywilandcsc@gmail.com** | Mar 17, 2022, 1:51 PM |
| To: | |
| Subject: Copyright Complaint Submission | |

Video IDs: g_rmNq15pkE

| | |
|---|---|
| **video-rights** | Mar 17, 2022, 1:51 PM |

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000006

To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid
and includes all required elements. We will reply to this email when
we've taken action on your request. You can also check on the status
of your takedown request in the 'Removal requests' tab which is found
in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=g_rmNq15pkE
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video Game Series
- Title of copyrighted work: Tranquility
- Additional information: This video contains in game content belonging
  to our client. Copying, reproducing, distributing, displaying, or
  otherwise exploiting of Bungie's software/elements without their
  consent is unlawful.

CONFIDENTIAL                                                          GOOG-BUNGIE-00000007

- ◦ Where does the content appear?
  The content appears in the targeted video from 0 to 1:03
  It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                         Mar 18, 2022, 7:38 PM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission

 YouTube

CONFIDENTIAL                                                              GOOG-BUNGIE-00000008

Hi Jeremy Wiland,

Thank you for your message.

The video(s) in your complaint have already been removed. Because the content is unavailable, we will not review your complaint.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=g_rmNq15pkE
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video Game Series
- Title of copyrighted work: Tranquility
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:03
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000009

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL    GOOG-BUNGIE-00000010

# Ticket T7-80174455

**Conversation with jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**gelemanovic@google.com**                                    Mar 22, 2022, 6:51 AM
To: type105x@gmail.com
Subject: Copyright takedown request received for your YouTube video

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=eYgZBmiFZUo

https://www.youtube.com/watch?v=s3m8GT628Fs

https://www.youtube.com/watch?v=Ttxv7ICZEAQ

https://www.youtube.com/watch?v=W7M6VQGMu1Q

https://www.youtube.com/watch?v=5lXycT0wOfE

https://www.youtube.com/watch?v=ovuQM7mw8r8

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=5lXycT0wOfE

- Describe the work allegedly infringed: My company, organization or client's original song

CONFIDENTIAL                                    GOOG-BUNGIE-00000011

- Title of original song: Yours to Win
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=CYruPwoZ864
- Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Witch Queen
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Ttxv7ICZEAQ
- Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Abberant Path
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=UTOOAtPqA2k
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Journey ft. Kronos Quartet
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=W7M6VQGMu1Q
- Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Queen's Deception
- Where does the content appear? Entire video

CONFIDENTIAL                                                                                         GOOG-BUNGIE-00000012

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=eYgZBmiFZUo
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Witch Queen
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ovuQM7mw8r8
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Deserving
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=s3m8GT628Fs
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Lucent World
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=uRzmOsZg48w
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Eyes Up
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=uZkd3LCUqi8
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Grasp of Avarice
  - Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

CONFIDENTIAL

GOOG-BUNGIE-00000013

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

Conversation with **type105x@gmail.com** · Copyright takedown request received for your YouTube video

**gelemanovic@google.com**                                    Mar 22, 2022, 7:00 AM
To: lucabaldoni2014@gmail.com
Subject: Copyright takedown request received for your YouTube video

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=uRzmOsZg48w

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?):

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000014

Brand Protection  Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=5lXycT0wOfE
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Yours to Win
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=CYruPwoZ864
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Witch Queen
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Ttxv7ICZEAQ
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Abberant Path
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=UTOOAtPqA2k
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Journey ft. Kronos Quartet
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear?
    The content appears in the targeted video from 0 to 1:00
    It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=W7M6VQGMu1Q
- Describe the work allegedly infringed: My company, organization or client's original song

CONFIDENTIAL    GOOG-BUNGIE-00000015

- ○ Title of original song: Queen's Deception
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=eYgZBmiFZUo
- Describe the work allegedly infringed: My company, organization or client's original song

- ○ Title of original song: The Witch Queen
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ovuQM7mw8r8
- Describe the work allegedly infringed: My company, organization or client's original song

- ○ Title of original song: The Deserving
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=s3m8GT628Fs
- Describe the work allegedly infringed: My company, organization or client's original song

- ○ Title of original song: Lucent World
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=uRzmOsZg48w
- Describe the work allegedly infringed: My company, organization or client's original song

- ○ Title of original song: Eyes Up
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=uZkd3LCUqi8
- Describe the work allegedly infringed: My company, organization or client's original song

- ○ Title of original song: Grasp of Avarice
- ○ Where does the content appear? Entire video

CONFIDENTIAL

GOOG-BUNGIE-00000016

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

---

Conversation with **c8iannacone@gmail.com** · Copyright takedown request received for your YouTube video

---

**jeremywilandcsc@gmail.com**                                    Mar 17, 2022, 4:32 PM
To:
Subject: Copyright Complaint Submission

Video IDs: 5lXycT0wOfE, CYruPwoZ864, Tbxv7ICZEAQ, UTCOAtPqA2k, W7M6VQGMu1Q, eYgZBmiFZUo, ovuQM7mw8r8, s3m8GT628Fs, uRzmOsZg48w, uZkd3LCUqi8

---

**video-rights**                                                   Mar 17, 2022, 4:32 PM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission

---



CONFIDENTIAL                                                        GOOG-BUNGIE-00000017

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=5lXycT0wOfE
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Yours to Win
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CYruPwoZ864
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Witch Queen
- Where does the content appear? Entire video

CONFIDENTIAL                                                                                              GOOG-BUNGIE-00000018

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Ttxv7ICZEAQ
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Abberant Path
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=UTOOAtPqA2k
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Journey ft. Kronos Quartet
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=W7M6VQGMu1Q
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Queen's Deception
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=eYgZBmiFZUo
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Witch Queen
- Where does the content appear? Entire video

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000019

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=ovuQM7mw8r8
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Deserving
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=s3m8GT628Fs
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Lucent World
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=uRzmOsZg48w
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Eyes Up
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=uZkd3LCUqi8
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Grasp of Avarice
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000020

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                                                    Mar 17, 2022, 6:00 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000021

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=5lXycT0wOfE
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Yours to Win
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CYruPwoZ864
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Witch Queen
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Ttxv7ICZEAQ
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Abberant Path
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=UTOOAtPqA2k
Describe the work allegedly infringed: Other

CONFIDENTIAL

GOOG-BUNGIE-00000022

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Journey ft. Kronos Quartet
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=W7M6VQGMu1Q
  Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Queen's Deception
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=eYgZBmiFZUo
  Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Witch Queen
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=ovuQM7mw8r8
  Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Deserving
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=s3m8GT628Fs
  Describe the work allegedly infringed: My company, organization or client's original song

CONFIDENTIAL                                                                                          GOOG-BUNGIE-00000023

- Title of original song: Lucent World
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=uRzmOsZg48w
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Eyes Up
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=uZkd3LCUqi8
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Grasp of Avarice
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL    GOOG-BUNGIE-00000024

Conversation with **lucabaldoni2014@gmail.com**  ·  Copyright takedown request received for your YouTube video

---

**gelemanovic@google.com**                                              Mar 22, 2022, 6:55 AM
To: C8lannacone@gmail.com
Subject: Copyright takedown request received for your YouTube video

---

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=uZkd3LCUqi8

https://www.youtube.com/watch?v=CYruPwoZ864

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection  Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=5lXycT0wOfE
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Yours to Win
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=CYruPwoZ864

CONFIDENTIAL                                              GOOG-BUNGIE-00000025

- Describe the work allegedly infringed: My company, organization or client's original song

  ○ Title of original song: The Witch Queen
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Ttxv7ICZEAQ
- Describe the work allegedly infringed: My company, organization or client's original song

  ○ Title of original song: Abberant Path
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=UTOOAtPqA2k
- Describe the work allegedly infringed: Other

  ○ Type of copyrighted work: Destiny - Video game series
  ○ Title of copyrighted work: Journey ft. Kronos Quartet
  ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  ○ Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=W7M6VQGMu1Q
- Describe the work allegedly infringed: My company, organization or client's original song

  ○ Title of original song: Queen's Deception
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=eYgZBmiFZUo
- Describe the work allegedly infringed: My company, organization or client's original song

  ○ Title of original song: The Witch Queen
  ○ Where does the content appear? Entire video

CONFIDENTIAL      GOOG-BUNGIE-00000026

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ovuQM7mw8r8
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Deserving
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=s3m8GT628Fs
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Lucent World
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=uRzmOsZg48w
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Eyes Up
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=uZkd3LCUqi8
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Grasp of Avarice
  - Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.

CONFIDENTIAL      GOOG-BUNGIE-00000027

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

---

Conversation with **oxylek@gmail.com**  ·  Copyright takedown request received for your YouTube video

---

**gelemanovic@google.com**                                          Mar 22, 2022, 6:57 AM
To: oXylek@gmail.com
Subject: Copyright takedown request received for your YouTube video

---

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=UTOOAtPqA2k

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection  Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=5lXycT0wOfE
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Yours to Win

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000028

- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=CYruPwoZ864
- Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Witch Queen
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Ttxv7lCZEAQ
- Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Abberant Path
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=UTOOAtPqA2k
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Journey ft. Kronos Quartet
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=W7M6VQGMu1Q
- Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Queen's Deception
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=eYgZBmiFZUo

CONFIDENTIAL                                                                                                                GOOG-BUNGIE-00000029

- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Witch Queen
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ovuQM7mw8r8
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Deserving
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=s3m8GT628Fs
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Lucent World
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=uRzmOsZg48w
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Eyes Up
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=uZkd3LCUqi8
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Grasp of Avarice
  - Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

CONFIDENTIAL    GOOG-BUNGIE-00000030

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000031

# Ticket T7-80178837

## Conversation with **jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**gelemanovic@google.com**                                    Mar 22, 2022, 4:59 AM
To: hexenkingtv@gmx.net
Subject: Copyright takedown request received for your YouTube video

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=CE2JXmgYZzk

https://www.youtube.com/watch?v=VrfyInzyLXc

https://www.youtube.com/watch?v=OcCbrMs6wSM

https://www.youtube.com/watch?v=WMIfIuVWJ1E

https://www.youtube.com/watch?v=BNwjGw1xV78

https://www.youtube.com/watch?v=-PUV6FgJqyU

https://www.youtube.com/watch?v=_q_5d-YH2pY

https://www.youtube.com/watch?v=Gr2FWK36Loc

https://www.youtube.com/watch?v=jKsGwauffdQ

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

CONFIDENTIAL                                                      GOOG-BUNGIE-00000032

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection  Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=-PUV6FgJqyU
- Describe the work allegedly infringed: My company, organization or client's original song

  o Title of original song: Unworthy
  o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=BNwjGw1xV78
- Describe the work allegedly infringed: My company, organization or client's original song

  o Title of original song: Necropolis
  o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=CE2JXmgYZzk
- Describe the work allegedly infringed: My company, organization or client's original song

  o Title of original song: Dark Horizons
  o Where does the content appear? Entire video

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000033

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Gr2FWK36Loc
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Forgotten Wounds
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=OcCbrMs6wSM
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Terroris Somnum
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=VrfyInzyLXc
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Eden
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=WMIfIuVWJ1E
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Storm the Keep
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=_q_5d-YH2pY
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Call to Arms

CONFIDENTIAL    GOOG-BUNGIE-00000034

- Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=jKsGwauffdQ
- Describe the work allegedly infringed: My company, organization or client's
  original song

- Title of original song: On the Hunt
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is infringing
  may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube
  account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Sincerely,

CONFIDENTIAL     GOOG-BUNGIE-00000035

Conversation with **hexenkingtv@gmx.net**  ·  Copyright takedown request received for your YouTube video

---

**jeremywilandcsc@gmail.com**                                          Mar 17, 2022, 6:58 PM

To:

