# EXHIBIT 12

| Row # | Bates | From | To | Date and Time (PD) | Message-ID | Originating IP |
|---|---|---|---|---|---|---|
| 1 | | googlecommunityteam-noreply@google.com | jeremywilandcsc@gmail.com | 1/24/22 9:33 PM | 9a2594f5d7ca4bf4c04fc4851fc97227b645352-20113407-110703338@google.com | |
| 2 | | youtube-disputes+0i53q1dr7jov07@google.com | jeremywilandcsc@gmail.com | 1/24/22 9:39 PM | 000000000000957648055d6618122@google.com | |
| 3 | | youtube-disputes+0i53q1dr7jov07@google.com | jeremywilandcsc@gmail.com | 1/25/22 6:00 PM | 000000000000ca557905d67290de@google.com | |
| 4 | | jeremywilandcsc@gmail.com | youtube-disputes+3nyedf6vfvfb707@google.com | 3/14/22 2:07 PM | x_SAM75D2UoOv4wjebgaj=GP=r63-3UOOwT6FNG4YYViw@mail.gmail.com | 135.26.144.241 |
| 5 | | youtube-disputes+0i53q1dr7jov07@google.com | jeremywilandcsc@gmail.com | 3/16/22 6:57 PM | 000000000000dea054055da65b508@google.com | |
| 6 | | no-reply@accounts.google.com | jeremywilandcsc@gmail.com | 3/16/22 7:19 PM | SECst_2e9iLqSpyFcobvqw@rotifications.google.com | |
| 7 | | google-noreply@google.com | jeremywilandcsc@gmail.com | 3/16/22 7:20 PM | 9fcf27748cd08b4bd58e30e90ce9f0de452eca9d-20079894-110943201@google.com | |
| 8 | | youtube-disputes+3fkq8awupmp7c07@google.com | jeremywilandcsc@gmail.com | 3/16/22 7:35 PM | 000000000000065b4105da60e1c2@google.com | |
| 9 | | youtube-disputes+3tr33i1beme6u07@google.com | jeremywilandcsc@gmail.com | 3/16/22 7:43 PM | 000000000000846599e05da60ffec@google.com | |
| 10 | | youtube-disputes+29328aatqe02b07@google.com | jeremywilandcsc@gmail.com | 3/16/22 8:13 PM | 000000000000003e031d05da6169cd@google.com | |
| 11 | | youtube-disputes+3fkq8awupmp7c07@google.com | jeremywilandcsc@gmail.com | 3/16/22 9:16 PM | 00000000000005926b005da624ad1@google.com | |
| 12 | | youtube-disputes+29328aatqe02b07@google.com | jeremywilandcsc@gmail.com | 3/16/22 9:29 PM | 0000000000000504c3e05da627a43@google.com | |
| 13 | | youtube-disputes+1am61niv0nhnv07@google.com | jeremywilandcsc@gmail.com | 3/16/22 9:33 PM | 0000000000004f58605da628908@google.com | |
| 14 | | youtube-disputes+3tr33i1beme6u07@google.com | jeremywilandcsc@gmail.com | 3/16/22 9:42 PM | 000000000000b6ba905da62a736@google.com | |
| 15 | | youtube-disputes+16h4ugiw16g6h07@google.com | jeremywilandcsc@gmail.com | 3/16/22 9:50 PM | 000000000000a6ae8605da62c483@google.com | |
| 16 | | youtube-disputes+33rn9dp79omui07@google.com | jeremywilandcsc@gmail.com | 3/16/22 11:11 PM | 0000000000000b771140505da635cf@google.com | |
| 17 | | youtube-disputes+16h4ugiw16g6h07@google.com | jeremywilandcsc@gmail.com | 3/16/22 11:22 PM | 000000000009387905da6640e1@google.com | |
| 18 | | youtube-disputes+1j0rar1ietzjq07@google.com | jeremywilandcsc@gmail.com | 3/16/22 11:44 PM | 000000000002f3e105da645a88@google.com | |
| 19 | | youtube-disputes+1am61niv0nhnv07@google.com | jeremywilandcsc@gmail.com | 3/16/22 11:56 PM | 000000000000123b705da6488d5@google.com | |
| 20 | | youtube-disputes+2l8yh52psjeb407@google.com | jeremywilandcsc@gmail.com | 3/16/22 11:57 PM | 0000000000005de6720da648ab3@google.com | |
