HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BUNGIE, INC.,

        Plaintiff,

   v.

NICHOLAS MINOR a/k/a "LORD NAZO,"

        Defendant.

CASE NO. 2:22-CV-371-MJP

**DECLARATION OF AKIVA COHEN**

1. I am a Partner at Kamerman, Uncyk, Soniker, & Klein, P.C., attorneys for Bungie, Inc. ("Bungie"), and submit this declaration in support of Bungie's Motion for Summary Judgments. I have personal knowledge of the facts submitted herein and could and would testify competently to them if called to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Registration Certificate for Registration No. PA 2-282-670 (for the *Destiny 2* game).

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Registration Certificate for Registration No. TX-9-130-251 (for the *Destiny 2: The Witch Queen* game).

Declaration of Akiva Cohen

2:22-cv-371-MJP – 1



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Registration Certificate for Registration No. SR-891-773 (for the *Destiny* original soundtrack ("OST")).

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Registration Certificate for Registration No. SR-875-932 (for the song from the *Destiny: Rise of Iron* OST).

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Registration Certificate for Registration No. SR-881-881 (for the songs from the *Destiny 2* OST).

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Registration Certificate for Registration No. SR-875-890 (for the songs from the *Destiny 2* OST).

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Registration Certificate for Registration No. SR-888-261 (for the *Destiny 2: Forsaken* OST).

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Registration Certificate for Registration No. SR-894-199 (for 8 of the songs on the *Destiny 2: Shadowkeep* OST).

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Registration Certificates for Registration Nos. SRu-1-441-990 and SRu-1-441-972 (for the songs from the *Destiny 2: Beyond Light* OST)

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Registration Certificates for Registration Nos. SR-924-470 and SR-924-472 (for the *Destiny 2: The Witch Queen* OST).

12. Attached hereto as **Exhibit 11** is a true and correct copy of all cited sections from the Transcript for the Nicholas Minor Deposition that was conducted on July 20, 2023.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Pseudonymous "Manifesto" Email sent from the Jeremy Wiland Account (jeremywilandcsc@gmail.com) on March 22, 2022 at 7:46 pm to

Declaration of Akiva Cohen

2:22-cv-371-MJP – 2

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

Redrix Broadsword (c8iannacone@gmail.com) and hexenkingtv@gmx.net with the subject line: "About your copyright strikes"

14. Attached hereto as **Exhibit 13** is a true and correct copy of Defendant Nicholas Minor's Confession Email to Plaintiff Counsel Tim Billick.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Defendant's Responses to Plaintiff's First Set of Requests for Admissions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 22nd day of December at New Brunswick, New Jersey.

/s/ *Akiva M. Cohen*
Akiva M. Cohen

