# EXHIBIT 1

```
Type of Work:       Computer File

Registration Number / Date:
                    PA0002282670 / 2021-03-23

Application Title: Destiny 2.

Title:              Destiny 2.

Description:        Electronic file (eService)

Notes:              Videogame.
                    Collection of screenshots, audio clips and synopsis
                       deposited.

Copyright Claimant:
                    Bungie, Inc., Transfer: By written agreement.

Date of Creation:   2017

Date of Publication:
                    2017-09-09

Nation of First Publication:
                    United States

Authorship on Application:
                    Bungie, Inc., employer for hire; Citizenship: United
                       States. Authorship: audiovisual material including music
                       and sounds.
                    Activision Publishing, Inc., employer for hire;
                       Citizenship: United States. Authorship: contributions to
                       audiovisual material.

Pre-existing Material:
                    preexisting audiovisual material from prior "Destiny"
                       videogame.

Basis of Claim:     audiovisual material including musical compositions and
                       sounds.

Rights and Permissions:
                    Bungie Legal Department, Bungie, Inc., 550 106th Ave NE,
                       Suite 207, Bellevue, WA, 98004, United States,
                       legal@bungie.com

Names:              Bungie, Inc.
                    Activision Publishing, Inc.

================================================================================
```