# EXHIBIT 2

```
Type of Work:       Computer File

Registration Number / Date:
                    TX0009130251 / 2022-05-23

Application Title: Destiny 2: The Witch Queen.

Title:              Destiny 2: The Witch Queen.

Description:        Electronic file (eService)

Copyright Claimant:
                    Bungie, Inc.

Date of Creation:   2022

Date of Publication:
                    2022-02-22

Nation of First Publication:
                    United States

Authorship on Application:
                    Bungie, Inc., employer for hire; Citizenship: United
                        States. Authorship: computer program.

Pre-existing Material:
                    Preexisting software from Destiny 2 franchise.

Basis of Claim:     New software developed for the Destiny 2: The Witch Queen
                        expansion to Destiny 2 franchise.

Rights and Permissions:
                    Bungie Department, Bungie, Inc., 550 106th Ave NE Suite
                        207, 207, Bellevue, WA, 98004, United States,
                        legal@bungie.com

Names:              Bungie, Inc.


================================================================================
```