# EXHIBIT 3

```
Type of Work:         Sound Recording and Music

Registration Number / Date:
                      SR0000891773 / 2020-07-17

Application Title: The Music of Destiny, Volume I.

Title:                The Music of Destiny, Volume I.

Description:          Electronic file (eService)

Copyright Claimant:
                      Bungie, Inc.

Date of Creation:  2018

Date of Publication:
                      2018-06-01

Nation of First Publication:
                      United States

Authorship on Application:
                      Bungie, Inc., employer for hire; Domicile: United States;
                         Citizenship: United States. Authorship: sound recording,
                         music and lyrics.
                      Paul McCartney, 1942-  ;  Domicile: United Kingdom;
                         Citizenship: United Kingdom. Authorship: co-composer of
                         13 musical compositions on this compilation.

Pre-existing Material:
                      13 musical compositions co-composed by Paul McCartney;
                         musical compositions and sound recordings subject to
                         previous registrations.

Basis of Claim:    additional musical compositions and sound recordings not
                         previously registered and included in the compilation.

Rights and Permissions:
                      Bungie Legal, legal@bungie.com

Copyright Note:    C.O. correspondence.
                   Basis for Registration: Collective work.

Names:             McCartney, Paul, 1942-
                   Bungie, Inc.

================================================================================
```