# EXHIBIT 4

```
Type of Work:       Sound Recording and Music

Registration Number / Date:
                    SR0000875932 / 2020-06-18

Application Title: Eyes Up.

Title:              Eyes Up.

Description:        Electronic file (eService)

Copyright Claimant:
                    Bungie, Inc.

Date of Creation:   2016

Date of Publication:
                    2016-09-19

Nation of First Publication:
                    United States

Authorship on Application:
                    Bungie, Inc., employer for hire; Domicile: United States;
                       Citizenship: United States. Authorship: sound recording,
                       music.

Rights and Permissions:
                    Bungie Legal, legal@bungie.com

Names:              Bungie, Inc.

================================================================================
```