# EXHIBIT 5

```
Type of Work:        Sound Recording and Music

Registration Number / Date:
                     SR0000881881 / 2020-06-17

Application Title: Journey.

Title:               Journey.

Description:         Electronic file (eService)

Copyright Claimant:
                     Bungie, Inc.

Date of Creation:    2017

Date of Publication:
                     2017-09-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Bungie, Inc., employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: sound recording,
                        music and lyrics.

Rights and Permissions:
                     Bungie Legal, legal@bungie.com

Copyright Note:      C.O. correspondence.

Names:               Bungie, Inc.

===============================================================================
```