# EXHIBIT 6

```
Type of Work:       Sound Recording and Music

Registration Number / Date:
                    SR0000875890 / 2020-06-17

Application Title: Dominus Ghaul.

Title:              Dominus Ghaul.

Description:        Electronic file (eService)

Copyright Claimant:
                    Bungie, Inc.

Date of Creation:   2017

Date of Publication:
                    2017-09-05

Nation of First Publication:
                    United States

Authorship on Application:
                    Bungie, Inc., employer for hire; Domicile: United States;
                       Citizenship: United States. Authorship: sound recording,
                       music.

Rights and Permissions:
                    Bungie Legal, legal@bungie.com

Names:              Bungie, Inc.

================================================================================
```