# EXHIBIT 7

```
Type of Work:        Sound Recording and Music

Registration Number / Date:
                     SR0000888261 / 2020-07-08

Application Title: Destiny 2: Forsaken Original Soundtrack.

Title:               Destiny 2: Forsaken Original Soundtrack.

Description:         Electronic file (eService)

Copyright Claimant:
                     Bungie, Inc.

Date of Creation:    2018

Date of Publication:
                     2018-09-03

Nation of First Publication:
                     United States

Authorship on Application:
                     Bungie, Inc., employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: sound recording,
                        music and lyrics.

Pre-existing Material:
                     sound recording, music, lyrics:
Forsaken ? SR 877?019;
The
                     Fanatic ? SR 875-907;
Once Upon a Time in the Reef ? SR
                     875-905;
Guns Blazin' ? SR 877-062;
Tangled Shore ? SR
                     881-911;
Keep of Voices ? SR 877-067;
The Dreaming City
                     ? SR 876-960;
Shell What Was ? SR 875-900;
The Man They
                     Called Cayde ? SR 875-903;
Gunslinger ? SR 876-961;
Fall
                     of the Eliksni ? SR 877-121;
Gambit ? SR 875-910.
.

Basis of Claim:     sound recording, music and lyrics.

Rights and Permissions:
                     Bungie Legal, legal@bungie.com

Copyright Note:     C.O. correspondence.
                     Basis for Registration: Collective work.

Names:              Bungie, Inc.

================================================================================
```