# EXHIBIT 8

```
Type of Work:       Sound Recording and Music

Registration Number / Date:
                    SR0000894199 / 2020-07-08

Application Title: Destiny 2: Shadowkeep Original Soundtrack.

Title:              Destiny 2: Shadowkeep Original Soundtrack.

Description:        Electronic file (eService)

Copyright Claimant:
                    Bungie, Inc.

Date of Creation:   2019

Date of Publication:
                    2019-09-30

Nation of First Publication:
                    United States

Authorship on Application:
                    Bungie, Inc., employer for hire; Domicile: United States;
                       Citizenship: United States. Authorship: sound recording,
                       music.

Pre-existing Material:
                    sound recording, music, lyrics:
Eden ? SR
                    876-934;
Shadowkeep ? SR 877-129;
Terroris Somnum ? SR
                    878-895;
Call to Arms ? SR 881-906;
Whispers in the Dark
                    ? SR 875-891;
Eye of the Storm ? SR 876-911;
Dark
                    Horizons ? SR 878-897;
Storm the Keep ? SR
                    878-896;
Hashladun?s Fall ? SR 884-858;
Salvation ? SR
                    875-799;
The Sanctified Mind ? SR 875-909.
.

Basis of Claim:     sound recording, music.

Rights and Permissions:
                    Bungie Legal, legal@bungie.com

Copyright Note:     C.O. correspondence.
                    Basis for Registration: Collective work.

Names:              Bungie, Inc.

================================================================================
```