# EXHIBIT 9

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SRu001441972 / 2020-11-04

Application Title: Athanasia and 3 Other Unpublished Works.

Title:               Athanasia and 3 Other Unpublished Works.

Description:         Electronic file (eService)

Copyright Claimant:
                     Bungie, Inc.

Date of Creation:    2020

Authorship on Application:
                     Bungie, Inc., employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: Sound
                        Recordings.

Rights and Permissions:
                     Bungie Legal Department, Bungie, Inc., 550 106th Ave NE
                        Suite 207, Bellevue, WA, 98004, United States,
                        legal@bungie.com

Copyright Note:      Regarding group registration: A group of unpublished works
                        may be registered in the same administrative class under
                        202.4(c) if the following requirements have been met: 1)
                        All the works must be unpublished; 2) the group may
                        include up to ten works; 3) a title must be provided for
                        each work; 4) all the works must be created by the same
                        author or the same joint authors; 5) the authorship
                        claimed in each work must be the same; and 6) the author
                        and claimant for each work must be the same person or
                        organization.

Names:               Bungie, Inc.

================================================================================
```

12/21/23, 7:08 PM
Case 2:22-cv-00371-MJP   Document 40-9   Filed 12/22/23   Page 3 of 3
cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SRu001441990 / 2020-11-04

Application Title: Beyond Light and 9 Other Unpublished Works.

Title:               Beyond Light and 9 Other Unpublished Works.

Description:         Electronic file (eService)

Copyright Claimant:
                     Bungie, Inc.

Date of Creation:    2020

Authorship on Application:
                     Bungie, Inc., employer for hire; Domicile: United States;
                        Citizenship: United States. Authorship: Sound
                        Recordings.

Rights and Permissions:
                     Bungie Legal Department, Bungie, Inc., 550 106th Ave NE,
                        Suite 207, Bellevue, WA, 98004, United States,
                        legal@bungie.com

Copyright Note:      Regarding group registration: A group of unpublished works
                        may be registered in the same administrative class under
                        202.4(c) if the following requirements have been met: 1)
                        All the works must be unpublished; 2) the group may
                        include up to ten works; 3) a title must be provided for
                        each work; 4) all the works must be created by the same
                        author or the same joint authors; 5) the authorship
                        claimed in each work must be the same; and 6) the author
                        and claimant for each work must be the same person or
                        organization.

Names:               Bungie, Inc.

================================================================================
```