# EXHIBIT 10

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000924470 / 2022-02-22

Application Title:   Works Published on the Album Destiny 2: The Witch Queen
                         Original Soundtrack.

Title:               Works Published on the Album Destiny 2: The Witch Queen
                         Original Soundtrack.

Appears in:          Destiny 2: The Witch Queen Original Soundtrack

Description:         Electronic file (eService)

Copyright Claimant:
                     Bungie, Inc.

Date of Creation:    2022

Date of Publication:
                     2022-02-22

Nation of First Publication:
                     United States

Authorship on Application:
                     Bungie, Inc., employer for hire; Citizenship: United
                         States. Authorship: Sound recording(s): All Tracks Being
                         Registered.
                     Bungie, Inc., employer for hire; Citizenship: United
                         States. Authorship: text of liner notes; photo(s) and/or
                         artwork first published on the album Destiny 2: The
                         Witch Queen Original Soundtrack.

Rights and Permissions:
                     Bungie Legal Department, Bungie, Inc., 550 106th Ave NE,
                         #207, Bellevue, WA, 98004, United States,
                         legal@bungie.com

Copyright Note:      C.O. correspondence.
                     Regarding group registration: A group of sound recordings
                         and any associated literary, pictorial, or graphic works
                         may be registered in Class SR under 37 C.F.R. 202.4(k)
                         if the following requirements have been met: 1) all of
                         the works must be contained on the same album, as
                         defined in 37 C.F.R. 202.4(k)(1)(i); 2) the group may
                         include up to twenty sound recordings, together with any
                         associated literary, pictorial, or graphic works
                         included with the same album; 3) all the works in the
                         group must be published on the same album and on the
                         same date, all the works must be first published in the
                         same country, and the date and nation of first
                         publication for the album must be specified in the
                         application; 4) the application must provide the title
                         for the album and a title for each work in the group; 5)
                         all the works in the group must be created by the same
                         author, or the works must have a common joint author; 6)
                         the copyright claimant or co-claimants for all of the
                         works in the group must be the same person or
                         organization; and 7) the works may be registered as
                         works made for hire if they are identified in the
                         application as such.
```

```
  Names:            Bungie, Inc.
                    Bungie, Inc.


================================================================================
```

```
Type of Work:           Sound Recording

Registration Number / Date:
                        SR0000924472 / 2022-02-22

Application Title: Works Published on the Album Destiny 2: The Witch Queen
                      Original Soundtrack.

Title:                  Works Published on the Album Destiny 2: The Witch Queen
                            Original Soundtrack.

Appears in:             Destiny 2: The Witch Queen Original Soundtrack

Description:            Electronic file (eService)

Copyright Claimant:
                        Bungie, Inc.

Date of Creation:  2022

Date of Publication:
                        2022-02-22

Nation of First Publication:
                        United States

Authorship on Application:
                        Bungie, Inc., employer for hire; Citizenship: United
                            States. Authorship: Sound recording(s): All Tracks Being
                            Registered.

Rights and Permissions:
                        Bungie Legal Department, Bungie, Inc., legal@bungie.com

Copyright Note:    C.O. correspondence.
                   Regarding group registration: A group of sound recordings
                       and any associated literary, pictorial, or graphic works
                       may be registered in Class SR under 37 C.F.R. 202.4(k)
                       if the following requirements have been met: 1) all of
                       the works must be contained on the same album, as
                       defined in 37 C.F.R. 202.4(k)(1)(i); 2) the group may
                       include up to twenty sound recordings, together with any
                       associated literary, pictorial, or graphic works
                       included with the same album; 3) all the works in the
                       group must be published on the same album and on the
                       same date, all the works must be first published in the
                       same country, and the date and nation of first
                       publication for the album must be specified in the
                       application; 4) the application must provide the title
                       for the album and a title for each work in the group; 5)
                       all the works in the group must be created by the same
                       author, or the works must have a common joint author; 6)
                       the copyright claimant or co-claimants for all of the
                       works in the group must be the same person or
                       organization; and 7) the works may be registered as
                       works made for hire if they are identified in the
                       application as such.

Names:                  Bungie, Inc.

================================================================================
```