# EXHIBIT 12

| | |
|---|---|
| **From:** | Jeremy Wiland |
| **To:** | Redrix Broadsword; hexenkingtv@gmx.net |
| **Subject:** | About your copyright strikes |
| **Date:** | Tuesday, March 22, 2022 7:46:28 PM |

Greetings. I'm one of the people who filed false takedowns on videos uploaded by you and others in the *Destiny* community. The other person filing false takedowns is "davidthomsoncsc@gmail.com", whom I will refer to as "David Thomson". I'm not aware of any other email addresses that are being used to issue fraudulent takedowns. I am also keeping some parts of this email confidential for obvious reasons.

With that said, there's more to this that you should know.

1. As is obvious, <u>I'm not employed by CSC and I have no affiliation with Bungie. The same applies to "David Thomson"</u>.
2. YouTube's copyright takedown system is incredibly flawed. Their verification system for takedown requests is so gullible that people, such as I and "David Thomson", are able to file takedowns without any legitimacy to our names. If you're looking to place blame, place it on YouTube for its sloppy copyright takedown system and Bungie for ignoring this issue for so long.
   I could tell you how I got YouTube to think I was a legitimate representative for Bungie. All it took was a single sentence. <u>No documents, no license, no private information.</u>
   **Also, I did not issue takedowns on Bungie's own channels.** Whoever did that is further proof that YouTube doesn't verify the identities of takedown claimants.
3. I was directly affected by false takedowns from "David Thomson" several months ago, and many others were issued false takedowns by this person over the past several years. I believed with enough attention, Bungie might have been prompted to step in. The first few channels that were hit by takedowns didn't seem to grab anyone's attention, so I had to escalate the matter.
   *If I hadn't escalated the issue, many people would not have had their takedowns resolved.*

You may choose not to believe me, but at least I responded to some of the people whose videos I took down. The other frauds like "David Thomson" never reply because they're spiteful cowards who want their victims to feel helpless and afraid. **"David Thomson" has also been issuing false takedowns for years** with no repercussions. Although, unlike me, they have been playing it safe up until now by only issuing takedowns on a few videos to avoid Bungie's radar. I intended to get caught so that Bungie would take heed of the corruption that has been ensuing in the center of their YouTube community.

I fully intended to retract my takedowns and stop issuing them after Bungie had acknowledged the issue and begun restoring people's videos/channels or otherwise.
If "David Thomson" went after more videos, I wouldn't be able to remove the takedowns, since takedowns can only be retracted from the original claimant's email address. Otherwise, I would have undone all of their actions and prevented this altogether.

None of this was about copyright infringement, nor did it have anything to do with the Sony acquisition. In the future, you should expect the claimant's email address in the **"contact info"** field of a copyright takedown notice made on behalf of a large studio like Bungie to originate from a domain other than Gmail when determining its legitimacy.

Finally, I know this hardly means anything, but I apologize to you and everyone else who was affected by my selfish actions. You have every right to be furious with me. My goal was to get Bungie to see the fake takedowns and stop them. That's all.