# EXHIBIT 13

| | |
|---|---|
| **From:** | Tim Billick |
| **To:** | Kathryn Tewson; Akiva Cohen; Dylan Schmeyer |
| **Subject:** | FW: Regarding Bungie Lawsuit |
| **Date:** | Tuesday, June 14, 2022 12:39:51 PM |

<u>Tim Billick</u>

## TBillick Law PLLC

Ph. 206.494.0020
www.tbillicklaw.com

---

**From:** Nicholas Minor <minor.n.personal@gmail.com>
**Date:** Tuesday, March 29, 2022 at 11:20 AM
**To:** Tim Billick <Tim@tbillicklaw.com>
**Subject:** Re: Regarding Bungie Lawsuit

I am one of the Defendants in Case 2:22-cv-00371. I am not aware of any other John Does, but I suspect I am the only one.

I gravely messed up and fully accept that this is my fault. I was not in the right state of mind when I committed the actions I did and this was partially attributed to my downward spiral. To put it into perspective, I'm only 22 years old and still dealing with heavy gripes throughout my life as a college student. I'm only halfway through my Bachelors degree, even after 4 years of higher education. I'm unemployed, I still live with my parents, and I even have less than $5,000 in my savings account. I'm basically the definition of a failure. I've even been having suicidal thoughts that I've kept to myself for a long time, and those have only gotten worse ever since I transferred to university. I have kept a lot of my emotions bottled up and couldn't muster the courage to speak to anyone, not even my own family, about them. The truth is that I've been able to cope with it all by listening to the Destiny music that people uploaded to YouTube, both the full versions and long loops. That's why I was devastated to see the takedowns issued by davidthomsoncsc@gmail.com, whom I'm now fully aware is Bungie's legitimate CSC representative but thought wasn't at the time.

I was so blindly hellbent on eliciting some kind of response to the takedowns that have been happening on YouTube that I also wasn't thinking clearly. I was instead oblivious to the reprehensible damage I was causing to the community, Bungie, and their partner CSC Global. I was so desperate to see the previous takedowns addressed or stopped that it just became a pathetic mental fixation that I couldn't stop thinking about.

Ever since I stopped issuing takedowns, I would be thinking about the people I affected, including this one person, PaulsGaming, whose channel got terminated. They never deserved to have their channel terminated. They were just caught up in my selfish actions. I still remember the email from the same person begging me to retract the takedowns, explaining how it was their personal account and I just cried myself to sleep every night thinking about it. I wanted so badly to reverse the strikes, but the perverse, desperate side of my mind told me otherwise. I soulessly placed my own priorities above those who did nothing wrong. I especially feel even worse after learning that I have been nothing but an insult to Bungie and their CSC partner.

Whenever I think about the videos I took down from Promethean, Archival Mind's channel, all I think to myself is: "what have I done?" I've become a hypocrite. I've done the very thing that I was against from the beginning, and on a channel that I loved. All under the delusion that I thought I was saving them. In reality, my actions were more comparable to a lowlife who was basically playing God and toying with innocent people.

And then there were the people I hurt who lived off of their channels' videos and ad revenue such as My Name Is Byf and Esoterickk. I heartlessly issued takedowns on their videos without considering what this would look like to them. They must have thought their livelihoods were at stake, and I still issued takedowns on their videos like a monster. I am undeserving of forgiveness from the people whose careers I threatened.

If I could meet the people I issued takedowns in real life, I would tell them how deeply sorry I am, and I would let them have a free punch to my face. It might not help, but at least punching the face of the person responsible for their misery would help a little.

After learning that davidthomsoncsc@gmail.com was a legitimate email address used by CSC, I realized how childish I sounded, sending them crude emails about how Bungie "is gonna come after them hard". The "manifesto" email was intended to be my explanation to the people I hurt, but instead it conveyed my stress and frustration, and that was not fair to Bungie or their CSC either. I have unfairly disrespected Bungie and their partner beyond all reason, and I am truly sorry. I have tarnished the reputation of a company that I loved for giving me the gift of its music and left its community in tatters. I acted like an irredeemable fool. I instead took the heart of the problem, and made it into something worse.

No amount of words can possibly express how sorry I am to everyone-- the community, Bungie, and their partner CSC. I can only beg for your forgiveness, but if that's not enough, then perhaps I can forfeit my own life to pay for the damages.

On Tue, Mar 29, 2022 at 6:45 AM Tim Billick <Tim@tbillicklaw.com> wrote:

> Hi Nicholas,
>
> I appreciate you reaching out. I am helping handle the case for Bungie, so it makes more sense for you to chat with me first. Feel free to book an appointment to chat with me here: https://calendly.com/tbillicklaw/60min
>
> Looking forward to speaking.
>
> Best,
>
> Tim Billick
> **TBillick Law PLLC**
>   Ph. 206.494.0020
>   600 1st Ave
>   Seattle, WA 98104
>   U.S.P.T.O. Reg. No. 77,334

WSBA No. 46690
tim@tbillicklaw.com
www.tbillicklaw.com

Your Creative Counsel ™

**\*\*\*This message may contain confidential and/or privileged information. If you have reason to believe you may have received this message in error, please promptly notify the sender and remove all copies of this message from your computer and mobile devices.\*\*\***

---

**From:** Nicholas Minor <minor.n.personal@gmail.com>
**Date:** Monday, March 28, 2022 at 7:35 PM
**To:** Tim Billick <Tim@tbillicklaw.com>
**Subject:** Re: Regarding Bungie Lawsuit

I would really like to discuss this further with Bungie if possible.

On Mon, Mar 28, 2022 at 7:16 PM Nicholas Minor <minor.n.personal@gmail.com> wrote:

> I believe I may have some information about one of the Defendants in Case 2:22-cv-00371.