# EXHIBIT 1

12/22/23, 5:02 PM
Case 2:22-cv-00371-MJP   Document 41-1   Filed 12/22/23   Page 2 of 6
Intellectual Property | Bungie.net

**BUNGiE**

DESTINY 2 SEASONS COMMUNITY HELP STORE REWARDS PLAY DESTINY

# Legal

- Limited Software License Agreement
- Terms of Use
- Privacy Policy
- **Intellectual Property**
- Cookie Policy
- Code of Conduct
- Payment Services Act (Japan)
- Licenses

## Intellectual Property

Last Updated: Jun 18 2021 at 12:00AM

### Guidelines On Fan-Created Media And Art

Bungie strongly supports the efforts of our community to produce non-commercial content using video images, footage, music, sounds, dialogue, or other assets from our games, subject to a few conditions. These creations can be freely shared with other players in places like the Bungie.net **creations** page or your own personal channels. Bungie also generally approves streaming or commentary through approved platforms like Twitch, YouTube, or Facebook.

Bungie reserves the right to enforce its intellectual property rights against any infringer who violates the following guidelines, community standards or Code of Conduct. In the event that creators seek to profit from the use of Bungie assets, they must seek permission from Bungie and obtain a license to do so. If you are an individual or company that is interested in an official merchandise license agreement, please contact us by sending an email inquiry to **licensing@bungie.com**.

This site uses cookies to provide you with the best possible user experience. By clicking 'Accept', you agree to the policies documented at **Cookie Policy** and **Privacy Policy**.

Accept



DESTINY 2    SEASONS    COMMUNITY    HELP    STORE    REWARDS    PLAY DESTINY

Players may create videos using Destiny gameplay, which may be uploaded to third-party sharing services like YouTube. If the chosen video-on-demand service enables players to monetize content, we will generally not request takedown if at least 20% of the content within the video has been created by the player.

Examples of what "player created content" may be defined as include custom commentary, animations, graphics, or gameplay. Conversely, please do not upload Bungie trailers or cutscenes with mere advertisement(s) or borders that take up 20% of the screen or 20% of the runtime. Content creators should use our stuff to make their own stuff, rather than uploading our content to their own channels.

Streaming gameplay is another viable form of sharing community-created Destiny content. Services like Twitch enable players to monetize content via subscriptions or donations. For additional information, please refer to the terms of use for your preferred streaming platform.

## "Destiny" Labeling

Subject to the guidelines below, players and content creators may create and share a variety of non-commercial content. If you are monetizing creations that are not derived from any characters, images, footage, or other Bungie IP assets, please do not label your creations with the names of any Bungie products (e.g. Destiny, Destiny 2) or the names of in-game assets.

Bungie is obligated to enforce against both intentional infringement and inadvertent dilution of its trademarks. We do not enjoy issuing takedown notices, but we must do so in cases where infringement could threaten our ability to protect our brands.

## Art

This site uses cookies to provide you with the best possible user experience. By clicking 'Accept', you agree to the policies documented at **Cookie Policy** and **Privacy Policy**.



DESTINY 2   SEASONS   COMMUNITY   HELP   STORE   REWARDS   PLAY DESTINY

Bungie. Bungie reserves the rights to all character models, assets, and voxel models (3D art), physical armor, cutscene scenery, characters, dialogue, and music. Artwork, clothing, or models depicting any such Destiny IP will be removed if it is commercialized without permission, or if it violates our community standards.

Bungie opposes the creation and sale of 1:1 weapon replicas based on our game assets and will take action to have listings of this kind removed regardless of whether they have been commercialized.

Art may be uploaded to the Bungie.net Community Creations page, or other social networks or community websites such as Twitter, Facebook, or Deviant Art. Your artwork may also be submitted as a Merchandise Inquiry. If you have already signed an agreement with Bungie to commercialize your art, sales through unauthorized channels can still be subject to removal. To inquire about obtaining a license to create and sell Destiny-inspired art, or to inquire about the terms of an existing license, contact us by sending an email inquiry to licensing@bungie.com.

## Cosplay

Costumes and Props are often swapped or traded between Cosplayers in the interest of recuperating expenses for fabrication. While this act of community sharing is permitted, the distribution of any physical items using online platforms including (but not limited to) Etsy, eBay, or Amazon is not authorized without expressed permission.

There are many reasons for this policy. Not only do we want uniformity in how we address infringing content, we also cannot guarantee the quality, safety, or origin of merchandise sold online without a working relationship with the vendor. We are committed to ensuring that Destiny IP does not find its way into any products produced using child labor, dangerous

This site uses cookies to provide you with the best possible user experience. By clicking 'Accept', you agree to the policies documented at Cookie Policy and Privacy Policy.





DESTINY 2    SEASONS    COMMUNITY    HELP    STORE    REWARDS    PLAY DESTINY

## Merchandise

The Bungie Store features official products that enable players to express their enthusiasm for Destiny. Specific licensed partners also offer products available to players of Destiny. To ensure the quality of all Destiny products, all merchandise is created under a licensing agreement and all prospective licensees are thoroughly reviewed by Bungie before a license is granted. If you are an individual or company that is interested in an official merchandise license agreement, please contact us by sending an email inquiry to licensing@bungie.com.

## Legal

For more information, please refer to the

Game Content Usage Rules in the Bungie Terms of Use.



| Destiny 2 | Companion | Help | Bungie | Store | Bungie Foundation |
|---|---|---|---|---|---|
| News | Sign Up/Sign In | Guides | Careers | What's New | iPads for Kids |
| Get Destiny 2 | Season Progress | FAQ | Tech Blog | Merchandise | News & Events |
| Expansions | Triumphs | Legal | Press Room | Soundtracks | Donate |
| Seasons | Cross Save | Terms of Use | | Community Artist Series | |
| Community | Rewards | Privacy Policy | | | |
| Find Fireteam | Redeem Codes | Payment Services Act | | Bungie Rewards | |
| Developer Portal | | Do Not Sell My Personal Information | | Last Chance | |

© 2023 Bungie, Inc. All rights

Follow   




This site uses cookies to provide you with the best possible user experience. By clicking 'Accept', you agree to the policies documented at Cookie Policy and Privacy Policy.

