# EXHIBIT 2

**Trending**  Games of the Year 2023   Grand Theft Auto 6   Epic vs Google   Layoffs

**Navigation**
- Features
- News
- Academy
- Events
- Newsletters
- Video Games Jobs


GamesIndustry.biz

♥ Support us



🔍 Search

*If you click on a link and make a purchase we may receive a small commission. Read our editorial policy.*

Home / News

# Bungie reports Destiny YouTube video copyright takedowns

*The company also said that content on its own channels are also being hit with DMCA strikes*





News by Jeffrey Rousseau, Staff Writer
Published on March 21, 2022

➕ Follow Bungie

    

Yesterday Destiny 2 creator Bungie <u>reported</u> that its investigating a wave of YouTube copyright strikes its received regarding Destiny videos.

<u>As reported by PC Gamer</u>, a number of content creators received DMCA strikes on their Destiny related videos.

It's currently unknown as to why the videos are receiving strikes despite them adhering to Bungie's policy regarding media.

The policy on fan-created media and art reads in part, "Bungie strongly supports the efforts of our community to produce non-commercial content using video images, footage, music, sounds, dialogue, or other assets from our games, subject to a few conditions."

"...Bungie also generally approves streaming or commentary through approved platforms like Twitch, YouTube, or Facebook," the statement says.

The company said that the media takedowns also include content from its own official channels.

Additionally, Bungie said that the copyright strikes against it are not being conducted by itself or any of its partners.

**Related topics**  Bungie • Business • Media



**Jeffrey Rousseau**
Staff Writer

Author

Jeffrey Rousseau joined GamesIndustry.biz in March 2021. Based in Florida, his work focused on the intersectionality of games and media. He enjoys reading, podcasts, staying informed, and learning how people are tackling issues.

Latest jobs

**Principal Hard Surface Artist**
Remedy Entertainment
Helsinki, Finland, Stockholm, Sweden

**Studio Art Director *New and Exclusive***
Amiqus Games
London, UK

**Senior Producer**
SEGA Europe
Brentford, UK

**Experienced, Principal 3D A Game Dev) – the UK**
Amiqus Games
Guildford, UK

Search for a job     [Search]



Subscribe to GamesIndustry.biz newsletters for the latest industry news.

Enter your email address

**GI Daily**
A roundup of the day's most popular articles.
Subscribe +

**GI Market Report**
Analysis and data about the games industry.
Subscribe +

More News



News

Insomniac Games victim of ransomware hack



News

Versus Evil shuts down



News

Epic Games Store to host blockchain games rated Adults Only



News

China to ban some monetization and engagement tactics in games



The resource for people who make and sell games.

GamesIndustry.biz is owned by Gamer Network Limited, a ReedPop company and subsidiary of Reed Exhibitions Limited.

© 2023 Gamer Network Limited, Gateway House, 28 The Quadrant, Richmond, Surrey, TW9 1DN, United Kingdom, registered under company number 03882481.

All rights reserved. No part of this website or its content may be reproduced without the copyright owner's permission.

### Explore

Features
News
Academy
Events
Newsletters
Video Games Jobs

### Helpful Links

About Us
Advertise with us
Archive
Authors
Code of Conduct
Contact Us
Corporate Site
Editorial Policy
Pitching Guidelines
RSS Feeds
Send us news
Terms & Conditions
Terms of Service

### Privacy Links

Cookie Policy
Privacy Policy
Your Privacy Choices 
Manage cookie settings

### ReedPop

Dicebreaker
Digital Found
Eurogamer
Jelly Deals
Nintendo Life
Popverse
Pure Xbox
Push Square
Rock Paper Sh
The Haul
VG247
VGC