# EXHIBIT 5

> Hi The Phoenix,
>
> Due to multiple copyright strikes associated with the videos below, your YouTube account has now been disabled:
>
> Video title: SAVATHUN Talks About Our DESTINY | Destiny 2 The Witch Queen | The End of Destiny
> Video url: https://www.youtube.com/watch?v=1FUxNzHewHE
> Contact info: jeremywilandcsc@gmail.com
> Takedown issued by: Bungie, Inc.

> Video title: Destiny 2 - Vow of the Disciple Raid Completion Cutscene
> Video url: https://www.youtube.com/watch?...
> Contact info: jeremywilandcsc@gmail.com
> Takedown issued by: Bungie, Inc.
>
> Video title: Destiny 2: Vow of the Disciple - All Raid Cutscenes
> Video url: https://www.youtube.com/watch?v=ih35r5yRc20
> Contact info: jeremywilandcsc@gmail.com
> Takedown issued by: Bungie, Inc.
>
> Why this can happen
> • One or more of your videos contained copyrighted content.
> • Copyright owners can choose to issue legal complaints that require YouTube to take down videos that contain their content.
> • When you have 3 or more copyright strikes, your account can be disabled.
>
> VIEW DETAILS
>
> Contact info: jeremywilandcsc@gmail.com
> Takedown issued by: Bungie, Inc.
>
> Why this can happen
> • One or more of your videos contained copyrighted content.
> • Copyright owners can choose to issue legal complaints that require YouTube to take down videos that contain their content.
> • When you have 3 or more copyright strikes, your account can be disabled.
>
> VIEW DETAILS
>
> What to do next
> • If you believe you're not at fault in one or more of the instances above, you can appeal this takedown by submitting a counter notification. Keep in mind

💬 2    🔁 1    ♥ 41

**Jess** @zombiequeen91 · 17h
There is an email contact in there telling you who to contact. some Jeremy jerk from CSC apparently

💬 1    🔁    ♥

**The Phoenix** @theman34005852 · 14h
I know. But, I'm terrified that they'll just give me an excuse, telling me that I deserved what happened to my channel or something like that.

💬 1    🔁    ♥

**Jess** @zombiequeen91 · 7h
We all know you didn't. Hopefully bungie fixes this mess. Third party jerk offs are not the way lol

💬 1    🔁    ♥

**The Phoenix**
@theman34005852                                    Follow

Replying to @zombiequeen91 @Aztecross

# I'm just worried that my channel is gone forever because of this.

7:52 AM - 21 Mar 2022

© 2022 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info

> Hi The Phoenix,
>
> Due to multiple copyright strikes associated with the videos below, your YouTube account has now been disabled:
>
> **Video title:** SAVATHUN Talks About Our DESTINY | Destiny 2 The Witch Queen | The End of Destiny
> **Video url:** https://www.youtube.com/watch?v=1FUxNzHewHE
> **Contact info:** jeremywilandcsc@gmail.com
> **Takedown issued by:** Bungie, Inc.
>
> **Video title:** Destiny 2 - Vow of the Disciple Raid Completion Cutscene
> **Video url:** https://www.youtube.com/watch?...
> **Contact info:** jeremywilandcsc@gmail.com
> **Takedown issued by:** Bungie, Inc.
>
> **Video title:** Destiny 2: Vow of the Disciple - All Raid Cutscenes
> **Video url:** https://www.youtube.com/watch?v=Ih3fr5yRo20
> **Contact info:** jeremywilandcsc@gmail.com
> **Takedown issued by:** Bungie, Inc.
>
> **Why this can happen**
> - One or more of your videos contained copyrighted content.
> - Copyright owners can choose to issue legal complaints that require YouTube to take down videos that contain their content.
> - When you have 3 or more copyright strikes, your account can be disabled.
>
> VIEW DETAILS

💬 2    🔁 1    ❤ 41

**Jess** @zombiequeen91 · 17h
There is an email contact in there telling you who to contact. some Jeremy jerk from CSC apparently

💬 1

**The Phoenix** @theman34005852 · 14h
I know. But, I'm terrified that they'll just give me an excuse, telling me that I deserved what happened to my channel or something like that.

💬 1

**Jess** @zombiequeen91 · 7h
We all know you didn't. Hopefully bungie fixes this mess. Third party jerk offs are not the way lol

💬 1

**The Phoenix**
@theman34005852

Replying to @zombiequeen91 @Aztecross

## I'm just worried that my channel is gone forever because of this.

7:52 AM - 21 Mar 2022