# EXHIBIT 6



r/DestinyTheGame

Log In
Sign Up

Reject non-essential
Accept all

We use cookies on our websites for a number of purposes, including analytics and performance, functionality and advertising. �?Learn more about Reddit's use of cookies.