# EXHIBIT 7



r/DestinyTheGame

Log In

Sign Up

Reject non-essential    Accept all

We use cookies on our websites for a number of purposes, including analytics and performance, functionality and advertising. �?Learn more about Reddit's use of cookies.