HON. MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS MINOR a/k/a "LORD NAZO," <br><br> Defendant. | CASE NO. 2:22-CV-371-MJP <br><br> **PRAECIPE TO FILE CORRECTED DECLARATION KATHRYN TEWSON WITH CORRECTED SIGNATURE (DKT. NO. 39)** |

TO THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Bungie, Inc. ("Bungie") respectfully asks this Court to accept this praecipe to file the corrected Declaration of Kathryn Tewson (Dkt. No. 39.), attached hereto. The only change submitted herein is a corrected signature page.

DATED December 29, 2023

Praecipe to File Corrected
Declaration of Kathryn Tewson

2:22-cv-371-MJP – 1

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

TBILLICK LAW<sup>PLLC</sup>

By _____
Tim J. Billick, WSBA No. 46690
E-mail: tim@tbillicklaw.com
600 First Ave
Seattle, WA 98101
Telephone: (206) 494-0020

*Attorney for Plaintiff Bungie*

Praecipe to File Corrected
Declaration of Kathryn Tewson

2:22-cv-371-MJP – 2



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

**CERTIFICATE OF SERVICE**

I, Tim Billick, attest that I am over the age of 18 and not a party to the action. I hereby certify that on December 29, 2023, I caused the above document to be served on the following parties by electronic transmission to the addresses listed below:

**Brian H Getz**, CSBA #85593    brian@briangetzlaw.com

**Nicholas R. Ranallo**, WSBA #51439    nick@ranallolawoffice.com

**Petra M Reinecke,** CSBA # 15448    pmrlawoffices@gmail.com

I declare under penalty of perjury that the above is true and correct. Executed on 12/29/23 in Seattle, Washington.

/s/ *Timothy J. Billick*
Timothy J. Billick

