UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUNGIE, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>NICHOLAS MINOR a/k/a "LORD NAZO",<br><br>                Defendant. | CASE NO. 2:22-cv-00371-MJP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'s MOTION TO OPEN AND STAY CASE**<br><br>**NOTING DATE: May 24, 2024** |

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s Motion to Open and Stay Case.

The Court, having considered Plaintiff's Motion being fully apprised on the matter, hereby ORDERS as follows:

1. The plaintiff's motion is GRANTED and the Clerk of Court shall reopen the case;

2. The matter is hereby stayed until June 21st.

Dated May 24, 2024

                                                        /s/ *Akiva M. Cohen*
                                                        Akiva M. Cohen, NY Bar No. 4328969
                                                        (*pro hac vice*)
                                                        KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
                                                        1700 Broadway
                                                        New York, NY 10019
                                                        Ph: (212) 400-4930
                                                        Email: acohen@kusklaw.com

                                                        /s/ *Dylan M. Schmeyer*
                                                        Dylan M. Schmeyer, CO Bar No. 50573
                                                        (*pro hac vice*)
                                                        KAMERMAN, UNCYK, SONIKER & KLEIN P.C.

Ph: (719) 930-5942
Email: dschmeyer@kusklaw.com

Tim J. Billick, WSBA No. 46690
TBillick Law PLLC
600 First Ave
Seattle, WA 98101
Ph. (206) 494-0020
Email: tim@billicklaw.com
*Attorneys for Plaintiff*