HON. MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS MINOR a/k/a "LORD NAZO," <br><br> Defendant. | CASE NO. 2:22-CV-371-MJP <br><br> **PRAECIPE TO FILE CORRECTED MOTION TO REOPEN AND STAY CASE, AND PROPOSED ORDER (DKT. NOS. 46 AND 46-1)** |

TO THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Bungie, Inc. ("Bungie") respectfully asks this Court to accept this praecipe to file the corrected Motion to Reopen and Stay Case ("Motion") and its attendant proposed order, attached hereto. The initial motion and proposed order (Dkt. No. 46 and 46-1) can be stricken and replaced with the attached corrected documents.

TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

The corrected motion and proposed order only contain formatting modifications to bring both documents in compliance with local rules.

DATED May 26, 2024

TBILLICK LAW PLLC

By

Tim J. Billick, WSBA No. 46690
E-mail:  tim@tbillicklaw.com
600 First Ave
Seattle, WA  98101
Telephone: (206) 494-0020

*Attorney for Plaintiff Bungie*

