HON. MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS MINOR a/k/a "LORD NAZO," <br><br> Defendant. | MOTION TO REOPEN AND STAY THE CASE <br><br> CASE NO. 2:22-CV-371-MJP <br><br> **NOTING DATE:** MAY 24, 2024 |

Pursuant to the Court's March 26, 2024 order, Plaintiff Bungie, Inc. respectfully moves the Court to enter an Order reopening this case, and staying it for 30 days.

While the sides are close to terms, and Bungie remains hopeful that the case will settle in the weeks to come, no settlement agreement has been executed between parties. The Court's March 26 order instructed either party to move to reopen the case is a settlement had not been perfected within 60 days of the Order, and so Bungie makes this motion. (See Dkt. No. 45.) Additionally, the parties have agreed to a settlement that

Motion to Reopen and Stay the Case

2:22-cv-371-MJP – 1

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

includes a stipulated judgment, so the case will need to be reopened to enter that judgment.

     Given how close the parties appear to be to finalizing terms, and that there is an agreement in principle, Bungie requests that the case be stayed 30 days so the agreement can be completed and executed. Bungie sent what it hopes will be the final round of revisions to the draft of agreement, which included only minor changes, to Defendant on May 3, 2024, and continues to await a response to those revisions. If the Court deems it necessary to calendar the trial dates that were pending before the March 26 order, Bungie has no objection.

Dated May 24, 2024

/s/ Tim J. Billick
Tim J. Billick, WSBA No. 46690
TBillick Law PLLC
600 First Ave
Seattle, WA  98104
Ph. (206) 494-0020
E-mail:  tim@tbillicklaw.com

/s/ Akiva M. Cohen
Akiva M. Cohen, NY Bar No. 4328969
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
1700 Broadway, 16th Floor
New York, NY 10019
Ph: (212) 400-4930
Email: acohen@kusklaw.com

/s/ Dylan M. Schmeyer
Dylan M. Schmeyer, CO Bar No. 50573
Ph: (719) 930-5942
Email: dschmeyer@kusklaw.com

*Attorneys for Plaintiff*

Motion to Reopen and Stay the Case

2:22-cv-371-MJP – 2



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com