HON. MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS MINOR a/k/a "LORD NAZO," <br><br> Defendant. | ~~PROPOSED~~ ORDER RE: MOTION TO REOPEN AND STAY THE CASE <br><br> CASE NO. 2:22-CV-371-MJP <br><br> NOTING DATE: MAY 24, 2024 |

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s Motion to Open and Stay Case.

The Court, having considered Plaintiff's Motion being fully apprised on the matter, hereby ORDERS as follows:

1. The plaintiff's motion is GRANTED and the Clerk of Court shall reopen the case;

~~PROPOSED~~ ORDER RE:
Motion to Reopen and Stay the Case

2:22-cv-371-MJP – 1

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

2. The matter is hereby stayed until June 21st.

Dated May 29, 2024

Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

Dated May 24, 2024

/s/ Tim J. Billick
Tim J. Billick, WSBA No. 46690
TBillick Law PLLC
600 First Ave
Seattle, WA 98104
Ph. (206) 494-0020
E-mail: tim@tbillicklaw.com

/s/ Akiva M. Cohen
Akiva M. Cohen, NY Bar No. 4328969
KAMERMAN, UNCYK, SONIKER &
KLEIN P.C.
1700 Broadway, 16th Floor
New York, NY 10019
Ph: (212) 400-4930
Email: acohen@kusklaw.com

/s/ Dylan M. Schmeyer
Dylan M. Schmeyer, CO Bar No. 50573
Ph: (719) 930-5942
Email: dschmeyer@kusklaw.com

*Attorneys for Plaintiff*



PROPOSED ORDER RE:
Motion to Reopen and Stay the Case

2:22-cv-371-MJP – 2