# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS MINOR, a/k/a "LORD NAZO", <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. C22-371 MJP |

__   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Parties' Stipulated Motion for Entry of Judgment and Permanent Injunction is GRANTED and Plaintiff is entitled to judgment in the amount of $8,100,000.00 on its claims and a permanent injunction on the terms set forth in the Court's Order on the Stipulated Motion.

\\

\\

\\

Dated July 2, 2024.

                          Ravi Subramanian
                          Clerk of Court

                          s/ Kathleen Albert
                          Deputy Clerk