Subject: Copyright Complaint Submission

Video IDs: -PUV6FgJqyU, BNwjGw1xV78, CE2JXmgYZzk, Gr2FWK36Loc, OcCbrMs6wSM, VrfylnzyLXc, WMIfluVWJ1E, _q_5d-YH2pY, jKsGwauffdQ

---

**video-rights**                                                      Mar 17, 2022, 6:58 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

CONFIDENTIAL                                                                                GOOG-BUNGIE-00000036

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=-PUV6FgJqyU
Describe the work allegedly infringed: My company, organization or
client's original song

- ○ Title of original song: Unworthy
- ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=BNwjGw1xV78
Describe the work allegedly infringed: My company, organization or
client's original song

- ○ Title of original song: Necropolis
- ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CE2JXmgYZzk
Describe the work allegedly infringed: My company, organization or
client's original song

- ○ Title of original song: Dark Horizons
- ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Gr2FWK36Loc
Describe the work allegedly infringed: My company, organization or
client's original song

- ○ Title of original song: Forgotten Wounds
- ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=OcCbrMs6wSM

CONFIDENTIAL                                                                        GOOG-BUNGIE-00000037

Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Terroris Somnum
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=VrfyInzyLXc
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Eden
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=WMIfIuVWJ1E
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Storm the Keep
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=_q_5d-YH2pY
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Call to Arms
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=jKsGwauffdQ
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: On the Hunt
- Where does the content appear? Entire video

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000038

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                              Mar 17, 2022, 7:50 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

 **YouTube**

Hi Jeremy Wiland,

CONFIDENTIAL                                        GOOG-BUNGIE-00000039

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=-PUV6FgJqyU
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Unworthy
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=BNwjGw1xV78
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Necropolis
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CE2JXmgYZzk
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Dark Horizons

CONFIDENTIAL                                                               GOOG-BUNGIE-00000040

- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Gr2FWK36Loc
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: Forgotten Wounds
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=OcCbrMs6wSM
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: Terroris Somnum
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=VrfyInzyLXc
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: Eden
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=WMIfIuVWJ1E
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: Storm the Keep
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=_q_5d-YH2pY
Describe the work allegedly infringed: My company, organization or
client's original song

CONFIDENTIAL                                                                      GOOG-BUNGIE-00000041

- Title of original song: Call to Arms
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=jKsGwauffdQ
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: On the Hunt
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL    GOOG-BUNGIE-00000042

# Ticket T7-80267285

**Conversation with jeremywilandcsc@gmail.com**  ·  YouTube Copyright Complaint Submission

---

**jeremywilandcsc@gmail.com**                                    Mar 19, 2022, 1:44 PM
To:
Subject: Copyright Complaint Submission

Video IDs: 0sBj6jUpKAE, 6GzSWJH8VC4, 8UzxLO0yrCI, CEW9wsrv6-M, PxcqFsz1mcY, YB6TQOBVua4, y4y81GCP0yI

---

**video-rights**                                                Mar 19, 2022, 1:44 PM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                            GOOG-BUNGIE-00000043

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=0sBj6jUpKAE
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=6GzSWJH8VC4
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=8UzxLO0yrCI
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

CONFIDENTIAL

GOOG-BUNGIE-00000044

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CEW9wsrv6-M
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=PxcqFsz1mcY
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=YB6TQOBVua4
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=y4y81GCP0yI

CONFIDENTIAL    GOOG-BUNGIE-00000045

Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

video rights                                                                Mar 19, 2022, 8:30 PM

CONFIDENTIAL                                                        GOOG-BUNGIE-00000046

video-rights                                                           Mar 19, 2022, 8:30 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

 YouTube

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=0sBj6jUpKAE
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

CONFIDENTIAL                                                    GOOG-BUNGIE-00000047

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=6GzSWJH8VC4
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=8UzxLO0yrCI
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CEW9wsrv6-M
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=PxcqFsz1mcY

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000048

Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=YB6TQOBVua4
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=y4y81GCP0yI
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

CONFIDENTIAL                                                                GOOG-BUNGIE-00000049

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

Conversation with **chaptersdontturn@gmail.com**  · Copyright takedown request received for your YouTube video

**nginchoong@google.com**                                          Mar 29, 2022, 11:49 PM
To: chaptersdontturn@gmail.com
Subject: Copyright takedown request received for your YouTube video

Hello,

The following videos in your account have been restored unless you have deleted them:

https://youtube.com/watch?v=8UzxLO0yrCl

https://youtube.com/watch?v=YB6TQOBVua4

https://youtube.com/watch?v=PxcqFsz1mcY

https://youtube.com/watch?v=0sBj6jUpKAE

CONFIDENTIAL                                                          GOOG-BUNGIE-00000050

https://youtube.com/watch?v=CEW9wsrv6-M

https://youtube.com/watch?v=y4y81GCP0yI

https://youtube.com/watch?v=6GzSWJH8VC4

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=0sBj6jUpKAE
- Describe the work allegedly infringed: Other
  - Type of copyrighted work: Destiny - Video game series

CONFIDENTIAL                                                                      GOOG-BUNGIE-00000051

- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=6GzSWJH8VC4
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=8UzxLO0yrCI
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=CEW9wsrv6-M
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

CONFIDENTIAL

GOOG-BUNGIE-00000052

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=PxcqFsz1mcY
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=YB6TQOBVua4
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=y4y81GCP0yI
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

CONFIDENTIAL                                                                  GOOG-BUNGIE-00000053

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

[END COPY OF NOTICE]

Sincerely,
The YouTube Team

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000054

# Ticket T7-80262831

**Conversation with jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**jeremywilandcsc@gmail.com**                                          Mar 19, 2022, 10:59 AM
To:
Subject: Copyright Complaint Submission

Video IDs: 1tn-BLzepSo, 3EHWYguIjr8, EEIM3yBzXXY, MZcoeOvySoQ, PnzjqTvHJto, iL0k_C5B3rY, qFZCPEqHll4, sy_d1j1V064, tnFnrZZtYbA, zB53niE7R7Q

---

**video-rights**                                                      Mar 19, 2022, 10:59 AM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                           GOOG-BUNGIE-00000055

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=1tn-BLzepSo
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: Prey
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=3EHWYguIjr8
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The Tower
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=EEIM3yBzXXY
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The First Challenge
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=MZcoeOvySoQ
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The Collapse
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=PnzjqTvHJto
Describe the work allegedly infringed: My company, organization or
client's original song

CONFIDENTIAL                                                                                                    GOOG-BUNGIE-00000056

- Title of original song: Excerpt from The Hope
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=iL0k_C5B3rY
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Guardian
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=qFZCPEqHll4
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Excerpt from The Ecstasy
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=sy_d1j1V064
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Warmind
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=tnFnrZZtYbA
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Last Array
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=zB53niE7R7Q

CONFIDENTIAL                                                                              GOOG-BUNGIE-00000057

Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Journey Home
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                              Mar 20, 2022, 5:18 AM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission

---

https://ytflows.corp.google.com/#/print/T7-80262831                                    4/11

CONFIDENTIAL                                                          GOOG-BUNGIE-00000058

 YouTube

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=1tn-BLzepSo
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Prey
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=3EHWYguIjr8
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Tower
- Where does the content appear? Entire video

CONFIDENTIAL        GOOG-BUNGIE-00000059

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=EEIM3yBzXXY
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The First Challenge
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=MZcoeOvySoQ
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Collapse
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=PnzjqTvHJto
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Excerpt from The Hope
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=iL0k_C5B3rY
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Guardian
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=qFZCPEqHll4
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Excerpt from The Ecstasy

CONFIDENTIAL                                                                                        GOOG-BUNGIE-00000060

- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=sy_d1j1V064
  Describe the work allegedly infringed: My company, organization or
  client's original song

- Title of original song: The Warmind
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=tnFnrZZtYbA
  Describe the work allegedly infringed: My company, organization or
  client's original song

- Title of original song: The Last Array
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=zB53niE7R7Q
  Describe the work allegedly infringed: My company, organization or
  client's original song

- Title of original song: The Journey Home
- Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000061

infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

Conversation with **tridyriumx@gmail.com** · Copyright takedown request received for your YouTube video

| | |
|---|---|
| **gelemanovic@google.com** | Mar 30, 2022, 12:42 AM |
| To: tridyriumx@gmail.com | |
| Subject: Copyright takedown request received for your YouTube video | |

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=tnFnrZZtYbA

https://www.youtube.com/watch?v=sy_d1j1V064

https://www.youtube.com/watch?v=iL0k_C5B3rY

https://www.youtube.com/watch?v=qFZCPEqHll4

https://www.youtube.com/watch?v=PnzjqTvHJto

https://www.youtube.com/watch?v=3EHWYguIjr8

CONFIDENTIAL    GOOG-BUNGIE-00000062

https://www.youtube.com/watch?v=zB53niE7R7Q

https://www.youtube.com/watch?v=MZcoeOvySoQ

https://www.youtube.com/watch?v=EEIM3yBzXXY

https://www.youtube.com/watch?v=1tn-BLzepSo

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection  Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=1tn-BLzepSo
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Prey
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=3EHWYguIjr8
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Tower
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=EEIM3yBzXXY
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The First Challenge
  - Where does the content appear? Entire video

CONFIDENTIAL                                                                                              GOOG-BUNGIE-00000063

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=MZcoeOvySoQ
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Collapse
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=PnzjqTvHJto
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Excerpt from The Hope
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=iL0k_C5B3rY
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Guardian
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=qFZCPEqHll4
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Excerpt from The Ecstasy
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=sy_d1j1V064
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Warmind
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=tnFnrZZtYbA
- Describe the work allegedly infringed: My company, organization or client's original song

CONFIDENTIAL        GOOG-BUNGIE-00000064

- o Title of original song: The Last Array
- o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=zB53niE7R7Q
- Describe the work allegedly infringed: My company, organization or client's original song

- o Title of original song: The Journey Home
- o Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

CONFIDENTIAL    GOOG-BUNGIE-00000065

# Ticket T7-80259808

**Conversation with jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**jeremywilandcsc@gmail.com**                              Mar 19, 2022, 9:46 AM
To:
Subject: Copyright Complaint Submission

Video IDs: -KhUA0kkDkA, YMafEIMfG20, ZbjoBKmrNuM

---

**video-rights**                                           Mar 19, 2022, 9:46 AM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL

GOOG-BUNGIE-00000066

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=-KhUA0kkDkA
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=YMafEIMfG20
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=ZbjoBKmrNuM
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

CONFIDENTIAL    GOOG-BUNGIE-00000067

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                          Mar 19, 2022, 12:28 PM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission

 YouTube

Hi Jeremy Wiland,

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000068

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=-KhUA0kkDkA
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=YMafEIMfG20
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or

CONFIDENTIAL    GOOG-BUNGIE-00000069

otherwise exploiting of Bungie's software/elements without their consent is unlawful.

- Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ZbjoBKmrNuM

Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                          GOOG-BUNGIE-00000070

Conversation with **chaptersdontturn@gmail.com** · Copyright takedown request received for your YouTube video

---

**mellisaann@google.com**          Mar 29, 2022, 12:20 PM

To: chaptersdontturn@gmail.com

Subject: Copyright takedown request received for your YouTube video

Hello,

The following videos in your account have been restored unless you have deleted them:

https://youtu.be/YMafEIMfG20

https://youtu.be/ZbjoBKmrNuM

https://youtu.be/-KhUA0kkDkA

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status

CONFIDENTIAL      GOOG-BUNGIE-00000071

of your takedown request in the 'Removal requests' tab which is found
in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name
(Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position
(What is your authority to make this complaint?): Brand Protection Address: Username:
Jeremy Wiland Email Address: jeremywilandcsc@gmail.com Phone:

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=-KhUA0kkDkA
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging
    to our client. Copying, reproducing, distributing, displaying, or
    otherwise exploiting of Bungie's software/elements without their
    consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=YMafEIMfG20
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging
    to our client. Copying, reproducing, distributing, displaying, or
    otherwise exploiting of Bungie's software/elements without their
    consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=ZbjoBKmrNuM
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000072

- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team


[END COPY OF NOTICE]

Sincerely,
The YouTube Team

CONFIDENTIAL                                                    GOOG-BUNGIE-00000073

# Ticket T7-80277906

**Conversation with jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**jeremywilandcsc@gmail.com**                                    Mar 19, 2022, 8:32 PM
To:
Subject: Copyright Complaint Submission

Video IDs: 1FUxNzHewHE, 8tPj5L19-9U, K8dUt3laGgw, ZkIIh1lZpa0, _xI_IWi2vtU, lWDuk8k8P40, lh35rSyRo20, u3TMMx3u2b8

---

**video-rights**                                                Mar 19, 2022, 8:32 PM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                    GOOG-BUNGIE-00000074

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=1FUxNzHewHE
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=8tPj5L19-9U
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=K8dUt3laGgw
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000075

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=ZkIIh1lZpa0
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=_xI_IWi2vtU
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=lWDuk8k8P40
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=lh35rSyRo20

CONFIDENTIAL                                                                                          GOOG-BUNGIE-00000076

Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=u3TMMx3u2b8
Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000077

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                                    Mar 20, 2022, 6:41 AM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

 YouTube

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000078

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=1FUxNzHewHE
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=8tPj5L19-9U
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=K8dUt3laGgw
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=ZkIIh1lZpa0

CONFIDENTIAL                                                                                        GOOG-BUNGIE-00000079

Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=_xI_IWi2vtU
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=lWDuk8k8P40
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=lh35rSyRo20
Describe the work allegedly infringed: Other

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000080

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=u3TMMx3u2b8
  Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

  Authorized Signature: Jeremy Wiland

Help center • Email options

CONFIDENTIAL                                                                                          GOOG-BUNGIE-00000081

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                   Mar 22, 2022, 2:28 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

---



Hi Jeremy Wiland,

We are concerned that some of the information within this legal request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*). As a result, your YouTube account has been terminated.

If you believe that all of the information you provided in this legal request was accurate, please respond with an explanation.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=1FUxNzHewHE
Describe the work allegedly infringed: Other

CONFIDENTIAL                                             GOOG-BUNGIE-00000082

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=8tPj5L19-9U
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=K8dUt3laGgw
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=ZkIIh1lZpa0
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000083

- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=_xI_lWi2vtU
  Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=lWDuk8k8P40
  Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=lh35rSyRo20
  Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or

CONFIDENTIAL    GOOG-BUNGIE-00000084

otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=u3TMMx3u2b8
Describe the work allegedly infringed: Other

  ○ Type of copyrighted work: Destiny - Video game series
  ○ Title of copyrighted work: Destiny 2
  ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  ○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                    GOOG-BUNGIE-00000085

# Ticket T7-80261682

Conversation with **jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**mellisaann@google.com**

To: volticdesign@gmail.com

Subject: Copyright takedown request received for your YouTube video

Mar 29, 2022, 12:11 PM

---

Hello,

The following videos in your account have been restored unless you have deleted them:

https://youtu.be/5nuIuarer3U

https://youtu.be/0CvzePlXrZ0

https://youtu.be/S8Ha-D7q7co

https://youtu.be/LA4EpgG9OYo

https://youtu.be/uaSrJX2loAo

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



Copyright Infringement Notification Confirmation

CONFIDENTIAL      GOOG-BUNGIE-00000086

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=0CvzePlXrZ0
- Describe the work allegedly infringed: Other

  ○ Type of copyrighted work: Destiny - Video game series
  ○ Title of copyrighted work: Destiny 2
  ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=5nuluarer3U
- Describe the work allegedly infringed: My company, organization or client's original song

  ○ Title of original song: Deep Stone Lullaby
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=LA4EpgG9OYo
- Describe the work allegedly infringed: Other

  ○ Type of copyrighted work: Destiny - Video game series
  ○ Title of copyrighted work: Destiny 2
  ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000087

exploiting of Bungie's software/elements without their consent is unlawful.

- o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=S8Ha-D7q7co
- Describe the work allegedly infringed: My company, organization or client's original song

- o Title of original song: Fallen Empire
- o Where does the content appear?
  The content appears in the targeted video from 0 to 50
  It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=uaSrJX2loAo
- Describe the work allegedly infringed: My company, organization or client's original song

- o Title of original song: Salvation
- o Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000088

Sincerely,

— The YouTube Team

[END COPY OF NOTICE]

Sincerely,
The YouTube Team

Conversation with **volticdesign@gmail.com**  ·  Copyright takedown request received for your YouTube video

---

**jeremywilandcsc@gmail.com**                                    Mar 19, 2022, 10:52 AM
To:
Subject: Copyright Complaint Submission

Video IDs: 0CvzePlXrZ0, 5nuluarer3U, LA4EpgG9OYo, S8Ha-D7q7co, uaSrJX2loAo

---

**video-rights**                                                   Mar 19, 2022, 10:52 AM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

CONFIDENTIAL

GOOG-BUNGIE-00000089

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=0CvzePIXrZ0
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=5nuIuarer3U
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Deep Stone Lullaby
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=LA4EpgG9OYo
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series

CONFIDENTIAL                                                   GOOG-BUNGIE-00000090

- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=S8Ha-D7q7co
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Fallen Empire
- Where does the content appear?
The content appears in the targeted video from 0 to 50
It appears in your source video from 0 to 0

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=uaSrJX2loAo
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Salvation
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

CONFIDENTIAL                                                                                        GOOG-BUNGIE-00000091

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                                    Mar 19, 2022, 12:53 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808

CONFIDENTIAL                                                              GOOG-BUNGIE-00000092

US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=0CvzePlXrZ0
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=5nuIuarer3U
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Deep Stone Lullaby
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=LA4EpgG9OYo
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=S8Ha-D7q7co

CONFIDENTIAL                                                                  GOOG-BUNGIE-00000093

Describe the work allegedly infringed: My company, organization or client's original song

- ○ Title of original song: Fallen Empire
- ○ Where does the content appear?
  The content appears in the targeted video from 0 to 50
  It appears in your source video from 0 to 0

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=uaSrJX2loAo
  Describe the work allegedly infringed: My company, organization or client's original song

- ○ Title of original song: Salvation
- ○ Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

  Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL     GOOG-BUNGIE-00000094

# Ticket T7-80174583

**Conversation with jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**caromaria@google.com**                                        Mar 22, 2022, 7:15 AM
To: gadzooks297@gmail.com
Subject: Copyright takedown request received for your YouTube video

---

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=3z2NxnW7zng

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Address:
Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com Phone:

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=2gEaPFVWlxM
- Describe the work allegedly infringed: My company, organization or client's original song

CONFIDENTIAL                                        GOOG-BUNGIE-00000095

- ○ Title of original song: Journey ft. Kronos Quartet
- ○ Where does the content appear?
  The content appears in the targeted video from 0 to 1:03
  It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=3z2NxnW7zng
- Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Journey ft. Kronos Quartet
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=o_pNt57DmdA
- Describe the work allegedly infringed: My company, organization or client's original song

- ○ Title of original song: The Gunslinger
- ○ Where does the content appear?
  The content appears in the targeted video from 0 to 50
  It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

CONFIDENTIAL                                                                                        GOOG-BUNGIE-00000096

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

Conversation with **halo7104@outlook.com**  ·  Copyright takedown request received for your YouTube video

| | |
|---|---|
| **caromaria@google.com** | Mar 22, 2022, 7:17 AM |
| To: Halo7104@outlook.com | |
| Subject: Copyright takedown request received for your YouTube video | |

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=2gEaPFVWIxM

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

CONFIDENTIAL                                                                  GOOG-BUNGIE-00000097

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Address:
Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com Phone:

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=2gEaPFVWIxM
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Journey ft. Kronos Quartet
  - Where does the content appear?
    The content appears in the targeted video from 0 to 1:03
    It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=3z2NxnW7zng
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Journey ft. Kronos Quartet
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=o_pNt57DmdA
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Gunslinger
  - Where does the content appear?
    The content appears in the targeted video from 0 to 50
    It appears in your source video from 0 to 0

  Country where copyright applies: US

CONFIDENTIAL                                                                                                        GOOG-BUNGIE-00000098

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

Conversation with **davidgreenwood132@gmail.com** · Copyright takedown request received for your YouTube video

| | |
|---|---|
| **jeremywilandcsc@gmail.com** | Mar 17, 2022, 4:52 PM |
| To: | |
| Subject: Copyright Complaint Submission | |

Video IDs: 2gEaPFVWIxM, 3z2NxnW7zng, o_pNt57DmdA

| | |
|---|---|
| **video-rights** | Mar 17, 2022, 4:53 PM |
| To: jeremywilandcsc@gmail.com | |
| Subject: YouTube Copyright Complaint Submission | |



CONFIDENTIAL

GOOG-BUNGIE-00000099

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=2gEaPFVWIxM
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Journey ft. Kronos Quartet
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:03
  It appears in your source video from 0 to 0

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=3z2NxnW7zng
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Journey ft. Kronos Quartet

CONFIDENTIAL GOOG-BUNGIE-00000100

- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=o_pNt57DmdA
  Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Gunslinger
- Where does the content appear?
  The content appears in the targeted video from 0 to 50
  It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

  Authorized Signature: Jeremy Wiland

  Sincerely,

  — The YouTube Team

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000101

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

**video-rights**                                                      Mar 18, 2022, 8:25 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=2gEaPFVWIxM
Describe the work allegedly infringed: My company, organization or client's original song

○  Title of original song: Journey ft. Kronos Quartet

CONFIDENTIAL                                                      GOOG-BUNGIE-00000102

- Where does the content appear?
  The content appears in the targeted video from 0 to 1:03
  It appears in your source video from 0 to 0

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=3z2NxnW7zng
  Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Journey ft. Kronos Quartet
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=o_pNt57DmdA
  Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Gunslinger
- Where does the content appear?
  The content appears in the targeted video from 0 to 50
  It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is

CONFIDENTIAL

GOOG-BUNGIE-00000103

infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

Conversation with **gadzooks297@gmail.com** · Copyright takedown request received for your YouTube video

---

**caromaria@google.com**                       Mar 22, 2022, 7:19 AM
To: david.greenwood132@gmail.com
Subject: Copyright takedown request received for your YouTube video

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=o_pNt57DmdA

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

CONFIDENTIAL                    GOOG-BUNGIE-00000104

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Address:

Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com Phone:

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=2gEaPFVWIxM
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Journey ft. Kronos Quartet
  - Where does the content appear?
    The content appears in the targeted video from 0 to 1:03
    It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=3z2NxnW7zng
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Journey ft. Kronos Quartet
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=o_pNt57DmdA
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Gunslinger
  - Where does the content appear?
    The content appears in the targeted video from 0 to 50
    It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

CONFIDENTIAL    GOOG-BUNGIE-00000105

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

The YouTube Team

CONFIDENTIAL                                                                            GOOG-BUNGIE-00000106

# Ticket T7-80262849

Conversation with **jeremywilandcsc@gmail.com**  ·  YouTube Copyright Complaint Submission

---

**gelemanovic@google.com**

To: tridyriumx@gmail.com

Subject: Copyright takedown request received for your YouTube video

Mar 30, 2022, 12:54 AM

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=Y0qK5iUirGY

https://www.youtube.com/watch?v=n9Wh4_gRU54

https://www.youtube.com/watch?v=x90lcLFvh6E

https://www.youtube.com/watch?v=iNbyb07n6Xc

https://www.youtube.com/watch?v=hdlgzoQ6nu0

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Y0qK5iUirGY
- Describe the work allegedly infringed: My company, organization or client's original song

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000107

- Title of original song: Excerpt from The Union
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=hdlgzoQ6nu0
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Stranger
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=iNbyb07n6Xc
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Excerpt 2 from The Rose
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=n9Wh4_gRU54
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Excerpt 1 from The Rose
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=x90lcLFvh6E
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Excerpt from The Tribulation
  - Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