| 21 | | youtube-disputes+1j0rar1ietzjq07@google.com | jeremywilandcsc@gmail.com | 3/17/22 2:39 AM | 0000000000000dd2972005da66cfa8@google.com | |
| 22 | | jeremywilandcsc@gmail.com | copyright@youtube.com | 3/17/22 11:25 AM | x9A0kTXPP2vJOmzNJX8k2xG3wqgBo9UtDO_HbeuNiD=yw@mail.gmail.com | 135.26.144.241 |
| 23 | | jeremywilandcsc@gmail.com | copyright@youtube.com | 3/17/22 11:32 AM | x_vCkN1ivX5-OYyE7KCEhb-28pejNL9H-6aeitvKFHBQ@mail.gmail.com | 135.26.144.241 |
| 24 | GOOG-BUNGIE-00000006 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 1:51 PM | 00000000003fc0cf05da703366@google.com | |
| 25 | | youtube-disputes+2j1pqb20tyt507@google.com | jeremywilandcsc@gmail.com | 3/17/22 1:51 PM | | |
| 26 | GOOG-BUNGIE-00000199 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 1:59 PM | | |
| 27 | | youtube-disputes+0d8zv9gtt6anw07@google.com | jeremywilandcsc@gmail.com | 3/17/22 1:59 PM | 000000000007890a05da704e21@google.com | |
| 28 | GOOG-BUNGIE-00000132 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 2:05 PM | | |
| 29 | | youtube-disputes+23hzc7sz7mbw007@google.com | jeremywilandcsc@gmail.com | 3/17/22 2:05 PM | 00000000000553df205da706582@google.com | |
| 30 | | youtube-disputes+1x8d521ifjlq407@google.com | jeremywilandcsc@gmail.com | 3/17/22 2:10 PM | 000000000001001ff05da707477@google.com | |
| 31 | | jeremywilandcsc@gmail.com | copyright@youtube.com | 3/17/22 2:27 PM | x8m6yvhUvnvwnV8V:i2cvBUS_=sXfKPXEF8TPQmTHSRqg@mail.gmail.com | 135.26.144.241 |
| 32 | GOOG-BUNGIE-00000135 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 3:16 PM | | |
| 33 | | youtube-disputes+23hzc7sz7mbw007@google.com | jeremywilandcsc@gmail.com | 3/17/22 3:16 PM | 00000000000029b28805da7162c3@google.com | |
| 34 | GOOG-BUNGIE-00000232 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 3:45 PM | | |
| 35 | | youtube-disputes+0l5e561vae0ke07@google.com | jeremywilandcsc@gmail.com | 3/17/22 3:45 PM | 00000000000c5353905da71c8ce@google.com | |
| 36 | GOOG-BUNGIE-00000201 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 4:01 PM | | |
| 37 | | youtube-disputes+0d8zv9gtt6anw07@google.com | jeremywilandcsc@gmail.com | 3/17/22 4:01 PM | 000000000029b01705da720211@google.com | |
| 38 | | youtube-disputes+0rhoazvshpyrm07@google.com | jeremywilandcsc@gmail.com | 3/17/22 4:32 PM | 00000000000b9861a05da72719d@google.com | |
| 39 | GOOG-BUNGIE-00000099 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 4:53 PM | | |
| 40 | | youtube-disputes+3u123bs3xbpaj07@google.com | jeremywilandcsc@gmail.com | 3/17/22 4:53 PM | 00000000000dfdb6d05da72bafe@google.com | |
| 41 | GOOG-BUNGIE-00000021 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 6:00 PM | | |
| 42 | | youtube-disputes+0rhoazvshpyrm07@google.com | jeremywilandcsc@gmail.com | 3/17/22 6:00 PM | 00000000000107d6a05da73acf0@google.com | |
| 43 | GOOG-BUNGIE-00000036 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 6:58 PM | | |
| 44 | | youtube-disputes+3er6r0zfjt7vyi7@google.com | jeremywilandcsc@gmail.com | 3/17/22 6:58 PM | 00000000000c7e01a05da747c53@google.co | |
| 45 | GOOG-BUNGIE-00000181 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 7:42 PM | | |