CONFIDENTIAL                                                                GOOG-BUNGIE-00000108

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

Conversation with **tridyriumx@gmail.com** · Copyright takedown request received for your YouTube video

---

**jeremywilandcsc@gmail.com**                                          Mar 19, 2022, 11:03 AM
To:
Subject: Copyright Complaint Submission

Video IDs: Y0qK5iUirGY, hdIgzoQ6nu0, iNbyb07n6Xc, n9Wh4_gRU54, x90IcLFvh6E

---

**video-rights**                                                       Mar 19, 2022, 11:03 AM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when

CONFIDENTIAL                                                            GOOG-BUNGIE-00000109

we've taken action on your request. You can also check on the status
of your takedown request in the 'Removal requests' tab which is found
in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Y0qK5iUirGY
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: Excerpt from The Union
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=hdlgzoQ6nu0
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The Stranger
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=iNbyb07n6Xc
Describe the work allegedly infringed: My company, organization or
client's original song

CONFIDENTIAL                                                                                      GOOG-BUNGIE-00000110

- Title of original song: Excerpt 2 from The Rose
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=n9Wh4_gRU54
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Excerpt 1 from The Rose
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=x90lcLFvh6E
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Excerpt from The Tribulation
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

CONFIDENTIAL                                                                                                 GOOG-BUNGIE-00000111

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                         Mar 20, 2022, 5:18 AM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Y0qK5iUirGY

CONFIDENTIAL                                                    GOOG-BUNGIE-00000112

Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Excerpt from The Union
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=hdlgzoQ6nu0
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Stranger
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=iNbyb07n6Xc
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Excerpt 2 from The Rose
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=n9Wh4_gRU54
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Excerpt 1 from The Rose
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=x90lcLFvh6E
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Excerpt from The Tribulation
- Where does the content appear? Entire video

CONFIDENTIAL                                                                                       GOOG-BUNGIE-00000113

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL

GOOG-BUNGIE-00000114

# Ticket T7-80220370

**Conversation with jeremywilandcsc@gmail.com** · Re: YouTube Copyright Complaint Submission

---

| | |
|---|---|
| **jeremywilandcsc@gmail.com** | Mar 18, 2022, 2:18 PM |
| To: | |
| Subject: Copyright Complaint Submission | |

Video IDs: 5R9DImQ4HTM

---

| | |
|---|---|
| **video-rights** | Mar 18, 2022, 2:18 PM |
| To: jeremywilandcsc@gmail.com | |
| Subject: YouTube Copyright Complaint Submission | |



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                    GOOG-BUNGIE-00000115

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=5R9DImQ4HTM
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 7:27 to 8:25
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

CONFIDENTIAL                                                                                                    GOOG-BUNGIE-00000116

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                                          Mar 20, 2022, 4:53 AM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

---

 YouTube

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=5R9DImQ4HTM
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000117

- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 7:27 to 8:25
  It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

  Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

| jwooldridge@google.com | Mar 20, 2022, 7:39 PM |
|---|---|
| To: jeremywilandcsc@gmail.com | |
| Subject: YouTube Copyright Complaint Submission | |

Hello,

CONFIDENTIAL                                                                           GOOG-BUNGIE-00000118

The content has been reinstated because the information we received from you was incomplete.

We are concerned that some of the information in your takedown request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*).

We remind you that in your allegation of copyright infringement, you stated that:

1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and acknowledge that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
2. You understand that abuse of this form will result in termination of your YouTube account.

For each video in question, please explain how you're authorized to make this claim, including supporting documentation or other evidence wherever possible.

If we don't receive a detailed explanation from you within 7 days, **your YouTube account may be terminated.** You may be able to avoid termination if you retract your takedown request. If you wish to do so, please reply to this email with "I hereby retract my claim of copyright infringement."

Sincerely,
The YouTube Team

On March 18, 2022 jeremywilandcsc@gmail.com wrote:

> Video IDs: 5R9DImQ4HTM

| | |
|---|---|
| **jeremywilandcsc@gmail.com** | Mar 21, 2022, 1:51 AM |
| To: youtube-disputes+3nyedf6vfvfb707@google.com | |
| Subject: Re: YouTube Copyright Complaint Submission | |

I hereby retract my claim of copyright infringement.

On Sun, Mar 20, 2022 at 7:39 PM YouTube Copyright <youtube-disputes+3nyedf6vfvfb707@google.com> wrote:

CONFIDENTIAL                                                                                      GOOG-BUNGIE-00000119

Hello,

The content has been reinstated because the information we received from you was incomplete.

We are concerned that some of the information in your takedown request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*).

We remind you that in your allegation of copyright infringement, you stated that:

1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and acknowledge that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
2. You understand that abuse of this form will result in termination of your YouTube account.

For each video in question, please explain how you're authorized to make this claim, including supporting documentation or other evidence wherever possible.

If we don't receive a detailed explanation from you within 7 days, **your YouTube account may be terminated**. You may be able to avoid termination if you retract your takedown request. If you wish to do so, please reply to this email with "I hereby retract my claim of copyright infringement."

Sincerely,
The YouTube Team

On March 18, 2022 jeremywilandcsc@gmail.com wrote:

> Video IDs: 5R9DlmQ4HTM

--
Jeremy Wiland

| | |
|---|---|
| **jwooldridge@google.com** | Mar 21, 2022, 9:15 AM |
| To: jeremywilandcsc@gmail.com | |
| Subject: Re: YouTube Copyright Complaint Submission | |

CONFIDENTIAL                                                                                   GOOG-BUNGIE-00000120

Hello,

Thank you for your response. Your takedown request will not be processed. If we believe that further takedown requests represent a pattern of fraudulent submissions, we may terminate your YouTube account with no further warnings.

Sincerely,
The YouTube Team

On March 21, 2022 jeremywilandcsc@gmail.com wrote:

> I hereby retract my claim of copyright infringement.
>
> On Sun, Mar 20, 2022 at 7:39 PM YouTube Copyright <youtube-disputes+3nyedf6vlvfb707@google.com> wrote:
>
>> Hello,
>>
>> The content has been reinstated because the information we received from you was incomplete.
>>
>> We are concerned that some of the information in your takedown request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*).
>>
>> We remind you that in your allegation of copyright infringement, you stated that:
>>
>> 1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and acknowledge that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
>> 2. You understand that abuse of this form will result in termination of your YouTube account.
>>
>> For each video in question, please explain how you're authorized to make this claim, including supporting documentation or other evidence wherever possible.
>>
>> If we don't receive a detailed explanation from you within 7 days, **your YouTube account may be terminated**. You may be able to avoid termination if you retract your

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000121

takedown request. If you wish to do so, please reply to this email with "I hereby retract my claim of copyright infringement."

Sincerely,
The YouTube Team

On March 18, 2022 jeremywilandcsc@gmail.com wrote:

Video IDs: 5R9DImQ4HTM

--
Jeremy Wiland

CONFIDENTIAL                                                    GOOG-BUNGIE-00000122

# Ticket T7-80171307

Conversation with **jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**gelemanovic@google.com**

To: huntanator05@gmail.com

Subject: Copyright takedown request received for your YouTube video

Mar 22, 2022, 5:28 AM

---

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=FMBTAe_edu8

https://www.youtube.com/watch?v=BaXgsMlhS18

https://www.youtube.com/watch?v=FYYBNnMGoAs

https://www.youtube.com/watch?v=ZEPDYpFQWo4

https://www.youtube.com/watch?v=9MCUHAWu5ik

https://www.youtube.com/watch?v=q0tjoIjXHtI

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

CONFIDENTIAL        GOOG-BUNGIE-00000123

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=9MCUHAWu5ik
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Lepidopterophobia
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=BaXgsMlhS18
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Lucent World
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=FMBTAe_edu8
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Queen's Deception
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=FYYBNnMGoAs
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Insurrection
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ZEPDYpFQWo4
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Hidden Truth
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=q0tjoIjXHtI
- Describe the work allegedly infringed: My company, organization or client's original song

CONFIDENTIAL    GOOG-BUNGIE-00000124

- Title of original song: King's Descent
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

---

**huntanator05@gmail.com**                                      Mar 24, 2022, 12:27 PM

To: youtube-disputes+103a8eaautn7p07@google.com

Subject: Re: Copyright takedown request received for your YouTube video

still cant access account

Sent from my iPhone

> On Mar 22, 2022, at 8:28 AM, YouTube Copyright <youtube-disputes+103a8eaautn7p07@google.com> wrote:

Hello,

CONFIDENTIAL                                                          GOOG-BUNGIE-00000125

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=FMBTAe_edu8

https://www.youtube.com/watch?v=BaXgsMlhS18

https://www.youtube.com/watch?v=FYYBNnMGoAs

https://www.youtube.com/watch?v=ZEPDYpFQWo4

https://www.youtube.com/watch?v=9MCUHAWu5ik

https://www.youtube.com/watch?v=q0tjoIjXHtl

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=9MCUHAWu5ik
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Lepidopterophobia
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=BaXgsMlhS18

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000126

- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Lucent World
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=FMBTAe_edu8
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Queen's Deception
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=FYYBNnMGoAs
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Insurrection
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ZEPDYpFQWo4
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Hidden Truth
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=q0tjoIjXHtl
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: King's Descent
  - Where does the content appear? Entire video

CONFIDENTIAL                                                                                            GOOG-BUNGIE-00000127

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

---

**gelemanovic@google.com**                                    Mar 28, 2022, 12:37 AM
To: huntanator05@gmail.com
Subject: Re: Copyright takedown request received for your YouTube video

Hello,

We terminated your YouTube account due to repeated claims of copyright infringement.

Please understand that YouTube's copyright removal process complies with the law. We strive to be fair to our users and protect their freedom of expression while also respecting the legal rights of copyright owners.

You have two options to resolve your copyright strikes and restore your account:

CONFIDENTIAL                                                              GOOG-BUNGIE-00000128

1. You may seek a retraction by asking the person who submitted a takedown request against your video to withdraw their takedown request. Learn more about retractions of copyright infringement claims.

2. You may submit a counter notification, if your video was removed as a result of a mistake or misidentification of the material to be removed. Learn more about the counter notification process.

You can also submit a request to find specific information about your account penalties.