| 46 | | youtube-disputes+1ekq4keq6u9xx07@google.com | jeremywilandcsc@gmail.com | 3/17/22 7:42 PM | 00000000000049177fe05da751ab3@google.com | |
| 47 | GOOG-BUNGIE-00000039 | video-rights | jeremywilandcsc@gmail.com | 3/17/22 7:50 PM | | |
| 48 | | youtube-disputes+3er6r0zfjt7vyi7@google.com | jeremywilandcsc@gmail.com | 3/17/22 7:50 PM | 0000000000005d44aa05da75356e@google.com | |
| 49 | | googlecommunityteam-noreply@google.com | damianreynoldscsc@gmail.com | 3/17/22 8:05 PM | 3a5d192716908d865301ad9d7b01cbb2147f26e2a-20113407-110703338@google.com | |
| 50 | | youtube-disputes+33rn9dp79omui07@google.com | jeremywilandcsc@gmail.com | 3/17/22 8:45 PM | 00000000000074350005da75f9fd@google.com | |
| 51 | GOOG-BUNGIE-00000237 | video-rights | damianreynoldscsc@gmail.com | 3/17/22 9:13 PM | | |
| 52 | | youtube-disputes+02kxh4m2gicjn07@google.com | damianreynoldscsc@gmail.com | 3/17/22 9:13 PM | 0000000000024cb0505da76600c@google.com | |
| 53 | | youtube-disputes+2l8yh52psjeb407@google.com | jeremywilandcsc@gmail.com | 3/17/22 9:51 PM | 00000000000089217605da75e5e2@google.com | |
| 54 | | jeremywilandcsc@gmail.com | copyright@youtube.com | 3/17/22 11:30 PM | x9uW2=Jn4WnvA3_3RB6wxqU2J5RRdBf3945CnFb++dXDg@mail.gmail.com | 135.26.144.241 |
| 55 | | jeremywilandcsc@gmail.com | copyright@youtube.com | 3/17/22 11:34 PM | x_mpKb-1B5a-M+uQV6jTd7cerQWmOS9qGxv9S7uiGp9eQ@mail.gmail.com | 135.26.144.241 |
| 56 | | jeremywilandcsc@gmail.com | copyright@youtube.com | 3/17/22 11:35 PM | x9S_3HgFGdKF+16uWy1neTvjmC1VvPS9iSOoT5VZRW0g@mail.gmail.com | 135.26.144.241 |
| 57 | GOOG-BUNGIE-00000239 | video-rights | damianreynoldscsc@gmail.com | 3/17/22 11:40 PM | | |
| 58 | | youtube-disputes+02kxh4m2gicjn07@google.com | damianreynoldscsc@gmail.com | 3/17/22 11:40 PM | 0000000000000e200a405da786cfff@google.com | |
| 59 | GOOG-BUNGIE-00000241 | damianreynoldscsc@gmail.com | youtube-disputes+02kxh4m2gicjn07@google.com | 3/18/22 12:10 AM | | |
| 60 | | damianreynoldscsc@gmail.com | youtube-disputes+02kxh4m2gicjn07@google.com | 3/18/22 12:10 AM | CACjV9aEdB5ftN5-7_5zjX34673VET-Khp-FD+4xemBXXmvZrRQ@mail.gmail.com | 135.26.144.241 |
| 61 | | youtube-disputes+0k4u0jrf0l4gtq@google.com | jeremywilandcsc@gmail.com | 3/18/22 6:30 AM | 00000000000004671057da71422@google.com | |
| 62 | GOOG-BUNGIE-00000115 | video-rights | jeremywilandcsc@gmail.com | 3/18/22 2:18 PM | | |
| 63 | | youtube-disputes+3nyedf6vfvfb707@google.com | jeremywilandcsc@gmail.com | 3/18/22 2:18 PM | 0000000000044af7605da84b078@google.com | |
| 64 | GOOG-BUNGIE-00000173 | video-rights | jeremywilandcsc@gmail.com | 3/18/22 4:29 PM | | |
| 65 | | youtube-disputes+1ut252ko9w0ye07@google.com | jeremywilandcsc@gmail.com | 3/18/22 4:29 PM | 0000000000234fa205da86835c@google.com | |

| # | Bates | Category | Email/URL | Recipient | Timestamp | Hash | IP |
|---|---|---|---|---|---|---|---|
| 66 | GOOG-BUNGIE-00000008 | video-rights | | jeremywilandcsc@gmail.com | 3/18/22 7:38 PM | | |
| 67 | | | youtube-disputes+2j1pqb20ttyt507@google.com | jeremywilandcsc@gmail.com | 3/18/22 7:38 PM | 00000000000fae35605da8928e7@google.com | |