Sincerely,
The YouTube Team

On March 24, 2022 huntanator05@gmail.com wrote:

> still cant access account
>
> Sent from my iPhone
>
>> On Mar 22, 2022, at 8:28 AM, YouTube Copyright <youtube-disputes+103a8eaautn7p07@google.com> wrote:
>>
>> Hello,
>>
>> The following videos in your account have been restored unless you have deleted them:
>>
>> https://www.youtube.com/watch?v=FMBTAe_edu8
>>
>> https://www.youtube.com/watch?v=BaXgsMlhS18
>>
>> https://www.youtube.com/watch?v=FYYBNnMGoAs
>>
>> https://www.youtube.com/watch?v=ZEPDYpFQWo4
>>
>> https://www.youtube.com/watch?v=9MCUHAWu5lk
>>
>> https://www.youtube.com/watch?v=q0tjoljXHtI

CONFIDENTIAL                                                                                   GOOG-BUNGIE-00000129

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=9MCUHAWu5ik
- Describe the work allegedly infringed: My company, organization or client's original song

  ○ Title of original song: Lepidopterophobia
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=BaXgsMlhS18
- Describe the work allegedly infringed: My company, organization or client's original song

  ○ Title of original song: Lucent World
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=FMBTAe_edu8
- Describe the work allegedly infringed: My company, organization or client's original song

  ○ Title of original song: Queen's Deception
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=FYYBNnMGoAs

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000130

- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Insurrection
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ZEPDYpFQWo4
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Hidden Truth
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=q0tjoIjXHtI
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: King's Descent
  - Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

CONFIDENTIAL                                                                                          GOOG-BUNGIE-00000131

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

---

Conversation with **huntanator05@gmail.com** · Re: Copyright takedown request received for your YouTube video

---

**jeremywilandcsc@gmail.com**                      Mar 17, 2022, 2:05 PM
To:
Subject: Copyright Complaint Submission

Video IDs: 9MCUHAWu5ik, BaXgsMlhS18, FMBTAe_edu8, FYYBNnMGoAs, ZEPDYpFQWo4, q0tjoIjXHtl

---

**video-rights**                      Mar 17, 2022, 2:05 PM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland

CONFIDENTIAL                      GOOG-BUNGIE-00000132

Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone:
302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=9MCUHAWu5ik
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Lepidopterophobia
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=BaXgsMlhS18
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Lucent World
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=FMBTAe_edu8
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Queen's Deception
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=FYYBNnMGoAs
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Insurrection

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000133

- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=ZEPDYpFQWo4
  Describe the work allegedly infringed: My company, organization or
  client's original song

- Title of original song: Hidden Truth
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=q0tjoIjXHtI
  Describe the work allegedly infringed: My company, organization or
  client's original song

- Title of original song: King's Descent
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

CONFIDENTIAL                                                                         GOOG-BUNGIE-00000134

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                                    Mar 17, 2022, 3:16 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

---

 YouTube

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=9MCUHAWu5ik
Describe the work allegedly infringed: My company, organization or client's original song

CONFIDENTIAL                                                              GOOG-BUNGIE-00000135

- Title of original song: Lepidopterophobia
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=BaXgsMlhS18
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Lucent World
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=FMBTAe_edu8
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Queen's Deception
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=FYYBNnMGoAs
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Insurrection
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=ZEPDYpFQWo4
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Hidden Truth
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=q0tjoIjXHtI

CONFIDENTIAL                                                                                           GOOG-BUNGIE-00000136

Describe the work allegedly infringed: My company, organization or client's original song

○ Title of original song: King's Descent
○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                               GOOG-BUNGIE-00000137

# Ticket T7-80261972

**Conversation with jeremywilandcsc@gmail.com · YouTube Copyright Complaint Submission**

---

**niknursyahirah@google.com**                                    Mar 29, 2022, 11:49 PM
To: hutleyhenry@gmail.com
Subject: Copyright takedown request received for your YouTube video

Hello,

The following videos in your account have been restored unless you have deleted them:

https://youtu.be/TxRCTzHYTk8

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is

CONFIDENTIAL                                                                              GOOG-BUNGIE-00000138

your authority to make this complaint?): Brand Protection

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=SwMkuAMTDyQ
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=TxRCTzHYTk8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=Wbh88jYqw-8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=kRnyOGnNI4U
- Describe the work allegedly infringed: Other

CONFIDENTIAL                                                                                        GOOG-BUNGIE-00000139

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=r8W6P0QCN5w
- Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

CONFIDENTIAL                                                                      GOOG-BUNGIE-00000140



Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=SwMkuAMTDyQ
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=TxRCTzHYTk8
- Describe the work allegedly infringed: Other

CONFIDENTIAL      GOOG-BUNGIE-00000141

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

- • URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Wbh88jYqw-8
- • Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

- • URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=kRnyOGnNI4U
- • Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

- • URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=r8W6P0QCN5w
- • Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.

CONFIDENTIAL                                                                          GOOG-BUNGIE-00000142

○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

[END COPY OF NOTICE]

Sincerely,
The YouTube Team

Conversation with **roguestar56@gmail.com** · Copyright takedown request received for your YouTube video

| niknursyahirah@google.com | Mar 29, 2022, 11:47 PM |
|---|---|
| To: Wolfclawthegreatwolf@gmail.com | |
| Subject: Copyright takedown request received for your YouTube video | |

Hello,

The following videos in your account have been restored unless you have deleted them:

CONFIDENTIAL

GOOG-BUNGIE-00000143

https://youtu.be/r8W6P0QCN5w

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=SwMkuAMTDyQ
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.

CONFIDENTIAL    GOOG-BUNGIE-00000144

- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=TxRCTzHYTk8
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Wbh88jYqw-8
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=kRnyOGnNI4U
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=r8W6P0QCN5w
- Describe the work allegedly infringed: Other

CONFIDENTIAL                                                                                               GOOG-BUNGIE-00000145

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team



Hi Jeremy Wiland,

CONFIDENTIAL    GOOG-BUNGIE-00000146

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=SwMkuAMTDyQ
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=TxRCTzHYTk8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Wbh88jYqw-8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series

CONFIDENTIAL

GOOG-BUNGIE-00000147

- o Title of copyrighted work: Destiny 2
- o Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=kRnyOGnNl4U
- Describe the work allegedly infringed: Other

- o Type of copyrighted work: Destiny - Video game series
- o Title of copyrighted work: Destiny 2
- o Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=r8W6P0QCN5w
- Describe the work allegedly infringed: Other

- o Type of copyrighted work: Destiny - Video game series
- o Title of copyrighted work: Destiny 2
- o Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- o Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000148

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

[END COPY OF NOTICE]

Sincerely,
The YouTube Team

Conversation with **djsscarchellodjs@gmail.com** · Copyright takedown request received for your YouTube video

| | |
|---|---|
| **niknursyahirah@google.com** | Mar 29, 2022, 11:51 PM |
| To: djs.scarchello.djs@gmail.com | |
| Subject: Copyright takedown request received for your YouTube video | |

Hello,

The following videos in your account have been restored unless you have deleted them:

https://youtu.be/kRnyOGnNI4U

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]

CONFIDENTIAL                                                                          GOOG-BUNGIE-00000149

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=SwMkuAMTDyQ
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=TxRCTzHYTk8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

CONFIDENTIAL                                                                  GOOG-BUNGIE-00000150

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Wbh88jYqw-8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=kRnyOGnNl4U
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=r8W6P0QCN5w
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

CONFIDENTIAL                                                                                         GOOG-BUNGIE-00000151

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team



Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

CONFIDENTIAL                                                                               GOOG-BUNGIE-00000152

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=SwMkuAMTDyQ
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=TxRCTzHYTk8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=Wbh88jYqw-8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=kRnyOGnNI4U
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series

CONFIDENTIAL                                                                            GOOG-BUNGIE-00000153

- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=r8W6P0QCN5w
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

[END COPY OF NOTICE]

CONFIDENTIAL                                                                                        GOOG-BUNGIE-00000154

Sincerely,

The YouTube Team

---

Conversation with **kimganghyun8@gmail.com**  ·  Copyright takedown request received for your YouTube video

niknursyahirah@google.com                                        Mar 29, 2022, 11:41 PM
To: roguestar56@gmail.com
Subject: Copyright takedown request received for your YouTube video

Hello,

The following videos in your account have been restored unless you have deleted them:

https://youtu.be/SwMkuAMTDyQ

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000155

request in the 'Removal requests' tab which is found in the Copyright
section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name
(Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is
your authority to make this complaint?): Brand Protection

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=SwMkuAMTDyQ
- Describe the work allegedly infringed: Other

  o Type of copyrighted work: Destiny - Video game series
  o Title of copyrighted work: Destiny 2
  o Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  o Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=TxRCTzHYTk8
- Describe the work allegedly infringed: Other

  o Type of copyrighted work: Destiny - Video game series
  o Title of copyrighted work: Destiny 2
  o Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  o Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=Wbh88jYqw-8
- Describe the work allegedly infringed: Other

  o Type of copyrighted work: Destiny - Video game series
  o Title of copyrighted work: Destiny 2
  o Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.

CONFIDENTIAL                                                                               GOOG-BUNGIE-00000156

  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=kRnyOGnNI4U
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=r8W6P0QCN5w
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is infringing
  may be subject to liability for damages.

CONFIDENTIAL                                                              GOOG-BUNGIE-00000157

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team



Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=SwMkuAMTDyQ
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise

CONFIDENTIAL                                                      GOOG-BUNGIE-00000158

exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=TxRCTzHYTk8
- Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to
  our client. Copying, reproducing, distributing, displaying, or otherwise
  exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=Wbh88jYqw-8
- Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to
  our client. Copying, reproducing, distributing, displaying, or otherwise
  exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=kRnyOGnNI4U
- Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2
- ○ Additional information: This video contains in game content belonging to
  our client. Copying, reproducing, distributing, displaying, or otherwise
  exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=r8W6P0QCN5w

CONFIDENTIAL    GOOG-BUNGIE-00000159

- Describe the work allegedly infringed: Other

  ○ Type of copyrighted work: Destiny - Video game series
  ○ Title of copyrighted work: Destiny 2
  ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  ○ Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

  Authorized Signature: Jeremy Wiland


[END COPY OF NOTICE]


Sincerely,
The YouTube Team



Conversation with **hutleyhenry@gmail.com**  ·  Copyright takedown request received for your YouTube video

---

**niknursyahirah@google.com**                                    Mar 29, 2022, 11:43 PM
To: kimganghyun8@gmail.com
Subject: Copyright takedown request received for your YouTube video

CONFIDENTIAL                                                                GOOG-BUNGIE-00000160

Hello,

The following videos in your account have been restored unless you have deleted them:

https://youtu.be/Wbh88jYqw-8

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=SwMkuAMTDyQ
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series

CONFIDENTIAL                                                                                GOOG-BUNGIE-00000161

- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=TxRCTzHYTk8
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Wbh88jYqw-8
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=kRnyOGnNI4U
- Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

CONFIDENTIAL                                                              GOOG-BUNGIE-00000162

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=r8W6P0QCN5w
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

  Authorized Signature: Jeremy Wiland

  Sincerely,

  — The YouTube Team



CONFIDENTIAL          GOOG-BUNGIE-00000163

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=SwMkuAMTDyQ
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=TxRCTzHYTk8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

CONFIDENTIAL                                                           GOOG-BUNGIE-00000164

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=Wbh88jYqw-8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=kRnyOGnNI4U
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=r8W6P0QCN5w
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

CONFIDENTIAL                                                                                        GOOG-BUNGIE-00000165

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland


[END COPY OF NOTICE]


Sincerely,
The YouTube Team



Conversation with **wolfclawthegreatwolf@gmail.com** · Copyright takedown request received for your YouTube video

---

**jeremywilandcsc@gmail.com**                Mar 19, 2022, 10:36 AM
To:
Subject: Copyright Complaint Submission

Video IDs: SwMkuAMTDyQ, TxRCTzHYTk8, Wbh88jYqw-8, kRnyOGnNI4U, r8W6P0QCN5w


**video-rights**                         Mar 19, 2022, 10:36 AM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission


 YouTube

Copyright Infringement Notification

CONFIDENTIAL             GOOG-BUNGIE-00000166

## Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=SwMkuAMTDyQ
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=TxRCTzHYTk8
  Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2

CONFIDENTIAL

GOOG-BUNGIE-00000167

- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Wbh88jYqw-8
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=kRnyOGnNI4U
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=r8W6P0QCN5w
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, or

CONFIDENTIAL      GOOG-BUNGIE-00000168

otherwise exploiting of Bungie's software/elements without their consent is unlawful.
○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

| **video-rights** | Mar 19, 2022, 5:17 PM |
|---|---|
| To: jeremywilandcsc@gmail.com | |
| Subject: YouTube Copyright Complaint Submission | |



CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000169

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=SwMkuAMTDyQ
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=TxRCTzHYTk8
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2

CONFIDENTIAL                                                                        GOOG-BUNGIE-00000170

- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Wbh88jYqw-8
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=kRnyOGnNI4U
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=r8W6P0QCN5w
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or

CONFIDENTIAL    GOOG-BUNGIE-00000171

otherwise exploiting of Bungie's software/elements without their consent is unlawful.

- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000172

# Ticket T7-80224032

**Conversation with jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**jeremywilandcsc@gmail.com**                                    Mar 18, 2022, 4:29 PM

To:

Subject: Copyright Complaint Submission

Video IDs: YK5MJJThi7A

---

**video-rights**                                                Mar 18, 2022, 4:29 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL

GOOG-BUNGIE-00000173

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=YK5MJJThi7A
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000174

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

**video-rights**                                                    Mar 20, 2022, 7:24 AM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

 YouTube

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=YK5MJJThi7A
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2

CONFIDENTIAL                                                    GOOG-BUNGIE-00000175

- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

  Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

Conversation with **reachforgenetwork@gmail.com**  ·  Copyright takedown request received for your YouTube video

| jwooldridge@google.com | Mar 21, 2022, 9:02 AM |
|---|---|
| To: reachforgenetwork@gmail.com | |
| Subject: Copyright takedown request received for your YouTube video | |

Hello,

CONFIDENTIAL                                                                                            GOOG-BUNGIE-00000176

The following videos in your account have been restored unless you have deleted them:

http://www.youtube.com/watch?v=YK5MJJThi7A

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Address:  Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com Phone:

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=YK5MJJThi7A
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or

CONFIDENTIAL                                                    GOOG-BUNGIE-00000177

otherwise exploiting of Bungie's software/elements without their consent is unlawful.

○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

[END COPY OF NOTICE]

Sincerely,
The YouTube Team

CONFIDENTIAL                                                                      GOOG-BUNGIE-00000178

# Ticket T7-80179823

**Conversation with jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**gelemanovic@google.com**                                                                    Mar 22, 2022, 7:07 AM
To: roguestar56@gmail.com
Subject: Copyright takedown request received for your YouTube video

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=04sBm8-fQ0U

https://www.youtube.com/watch?v=vIpHDOtj5Jo

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection  Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=04sBm8-fQ0U
- Describe the work allegedly infringed: My company, organization or client's original song

  ○ Title of original song: Sanctified Mind
  ○ Where does the content appear?
    The content appears in the targeted video from 0 to 1:03
    It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=UCSgoy0waR4
- Describe the work allegedly infringed: My company, organization or client's original song

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000179

○ Title of original song: Eye of the Storm
○ Where does the content appear? Entire video

• URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=vIpHDOtj5Jo
• Describe the work allegedly infringed: My company, organization or client's original song

○ Title of original song: Temptation
○ Where does the content appear?
The content appears in the targeted video from 0 to 1:01
It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

• I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
• I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
• This notification is accurate.
• I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
• I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

---

Conversation with **roguestar56@gmail.com** · Copyright takedown request received for your YouTube video

| | |
|---|---|
| **jeremywilandcsc@gmail.com** | Mar 17, 2022, 7:42 PM |
| To: | |
| Subject: Copyright Complaint Submission | |

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000180

Video IDs: 04sBm8-fQ0U, UCSgoy0waR4, vlpHDOtj5Jo

---

**video-rights**                                         Mar 17, 2022, 7:42 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

---

 **YouTube**

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=04sBm8-fQ0U
Describe the work allegedly infringed: My company, organization or client's original song

- ○ Title of original song: Sanctified Mind

CONFIDENTIAL                                                     GOOG-BUNGIE-00000181

- Where does the content appear?
  The content appears in the targeted video from 0 to 1:03
  It appears in your source video from 0 to 0

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=UCSgoy0waR4
  Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Eye of the Storm
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=vIpHDOtj5Jo
  Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Temptation
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:01
  It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

CONFIDENTIAL                                                                          GOOG-BUNGIE-00000182

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                                        Mar 19, 2022, 4:04 AM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                        GOOG-BUNGIE-00000183

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=04sBm8-fQ0U
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Sanctified Mind
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:03
  It appears in your source video from 0 to 0

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=UCSgoy0waR4
  Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Eye of the Storm
- Where does the content appear? Entire video

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=vIpHDOtj5Jo
  Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Temptation
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:01
  It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.

CONFIDENTIAL                                                                                      GOOG-BUNGIE-00000184

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL

GOOG-BUNGIE-00000185

# Ticket T7-80171506

**Conversation with jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**gelemanovic@google.com**                                                            Mar 22, 2022, 7:23 AM
To: gpolikaitis@gmail.com
Subject: Copyright takedown request received for your YouTube video

---

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=cKqjuGPWzJo

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=BYnmyeGRzRQ
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Athanasia
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear?
    The content appears in the targeted video from 0 to 2:23
    It appears in your source video from 0 to 0

CONFIDENTIAL                                                        GOOG-BUNGIE-00000186

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=cKqjuGPWzJo
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video Game Series
  - Title of copyrighted work: Athanasia
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear?
    The content appears in the targeted video from 0 to 2:30
    It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

  Authorized Signature: Jeremy Wiland

  Sincerely,
  The YouTube Team

Conversation with **gpolikaitis@gmail.com**  ·  Copyright takedown request received for your YouTube video

**gelemanovic@google.com**                                                   Mar 22, 2022, 7:25 AM
To: oXylek@gmail.com
Subject: Copyright takedown request received for your YouTube video

CONFIDENTIAL                                                          GOOG-BUNGIE-00000187

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=BYnmyeGRzRQ

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=BYnmyeGRzRQ
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Athanasia
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear?
    The content appears in the targeted video from 0 to 2:23
    It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=cKqjuGPWzJo
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video Game Series
  - Title of copyrighted work: Athanasia

CONFIDENTIAL                                                                          GOOG-BUNGIE-00000188

- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 2:30
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

Conversation with **oxylek@gmail.com** · Copyright takedown request received for your YouTube video

| | |
|---|---|
| **jeremywilandcsc@gmail.com** | Mar 17, 2022, 2:10 PM |
| To: | |
| Subject: Copyright Complaint Submission | |

Video IDs: BYnmyeGRzRQ, cKqjuGPWzJo

| | |
|---|---|
| **video-rights** | Mar 17, 2022, 2:10 PM |
| To: jeremywilandcsc@gmail.com | |
| Subject: YouTube Copyright Complaint Submission | |

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000189

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=BYnmyeGRzRQ
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Athanasia
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 2:23

CONFIDENTIAL                                                                                   GOOG-BUNGIE-00000190

It appears in your source video from 0 to 0

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=cKqjuGPWzJo
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video Game Series
- Title of copyrighted work: Athanasia
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 2:30
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

CONFIDENTIAL    GOOG-BUNGIE-00000191

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                                    Mar 18, 2022, 8:09 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

---

 YouTube

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=BYnmyeGRzRQ
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Athanasia

CONFIDENTIAL                                                          GOOG-BUNGIE-00000192

- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 2:23
  It appears in your source video from 0 to 0

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=cKqjuGPWzJo
  Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video Game Series
- Title of copyrighted work: Athanasia
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 2:30
  It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

CONFIDENTIAL                                                                                      GOOG-BUNGIE-00000193

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL

GOOG-BUNGIE-00000194

# Ticket T7-80169997

Conversation with **jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**gelemanovic@google.com**

To: huntanator05@gmail.com

Subject: Copyright takedown request received for your YouTube video

Mar 22, 2022, 5:12 AM

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=B_mXWY0PmsE

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=B_mXWY0PmsE
- Describe the work allegedly infringed: My company, organization or client's original song

  ○ Title of original song: The Witness
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=IA4_nv8QacA
- Describe the work allegedly infringed: Other

  ○ Type of copyrighted work: Destiny - Video Game Series
  ○ Title of copyrighted work: Dominus Ghaul

CONFIDENTIAL      GOOG-BUNGIE-00000195

- o Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- o Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=xDpJ3uJMYV8
- Describe the work allegedly infringed: Other

- o Type of copyrighted work: Destiny - Video Game Series
- o Title of copyrighted work: Journey ft. Kronos Quartet
- o Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- o Where does the content appear?
  The content appears in the targeted video from 0 to 3:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy WilandSincerely,

The YouTube Team

CONFIDENTIAL                                                          GOOG-BUNGIE-00000196

Conversation with **arthur_rokero@hotmail.com**  ·  Copyright takedown request received for your YouTube video

---

**gelemanovic@google.com**                                    Mar 22, 2022, 5:18 AM
To: arthur_rokero@hotmail.com

Subject: Copyright takedown request received for your YouTube video

---

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=lA4_nv8QacA

https://www.youtube.com/watch?v=xDpJ3uJMYV8

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection  Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=B_mXWY0PmsE
- Describe the work allegedly infringed: My company, organization or client's original song

  o Title of original song: The Witness
  o Where does the content appear? Entire video

CONFIDENTIAL                                                          GOOG-BUNGIE-00000197

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=lA4_nv8QacA
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video Game Series
  - Title of copyrighted work: Dominus Ghaul
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear?
    The content appears in the targeted video from 0 to 1:00
    It appears in your source video from 0 to 0

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=xDpJ3uJMYV8
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video Game Series
  - Title of copyrighted work: Journey ft. Kronos Quartet
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear?
    The content appears in the targeted video from 0 to 3:00
    It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

CONFIDENTIAL                                                                                                    GOOG-BUNGIE-00000198

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

Conversation with **huntanator05@gmail.com**  ·  Copyright takedown request received for your YouTube video

---

**jeremywilandcsc@gmail.com**                                        Mar 17, 2022, 1:59 PM
To:
Subject: Copyright Complaint Submission

Video IDs: B_mXWY0PmsE, IA4_nv8QacA, xDpJ3uJMYV8

---

**video-rights**                                                    Mar 17, 2022, 1:59 PM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland

CONFIDENTIAL                                                        GOOG-BUNGIE-00000199

Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=B_mXWY0PmsE
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Witness
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=IA4_nv8QacA
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video Game Series
- Title of copyrighted work: Dominus Ghaul
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=xDpJ3uJMYV8
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video Game Series
- Title of copyrighted work: Journey ft. Kronos Quartet
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or

CONFIDENTIAL                                                                                          GOOG-BUNGIE-00000200

otherwise exploiting of Bungie's software/elements without their consent is unlawful.

- ○ Where does the content appear?
  The content appears in the targeted video from 0 to 3:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                    Mar 17, 2022, 4:01 PM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission

CONFIDENTIAL                                    GOOG-BUNGIE-00000201

 YouTube

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=B_mXWY0PmsE
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Witness
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=lA4_nv8QacA
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video Game Series
- Title of copyrighted work: Dominus Ghaul
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or

CONFIDENTIAL                                                                          GOOG-BUNGIE-00000202

otherwise exploiting of Bungie's software/elements without their consent is unlawful.

- ○ Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

  URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=xDpJ3uJMYV8
  Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video Game Series
- ○ Title of copyrighted work: Journey ft. Kronos Quartet
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear?
  The content appears in the targeted video from 0 to 3:00
  It appears in your source video from 0 to 0

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

  Authorized Signature: Jeremy Wiland

CONFIDENTIAL                                      GOOG-BUNGIE-00000203

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                GOOG-BUNGIE-00000204

# Ticket T7-80259571

**Conversation with jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**mellisaann@google.com**                                    Mar 29, 2022, 12:14 PM
To: chaptersdontturn@gmail.com
Subject: Copyright takedown request received for your YouTube video

---

Hello,

The following videos in your account have been restored unless you have deleted them:

https://youtu.be/mkEF0m6qC0M

https://youtu.be/Wx_WtIAmy5M

https://youtu.be/y2CsJZ8PWmM

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown

CONFIDENTIAL                                    GOOG-BUNGIE-00000205

request in the 'Removal requests' tab which is found in the Copyright
section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name
(Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is
your authority to make this complaint?): Brand Protection  Username: Jeremy Wiland Email
Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=Wx_WtIAmy5M
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=mkEF0m6qC0M
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise
    exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=y2CsJZ8PWmM
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2
  - Additional information: This video contains in game content belonging to
    our client. Copying, reproducing, distributing, displaying, or otherwise

CONFIDENTIAL                                                                                              GOOG-BUNGIE-00000206

exploiting of Bungie's software/elements without their consent is unlawful.

- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

[END COPY OF NOTICE]

Sincerely,
The YouTube Team

Conversation with **chaptersdontturn@gmail.com**  ·  Copyright takedown request received for your YouTube video

| | |
|---|---|
| **jeremywilandcsc@gmail.com** | Mar 19, 2022, 9:38 AM |
| To: | |

CONFIDENTIAL    GOOG-BUNGIE-00000207

Subject: Copyright Complaint Submission

Video IDs: Wx_WtIAmy5M, mkEF0m6qC0M, y2CsJZ8PWmM

---

**video-rights**                                                    Mar 19, 2022, 9:38 AM
To: jeremywilandcsc@gmail.com
Subject: YouTube Copyright Complaint Submission

 **YouTube**

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Wx_WtIAmy5M
Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series

CONFIDENTIAL                                                          GOOG-BUNGIE-00000208

- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=mkEF0m6qC0M
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=y2CsJZ8PWmM
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

CONFIDENTIAL    GOOG-BUNGIE-00000209

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                                    Mar 19, 2022, 12:28 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

CONFIDENTIAL                                                          GOOG-BUNGIE-00000210

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Wx_WtIAmy5M
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=mkEF0m6qC0M
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=y2CsJZ8PWmM
Describe the work allegedly infringed: Other

CONFIDENTIAL                                                                                GOOG-BUNGIE-00000211

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000212

# Ticket T7-80267555

Conversation with **jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**jeremywilandcsc@gmail.com**                             Mar 19, 2022, 1:59 PM

To:

Subject: Copyright Complaint Submission

Video IDs: D0vxAEQcVqs, Eqd6siRFJiI, JWNpBrEu4xY, _fkoeg9vymw, fNxYAoxu9Hc, gR03h48G9rw

---

**video-rights**                                     Mar 19, 2022, 1:59 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                              GOOG-BUNGIE-00000213

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=D0vxAEQcVqs
Describe the work allegedly infringed: My company, organization or
client's original song

- ○ Title of original song: The Fallen
- ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Eqd6siRFJil
Describe the work allegedly infringed: My company, organization or
client's original song

- ○ Title of original song: Relic of Hope
- ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=JWNpBrEu4xY
Describe the work allegedly infringed: My company, organization or
client's original song

- ○ Title of original song: Departure
- ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=_fkoeg9vymw
Describe the work allegedly infringed: My company, organization or
client's original song

- ○ Title of original song: The Great Unknown
- ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=fNxYAoxu9Hc
Describe the work allegedly infringed: My company, organization or
client's original song

CONFIDENTIAL                                                    GOOG-BUNGIE-00000214

- Title of original song: Tranquility
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=gR03h48G9rw
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Guardians Lost
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                    GOOG-BUNGIE-00000215

**video-rights**            Mar 19, 2022, 8:42 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

 **YouTube**

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=D0vxAEQcVqs
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Fallen
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=Eqd6siRFJiI

CONFIDENTIAL             GOOG-BUNGIE-00000216

Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Relic of Hope
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=JWNpBrEu4xY
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Departure
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=_fkoeg9vymw
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Great Unknown
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=fNxYAoxu9Hc
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Tranquility
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=gR03h48G9rw
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: Guardians Lost
- Where does the content appear? Entire video

CONFIDENTIAL                                                                                                 GOOG-BUNGIE-00000217

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

Conversation with **tridyriumx@gmail.com** · Copyright takedown request received for your YouTube video

| | |
|---|---|
| **nginchoong@google.com** | Mar 30, 2022, 12:48 AM |
| To: tridyriumx@gmail.com | |
| Subject: Copyright takedown request received for your YouTube video | |

Hello,

The following videos in your account have been restored unless you have deleted them:

https://youtube.com/watch?v=D0vxAEQcVqs

https://youtube.com/watch?v=fNxYAoxu9Hc

CONFIDENTIAL GOOG-BUNGIE-00000218

https://youtube.com/watch?v=_fkoeg9vymw

https://youtube.com/watch?v=Eqd6siRFJiI

https://youtube.com/watch?v=gR03h48G9rw

https://youtube.com/watch?v=JWNpBrEu4xY

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=D0vxAEQcVqs

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000219

- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Fallen
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Eqd6siRFJiI
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Relic of Hope
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=JWNpBrEu4xY
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Departure
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=_fkoeg9vymw
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Great Unknown
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=fNxYAoxu9Hc
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: Tranquility
  - Where does the content appear? Entire video

CONFIDENTIAL                                                                                        GOOG-BUNGIE-00000220

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=gR03h48G9rw
- Describe the work allegedly infringed: My company, organization or client's original song

  o Title of original song: Guardians Lost
  o Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

  Authorized Signature: Jeremy Wiland

  Sincerely,

  — The YouTube Team

[END COPY OF NOTICE]

Sincerely,
The YouTube Team

CONFIDENTIAL                                                                GOOG-BUNGIE-00000221

CONFIDENTIAL

GOOG-BUNGIE-00000222

# Ticket T7-80259414

Conversation with **jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**mellisaann@google.com**             Mar 29, 2022, 12:16 PM
To: chaptersdontturn@gmail.com
Subject: Copyright takedown request received for your YouTube video

Hello,


The following videos in your account have been restored unless you have deleted them:

https://youtu.be/JjBpWleo2a8

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF NOTICE]



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

CONFIDENTIAL        GOOG-BUNGIE-00000223

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name
(Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position
(What is your authority to make this complaint?): Brand Protection Address:  Username:
Jeremy Wiland Email Address: jeremywilandcsc@gmail.com Phone:

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=JjBpWleo2a8
- Describe the work allegedly infringed: Other

  o Type of copyrighted work: Destiny - Video game series
  o Title of copyrighted work: Destiny 2
  o Additional information: This video contains in game content belonging
    to our client. Copying, reproducing, distributing, displaying, or
    otherwise exploiting of Bungie's software/elements without their
    consent is unlawful.
  o Where does the content appear? Entire video

  Country where copyright applies: US

  I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

CONFIDENTIAL                                                            GOOG-BUNGIE-00000224

[END COPY OF NOTICE]

Sincerely,

The YouTube Team

Conversation with **chaptersdontturn@gmail.com** · Copyright takedown request received for your YouTube video

---

**jeremywilandcsc@gmail.com**                   Mar 19, 2022, 9:26 AM

To:

Subject: Copyright Complaint Submission

Video IDs: JjBpWleo2a8

---

**video-rights**                              Mar 19, 2022, 9:26 AM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

CONFIDENTIAL                  GOOG-BUNGIE-00000225

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400


URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=JjBpWleo2a8
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

CONFIDENTIAL                                                                                        GOOG-BUNGIE-00000226

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

| | |
|---|---|
| **video-rights** | Mar 19, 2022, 12:26 PM |
| To: jeremywilandcsc@gmail.com | |
| Subject: YouTube Copyright Complaint Submission | |



Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000227

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=JjBpWleo2a8
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL    GOOG-BUNGIE-00000228

# Ticket T7-80174123

**Conversation with jeremywilandcsc@gmail.com** · YouTube Copyright Complaint Submission

---

**gelemanovic@google.com**                                          Mar 22, 2022, 6:37 AM
To: tass123@gmail.com
Subject: Copyright takedown request received for your YouTube video

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=wGZwzklgLgE

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand Protection Username: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=83AWlIBzE9g
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The First Disciple
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=wGZwzklgLgE
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2: The Witch Queen
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's

CONFIDENTIAL                                                            GOOG-BUNGIE-00000229

software/elements without their consent is unlawful.

- o Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,
The YouTube Team

---

Conversation with **tass123@gmail.com**  ·  Copyright takedown request received for your YouTube video

---

**gelemanovic@google.com**                                          Mar 22, 2022, 6:35 AM
To: volticdesign@gmail.com
Subject: Copyright takedown request received for your YouTube video

---

Hello,

The following videos in your account have been restored unless you have deleted them:

https://www.youtube.com/watch?v=83AWlIBzE9g

We have determined that the copyright takedown request we received for these URLs was invalid. Your copyright strike has been resolved.

CONFIDENTIAL                                                      GOOG-BUNGIE-00000230

Below is a record of the takedown notice we received. Please note the complainant's physical address and phone number have been redacted.

Copyright Owner Name (Company Name if applicable): Bungie, Inc. Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland Your Title or Job Position (What is your authority to make this complaint?): Brand ProtectionUsername: Jeremy Wiland Email Address: jeremywilandcsc@gmail.com

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=83AWllBzE9g
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The First Disciple
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=wGZwzklgLgE
- Describe the work allegedly infringed: Other

  - Type of copyrighted work: Destiny - Video game series
  - Title of copyrighted work: Destiny 2: The Witch Queen
  - Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
  - Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

CONFIDENTIAL                                                                                                              GOOG-BUNGIE-00000231

Sincerely,

The YouTube Team

Conversation with **volticdesign@gmail.com** · Copyright takedown request received for your YouTube video

---

**jeremywilandcsc@gmail.com**                                    Mar 17, 2022, 3:45 PM

To:

Subject: Copyright Complaint Submission

Video IDs: 83AWllBzE9g, wGZwzklgLgE

---

**video-rights**                                                Mar 17, 2022, 3:45 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

CONFIDENTIAL                                    GOOG-BUNGIE-00000232

Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=83AWlIBzE9g
Describe the work allegedly infringed: My company, organization or client's original song

- ○ Title of original song: The First Disciple
- ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=wGZwzklgLgE
Describe the work allegedly infringed: Other

- ○ Type of copyrighted work: Destiny - Video game series
- ○ Title of copyrighted work: Destiny 2: The Witch Queen
- ○ Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- ○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

CONFIDENTIAL                                                                      GOOG-BUNGIE-00000233

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Jeremy Wiland

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**            Mar 18, 2022, 8:21 PM

To: jeremywilandcsc@gmail.com

Subject: YouTube Copyright Complaint Submission

▶ **YouTube**

Hi Jeremy Wiland,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Jeremy Wiland
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808

CONFIDENTIAL          GOOG-BUNGIE-00000234

US
Username: Jeremy Wiland
Email Address: jeremywilandcsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=83AWllBzE9g
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The First Disciple
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=wGZwzklgLgE
Describe the work allegedly infringed: Other

- Type of copyrighted work: Destiny - Video game series
- Title of copyrighted work: Destiny 2: The Witch Queen
- Additional information: This video contains in game content belonging to our client. Copying, reproducing, distributing, displaying, or otherwise exploiting of Bungie's software/elements without their consent is unlawful.
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000235

Authorized Signature: Jeremy Wiland

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL

GOOG-BUNGIE-00000236

# Ticket T7-80182932

**Conversation with damianreynoldscsc@gmail.com** · Re: YouTube Copyright Complaint Submission

---

**damianreynoldscsc@gmail.com**                                   Mar 17, 2022, 9:13 PM

To:

Subject: Copyright Complaint Submission

Video IDs: CDng8XCUNBE

---

**video-rights**                                                 Mar 17, 2022, 9:13 PM

To: damianreynoldscsc@gmail.com

Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                          GOOG-BUNGIE-00000237

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Damian Reynolds

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                           GOOG-BUNGIE-00000238

**video-rights**

To: damianreynoldscsc@gmail.com

Subject: YouTube Copyright Complaint Submission

Mar 17, 2022, 11:40 PM



Hi Damian Reynolds,

Thank you for your notification. It appears you have made a claim on behalf of a company, but your account is not associated with a corporate email address. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, some of which involve impersonating the company that holds copyright to the material in question. In order to prevent this, we need to ask you for more information.

Please help us verify that you are affiliated with the corporate entity listed as the copyright owner in your notice. There are several ways you can do this:

1. Forward this message to your corporate email, if you have one, and then reply to this email address from that account.
2. If your company doesn't have a corporate email address, please provide a website or other publicly available listing where we can verify your company's existence and your affiliation with it.
3. If neither of these options is applicable to you, please provide an explanation.
4. If you do not actually represent a company, please let us know.