| 68 | GOOG-BUNGIE-00000191 | video-rights | | jeremywilandcsc@gmail.com | 3/18/22 8:09 PM | | |
| 69 | | | youtube-disputes+1x8d5z1lfjlq407@google.com | jeremywilandcsc@gmail.com | 3/18/22 8:09 PM | 00000000000006dd2b505da899668@google.com | |
| 70 | GOOG-BUNGIE-00000234 | video-rights | | jeremywilandcsc@gmail.com | 3/18/22 8:21 PM | | |
| 71 | | | youtube-disputes+0l5e561vae0ke07@google.com | jeremywilandcsc@gmail.com | 3/18/22 8:21 PM | 000000000000e77ed05da83c113@google.com | |
| 72 | GOOG-BUNGIE-00000102 | video-rights | | jeremywilandcsc@gmail.com | 3/18/22 8:25 PM | | |
| 73 | | | youtube-disputes+3u123bs3xbpsj07@google.com | jeremywilandcsc@gmail.com | 3/18/22 8:25 PM | 00000000000054547405da89d290@google.com | |
| 74 | GOOG-BUNGIE-00000243 | video-rights | | damianreynoldscsc@gmail.com | 3/18/22 9:42 PM | | |
| 75 | | | youtube-disputes+02kxh4m2gicjn07@google.com | damianreynoldscsc@gmail.com | 3/18/22 9:42 PM | 00000000000001585ad05da8ae3d3@google.com | |
| 76 | GOOG-BUNGIE-00000245 | | damianreynoldscsc@gmail.com | youtube-disputes+02kxh4m2gicjn07@google.com | 3/19/22 12:24 AM | | |
| 77 | | | damianreynoldscsc@gmail.com | youtube-disputes+02kxh4m2gicjn07@google.com | 3/19/22 12:24 AM | CACjV9aGu2ZcX8kduTFqddhEt+j_6Cahv9pUWyZP38TW4zz4xAw@mail.gmail.com | 135.26.144.241 |
| 78 | GOOG-BUNGIE-00000183 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 4:04 AM | | |
| 79 | | | youtube-disputes+1ekq4keq6u9yx07@google.com | jeremywilandcsc@gmail.com | 3/19/22 4:04 AM | 000000000000e2f4e605da90391f@google.com | |
| 80 | | | youtube-disputes+0cywcq62ux4yc0q@google.com | jeremywilandcsc@gmail.com | 3/19/22 5:37 AM | 000000000006e85a805da917625@google.com | |
| 81 | | | youtube-disputes+1alp119vsu4bjr0q@google.com | jeremywilandcsc@gmail.com | 3/19/22 5:42 AM | 0000000000035dd4605da91864d@google.com | |
| 82 | | | youtube-disputes+1reemj7g81bs40q@google.com | jeremywilandcsc@gmail.com | 3/19/22 5:43 AM | x9S_3HgFGdkF+16uWy1neTvjmC1vvPS9iSOoTe5VZRW0g@mail.gmail.com | |
| 83 | GOOG-BUNGIE-00000225 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 9:26 AM | | |
| 84 | | | youtube-disputes+364qyhiuc9s4l07@google.com | jeremywilandcsc@gmail.com | 3/19/22 9:26 AM | 000000000000c8db1b05da94b9fd@google.com | |
| 85 | GOOG-BUNGIE-00000208 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 9:38 AM | | |
| 86 | | | youtube-disputes+3jaqxb8qyr9sn07@google.com | jeremywilandcsc@gmail.com | 3/19/22 9:38 AM | 000000000000c025c105da94e3e5@google.com | |
| 87 | GOOG-BUNGIE-00000066 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 9:46 AM | | |
| 88 | | | youtube-disputes+187uohvlufvg907@google.com | jeremywilandcsc@gmail.com | 3/19/22 9:46 AM | 0000000000002f98d305da9500a2@google.com | |
| 89 | GOOG-BUNGIE-00000166 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 10:36 AM | | |
| 90 | | | youtube-disputes+2xgphosmn2jzc07@google.com | jeremywilandcsc@gmail.com | 3/19/22 10:36 AM | 000000000004fd50505da95b580@google.com | |
| 91 | GOOG-BUNGIE-00000089 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 10:52 AM | | |