Please understand that We won't be able to process your request until we have received this verification.

- The YouTube Team

Here is the information you filled in:

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000239

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:

http://www.youtube.com/watch?v=CDng8XCUNBE

Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Damian Reynolds

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000240

**damianreynoldscsc@gmail.com**                                        Mar 18, 2022, 12:10 AM
To: youtube-disputes+02kxh4m2gicjn07@google.com
Subject: Re: YouTube Copyright Complaint Submission

I am part of CSC Brand Protection. https://www.cscdbs.com/

On Thu, Mar 17, 2022 at 11:40 PM YouTube Copyright <youtube-disputes+02kxh4m2gicjn07@google.com> wrote:



Hi Damian Reynolds,

Thank you for your notification. It appears you have made a claim on
behalf of a company, but your account is not associated with a
corporate email address. Please understand that YouTube receives a
large number of fraudulent copyright takedown requests, some of
which involve impersonating the company that holds copyright to the
material in question. In order to prevent this, we need to ask you for
more information.

Please help us verify that you are affiliated with the corporate entity
listed as the copyright owner in your notice. There are several ways
you can do this:

1. Forward this message to your corporate email, if you have one, and
   then reply to this email address from that account.
2. If your company doesn't have a corporate email address, please
   provide a website or other publicly available listing where we can
   verify your company's existence and your affiliation with it.
3. If neither of these options is applicable to you, please provide an
   explanation.
4. If you do not actually represent a company, please let us know.

Please understand that We won't be able to process your request until
we have received this verification.

- The YouTube Team

CONFIDENTIAL                                                                          GOOG-BUNGIE-00000241

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:

http://www.youtube.com/watch?v=CDng8XCUNBE

Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Damian Reynolds

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000242

**video-rights**                                                           Mar 18, 2022, 9:42 AM

To: damianreynoldscsc@gmail.com

Subject: YouTube Copyright Complaint Submission



Hi Damian Reynolds,

We are concerned that some of the information in your takedown
request may be fraudulent. Please understand that YouTube receives
a large number of fraudulent copyright takedown requests, and we
take abuse of that process very seriously (*see YouTube, LLC v. Brady
(D. Neb. 8:19-cv-00353)*).

We remind you that in your allegation of copyright infringement, you
stated that:

1. You are authorized to act on behalf of the owner of an exclusive right
   that is allegedly infringed, and acknowledge that any person who
   knowingly materially misrepresents that material or activity is
   infringing may be subject to liability for damages.
2. You understand that abuse of this form will result in termination of
   your YouTube account.

For each video in question, please explain how you're authorized to
make this claim, including supporting documentation or other
evidence wherever possible.

If we don't receive a detailed explanation from you within 7 days, **your
YouTube account may be terminated**. You may be able to avoid
termination if you retract your takedown request. If you wish to do so,
please reply to this email with "I hereby retract my claim of copyright
infringement."

CONFIDENTIAL                                                           GOOG-BUNGIE-00000243

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Damian Reynolds

CONFIDENTIAL

GOOG-BUNGIE-00000244

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**damianreynoldscsc@gmail.com**                                    Mar 19, 2022, 12:24 AM
To: youtube-disputes+02kxh4m2gicjn07@google.com
Subject: Re: YouTube Copyright Complaint Submission

---

I hereby retract my claim of copyright infringement.

On Fri, Mar 18, 2022 at 9:42 PM YouTube Copyright <youtube-disputes+02kxh4m2gicjn07@google.com> wrote:



> Hi Damian Reynolds,
>
> We are concerned that some of the information in your takedown request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*).
>
> We remind you that in your allegation of copyright infringement, you stated that:
>
> 1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and acknowledge that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
> 2. You understand that abuse of this form will result in termination of your YouTube account.
>
> For each video in question, please explain how you're authorized to make this claim, including supporting documentation or other evidence wherever possible.

CONFIDENTIAL                                                    GOOG-BUNGIE-00000245

If we don't receive a detailed explanation from you within 7 days, **your YouTube account may be terminated**. You may be able to avoid termination if you retract your takedown request. If you wish to do so, please reply to this email with "I hereby retract my claim of copyright infringement."

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or client's original song

- o Title of original song: The Deserving
- o Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.

CONFIDENTIAL                                                                                              GOOG-BUNGIE-00000246

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Damian Reynolds

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**mohamadrafiq@google.com**                                                    Mar 19, 2022, 6:56 PM

To: damianreynoldscsc@gmail.com

Subject: Re: YouTube Copyright Complaint Submission

Hello,

Thank you for your response. Your takedown request will not be processed. If we believe that further takedown requests represent a pattern of fraudulent submissions, we may terminate your YouTube account with no further warnings.

Sincerely,

The YouTube Team

On March 19, 2022 damianreynoldscsc@gmail.com wrote:

I hereby retract my claim of copyright infringement.

On Fri, Mar 18, 2022 at 9:42 PM YouTube Copyright <youtube-disputes+02kxh4m2gicjn07@google.com> wrote:



Hi Damian Reynolds,

CONFIDENTIAL                                                    GOOG-BUNGIE-00000247

We are concerned that some of the information in your takedown request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*).

We remind you that in your allegation of copyright infringement, you stated that:

1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and acknowledge that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
2. You understand that abuse of this form will result in termination of your YouTube account.

For each video in question, please explain how you're authorized to make this claim, including supporting documentation or other evidence wherever possible.

If we don't receive a detailed explanation from you within 7 days, **your YouTube account may be terminated**. You may be able to avoid termination if you retract your takedown request. If you wish to do so, please reply to this email with "I hereby retract my claim of copyright infringement."

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Damian Reynolds
Email Address: damianreynoldscsc@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                                                          GOOG-BUNGIE-00000248

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or client's original song

- o  Title of original song: The Deserving
- o  Where does the content appear?
  The content appears in the targeted video from 0 to 1:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Damian Reynolds

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                                    GOOG-BUNGIE-00000249

# Ticket T7-80213760

**Conversation with hocisern@gmail.com** · YouTube Copyright Complaint Submission

---

| Hocisern@gmail.com | Mar 18, 2022, 10:30 AM |
|---|---|

To:

Subject: Copyright Complaint Submission

Video IDs: t7STD2ESmWg

---

| video-rights | Mar 18, 2022, 10:30 AM |
|---|---|

To: Hocisern@gmail.com

Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie

Your Full Legal Name (Aliases, usernames or initials not accepted): Benjamin D. Anible
Your Title or Job Position (What is your authority to make this complaint?): Owner creator

Address:
550 106th Ave NE Bellevue, WA
Bellevue, WA  98004
US

Username: Hocisern Gaming
Email Address: Hocisern@gmail.com
Phone: 1-866-I-OPT-OUT

CONFIDENTIAL                                                                                 GOOG-BUNGIE-00000250

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=t7STD2ESmWg
Describe the work allegedly infringed: My company, organization or
client's original song

○ Title of original song: Destiny the taken king ost -12 the awoken
○ Where does the content appear?
The content appears in the targeted video from 9:00 to 10:50
It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
complained of is not authorized by the copyright owner, its agent, or
the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
knowingly materially misrepresents that material or activity is
infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
YouTube account.

Authorized Signature: Benjamin D. Anible

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000251

**video-rights**                                                      Mar 18, 2022, 12:32 PM

To: Hocisern@gmail.com

Subject: YouTube Copyright Complaint Submission



Hi Hocisern Gaming,

We are concerned that some of the information in your takedown request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*).

We remind you that in your allegation of copyright infringement, you stated that:

1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and acknowledge that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
2. You understand that abuse of this form will result in termination of your YouTube account.

   For each video in question, please explain how you're authorized to make this claim, including supporting documentation or other evidence wherever possible.

   If we don't receive a detailed explanation from you within 7 days, **your YouTube account may be terminated**. You may be able to avoid termination if you retract your takedown request. If you wish to do so, please reply to this email with "I hereby retract my claim of copyright infringement."

   - The YouTube Team

CONFIDENTIAL                                                          GOOG-BUNGIE-00000252

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie
Your Full Legal Name (Aliases, usernames or initials not accepted): Benjamin D. Anible
Your Title or Job Position (What is your authority to make this complaint?): Owner creator
Address:
550 106th Ave NE Bellevue, WA
Bellevue, WA 98004
US
Username: Hocisern Gaming
Email Address: Hocisern@gmail.com
Phone: 1-866-I-OPT-OUT

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=t7STD2ESmWg
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: Destiny the taken king ost -12 the awoken
- Where does the content appear?
  The content appears in the targeted video from 9:00 to 10:50
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Benjamin D. Anible

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                    GOOG-BUNGIE-00000253

**tippusulthan@google.com**                                    Mar 18, 2022, 8:39 PM
To: hocisern@gmail.com
Subject: YouTube Copyright Complaint Submission

Hello,

Thank you for your response. Your takedown request will not be processed. If we believe
that further takedown requests represent a pattern of fraudulent submissions, we may
terminate your YouTube account with no further warnings.

Sincerely,
The YouTube Team

On March 18, 2022 Hocisern@gmail.com wrote:

> Video IDs: t7STD2ESmWg

CONFIDENTIAL                                    GOOG-BUNGIE-00000254

# Ticket T7-80182295

**Conversation with jacobaverz@gmail.com** · YouTube Copyright Complaint Submission

---

**jacobaverz@gmail.com**                                    Mar 17, 2022, 8:59 PM

To:

Subject: Copyright Complaint Submission

Video IDs: CDng8XCUNBE

---

**video-rights**                                           Mar 17, 2022, 8:59 PM

To: jacobaverz@gmail.com

Subject: YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Bungie, Inc.

Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection

Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US

Username: Jacob Averz
Email Address: jacobaverz@gmail.com
Phone: 302 636 5400

CONFIDENTIAL                                    GOOG-BUNGIE-00000255

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or
client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 2:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of
  an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is
  infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my
  YouTube account.

Authorized Signature: Damian Reynolds

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                      GOOG-BUNGIE-00000256

---

**video-rights**                                            Mar 18, 2022, 12:20 AM
To: jacobaverz@gmail.com
Subject: YouTube Copyright Complaint Submission

---



Hi Jacob Averz,

Thank you for your notification. It appears you have made a claim on behalf of a company, but your account is not associated with a corporate email address. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, some of which involve impersonating the company that holds copyright to the material in question. In order to prevent this, we need to ask you for more information.

Please help us verify that you are affiliated with the corporate entity listed as the copyright owner in your notice. There are several ways you can do this:

1. Forward this message to your corporate email, if you have one, and then reply to this email address from that account.
2. If your company doesn't have a corporate email address, please provide a website or other publicly available listing where we can verify your company's existence and your affiliation with it.
3. If neither of these options is applicable to you, please provide an explanation.
4. If you do not actually represent a company, please let us know.

Please understand that We won't be able to process your request until we have received this verification.

- The YouTube Team

Here is the information you filled in:

CONFIDENTIAL                                                        GOOG-BUNGIE-00000257

Copyright Owner Name (Company Name if applicable): Bungie, Inc.
Your Full Legal Name (Aliases, usernames or initials not accepted): Damian Reynolds
Your Title or Job Position (What is your authority to make this complaint?): Brand Protection
Address:
251 Little Falls Drive
Wilmington, Delaware 19808
US
Username: Jacob Averz
Email Address: jacobaverz@gmail.com
Phone: 302 636 5400

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=CDng8XCUNBE
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Deserving
- Where does the content appear?
  The content appears in the targeted video from 0 to 2:00
  It appears in your source video from 0 to 0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Damian Reynolds

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                  GOOG-BUNGIE-00000258

CONFIDENTIAL                                                                      GOOG-BUNGIE-00000259