| 92 | | | youtube-disputes+3k4ppq0zo9tmd07@google.com | jeremywilandcsc@gmail.com | 3/19/22 10:52 AM | 000000000001027820sda95ee66@google.com | |
| 93 | GOOG-BUNGIE-00000055 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 10:59 AM | | |
| 94 | | | youtube-disputes+2pt6sl8uj14q507@google.com | jeremywilandcsc@gmail.com | 3/19/22 10:59 AM | 000000000000e7080005da960680@google.com | |
| 95 | GOOG-BUNGIE-00000109 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 11:03 AM | | |
| 96 | | | youtube-disputes+0u4vfmavn69gb07@google.com | jeremywilandcsc@gmail.com | 3/19/22 11:03 AM | 000000000000afbf1105da961379@google.com | |
| 97 | GOOG-BUNGIE-00000227 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 12:26 PM | | |
| 98 | | | youtube-disputes+364qyhiuc9s4l07@google.com | jeremywilandcsc@gmail.com | 3/19/22 12:26 PM | 00000000000081686d8f05da973d3d@google.com | |
| 99 | GOOG-BUNGIE-00000068 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 12:28 PM | | |
| 100 | | | youtube-disputes+3jaqxb8qyr9sn07@google.com | jeremywilandcsc@gmail.com | 3/19/22 12:28 PM | 000000000000eed8b05da974290@google.com | |
| 101 | GOOG-BUNGIE-00000210 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 12:28 PM | | |
| 102 | | | youtube-disputes+187uohvlufvg907@google.com | jeremywilandcsc@gmail.com | 3/19/22 12:28 PM | 000000000000abad0205da974593@google.com | |
| 103 | GOOG-BUNGIE-00000092 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 12:53 PM | | |
| 104 | | | youtube-disputes+3k4ppq0zo9tmd07@google.com | jeremywilandcsc@gmail.com | 3/19/22 12:53 PM | 000000000001111beab05da979ef1@google.com | |
| 105 | GOOG-BUNGIE-00000043 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 1:44 PM | | |
| 106 | | | youtube-disputes+3n2etoaccp95607@google.com | jeremywilandcsc@gmail.com | 3/19/22 1:44 PM | 00000000000b1795f05da985215@google.com | |
| 107 | GOOG-BUNGIE-00000213 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 1:59 PM | | |
| 108 | | | youtube-disputes+3sms6sb6o2c2cp07@google.com | jeremywilandcsc@gmail.com | 3/19/22 1:59 PM | 000000000000a8de8305da9389b0@google.com | |
| 109 | GOOG-BUNGIE-00000169 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 5:17 PM | | |
| 110 | | | youtube-disputes+2xgphosmn2jzc07@google.com | jeremywilandcsc@gmail.com | 3/19/22 5:17 PM | 000000000007bd13a05da9d42b@google.com | |
| 111 | GOOG-BUNGIE-00000247 | | mohamadrafiq@google.com | damianreynoldscsc@gmail.com | 3/19/22 6:56 PM | | |
| 112 | | | youtube-disputes+02kxh4m2gicjn07@google.com | damianreynoldscsc@gmail.com | 3/19/22 6:56 PM | 0000000000003d43b05da9c9f4c@google.com | |
| 113 | GOOG-BUNGIE-00000048 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 8:30 PM | | |
| 114 | | | youtube-disputes+3n2etoaccp95607@google.com | jeremywilandcsc@gmail.com | 3/19/22 8:30 PM | 000000000000c0099d05da9e005d@google.com | |
| 115 | GOOG-BUNGIE-00000074 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 8:32 PM | | |
| 116 | | | youtube-disputes+3v1xrsb2dnn4r07@google.com | jeremywilandcsc@gmail.com | 3/19/22 8:32 PM | 00000000000076c705da9e080c@google.com | |
| 117 | GOOG-BUNGIE-00000216 | video-rights | | jeremywilandcsc@gmail.com | 3/19/22 8:42 PM | | |
| 118 | | | youtube-disputes+3sms6sb6o2c2cp07@google.com | jeremywilandcsc@gmail.com | 3/19/22 8:42 PM | 000000000008893af705da9e2a2c@google.com | |
| 119 | GOOG-BUNGIE-00000117 | video-rights | | jeremywilandcsc@gmail.com | 3/20/22 4:53 AM | | |
| 120 | | | youtube-disputes+3nyedf6vfvfb707@google.com | jeremywilandcsc@gmail.com | 3/20/22 4:53 AM | 000000000000ccb7c105daa5088b@google.com | |
| 121 | GOOG-BUNGIE-00000058 | video-rights | | jeremywilandcsc@gmail.com | 3/20/22 5:18 AM | | |
| 122 | | | youtube-disputes+2pt6sl8uj14q507@google.com | jeremywilandcsc@gmail.com | 3/20/22 5:18 AM | 00000000000001b90b05daa55f5d@google.com | |
| 123 | GOOG-BUNGIE-00000112 | video-rights | | jeremywilandcsc@gmail.com | 3/20/22 5:18 AM | | |
| 124 | | | youtube-disputes+0u4vfmavn69gb07@google.com | jeremywilandcsc@gmail.com | 3/20/22 5:18 AM | 000000000000bda5d405daa5f6c@google.com | |
| 125 | GOOG-BUNGIE-00000078 | video-rights | | jeremywilandcsc@gmail.com | 3/20/22 6:41 AM | | |
| 126 | | | youtube-disputes+3v1xrsb2dnn4r07@google.com | jeremywilandcsc@gmail.com | 3/20/22 6:41 AM | 00000000000043ad6605daa588d2@google.com | |
| 127 | GOOG-BUNGIE-00000175 | video-rights | | jeremywilandcsc@gmail.com | 3/20/22 7:24 AM | | |
| 128 | | | youtube-disputes+1ut25zko9w0ye07@google.com | jeremywilandcsc@gmail.com | 3/20/22 7:24 AM | 000000000003af9f05daa72315@google.com | |
| 129 | GOOG-BUNGIE-00000118 | jwoolridge@google.com | | jeremywilandcsc@gmail.com | 3/20/22 7:39 PM | | |
| 130 | | | youtube-disputes+3nyedf6vfvfb707@google.com | jeremywilandcsc@gmail.com | 3/20/22 7:39 PM | 000000000000a03b1305dab15729@google.com | |

| # | Bates | From | To | Subject | Date | Message-ID | IP |
|---|---|---|---|---|---|---|---|
| 131 | | youtube-disputes+2l8yh52psjeb407@google.com | jeremywilandcsc@gmail.com | | | 00000000005e65750 5dab15d12@google.com | |
| 132 | GOOG-BUNGIE-00000119 | jeremywilandcsc@gmail.com | youtube-disputes+3nyedf6vfvfb707@google.com | | 3/21/22 1:51 AM | | |
| 133 | | jeremywilandcsc@gmail.com | youtube-disputes+3nyedf6vfvfb707@google.com | x_TKLRXXX9xt4i5t+efzTuO5UFRq9M+iCF2KKF_tnze+A@mail.gmail.com | 3/21/22 1:51 AM | | 135.26.144.241 |
| 134 | | jeremywilandcsc@gmail.com | youtube-disputes+2l8yh52psjeb407@google.com | x8qbgLderEgsp-_b8-VkNMC6fArC2k=B565DyX6m2E0zg@mail.gmail.com | 3/21/22 1:52 AM | | 135.26.144.241 |
| 135 | | youtube-disputes+2l8yh52psjeb407@google.com | jeremywilandcsc@gmail.com | | 3/21/22 9:15 AM | 000000000000a353050 5dabcbb8b@google.com | |
| 136 | GOOG-BUNGIE-00000120 | jwoolridge@google.com | jeremywilandcsc@gmail.com | | 3/21/22 9:15 AM | | |
| 137 | | youtube-disputes+3nyedf6vfvfb707@google.com | jeremywilandcsc@gmail.com | | 3/21/22 9:15 AM | 0000000000000d88bde0 5dabcbb11@google.com | |
| 138 | | jeremywilandcsc@gmail.com | copyright@youtube.com | x_bc3U=p65f_9RPN-AQDD3zXfBqm4_b9NAnjxUkxRLutw@mail.gmail.com | 3/22/22 10:11 AM | | 135.26.144.241 |
| 139 | | jeremywilandcsc@gmail.com | youtube-disputes+16h4ugiw16g6h07@google.com | x9UhZQo8z+rt3DC72JX461HhQMRGSmo2yGjwLSdjfsgBPg@mail.gmail.com | 3/22/22 10:12 AM | | 135.26.144.241 |
| 140 | | no-reply@youtube.com | jeremywilandcsc@gmail.com | eef5adb37118aab8f6365ce6ca58e542e2c593e8-20158449-11094-9343@google.com | 3/22/22 2:28 PM | | |
| 141 | GOOG-BUNGIE-00000082 | video-rights | jeremywilandcsc@gmail.com | | 3/22/22 2:28 PM | | |
| 142 | | youtube-disputes+3v1xrsb2dnn4r07@google.com | jeremywilandcsc@gmail.com | | 3/22/22 2:28 PM | 000000000000057b4b05dad54c3e@google.com | |
| 143 | | no-reply@accounts.google.com | jeremywilandcsc@gmail.com | ggx3-t6F5NqBpcHT3cEExw@notifications.google.com | 3/22/22 4:11 PM | | |
| 144 | | damianreynoldscsc@gmail.com | | CACjV9aFty6mBD=B=mGWnu8_MtR5Fb4sBO-N9LxolO=WKaiYkoQ@mail.gmail.com | 3/22/22 4:24 PM | | 135.26.144.241 |
| 145 | | jeremywilandcsc@gmail.com | | x8iZJ=ur6oRtFLiA2NQNApUAMAC6sGjqpig=qFU_vDBA@mail.gmail.com | 3/22/22 4:41 PM | | 135.26.144.241 |
| 146 | | damianreynoldscsc@gmail.com | damianreynoldscsc@gmail.com | CACjV9aFhbh_8eNFn4NaqYuW6bOycaC0+a1j7bTawxKV04TZuw@mail.gmail.com | 3/22/22 5:47 PM | | 135.26.144.241 |
| 147 | | jeremywilandcsc@gmail.com | jeremywilandcsc@gmail.com | x9FjgSP_c=A+=Z+yZ2B3NMnTAQkq7xqXpcC6U4XFUqS2g@mail.gmail.com | 3/22/22 11:08 PM | | 135.26.144.241 |
| 148 | | jeremywilandcsc@gmail.com | copyright@youtube.com | x-1:=NjHOw6zy3kmJXyd5H8JUkXFuY1vWKysUT6kyiIG_A@mail.gmail.com | 3/22/22 11:28 PM | | 135.26.144.241 |
| 149 | | youtube-disputes+2eg2mnudo4twsOq@google.com | jeremywilandcsc@gmail.com | | 3/23/22 12:09 AM | 000000000000db546d05dadd5641@google.com | |
| 150 | | youtube-disputes+16h4ugiw16g6h07@google.com | jeremywilandcsc@gmail.com | x9UhZQo8z+rt3DC72JX461HhQMRGSmo2yGjwLSdjfsgBPg@mail.gmail.com | 3/23/22 1:04 AM | | 135.26.144.241 |
| 151 | | youtube-disputes+23km4fe7j5v280h@google.com | jeremywilandcsc@gmail.com | | 3/23/22 1:21 AM | 000000000000ee9f8005dade6922@google.com | |
| 152 | | youtube-disputes+1v153lp5n592d0h@google.com | jeremywilandcsc@gmail.com | | 3/23/22 1:28 AM | 0000000000000641cec05dade824e@google.com | |
| 153 | | youtube-disputes+0z023fha80jtl0q@google.com | jeremywilandcsc@gmail.com | x-1:=NjHOw6zy3kmJXyd5H8JUkXFuY1vWKysUT6kyiIG_A@mail.gmail.com | 3/23/22 1:45 AM | | |
| 154 | | jeremywilandcsc@gmail.com | copyright@youtube.com | x81ArZZh8pH=SeRZD=-OI5sp5nwR4eQw0Dd8sL1+HuEgw@mail.gmail.com | 3/23/22 10:19 AM | | 135.26.144.241 |
| 155 | | jeremywilandcsc@gmail.com | copyright@youtube.com | x8wdntpKxz2S3p2mg_d5mkCRPgizUA8NeY3DcUhc8zpTQ@mail.gmail.com | 3/23/22 10:20 AM | | 135.26.144.241 |
| 156 | | youtube-disputes+28xpo93k5ydc40q@google.com | jeremywilandcsc@gmail.com | youtube-disputes+28xpo93k5ydc40q@google.com | 3/24/22 1:43 AM | | |
| 157 | | youtube-disputes+23km4fe7j5v280h@google.com | jeremywilandcsc@gmail.com | | 3/24/22 2:26 AM | 000000000000bba58505daf36fe5@google.com | |
| 158 | | youtube-disputes+3dae30c87fr08l0q@google.com | jeremywilandcsc@gmail.com | x81ArZZh8pH=SeRZD=-OI5sp5nwR4eQw0Dd8sL1+HuEgw@mail.gmail.com | 3/24/22 2:31 AM | | 135.26.144.241 |
| 159 | | no-reply@youtube.com | damianreynoldscsc@gmail.com | 08ea2a476f646c947440d9bc0cb66763fcc8546-20158449-11094-9343@google.com | 3/24/22 9:08 AM | | |
| 160 | | noreply@google.com | damianreynoldscsc@gmail.com | | 3/24/22 9:41 AM | 00000000000019406 05daf98419@google.com | |
| 161 | | noreply@google.com | damianreynoldscsc@gmail.com | | 3/24/22 9:43 AM | 000000000005e781405daf98b25@google.com | |
| 162 | | jeremywilandcsc@gmail.com | | x-E5Xzs7C1Bx_FxnAi4Lw7Wa4Kvau9XOTFZO6JeLXniuA@mail.gmail.com | 3/24/22 9:51 AM | | 135.26.144.241 |
| 163 | | youtube-disputes+0lltphptf2qtkCh@google.com | jeremywilandcsc@gmail.com | | 3/24/22 12:24 PM | 000000000000fddf8a05dafbca00@google.com | |
| 164 | | youtube-disputes+03pfdjczcv2hcOh@google.com | jeremywilandcsc@gmail.com | | 3/25/22 1:40 AM | 00000000000071b14c05db05e88e@google.com | |
| 165 | | youtube-disputes+1arycaa8j1qyz0h@google.com | jeremywilandcsc@gmail.com | | 3/25/22 9:36 AM | 0000000000004c035d05db0J8ff5@google.com | |
| 166 | | youtube-disputes+0ygdi02ep35210h@google.com | jeremywilandcsc@gmail.com | | 3/27/22 10:54 AM | 000000000000cf992a05db36e40c@google.com | |
| 167 | | youtube-disputes+1uv2xvy7ltxfw0h@google.com | jeremywilandcsc@gmail.com | | 3/27/22 11:08 AM | 000000000000c71ba005db371679@google.com | |
| 168 | | youtube-disputes+3vev76lvupztp0h@google.com | jeremywilandcsc@gmail.com | | 3/27/22 11:09 AM | 000000000000dd7c805db37178c@google.com | |
| 169 | | youtube-disputes+2p65jlvlftvxl0h@google.com | jeremywilandcsc@gmail.com | | 3/27/22 11:09 AM | 000000000006eb5be05db37177d@google.com | |
| 170 | | youtube-disputes+0kl6dqjd987yg0h@google.com | jeremywilandcsc@gmail.com | | 3/27/22 11:12 AM | 000000000000a8cd2905db3723aa@google.com | |
| 171 | | jeremywilandcsc@gmail.com | | x8i3YFxSOJpRsNc2PR5S0ddFPifHvxy2T7uG5fX7UR0vQ@mail.gmail.com | 3/27/22 9:36 PM | | 135.26.144.206 |
| 172 | | noreply@google.com | jeremywilandcsc@gmail.com | | 3/27/22 11:23 PM | 000000000000fc42d805db4:5934@google.com | |
| 173 | | no-reply@accounts.google.com | damianreynoldscsc@gmail.com | g1eIuNLHFV_pEenjaCNRYw@notifications.google.com | 3/28/22 12:01 AM | | |
| 174 | | no-reply@accounts.google.co | jeremywilandcsc@gmail.com | ZxdNRxXjrZEDVyDPjTwEAw@notifications.google.com | 3/28/22 1:16 PM | | |
| 175 | | jeremywilandcsc@gmail.com | copyright@youtube.com | x9MNoQY3m7BKX0eLxoc8nr40T=6N+ZmLM+6ApTrW_OqTw@mail.gmail.com | 3/28/22 1:18 PM | | 93.115.200.49 |
| 176 | | jeremywilandcsc@gmail.com | copyright@youtube.com | x8Pz14EOKLjp=ZuAefKgRTAQ7W8R1Bwf1a2NF+j-QWzmA@mail.gmail.com | 3/28/22 1:19 PM | | 185.124.240.164 |
| 177 | | jeremywilandcsc@gmail.com | copyright@youtube.com | x9urkfvUCO5kgO98BZJM5i9FRFUrwlZmRQk73GiyzveA@mail.gmail.com | 3/28/22 1:19 PM | | 185.124.240.164 |
| 178 | | jeremywilandcsc@gmail.com | copyright@youtube.com | x94N6WCFA8dHrQRXX4Cs_Eyck9ygFffej-cbqHZM_jVxw@mail.gmail.com | 3/28/22 1:23 PM | | 185.124.240.164 |
| 179 | | no-reply@accounts.google.com | damianreynoldscsc@gmail.com | uI7RkizAycc6si2WnsL4ew@notifications.google.com | 3/28/22 3:06 PM | | |
| 180 | | no-reply@accounts.google.com | jeremywilandcsc@gmail.com | iTgHWPjiSqpLmISJy7SP_w@notifications.google.com | 3/28/22 3:15 PM | | |